**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| SPEEDNIC LLC, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 7:26-cv-00148 |
| | § | |
| NVIDIA CORPORATION, and, | § | **JURY TRIAL DEMANDED** |
| DELL TECHNOLOGIES INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND**

Plaintiff SpeedNIC LLC ("SpeedNIC" or "Plaintiff"), by and through its undersigned counsel, brings this Complaint for patent infringement and damages against Defendants Nvidia Corp. ("NVIDIA") and Dell Technologies Inc. ("Dell") (collectively, "Defendants") and, in support, allege the following:

**NATURE OF THE ACTION**

1. Data—how it is stored, managed, and used—has become a core part of the modern economy's infrastructure. In recent years, both the volume of data and the activities that depend on it have grown at an extraordinary rate. Today, data is embedded in everyday life and business: it shapes how people communicate and access entertainment on their devices, how companies operate and compete, and how advanced technologies, including artificial intelligence, are created and deployed. Data is no longer just a supporting element of economic activity—it is fundamental to it.

2. As data becomes increasingly embedded in everyday operations, the demands placed on data processing systems continue to grow. Historically, the answer to the increasing demands was to add or improve Central Processing Units ("CPUs") and, for certain applications like artificial intelligence ("AI"), Graphics Processing Units ("GPUs"). CPUs are designed as general-

1

purpose processors that rely on software to perform a wide range of tasks.  While this approach offers versatility, processing on CPUs is less efficient, requires greater computational and energy resources, and, critically, does not scale well, making the continued addition of CPUs an ineffective solution at large scale.

3.      Continuing to add CPUs and GPUs is not a workable long-term approach. As systems scale, this strategy increases capital and operating costs, limits flexibility, and introduces greater latency.   As data generation and usage continue to accelerate, more efficient approaches to data processing have become necessary.

4.      The inventors of the Asserted Patents responded to these challenges by developing technology that improves how CPUs communicate with other parts of the network. SpeedNIC's patented approach removes this infrastructure workload from the CPU and GPU and handles it elsewhere. By offloading networking, communication, storage and related tasks, CPUs and GPUs are free to focus on core processing, allowing modern data centers and AI infrastructure to scale more efficiently. These innovations are built around infrastructure-focused processors—true Data Processing Units, or DPUs, which offload and perform certain functions on behalf of CPUs and GPUs, allowing those processors to focus on core functions—rather than conventional network interface cards ("NICs"). The patented technology accelerates protocols such as TCP, UDP, RDMA, VXLAN, and NVGRE directly in hardware. At the time, performing this type of processing on the NIC represented a new and distinct approach compared to existing DPU and NIC technologies.

5.      In turn, DPUs are a necessary and crucial part of Defendants' business. As of 2026, the global DPU market is valued at $4.5 billion and expected to reach $63.7 billion by 2035.[1]

---

[1] Ex. 6, https://www.businessresearchinsights.com/market-reports/data-processing-unit-dpu-market-120671.

According to Nvidia itself, "AI infrastructure and cybersecurity pioneers will continue their track record of wide NVIDIA BlueField adoption and use BlueField-4 to build the next generation of accelerated, secure and software-defined data center platforms."[2] Providing accelerated data platforms via BlueField allows Defendants to cover the AI market and meet Nvidia's goal of $1 trillion worth of orders by 2027 for its Blackwell and Vera Rubin chips.[3]

## PARTIES

6.      SpeedNIC is a Limited Liability Company organized and existing under the laws of the State of Texas. SpeedNIC's principal place of business is located at 901 S MoPac Expressway, Building 1, Suite 300, Austin, TX 78746. SpeedNIC's Chief Executive Officer is Max Ciccarelli and its President is Thomas Loureiro.

7.      On information and belief, Defendant Nvidia is a corporation duly organized and existing under the laws of the State of Delaware, with places of business in this District at their offices at 11001 Lakeline Blvd, Austin, TX 78717 and 11515 Burnet Road, Austin, TX 78758.

8.      On information and belief, Defendant Dell is a corporation duly organized and existing under the laws of the State of Delaware, with a place of business in this District at its headquarters at 1 Dell Way, Round Rock, TX 78664.

## JURISDICTION AND VENUE

9.      SpeedNIC incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

10.     This civil action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, including without limitation 35 U.S.C. §§ 271, 281, 283, 284, and 285.  Thus, this is a patent

---

[2] Ex. 7, https://blogs.nvidia.com/blog/bluefield-4-ai-factory/.
[3] Ex. 8, https://techcrunch.com/2026/03/16/jensen-just-put-nvidias-blackwell-and-vera-rubin-sales-projections-into-the-1-trillion-stratosphere/.

infringement lawsuit over which this Court has subject matter jurisdiction under, *inter alia*, 28 U.S.C. §§ 1331, 1332, and 1338(a).

11. This Court has general and specific personal jurisdiction over Defendants because, directly or through intermediaries, Defendants have committed acts within this District giving rise to this action; transact and conduct business, directly, and/or indirectly, in this District and this State; and transact and conduct business with residents of this District and this State. Defendants regularly conduct and solicit business, or otherwise engage in other persistent courses of conduct in this District, and/or derive substantial revenue and benefits from the use, sale, and distribution of goods and services, including but not limited to the Accused Products provided to individuals and businesses in this District.

12. On information and belief, Defendants have infringed and continue to infringe the Asserted Patents within this District and this State by making, using, selling, licensing, offering for sale, and/or importing in or into this District and elsewhere in this State, products and services covered by claims in the Asserted Patents, including without limitation products and services that, when made or used, practice one or more claims of the Asserted Patents. Defendants, directly and through intermediaries, make, use, sell, license, offer for sale, import, ship, distribute, advertise, promote, and/or otherwise commercialize such infringing products and services in or into this District and this State. Defendants regularly conduct and solicit business in, engage in other persistent courses of conduct in, and/or derive substantial revenue and benefits from goods and services provided to residents of this District and this State.

13. Defendants are doing business, either directly or through respective agents, on an ongoing basis in this District and elsewhere in the United States, and have committed acts of infringement in this District.

4

14.    On information and belief, Defendants make, use, sell, offer to sell, and/or import infringing products and services into and/or within this District, maintain a permanent and/or continuing presence within this District, and have the requisite minimum contacts with this District such that this venue is a fair and reasonable one.  Upon information and belief, Defendants have transacted and, at the time of the filing of the Complaint, are continuing to transact business within this District.

15.    Defendants purposefully direct or control the sale of the Accused Products and services online and in nationwide retailers and wholesalers, including for sale in Texas and elsewhere in the United States, and expect and intend that the Accused Products will be so sold in this District. Defendants purposefully place the Accused Products—whether by themselves or through subsidiaries, affiliates, or third parties—into a supply chain, knowing that the Accused Products will be sold in the United States, including Texas and in this District. Therefore, Defendants also facilitate the sale of the Accused Products in Texas.

16.    Defendants utilize established distribution channels to import, distribute, market, offer for sale, sell, service, and warrant infringing products and services directly to consumers and other users in the U.S., including providing links via its website to online stores, distributors, and solution partners offering such products and services and related services for sale.  Such a presence furthers the development, design, manufacture, importation, distribution, sale, and use (including by inducement) of infringing accused products and services in Texas, including in this District.

17.    This Court has personal jurisdiction over Nvidia because, *inter alia*, Nvidia, on information and belief: (1) has committed acts of patent infringement in this Western District of Texas; (2) maintains a regular and established place of business, namely Nvidia's nearly 79,350

square feet office in Austin, Texas located at 11001 Lakeline Blvd, Building 2, Austin, TX 78717[4], as well as Nvidia's new office space at 11515 Burnet Road, Austin, TX 78758[5], both within the Western District of Texas; (3) has substantial, continuous, and systematic contacts with this state and Western District of Texas; (4) owns, manages, and operates facilities in this state and the Western District of Texas; (5) enjoys substantial income from its operations and sales in this state and the Western District of Texas; (6) employs Texas residents in this state and the Western District of Texas; and (7) solicits business using the Accused Products in this state and the Western District of Texas. On information and belief, certain features of the Accused Products and services (*e.g.*, BlueField) were in the past and continue to be developed at Nvidia's offices in this District.

18.    This Court has personal jurisdiction over Dell because, *inter alia*, Dell, on information and belief: (1) has committed acts of patent infringement in this Western District of Texas; (2) maintains a regular and established place of business, namely Dell's Headquarters located at 1 Dell Way, Round Rock, Texas, 78664, within the Western District of Texas; (3) has substantial, continuous, and systematic contacts with this state and Western District of Texas; (4) owns, manages, and operates facilities in this state and the Western District of Texas; (5) enjoys substantial income from its operations and sales in this state and the Western District of Texas; (6) employs Texas residents in this state and the Western District of Texas; and (7) solicits business using the Accused Products in this state and the Western District of Texas. On information and belief, certain features of the Accused Products and services (*e.g.*, PowerEdge Servers) were in the past and continue to be developed at Dell's office in this District.

---

[4] Ex. 9, https://www.costar.com/article/1976198460/nvidia-deepens-texas-commitment-with-latest-office-deal.
[5] Ex. 10, https://www.bizjournals.com/austin/news/2026/01/05/work-beginning-on-nvidias-new-north-austin-office.html; https://traded.co/deals/texas/office/lease/11515-burnet-road.

19.     Venue is proper pursuant to 28 U.S.C. §§ 1391 and/or 1400(b), at least because Nvidia and Dell each have committed acts of infringement in this District, and Nvidia and Dell each have a regular and established place of business in this judicial district, including for the reasons provided previously in this section.

## BACKGROUND

20.     The five patents-in-suit are U.S. Patent Nos. 7,760,733 (the "'733 Patent")[6]; 8,621,627 (the "'627 Patent")[7]; 7,826,350 (the "'350 Patent")[8]; 8,589,587 (the "'587 Patent")[9]; and 8,060,644 (the "'644 Patent")[10] (collectively, the "Asserted Patents").

21.     The Asserted Patents cover groundbreaking technologies that improve performance, scalability, and security by offloading infrastructure workloads from CPUs.

22.     In the past, the only way to address increasing demands for processing speed of CPUs was to add more or improve CPUs.  But CPUs are inefficient and require greater computational and energy resources and users could only add CPUs, at great cost, with reduced system agility and higher latency.  For example, as network traffic and application workloads grew, CPUs were forced to handle ever-larger volumes of packet processing, routing decisions, encryption, and protocol management—tasks they were never optimized to perform efficiently. An added challenge with using only CPUs for processing was the lack of scalability.  Systems could not scale linearly because each incremental CPU added mounting overhead in memory access, I/O bottlenecks, and inter-processor coordination, diminishing the performance benefit of additional

---

[6] Ex. 1.
[7] Ex. 2.
[8] Ex. 3.
[9] Ex. 4.
[10] Ex. 5.

CPUs. As demands increased, servers became overloaded, latency spiked, and operators were left with rigid architectures that could not adapt to modern, high-throughput data-center workloads.

23.    The inventors of the Asserted Patents envisioned a unique way to combine a high-speed NIC with programmable Arm cores and hardware accelerators.  SpeedNIC's patented architecture delivers a host of benefits, including dramatically improved throughput, reduced latency, enhanced system flexibility, and stronger isolation for secure workloads. One obvious advantage of SpeedNIC's patented technology over the prior art is that the Asserted Patents allow the offload of infrastructure services from the host CPU to overcome performance and scalability bottlenecks while improving security.  A system that performs these functions on a dedicated, programmable network processor is easier and less expensive to deploy and maintain and can scale much more quickly and at a lower cost as workloads grow.  By offloading networking, protocol handling, and infrastructure services—rather than forcing the CPU to perform these low-level, latency-sensitive tasks—and by executing them in specialized hardware accelerators tightly coupled with the NIC, the Asserted Patents created a more efficient, scalable, and secure data-path architecture.

24.    Another standout feature of the inventions is that they generally offload complex lookup and decision-making operations, functions traditionally implemented using specialized lookup circuitry, directly onto the DPU.  Unlike traditional NICs that required the host CPU to perform routing, filtering, classification, and other lookup-intensive tasks in software, this new approach makes those determinations in dedicated on-card hardware and programmable cores. By shifting these operations closer to the data path, the patented architecture eliminates CPU bottlenecks, reduces latency, and enables the system to make high-speed forwarding, matching, and policy decisions at line rate.  This lookup capability fundamentally changes how servers scale

by ensuring that infrastructure services can run independently of the host CPU while maintaining superior throughput and efficiency.

25. The inventors of the Asserted Patents also envisioned a new form of protocol processing performed directly on the NIC so that incoming data could be delivered straight into application-level buffers rather than routed through generic host operating-system memory. This groundbreaking innovation delivers substantial performance and efficiency benefits by eliminating unnecessary copies, kernel overhead, and CPU-mediated data handling. Instead, the NIC itself interprets protocol headers, performs the required transport-layer processing, and determines the correct application buffer for placement—all before the CPU is involved. These protocol-aware NIC operations contemplated by the inventors improve throughput, reduce latency, free CPU cycles, and enable applications to consume data immediately and more efficiently than was possible with conventional host-based processing.

## THE ASSERTED PATENTS-IN-SUIT

26. SpeedNIC is the assignee of and owns all rights and titles to the Asserted Patents.

27. The inventors developed numerous innovative and diverse technologies, including groundbreaking inventions pertaining to DPUs and Smart NICs. Some of these groundbreaking inventions are described and claimed in the Asserted Patents.

