# EXHIBIT 3

US007826350B1

(12) **United States Patent**
Michailidis et al.

(10) **Patent No.:** **US 7,826,350 B1**
(45) **Date of Patent:** **Nov. 2, 2010**

(54) **INTELLIGENT NETWORK ADAPTOR WITH ADAPTIVE DIRECT DATA PLACEMENT SCHEME**

(75) Inventors: **Dimitrios Michailidis**, Sunnyvale, CA (US); **Wael Noureddine**, Mountain View, CA (US); **Felix A. Marti**, San Francisco, CA (US); **Asgeir Thor Eiriksson**, Sunnyvale, CA (US)

(73) Assignee: **Chelsio Communications, Inc.,** Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 510 days.

(21) Appl. No.: **11/747,650**

(22) Filed: **May 11, 2007**

(51) **Int. Cl.**
*G01R 31/08* (2006.01)
(52) **U.S. Cl.** .................................................... **370/229**
(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,445,116 | A | 4/1984 | Grow | |
| 4,533,996 | A | 8/1985 | Hartung et al. | |
| 5,497,476 | A | 3/1996 | Oldfield et al. | |
| 5,778,189 | A | 7/1998 | Kimura et al. | |
| 6,087,581 | A | 7/2000 | Emmer et al. | |
| 6,226,680 | B1 | 5/2001 | Boucher et al. | 709/230 |
| 6,240,094 | B1 | 5/2001 | Schneider | |
| 6,247,060 | B1 | 6/2001 | Boucher et al. | 709/238 |
| 6,334,153 | B2 | 12/2001 | Boucher et al. | 709/230 |
| 6,389,479 | B1 | 5/2002 | Boucher et al. | 709/243 |
| 6,393,487 | B2 | 5/2002 | Boucher et al. | 709/238 |
| 6,397,316 | B2 | 5/2002 | Fesas, Jr. | |
| 6,401,177 | B1 | 6/2002 | Koike | |
| 6,427,171 | B1 | 7/2002 | Craft et al. | 709/230 |
| 6,427,173 | B1 | 7/2002 | Boucher et al. | 709/238 |
| 6,434,620 | B1 | 8/2002 | Boucher et al. | 709/230 |
| 6,470,415 | B1 | 10/2002 | Starr et al. | 711/104 |
| 6,510,164 | B1 | 1/2003 | Ramaswamy et al. | |
| 6,591,302 | B2 | 7/2003 | Boucher et al. | 709/230 |
| 6,594,268 | B1 | 7/2003 | Aukia et al. | |
| 6,625,671 | B1 | 9/2003 | Collette et al. | |

(Continued)

OTHER PUBLICATIONS

TRM Technologies, Inc., "*L4/L7 Switching,*" Downloaded from http://www.trm.ca/pages/t-tech7.html on Feb. 16, 2006, 3 Pages.

(Continued)

*Primary Examiner*—Chi H Pham
*Assistant Examiner*—Fan Ng
(74) *Attorney, Agent, or Firm*—Beyer Law Group LLP

(57) **ABSTRACT**

A host is coupled to a network via an intelligent network adaptor. The host is executing an application configured to receive application data from a peer via the network and the intelligent network adaptor using a stateful connection according to a connection-oriented protocol. The intelligent network adaptor performs protocol processing of the connection. Application data is copied from host memory not configured for access by the application (possibly OS-associated host memory) to host memory associated with the application (application-associated host memory). The application data is received from the peer by the intelligent network adaptor and copied to host memory not configured for access by the application. The operating system selectively provides, to the intelligent network adaptor, information of the memory associated with the application. At least one portion of the application data for the connection is provided directly from the intelligent network adaptor to the memory associated with the application.

