# EXHIBIT 6



**Business Research INSIGHTS**

Industries ⌄   Mega trends   Blogs   About   Contact   | Search Reports 🔍 |

🏠 | Information & Technology / Data Processing Unit (DPU) Market



# Data Processing Unit (DPU) Market Size, Share, Growth, and Industry Analysis, By Type (25G & 100G), By Application (Edge Computing, Data Centers & Smart Driving), and Regional Forecast to 2035

Last Updated: 16 March 2026  |  Base Year: 2025  |  Historical Data: 2022-2024  |  No of Pages: 106
Region: Global  |  Format: PDF  |  Report ID: BRI120671  |  SKU ID: 22363954

⬇ **Download FREE Sample**     🛒 Buy Now

Regional/Country Report ▾

**ABOUT THIS REPORT** ›

TOC

RESEARCH METHODOLOGY

**Brief With:**

 ChatGPT

 Perplexity



 ISO 9001:2015    ISO 27001:2022

**TRENDING INSIGHTS**

📄 Global Leaders in Strategy and Innovation Rely on Our Expertise to Seize Growth Opportunities

📊 Our Research is the Cornerstone of 1000 Firms to Stay in the Lead

🤝 1000 Top Companies Partner with Us to Explore Fresh Revenue Channels

## DATA PROCESSING UNIT (DPU) MARKET OVERVIEW

The global data processing unit (dpu) market is value at USD 4.5 Billion in 2026 and eventually reaching USD 63.7 Billion by 2035 expanding at a CAGR of 34.23% from 2026 to 2035.

> *I need the full data tables, segment breakdown, and competitive landscape for detailed regional analysis and revenue estimates.* [Download Free Sample](#)

The Data Processing Unit (DPU) market expands quickly because organizations require faster, high-performance computing as well as better artificial intelligence workloads and optimized data centers. A Data Processing Unit (DPU) operates as a specialized processor that transfers networking operations together with storage and security functions from the CPU to boost efficiency and performance. The Data Processing Unit plays fundamental functions throughout cloud computing systems, 5G infrastructure, and applications that use artificial intelligence. Multiple top technology firms put their financial resources toward developing sophisticated DPUs for improved data processing functions. The market grows because different industries are implementing advanced computing systems.



Global Data Processing Unit (DPU) Market Size 2035 (USD Billion)

Source: Business Research Insights

REPORT INSIGHTS

MARKET SIZE **USD 4.5 BILLION** 2026

MARKET SIZE **USD 63.7 BILLION** 2035

**CAGR 34.23%** 2026-2035

⬇ Download Free Sample  to learn more about this report

## COVID-19 IMPACT

> **Data Processing Unit (DPU) Industry Had a Positive Effect Due to Accelerating Cloud Computing, AI Adoption, and Data Centre Expansions during COVID-19 Pandemic**

The global COVID-19 pandemic has been unprecedented and staggering, with the market experiencing **higher-than-anticipated** demand across all regions compared to pre-pandemic levels. The sudden market growth reflected by the rise in CAGR is attributable to the market's growth and demand returning to pre-pandemic levels.

Data Processing Unit (DPU) market revenue increased substantially throughout the COVID-19 period, mainly from cloud computing expansion and remote working practices as well as artificial intelligence applications. High-performance computing environments, together with expanding data center operations, created an increased demand for DPUs to improve processing efficiency in the market. The rapid digital transition by businesses increased DPUs' adoption for both workload management and security purposes. The market expanded because of 5G networks along with edge computing developments. DPUs became fundamental components for constructing contemporary computing systems because of this development.

## LATEST TRENDS

> **AI, SmartNICs, and edge computing advancements drive market growth**

The Data Processing Unit (DPU) market displays swift developments in AI-enabled computing together with cloud speed enhancement and high-performance network solutions. The major trend in DPUs involves integrating machine learning capabilities alongside artificial intelligence functions to enhance both proce̶s̶s̶i̶n̶g̶ ̶a̶n̶d̶ ̶r̶e̶s̶o̶u̶r̶c̶e̶ utilization. Data Processing Units from companies now feature upgraded pro̶g̶r̶a̶m̶s̶ ̶f̶o̶r̶ ̶d̶a̶t̶a̶ center and edge-computing applications. The market has started to show inc̶r̶e̶a̶s̶e̶d̶...

