# EXHIBIT 8

4/6/26, 3:20 PM
Jensen Huang just put Nvidia's Blackwell and Vera Rubin sales projections into the $1 trillion stratosphere | TechCrunch

Case 7:26-cv-00148-DC   Document 1-8   Filed 04/16/26   Page 2 of 4



Latest   Startups   Venture   Apple   Security   AI   Apps



IN BRIEF                                    Posted: 2:41 PM PDT · March 16, 2026



IMAGE CREDITS: BENJAMIN FANJOY / GETTY IMAGES

 Kirsten Korosec

**Jensen Huang just put Nvidia's Blackwell and Vera Rubin sales projections into the $1 trillion stratosphere**

Nvidia CEO Jensen Huang threw out a lot of numbers — mostly of the technical variety — during his keynote Monday to kick off the company's annual GTC Conference in San Jose, California.

But there was one financial figure that investors surely took notice of: his projection that there will be $1 trillion worth of orders for Nvidia's Blackwell and Vera Rubin chips, a monetary reflection of a booming AI business.

SPONSORED

 Maximize R&D tax credits with Anchin by identifying qualified activiti‹ expenses.

Sponsored by Anchin

About an hour into his keynote, Huang noted that last year Nvidia saw about $500 billion in demand for its Blackwell and upcoming Rubin chips through 2026.



StrictlyVC

April 30   |   San Francisco, CA

StrictlyVC kicks off the year in SF. Get in the room for unfiltered fireside chats with industry leaders, insider VC insights, and high-value connections that actually move the needle. **Tickets are limited.**

REGISTER NOW

4/6/26, 3:20 PM

Jensen Huang just put Nvidia's Blackwell and Vera Rubin sales projections into the $1 trillion stratosphere | TechCrunch

Case 7:26-cv-00148-DC    Document 1-8    Filed 04/16/26    Page 2 of 4

"Now, I don't know if you guys feel the same way, but $500 billion is an enormous amount of revenue," he said. "Well, I'm here to tell you that right now where I stand — a few short months after GTC DC, one year after last GTC — right here where I stand, I see through 2027, at least $1 trillion."

The Rubin computing chip architecture, which was first announced in 2024, has been described by Huang as the state of the art in AI hardware that outperforms its Blackwell predecessor. The company said in January, when it officially started production of Rubin, it would operate 3.5x faster than the Blackwell architecture on model-training tasks and 5x faster on inference tasks, reaching as high as 50 petaflops.

Nvidia has said it expects to ramp up production in the second half of the year.



**This Week Only: Up to $482 savings for Disrupt 2026**

*Offer ends April 10, 11:59 p.m. PT*

Your next round. Your next hire. Your next breakout opportunity. Find it at TechCrunch Disrupt 2026, where 10,000+ founders, investors, and tech leaders gather for three days of 250+ tactical sessions, powerful introductions, and market-defining innovation. Register now to secure these savings.

San Francisco, CA    |    October 13-15, 2026

**REGISTER NOW**

Topics:    AI    GTC 2026    Hardware    In Brief    Jensen Huang    nvidia

# Newsletters    See More ↗

Subscribe for the industry's biggest tech news



**TechCrunch Daily News** ⊕
Every weekday and Sunday, you can get the best of TechCrunch's coverage.

**TechCrunch Mobility** ⊕
TechCrunch Mobility is your destination for transportation news and insight.

**Startups Weekly** ⊕
Startups are the core of TechCrunch, so get our best coverage delivered weekly.

**StrictlyVC** ⊕
Provides movers and shakers with the info they need to start their day.

No newsletters selected.

Email address

Subscribe

By submitting your email, you agree to our Terms and Privacy Notice.

# Latest in AI

4/6/26, 3:20 PM

Jensen Huang just put Nvidia's Blackwell and Vera Rubin sales projections into the $1 trillion stratosphere | TechCrunch

Case 7:26-cv-00148-DC   Document 1-8   Filed 04/16/26   Page 4 of 4



**IN BRIEF**





Iran threatens 'Stargate' AI data centers

Rebecca Szkutak – 52 seconds ago

**GOVERNMENT & POLICY**

OpenAI's vision for the AI economy: public wealth funds, robot taxes, and a four-day work week

Rebecca Bellan – 2 hours ago

**TECHCRUNCH DISRUPT 2026**

Startup Battlefield 200 applications open: a chance for VC access, TechCrunch coverage, and $100K

TechCrunch Events – 4 hours ago



TechCrunch

Staff

Contact Us

Advertise

Crunchboard Jobs

Site Map

Terms of Service

Privacy Policy

RSS Terms of Use

Kalshi

Copilot

Blue Origin

WordPress

Bezos

Tech Layoffs

ChatGPT

© 2026 TechCrunch Media LLC.