# EXHIBIT 9

☰ **CoStar**™    Products & Solutions    Who We Serve    Case Studies    Contact Us     Login    Add a Listing ▾

News   Properties   Leasing   Sales   Owners   Tenants   Directory   Markets   Public Record   Marketing Center   STR Benchma

Home   Office   Industrial   Retail   Multifamily   Hotels   People   Economy   Analytics   Finance   Health   🔍 Search Articles

# Nvidia deepens Texas commitment with latest office deal

## Chipmaking giant renews, expands Austin hub as AI fuels leasing surge



Nvidia has expanded its hub at 11001 Lakeline Blvd. in Austin, Texas, as part of a recent renewal. (CoStar)

By **Katie Burke**
CoStar News
December 16, 2025 | 4:06 P.M.

    f   X   in   ✉

Artificial intelligence chipmaker Nvidia doesn't appear to be taking any time off when it comes to expanding its global real estate portfolio, most recently with a deal to expand one of its hubs in Austin, Texas.

The company finalized a renewal that added more space to its office at 11001 Lakeline Blvd., according to people with knowledge of the expansion. The deal, finalized late last month, stretches the company's footprint in the Cedar Park-area property to just shy of 79,350 square feet, extending Nvidia's aggressive growth spurt.

The Silicon Valley tech giant has occupied space in the suburban Austin building for the past 15 years. It initially signed on for a little more than 40,000 square feet back in 2010 and, up until its latest agreement with landlord Continental General, has filled about 51,825 square feet across multiple floors.

Nvidia's move to double down on its Austin footprint lands a few months after it signed on to anchor a recently completed office development in the heart of the city's local tech scene. The AI conglomerate signed the roughly 99,370-square-foot agreement with Brandywine Realty Trust, the landlord and developer for the



**WareSpace**

Washington, DC - Bladensburg

All-inclusive, private warehouse spaces ideal for startups and e-commerce

**RELATED ARTICLES**

Healthcare, construction lead job gains; Slowing population growth could lower property demand; Mortgage rates rise

Real estate is entering the era of cash flow

Snapchat parent expands in one of Seattle area's biggest office leases this year

Anthropic to expand to yet another office building in downtown San Francisco

Uncertainty exacerbates Minneapolis office value declines

**IN THIS ARTICLE**

**Properties**

The Crossings at Lakeline Bldg 2
11001 Lakeline Blvd, Austin, TX

**Companies**

NVIDIA Corporation
Professional, Scientific, and Technical Services

larger Uptown ATX mixed-use project, earlier this summer to fill a majority of the project's One Uptown building.

**Related Content**



**Nvidia stretches real estate growth with deal to double Texas hub** >>

The latest Austin expansion comes as Nvidia, a maker of computer chips that power much of today's artificial intelligence boom, has rapidly expanded on multiple real estate fronts throughout the United States.

The company, which has a $4.5 trillion valuation, has spent close to $1 billion over the last year on properties near its Santa Clara, California, headquarters to support its dominant role in the fast-growing AI industry. Last year, Nvidia paid $374 million to buy out its landlord and assume ownership of the campus it has occupied since 1998.

It has also recently submitted plans to develop more than 700,000 square feet of additional office space, further extending its corporate campus. The company has told investors it expects the AI boom to keep gaining steam in the coming years, estimating that global AI infrastructure spending on real estate and other support systems will total as much as $4 trillion by the end of the decade.

Expanding outward
Along with its latest Austin expansion, Nvidia has recently signed on for new or larger office hubs in Beaverton, Oregon, and Toronto, Canada, among other cities.

The company has also been scouting for space in the Washington, D.C., area as part of a broader effort to strengthen its government ties. Nvidia was cleared by the Trump administration last week to export its high-performing chips to China, a deal in which the U.S. government will get a cut of the sales, and Nvidia will have access to another source of revenue estimated to generate billions of dollars.

And last month, it stretched its voracious real estate expansion to San Francisco, where it signed a full-floor lease in the city's Mission Rock development to officially plant its stake in what has quickly become the AI capital of the world.

**Related Content**



**Nvidia plans headquarters expansion as it grows US real estate holdings** >>

Explosive growth across the AI sector, coupled with many companies' emphasis on in-person work, has translated into a procession of office deals that has helped reshape demand dynamics in many pandemic-battered cities.

4/6/26, 3:24 PM
Case 7:26-cv-00148-DC   Document 1-9   Filed 04/16/26   Page 4 of 4
News | Nvidia deepens Texas commitment with latest office deal

In San Francisco alone, AI tenants are on the hunt for about 9 million square feet of office space, up from 6.5 million earlier this year, according to JLL. And AI companies have signed upward of 85 leases in San Francisco so far this year, according to data from Cushman & Wakefield, helping to solidify the Bay Area's role as host to the bulk of leasing activity among AI firms.

That demand has trickled elsewhere across the U.S. amid a broader resurgence of leasing activity among tech companies.

Tech company leases rose by more than 21% through the first quarter of the year compared with the same period in 2024, according to CBRE data, a spike that accounted for just shy of 8 million square feet worth of deals. That activity represented a roughly 16.5% share of total office leasing volume nationally and builds off the momentum tech companies generated last year, when they accounted for about 18% of all U.S. leasing.

By comparison, leasing among tech companies represented a little more than 14% of the total national leasing volume in 2023, according to CBRE.

---

Follow us on Social Media

Have feedback or questions? Email us at
[news@costar.com](mailto:news@costar.com)

---

## Get In Touch

888-226-7404

REQUEST DEMO

**Company**

About CoStar

CoStarGroup.com

Careers

Press Room

Privacy Notice

Cookie Policy

Exercise your Privacy Rights

Terms of Use

Help Fight Data Theft

Accessibility

Contact Us

© 2026 CoStar Group

**Products & Solutions**

CoStar

CoStar for Lenders

Benchmark

**Additional Solutions**

CoStar Risk Analytics

CoStar Real Estate Manager

**Social**