# EXHIBIT 10

**FOR THE EXCLUSIVE USE OF**

From the Austin Business Journal:
https://www.bizjournals.com/austin/news/2026/01/05/work-beginning-on-nvidias-new-north-austin-office.html

SUBSCRIBER CONTENT:

**Commercial Real Estate**

# Work on Nvidia's new Austin office could begin soon


A recent construction filing could indicate when Nvidia will be able to occupy its new North Austin office.
JUSTIN SULLIVAN

 By Cody Baird – Staff Writer, Austin Business Journal
Jan 5, 2026

 Preview this article   1 min

A recent construction filing for an office fit-out could indicate when Nvidia will be able to occupy its new North Austin office, and it's later than previously reported. Included with this report is ABJ's exclusive list of the largest office towers – which includes occupancy data.