# EXHIBIT 13



# NVIDIA and Dell Technologies Deliver New Data Center Solution for Zero-Trust Security and the Era of AI

**Dell PowerEdge Servers Built With NVIDIA DPUs, NVIDIA GPUs and VMware vSphere 8 to Help Enterprises Boost AI Workload Performance and Build Foundation for Zero-Trust Security; Available to Experience Today on NVIDIA LaunchPad**

**VMware Explore—**NVIDIA today announced a new data center solution with Dell Technologies designed for the era of AI, bringing state-of-the-art AI training, AI inference, data processing, data science and zero-trust security capabilities to enterprises worldwide.

The solution combines Dell PowerEdge servers with [NVIDIA BlueField® DPUs](), NVIDIA GPUs and [NVIDIA AI Enterprise software](), and is optimized for VMware vSphere 8 enterprise workload platform, also announced today.

Enterprises can experience the combination of these technologies on [NVIDIA LaunchPad](), a hands-on lab program that provides access to hardware and software for end-to-end workflows in AI, data science and more.

"AI and zero-trust security are powerful forces driving the world's enterprises to rearchitect their data centers as computing and networking workloads are skyrocketing," said Manuvir Das, head of Enterprise Computing at NVIDIA. "VMware vSphere 8 offloads, accelerates, isolates and better secures data center infrastructure services onto the NVIDIA BlueField DPU, and frees the computing resources to process the intelligence factories of the world's enterprises."

"Dell and NVIDIA's long tradition of collaborating on next-generation GPU-accelerated data centers has already enabled massive breakthroughs," said Travis Vigil, senior vice president, portfolio and product management, Infrastructure Solutions Group, Dell Technologies. "Now, through a solution that brings NVIDIA's powerful BlueField DPUs along with NVIDIA GPUs to our PowerEdge server platform, our continued collaboration will offer customers performance and security capabilities to help organizations solve some of the world's greatest challenges."

Running on BlueField, vSphere 8 supercharges the performance of workloads. By offloading to the DPU, customers can accelerate networking and security services, and save CPU cycles while preserving performance and meeting the throughput and latency needs of modern distributed workloads. The combination increases performance and efficiency, simplifies operations and boosts infrastructure security for data center, edge, cloud and hybrid environments.

"Distributed modern applications with AI/ML and analytics are driving the transformation of data center architecture by leveraging accelerators and providing better security as part of the mainstream application infrastructure," said Krish Prasad, senior vice president and general manager, VMware Cloud Platform Business, VMware. "Dell PowerEdge servers built on the latest VMware vSphere 8 innovations, and accelerated by NVIDIA BlueField DPUs, provide next-generation performance and efficiency for mission-critical enterprise cloud applications while better protecting enterprises from lateral threats across multi-cloud environments."

**NVIDIA AI Enterprise Support for VMware vSphere 8 Coming Soon**
As [NVIDIA-Certified™ Systems](), the Dell PowerEdge servers will be able to run the NVIDIA and VMware AI-Ready Enterprise Platform, a solution that features the NVIDIA AI Enterprise software suite and VMware vSphere.

A comprehensive, cloud-native suite of AI and data analytics software, NVIDIA AI Enterprise is optimized to enable organizations to use AI on familiar infrastructure. It is certified to deploy anywhere — from the enterprise data center to the public cloud — and includes global enterprise support to keep AI projects on track.

An upcoming release of NVIDIA AI Enterprise will bring support for new capabilities introduced in VMware vSphere 8, including the ability to support larger multi-GPU workloads, optimize resources and easily manage the GPU lifecycle.

**Availability**
With NVIDIA LaunchPad, enterprises can get access to a [free hands-on lab]() of VMware vSphere 8 running on NVIDIA BlueField-2 DPUs.

Dell servers with vSphere 8 on NVIDIA BlueField-2 DPU will be available later in the year. NVIDIA AI Enterprise with VMware vSphere is now available and can be experienced on [NVIDIA LaunchPad hands-on labs]().

NVIDIA CEO Jensen Huang and VMware CEO Raghu Raghuram discussed how the collaboration is driving the next era of computing in a [fireside chat at VMware Explore]().

**About NVIDIA**

Since its founding in 1993, NVIDIA (NASDAQ: NVDA) has been a pioneer in accelerated computing. The company's invention of the GPU in 1999 sparked the growth of the PC gaming market, redefined computer graphics and ignited the era of modern AI. NVIDIA is now a full-stack computing company with data-center-scale offerings that are reshaping industry. More information at https://nvidianews.nvidia.com/.

Certain statements in this press release including, but not limited to, statements as to: the new data center solution with Dell Technologies and its ability to bring state-of-the-art AI training, AI inference, data processing, data science and zero-trust security capabilities to enterprises worldwide; the instant access to hardware and software for end-to-end workflows in AI, data science and more that NVIDIA LaunchPad provides; AI and zero-trust security driving the world's enterprises to rearchitect their data centers as computing and networking workloads are skyrocketing; continued collaboration with Dell Technologies that will offer customers performance and security capabilities to help organizations solve some of the world's greatest challenges; vSphere 8 supercharging the performance of workloads, and meeting the throughput and latency needs of modern distributed workloads; distributed modern applications with AI/ML and analytics driving the transformation of data center architecture; the ability of Dell PowerEdge servers to run the NVIDIA and VMware AI-Ready Enterprise Platform; the upcoming release of NVIDIA AI Enterprise to bring support for new capabilities introduced in VMware vSphere 8; and the availability of Dell servers with vSphere 8 on NVIDIA BlueField-2 DPU later in the year are forward-looking statements that are subject to risks and uncertainties that could cause results to be materially different than expectations. Important factors that could cause actual results to differ materially include: global economic conditions; our reliance on third parties to manufacture, assemble, package and test our products; the impact of technological development and competition; development of new products and technologies or enhancements to our existing product and technologies; market acceptance of our products or our partners' products; design, manufacturing or software defects; changes in consumer preferences or demands; changes in industry standards and interfaces; unexpected loss of performance of our products or technologies when integrated into systems; as well as other factors detailed from time to time in the most recent reports NVIDIA files with the Securities and Exchange Commission, or SEC, including, but not limited to, its annual report on Form 10-K and quarterly reports on Form 10-Q. Copies of reports filed with the SEC are posted on the company's website and are available from NVIDIA without charge. These forward-looking statements are not guarantees of future performance and speak only as of the date hereof, and, except as required by law, NVIDIA disclaims any obligation to update these forward-looking statements to reflect future events or circumstances.

© 2022 NVIDIA Corporation. All rights reserved. NVIDIA, the NVIDIA logo and BlueField are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. VMware and vSphere are registered trademarks or trademarks of VMware, Inc. or its subsidiaries in the United States and other jurisdictions. Other company and product names may be trademarks of the respective companies with which they are associated. Features, pricing, availability and specifications are subject to change without notice.

Alex Shapiro
Enterprise Networking
1-415-608-5044
ashapiro@nvidia.com