# EXHIBIT 14

4/6/26, 4:03 PM

Case 7:26-cv-00148-DC   Document 1-14   Filed 04/16/26   Page 2 of 2
Hands-on Access to VMware vSphere on NVIDIA BlueField DPUs with NVIDIA LaunchPad



webpage: **Data Sheet**
SN6000 Datasheet

webpage: **Data Sheet**
Spectrum-6 ASIC Datasheet

webpage: **Data Sheet**
NVIDIA BlueField-4 DP...

webpage: **Data Sheet**
NVIDIA ConnectX-9...

webpage: **Brochure**
Accelerating the TOP500...

webpage: **Blog**
What is a SuperNIC?

webpage: **Blog**
Networking for the Era of AI...

webpage: **Webinar**
Networking for the Era of AI

webpage: **Data Sheet**
Spectrum-X Datasheet

pdf: **White Paper**
Panasa NVIDIA HPC Reference...

webpage: **White Paper**
NVIDIA Spectrum-X...

webpage: **Blog**
Navigating Generative AI...

webpage: **Blog**
Turbocharging Generative AI...

webpage: **Blog**



# DEVELOPER

Join

## Technical Blog

Search blog

Subscribe ❯

Data Center / Cloud

English ❯

# Hands-on Access to VMware vSphere on NVIDIA BlueField DPUs with NVIDIA LaunchPad



Dec 06, 2022

+10 Like   Discuss (0)

By Tim Lustig and Motti Beck

---

✦ **AI-Generated Summary** ⌄

---

Two years ago, NVIDIA and VMware announced that they would reimagine and re-architect the data center. Hundreds of engineers dedicated across each company have worked closely to bring this joint solution to fruition.

## VMware vSphere on NVIDIA BlueField DPU now available through Dell Technologies

NVIDIA announces the availability of VMware vSphere on the NVIDIA BlueField DPU, providing the ideal solution for delivering a software-defined, hardware-accelerated cloud solution. It is available as of December 6, 2022 through our OEM partner, Dell Technologies. VMware and the BlueField DPU will become pervasive to offload, accelerate, and isolate infrastructure workloads.

The solution combines Dell R650 and Dell R750 PowerEdge servers with NVIDIA BlueField DPUs. It is optimized for the VMware vSphere 8 enterprise workload platform, bringing zero-trust security

NEXT