# EXHIBIT 15

**DELL**Technologies

Search Dell

Artificial Intelligence     IT Infrastructure ⌄     Computers & Accessories ⌄     Services ⌄     Support ⌄     Deals ⌄     Financing ⌄

Sign In ⌄     Contact Us     US/EN ⌄

■ **Dell Premier for Business**

Newsroom  ›  Announcements  ›  Details







May 19, 2025

# Dell Technologies Unveils Next Generation Enterprise AI Solutions with NVIDIA




Contact Us

## Story Highlights

- The Dell AI Factory with NVIDIA delivers new AI solutions that drive innovation for accelerated compute and data processing, streamline operations and achieve faster results at every stage of AI deployment
- Upgraded infrastructure, full-stack enterprise AI solutions and managed services are the latest additions to the industry's first and only end-to-end enterprise AI solution[1]

DELL TECHNOLOGIES WORLD – LAS VEGAS – May 19, 2025 – The world's top provider of AI-centric infrastructure,[2] Dell Technologies (NYSE: DELL), announces innovations across the Dell AI Factory with NVIDIA – all designed to help enterprises accelerate AI adoption and achieve faster time to value.

**Why it matters**

As enterprises make AI central to their strategy and progress from experimentation to implementation, their demand for accessible AI skills and technologies grows exponentially.

Dell and NVIDIA continue the rapid pace of innovation with updates to the Dell AI Factory with NVIDIA, including robust AI infrastructure, solutions and services that streamline the path to full-scale implementation.

**Dell infrastructure advances enterprise AI innovation with enhanced power, efficiency and scalability**

Dell Technologies introduces the next generation of advanced compute, data storage, data management and networking solutions:

- Air-cooled **Dell PowerEdge XE9780 and XE9785** servers simplify integration into existing enterprise data centers, while liquid-cooled **Dell PowerEdge XE9780L and XE9785L** servers accelerate rack-scale deployment. The new PowerEdge servers support up to 192 NVIDIA Blackwell Ultra GPUs with direct to chip liquid cooling and can be customized with up to 256 NVIDIA Blackwell Ultra GPUs per Dell IR7000 rack. As the successors to Dell's fastest ramping solution ever,[3] the Dell PowerEdge XE9680, these platforms can deliver up to four times faster large language model (LLM) training with the 8-way NVIDIA HGX B300.[4]
- The **Dell PowerEdge XE9712 featuring NVIDIA GB300 NVL72** offers efficiency at rack scale for training, 50 times more AI reasoning inference output and 5x improvement in throughput.[5] With new Dell PowerCool technology, this platform helps businesses achieve greater power efficiency.
- The **Dell PowerEdge XE7740 and XE7745** server will be available with NVIDIA RTX Pro™ 6000 Blackwell Server Edition GPUs in July 2025. This platform – supported in the NVIDIA Enterprise AI Factory validated design – provides a universal platform to help meet the needs of physical and agentic AI use cases like robotics, digital twins and multi-modal AI applications with support for up to 8 GPUs in a 4U chassis.
- Dell plans to support the NVIDIA Vera CPU, offering speed, efficiency and performance.

- Dell plans to support the NVIDIA Vera Rubin platform with a new Dell PowerEdge XE server designed for Dell Integrated Rack Scalable Systems.

Connecting it all, Dell extends its networking portfolio to include the **Dell PowerSwitch SN5600, SN2201 Ethernet**, part of the NVIDIA Spectrum-X Ethernet networking platform, **and NVIDIA Quantum-X800 InfiniBand** switches. These high-density, low-latency switches deliver up to 800 gigabits per second of throughput and are now backed by Dell ProSupport and Deployment Services to provide expert guidance at every stage of AI deployment.

Dell AI Factory with NVIDIA solutions support the NVIDIA Enterprise AI Factory validated design, featuring Dell and NVIDIA compute, networking, storage and NVIDIA AI Enterprise software providing an end-to-end fully integrated AI solution for enterprises.

**Dell AI Data Platform advancements improve AI data management**

Because AI is only as powerful as the data that fuels it, organizations need a platform designed for performance and scalability. Dell AI Data Platform advancements provide AI applications with always-on access to high quality data.