28. The '733 Patent, entitled "Filtering ingress packets in network interface circuitry" was duly and lawfully issued on July 29, 2010. A true and correct copy of the '733 Patent is attached hereto as Exhibit 1.

29. The '627 Patent, entitled "Intrusion detection and prevention processing within network interface circuitry" was duly and lawfully issued on Dec. 31, 2013. A true and correct copy of the '627 Patent is attached hereto as Exhibit 2.

9

30.     The '350 Patent, entitled "Intelligent network adaptor with adaptive direct data placement scheme" was duly and lawfully issued on November 2, 2010. A true and correct copy of the '350 Patent is attached hereto as Exhibit 3.

31.     The '587 Patent, entitled "Protocol offload in intelligent network adaptor, including application level signalling" was duly and lawfully issued on Nov. 19, 2013.  A true and correct copy of the '587 Patent is attached hereto as Exhibit 4.

32.     The '644 Patent, entitled "Intelligent network adaptor with end-to-end flow control" was duly and lawfully issued on Nov. 15, 2011.  A true and correct copy of the '644 Patent is attached hereto as Exhibit 5.

**DEFENDANTS' INFRINGING PRODUCTS AND SERVICES**

33.     On information and belief, Defendants have infringed and continue to infringe one or more claims of the Asserted Patents by, at a minimum, making, using, offering for sale, and selling infringing products and services in the United States and in this District.

34.     The Accused Products include Nvidia's BlueField-2, BlueField-2X, BlueField-3 DPU, BlueField-3 SuperNIC, BlueField-3 Liquid Cooled DPU, BlueField-4, BlueField-4 STX, Spectrum-X Ethernet switch, Spectrum-X Ethernet SuperNIC, DOCA Flow, ConnectX-3, ConnectX-3 Pro, ConnectX-4, ConnectX-4 Lx, ConnectX-5, ConnectX-5 Ex, ConnectX-6 Lx, ConnectX-6 Dx, ConnectX-7 200/400G NIC, ConnectX-8 SuperNIC, ConnectX-9 SuperNIC, Vera Rubin product[11] ("Nvidia Accused Products") and Dell BlueField Cards,[12] Dell and Nvidia's Dell EMC PowerEdge Servers,[13] including but not limited to R650, R750,[14] R760, R7615, R7625,

---

[11] Ex. 11, http://crn.com/news/components-peripherals/2026/nvidia-puts-groq-lpu-vera-cpu-and-bluefield-4-dpu-into-new-data-center-racks.
[12] Ex. 12, https://www.dell.com/support/kbdoc/en-us/000339688/poweredge-nvidia-bluefield-software-subscription-activation-guide.
[13] Ex. 13, https://resources.nvidia.com/en-us-accelerated-networking-resource-library/nvidia-and-dell-tech.
[14] Ex. 57, https://resources.nvidia.com/en-us-accelerated-networking-resource-library/blog.

Dell ObjectScale with NVIDIA BlueField-3 DPU,[15] Products in the Dell AI Factory with NVIDIA,[16] and Dell AI Data Platform with NVIDIA[17] ("Nvidia and Dell Accused Products") (collectively, the "Accused Products").

35.    Nvidia directly infringes by making, using, offering for sale, and selling the Nvidia Accused Products, as explained below. Nvidia also indirectly infringes by contributing to and inducing their customers, including Dell, to infringe by using the Nvidia Accused Products, as also explained below. Dell similarly directly infringes by making, using, offering for sale, and selling the Nvidia and Dell Accused Products, as explained below. And Dell also indirectly infringes by contributing to and inducing their customers to infringe by using the Nvidia and Dell Accused Products, as also explained below.

## DEFENDANTS' INFRINGEMENT IS WILLFUL, DELIBERATE, AND WITH KNOWLEDGE

36.    Defendants' use of SpeedNIC's patented technology is no accident. Rather, Defendants have been aware of and remain aware of Chelsio (which filed for and previously owned the Asserted Patents), SpeedNIC's Asserted Patents, and Defendants' infringement of SpeedNIC's Asserted Patents.

37.    SpeedNIC operates in a small and highly specialized market for high-performance, programmable network adapters and data center acceleration technologies. On information and belief, participants in this market closely monitor one another's research, patent filings, product releases, and technical advancements.[18] Given the small number of companies working in this

---

[15] Ex. 14, https://www.dell.com/en-us/dt/corporate/newsroom/announcements/detailpage.press-releases~usa~2025~05~dell-technologies-and-nvidia-unveil-next-generation-enterprise-ai-solutions.htm.
[16] Ex. 14, https://www.delltechnologies.com/asset/en-us/solutions/business-solutions/briefs-summaries/dell-ai-factory-with-nvidia-ebook.pdf.
[17] Ex. 15, https://www.dell.com/en-us/blog/ai-at-scale-starts-with-your-data-introducing-the-supercharged-dell-ai-data-platform-with-nvidia/.
[18] Ex. 16, https://www.prnewswire.com/news-releases/chelsio-announces-support-for-nvidia-tesla-accelerated-computing-platform-300098658.html.

space, Defendants necessarily track emerging competitors and patented technologies relevant to high-performance NICs, DPUs, and SmartNICs.

38.    Defendants' actions further demonstrate their knowledge of the SpeedNIC technology in this market. For example, Nvidia's multi-billion-dollar acquisition of Mellanox, widely recognized as driven by the importance of advanced networking, offload, and acceleration technologies, reflects Nvidia's familiarity with the Asserted Patents and the competitive landscape in which SpeedNIC operates. Through this acquisition and its ongoing involvement in the high-performance networking space, Nvidia obtained and maintained knowledge of competing patented architectures and data path technologies, including those developed and patented by SpeedNIC.

39.    Defendants' knowledge of SpeedNIC and the patented technology is further evidenced by Mellanox's own public technical analyses. Before Nvidia's acquisition, Mellanox published industry articles and white papers expressly discussing and evaluating SpeedNIC technologies, including comparisons of performance, protocol, architecture, and offload capabilities.[19] These publications demonstrate that Mellanox was well aware of Chelsio, which filed for and previously owned the patents, tracked its product development, and understood the specific technical approaches used in SpeedNIC's network acceleration solutions. Nvidia's current Chief Technical Officer, Michael Kagan, was a co-founder of Mellanox. Through the acquisition, Nvidia inherited and expanded this knowledge of the patents and infringement.

40.    Additionally, on information and belief, Nvidia was aware of SpeedNIC, its patented technology, and specifically the '587 and '644 patents, at least through the prosecution of patent applications by its wholly owned subsidiary, Mellanox Technologies, Ltd., during which

---

[19] Ex. 17, https://network.nvidia.com/pdf/whitepapers/WP_RoCE_vs_iWARP.pdf; Ex. 58, https://network.nvidia.com/pdf/whitepapers/WP_RoCE_vs_iWARP_Facts_You_Should_Know.pdf.

SpeedNIC's patents were cited—including citations made by the Mellanox in those proceedings. *See, e.g.*, U.S. Patent Application No. 2022/0263,776; U.S. Patent Nos. 11,973,696; 12,474,833; 12,375,404; 12,231,343 (all citing both the '587 and '644 Patents); U.S. Patent Nos. 12,218,860; 12,132,665; 11,792,139; 11,595,472 (all citing the '587 Patent).

41.     Defendants knew the value of SpeedNIC's technology, knew that SpeedNIC's technology was patented, and chose to use it anyway. On information and belief, Defendants designed the Accused Products based on and incorporating SpeedNIC's patented technology.

42.     Defendants' infringement of the Asserted Patents is willful and deliberate, as Defendants knew of the value of SpeedNIC's technology, knew of SpeedNIC's patents, and designed the Accused Products to incorporate SpeedNIC's patented technology despite this awareness and knowledge.

## COUNT I

### (Defendants' Infringement of the '733 Patent)

43.     SpeedNIC incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

44.     The claims of the '733 Patent are directed to non-abstract ideas and otherwise recite inventive concepts and technological improvements.

45.     On information and belief, Defendants have infringed and will continue to infringe the '733 Patent. Defendants directly infringe the '733 Patent under 35 U.S.C. §271(a) by making, using, selling, offering for sale, and/or importing in this District and into the United States products and/or methods covered by one or more claims of the '733 Patent, including, but not limited to, the Accused Products. As an example, the Accused Products infringe at least claim 12 of the '733 Patent.

46.     Claim 12 is directed to:

> 12. Network interface circuitry configured to couple a host computer to a network to facilitate communication over the network between the host and a peer, the network interface circuitry comprising:
>
> circuitry configured to receive data from the network;
>
> circuitry configured to process the received data to determine an indication of a highest priority one of a plurality of actions to be performed by the network interface controller with respect to the received data, wherein the processing includes presenting the at least a portion of the received data to lookup circuitry that is configured to automatically provide the indication of the highest priority action, associated with the received data, based not only on whether the portion of the received data presented to the lookup circuitry matches data associated with an indication of an action but also based on an order of the indications of the plurality of actions relative to each other in the lookup circuitry, wherein the actions include protocol processing with respect to a connection to which the received data belongs or filtering for received data which does not belong to a connection whose protocol processing is being handled by the network interface circuitry; and
>
> circuitry configured to provide, to the host computer, the received data having the particular indicated highest priority action applied,
>
> wherein the circuitry configured to provide, to the host computer, the received data having the indicated action applied, is configured to selectively block the received data from being provided to the host computer based at least in part on the indicated particular action being a filtering rule applicable to the received data.

47.     The Accused Products contain network interface circuitry configured to couple a host computer to a network to facilitate communication over the network between the host and a peer. For example, BlueField is a DPU designed to provide networking to server systems and "delivers up to 800Gb/s connectivity with purpose-built accelerations for software-defined

networking and distributed routing—freeing CPU cores while simplifying operations with integrated overlay and L3 underlay networking."[20] "BlueField-3 platforms deliver low latency, high bandwidth, and computing efficiency for high-performance computing (HPC), artificial intelligence (AI), and hyperscale cloud data centers applications."[21] BlueField also contains network and port interfaces that enable network connectivity, including "Ethernet - 1, 2, 4 ports with up to 400 Gb/s connectivity" and "InfiniBand - Single port of NDR (400Gb/s), or dual ports of NDR200 / HDR (200Gb/s)."[22] As another example, BlueField contains a NIC that can be and is coupled to a host CPU to enable network connectivity:



[20] Ex. 18, https://www.nvidia.com/en-us/networking/products/data-processing-unit/
[21] Ex. 19, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf at 14.
[22] Ex. 20 at 2, https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/documents/datasheet-nvidia-bluefield-3-dpu.pdf.
[23] Ex. 21, https://docs.nvidia.com/networking/display/bluefielddpubspv420/functional+diagram.



24



25

---

[24] Ex. 19 at 84, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[25] Ex. 22 at 10, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.

16



26

BlueField uses the ConnectX network interface adaptor from Mellanox Technologies: "NVIDIA® BlueField®-3 is a family of advanced IC solutions that integrate a coherent mesh of 64-bit Armv8.2+ A78 Hercules cores, an NVIDIA® ConnectX®-7 network adapter front-end, and a PCI Express switch into a single chip."[27]

48.    The Accused Products contain network interface circuitry that couples together a host with at least one peer. A primary purpose of the Accused Products is to sit between the host and network, on which there are peer devices. For example, BlueField may run in multi-host mode where "each host interface can be divided into up to 4 independent PCIe interfaces describe," all of which may be connected by BlueField to perform packet parsing and network operations.[28] For example, BlueField may function in GPU offload applications where BlueField, containing network interface circuitry, sits between GPUs and a host to facilitate communication between the

---

[26] Ex. 22 at 11, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.
[27] Ex. 19, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[28] Ex. 23, https://docs.nvidia.com/networking/display/bluefielddpubspv420/multi-host.

GPUs and a host.[29] For example, when operating in DPU mode, BlueField ensures that "[a]ll network communication to the host flows through a virtual switch control plane hosted on the Arm cores, and only then proceeds to the host," meaning the network interface circuitry facilitates communication between peers on the network and the host.[30] When in DPU mode, BlueField's ARM processors may also act as a host as packets are terminated or modified at the ARM processors or DPU accelerators.[31] For example, in the Dell PowerEdge Servers built with NVIDIA DPUs, the host, the other listed processors, such as CPUs within Dell Servers, and the claimed "[n]etwork interface circuitry" are combined and connected in order to couple the host to a network.[32]



[33]

[29] Ex. 24, https://docs.nvidia.com/doca/sdk/doca-dpu-gpu-remote-offload-application-guide/index.html.

[30] Ex. 25, https://docs.nvidia.com/networking/display/bluefielddpubspv420/modes+of+operation#src-80580973_ModesofOperation-SmartNICmode.

[31] Ex. 25, https://docs.nvidia.com/networking/display/bluefielddpuosv380/modes+of+operation#src-64308724_ModesofOperation-SmartNICmode.

[32] Ex. 13, https://resources.nvidia.com/en-us-accelerated-networking-resource-library/nvidia-and-dell-tech.

[33] Ex. 24, https://docs.nvidia.com/doca/sdk/doca-dpu-gpu-remote-offload-application-guide/index.html.