**16 Claims, 4 Drawing Sheets**



US 7,826,350 B1

Page 2

## U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,658,480 | B2 | 12/2003 | Boucher et al. | 709/239 |
| 6,681,244 | B1 | 1/2004 | Cross et al. | |
| 6,687,758 | B2 | 2/2004 | Craft et al. | 709/250 |
| 6,697,868 | B2 | 2/2004 | Craft et al. | 709/230 |
| 6,701,372 | B2 | 3/2004 | Yano et al. | |
| 6,708,223 | B1 | 3/2004 | Wang et al. | |
| 6,708,232 | B2 | 3/2004 | Obara | |
| 6,717,946 | B1 | 4/2004 | Hariguchi et al. | |
| 6,751,665 | B2 | 6/2004 | Philbrick et al. | 709/224 |
| 6,757,245 | B1 | 6/2004 | Kuusinen et al. | |
| 6,757,746 | B2 | 6/2004 | Boucher et al. | 709/250 |
| 6,792,502 | B1 | 9/2004 | Pandya et al. | |
| 6,798,743 | B1 | 9/2004 | Ma et al. | |
| 6,807,581 | B1 | 10/2004 | Starr et al. | 709/250 |
| 6,813,652 | B2 | 11/2004 | Stadler et al. | |
| 6,862,648 | B2 | 3/2005 | Yatziv | |
| 6,925,055 | B1 | 8/2005 | Erimli et al. | |
| 6,938,092 | B2 | 8/2005 | Burns | 709/230 |
| 6,941,386 | B2 | 9/2005 | Craft et al. | 709/250 |
| 6,965,941 | B2 | 11/2005 | Boucher et al. | 709/230 |
| 6,996,070 | B2 | 2/2006 | Starr et al. | 370/252 |
| 7,031,267 | B2 | 4/2006 | Krumel | |
| 7,042,898 | B2 | 5/2006 | Blightman et al. | 370/463 |
| 7,076,568 | B2 | 7/2006 | Philbrick et al. | 709/250 |
| 7,089,326 | B2 | 8/2006 | Boucher et al. | 709/242 |
| 7,093,099 | B2 | 8/2006 | Bodas et al. | 711/206 |
| 7,114,096 | B2 | 9/2006 | Freimuth et al. | |
| 7,124,205 | B2 | 10/2006 | Craft et al. | 709/250 |
| 7,133,902 | B2 | 11/2006 | Saha et al. | |
| 7,133,914 | B1 | 11/2006 | Holbrook | |
| 7,133,940 | B2 | 11/2006 | Blightman et al. | 710/22 |
| 7,167,926 | B1 | 1/2007 | Boucher et al. | 709/250 |
| 7,167,927 | B2 | 1/2007 | Philbrick et al. | 709/250 |
| 7,174,393 | B2 | 2/2007 | Boucher et al. | 709/250 |
| 7,185,266 | B2 | 2/2007 | Blightman et al. | 714/776 |
| 7,191,241 | B2 | 3/2007 | Boucher et al. | 709/230 |
| 7,191,318 | B2 | 3/2007 | Tripathy et al. | 712/225 |
| 7,239,642 | B1 | 7/2007 | Chinn et al. | |
| 7,254,637 | B2 | 8/2007 | Pinkerton et al. | |
| 7,260,631 | B1 | 8/2007 | Johnson et al. | |
| 7,284,047 | B2 | 10/2007 | Barham et al. | |
| 7,313,623 | B2 | 12/2007 | Elzur et al. | |
| 7,376,147 | B2 | 5/2008 | Seto et al. | |
| 7,408,906 | B2 | 8/2008 | Griswold et al. | |
| 7,453,892 | B2 | 11/2008 | Buskirk et al. | |
| 7,493,427 | B2 | 2/2009 | Freimuth et al. | |
| 7,533,176 | B2 | 5/2009 | Freimuth et al. | |
| 7,609,696 | B2 | 10/2009 | Guygyi et al. | |
| 2001/0010046 | A1 | 7/2001 | Muyres et al. | |
| 2001/0021949 | A1 | 9/2001 | Blightman et al. | 709/219 |
| 2002/0039366 | A1 | 4/2002 | Sano | |
| 2002/0191622 | A1 | 12/2002 | Zdan | |
| 2003/0018516 | A1 | 1/2003 | Ayala et al. | |
| 2003/0035436 | A1 | 2/2003 | Denecheau et al. | |
| 2003/0200284 | A1 | 10/2003 | Philbrick et al. | 709/219 |
| 2003/0204631 | A1 | 10/2003 | Pinkerton et al. | |
| 2004/0003094 | A1 | 1/2004 | See | |
| 2004/0019689 | A1 | 1/2004 | Fan | |
| 2004/0028069 | A1* | 2/2004 | Tindal et al. | 370/429 |
| 2004/0030745 | A1 | 2/2004 | Boucher et al. | 709/203 |
| 2004/0042487 | A1 | 3/2004 | Ossman | |
| 2004/0054813 | A1 | 3/2004 | Boucher et al. | 709/250 |
| 2004/0062245 | A1 | 4/2004 | Sharp et al. | 370/392 |
| 2004/0062246 | A1 | 4/2004 | Boucher et al. | 370/392 |
| 2004/0064578 | A1 | 4/2004 | Boucher et al. | 709/236 |
| 2004/0064590 | A1 | 4/2004 | Starr et al. | 709/250 |
| 2004/0073703 | A1 | 4/2004 | Boucher et al. | 709/245 |
| 2004/0078480 | A1 | 4/2004 | Boucher et al. | 709/237 |
| 2004/0088262 | A1 | 5/2004 | Boucher et al. | 705/65 |
| 2004/0100952 | A1 | 5/2004 | Boucher et al. | 370/389 |
| 2004/0111535 | A1 | 6/2004 | Boucher et al. | 709/250 |
| 2004/0158640 | A1 | 8/2004 | Philbrick et al. | 709/230 |
| 2004/0165592 | A1 | 8/2004 | Chen et al. | |
| 2004/0190533 | A1 | 9/2004 | Modi et al. | |
| 2004/0199808 | A1 | 10/2004 | Freimuth et al. | |
| 2004/0213235 | A1 | 10/2004 | Marshall et al. | |
| 2004/0240435 | A1 | 12/2004 | Craft et al. | 709/250 |
| 2005/0071490 | A1 | 3/2005 | Craft et al. | 709/230 |
| 2005/0083935 | A1 | 4/2005 | Kounavis et al. | |
| 2005/0120037 | A1 | 6/2005 | Maruyama et al. | |
| 2005/0125195 | A1 | 6/2005 | Brendel | |
| 2005/0135378 | A1 | 6/2005 | Rabie et al. | |
| 2005/0135412 | A1 | 6/2005 | Fan | |
| 2005/0147126 | A1 | 7/2005 | Qiu et al. | |
| 2005/0190787 | A1 | 9/2005 | Kuik et al. | |
| 2005/0216597 | A1 | 9/2005 | Shah et al. | |
| 2005/0259644 | A1 | 11/2005 | Huitema et al. | |
| 2005/0259678 | A1 | 11/2005 | Gaur | |
| 2005/0289246 | A1 | 12/2005 | Easton et al. | |
| 2006/0031524 | A1 | 2/2006 | Freimuth | |
| 2006/0039413 | A1 | 2/2006 | Nakajima et al. | |
| 2006/0075119 | A1 | 4/2006 | Hussain | |
| 2006/0080733 | A1 | 4/2006 | Khosmood et al. | |
| 2006/0133267 | A1 | 6/2006 | Alex et al. | |
| 2006/0168649 | A1 | 7/2006 | Venkat et al. | |
| 2006/0206300 | A1 | 9/2006 | Garg et al. | |
| 2006/0209693 | A1 | 9/2006 | Davari et al. | |
| 2006/0221946 | A1 | 10/2006 | Shalev et al. | |
| 2006/0281451 | A1 | 12/2006 | Zur | |
| 2007/0011358 | A1 | 1/2007 | Wiegert et al. | |
| 2007/0064737 | A1 | 3/2007 | Williams | |
| 2007/0070901 | A1 | 3/2007 | Aloni et al. | |
| 2007/0083638 | A1 | 4/2007 | Pinkerton et al. | |
| 2007/0110436 | A1 | 5/2007 | Bennett | |
| 2007/0201474 | A1 | 8/2007 | Isobe | |
| 2008/0002731 | A1 | 1/2008 | Tripathy et al. | |
| 2008/0016511 | A1 | 1/2008 | Hyder et al. | |
| 2008/0043750 | A1* | 2/2008 | Keels et al. | 370/395.52 |
| 2008/0232386 | A1 | 9/2008 | Gorti et al. | |

## OTHER PUBLICATIONS

Madsen et al., "*Wireless Data Communication*," Fall 2003 Presentation, Wireless Networks Division (WING), Allborg University.
Yocum et al., "*Anypoint: Extensible Transport Switching on the Edge*," Proceedings of the 4th USENIX Symposium on Internet Technologies and Systems, Mar. 26-28, 2003, Seattle, WA, USA.
International Search Report in PCT/US02/12679, dated Jul. 23, 2002.
Office Action in U.S. Appl. No. 10/474,500, mailed Oct. 4, 2007.
Office Action in U.S. Appl. No. 11/137,146, mailed Mar. 5, 2008.
Office Action in U.S. Appl. No. 11/137,140, mailed Feb. 5, 2008.
Office Action in U.S. Appl. No. 11/250,894, mailed Jun. 26, 2008.
Notice of Allowance in U.S. Appl. No. 10/474,500, mailed Jul. 1, 2008.
Allowed Claims from U.S. Appl. No. 10/474,500.
Office Action in U.S. Appl. No. 11/217,661, mailed Sep. 18, 2008.
Office Action in U.S. Appl. No. 11/313,003, mailed Aug. 22, 2008.
Office Action in U.S. Appl. No. 11/330,898, mailed Oct. 8, 2008.
Office Action in U.S. Appl. No. 11/137,146, mailed Nov. 3, 2008.
Office Action in U.S. Appl. No. 11/356,850 mailed Dec. 3, 2008.
U.S. Appl. No. 60/690,465, filed Jun. 14, 2005.
U.S. Appl. No. 60/718,418, filed Sep. 19, 2005.
Office Action in U.S. Appl. No. 11/282,933 mailed Feb. 20, 2009.
Office Action in U.S. Appl. No. 11/250,894 mailed Jan. 26, 2009.
Office Action in U.S. Appl. No. 11/137,140 mailed Mar. 31, 2009.
Office Action in U.S. Appl. No. 11/130,898 mailed Apr. 2, 2009.
Office Action in U.S. Appl. No. 11/747,790 mailed May 12, 2009.
Office Action in U.S. Appl. No. 11/747,793 mailed Jun. 8, 2009.
Notice of Allowance in U.S. Appl. No. 11/313,003, mailed Jun. 8, 2008.
Allowed Claims from U.S. Appl. No. 11/313,003.
Office Action in U.S. Appl. No. 11/217,661 mailed Jun. 9, 2009.