⬇ **Download FREE Sample**

Case 7:26-cv-00148-DC    Document 1-6    Filed 04/16/26    Page 3 of 7


## Business Research
INSIGHTS

Industries ⌄     Mega trends     Blogs     About     Contact

## DATA PROCESSING UNIT (DPU) MARKET SEGMENTATION

### By Type

Based on Type, the global market can be categorized into 25G & 100G



» 25G Data Processing Unit (DPU): The 25G DPU platform serves data center requirements between performance and cost-effective operations. These devices enable better networking functions, which lead to delayed data transmission and enhanced task allocation. Data Processing Units serve as standard components for cloud computing systems in addition to virtualization and AI-driven applications. Scalable infrastructure requirements drive the deployment of 25G DPUs, which enhance both data traffic organization and security functions. The market has chosen to adopt these solutions because enterprises need efficient platforms that handle moderate to high-performance computing requirements.

» 100G Data Processing Unit (DPU): The 100G Data Processing Unit serves as a fast-processing system that supports large-scale data facilities along with hyperscale computing operations. These devices provide extensive bandwidth capabilities that work best in AI training systems along with 5G networks and high-performance computing systems. The networking security and storage functions of DPUs enable CPU-free distribution, which generates enhanced operational performance and expandable capabilities. The growing amount of data can be transmitted quickly, and work processing can be accelerated through the implementation of 100G DPUs. The market demand for DPUs continues to grow among cloud providers and financial institutions, together with other businesses that need fast-speed processing.

### By Application

Based on application, the global market can be categorized into Edge Computing, Data Centers & Smart Driving

» Edge Computing: Through edge computing, DPUs conduct instant data processing by shifting processing requirements from standard CPUs. These network devices speed up efficiency in decentralized setups, which results in reduced time delays for IoT systems and 5G networks alongside AI applications. The growing smart city movement, together with rising autonomous systems, requires DPUs to establish secure edge infrastructure at different locations. The network edge processing capabilities of these computers allow businesses to decrease their dependency on central data facilities. Various industries now use DPUs because of their ability to handle fast and locally applied data processing tasks.

» Data Centers: The intelligence within data centers rises through DPUs, which enhance networking operations with security measures alongside storage management. By taking some workload off CPUs, they enhance both system speed and decrease power consumption. Value-based data processing drives seamless high-speed data delivery because DPUs work with cloud computing and AI together with big data analytics. The integration of SmartNICs using DPUs strengthens security systems and distributes workloads effectively because of their threat protection capabilities. Enterprises require data processing solutions that scale efficiently, which has made DPUs become essential components for contemporary data center construction.

» Smart Driving: The processing of real-time vehicle data depends heavily on DPUs to function in smart driving applications. These components function to manage sensor information collected by LiDAR systems and cameras and radars, which enhances automatic driving system control. DPUs optimize V2V and V2I communications through their ability to migrate AI and networking functions to offload them from primary devices. The implemented driver-assistance systems find support through their integration to achieve advanced safety features and greater operational efficiency. DPUs will become an indispensable technology for automotive industries pursuing full autonomy because they enable fast, low-latency processing.

## MARKET DYNAMICS

Market dynamics include driving and restraining factors, opportunities and challenges stating the market conditions.

### Driving Factor

> ❝ *AI, cloud computing, and data centers drive m*

Case 7:26-cv-00148-DC   Document 1-6   Filed 04/16/26   Page 4 of 7



Business Research INSIGHTS

Industries ⌄   Mega trends   Blogs   About   Contact

of DPUs removes demanding computational operations from CPUs, which leads to better system performance together with short response times. As a fundamental requirement, industries, including financial services and healthcare, together with scientific research, need quick data processing at the moment of decision-making. The growing number of data centers, together with advanced AI analytics applications, has sped up the adoption rate of DPU systems. DPUs serve as vital components that enable organizations to enhance their processing capabilities when handling increasing data volumes. The market demand expands continuously because organizations pursue computing platforms that combine scalability with effectiveness.