- **Dell ObjectScale** supports large-scale AI deployments while helping reduce cost and data center footprint with the introduction of a denser, software-defined system. NVIDIA BlueField-3 and Spectrum-4 networking integrations boost performance and scalability.
- Dell introduces a high-performance solution built with **Dell PowerScale, Dell Project Lightning** and **PowerEdge XE** servers. Using KV cache and integrating NVIDIA's NIXL Libraries, this solution is ideal for large-scale distributed inference workloads.
- **Dell ObjectScale** will support S3 over RDMA, achieving up to 230% higher throughput, up to 80% lower latency and 98% reduced CPU load compared to traditional S3 for better GPU utilization.[6]
- **Dell** announces an integrated solution that incorporates the NVIDIA AI Data Platform to accelerate curated insights from data and accelerate agentic AI applications and tools.

**Software updates help organizations seamlessly deploy agentic AI**

- The **NVIDIA AI Enterprise** software platform, available directly from Dell, offers businesses the option to innovate on the Dell AI Factory with NVIDIA with NVIDIA NIM, NVIDIA NeMo microservices, and NVIDIA Blueprints, NVIDIA NeMo Retriever for RAG and NVIDIA Llama Nemotron reasoning models, and seamlessly develop agentic workflows while accelerating time-to-value for AI outcomes.
- Simplify business-critical AI deployments while providing flexibility and security with **Red Hat** OpenShift available on the Dell AI Factory with NVIDIA.

**New managed services streamline operations and drive faster outcomes**

The new **Dell Managed Services for the Dell AI Factory with NVIDIA** simplify AI operations with management of the full NVIDIA AI solutions stack — including AI platforms, infrastructure and NVIDIA AI Enterprise software. Dell managed services experts handle 24x7 monitoring, reporting, version upgrades and patching, helping teams overcome resource and expertise constraints by providing cost-effective, scalable and proactive IT support.

**Perspectives**

"We're on a mission to bring AI to millions of customers around the world," **said Michael Dell, chairman and chief executive officer, Dell Technologies**. "Our job is to make AI more accessible. With the Dell AI Factory with NVIDIA, enterprises can manage the entire AI lifecycle across use cases, from training to deployment, at any scale."

"AI factories are the infrastructure of modern industry, generating intelligence to power work across healthcare, finance and manufacturing," **said Jensen Huang, founder and chief executive officer, NVIDIA.** "With Dell Technologies, we're offering the broadest line of Blackwell AI systems to serve AI factories in clouds, enterprises and at the edge."

**Availability**

- Air-cooled Dell PowerEdge XE9780 and XE9785 servers with NVIDIA HGX™ B300 GPUs will be available in 2H 2025.
- Direct liquid cooled Dell PowerEdge XE9780L and XE9785L servers with NVIDIA HGX™ B300 will be available later this year.
- The Dell PowerEdge XE7740 and XE7745 server with NVIDIA RTX Pro™ 6000 Blackwell Server Edition GPUs will be available later this year.
- The Dell PowerEdge XE9712 featuring GB300 NVL72 will be available in 2H 2025.
- The Dell PowerSwitch SN5600, SN2201 Ethernet will be available in 2H 2025 and NVIDIA Quantum-X800 InfiniBand switches will be available from Dell in 2H 2025.
- Dell ObjectScale with NVIDIA BlueField-3 DPU and Spectrum-4 Ethernet Switches is targeting availability in 2H 2025.
- The Dell high-performance solution built with Dell PowerScale, Dell Project Lightning and PowerEdge XE servers is targeting availability later this year.
- Dell ObjectScale support for S3 over RDMA will be available in 2H 2025.
- The NVIDIA AI Enterprise software platform, available directly from Dell, will be available May 2025.
- Managed Services for Dell AI Factory with NVIDIA are available now.

**Additional Resources**

- Learn more about the Dell AI Factory with NVIDIA.
- Blog: Continuing to Power the Future of AI with Dell's Direct Liquid Cooling and Computing Innovations
- Blog: Accelerate Your AI Workflows with the New Dell Data Lakehouse Features
- Blog: Pioneering Enterprise AI with Dell AI Factory and NVIDIA
- Blog: Operationalize AI Across Your Enterprise with Dell and Red Hat
- Blog: Managed Services: The Ultimate Enterprise AI Easy Button
- Connect with Dell on X and LinkedIn

## About Dell Technologies

Dell Technologies (NYSE: DELL) helps organizations and individuals build their digital future and transform how they work, live and play. The company provides customers with the industry's broadest and most innovative technology and services portfolio for the AI era.