34

49.     The Accused Products contain network interface circuitry configured to receive data from the network. For example, "[f]or network functions, the DPU accelerates advanced data-center SDN and network-function virtualization (NFV), including Open vSwitch, overlay protocols (such as VXLAN), network-address translation (NAT), load balancing, and fine-grained traffic management."[35] For example, BlueField data path uses InfiniBand, Ethernet, and PCIe switches to route data to and from a host processor over a network.[36] For example, BlueField contains network and port interfaces that enable network connectivity, including "Ethernet - 1, 2, 4 ports with up to 400 Gb/s connectivity" and "InfiniBand - Single port of NDR (400Gb/s), or dual ports of NDR200 / HDR (200Gb/s)."[37] As another example, BlueField diagrams depict the network interface circuitry within BlueField receiving data from the network over its various ports:

---

[34] Ex. 23, https://docs.nvidia.com/networking/display/bluefielddpubspv420/multi-host.
[35] Ex. 26, https://infohub.delltechnologies.com/en-sg/l/dpus-in-the-new-vsphere-8-0-and-16th-generation-dell-poweredge-servers/nvidia-bluefield-dpu-architecture/.
[36] Ex. 22 at 11, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.
[37] Ex. 20 at 2, https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/documents/datasheet-nvidia-bluefield-3-dpu.pdf.



50.    The Accused Products contain circuitry configured to process the received data

from the network to determine an indication of a highest priority one of a plurality of actions to be

---

[38] Ex. 22 at 11, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.
[39] Ex. 27, https://docs.nvidia.com/networking/display/initialdpumgmtandprovisioning/introduction.

performed by the network interface controller with respect to the received data, wherein the processing includes presenting the at least a portion of the received data to lookup circuitry that is configured to automatically provide the indication of the highest priority action, associated with the received data, based not only on whether the portion of the received data presented to the lookup circuitry matches data associated with an indication of an action but also based on an order of the indications of the plurality of actions relative to each other in the lookup circuitry, wherein the actions include protocol processing with respect to a connection to which the received data belongs or filtering for received data which does not belong to a connection whose protocol processing is being handled by the network interface circuitry. For example, DOCA is a software suite used in BlueField that includes drivers, libraries, tools, and software for interacting with hardware devices and the operating system installed on BlueField.[40] DOCA Flow provides packet processing "pipes" using BlueField hardware.[41] Pipes within the BlueField system consist of match criteria, monitoring, and a set of actions which may allow BlueField to determine the highest priority one of a plurality of actions to be performed with respect to the received data.[42] The architecture of the DOCA Flow library in the following diagram includes defining a pipe template, receiving a packet for processing, creating the pipe entry, and offloading the flow rule in NIC hardware:

---

[40] Ex. 28, https://docs.nvidia.com/doca/sdk/doca-framework/index.html.
[41] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.
[42] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.

21



The Accused Products operate the DOCA flow framework. For example, "[p]acket processing is

fully accelerated by [BlueField] with a specific entry in a flow pipe" and "[p]ackets that do not

---

43 Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.

44 Ex. 30, https://docs.nvidia.com/doca/sdk/doca-overview/index.html.

match any of the pipe entries in hardware can be sent to Arm cores for exception handling and then reinjected back to hardware."[45] BlueField can perform a plurality of actions with respect to the received data, including by defining criteria for matching or actions on a packet, where the pipe "applies to all packets of a pipe, or specified on a per entry basis, where each entry defines the operation on either the match, actions, or both."[46] "A pipe consists of a template that includes the following elements: Match; Monitor; Actions; Forward."



47

Matching within DOCA Flow involves "selecting packets based on their fields' values and steering them for further processing:



48

---

[45] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.

[46] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.

[47] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-CreatePipeandPipeEntry.

[48] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.

"DOCA Flow implements priority by chaining pipes" where a packet will be analyzed based on the highest priority lookup table to determine whether the priority action applies before resorting to lower priority actions.[49] Defendants recommend "chaining" pipes: "[p]riority is managed through the order of operation and rule insertion" and chaining involves "[c]reating a "miss" rule in a high-priority pipe that forwards traffic to the next, lower-priority pipe (e.g., match PIPE1, and on miss, jump to PIPE2)."[50] As another example, "doca_flow_pipe_acl uses access-control list (ACL) matching" which provides a set of match rules on packet headers that decide what happens to a packet.[51] As another example "doca_flow_pipe_ordered_list" defines an order of actions to be performed on a packet as it is processed using lookup circuitry.[52]

51.     The Accused Products contain circuitry configured to provide, to the host computer, the received data having the particular indicated highest priority action applied. For example, "[t]he pipe also has a forwarding target" which may include "[s]oftware (RSS to subset of queues)."[53] BlueField hardware decides to forward a matched packet to the host software stack and specifically places it into a subset of the host's receive queues using RSS hashing.  As another example, "[p]ackets that do not match any of the pipe entries in hardware can be sent to Arm cores for exception handling and then reinjected back to hardware," reflecting that packets may be sent to ARM cores (*e.g.*, an example of a host) if it meets the highest priority action.[54] BlueField

---

[49] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.

[50] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.

[51] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.

[52] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.

[53] Ex. 31, https://docs.nvidia.com/doca/archive/doca-v1.5.5/flow-programming-guide/index.html#introduction.

[54] Ex. 31, https://docs.nvidia.com/doca/archive/doca-v1.5.5/flow-programming-guide/index.html#architecture.

includes functions with "default offload flow rules to redirect packets into software queues."[55] BlueField also contains a "pipe forwarding" action that may forward a packet to software at the last phase of the pipe after lookup circuitry has examined it.[56] As another example, ACL expressly forwards packets based on "priority of the entry."[57]



As discussed above, BlueField contains Ethernet/InfiniBand ports for network traffic and PCIe lanes to connect to an external host.

---

[55] Ex. 31, https://docs.nvidia.com/doca/archive/doca-v1.5.5/flow-programming-guide/index.html#doca-flow-port-start.
[56] Ex. 31, https://docs.nvidia.com/doca/archive/doca-v1.5.5/flow-programming-guide/index.html#setting-pipe-forwarding.
[57] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-doca_flow_pipe_acl.
[58] Ex. 31, https://docs.nvidia.com/doca/archive/doca-v1.5.5/flow-programming-guide/index.html#packet-processing.



52.    The Accused Products contain circuitry configured to provide, to the host computer, the received data having the indicated action applied, where the circuitry is configured to selectively block the received data from being provided to the host computer based at least in part on the indicated particular action being a filtering rule applicable to the received data. For example, pipes may drop packets rather than forward to the host destination depending on the filtering rule.[60] ACL within BlueField supports several forwarding actions, including "DROP."[61] The same applies for steering domains based on pipe results where a "miss" action may result in a drop of the

---

[59] Ex. 26, https://infohub.delltechnologies.com/en-sg/l/dpus-in-the-new-vsphere-8-0-and-16th-generation-dell-poweredge-servers/nvidia-bluefield-dpu-architecture/.
[60] Ex. 31, https://docs.nvidia.com/doca/archive/doca-v1.5.5/flow-programming-guide/index.html#introduction.
[61] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-doca_flow_pipe_acl.

packet.[62] As another example in the following diagram of BlueField in remote-vnf mode, the application captures the packet and decides whether to drop it or forward it to another uplink:



53. Defendants have been on notice of the '733 Patent and a specific factual basis for its infringement of the '733 Patent since at least the filing of this Complaint.

54. Defendants have, under 35 U.S.C. § 271(a), directly infringed, and continue to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including without limitation at least claim 12 of the '733 Patent, by making, using, testing, selling, offering for sale, and/or importing the Accused Products. For example, Nvidia directly infringes by making, using, testing, selling, offering for sale, and/or importing the Nvidia Accused Products. Dell also

---

[62] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-ListofSteeringDomains.
[63] Ex. 31, https://docs.nvidia.com/doca/archive/doca-v1.5.5/flow-programming-guide/index.html#pipe-mode.

directly infringes by making, using, testing, selling, offering for sale, and/or importing the Nvidia and Dell Accused Products.

55.    Defendants have also indirectly infringed, and continue to indirectly infringe, literally and/or under the doctrine of equivalents, the '733 Patent under 35 U.S.C. § 271(b). For example, Nvidia indirectly infringes by inducing Dell, and Nvidia's other customers, to infringe with the Nvidia Accused Products and the Nvidia and Dell Accused Products. Dell also indirectly infringes by inducing its own customers to infringe with the Nvidia and Dell Accused Products.

56.    Defendants have knowingly, intentionally actively aided, abetted, and induced others to directly infringe at least claim 12 of the '733 Patent, and continue to do so, by, for example, selling and offering access to its products and services, and by providing developer materials and other online resources that provide instructions for its products and services.

57.    Defendants have also contributed to the direct infringement of at least claim 12 of the '733 Patent under 35 U.S.C. § 271(c), literally and/or under the doctrine of equivalents, and continue to do so, by, for example, supplying, with knowledge of the '733 Patent, a material part of a claimed invention, where the material part is not a staple article of commerce and is incapable of substantial noninfringing use.

58.    The acts of infringement of the '733 patent by Defendants have injured SpeedNIC and SpeedNIC is entitled to recover damages adequate to compensate it for the infringement from Defendants, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

59.    Defendant's infringement has been willful in view of the above and its failure to take any action, even after being put on notice, to stop its infringement or inducement of, or contribution to, infringement by others.

## COUNT II

### (Defendants' Infringement of the '627 Patent)

60.     SpeedNIC incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

61.     The claims of the '627 Patent are directed to non-abstract ideas and otherwise recite inventive concepts and technological improvements.

62.     On information and belief, Defendants have infringed and will continue to infringe the '627 Patent. Defendants directly infringe the '627 Patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing in this District and into the United States products and/or methods covered by one or more claims of the '627 Patent, including, but not limited to, the Accused Products. As an example, the Accused Products infringe at least claim 7 of the '627 Patent.

63.     Claim 7 is directed to:

> 7. A network interface controller (NIC) configured to couple a host to a network, the NIC coupled to the host via a host bus, and the host configured to operate a plurality of virtual machines, the NIC including a data frame processing pipeline configured to:
>
> receive at least one data frame, the at least one data frame including at least a source network address and indication of at least one destination network address,
>
> based on an indication in the data frame, determine if the received data frame is a frame on which additional processing should occur;
>
> based on a result of the determining step, cause the frame to be provided to the host, via the host bus, for the host to perform the additional processing; and
>
> receive, via the host bus, the frame on which additional processing has been performed and provide the frame to a

29

destination based on the indication of the at least one destination address.

64.    The Accused Products contain a NIC configured to couple a host to a network via a host bus. For example, BlueField is a DPU designed to provide networking to server systems and "delivers up to 800Gb/s connectivity with purpose-built accelerations for software-defined networking and distributed routing—freeing CPU cores while simplifying operations with integrated overlay and L3 underlay networking."[64] "BlueField-3 platforms deliver low latency, high bandwidth, and computing efficiency for high-performance computing (HPC), artificial intelligence (AI), and hyperscale cloud data centers applications."[65] BlueField also contains network and port interfaces that enable network connectivity, including "Ethernet - 1, 2, 4 ports with up to 400 Gb/s connectivity" and "InfiniBand - Single port of NDR (400Gb/s), or dual ports of NDR200 / HDR (200Gb/s)."[66] As another example, BlueField contains a NIC that is coupled to a host CPU to enable network connectivity:

---

[64] Ex. 18, https://www.nvidia.com/en-us/networking/products/data-processing-unit/
[65] Ex. 19 at 14, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[66] Ex. 20 at 2, https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/documents/datasheet-nvidia-bluefield-3-dpu.pdf.



[67] Ex. 21, https://docs.nvidia.com/networking/display/bluefielddpubspv420/functional+diagram.
[68] Ex. 19 at 84, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.





BlueField uses the ConnectX network interface adaptor from Mellanox Technologies: "NVIDIA®

BlueField®-3 is a family of advanced IC solutions that integrate a coherent mesh of 64-bit

Armv8.2+ A78 Hercules cores, an NVIDIA® ConnectX®-7 network adapter front-end, and a PCI

---

[69] Ex. 22 at 10, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.
[70] Ex. 22 at 11, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.

Express switch into a single chip."[71] BlueField is couple to a host CPU via a host bus in at least the form of a PCIe bus, including BlueField-4 which uses PCIe Gen6 x16.[72] For example, when verifying that the host server correctly identifies BlueField, the system may perform commands that "rescan the PCIe bus and list the BlueField's name and PCIe address."[73]

65.    The Accused Products contain a NIC coupled to a host where the host is configured to operate a plurality of virtual machines. For example, host CPUs operate numerous virtual machines and containers in server systems:



For example, "[b]y leveraging BlueField-3 virtualization offloads, data center administrators can benefit from better server utilization, allowing more virtual machines and more tenants on the same hardware, while reducing the TCO and power consumption."[75] For example, BlueField is "designed to enable efficient network switching in virtualized environments such as virtual machines (VMs) and containers."[76] As another example, the Accused Products may function in "multi-vGPU setup[s], where physical NVIDIA GPUs are divided into multiple vGPUs that are

---

[71] Ex. 19, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[72] Ex. 32 at 1, https://resources.nvidia.com/en-us-accelerated-networking-resource-library/bluefield-4-dpu-datasheet.
[73] Ex. 19 at 18, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[74] Ex. 22 at 5, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.
[75] Ex. 33 at 17, https://docs.nvidia.com/nvidia-bluefield-2-infiniband-ethernet-dpu-user-guide.pdf.
[76] Ex. 34, https://developer.nvidia.com/blog/harness-dpu-accelerated-packet-steering-logic-with-nvidia-doca-flow/.

assigned to VMs."[77] For another example, in the Dell PowerEdge Servers built with NVIDIA DPUs, the host, the other listed processors, such as CPUs within Dell Servers, and the claimed "network interface controller" are combined and connected in order to couple the host to a network.[78]

66.    The Accused Products contain a NIC with a data frame processing pipeline configured to receive at least one data frame, the at least one data frame including at least a source network address and indication of at least one destination network address. For example, "ConnectX-9 SuperNICs deliver ultralow-latency, 800Gb/s networking to maximize efficiency in gigascale AI infrastructure . . . [to] accelerate data movement, optimize RoCE performance, and enable consistent and predictable networking for the most demanding AI workloads."[79] When "[i]n NIC Mode, BlueField operates as a ConnectX network adapter for the external host."[80] DOCA Flow provides packet processing pipes using BlueField hardware.[81] BlueField contains Ethernet/InfiniBand ports for network traffic and PCIe lanes receive packets containing data frames.