**US 7,826,350 B1**

Page 3

Pratt, Ian and Fraser, Keir, "Arsenic: A User-Accessible Gigabit Ethernet Interface," INFOCOM 2001. Twentieth Annual Joint Conference of the IEEE Computer and Communications Societies. Proceedings. IEEE, vol. 1, Issue , 2001 pp. 67-76 vol. 1.

Office Action in U.S. Appl. No. 11/137,146, mailed Jun. 23, 2009.

Office Action in U.S. Appl. No. 11/735,861, mailed Aug. 6, 2009.

Office Action in U.S. Appl. No. 11/137,140, mailed Aug. 21, 2009.

Office Action in U.S. Appl. No. 11/250,894, mailed Sep. 15, 2009.

Notice of Allowance in U.S. Appl. No. 11/356,850, mailed Jun. 26, 2009.

Allowed Claims from U.S. Appl. No. 11/356,850.

Office Action in U.S. Appl. No. 11/282,933, mailed Sep. 9, 2009.

Notice of Allowance in U.S. Appl. No. 11/330,898, mailed Sep. 23, 2009.

Allowed Claims in U.S. Appl. No. 11/330,898.

Final Office Action in U.S. Appl. No. 11/747,790, mailed Nov. 5, 2009.

Notice of Allowance in U.S. Appl. No. 11/217,661 mailed Jan. 11, 2010.

Allowed Claims from U.S. Appl. No. 11/217,661.

Notice of Allowance in U.S. Appl. No. 11/282,933 mailed Dec. 31, 2009.

Allowed Claims from U.S. Appl. No. 11/282,933.

Office Action in U.S. Appl. No. 11/747,793, mailed Jan. 25, 2010.

Office Action in U.S. Appl. No. 11/735,861, mailed Jan. 25, 2010.

Office Action in U.S. Appl. No. 12/122,570, mailed Feb. 4, 2010.

Office Action in U.S. Appl. No. 11/137,146, mailed Feb. 4, 2010.

Clark et al., "*An Analysis of TCP Processing Overhead,*" IEEE Communications Magazine, Jun. 1989, pp. 23-29.

Woodside et al., "*The Protocol Bypass Concept for High Speed OSI Data Transfer,*" Research Paper. Available at:http://citeseer.ist.psu.edu/cache/papers/cs/26104/http:zSzzSzwww.sce.carleton.cazSzftpzSzpubzSzcmwzSzbpjan90.pdf/woodside90protocol.pdf.

Rütsche et al., "*TCP/IP on the Parallel Protocol Engine,*" High Performace Networking, (IV, C-14), Elsevier Science Publishers, B.V. North Holland 1993.

Thia et al., "*High-Speed OSI Protocol Bypass Algorithm with Window Flow Control,*" IFIP WG6.4 Third International Workshop on Protocols for High-Speed Networks, Stockholm, Sweden, May 13-15, 1992, pp. 53-68.

Thia et al., "*A Reduced Operation Protocol Engine (ROPE) for a Multiple-Layer Bypass Architecture,*" Protocols for High-Speed Networks IV, 4th IFIP International Workshop, Aug. 10-12, 1994, Vancouver, B.C., Canada, pp. 224-239.

Rütsche et al., "*Architectures of Multimedia Communication Subsystems,*" IFIP Transactions; vol. C-23 archive, Proceedings of the IFIP TC6 International Conference on Information Networks and Data Communication table of contents, pp. 217-230, Year of Publication: 1994.

Dalton et al., "*Afterburner: Architectural Support for High-Performance Protocols,*" http://www.hpl.hp.com/techreports/93/HPL-93-46.pdf, Jul. 1993, 18 Pages.

\* cited by examiner



Fig. 1



*Fig. 2*



**Fig. 3**



*Fig. 4*

US 7,826,350 B1

**1**

# INTELLIGENT NETWORK ADAPTOR WITH ADAPTIVE DIRECT DATA PLACEMENT SCHEME

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is related to the following U.S. Non-Provisional Applications: application Ser. No. 11/747,673, By: Dimitrios Michaelidis, Wael Noureddine, Felix Marti and Asgeir Eiriksson, Entitled "INTELLIGENT NETWORK ADAPTOR WITH END-TO-END FLOW CONTROL"; application Ser. No. 11/747,790, By: Dimitrios Michaelidis, Wael Noureddine, Felix Marti and Asgeir Eiriksson, Entitled "PROTOCOL OFFLOAD IN INTELLIGENT NETWORK ADAPTOR, INCLUDING APPLICATION LEVEL SIGNALLING"; and application Ser. No. 11/747,793, By: Dimitrios Michaelidis, Wael Noureddine, Felix Marti and Asgeir Eiriksson, Entitled "INTELLIGENT NETWORK ADAPTOR WITH DDP OF OUT-OF-ORDER SEGMENTS"; all of which are filed concurrently herewith and are incorporated by reference herein in their entirety for all purposes.

## TECHNICAL FIELD

The present invention relates to efficient receive data communication using an intelligent network adaptor.

## BACKGROUND

High speed communications over packet-based networks can place a heavy burden on end-host resources.

A host may typically be connected to a network using at least one network adaptor. The network adaptor receives packets from the network that are destined for the host. The network adaptor causes the packets to be placed in host memory buffers associated with the operating system. When one or more packets have been placed, the adaptor notifies the host processor of this event, typically using an interrupt. The packets are then processed by the host operating system, including delivering application payload data of the packets from the operating system buffers to buffers of a destination application corresponding to the packets.

Each application data bearing packet received from the network includes the application data, encapsulated within a stack of headers according to a network communication stack. For example, the network communication may be via TCP/IP over Ethernet. In this case, the TCP/IP stack encapsulates application data in a TCP header, and the TCP encapsulated data are encapsulated in an IP header. The TCP/IP encapsulated data are encapsulated in a header according to a local area network technology protocol, such as Ethernet.

In the high-speed communications environment, there are several challenges for end-host resources. One challenge is the high packet arrival rate, which implies a high associated interrupt rate as the host is notified of the arrival of each packet. Another challenge is associated with the memory bandwidth resources to copy application payload data from the operating system buffers to application buffers. Yet another challenge is to achieve low communication latency between the network and the host via the network adaptor, such that application payload received from the network by the network adaptor is provided in a relatively expedient manner to the application.