### ❝ 5G expansion and edge computing drive market growth

The DPU market experiences growth because 5G networks are expanding worldwide while edge computing technology emerges as an emerging trend. The network edge benefits from DPUs because they allow quick, efficient data management without needing centralized data centers. The growing quantities of data from IoT systems, autonomous vehicles, and smart cities find their optimal analysis and decision-making capabilities through DPUs. Next-generation connectivity needs these processors because they manage complex workloads effectively. Telecom service providers, together with cloud platforms, dedicate substantial funds to acquire DPUs to develop strengthened network operations and defensive capabilities. The growing adoption of edge computing will make DPUs emerge as fundamental elements for distributed data processing frameworks.

### Restraining Factor

### ❝ High costs hinder market growth and widespread adoption

The market faces substantial barriers from the expense required to introduce Data Processing Units (DPUs). Advanced DPUs require organizations to make extensive investments in hardware acquisitions alongside software development of integration platforms as well as infrastructure modernization. Budgetary limitations prevent smaller data centers, along with businesses, from implementing Data Processing Units (DPUs). The process of integrating Data Processing Units into standard systems leads to higher deployment expenses because of their complexities. The restricted market expansion for cost-sensitive industries results from financial hurdles that prevent extensive adoption, therefore slowing down broad adoption.

### Opportunity

### ❝ AI adoption drives market growth by enhancing performance scalability

The market for integrated intelligent processors known as DPU will see substantial growth because businesses actively embrace AI and machine learning capabilities. The data processing units improve operational speed which results in quicker AI model training procedures and immediate analytic capabilities. The rising demand for DPUs will continue because AI-driven applications grow in healthcare, finance, and autonomous systems industries. These chips enhance system scalability because they execute complex calculations beyond CPUs, therefore improving performance. The future of DPU technology investment will increase due to this emerging trend in various markets.

### Challenge

### ❝ Standardization challenges hinder market growth by limiting interoperability and adoption

The DPU market faces a major difficulty because different vendors maintain non-unified protocol standards for their hardware and software solutions. The integration of DPUs with current IT infrastructure becomes challenging because of compatibility barriers that multiple organizations encounter. Organization deployment costs increase while adoption rates decrease because of this fragmentation in the market. Diverse architecture approaches developed by different vendors lead to substantial interoperability problems. The resolution of these obstacles needs industry partnership to establish native framework solutions that enable easy DPU connection.

## DATA PROCESSING UNIT (DPU) MARKET REGIONAL INSIGHTS

### » North America

### ❝ North America's advanced technology and AI adoption drive market growth

North America holds the largest Data Processing Unit (DPU) Market Share because the region contains state-of-the-art technological foundations alongside major semiconductor corporations. The quick adoption of AI as well as cloud computing alongside high-performance data centers within the region makes DPU products more attractive to this market. Major tech giants



Global Data Processing Unit (DPU) Market Size 2035 (USD Billion)

*Disclaimer: For illustrative p



computing systems for future applications. The United States stands as the leading force in DPU development because of AI processing needs and fast-growing 5G infrastructure expansion. The market leadership of North America receives further support through government policies and enterprise implementation efforts.

### » Europe

> **Europe's AI adoption and digital transformation drive market growth rapidly**

The DPU market receives its contribution from Europe because of its enthusiastic adoption of digital transformation combined with AI advancements. Infrastructure development in cloud services and 5G infrastructure and high-performance computing by the region leads to increased demand for DPU systems. Industrial institutions throughout Europe use Data Processing Units to boost their data protection transparency while improving processing capabilities and power management within data facilities. Major technology companies operating in Germany, along with France and the UK, are developing Data Processing Units for the future market. The market grows at an accelerated rate because government programs back both AI development and IoT implementation as well as smart infrastructure construction.