Copyright © 2025 Dell Inc. or its subsidiaries. All Rights Reserved. Dell Technologies and Dell are trademarks of Dell Inc. or its subsidiaries. Other trademarks may be trademarks of their respective owners.

[1] Based on Dell analysis, December 2024. Dell offers solutions with NVIDIA hardware and software engineered to support AI workloads from PCs with AI-powered features and workstations to Servers for High-performance Computing, Data Storage, Cloud Native Software-Defined Infrastructure, Networking Switches, Data Protection, HCI and Services

[2] IDC Semiannual Artificial Intelligence Infrastructure Tracker, 2024H1 (Feb 2025)

[3] Based on Dell analysis, August 2023

[4] Based on NVIDIA claims: NVIDIA HGX Platform. Projected performance subject to change. 8x eight-way HGX H100 vs.1x HGX B300, per-GPU performance comparison.

[5] Based on NVIDIA claims: NVIDIA GB300 NVL72. Projected performance subject to change. Comparing AI factories featuring the GB300 NVL73 using NVIDIA Quantum -X800 InfiniBand or Spectrum™- X Ethernet paired with ConnectX®-8 SuperNICS to the NVIDIA Hopper™ platform.

[6] Based on Dell internal ObjectScale S3 over RDMA testing, May 2025. Actual results may vary.

## Media Contacts

**Media Relations**
**Dell Technologies**
Media.Relations@Dell.com

# Related Announcements

March 31, 2026

## Dell Technologies Helps LSEG Advance Multicloud Strategy

March 25, 2026

## Dell Reimagines Commercial PCs with New Sleek and Powerful Designs

March 23, 2026

## Dell Technologies Expands Cybersecurity and Resilience for the AI Era and Emerging



Powerful Designs

for the AI Era and Emerging Quantum Risks

Read more

Read more

Read more

US/EN ⌄

Site Map

**Account**

My Account

Order Status

Profile Settings

My Products

Make a Payment

Dell Rewards Balance

**Support**

Support Home

Contact Technical Support

Returns

**Connect with Us**

Community

Contact Us

X (Twitter)

LinkedIn

Instagram

YouTube

**Our Offerings**

Artificial Intelligence

Products

Solutions

Services

Deals

**Our Company**

Who We Are

Careers

Dell Technologies Capital

Investors

Newsroom

Recycling

Corporate Impact

Customer Stories

**Our Partners**

Find a Partner

Find a Reseller

OEM Solutions

Partner Program

**Resources**

Blog

Dell Rewards

Events

Email Sign-Up

Specialty Product Collections

Privacy Center

Security & Trust Center

Trial Software Downloads

**Dell Technologies**    **Dell Premier for Business**    **Dell Financial Services**

Copyright © 2026 Dell Inc.    Terms of Sale    Privacy Statement    Do Not Sell or Share My Personal Information    Cookies, Ads & Emails    Legal & Regulatory    Accessibility

Anti-Slavery, Human Trafficking & Child Labor

**Marketing Campaign Claims/Legal Disclaimers**

1. Returns The 30-day return period is calculated from invoice date. Exceptions to Dell's standard return policy still apply, and certain products are not eligible for return at any time. See dell.com/returnpolicy.

2. Expedited Delivery: Expedited Delivery not available on certain TVs, monitors, batteries and adapters, and is available in Continental (except Alaska) U.S. only. Other exceptions apply. Not valid for resellers and/or online auctions. Offers subject to change, not combinable with all other offers.