---

[77] Ex. 35, https://docs.nvidia.com/vgpu/knowledge-base/latest/vgpu-features.html#multi-vgpu.
[78] Ex. 13, https://resources.nvidia.com/en-us-accelerated-networking-resource-library/nvidia-and-dell-tech.
[79] Ex. 7, https://blogs.nvidia.com/blog/bluefield-4-ai-factory/.
[80] Ex. 25, https://docs.nvidia.com/doca/sdk/bluefield-modes-of-operation/index.html#src-3421781520_id-.BlueFieldModesofOperationv2.10.0-NICMode.
[81] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.



As another example, the NIC pipeline is configured to receive packets on the port and process them through hardware pipe entries.[83] The NIC pipeline parses incoming frames/packets and exposes source and destination address fields (MAC and/or IP), as shown by DOCA Flow matches (MAC/IP) and API fields, and by RSS on L3 source/destination.[84]

67.    The Accused Products determine, based on an indication in the data frame, if the received data frame is a frame on which additional processing should occur. For example, BlueField may receive data packets on which additional processing should occur by a host application, and send those packets to the host application for additional processing over the PCIe lanes, the data flow determined based on a programmable packet parser in the data pipeline architecture:

---

[82] Ex. 26, https://infohub.delltechnologies.com/en-sg/l/dpus-in-the-new-vsphere-8-0-and-16th-generation-dell-poweredge-servers/nvidia-bluefield-dpu-architecture/.
[83] Ex. 36 at 9, https://docs.nvidia.com/doca/sdk/doca-flow.pdf.
[84] Ex. 36 at 118, https://docs.nvidia.com/doca/sdk/doca-flow.pdf.



For example, BlueField can be configured with a parser "responsible for processing the input packet and a header stack."[86] Further, "[o]nce these headers are identified, the fields within the packet become candidates for further processing."[87] As another example, BlueField contains a programmable 64-128 packet processor for flexible networking, multi-stage, highly parallelized architecture for throughput optimization, flow-based classification and action engine for efficient packet processing, and supports RDMA, cryptographic acceleration, and time-based scheduling.[88]

---

[85] Ex. 37, https://docs.nvidia.com/doca/sdk/dpl-system/index.html#src-4734419551_id-.DPLSystemv3.3.0LC-DPLArchitecture.
[86] Ex. 38 at 4–5, https://docs.nvidia.com/doca/sdk/doca-target-architecture.pdf.
[87] Ex. 38 at 9, https://docs.nvidia.com/doca/sdk/doca-target-architecture.pdf.
[88] Ex. 39, https://docs.nvidia.com/doca/archive/2-9-1/hardware+architecture/index.html#src-2723468391_id-.HardwareArchitecturev2.7.0-AcceleratedProgrammablePipeline.



NVIDIA BlueField DPU

As another example, BlueField is capable of deep packet inspection, which "is a method of examining the full content of data packets as they traverse a monitored network checkpoint."[90] As another example, the BlueField data frame processing pipeline may determine that data requires exception handling from an accelerator, ARM core, or host CPU.

68.    The Accused Products, based on a result of the determining step, cause the frame to be provided to the host, via the host bus, for the host to perform the additional processing. For example, BlueField "integrates x16 Armv8.2+ A78 Hercules cores (64-bit) is interconnected by a coherent mesh network, one DRAM controller, an RDMA intelligent network adapter supporting up to 400Gb/s, an embedded PCIe switch with endpoint and root complex functionality, and up to 32 lanes of PCIe Gen 5.0," which are used to deliver packets between BlueField and the host CPU.[91] BlueField is couple to a host CPU via a host bus in at least the form of a PCIe bus, including BlueField-4 which uses PCIe Gen6 x16.[92] For example, BlueField enables supercomputing where the host contains applications for processing data frame packets, and BlueField contains computing

---

[89] Ex. 39, https://docs.nvidia.com/doca/archive/2-9-1/hardware+architecture/index.html#.
[90] Ex. 40, https://docs.nvidia.com/networking/display/bluefielddpuosv380/deep+packet+inspection#.
[91] Ex. 41 at 12, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-dpu-controller-user-manual.pdf.
[92] Ex. 32 at 1, https://resources.nvidia.com/en-us-accelerated-networking-resource-library/bluefield-4-dpu-datasheet.

elements for determining whether data frame packets should reach those host applications, as well as computing elements for sending the packets to the host applications:



Using the data-path accelerator subsystem, data frame packets may be provided to the host. As another example, the BlueField data frame processing pipeline may determine that data requires exception handling from an ARM core acting as a host to BlueField internally connected to the NIC via a host bus on the chip. As another example, when operating in DPU mode, "the BlueField owns NIC resources, and all host traffic flows through a virtual switch on the Arm subsystem before reaching the host," indicating that data frames may be delivered to the host from the network.[94]

---

[93] Ex. 22 at 15, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.
[94] Ex. 37, https://docs.nvidia.com/doca/sdk/dpl-system/index.html#src-4734419551_id-.DPLSystemv3.3.0LC-DPLArchitecture.



69.     The Accused Products receive, via the host bus, the frame on which additional processing has been performed and provide the frame to a destination based on the indication of the at least one destination address. For example, BlueField contains a NIC that enables network activity where data frames are provided to the host when additional processing must occur and then sent back to the NIC before providing the frame to a destination address on the network.



[95]

BlueField enables data path processing in all directions—host to host, host to network, network to network, and network to host. For example, in DPU mode, "[a]ll network communication to the host flows through a virtual switch control plane hosted on the Arm cores that manages all networking traffic coming and going from the host."[96]

70.    Defendants have been on notice of the '627 Patent and a specific factual basis for its infringement of the '627 Patent since at least the filing of this Complaint.

71.    Defendants have, under 35 U.S.C. § 271(a), directly infringed, and continue to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including without limitation at least claim 7 of the '627 Patent, by making, using, testing, selling, offering for sale, and/or importing the Accused Products. For example, Nvidia directly infringes by making, using, testing, selling, offering for sale, and/or importing the Nvidia Accused Products. Dell also

---

[95] Ex. 22 at 11, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.
[96] Ex. 25, https://docs.nvidia.com/doca/sdk/bluefield-modes-of-operation/index.html#src-3421781520_id-.BlueFieldModesofOperationv2.10.0-DPUMode.

directly infringes by making, using, testing, selling, offering for sale, and/or importing the Nvidia and Dell Accused Products.

72.     Defendants have also indirectly infringed, and continue to indirectly infringe, literally and/or under the doctrine of equivalents, the '627 Patent under 35 U.S.C. § 271(b).

73.     Defendants have knowingly, intentionally actively aided, abetted, and induced others to directly infringe at least claim 7 of the '627 Patent, and continue to do so, by, for example, selling and offering access to its products and services, and by providing developer materials and other online resources that provide instructions for its products and services. For example, Nvidia indirectly infringes by inducing Dell, and Nvidia's other customers, to infringe with the Nvidia Accused Products and the Nvidia and Dell Accused Products. Dell also indirectly infringes by inducing its own customers to infringe with the Nvidia and Dell Accused Products.

74.     Defendants have also contributed to the direct infringement of at least claim 7 of the '627 Patent under 35 U.S.C. § 271(c), literally and/or under the doctrine of equivalents, and continue to do so, by, for example, supplying, with knowledge of the '627 Patent, a material part of a claimed invention, where the material part is not a staple article of commerce and is incapable of substantial noninfringing use.

75.     The acts of infringement of the '627 patent by Defendants have injured SpeedNIC and SpeedNIC is entitled to recover damages adequate to compensate it for the infringement from Defendants, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the Court.

76.     Defendant's infringement has been willful in view of the above and its failure to take any action, even after being put on notice, to stop its infringement or inducement of, or contribution to, infringement by others.

## COUNT III

### (Defendants' Infringement of the '350 Patent)

77.    SpeedNIC incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

78.    The claims of the '350 patent are directed to non-abstract ideas and otherwise recite inventive concepts and technological improvements.

79.    On information and belief, Defendants have infringed and will continue to infringe the '350 patent. Defendants directly infringes the '350 patent under 35 U.S.C. § 271(a) by making, using, selling, offering for sale, and/or importing in this District and into the United States computer program products and/or methods covered by one or more claims of the '350 patent, including, but not limited to, the Accused Products. As an example, the Accused Products infringe at least claim 1 of the '350 patent.

80.    Claim 1 is directed to:

> 1. A method of operating a host and an intelligent network adaptor, the host executing an operating system and coupled to a network via the intelligent network adaptor, the host configured to execute applications such that, for each application, the host is configured to receive application payload data from a peer via the network and the intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented protocol, wherein the intelligent network adaptor performs protocol processing of the connection, the method comprising:
>
> for a particular connection between an application and a peer, based at least in part on a characteristic of an input request by the application configured to receive application payload data from the peer using that connection, determining whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application;

for the particular connection, determining a destination for the application payload data including determining whether the intelligent network adaptor has been configured for the particular connection such that payload data for the particular connection is to be provided from the intelligent network adaptor to host memory directly associated with the application, for consumption by the application, or is provided from the intelligent network adaptor to host memory that is not provided for consumption by the application; and

performing protocol processing on packets received from the network and, for application payload data of packets determined to be for the particular connection, providing payload data for the particular connection from the intelligent network adaptor to host memory in accordance with a result of the determination, wherein:

determining whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application includes processing a request by the application for the application payload data; and

determining whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application includes processing an indication of a size of the memory associated with the request by the application.

81.     The Accused Products perform a method of operating a host and an intelligent network adaptor, the host executing an operating system and coupled to a network via the intelligent network adaptor. For example, BlueField may function as an intelligent network adaptor coupled to a host CPU where the host CPU runs an operating system, including ARM-compatible operating systems, such as Grace Ubuntu, Red Hat Enterprise Linux 9, SUSE Linux Enterprise Server 15, and Generic Linux.[97] For example, BlueField is a DPU designed to provide networking to server systems and "delivers up to 800Gb/s connectivity with purpose-built accelerations for

---

[97] Ex. 42, https://docs.nvidia.com/dccpu/index.html.

software-defined networking and distributed routing—freeing CPU cores while simplifying operations with integrated overlay and L3 underlay networking."[98] "BlueField-3 platforms deliver low latency, high bandwidth, and computing efficiency for high-performance computing (HPC), artificial intelligence (AI), and hyperscale cloud data centers applications."[99] BlueField also contains network and port interfaces that enable network connectivity, including "Ethernet - 1, 2, 4 ports with up to 400 Gb/s connectivity" and "InfiniBand - Single port of NDR (400Gb/s), or dual ports of NDR200 / HDR (200Gb/s)."[100] As another example, BlueField contains a NIC that is coupled to a host CPU to enable network connectivity:



[101]

[98] Ex. 18, https://www.nvidia.com/en-us/networking/products/data-processing-unit/
[99] Ex. 19 at 14, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[100] Ex. 20 at 2, https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/documents/datasheet-nvidia-bluefield-3-dpu.pdf.
[101] Ex. 21, https://docs.nvidia.com/networking/display/bluefielddpubspv420/functional+diagram.



102

NVIDIA DPU SYSTEM ARCHITECTURE



103

---

[102] Ex. 19 at 84, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[103] Ex. 22 at 10, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.

45



104

BlueField uses the ConnectX network interface adaptor from Mellanox Technologies: "NVIDIA® BlueField®-3 is a family of advanced IC solutions that integrate a coherent mesh of 64-bit Armv8.2+ A78 Hercules cores, an NVIDIA® ConnectX®-7 network adapter front-end, and a PCI Express switch into a single chip."[105] For another example, in the Dell PowerEdge Servers built with NVIDIA DPUs, the host, the other listed processors, such as CPUs within Dell Servers, and the claimed "intelligent network adaptor" are combined and connected in order to perform the infringing method of operating a host and an intelligent network adaptor.[106]

82.    The Accused Products perform a method where the host is configured to execute applications such that, for each application, the host is configured to receive application payload data from a peer via the network and the intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented protocol, wherein the intelligent

---

[104] Ex. 22 at 11, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.
[105] Ex. 19, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[106] Ex. 13, https://resources.nvidia.com/en-us-accelerated-networking-resource-library/nvidia-and-dell-tech.

network adaptor performs protocol processing of the connection. For example, BlueField enables networking and supercomputing where the host contains applications for processing data frame packets, and BlueField contains computing elements for determining whether data frame packets should reach those host applications, as well as computing elements for sending the packets to the host applications.