The present invention in some aspects may be directed to one or more of these challenges identified above to result in

**2**

high speed and low latency communication with reduced demands on host processing and memory resources.

The challenges of high-speed communications have led to enhancements to network adaptor capabilities, resulting in so-called "Intelligent Network Adaptors" that, for example, offload some or all network communication protocol processing. In addition, direct data placement (DDP) is known. It refers to the capability of some intelligent network adaptors to process network packets arriving from the network and place payload data contained within the network packets directly into pre-determined locations in host memory.

## SUMMARY

A host executing an operating system is coupled to a network via an intelligent network adaptor. The host is executing an operating system and, further, the host is executing an application configured to receive application data from a peer via the network and the intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented protocol. Application data is copied from host memory associated with the operating system (OS-associated host memory) to host memory associated with the application (application-associated host memory). The application data is application data received from the peer by the intelligent network adaptor and copied from the intelligent network adaptor to the OS-associated host memory. The intelligent network adaptor is selectively provided information of the memory associated with the application. At least one subsequent portion of the application data for the connection is provided, based on the information regarding the memory associated with the application, directly from the intelligent network adaptor to the memory associated with the application.

In some cases, protocol processing of the connection may be performed completely within the intelligent network adaptor. In other cases, an intelligent network adaptor may be utilized to assist in processing incoming network packets without being "state aware."

## BRIEF DESCRIPTION OF FIGURES

FIG. **1** illustrates a host system with an intelligent network adaptor.

FIG. **2** illustrates data delivery by an ordinary network adaptor.

FIG. **3** illustrates data delivery by an intelligent network adaptor capable of performing direct data placement according to the present invention.

FIG. **4** illustrates a buffer handling scheme in host memory.

## DETAILED DESCRIPTION

The inventors have realized that a destination in a host for application data of payload packets protocol processed by a network adaptor, may be selected, and such selection may contribute to improved overall performance of communication of application payload data from the network, via the network adaptor, to the application executing in the host. A computer program product may comprise at least one computer-readable medium having computer program instructions stored therein which are operable to cause the host to configure the network adaptor to perform the described methods.

FIG. **1** broadly illustrates a host system **10** running an application process **11**, which is communicating to a peer **12** via a network **13**. A network adaptor **14** couples the host system **10** to the network.

US 7,826,350 B1

3

Generally speaking, network speed increases have not been accompanied by a proportional increase in packet size. As mentioned in the Background, in a high-speed network, the host processor (or processors) may see a high packet arrival rate and a resulting high notification (e.g., interrupt) rate. Handling the notifications can divert a significant part of the host resources away from application processing. Interrupt rate moderation schemes are known, but have limited effectiveness and can introduce delays that may increase communication latency.

Before describing an example of how a payload data destination in the host may be selected, we first discuss more particularly what may be considered a "packet" and how packets may be processed according to one or more protocols. A packet is typically constructed to include application payload data and a sequence of headers (at least one header). Each header may be encapsulated in a lower layer header. The lowest layer is typically called the Media Access Control (MAC) layer (e.g., under a generalized ISO 7-layer model), though other identifiers may be used. A MAC packet is usually called a frame, and includes a MAC header, payload bytes and a trailer. An example MAC layer protocol is Ethernet. An upper layer protocol packet is typically encapsulated in a MAC frame. In the context of the Internet, a common protocol encapsulated in a MAC frame is the Internet Protocol (IP). Another common protocol encapsulated in the MAC frame is the Address Resolution Protocol (ARP). A higher layer (transport layer) packet, such as a TCP or a UDP packet, is typically encapsulated in an IP packet.

Processing of packets received from the network includes protocol processing of the packets based at least in part on the sequence of headers. Connection oriented protocols typically maintain state to be used in protocol processing at the communicating endpoints. Protocol processing is typically carried out before application payload is delivered to the appropriate destination application or applications. Protocol processing in the context of high-speed networks may use significant resources. It is now common for network adaptors to implement intelligence for the support of host processing, including to partly or completely offload protocol processing. Such adaptors are sometimes referred to as intelligent network adaptors.

A highly desirable capability of an intelligent network adaptor is the capability to place application data directly into pre-determined memory locations. For example, these locations may be in host memory or in memory of another adaptor. Direct data placement can significantly reduce the memory bandwidth used for delivery of data received via network communication. In particular, direct data placement may allow placing data directly into application buffers from the intelligent network adaptor, thereby avoiding the copying of packet payload from operating system network buffers to application buffers. This capability is typically referred to as "zero-copy." In addition to saving CPU cycles, the omission of the data copy also saves on application end-to-end latency, as "store-and-forward" memory copies introduce a delay in the end-to-end communication of the application data.

Broadly speaking, applications may differ in their interaction with the host operating system's network protocol processing stack interface. This difference may in part be dependent on the operating system that implements the network protocol processing stack software. To achieve zero-copy data transfer to application buffers, an application typically provides a destination buffer into which the adaptor can directly place application payload data of packets received from the network. Conceptually, an application buffer may include one or a chain of memory locations, each described

4

by a memory address and a length. Typically, it is a network adaptor device driver of the host operating system that handles mapping between the application buffer and descriptors of the chain of memory locations.

Benefits of zero-copy may depend on the size of the buffer provided by the application, and the expediency that an application wishes to get data. For example, there may be a tradeoff between the cost of copying packet payload (e.g., from an operating system buffer to an application buffer) and overhead cost associated with mapping an application buffer into a chain of memory descriptors (for zero copy). The tradeoff involves latency, i.e. having the data wait in the adaptor memory while the mapping is being created, rather than receiving packets through the operating system buffers, while simultaneously setting up memory maps to enable the zero-copy receive of data directly to the application buffers. The mapping typically involves communicating with the host operating system to reserve (referred to as pinning) memory in the host machine that is to receive the zero-copy application data.

The mapping process further includes communicating the mapping to the network adaptor. A standard Ethernet frame carries 1500 B of data, and the mapping is created when the first frame arrives, and if the overall transfer size is only on the order of say 8000 B, and data is being received for a single connection than it is likely that the overhead of zero-copy will be greater than receiving the packets through operating system buffers. When multiple connections are receiving data simultaneously then zero-copy is more efficient even for smaller transfer sizes, because while the mapping is being created for one connection, it is possible that data is being received with zero-copy mechanism for other connections.

Benefits of direct data placement can depend on the application's ability to post buffers and the traffic pattern. Direct data placement to an application buffer is possible if the application has posted a buffer when the application data arrives from the wire and is to be written from the network adaptor to the host. Some application programming interfaces, such as the widely adopted synchronous sockets interface, allow the application to post only one buffer. In such a case, once that buffer is completed and returned to the application, additional incoming application data for the input request can not be directly placed. Thus, for example, the additional incoming data can be stored in memory of the network adaptor and later directly placed when the application posts the next read, or the incoming application data can be placed (e.g., by DMA) to an operating system buffer. In the latter case, when an application buffer is available (e.g., the application posts another buffer), the application data would then be copied from the operating system buffer to the application buffer.