### » Asia

> **Asia's cloud, AI, and 5G expansion drive rapid market growth**

The Data Processing Unit (DPU) market observes Asia as its principal location due to continuous advancements in cloud infrastructure alongside AI-powered industries within the region. The semiconductor development along with the high-performance computing market receives massive funding from China, Japan, and South Korea. Asia's ongoing development of 5G networks and edge computing has accelerated businesses to adopt Data Processing Unit solutions. Large-scale technology organizations, together with data facilities, use DPUs to speed up their operations and optimize resource efficiency. Market expansion receives additional momentum from governmental programs that endorse the AI revolution and IoT technology and smart city development.

## KEY INDUSTRY PLAYERS

> **Innovation, partnerships, and investments drive rapid market growth globally**

The market for data processing units continues to expand due to leading companies that advocate innovation, build partnerships, and invest funding at substantial levels. Leading companies produce next-generation DPUs for the optimization of AI systems and cloud computing capabilities and high-performance data operations. Cloud service providers, together with telecom firms, are speeding up data center and 5G network adoption through their collaborations. New investments that focus on power-efficient, high-speed computing systems help grow market presence. These infrastructure developments for data usage are defining next-generation data infrastructure across the globe.

List of Top Data Processing Unit (DPU) Companies

- » Jaguarmicro (China)
- » Marvell (U.S.)
- » Intel (U.S.)
- » NVIDIA (U.S.)
- » Resnics (China)
- » Fungible (U.S.)
- » Yusur (China)
- » Broadcom (U.S.)

## KEY INDUSTRY DEVELOPMENT

**November, 2024: Microsoft** presented its two special infrastructure chips at the Ignite conference, specifically to boost AI capabilities and protect data infrastructure within their data facilities. The data processing unit (DPU) functions as a single-chip solution that streamlines several server operations to enhance cloud storage data management. The target performance milestone for this DPU achieves four times the current rate at only a fraction of existing power consumption. Microsoft's internal silicon design approach with DPU deployment supports their mission to replace external processor components made by firms such as Intel and Nvidia. Microsoft integrates its custom chips to enhance system efficiency for handling rising AI workload requirements.

## REPORT COVERAGE



Business Research
INSIGHTS

Industries    Mega trends    Blogs    About    Contact

categories and potential applications that may impact its trajectory in the coming years. The analysis takes into account both current trends and historical turning points, providing a holistic understanding of the market's components and identifying potential areas for growth.

This research report examines the segmentation of the market by using both quantitative and qualitative methods to provide a thorough analysis that also evaluates the influence of strategic and financial perspectives on the market. Additionally, the report's regional assessments consider the dominant supply and demand forces that impact market growth. The competitive landscape is detailed meticulously, including shares of significant market competitors. The report incorporates unconventional research techniques, methodologies and key strategies tailored for the anticipated frame of time. Overall, it offers valuable and comprehensive insights into the market dynamics professionally and understandably.

**Data Processing Unit (DPU) Market Report Scope & Segmentation**

| Attributes | Details |
|---|---|
| Market Size Value In | US$ 4.5 Billion in 2026 |
| Market Size Value By | US$ 63.7 Billion by 2035 |
| Growth Rate | CAGR of 34.23% from 2026 to 2035 |
| Forecast Period | 2026 - 2035 |
| Base Year | 2025 |
| Historical Data Available | Yes |
| Regional Scope | Global |
| Segments Covered | **By Type**<br>» 25G<br>» 100G<br>» Others<br><br>**By Application**<br>» Edge Computing<br>» Data Centres<br>» Smart Driving |

## FAQs

| | |
|---|---|
| What value is Data Processing Unit (DPU) Market expected to touch by 2035?  + | What CAGR is the Data Processing Unit (DPU) Market expected to exhibit by 2035?  + |
| What are the driving factors of the Data Processing Unit (DPU) market?  + | What are the key Data Processing Unit (DPU) market segments?  + |

## Related Report

 Yacht Charter Market

 Microcontrollers (MCU) Market

 Case Management Market

 Luxury Skincare Products Market

 Compensation Management Software Market

 Keyboard Market



# Stay Ahead of Your Rivals

*Get instant access to complete data, competitive insights, and decade-long market forecasts.*

⬇ Download FREE Sample





© 2026 Business Research Insights. All rights reserved | Powered by Absolute Reports