3. Onsite Service After Remote Diagnosis and Other Important Information: *On-site Service or Advanced Exchange Service after remote diagnosis: (a) On-site Service after remote diagnosis is determined by the online or phone technician, and may involve customer access to the inside of the system and multiple extended sessions. If the issue is covered by the Limited Hardware Warranty and cannot be resolved remotely, the technician and/or replacement part will be dispatched, usually in 1 or 2 business days, following the completion of the remote diagnosis. The customer must return the original hardware to Dell according to the rules specified. On-site service is provided by Dell Marketing L.P; Availability varies. Other conditions apply. (b) Advanced Exchange Service replaces hardware after remote diagnosis. The customer must return the original hardware to Dell according to the rules specified. Advanced Exchange Service is subject to country availability. (c) For complete details about On-site Service or Advanced Exchange Service, see dell.com/servicecontracts[↑].

4. Accidental Damage-Additional Information: Accidental Damage Service excludes theft, loss, and damage due to fire, flood or other acts of nature, or intentional damage. Customer may be required to return damaged unit to Dell. Limit of 1 qualified incident per contract year. For more information, consumers visit Accidental Damage Service Contract (Consumer) or commercial customers visit Accidental Damage Service Contract (Commercial).

5. PowerScale optimizes your workloads with up to 186PB per cluster. - Based on Dell analysis, July 2023.
Feel the flexibility of PowerScale. 9.5x more PB per cluster than Pure FlashBlade//S.5 - Based on Dell analysis, July 2023.

6. PowerStore intelligently automates with 5x better data density. - Based on Dell internal analysis using publicly available specs in August 2023 comparing maximum effective capacity for PowerStore 1200 and FlashArray //X20. Assumes average 4:1 data reduction for Power vary.
 PowerStore delivers 5x better data density than Pure FlashArray//X20. - Based on Dell internal analysis using publicly available specs in August 2023 comparing maximum effective capacity for PowerStore 1200 and FlashArray //X20. Assumes average 4:1 data reduction for Power vary.

7. World's broadest storage portfolio with comprehensive security features. - Based on Dell analysis of Primary, Unstructured, PBBA and HCI segments, April 2023.

8. Special Offer: Purchase any Pro Laptop and get Dell Pro 14 Plus Portable Monitor - P1425 for only $209.99. Qualifying Pro Laptops include Dell Pro, Dell Pro Plus, Dell Pro Premium, Dell Pro Essentials, Dell Pro Max, Dell Pro Max Plus, and Dell Pro Max Premium Laptops. Discount reflected in cart. Offer ends 5/4/2026 11:59 PM CST. Limited time Offer. Limit of 5 items per order. Offer subject to change. Discount Pricing not available when Dell Pro 14 Plus Portable Monitor - P1425 is purchased as a stand-alone product. Dell cannot be responsible for pricing or other errors and reserves the right to cancel orders arising from such errors.

10. An all-Dell IT environment is up to 22.4% cheaper with accessories versus a heterogeneous Dell and Apple environment. - Based on a Principled Technologies report commissioned by Dell Technologies, "Lower cost, more choice: The benefits of choosing all-Dell business laptops," June 2023. Actual results may vary. Full Report

11. Dell offers more business laptop and mobile workstation models and form factors, more monitor models and more options to customize device configuration than Apple. - Based on a Principled Technologies report commissioned by Dell Technologies, "Lower cost, more choice: The benefits of choosing all-Dell business laptops," June 2023. Actual results may vary. Full Report

12. The CES Innovation Awards are based upon descriptive materials submitted to the judges. CTA did not verify the accuracy of any submission or of any claims made and did not test the item to which the award was given.

13. Based on May 2024 Strategic Thermal Lab report commissioned by Dell Technologies using Cinebench 2024 Multi-Core, 10-minute-stress test - April 2024 comparing Internal Test Data with XPS 13, Snapdragon X Elite - X1E80100, Qualcomm Adreno graphics, 64GB memory, 2TB SSD vs. MacBook Air 13, M3 8-core CPU, 10-core GPU, 16GB memory, 512GB SSD.

14. Dell has the industry's most comprehensive portfolio of multi-cloud-capable storage from a single vendor. Based on Dell analysis, February 2024.

15. The world's most comprehensive storage portfolio with robust security. Based on Dell analysis of Primary, Unstructured, PBBA, and HCI segments, February 2024.