107

For example, using the data-path accelerator subsystem, data frame packets may be provided to the host. The Accused Products may operate in various modes including NIC mode and DPU mode. In NIC mode, "BlueField operates as a ConnectX network adapter for the external host"; in DPU mode "[t]he Arm cores of BlueField are active, and the embedded Arm system runs services that manage the NIC resources and data path" or "[t]he Arm cores of BlueField are active, and the embedded Arm system runs services to manage the NIC resources and data path while enforcing

---

[107] Ex. 22 at 15, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.

47

restrictions on the external host (host isolation)."[108] The Accused Products use a stateful connection between the host and peer: "[i]n the face of a growing cyber threat landscape, ConnectX-6 Dx provides built-in inline encryption and decryption, stateful packet filtering, and other capabilities, bringing advanced security down to every node with unprecedented performance and scalability."[109] The Accused Products may "offload OVS . . . as the DPU data path can handle stateful tracking of known flows, whereas the Arm cores or host handle new flows."[110] BlueField's inline processing "includes 100Gbps IPSec encryption and 200Gbps TLS encryption. Rated at 215 million packets per second (Mpps), [and] its programmable data path can implement a stateful flow table (SFT) as well as the NVMe-over-Fabrics (NVMe-oF) protocol."[111] On information and belief, the Accused Products are configured to perform this step.

83.    The Accused Products perform a method where, for a particular connection between an application and a peer, based at least in part on a characteristic of an input request by the application configured to receive application payload data from the peer using that connection, determining whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application. For example, BlueField is configured to provide payload data into host memory using connections such as TCP, RDMA, and RoCE. When packets are received from a peer over these connections, the Accused Products write the application data contained in the received messages directly into host memory buffers referenced by posted receive work requests. For example, "DOCA RDMA-based applications can run either on the host machine or on the NVIDIA® BlueField® networking

---

[108] Ex. 25, https://docs.nvidia.com/doca/sdk/bluefield-modes-of-operation/index.html#src-3421781520_id-.BlueFieldModesofOperationv2.10.0-Introduction.
[109] Ex. 43, https://www.pny.com/file%20library/company/support/product%20brochures/nvidia%20networking%20solutions/connectx-6-dx-nic-.pdf.
[110] Ex. 44 at 5, https://solutions.asbis.com/api/uploads/files/40/nvidia-doca-white-paper-final.pdf.
[111] Ex. 44 at 2–3, https://solutions.asbis.com/api/uploads/files/40/nvidia-doca-white-paper-final.pdf.

platform (DPU or SuperNIC)"[112] and "DOCA RDMA (Remote Direct Memory Access) enables applications to directly access the memory of remote machines without involving their CPUs or operating systems."[113]



On information and belief and as reflected in the documentation, host applications post receive buffers (descriptors/work requests) on receive queues so that incoming payload can be DMA'd into those buffers, and the posting is an input request used by the app to receive data from its network peer on a specific connection or flow. "DOCA DMA provides an API to copy data between DOCA buffers using hardware acceleration, supporting both local and remote memory regions."[115] DOCA allows for "selective sharing of specific memory ranges between applications on a single domain or across domains (e.g., between the DPU and the host)."[116] "DOCA RDMA consists of two connected sides, passing data between one another. This includes the option for one side to

---

[112] Ex. 45, https://docs.nvidia.com/doca/sdk/doca-rdma/index.html#src-3984217536_id-.DOCARDMAv3.1.0-Environment.

[113] Ex. 45, https://docs.nvidia.com/doca/sdk/doca-rdma/index.html#src-3984217536_id-.DOCARDMAv3.1.0-Introduction.

[114] Ex. 24, https://docs.nvidia.com/doca/sdk/doca-dpu-gpu-remote-offload-application-guide/index.html.

[115] Ex. 46, https://docs.nvidia.com/doca/sdk/doca-dma/index.html#src-4720296492_id-.DOCADMAv3.3.0_Jan26GA-Introduction.

[116] Ex. 47, https://docs.nvidia.com/doca/archive/doca-v1.3/doca-core-programming-guide/index.html#doca-memory-map.

access the remote side's memory if the granted permissions allow it."[117] BlueField contains functional RDMA transport blocks that are configured based at least in part on a characteristic of an input request by the application to transmit payload data directly into the host memory destination. On information and belief, the Accused Products are configured to perform this step.



118

84.    The Accused Products perform a method where, for the particular connection, determining a destination for the application payload data including determining whether the intelligent network adaptor has been configured for the particular connection such that payload

[117] Ex. 45, https://docs.nvidia.com/doca/sdk/doca-rdma/index.html#src-3984217536_id-.DOCARDMAv3.1.0-Architecture.

[118] Ex. 26, https://infohub.delltechnologies.com/en-sg/l/dpus-in-the-new-vsphere-8-0-and-16th-generation-dell-poweredge-servers/nvidia-bluefield-dpu-architecture/.

data for the particular connection is to be provided from the intelligent network adaptor to host memory directly associated with the application, for consumption by the application, or is provided from the intelligent network adaptor to host memory that is not provided for consumption by the application. For each connection between a host and peer, BlueField determines a destination for payload data, including by using its flow steering/switching and packet processing pipeline which analyzes packet header match fields, forwards to targets, including specific queues, where each queue is backed by a distinct host-memory buffer pool, either application-owned buffers or non-application buffers. For example, DOCA Flow supports pipes with match criteria, actions, including forwarding to queues. DOCA Flow provides packet processing pipes using BlueField hardware.[119] Pipes within the BlueField system consist of match criteria, monitoring, and a set of actions which may allow BlueField to determine the highest priority one of a plurality of actions to be performed with respect to the received data.[120] BlueField may be configured using DOCA to deliver payload data directly to application memory on the host for consumption by the application: DOCA Memory Map "allows selective sharing of specific memory ranges between applications on a single domain or across domains (e.g., between the DPU and the host)."[121] As another example, "DOCA Buffer is used for reference data. It holds the information on a memory region that belongs to a DOCA memory map, and its descriptor is allocated from DOCA Buffer Inventory. Among other functions, it can be used to perform DMA operations."[122] DOCA RDMA Verbs also has "Memory Access Control" which "[r]estricts RDMA operations to authorized

---

[119] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.

[120] Ex. 29, https://docs.nvidia.com/doca/sdk/doca-flow/index.html#src-4410844381_id-.DOCAFlowv3.2.0LC-Introduction.

[121] Ex. 47, https://docs.nvidia.com/doca/archive/doca-v1.3/doca-core-programming-guide/index.html#doca-memory-map.

[122] Ex. 47, https://docs.nvidia.com/doca/archive/doca-v1.3/doca-core-programming-guide/index.html#doca-buffer.

memory regions."[123] On information and belief, the Accused Products are configured to perform this step.

85.    The Accused Products perform a method for performing protocol processing on packets received from the network and, for application payload data of packets determined to be for the particular connection, providing payload data for the particular connection from the intelligent network adaptor to host memory in accordance with a result of the determination. For example, Defendants describe that "[a]t the heart BlueField-2, the ConnectX-6 Dx network offload controller with RDMA and RDMA over Converged Ethernet (RoCE) technology delivers cutting-edge performance for networking and storage applications such as NVMe over Fabrics" which includes "programmable access lists (ACLs), transport offloads, and stateless encaps/decaps of NVGRE, VXLAN, and MPLS overlay protocols."[124] The Accused Products perform various types of transport protocols on received packets, including TCP, RDMA, and RoCEv2, programmable RDMA transport, and NVIDIA GPUDirect RDMA.[125] The Accused Products are configured to carry InfiniBand/Ethernet traffic transmitted through QSFP56 connectors.[126] For example, the Accused Products are capable of "Adaptive Routing on Reliable Transport" which shows they perform functions directly tied to the transport layer, including ordering, reliability, and congestion management.[127] As another example, "[t]he DPA data path enables execution of RDMA operations directly on the device, bypassing the host CPU. This offload model improves performance and

---

[123] Ex. 48, https://docs.nvidia.com/doca/sdk/doca-rdma-verbs/index.html#src-4722196548_safe-id-aWQtLkRPQ0FSRE1BVmVyYnN2My4zLjBfSmFuMjZHQS1ET0NBUkRNQVZlcmJzUHJvdGVjdGlvbkRvbWFpbbihQRCk.

[124] Ex. 33 at 29, https://docs.nvidia.com/nvidia-bluefield-2-infiniband-ethernet-dpu-user-guide.pdf.

[125] Ex. 32 at 3, https://resources.nvidia.com/en-us-accelerated-networking-resource-library/bluefield-4-dpu-datasheet.

[126] Ex. 33 at 29, https://docs.nvidia.com/nvidia-bluefield-2-infiniband-ethernet-dpu-user-guide.pdf.

[127] Ex. 19 at 17, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.

scalability for data-centric applications."[128] As another example, the DOCA Pipeline Language (DPL) solution "enables programmable packet processing on NVIDIA® BlueField® DPUs and SuperNICs using P4-based semantics."[129] On information and belief, the Accused Products are configured to perform this step.



86.    The Accused Products perform a method where determining whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application includes processing a request by the application for the application payload data. Host applications allocate a buffer in host memory,

[128] Ex. 48, https://docs.nvidia.com/doca/sdk/doca-rdma-verbs/index.html#src-4722196548_id-.DOCARDMAVerbsv3.3.0_Jan26GA-ConfigurationPhase.
[129] Ex. 37, https://docs.nvidia.com/doca/sdk/dpl-system/index.html#.
[130] Ex. 37, https://docs.nvidia.com/doca/sdk/dpl-system/index.html#src-4734419551_id-.DPLSystemv3.3.0LC-DPLArchitecture.

provide BlueField with the address and size of the buffer, and BlueField then processes the request, records the buffer descriptor, and when the application payload arrives, directly places the payload into the requests host memory buffer. For example, "DOCA RDMA consists of two connected sides, passing data between one another. This includes the option for one side to access the remote side's memory if the granted permissions allow it."[131] Host applications submit an RDMA job on the relevant workq on BlueField before BlueField provides received payload data to the host memory location.[132] DOCA RDMA Receive jobs are "submitted prior to an expected submission of a send/send with immediate/write with immediate job on the remote side."[133] DOCA RDMA documentation confirms that BlueField must process a request by the application in order to determine whether and where to place received payload data in host memory, specifically, the application submits a DOCA RDMA receive job identifying a destination host memory buffer, and "the received message is appended after the data section in the destination buffer," demonstrating that BlueField processes the application's request and configures itself accordingly.[134] When using DOCA DMA, there is a destination buffer "that points to where memory is copied."[135] On information and belief, the Accused Products are configured to perform this step.

87.    The Accused Products perform a method where the determining whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application includes processing an indication of a size of the memory associated with the request by the application. For example,

---

[131] Ex. 49, https://docs.nvidia.com/doca/archive/doca-v2.2.0/rdma-programming-guide/index.html#architecture.
[132] Ex. 49, https://docs.nvidia.com/doca/archive/doca-v2.2.0/rdma-programming-guide/index.html#architecture.
[133] Ex. 49, https://docs.nvidia.com/doca/archive/doca-v2.2.0/rdma-programming-guide/index.html#doca-rdma-receive.
[134] Ex. 49, https://docs.nvidia.com/doca/archive/doca-v2.2.0/rdma-programming-guide/index.html#doca-rdma-receive.
[135] Ex. 46, https://docs.nvidia.com/doca/sdk/doca-dma/index.html#src-4720296492_id-.DOCADMAv3.3.0_Jan26GA-TaskInput.

BlueField processing a receive task requires a buffer pointing to a local memory address where data is written to upon successful completion of the task. "DOCA Memory Map provides a centralized repository and orchestration of registration of several memory ranges for each device attached to the memory map."[136] As another example, the doca_buf_len_get operation "returns the size of the memory region pointed by the buffer in bytes," indicating that BlueField is aware of the size of the memory associated with the request by the application before it determines whether to provide received payload data corresponding to the request directly into host memory for consumption by the application.[137] On information and belief, the Accused Products are configured to perform this step.



88.    Based on the above, the Accused Products directly infringe, literally and/or under the doctrine of equivalents, at least, but not limited to, claim 1 of the '350 patent.

89.    Defendants have been on notice of the '350 Patent and a specific factual basis for its infringement of the '350 Patent since at least the filing of this Complaint.

---

[136] Ex. 47, https://docs.nvidia.com/doca/archive/doca-v1.3/doca-core-programming-guide/index.html#doca-memory-map.

[137] Ex. 47, https://docs.nvidia.com/doca/archive/doca-v1.3/doca-core-programming-guide/index.html#doca-buf-len-get.

[138] Ex. 47, https://docs.nvidia.com/doca/archive/doca-v1.3/doca-core-programming-guide/index.html#doca-memory-map.

90.    Defendants have, under 35 U.S.C. § 271(a), directly infringed, and continue to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including without limitation at least claim 1 of the '350 Patent, by making, using, testing, selling, offering for sale, and/or importing the Accused Products. For example, Nvidia directly infringes by using and testing the Nvidia Accused Products. Dell also directly infringes by making, using, testing, selling, offering for sale, and/or importing the Nvidia and Dell Accused Products.

91.    Defendants have also indirectly infringed, and continue to indirectly infringe, literally and/or under the doctrine of equivalents, the '350 Patent under 35 U.S.C. § 271(b).

92.    Defendants have knowingly, intentionally actively aided, abetted, and induced others to directly infringe at least claim 1 of the '350 Patent, and continue to do so, by, for example, selling and offering access to its products and services, and by providing developer materials and other online resources that provide instructions for its products and services. For example, Nvidia indirectly infringes inducing Dell, and Nvidia's other customers, to infringe with the Nvidia Accused Products and the Nvidia and Dell Accused Products. Dell also indirectly infringes by inducing its own customers to infringe with the Nvidia and Dell Accused Products..