In general, the amount of data that is placed in an operating system buffer is limited if an application buffer becomes available in a timely manner. In addition, copying from the operating system buffer to the application buffer can be done in parallel with the network adaptor operating to cause additional incoming application data to be placed into the same application buffer (e.g., if the application buffer is posted by an application only after the network adaptor already receives application data for that application). Thus, for example, the application data copied from the operating system buffer to the application buffer may be placed at the beginning of the application buffer while the additional incoming application data is placed into the same application buffer at an offset, to account for the data that was previously placed into the operating system buffer.

US 7,826,350 B1

5

An intelligent network adaptor may be provided to offload the processing of the stack of headers of the packets. Furthermore, the intelligent network adaptor may be configured so as to reduce the notification rate according to the transport protocol, with minimal or no application level delays being introduced.

In one example, the copy vs. zero-copy decision may be addressed (e.g., in a driver program that interoperates with or is part of the operating system of the host) by using an adaptive scheme that selectively performs one or the other depending on various criteria. For example, a decision may be based in part on, or indirectly result from, the size of the application buffer. This scheme may be transparent to applications so as to not require any application modification or awareness. We refer to this scheme as the "adaptive copy avoidance" scheme. In addition, data may be directly transferred to application space. Applications can make use of this method for highly efficient, flexible, high-speed, very low latency communication. We refer to this as the "memory mapped receive" scheme.

For the purpose of illustration in this description, we refer to applications that use the Transmission Control Protocol (TCP) to communicate over an Internet Protocol (IP) network. The description herein serves the purpose of illustrating the process of application data delivery over a network, and it is not intended to be construed as limiting the applicability of the described methods and systems to this particular described context.

TCP provides a reliable data stream delivery service. TCP is a connection-oriented protocol according to which a stateful association is established between two communicating end-points such as between an application, executing in a host, and a peer located across a network from the host. In this context, each packet may include a 4-tuple designating a destination IP address, a source IP address, a destination TCP port number and a source TCP port number, to uniquely identify a connection. An intelligent network adaptor configured to offload the processing of the TCP/IP protocol stack from a host is typically referred to as a TCP Offload Engine (TOE).

FIG. 2 broadly illustrates an example of conventional payload delivery in a host system 201 using TCP/IP to receive data over a network 202 from a peer (not shown) by means of a network adaptor 203. FIG. 2 shows packets 204 that have been delivered to host memory 205 (typically in operating system memory). The headers 206 are processed by the network stack 207, and the payload 208 is copied from its location in host memory 205 to application buffers 209 associated with an application 210 (also in host memory). Payload arrival notifications 211 are sent by the network adaptor 203 to a host processor 212 so that the application 210 can be made aware that application data is "ready" in the application buffers 209.

In contrast to the conventional payload delivery described with respect to FIG. 2, FIG. 3 broadly illustrates payload delivery with notification rate moderation and with adaptive copy avoidance. The intelligent network adaptor 303 receives the packets 304 from the network 302 via a TCP connection, performing protocol processing in some form to process the headers 306 and extract the application payload 308. The application payload is directly placed in host memory 309 according to memory descriptors of a memory map 301 associated with the TCP connection via which the packets 304 are received, available in adaptor memory 300.

The adaptor may moderate the rate of providing payload data arrival notifications by, for example, only generating a payload arrival notification to the host processor 312 if the

6

incoming packet is determined by the adaptor to contain useful application level notifications. Whether an incoming packet contains useful application level notifications may be determined, for example, by processing the application payload in the intelligent network adaptor, from signaling according to the transport protocol in the protocol header, or from the level of data in an application level buffer (e.g., the application level buffer is full or nearly full). With respect to signaling according to the transport protocol, in a TCP/IP context, TCP may carry signaling that may loosely be considered application level signaling in the TCP header control flags, such as the FIN, URG and PSH flags. The FIN flag indicates that the sender/peer has finished sending data. The URG flag indicates that the Urgent pointer is set (indicating that the payload data should reach the host quickly). The PSH flag indicates that a segment should be passed to the application as soon as possible.

In this example, the memory location for direct placement of application payload data may be dependent on the adaptive copy avoidance scheme. According to the scheme, if zero-copy is to be used, the application buffer descriptors have been communicated to the adaptor from the host and, based on this, the intelligent network adaptor operates to directly place payload in the application buffer according to the descriptors. Otherwise, application buffer descriptors have not been communicated to the adaptor, and application payload is placed in a memory location not corresponding to an application buffer, such as, for example, in a memory location corresponding to an operating system network adaptor buffer, for subsequent copying into an application buffer.

We now describe a specific example of data delivery according to an example of the adaptive copy avoidance scheme, with reference to FIG. 3. In particular, we describe conditions under which the application buffer descriptors may be communicated to the adaptor from the host. When an Ethernet packet is received from the network 302 by the adaptor 303, the Ethernet packet is processed by the adaptor 303. If the processing results in identifying a specific TCP connection state within the adaptor 303 (i.e., the packet is for a TCP connection being handled by the adaptor), the packet is further processed within the adaptor according to the TCP/IP protocol. As a result of the processing, it may be determined that the packet contains application payload data, at least a part of which may be acceptable according to the TCP protocol. For application payload data that is acceptable according to the TCP protocol, the intelligent adaptor may proceed to place at least part of the acceptable application payload data into a destination memory 309 of the host-application buffer memory or, for example, operating system memory.

We now particularly discuss operation of the host, with respect to the application, affecting whether buffer descriptors corresponding to application buffer memory are communicated to the intelligent network adaptor (or the intelligent network adaptor is otherwise configured for zero copy with respect to the application). For example, an application may perform input/output (I/O) data transfer operations by presenting a memory buffer to the operating system 307 to/from which data transfer is to occur. One criterion for deciding whether to configure the intelligent network adaptor for performing zero-copy for a data receive I/O operation may be the buffer size passed by the application relative to the size of a copy source buffer that would otherwise be used. As mentioned earlier, if the size of the application buffer is relatively small, the overhead involved in setting up a zero-copy operation can become a significant portion of the operation.

In this case, a copy operation may be more advantageous, particularly when the source buffer of the copy operation (i.e.,

US 7,826,350 B1

7

if the copy operation is to be used) is larger than the size of the application buffer. Then, it may result that data transfer occurs from the adaptor to a copy source buffer in the host memory. The copy source buffer is typically (but need not necessarily be) in memory controlled by the operating system 307. The data in the copy source buffer (written from the adaptor) can be subsequently copied to the application buffer 309. If the size of the application buffer is relatively larger, the I/O operation can be expected to be relatively longer, and it can be worthwhile to expend the overhead to set up a zero copy operation based on the expected efficiencies gained in carrying out the zero copy operation.