16. For supported systems and requirements, please refer to our user guide (SupportAssist for Home PCs version for personal use) or administrator guide (SupportAssist for Business PCs version for PC fleet management) and click "supported PCs". Proactive and predictive capabilities depend upon your active service plan and Dell Technologies business rules. For ProSupport Suite for PCs capabilities, view our administrator guide and click "Connect and manage capabilities and Dell service plans". For Dell Care Suite, Premium Support Suite, or Alienware Care Suite for PCs capabilities, view the user guide and click "SupportAssist capabilities and Dell service plans".

17. Based on Dell analysis of cybersecurity software capabilities, flexibility-related features including functional, operational and hardware flexibility; and efficiency-related features including data reduction, storage capacity, data protection overhead, hardware, rack units, lifecycle management, and ENERGY STAR certified configuration, June 2024.

18. Based on Dell analysis of public information on data reduction guarantees, April 2024. See terms and conditions for details at: https://www.delltechnologies.com/asset/en-us/products/storage/legal-pricing/dr-guarantee-tc-powerscale.pdf. Actual data reduction rates will vary.

19. World's first ethernet-based NVIDIA DGX SuperPOD certified storage. Based on Dell analysis, March 2024.

△ **Xbox Game Pass:** Subscription continues automatically at regular monthly price unless cancelled. Subject to xbox.com/subscriptionterms. Terms and exclusions apply. Game catalog varies over time, by region, and by device. System requirements vary by game. All rights reserved. xbox.com/gamepass, ea.com/ea-play/terms.

*Dell Rewards:** $25 sign-up bonus Dell Rewards available 3/2/2026 through 4/17/2026. Valid for new Dell Rewards members only. Rewards up to 9% excludes taxes and shipping. Base reward value is 3% back. 9% back is available on all Alienware monitors for a limited time. Rewards expire on the 15th day of the fourth month following the month in which they were earned. The total amount of Rewards Points that can be earned each Dell fiscal quarter shall not exceed 200,000. (The Dell fiscal calendar begins in February.) Outlet purchases do not qualify for rewards. Expedited Delivery not available on certain monitors, batteries and adapters and is available in Continental (except Alaska) U.S. only. Other exceptions and restrictions apply. Not valid for resellers and/or online auctions. Offers and rewards subject to change without notice, not combinable with all other offers. See full program terms at https://www.dell.com/en-us/lp/dell-rewards

**Pricing:** The pricing available on this site is Dell's pricing for online purchases only. No discounts apply to Dell's online pricing other than the savings listed on this site. Any promotional savings listed on this site are referenced off the Estimated Value of the applicable product or service, unless otherwise stated. "Estimated Value" is Dell's estimate of product value based on industry data, including the prices at which third-party retailers have offered or valued the same or comparable products, in its most recent survey of major online and/or off-line retailers. Third-party retailer data may not be based on actual sales. If you have contractual terms with Dell that refer to list pricing, please contact your Dell sales representative to obtain information about Dell's list pricing. "Best/Lowest Price of the Year" claims are based on calendar year-to-date price.

Savings up to an additional 5% with Dell Premier and getting Dell's best online price with Dell Premier excludes the following: limited quantity deals, limited time deals, client peripherals, Dell, Dell Premium, XPS, and Alienware.

**Dell Student Discount:** Offer valid until 1/31/25 at 7am CST. Discount is valid with select other offers, but not with other coupons. Offer does not apply to, and is not available with, systems or items purchased through refurbished items or spare parts. Purchase limit of 5 discounted items per order. Not valid for resellers and/or online auctions. Dell reserves the right to cancel orders arising from pricing or other errors.

through refurbished items or spare parts. Purchase limit of 3 discounted items per order. Not valid for resellers and/or online auctions. Dell reserves the right to cancel orders arising from pricing or other errors. Exclusions include: all limited quantity deals order codes, clearance offers, all warranties, gift cards, and other select electronics and accessories.

**PayPal:** Subscription products are not eligible for Pay in 4.

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling

maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically

be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Case 7:26-cv-00148-DC    Document 1-15    Filed 04/16/26    Page 12 of 19

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

[A] A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

[B] Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges.** Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

[C] Account must not be in default. [↑]

[D] To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms [↑]

In paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges.** Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

[A] A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

[B] Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges.** Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

[C] Account must not be in default. [↑]

[D] To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

[A] A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges.** Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges.** Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.