93.    Defendants have also contributed to the direct infringement of at least claim 1 of the '350 Patent under 35 U.S.C. § 271(c), literally and/or under the doctrine of equivalents, and continue to do so, by, for example, supplying, with knowledge of the '350 Patent, a material part of a claimed invention, where the material part is not a staple article of commerce and is incapable of substantial noninfringing use.

94.    The acts of infringement of the '350 patent by Defendants have injured SpeedNIC and SpeedNIC is entitled to recover damages adequate to compensate it for the infringement from

Defendants, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the court.

95.    Defendant's infringement has been willful in view of the above and its failure to take any action, even after being put on notice, to stop its infringement or inducement of, or contribution to, infringement by others.

## COUNT IV

### (Defendants' Infringement of the '587 Patent)

96.    SpeedNIC incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

97.    The claims of the '587 Patent are directed to non-abstract ideas and otherwise recite inventive concepts and technological improvements.

98.    On information and belief, Defendants has infringed and will continue to infringe the '587 Patent. Defendants directly infringe the '587 Patent under 35 U.S.C. §271(a) by making, using, selling, offering for sale, and/or importing in this District and into the United States products and/or methods covered by one or more claims of the '587 Patent, including, but not limited to, the Accused Products. As an example, the Accused Products infringe at least claim 6 of the '587 Patent.

99.    Claim 6 is directed to:

> 6. An intelligent network adaptor configured to couple a host to a network, the host executing an application configured to receive data packets including application data from a peer via the network and the intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented transport protocol, wherein the intelligent network adaptor is configured to perform transport protocol processing of the connection, the intelligent network adaptor configured to:

57

perform transport protocol processing for the connection with respect to the received packets;

copy application data of the received packets, received from the peer via the stateful connection, from the intelligent network adaptor to host memory; and

moderate a rate of providing application payload arrival notifications from the intelligent network adaptor to the host to indicate to the host that application data is ready for consumption by the host from the host memory, wherein the moderating the rate of providing of the application payload arrival notifications is based at least in part on processing application level notifications at the transport layer of the received packets without terminating the stateful connection, for application payload which has been copied from the intelligent network adaptor to host memory, wherein the processed application level notifications include transport header data in the received packets indicative of events occurring at the application layer of the connection,

wherein the application level notifications at the transport layer in the received packets include at least one of the group consisting of an urgent indicator, indicating that the application payload is to reach the host, and a push indicator, indicating that a segment is to be passed to the application.

100. The Accused Products contain an intelligent network adaptor configured to couple a host to a network. For example, BlueField is a DPU designed to provide networking to server systems and "delivers up to 800Gb/s connectivity with purpose-built accelerations for software-defined networking and distributed routing—freeing CPU cores while simplifying operations with integrated overlay and L3 underlay networking."[139] "BlueField-3 platforms deliver low latency, high bandwidth, and computing efficiency for high-performance computing (HPC), artificial intelligence (AI), and hyperscale cloud data centers applications."[140] BlueField also contains network and port interfaces that enable network connectivity, including "Ethernet - 1, 2, 4 ports

---

[139] Ex. 18, https://www.nvidia.com/en-us/networking/products/data-processing-unit/
[140] Ex. 19 at 14, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.

with up to 400 Gb/s connectivity" and "InfiniBand - Single port of NDR (400Gb/s), or dual ports of NDR200 / HDR (200Gb/s)."[141] As another example, BlueField contains a NIC that is coupled to a host CPU to enable network connectivity:



---

[141] Ex. 20 at 2, https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/documents/datasheet-nvidia-bluefield-3-dpu.pdf.
[142] Ex. 21, https://docs.nvidia.com/networking/display/bluefielddpubspv420/functional+diagram.



143

## NVIDIA DPU SYSTEM ARCHITECTURE



144

[143] Ex. 19 at 84, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[144] Ex. 22 at 10, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.



145

BlueField uses the ConnectX network interface adaptor from Mellanox Technologies: "NVIDIA® BlueField®-3 is a family of advanced IC solutions that integrate a coherent mesh of 64-bit Armv8.2+ A78 Hercules cores, an NVIDIA® ConnectX®-7 network adapter front-end, and a PCI Express switch into a single chip."[146]

101.    The Accused Products couple a host to a network where the host executes an application configured to receive data packets including application data from a peer via the network. For example, BlueField may run in multi-host mode where "each host interface can be divided into up to 4 independent PCIe interfaces describe," all of which may be connected by BlueField to perform packet parsing and network operations.[147] For example, BlueField may function in GPU offload applications where BlueField, containing network interface circuitry, sits between GPUs and a host to perform to facilitate communication between the GPUs and a host.[148]

---

[145] Ex. 22 at 11, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.
[146] Ex. 19, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[147] Ex. 23, https://docs.nvidia.com/networking/display/bluefielddpubspv420/multi-host.
[148] Ex. 24, https://docs.nvidia.com/doca/sdk/doca-dpu-gpu-remote-offload-application-guide/index.html.

61

For example, when operating in DPU mode, BlueField ensures that "[a]ll network communication to the host flows through a virtual switch control plane hosted on the Arm cores, and only then proceeds to the host," meaning the network interface circuitry facilitates communication between peers on the network and the host.[149] When in DPU mode, BlueField's ARM processors may also act as a host as packets are terminated or modified at the ARM processors or DPU accelerators.[150]



151

---

[149] Ex. 25, https://docs.nvidia.com/networking/display/bluefielddpubspv420/modes+of+operation#src-80580973_ModesofOperation-SmartNICmode.
[150] Ex. 25, https://docs.nvidia.com/networking/display/bluefielddpubspv420/modes+of+operation#src-80580973_ModesofOperation-SmartNICmode.
[151] Ex. 24, https://docs.nvidia.com/doca/sdk/doca-dpu-gpu-remote-offload-application-guide/index.html.



152

As another example, where the CPU coupled to the DPU is the host, it executes typical CPU-related applications using data packets from a peer, including virtual machines and containerized workloads, web and database servers, distributed storage services, AI/ML workloads, and other user-level or system-level applications running on the host operating system. As another example, where the ARM core processors within the DPU are the host, they execute typical DPU-offload applications, using data packets from a peer, including networking, storage, security, and infrastructure management.[153] For another example, in the Dell PowerEdge Servers built with NVIDIA DPUs, the host, the other listed processors, such as CPUs within Dell Servers, and the claimed "intelligent network adaptor" are combined and connected in order to couple the host to a network.[154]

---

[152] Ex. 23, https://docs.nvidia.com/networking/display/bluefielddpubspv420/multi-host.
[153] Ex. 26, https://infohub.delltechnologies.com/en-sg/l/dpus-in-the-new-vsphere-8-0-and-16th-generation-dell-poweredge-servers/nvidia-bluefield-dpu-architecture/.
[154] Ex. 13, https://resources.nvidia.com/en-us-accelerated-networking-resource-library/nvidia-and-dell-tech.



155

102.    The Accused Products contain an intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented transport protocol, wherein the intelligent network adaptor is configured to perform transport protocol processing of the connection. The Accused Products may operate in various modes including NIC mode and DPU mode. In NIC mode, "BlueField operates as a ConnectX network adapter for the external host"; in DPU mode "[t]he Arm cores of BlueField are active, and the embedded Arm system runs services that manage the NIC resources and data path" or "[t]he Arm cores of BlueField are active, and the embedded Arm system runs services to manage the NIC resources and data path while enforcing restrictions on the external host (host isolation)."[156] The Accused Products use a stateful connection between the host and peer: "[i]n the face of a growing cyber threat landscape,

---

[155] Ex. 22 at 15, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.
[156] Ex. 25, https://docs.nvidia.com/doca/sdk/bluefield-modes-of-operation/index.html#src-3421781520_id-.BlueFieldModesofOperationv2.10.0-Introduction.

ConnectX-6 Dx provides built-in inline encryption and decryption, stateful packet filtering, and other capabilities, bringing advanced security down to every node with unprecedented performance and scalability."[157] The Accused Products may "offload OVS . . . as the DPU data path can handle stateful tracking of known flows, whereas the Arm cores or host handle new flows."[158] BlueField's inline processing "includes 100Gbps IPSec encryption and 200Gbps TLS encryption. Rated at 215 million packets per second (Mpps), [and] its programmable data path can implement a stateful flow table (SFT) as well as the NVMe-over-Fabrics (NVMe-oF) protocol."[159] A stateful flow table is stateful per-flow/connection state maintained across packets. The Accused Products "can deliver powerful functionality, including encryption of data-in-motion, bare-metal provisioning, stateful L4 firewall, and more."[160]

103.    The Accused Products perform transport protocol processing for the connection with respect to received packets. For example, BlueField's programmable data plane performs TCP state tracking in hardware, including sequence and acknowledgment numbers, using the DOCA Target Architecture's NvTcpState extern, which enables the DPU to maintain per-flow TCP state directly in the data path, offloading work from the host CPU and allowing management of connections at line rate.[161] For example, Defendants describe that "[a]t the heart BlueField-2, the ConnectX-6 Dx network offload controller with RDMA and RDMA over Converged Ethernet (RoCE) technology delivers cutting-edge performance for networking and storage applications such as NVMe over Fabrics" which includes "programmable access lists (ACLs), transport

---

[157] Ex. 43, https://www.pny.com/file%20library/company/support/product%20brochures/nvidia%20networking%20solutions/connectx-6-dx-nic-.pdf.

[158] Ex. 44 at 5, https://solutions.asbis.com/api/uploads/files/40/nvidia-doca-white-paper-final.pdf.

[159] Ex. 44 at 2–3, https://solutions.asbis.com/api/uploads/files/40/nvidia-doca-white-paper-final.pdf.

[160] Ex. 50, https://docs.nvidia.com/networking/display/bf3dpucontroller/supported+interfaces#src-2729714702_SupportedInterfaces-Encryption.

[161] Ex. 51, https://docs.nvidia.com/doca/sdk/tcp-state-tracking/index.html#.

offloads, and stateless encaps/decaps of NVGRE, VXLAN, and MPLS overlay protocols."[162] The Accused Products perform various types of transport protocols on received packets, including RDMA and RoCEv2, programmable RDMA transport, and NVIDIA GPUDirect RDMA.[163] The Accused Products are configured to carry InfiniBand/Ethernet traffic transmitted through QSFP56 connectors.[164] For example, the Accused Products are capable of "Adaptive Routing on Reliable Transport" which shows they perform functions directly tied to the transport layer, including ordering, reliability, and congestion management.[165] As another example, documentation for the Accused Products states that "Non-volatile Memory Express (NVMe) over Fabrics is a protocol for communicating block storage IO requests over RDMA to transfer data between a host computer and a target solid-state storage device or system over a network. BlueField-3 platforms may operate as a co-processor offloading specific storage tasks from the host using its powerful NVMe over Fabrics Offload accelerator."[166] As another example, "ConnectX-9, utilizing IBTA RDMA (Remote Data Memory Access) and RoCE (RDMA over Converged Ethernet) technology, delivers low latency and high-performance over InfiniBand and Ethernet networks. Leveraging datacenter bridging (DCB) capabilities as well as ConnectX-9 advanced congestion control hardware mechanisms, RoCE provides efficient low-latency RDMA services over Layer 2 and Layer 3 networks."[167] The Accused Products contain a NIC subsystem that supports various transport layer protocols like RDMA, TCP, and UDP.

---

[162] Ex. 33 at 29, https://docs.nvidia.com/nvidia-bluefield-2-infiniband-ethernet-dpu-user-guide.pdf.

[163] Ex. 32 at 3, https://resources.nvidia.com/en-us-accelerated-networking-resource-library/bluefield-4-dpu-datasheet.

[164] Ex. 33 at 29, https://docs.nvidia.com/nvidia-bluefield-2-infiniband-ethernet-dpu-user-guide.pdf.

[165] Ex. 19 at 17, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.

[166] Ex. 19 at 17, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.

[167] Ex. 52, https://docs.nvidia.com/networking/display/connectx9supernic/introduction#src-3798633201_Introduction-FeaturesandBenefits.



168

169

168 Ex. 22 at 9,
https://www.hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v08.norecording.pdf
.

169 Ex. 26, https://infohub.delltechnologies.com/en-sg/l/dpus-in-the-new-vsphere-8-0-and-16th-generation-dell-
poweredge-servers/nvidia-bluefield-dpu-architecture/.

104. The Accused Products copy application data of the received packets, received from the peer via the stateful connection, from the intelligent network adaptor to host memory. For example, the Accused Products support TCP, RDMA, and RoCE stateful connections. When packets are received from a peer over TCP connections, the Accused Products write the application data contained in the received messages directly into host memory buffers referenced by posted receive work requests. For example, "[t]he server receives TCP requests from remote clients and forwards them to the GPU via DOCA Comch. The GPU processes the message (in this reference, by reversing the byte order) and returns a response to the server. The server then forwards this response to the remote clients over TCP."[170]



As another example, "GPUDirect RDMA is a technology that provides a direct P2P (Peer-to-Peer) data path between the GPU Memory directly to/from the NVIDIA HCA devices. This provides a significant decrease in GPU-GPU communication latency and completely offloads the CPU, removing it from all GPU-GPU communications across the network. BlueField-3 platforms use

---

[170] Ex. 24, https://docs.nvidia.com/doca/sdk/doca-dpu-gpu-remote-offload-application-guide/index.html#src-4410846612_id-.DOCADPUGPURemoteOffloadApplicationGuidev3.2.0LC-Introduction.
[171] Ex. 24, https://docs.nvidia.com/doca/sdk/doca-dpu-gpu-remote-offload-application-guide/index.html.

high-speed DMA transfers to copy data between P2P devices resulting in more efficient system applications."[172]



[173]

As another example, Defendants provide an API library for executing DMA operations on DOCA buffers, where the buffers "reside either in local memory (i.e., within the same host) or host memory accessible by the DPU."[174]

105.    The Accused Products moderate a rate of providing application payload arrival notifications from the intelligent network adaptor to the host to indicate to the host that application data is ready for consumption by the host from the host memory, wherein the moderating the rate of providing of the application payload arrival notifications is based at least in part on processing application level notifications at the transport layer of the received packets without terminating the stateful connection, for application payload which has been copied from the intelligent network adaptor to host memory, wherein the processed application level notifications include transport

---

[172] Ex. 19, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.