Another criterion for determining whether to perform zero copy may be whether the application buffer sizes are large enough relative to the amount of application data being received for zero copy to be "useful" such as, for example, to reduce data transfer overhead (in contrast to increasing zero copy setup overhead). When the application buffer sizes are "sufficiently large" for zero-copy to be useful (for example, there is enough room in the application buffer to accommodate all the data of a particular transfer from the intelligent network adaptor to the application), an indication of the memory locations corresponding to the application buffer are communicated to the intelligent network adaptor. For example, this communication of memory location indications may be initiated by operating system drivers associated with the intelligent network adaptor. The intelligent network adaptor can then place incoming data directly into the application buffer based on the indications of memory locations.

In some cases, after requesting an input (receive, read) operation, an application waits for the operation to complete and then performs some processing on the received data before proceeding to request another receive operation. This is typically referred to as "synchronous I/O". Data that arrives during the time the application has no receive request in place may be saved in some memory—either in memory of the intelligent network adaptor or in host memory (e.g., in memory controlled by the operating system). In this case, the operating system buffer described above (the copy source buffer) can be used to save the received data. This helps minimize idle times and delays and allows for a network adaptor design with less memory and less likelihood to need to drop received packets.

When an application makes a receive request and the operating system buffer contains saved data, the data may be copied from the operating system buffer to the application buffer. Furthermore, if the application buffer is large enough to hold all the saved data, the application buffer information may be communicated to the intelligent adaptor. Then, the adaptor can start placing additional received data of the request in the application buffer at an offset based on the data previously placed in the operating system buffer. The operating system can independently and simultaneously copy the saved data into the application buffer. This approach has an advantage that latency of the data transfer may be minimized in that data may be copied to the application buffers via the operating system buffers as soon as the data is requested by the application and, simultaneously, the operating system interoperates with the adaptor to cause the adaptor to be configured with the mapping information so that subsequent data can be placed directly in the application buffers with zero-copy.

Some applications may be capable of placing multiple receive requests. Such applications can process data received corresponding to one request (and, for example, in one request buffer) while, simultaneously, data received corresponding to another request can be placed into another buffer.

8

This is sometimes referred to as "asynchronous I/O". Such applications may be capable of ensuring that at least one receive request is in place at all times, and therefore may operate without needing an operating system buffer to handle the "no receive request" case as described above. When the adaptor completes transfer to one application buffer, the host system is notified, and subsequent data can be placed in another application buffer (such as in the following application buffer in sequence). A driver associated with the intelligent network adaptor may control where incoming data is placed. For example, the adaptor may simply pin and map the application buffer memory for direct memory access of application payload data from the intelligent network adaptor to the host.

In accordance with another aspect, an intelligent reduction in notification rate regarding data received from the network and provided from the intelligent network adaptor to an application buffer memory of the host or a copy source buffer of the host may improve host system performance without affecting (or with minimal effect on) communication latency. The notification rate for the data transfer process to the copy source buffer may be moderated by the intelligent network adaptor to be on a greater than per-packet basis to reduce host system processing load to respond to the notifications. Accordingly, data transfer for a connection from the intelligent network adaptor to the host system may be performed "silently" without any data transfer notification to the host system, for example, until such a notification is deemed useful. Useful notifications may correspond to events occurring at the application layer, determined by the intelligent network adapter through processing the application layer information. Other useful notifications may correspond, for example, to events occurring at a layer lower than the application layer, such as at the transport layer. For example, useful data notifications may correspond to the receipt and detection, by the intelligent network adaptor from the network, of a special TCP control flag, such as the PSH flag, the URG flag, or the FIN flag for the connection. A different type of notification may be sent when a non-graceful teardown of the connection occurs, such as receipt of a valid RST flag or other abortive events.

It is useful in some situations to provide data transfer notifications from the intelligent network adaptor to the host on the basis of elapsed time, such as on a periodic basis, or when the memory buffer in use is filled up, or when a timer elapses since the last data had been silently placed. These measures help to allow the application processing to proceed at a steady rate, and forward progress when the last data has arrived. The first of these (elapsed time, such as periodic basis) is useful in the cases where the data is arriving slowly, as it can assist the application in getting an opportunity to process the data at a steady rate with acceptable latency. The second (when the memory buffer in use is filled up) assists the application in processing at a steady rate and/or the application can process data while new data is arriving (pipelining). The last of these (timer elapses since the last data had been silently placed) applied at least to the "end of data" case, i.e. no more data is forthcoming and a timer ensures that the application makes forward progress in processing the application data.

A flow control scheme can be established for use with direct data placement functionality (whether in accordance with the adaptive copy scheme discussed above or otherwise). In an example implementation, a number of data credits are provided to the intelligent network adaptor. The credits may correspond to an amount of data received. When the intelligent network adaptor buffers the data itself (e.g., because the data cannot be delivered on-the-fly to the host for some rea-

US 7,826,350 B1

9

son), the receive window being advertised to the peer is shortened (e.g., by the number of bytes that are buffered by the adaptor). When the data is eventually placed on the host, then the advertised receive window is lengthened (e.g., by the number of bytes that are placed). If the data placed on the host cannot be directly placed to an application buffer (e.g., is held in a "common pool" of buffers), then the receive window is accordingly shortened, and when the data is eventually delivered to the application, the receive window is again lengthened.

Conversely, when the application consumes data and application buffer becomes available, the credits are returned to the intelligent network adaptor, and its credit count incremented accordingly. If the TCP window flow control is made dependent on this flow control scheme, such as by basing the TCP window size on the number of credits available to the intelligent network adaptor, it is possible to perform end-to-end flow control with the application as terminus, as opposed to with the intelligent network adaptor or operating system buffers as terminus. One benefit of this arrangement may be that less memory may be used in the intelligent network adaptor, since flow control is based on the available memory in the host for the application and is not based on (or, at least, is not based completely on) the available memory in the intelligent network adaptor.

We now move to discuss an example of a method for managing the transfer to application memory space. The method allows high bandwidth and low latency, at low host system load. It may allow applications executing on the host to perform random access to the received data in application memory.

Referring to FIG. **4**, in an example implementation of this method, an application **410** running in a host **401** is capable of allocating a portion of its memory space **413** as a buffer **409** for receive operations. The location of the allocated buffer **409** is pinned in host memory **405**, memory mapped by the operating system **407**. The memory map is communicated to the intelligent network adaptor **403**. The intelligent network adaptor **403** stores the memory map **401** in its on-board memory **400**. Data received by the intelligent network adaptor from the network, in a connection for the application, are placed into the buffer **409**. The notification rate to the host may be moderated, as discussed above for example. When a notification **411** is provided to the host by the intelligent network adaptor **403**, the notification may first be received by the operating system and in turn passed to the application. The notifications serve to inform the application of the progress of the receive operation.