[173] Ex. 53, https://docs.nvidia.com/cuda/gpudirect-rdma/index.html.

[174] Ex. 46, https://docs.nvidia.com/doca/sdk/doca-dma/index.html#src-4307960899_id-.DOCADMAv3.2.0OCT_GA-Introduction.

header data in the received packets indicative of events occurring at the application layer of the connection. For example, ConnectX NIC hardware used in BlueField performs interrupt and completion-queue moderation, thereby moderating the rate of host-facing notifications that indicate new application-payload data is ready in host memory. For example, the Accused Products employ ConnectX-based "intelligent interrupt coalescence," which moderates the rate at which the network adapter issues notifications to the host by batching or delaying completion or interrupt events based on characteristics of the received packet stream, occurring after the payload is DMA-written into host memory and depends in part on transport-layer processing performed by the adapter.[175] For example, the Accused Products employ ConnectX-based adaptive notification-moderation mechanisms, including Dynamically-tuned Interrupt Moderation (DIM), which intelligently adjusts the rate of host notifications based on real-time characteristics of the received packet stream.[176] DIM is supported for ConnectX-4 (or newer) in Kernel 4.8 or MLNX_OFED Rel. 3.4 and later, and moderates the timing and frequency of completion or interrupt events generated by the network adapter after the payload has been DMA-written into host memory, depending on packet- and flow-level behavior, including transport-layer traffic patterns generated by application-layer activity.[177] The Accused Products use a stateful connection between the host and peer: "[i]n the face of a growing cyber threat landscape, ConnectX-6 Dx provides built-in inline encryption and decryption, stateful packet filtering, and other capabilities, bringing advanced security down to every node with unprecedented performance and scalability."[178] The Accused Products may "offload OVS . . . as the DPU data path can handle

[175] Ex. 54 at 3, https://network.nvidia.com/files/doc-2020/pb-bluefield-dpu.pdf.
[176] Ex. 55, https://enterprise-support.nvidia.com/s/article/dynamically-tuned-interrupt-moderation--dim-x.
[177] Ex. 55, https://enterprise-support.nvidia.com/s/article/dynamically-tuned-interrupt-moderation--dim-x.
[178] Ex. 43, https://www.pny.com/file%20library/company/support/product%20brochures/nvidia%20networking%20solutions/connectx-6-dx-nic-.pdf.

stateful tracking of known flows, whereas the Arm cores or host handle new flows."[179] BlueField's inline processing "includes 100Gbps IPSec encryption and 200Gbps TLS encryption. Rated at 215 million packets per second (Mpps), [and] its programmable data path can implement a stateful flow table (SFT) as well as the NVMe-over-Fabrics (NVMe-oF) protocol."[180] A stateful flow table is stateful per-flow/connection state maintained across packets. The Accused Products "can deliver powerful functionality, including encryption of data-in-motion, bare-metal provisioning, stateful L4 firewall, and more."[181]

106.    The Accused Products provide application level notifications where the transport layer in the received packets includes at least one of the group consisting of an urgent indicator, indicating that the application payload is to reach the host, and a push indicator, indicating that a segment is to be passed to the application. For example, BlueField BSP documentation shows that the BlueField parses and processes TCP transport-layer control indicators, including the urgent (URG) and push (PSH) flags, as part of its inline firewall and packet-filtering capabilities, confirming that the Accused Products process transport-layer indicators contained in received packets.[182] On information and belief, the firewall uses the same underlying hardware parser and flow-tracking engine as other DPU functions, including stateful flow tracking, OVS offload, encryption pipelines, and DOCA Flow classifications.

107.    Defendants have been on notice of the '587 Patent and a specific factual basis for its infringement of the '587 Patent since at least the filing of this Complaint.

---

[179] Ex. 44 at 5, https://solutions.asbis.com/api/uploads/files/40/nvidia-doca-white-paper-final.pdf.
[180] Ex. 44 at 2–3, https://solutions.asbis.com/api/uploads/files/40/nvidia-doca-white-paper-final.pdf.
[181] Ex. 50, https://docs.nvidia.com/networking/display/bf3dpucontroller/supported+interfaces#src-2729714702_SupportedInterfaces-Encryption.
[182] Ex. 56, https://docs.nvidia.com/nvidia-bluefield-dpu-bsp-v4-7-0-documentation.pdf.

108.    Defendants have, under 35 U.S.C. § 271(a), directly infringed, and continue to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including without limitation at least claim 6 of the '587 Patent, by making, using, testing, selling, offering for sale, and/or importing the Accused Products. For example, Nvidia directly infringes by making, using, testing, selling, offering for sale, and/or importing the Nvidia Accused Products. Dell also directly infringes making, using, testing, selling, offering for sale, and/or importing the Nvidia and Dell Accused Products.

109.    Defendants have also indirectly infringed, and continue to indirectly infringe, literally and/or under the doctrine of equivalents, the '587 Patent under 35 U.S.C. § 271(b).

110.    Defendants have knowingly, intentionally actively aided, abetted, and induced others to directly infringe at least claim 6 of the '587 Patent, and continue to do so, by, for example, selling and offering access to its products and services, and by providing developer materials and other online resources that provide instructions for its products and services. For example, Nvidia indirectly infringes inducing Dell, and Nvidia's other customers, to infringe with the Nvidia Accused Products and the Nvidia and Dell Accused Products. Dell also indirectly infringes by inducing its own customers to infringe with the Nvidia and Dell Accused Products.

111.    Defendants have also contributed to the direct infringement of at least claim 6 of the '587 Patent under 35 U.S.C. § 271(c), literally and/or under the doctrine of equivalents, and continue to do so, by, for example, supplying, with knowledge of the '587 Patent, a material part of a claimed invention, where the material part is not a staple article of commerce and is incapable of substantial noninfringing use.

112.    The acts of infringement of the '587 patent by Defendants have injured SpeedNIC and SpeedNIC is entitled to recover damages adequate to compensate it for the infringement from

72

Defendants, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the court.

113.    Defendant's infringement has been willful in view of the above and its failure to take any action, even after being put on notice, to stop its infringement or inducement of, or contribution to, infringement by others.

## COUNT V

### (Defendants' Infringement of the '644 Patent)

114.    SpeedNIC incorporates by reference the foregoing paragraphs of this Complaint as if fully set forth herein.

115.    The claims of the '644 Patent are directed to non-abstract ideas and otherwise recite inventive concepts and technological improvements. SpeedNIC has complied with the requirements 35 U.S. Code § 287 with regards to the '644 Patent.

116.    On information and belief, Defendants have infringed and will continue to infringe the '644 patent. Defendants directly infringe the '644 Patent under 35 U.S.C. §271(a) by making, using, selling, offering for sale, and/or importing in this District and into the United States products and/or methods covered by one or more claims of the '644 Patent, including, but not limited to, the Accused Products. As an example, the Accused Products infringe at least claim 1 of the '644 Patent.

117.    Claim 1 is directed to:

> 1. A method of operating an intelligent network adaptor that couples a host to a network, the host executing an application configured to receive data packets, including application data, from a peer via the network and the intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented protocol, wherein the intelligent network adaptor performs protocol processing of the connection, the method comprising:

73

by the intelligent network adaptor, performing protocol processing for the connection with the peer to, at least in part, obtain the application data from the data packets received from the peer, including indicating a receive window to the peer;

placing application data, received from the peer via the stateful connection, from the intelligent network adaptor directly to host memory application buffer associated with the application without the application data being first provided from the intelligent network adaptor to host memory buffer associated with a host operating system and not specifically with the application; and

causing the indicated receive window to be increased based on the application buffer becoming available due to the application consuming application data from the application buffer.

118.   The Accused Products practice a method of operating an intelligent network adaptor that couples a host to a network. For example, BlueField is a DPU designed to provide networking to server systems and "delivers up to 800Gb/s connectivity with purpose-built accelerations for software-defined networking and distributed routing—freeing CPU cores while simplifying operations with integrated overlay and L3 underlay networking."[183] "BlueField-3 platforms deliver low latency, high bandwidth, and computing efficiency for high-performance computing (HPC), artificial intelligence (AI), and hyperscale cloud data centers applications."[184] BlueField also contains network and port interfaces that enable network connectivity, including "Ethernet - 1, 2, 4 ports with up to 400 Gb/s connectivity" and "InfiniBand - Single port of NDR (400Gb/s), or dual ports of NDR200 / HDR (200Gb/s)."[185] As another example, BlueField contains a NIC that is coupled to a host CPU to enable network connectivity:

---

[183] Ex. 18, https://www.nvidia.com/en-us/networking/products/data-processing-unit/.
[184] Ex. 19 at 14, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[185] Ex. 20 at 2, https://www.nvidia.com/content/dam/en-zz/Solutions/Data-Center/documents/datasheet-nvidia-bluefield-3-dpu.pdf.



---

186 Ex. 21, https://docs.nvidia.com/networking/display/bluefielddpubspv420/functional+diagram.
187 Ex. 19 at 84, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.





BlueField uses the ConnectX network interface adaptor from Mellanox Technologies: "NVIDIA®

BlueField®-3 is a family of advanced IC solutions that integrate a coherent mesh of 64-bit

Armv8.2+ A78 Hercules cores, an NVIDIA® ConnectX®-7 network adapter front-end, and a PCI

---

[188] Ex. 22 at 10, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.
[189] Ex. 22 at 11, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.

Express switch into a single chip."[190] For another example, in the Dell PowerEdge Servers built with NVIDIA DPUs, the host, the other listed processors, such as CPUs within Dell Servers, and the claimed "intelligent network adaptor" are combined and connected in order to perform the infringing method of operating a host and an intelligent network adaptor.[191]

119.    The Accused Products practice a method of coupling a host to a network where the host executes an application configured to receive data packets including application data from a peer via the network. For example, BlueField may run in multi-host mode where "each host interface can be divided into up to 4 independent PCIe interfaces describe," all of which may be connected by BlueField to perform packet parsing and network operations.[192] For example, BlueField may function in GPU offload applications where BlueField, containing network interface circuitry, sits between GPUs and a host to perform to facilitate communication between the GPUs and a host.[193] For example, when operating in DPU mode, BlueField ensures that "[a]ll network communication to the host flows through a virtual switch control plane hosted on the Arm cores, and only then proceeds to the host," meaning the network interface circuitry facilitates communication between peers on the network and the host.[194] When in DPU mode, BlueField's ARM processors may also act as a host as packets are terminated or modified at the ARM processors or DPU accelerators.[195]

---

[190] Ex. 19, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[191] Ex. 13, https://resources.nvidia.com/en-us-accelerated-networking-resource-library/nvidia-and-dell-tech.
[192] Ex. 23, https://docs.nvidia.com/networking/display/bluefielddpubspv420/multi-host.
[193] Ex. 24, https://docs.nvidia.com/doca/sdk/doca-dpu-gpu-remote-offload-application-guide/index.html.
[194] Ex. 25, https://docs.nvidia.com/networking/display/bluefielddpubspv420/modes+of+operation#src-80580973_ModesofOperation-SmartNICmode.
[195] Ex. 25, https://docs.nvidia.com/networking/display/bluefielddpuosv380/modes+of+operation#src-64308724_ModesofOperation-SmartNICmode.