The intelligent network adaptor may place received out-of-order data directly in the buffer **409**, and therefore perform data re-assembly in the buffer **409** itself, e.g., if the data is received out-of-order in accordance with an applicable transport protocol for the connection. In this case the adaptor keeps track of which data has already been placed in the application buffer, and which data is still to be delivered, and notifies the application when all the data has been placed, or in case of a delivery timer expiring, how much of the in-order data at the start of the buffer has been delivered. Alternatively, out-of-order data re-assembly may be performed in a different memory location (e.g., in adaptor memory), with only in-order data being placed in the buffer **409**. In either case, the progress of the receive operation may be indicated in terms of the memory address containing the latest byte received in-order. Payload data of at least some of the packets can, after being reordered spatially, be considered to comprise payload

10

data of an equivalent newly-configured packet. In this case, the peer may be provided an acknowledgement of the equivalent newly-configured packet.

A flow control scheme may be used to control the amount of data provided to the host. For the sake of illustration, we now discuss an example of the flow control in more detail. In one example, byte granularity flow control is performed on an end-to-end basis by assigning a total amount of flow control credit equal to the size of the mapped receive memory. As one example, TCP allows up to 1 GB of memory to be used for flow control. An even larger receive memory can be utilized by dividing the receive memory into smaller sized "windows" and proceeding through the windows in sequence, i.e. by moving forward the window into the buffer on which the adaptor is working as the buffer gets filled by the adaptor. In this manner, it is possible to expose 1 GB of memory at a time, and to move through a large memory area by "sliding" the exposed receive window as the data placement progresses.

For each amount of data placed by the adaptor, a corresponding number of units of credit are consumed by the adaptor. The consumed credits are subsequently reflected in the flow control window (by contraction of the window) advertised to the sending peer. Conversely, when the application processes a number of bytes, a corresponding number of units of credits can be returned to the adaptor. The returned credits are subsequently reflected in the flow control window (by expansion of the window) advertised to the sending peer. This scheme allows flow control to be performed directly in terms of receiving application space.

Note that when the placement reaches the end of the mapped memory region, the adaptor can resume placing at the beginning of the memory region, if flow control allows. It is therefore possible to visualize the operation as a ring buffer **413** with a producer pointer **414** corresponding to the latest byte placed in-order by the adaptor, and a consumer pointer **415** corresponding to the last byte consumed by the application. The region **416** in between the consumer pointer and the producer pointer contains received data bytes that can be accessed in random order. The application moves the consumer pointer forward to a new location along the ring when work has been completed on (i.e. consumed) the bytes that fall behind the new pointer location. The number of credits in possession of the adaptor determines the number of bytes that the adaptor is allowed to place on the ring in advance of the producer pointer. A goal of proper flow control is to avoid the producer pointer from crossing over the consumer pointer. In some examples, the producer pointer is not moved every time data is placed. Rather, the producer pointer may be moved when a notification of progress is received, and the notification of progress may be moderated by the intelligent network adaptor to minimize the communication between the intelligent network adaptor and the host Likewise, in returning credits to the intelligent network adaptor, credits may be accumulated and sent to the intelligent network adaptor as a group, which can minimize the number of update messages being communicated.

It is possible to obtain very low latency operation using the memory mapped scheme. In this approach, an application or other host software may interpret a change in the contents of a particular memory location as an indication that new in-order data has become available in the receive buffer. In one example, the change in the contents of the particular memory location may be serialized with respect to the arrived data. In one example, the memory location could be ahead of the last byte of arrived data on the ring buffer, and the data placement by the intelligent network adaptor is guaranteed to be in-

US 7,826,350 B1

order, i.e. without "skips". By polling such a memory location, the application is informed of the arrival of new data with very low delay.

By intelligently handling transfer of data between an intelligent network adaptor and a host, efficiency and efficacy of peer to host communication can be substantially increased.

What is claimed is:

1. A method of operating a host and an intelligent network adaptor, the host executing an operating system and coupled to a network via the intelligent network adaptor, the host configured to execute applications such that, for each application, the host is configured to receive application payload data from a peer via the network and the intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented protocol, wherein the intelligent network adaptor performs protocol processing of the connection, the method comprising:

for a particular connection between an application and a peer, based at least in part on a characteristic of an input request by the application configured to receive application payload data from the peer using that connection, determining whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application;

for the particular connection, determining a destination for the application payload data including determining whether the intelligent network adaptor has been configured for the particular connection such that payload data for the particular connection is to be provided from the intelligent network adaptor to host memory directly associated with the application, for consumption by the application, or is provided from the intelligent network adaptor to host memory that is not provided for consumption by the application; and

performing protocol processing on packets received from the network and, for application payload data of packets determined to be for the particular connection, providing payload data for the particular connection from the intelligent network adaptor to host memory in accordance with a result of the determination, wherein:

determining whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application includes processing a request by the application for the application payload data; and

determining whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application includes processing an indication of a size of the memory associated with the request by the application.

2. A method of operating a host and an intelligent network adaptor, the host executing an operating system and coupled to a network via the intelligent network adaptor, the host configured to execute applications such that, for each application, the host is configured to receive application payload data from a peer via the network and the intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented protocol, wherein the intelligent network adaptor performs protocol processing of the connection, the method comprising:

for a particular connection between an application and a peer, based at least in part on a characteristic of an input request by the application configured to receive application payload data from the peer using that connection, determining whether to configure the intelligent net-

work adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application;

for the particular connection, determining a destination for the application payload data including determining whether the intelligent network adaptor has been configured for the particular connection such that payload data for the particular connection is to be provided from the intelligent network adaptor to host memory directly associated with the application, for consumption by the application, or is provided from the intelligent network adaptor to host memory that is not provided for consumption by the application; and

performing protocol processing on packets received from the network and, for application payload data of packets determined to be for the particular connection, providing payload data for the particular connection from the intelligent network adaptor to host memory in accordance with a result of the determination,

further comprising:

copying a portion of the payload data corresponding to the request from host memory associated with the connection and not for consumption by the application into memory for consumption by the application.

3. The method of claim 2, wherein:

copying a portion of the payload data corresponding to the request from host memory associated with the connection and not for consumption by the application into memory for consumption by the application is in correspondence with the intelligent network adaptor providing received payload data corresponding to the request into the memory for consumption by the application.

4. The method of claim 3, wherein:

copying a portion of the payload data corresponding to the request from host memory associated with the connection and not for consumption by the application into memory for consumption by the application in correspondence with the intelligent network adaptor providing received payload data corresponding to the request into the memory for consumption by the application includes copying a portion of the payload data corresponding to the request from host memory associated with the connection and not for consumption by the application into host memory for consumption by the application at an offset that accounts for the received payload data corresponding to the request provided by the intelligent network adaptor into the memory for consumption by the application.