196



197

As another example, where the CPU coupled to the DPU is the host, it executes typical CPU-related applications using data packets from a peer, including virtual machines and containerized workloads, web and database servers, distributed storage services, AI/ML workloads, and other user-level or system-level applications running on the host operating system. As another example, where the ARM core processors within the DPU are the host, they execute typical DPU-offload

---

196 Ex. 24, https://docs.nvidia.com/doca/sdk/doca-dpu-gpu-remote-offload-application-guide/index.html.
197 Ex. 23, https://docs.nvidia.com/networking/display/bluefielddpubspv420/multi-host.

applications, using data packets from a peer, including networking, storage, security, and infrastructure management.[198]



[199]

120.    The Accused Products practice a method of where they contain an intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented transport protocol, wherein the intelligent network adaptor is configured to perform transport protocol processing of the connection. The Accused Products may operate in various modes including NIC mode and DPU mode. In NIC mode, "BlueField operates as a ConnectX network adapter for the external host"; in DPU mode "[t]he Arm cores of BlueField are active, and the embedded Arm system runs services that manage the NIC resources and data path" or "[t]he Arm cores of BlueField are active, and the embedded Arm system runs services to manage

---

[198] Ex. 26, https://infohub.delltechnologies.com/en-sg/l/dpus-in-the-new-vsphere-8-0-and-16th-generation-dell-poweredge-servers/nvidia-bluefield-dpu-architecture/.
[199] Ex. 22 at 15, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.

the NIC resources and data path while enforcing restrictions on the external host (host isolation)."[200] The Accused Products use a stateful connection between the host and peer: "[i]n the face of a growing cyber threat landscape, ConnectX-6 Dx provides built-in inline encryption and decryption, stateful packet filtering, and other capabilities, bringing advanced security down to every node with unprecedented performance and scalability."[201] The Accused Products may "offload OVS . . . as the DPU data path can handle stateful tracking of known flows, whereas the Arm cores or host handle new flows."[202] BlueField's inline processing "includes 100Gbps IPSec encryption and 200Gbps TLS encryption. Rated at 215 million packets per second (Mpps), [and] its programmable data path can implement a stateful flow table (SFT) as well as the NVMe-over-Fabrics (NVMe-oF) protocol."[203] A stateful flow table is stateful per-flow/connection state maintained across packets. The Accused Products "can deliver powerful functionality, including encryption of data-in-motion, bare-metal provisioning, stateful L4 firewall, and more."[204]

121.    The Accused Products practice a method of performing protocol processing for the connection with respect to received packets. For example, BlueField's programmable data plane performs TCP state tracking in hardware, including sequence and acknowledgment numbers, using the DOCA Target Architecture's NvTcpState extern, which enables the DPU to maintain per-flow TCP state directly in the data path, offloading work from the host CPU and allowing management of connections at line rate.[205] For example, Defendants describe that "[a]t the heart BlueField-

---

[200] Ex. 25, https://docs.nvidia.com/doca/sdk/bluefield-modes-of-operation/index.html#src-3421781520_id-.BlueFieldModesofOperationv2.10.0-Introduction.
[201] Ex. 43, https://www.pny.com/file%20library/company/support/product%20brochures/nvidia%20networking%20solutions/connectx-6-dx-nic-.pdf.
[202] Ex. 44 at 5, https://solutions.asbis.com/api/uploads/files/40/nvidia-doca-white-paper-final.pdf.
[203] Ex. 44 at 5, https://solutions.asbis.com/api/uploads/files/40/nvidia-doca-white-paper-final.pdf.
[204] Ex. 50, https://docs.nvidia.com/networking/display/bf3dpucontroller/supported+interfaces#src-2729714702_SupportedInterfaces-Encryption.
[205] Ex. 51, https://docs.nvidia.com/doca/sdk/tcp-state-tracking/index.html#.

2, the ConnectX-6 Dx network offload controller with RDMA and RDMA over Converged Ethernet (RoCE) technology delivers cutting-edge performance for networking and storage applications such as NVMe over Fabrics" which includes "programmable access lists (ACLs), transport offloads, and stateless encaps/decaps of NVGRE, VXLAN, and MPLS overlay protocols."[206] The Accused Products perform various types of transport protocols on received packets, including RDMA and RoCEv2, programmable RDMA transport, and NVIDIA GPUDirect RDMA.[207] The Accused Products are configured to carry InfiniBand/Ethernet traffic transmitted through QSFP56 connectors.[208] For example, the Accused Products are capable of "Adaptive Routing on Reliable Transport" which shows they perform functions directly tied to the transport layer, including ordering, reliability, and congestion management.[209] As another example, documentation for the Accused Products states that "Non-volatile Memory Express (NVMe) over Fabrics is a protocol for communicating block storage IO requests over RDMA to transfer data between a host computer and a target solid-state storage device or system over a network. BlueField-3 platforms may operate as a co-processor offloading specific storage tasks from the host using its powerful NVMe over Fabrics Offload accelerator."[210] As another example, "ConnectX-9, utilizing IBTA RDMA (Remote Data Memory Access) and RoCE (RDMA over Converged Ethernet) technology, delivers low latency and high-performance over InfiniBand and Ethernet networks. Leveraging datacenter bridging (DCB) capabilities as well as ConnectX-9 advanced congestion control hardware mechanisms, RoCE provides efficient low-latency RDMA

---

[206] Ex. 33 at 29, https://docs.nvidia.com/nvidia-bluefield-2-infiniband-ethernet-dpu-user-guide.pdf.
[207] Ex. 32 at 3, https://resources.nvidia.com/en-us-accelerated-networking-resource-library/bluefield-4-dpu-datasheet.
[208] Ex. 33 at 29, https://docs.nvidia.com/nvidia-bluefield-2-infiniband-ethernet-dpu-user-guide.pdf.
[209] Ex. 19 at 17, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.
[210] Ex. 19 at 17, https://docs.nvidia.com/networking/display/nvidia-bluefield-3-networking-platform-user-guide.pdf.

services over Layer 2 and Layer 3 networks."[211] The Accused Products contain a NIC subsystem

that supports various transport layer protocols like RDMA, TCP, and UDP.



212

[211] Ex. 52, https://docs.nvidia.com/networking/display/connectx9supernic/introduction#src-3798633201_Introduction-FeaturesandBenefits.

[212] Ex. 22 at 9,

https://www.hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v08.norecording.pdf
.



213

122.    The Accused Products practice a method of, by the intelligent network adaptor, performing protocol processing for the connection with the peer to, at least in part, obtain the application data from the data packets received from the peer, including indicating a receive window to the peer. For example, BlueField enables networking and supercomputing where the host contains applications for processing data frame packets, and BlueField contains computing elements for determining whether data frame packets should reach those host applications, as well as computing elements for sending the packets to the host applications.

---

[213] Ex. 26, https://infohub.delltechnologies.com/en-sg/l/dpus-in-the-new-vsphere-8-0-and-16th-generation-dell-poweredge-servers/nvidia-bluefield-dpu-architecture/.



214

For example, using the data-path accelerator subsystem, data frame packets may be provided to the host. The Accused Products may operate in various modes including NIC mode and DPU mode. In NIC mode, "BlueField operates as a ConnectX network adapter for the external host"; in DPU mode "[t]he Arm cores of BlueField are active, and the embedded Arm system runs services that manage the NIC resources and data path" or "[t]he Arm cores of BlueField are active, and the embedded Arm system runs services to manage the NIC resources and data path while enforcing restrictions on the external host (host isolation)."[215] The Accused Products use a stateful connection between the host and peer: "[i]n the face of a growing cyber threat landscape, ConnectX-6 Dx provides built-in inline encryption and decryption, stateful packet filtering, and other capabilities, bringing advanced security down to every node with unprecedented

---

[214] Ex. 22 at 15, https://hc33.hotchips.org/assets/program/conference/day1/HC2021.NVIDIA.IdanBurstein.v05.pdf.
[215] Ex. 25, https://docs.nvidia.com/doca/sdk/bluefield-modes-of-operation/index.html#src-3421781520_id-.BlueFieldModesofOperationv2.10.0-Introduction.

performance and scalability."[216] The Accused Products may "offload OVS . . . as the DPU data path can handle stateful tracking of known flows, whereas the Arm cores or host handle new flows."[217] BlueField's inline processing "includes 100Gbps IPSec encryption and 200Gbps TLS encryption. Rated at 215 million packets per second (Mpps), [and] its programmable data path can implement a stateful flow table (SFT) as well as the NVMe-over-Fabrics (NVMe-oF) protocol."[218] On information and belief, TCP protocol processing involves indicating a receive window to the peer, including, for example, by the ARM cores.

123.    The Accused Products practice a method of placing application data, received from the peer via the stateful connection, from the intelligent network adaptor directly to host memory application buffer associated with the application without the application data being first provided from the intelligent network adaptor to host memory buffer associated with a host operating system and not specifically with the application. For example, BlueField may be configured using DOCA to deliver payload data directly to application memory on the host for consumption by the application: DOCA Memory Map "allows selective sharing of specific memory ranges between applications on a single domain or across domains (e.g., between the DPU and the host)."[219] As another example, "DOCA Buffer is used for reference data. It holds the information on a memory region that belongs to a DOCA memory map, and its descriptor is allocated from DOCA Buffer Inventory. Among other functions, it can be used to perform DMA operations."[220]

---

[216] Ex. 43, https://www.pny.com/file%20library/company/support/product%20brochures/nvidia%20networking%20solutions/connectx-6-dx-nic-.pdf.

[217] Ex. 44 at 5, https://solutions.asbis.com/api/uploads/files/40/nvidia-doca-white-paper-final.pdf.

[218] Ex. 44 at 2–3, https://solutions.asbis.com/api/uploads/files/40/nvidia-doca-white-paper-final.pdf.

[219] Ex. 47, https://docs.nvidia.com/doca/archive/doca-v1.3/doca-core-programming-guide/index.html#doca-memory-map.

[220] Ex. 47, https://docs.nvidia.com/doca/archive/doca-v1.3/doca-core-programming-guide/index.html#doca-buffer.

124.   The Accused Products practice a method of causing the indicated receive window to be increased based on the application buffer becoming available due to the application consuming application data from the application buffer. For example, BlueField's programmable data plane performs TCP state tracking in hardware, including sequence and acknowledgment numbers, using the DOCA Target Architecture's NvTcpState extern, which enables the DPU to maintain per-flow TCP state directly in the data path, offloading work from the host CPU and allowing management of connections at line rate.[221] On information and believe, the method of using BlueField to offload TCP protocol processing involves adjusting the indicated receive window based on space in the application buffer.

125.   Defendants have been on notice of the '644 Patent and a specific factual basis for their infringement of the '644 Patent since at least the filing of this Complaint.

126.   Defendants have, under 35 U.S.C. § 271(a), directly infringed, and continue to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including without limitation at least claim 1 of the '644 Patent, by making, using, testing, selling, offering for sale, and/or importing the Accused Products. For example, Nvidia directly infringes by using and testing the Nvidia Accused Products. Dell also directly infringes by making, using, testing, selling, offering for sale, and/or importing the Nvidia and Dell Accused Products.

127.   Defendants have also indirectly infringed, and continue to indirectly infringe, literally and/or under the doctrine of equivalents, the '644 Patent under 35 U.S.C. § 271(b).

128.   Defendants have knowingly, intentionally actively aided, abetted, and induced others to directly infringe at least claim 1 of the '644 Patent, and continue to do so, by, for example, selling and offering access to its products and services, and by providing developer materials and

---

[221] Ex. 51, https://docs.nvidia.com/doca/sdk/tcp-state-tracking/index.html#.

other online resources that provide instructions for its products and services. For example, Nvidia indirectly infringes by inducing Dell, and Nvidia's other customers, to infringe with the Nvidia Accused Products and the Nvidia and Dell Accused Products. Dell also indirectly infringes by inducing its own customers to infringe with the Nvidia and Dell Accused Products.

129.    Defendants have also contributed to the direct infringement of at least claim 1 of the '644 Patent under 35 U.S.C. § 271(c), literally and/or under the doctrine of equivalents, and continue to do so, by, for example, supplying, with knowledge of the '644 Patent, a material part of a claimed invention, where the material part is not a staple article of commerce and is incapable of substantial noninfringing use.

130.    The acts of infringement of the '644 Patent by Defendants have injured SpeedNIC and SpeedNIC is entitled to recover damages adequate to compensate it for the infringement from Defendants, but in no event less than a reasonable royalty for the use made of the invention by Defendants, together with interest and costs as fixed by the court.

131.    Defendants' infringement has been willful in view of the above and its failure to take any action, even after being put on notice, to stop its infringement or inducement of, or contribution to, infringement by others.

**PRAYER FOR RELIEF**

WHEREFORE, SpeedNIC prays for judgment against Defendants as follows:

132.    That Defendants have infringed each of the Asserted Patents, and unless enjoined, will continue to infringe the Asserted Patents;

133.    That Defendants' infringement of the Asserted Patents has been willful;

134.    That Defendants pay SpeedNIC damages adequate to compensate for their past infringement of the Asserted Patents, and present and future infringement of the Asserted Patents, together with interest and costs under 35 U.S.C. § 284;

135.    That Defendants pay prejudgment and post-judgment interest on the damages assessed;

136.    That Defendants pay SpeedNIC enhanced damages pursuant to 35 U.S.C. § 284;

137.    That Defendants be ordered to pay ongoing royalties to SpeedNIC for any post-judgment infringement of the Asserted Patents;

138.    That this is an exceptional case under 35 U.S.C. § 285; and that Defendants pay SpeedNIC's attorneys' fees and costs in this action; and

139.    That SpeedNIC be awarded such other and further relief, including equitable relief, as this Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), SpeedNIC hereby demands a trial by jury on all issues triable to a jury.

Dated: April 16, 2026

Respectfully Submitted,

/s/ Mark D. Siegmund
Michael Matulewicz-Crowley*
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (650) 623-1401
mmatulewicz-crowley@reichmanjorgensen.com

Christine E. Lehman*
Zachary L. Jacobs*
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
1909 K Street NW, Suite 800
Washington DC, 20006
Tel: (202) 894-7310
clehman@reichmanjorgensen.com
zjacobs@reichmanjorgensen.com

Courtland L. Reichman*
Jennifer Estremera*
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1407
creichman@reichmanjorgensen.com
jestremera@reichmanjorgensen.com

Mark D. Siegmund
State Bar No. 24117055
CHERRY JOHNSON SIEGMUND JAMES PC
Bridgeview Center
7901 Fish Pond Road, 2nd Floor
Waco, Texas   76710
Telephone:  (254) 732-2242
Facsimile:   (866) 627-3509
msiegmund@cjsjlaw.com

*Pro hac vice forthcoming.

Attorneys for Plaintiff SpeedNIC LLC