5. A method of operating a host and an intelligent network adaptor, the host executing an operating system and coupled to a network via the intelligent network adaptor, the host configured to execute applications such that, for each application, the host is configured to receive application payload data from a peer via the network and the intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented protocol, wherein the intelligent network adaptor performs protocol processing of the connection, the method comprising:

for a particular connection between an application and a peer, based at least in part on a characteristic of an input request by the application configured to receive application payload data from the peer using that connection, determining whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application;

US 7,826,350 B1

**13**

for the particular connection, determining a destination for the application payload data including determining whether the intelligent network adaptor has been configured for the particular connection such that payload data for the particular connection is to be provided from the intelligent network adaptor to host memory directly associated with the application, for consumption by the application, or is provided from the intelligent network adaptor to host memory that is not provided for consumption by the application; and

performing protocol processing on packets received from the network and, for application payload data of packets determined to be for the particular connection, providing payload data for the particular connection from the intelligent network adaptor to host memory in accordance with a result of the determination,

further comprising:

copying a portion of the payload data corresponding to the request from host memory not associated with the connection and not for consumption by the application into memory for consumption by the application.

**6**. The method of claim **5**, further comprising:

based on a determination that payload data for the particular connection is to be provided from the intelligent network adaptor to host memory directly associated with the application, providing to the intelligent network adaptor an indication of the host memory directly associated with the application;

wherein determining whether the intelligent network adaptor has been configured for the particular connection such that payload data for the particular connection is to be provided from the intelligent network adaptor to host memory for consumption by the application or is not to be provided from the intelligent network adaptor to host memory for consumption by the application includes determining whether an indication of the host memory directly associated with the application has been provided to the intelligent network adaptor.

**7**. The method of claim **5**, further comprising:

based on a determination that payload data for the particular connection is to be provided from the intelligent network adaptor to host memory for consumption by the application, providing to the intelligent network adaptor an indication of the host memory for consumption by the application and storing the indication in association with a protocol processing control block corresponding to the particular connection.

**8**. The method of claim **5**, wherein:

copying a portion of the payload data corresponding to the request from host memory not associated with the connection and not for consumption by the application into memory for consumption by the application is in correspondence with the intelligent network adaptor providing received payload data corresponding to the request into the memory for consumption by the application.

**9**. The method of claim **8**, wherein:

copying a portion of the payload data corresponding to the request from host memory not associated with the connection and not for consumption by the application into memory for consumption by the application in correspondence with the intelligent network adaptor providing received payload data corresponding to the request into the memory for consumption by the application includes copying a portion of the payload data corresponding to the request from host memory not associated with the connection and not for consumption by the application into host memory for consumption by the

**14**

application at an offset that accounts for the received payload data corresponding to the request provided by the intelligent network adaptor into the memory for consumption by the application.

**10**. A computer program product for interfacing a host computer to an intelligent network adaptor, the host executing an operating system and coupled to a network via the intelligent network adaptor, the host configured to execute applications such that, for each application, the host is configured to receive application payload data from a peer via the network and the intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented protocol, wherein the intelligent network adaptor performs protocol processing of the connection, the computer program product comprising at least one non-transitory computer-readable medium having computer program instructions stored therein which are operable to cause the host to:

for a particular connection between an application and a peer, based at least in part on a characteristic of an input request by the application configured to receive application payload data from the peer using that connection, determine whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application; and

based on the determination, selectively configuring the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application,

wherein the computer program instructions are further operable to cause the host to:

copy a portion of the payload data corresponding to the request from host memory associated with the connection and not for consumption by the application into memory for consumption by the application.

**11**. The computer program product of claim **10**, wherein:

copying a portion of the payload data corresponding to the request from host memory associated with the connection and not for consumption by the application into memory for consumption by the application is in correspondence with the intelligent network adaptor providing received payload data corresponding to the request into the memory for consumption by the application.

**12**. The computer program product of claim **11**, wherein:

copying a portion of the payload data corresponding to the request from host memory not for consumption by the application into memory for consumption by the application in correspondence with the intelligent network adaptor providing received payload data corresponding to the request into the memory for consumption by the application includes copying a portion of the payload data corresponding to the request from host memory associated with the connection and not for consumption by the application into host memory for consumption by the application at an offset that accounts for the received payload data corresponding to the request provided by the intelligent network adaptor into the memory for consumption by the application.

**13**. A computer program product for interfacing a host computer to an intelligent network adaptor, the host executing an operating system and coupled to a network via the intelligent network adaptor, the host configured to execute applications such that, for each application, the host is configured to receive application payload data from a peer via the network and the intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented protocol, wherein the intelligent network adaptor

US 7,826,350 B1

15

performs protocol processing of the connection, the computer program product comprising at least one non-transitory computer-readable medium having computer program instructions stored therein which are operable to cause the host to:

for a particular connection between an application and a peer, based at least in part on a characteristic of an input request by the application configured to receive application payload data from the peer using that connection, determine whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application; and

based on the determination, selectively configuring the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application,

wherein the computer program instructions are further operable to cause the host to:

copy a portion of the payload data corresponding to the request from host memory not associated with the connection and not for consumption by the application into memory for consumption by the application.

14. The computer program product of claim 13, wherein:

copying a portion of the payload data corresponding to the request from host memory not associated with the connection and not for consumption by the application into memory for consumption by the application is in correspondence with the intelligent network adaptor providing received payload data corresponding to the request into the memory for consumption by the application.

15. The computer program product of claim 14, wherein:

copying a portion of the payload data corresponding to the request from host memory not associated with the connection and not for consumption by the application into memory for consumption by the application in correspondence with the intelligent network adaptor providing received payload data corresponding to the request into the memory for consumption by the application includes copying a portion of the payload data corresponding to the request from host memory not associated with the connection and not for consumption by the application into host memory for consumption by the application at an offset that accounts for the received payload data corresponding to the request provided by

16

the intelligent network adaptor into the memory for consumption by the application.

16. A method of operating a host and an intelligent network adaptor, the host executing an operating system and coupled to a network via the intelligent network adaptor, the host configured to execute applications such that, for each application, the host is configured to receive application payload data from a peer via the network and the intelligent network adaptor using a stateful connection between the host and the peer according to a connection-oriented protocol, wherein the intelligent network adaptor performs protocol processing of the stateful connection, the method comprising:

for a particular stateful connection between an application and a peer, based at least in part on a characteristic of an input request by the application configured to receive application payload data from the peer using that stateful connection, determining whether to configure the intelligent network adaptor to provide received payload data corresponding to the request directly into host memory for consumption by the application;

for the particular stateful connection, determining a destination for the application payload data including determining whether the intelligent network adaptor has been configured for the particular stateful connection such that payload data for the particular stateful connection is to be provided from the intelligent network adaptor to host memory directly associated with the application, for consumption by the application, or is provided from the intelligent network adaptor to host memory that is not provided for consumption by the application; and

performing protocol processing on packets received from the network and, for application payload data of packets determined to be for the particular stateful connection, providing payload data for the particular stateful connection from the intelligent network adaptor to host memory in accordance with a result of the determination,

further comprising:

copying a portion of the payload data corresponding to the request from host memory not associated with the connection and not for consumption by the application into memory for consumption by the application.

\*    \*    \*    \*    \*