# EXHIBIT 16



LAUNCH



# AI at Scale Starts with Your Data: Introducing the supercharged Dell AI Data Platform with NVIDIA

AI at scale starts with your data. Discover the new Dell AI Data Platform with NVIDIA, built for the agentic era.

By Travis Vigil  |  March 16, 2026

Topics in this article:    Agentic AI    AI Solutions    Launch

**Key takeaways:**

🗨 AI Disclosure

- AI at scale requires a new data foundation. Traditional analytics platforms can't support the real-time reasoning, multimodal data, or
- The Dell AI Data Platform with NVIDIA delivers an integrated, high-performance architecture combining AI-optimized storage, modular data engines, GPU acceleration, and enterprise-grade security to power end-to-end AI workflows.
- Validated designs, new Data Engines, and breakthrough storage innovations transform raw enterprise data into trusted AI outcomes—making it faster, easier, and safer to operationalize AI across the enterprise.

𝕏  f  in  ✉  🔗



Every era of enterprise tech is shaped not just by the tools it uses, but by the assumptions beneath them—what data is, who it serves, and how value is created.

For 20 years, data platforms were built for an analytical world. Data flowed into warehouses and lakes. Dashboards were the destination. Intelligence lived inside centralized teams of experts.

That model worked—**for that era**.

But its foundations are now cracking.

**The agentic age is here, and enterprise data platforms must be rebuilt.**

AI is shifting from static models to *agentic systems* that reason, predict, and act across data, tools, and logic. These systems operate on every modality—documents, images, video, logs, signals—not just rows and columns.

As interactions grow deeper and more contextual, models offload memory and reasoning artifacts into external storage. Suddenly, the data platform becomes part of the AI's cognitive loop—not just a back-end repository.

This transformation creates new infrastructure requirements.

Low-latency access, high-performance storage, and rich metadata are now essential to support real-time reasoning loops, persistent context, and evolving datasets.

At the same time, the shift to large-scale AI makes cost efficiency and architectural optimization more important than ever.

Refreshing and indexing billions of files for search, RAG, and agentic workflows demand massive GPU throughput, optimized storage architectures, and automated lifecycle management. DIY pipelines simply can't keep up.

Platforms designed for dashboards and point-in-time analytics were never meant for this world. Enterprises now need a data platform built for agentic AI—dynamic, multimodal, context-aware, and continuously in motion.

**Today, Dell Technologies is building the platform with NVIDIA.**

# Meet the Dell AI Data Platform with NVIDIA

The **Dell AI Data Platform with NVIDIA** represents a new generation of enterprise infrastructure purpose-built for the agentic AI era.

It unifies Dell's high-performance storage systems and modular data engines with **NVIDIA AI-accelerated computing platform, NVIDIA networking and NVIDIA AI Enterprise software** to create a single, integrated platform for powering enterprise AI workloads.



From **retrieval-augmented generation (RAG)** and multimodal search to agentic workflows and large-scale data processing, the platform provides the foundation enterprises need to transform raw data into trusted AI outcomes.

Enabled by **Dell Professional Services**, organizations can deploy this architecture with validated designs, operational best practices, and enterprise-grade lifecycle management.

The result is a **turnkey AI data system capable of operating at enterprise scale from day one.**

# Key pillars of the platform

**Open**

Built on open formats, open lakehouse architectures, and open ecosystem integration.

The platform supports open table formats such as Iceberg and Delta Lake, and is built on enterprise distributions of widely-adopted, open-source technologies such as Trino, Elasticsearch, NVIDIA cuDF and NVIDIA cuVS—empowering teams with choice and preventing lock-in.

An open platform ensures enterprises can integrate proven technologies over time, built on top of contributions of thousands of engineers, adapt to evolving AI and analytics workloads, and retain full control of their data and architecture.

### Flexible

Modular building blocks let organizations start small and scale compute, storage, vector search, and orchestration as needs evolve. And it connects to data distributed across environments (core, cloud and edge) without forcing data migration, enabling organizations to bring AI closer to where their data lives.

### Secure

Enterprise-grade data protection and governance are built into every layer of the platform.

Capabilities include Zero Trust architecture, encryption in transit and at rest, RBAC, IAM integrations, immutable snapshots, auditing, and resilient backup and recovery, ensuring sensitive data remains protected throughout the AI lifecycle.

# Built for the Dell AI Factory with NVIDIA

The Dell AI Data Platform with NVIDIA forms the **data foundation of the** Dell AI Factory with NVIDIA —Dell's end-to-end architecture for building and operating enterprise AI systems.

Together, these platforms provide a unified design for:

- Modernizing enterprise data
- Operationalizing AI pipelines
- Deploying AI models within data pipelines
- Scaling agentic applications
- Integrating AI securely into existing IT environments

One ecosystem. One architecture. One path from data to AI outcomes.

# What's new at GTC

# Data Engines

- **Dell Data Orchestration Engine, a new, integrated data-to-AI control layer inside the Dell AI Data Platform with NVIDIA. Powered by Dell's**

acquisition of Dataloop, it addresses one of the biggest blockers to enterprise AI: continuously preparing, governing, and delivering the right data to AI systems at scale. With deep integration into **NVIDIA AI Enterprise**, the engine turns fragmented, multimodal enterprise data into **AI-ready, governed datasets** built on **production-grade data**

- **Data Orchestration Engine Marketplace for NVIDIA NIMs and Blueprints**
  A curated library of prebuilt, NVIDIA-optimized pipelines, models, and components that accelerate deployment of AI data workflows and production applications.

And three additional new Data Engines enhancements:

- **Agentic SQL with Data Analytics Engine**
  Natural-language reasoning layered into SQL analytics, enabling faster and more intuitive insights across enterprise data.
- **GPU Accelerated Data Processing Engine**
  3x faster data transformation with **Apache Spark**, accelerated by **NVIDIA cuDF** for faster ETL, feature engineering, and large-scale data preparation.
- **GPU Accelerated Data Search Engine**
  12x faster vendor indexing, accelerated by **NVIDIA cuVS**, enabling advanced RAG, semantic search, and AI-driven discovery across enterprise data.

Together, these engines elevate the platform from powerful infrastructure to a fully integrated data-to-AI execution layer.

# Storage Engines

Two significant additions strengthen the platform's data throughput and inference capacity:

- **NVIDIA CMX with Dell Storage**
  A next generation, high-performance "context memory" tier for large-scale inference clusters.
- **PowerScale pNFS Performance Enhancements**
  New results demonstrating up to 25% higher sequential read throughput vs. standard NFSv3[1]—keeping GPU pipelines consistently fed.

# Validated Dell + NVIDIA Blueprints

To accelerate real-world outcomes, Dell and NVIDIA are releasing new validated AI Blueprints—pretested architectures combining Dell's data expertise with NVIDIA's advanced AI capabilities. These Blueprints dramatically reduce time-to-value, enabling teams to deploy high-impact AI workloads with lower risk and greater repeatability. They include:

1. Video Search & Summarization: Automated anomaly detection, live and historical video analysis, and rapid inspection of workflows.

2. USD Search with NVIDIA Omniverse: Automatic USD labeling, natural-language and image-based search, and instant discovery across massive 3D asset repositories.

3. **Predictive Maintenance:** Failure forecasting, optimized maintenance schedules, and improved equipment reliability.

4. **Biomedical Research Assistance (with NVIDIA AI-Q):** Accelerated literature synthesis, real-world data analysis, and faster clinical development decisions.

# A new foundation for the future of Enterprise AI

The organizations that win in the next decade will not simply deploy models.

They will build systems that continuously transform data into intelligence.

The Dell AI Data Platform with NVIDIA provides the foundation for that future by bringing together:

- High-performance, AI-optimized storage
- Modular data engines for processing, analytics and search
- The Dell Data Orchestration Engine + Marketplace for building AI data workflows
- NVIDIA GPU acceleration and AI Enterprise frameworks
- Integrated lifecycle management and orchestration
- Validated Dell + NVIDIA blueprints
- Enterprise-grade security and governance

Together, these capabilities unlock the full potential of enterprise data – enabling organizations to operationalize AI securely, efficiently and at scale.

The agentic age of AI has arrived. Is your data ready?

# Learn more

For more information, visit our website.

**Download the Dell AI Data Platform with NVIDIA solution brief.**

---

¹Based on internal testing of single-client multi-threaded iozone sequential READ performance of pNFS without client side driver versus standard NFSv3. March, 2026

About the Author: Travis Vigil

**YOU MAY ALSO LIKE**

AI SOLUTIONS

Impact Starts with Community at the Core

Sep 8, 2025  |  Carly Tatum

POWERSWITCH

Power Your AI Future: How Dell PowerSwitch Unlocks Next Generation AI Network Performance and Scale

Nov 17, 2025  |  Petri Virsunen

AI SOLUTIONS

Build your Digital Workforce with an Agentic AI Platform Designed for the Enterprise



Mar 17, 2026  |  Rajbir Panag

Travis Vigil is Senior Vice President leading Product Management for Dell's Infrastructure Solutions Group (ISG). He and his team lead Dell's Primary, Unstructured and Data Protection Storage product lines. He has nearly 25 years of Product Management and Business Operations experience with technology companies including Intel and Dell.

In previous roles at Dell, he served as Senior Vice Senior Vice President for Business Operations focused on Dell's Server, Storage and Networking Businesses.…

   

Topics in this article:

Agentic AI        AI Solutions        Launch

## YOU MAY ALSO LIKE



**EXASCALE STORAGE**

Scale Your AI Ambitions with Dell Storage and NVIDIA

Mar 16, 2026  |  David Noy



**AI SOLUTIONS**

Dell AI Data Platform Gets a Boost with NVIDIA and Elastic

Aug 11, 2025  |  Vrashank Jain



**AI SOLUTIONS**

Scale and Automate AI success with Dell and NVIDIA

Nov 17, 2025  |  Robert Hartman



**TELECOMMUNICATIONS**

Telecom's Future Success Starts with a Strategy

May 15, 2025  |  Leon Taiman



🌐 US/EN ⌄

Site Map

**Account**

My Account

Order Status

**Support**

Support Home

Contact Technical Support

**Connect with Us**

Community

Contact Us

Profile Settings

My Products

Make a Payment

Dell Rewards Balance

Returns

X (Twitter)

LinkedIn

Instagram

YouTube

**Our Offerings**

Artificial Intelligence

Products

Solutions

Services

Deals

**Our Company**

Who We Are

Careers

Dell Technologies Capital

Investors

Newsroom

Recycling

Corporate Impact

Customer Stories

**Our Partners**

Find a Partner

Find a Reseller

OEM Solutions

Partner Program

**Resources**

Blog

Dell Rewards

Events

Email Sign-Up

Specialty Product Collections

Privacy Center

Security & Trust Center

Trial Software Downloads

**Dell Technologies**    **Dell Premier for Business**    **Dell Financial Services**

Copyright © 2026 Dell Inc.    Terms of Sale    Privacy Statement    Do Not Sell or Share My Personal Information    Cookies, Ads & Emails    Legal & Regulatory    Accessibility

Anti-Slavery, Human Trafficking & Child Labor

**Marketing Campaign Claims/Legal Disclaimers**

1. Returns The 30-day return period is calculated from invoice date. Exceptions to Dell's standard return policy still apply, and certain products are not eligible for return at any time. See dell.com/returnpolicy.

2. Expedited Delivery: Expedited Delivery not available on certain TVs, monitors, batteries and adapters, and is available in Continental (except Alaska) U.S. only. Other exceptions apply. Not valid for resellers and/or online auctions. Offers subject to change, not combinable with all other offers.

3. Onsite Service After Remote Diagnosis and Other Important Information: *On-site Service or Advanced Exchange Service after remote diagnosis: (a) On-site Service after remote diagnosis is determined by the online or phone technician, and may involve customer access to the inside of the system and multiple extended sessions. If the issue is covered by the Limited Hardware Warranty and cannot be resolved remotely, the technician and/or replacement part will be dispatched, usually in 1 or 2 business days, following the completion of the remote diagnosis. The customer must return the original hardware to Dell according to the rules specified. On-site service is provided by Dell Marketing L.P; Availability varies. Other conditions apply. (b) Advanced Exchange Service replaces hardware after remote diagnosis. The customer must return the original hardware to Dell according to the rules specified. Advanced Exchange Service is subject to country availability. (c) For complete details about On-site Service or Advanced Exchange Service, see dell.com/servicecontracts[ ↑ ].

4. Accidental Damage-Additional Information: Accidental Damage Service excludes theft, loss, and damage due to fire, flood or other acts of nature, or intentional damage. Customer may be required to return damaged unit to Dell. Limit of 1 qualified incident per contract year. For more information, consumers visit Accidental Damage Service Contract (Consumer) or commercial customers visit Accidental Damage Service Contract (Commercial).

5. PowerScale optimizes your workloads with up to 186PB per cluster. - Based on Dell analysis, July 2023.
Feel the flexibility of PowerScale. 9.5x more PB per cluster than Pure FlashBlade//S.5 - Based on Dell analysis, July 2023.

6. PowerStore intelligently automates with 5x better data density. - Based on Dell internal analysis using publicly available specs in August 2023 comparing maximum effective capacity for PowerStore 1200 and FlashArray //X20. Assumes average 4:1 data reduction for Power vary.
PowerStore delivers 5x better data density than Pure FlashArray//X20. - Based on Dell internal analysis using publicly available specs in August 2023 comparing maximum effective capacity for PowerStore 1200 and FlashArray //X20. Assumes average 4:1 data reduction for Power vary.

7. World's broadest storage portfolio with comprehensive security features. - Based on Dell analysis of Primary, Unstructured, PBBA and HCI segments, April 2023.

8. Special Offer: Purchase any Pro Laptop and get Dell Pro 14 Plus Portable Monitor - P1425 for only $209.99. Qualifying Pro Laptops include Dell Pro, Dell Pro Plus, Dell Pro Premium, Dell Pro Essentials, Dell Pro Max, Dell Pro Max Plus, and Dell Pro Max Premium Laptops. Discount reflected in cart. Offer ends 5/4/2026 11:59 PM CST. Limited time Offer. Limit of 5 items per order. Offer subject to change. Discount Pricing not available when Dell Pro 14 Plus Portable Monitor - P1425 is purchased as a stand-alone product. Dell cannot be responsible for pricing or other errors and reserves the right to cancel orders arising from such errors.

10. An all-Dell IT environment is up to 22.4% cheaper with accessories versus a heterogeneous Dell and Apple environment. - Based on a Principled Technologies report commissioned by Dell Technologies, "Lower cost, more choice: The benefits of choosing all-Dell business laptops," June 2023. Actual results may vary. Full Report

11. Dell offers more business laptop and mobile workstation models and form factors, more monitor models and more options to customize device configuration than Apple. - Based on a Principled Technologies report commissioned by Dell Technologies, "Lower cost, more choice: The benefits of choosing all-Dell business laptops," June 2023. Actual results may vary. Full Report

12. The CES Innovation Awards are based upon descriptive materials submitted to the judges. CTA did not verify the accuracy of any submission or of any claims made and did not test the item to which the award was given.

13. Based on May 2024 Strategic Thermal Lab report commissioned by Dell Technologies using Cinebench 2024 Multi-Core, 10-minute-stress test - April 2024 comparing Internal Test Data with XPS 13, Snapdragon X Elite - X1E80100, Qualcomm Adreno graphics, 64GB memory, 2TB SSD vs. MacBook Air 13, M3 8-core CPU, 10-core GPU, 16GB memory, 512GB SSD.

14. Dell has the industry's most comprehensive portfolio of multi-cloud-capable storage from a single vendor. Based on Dell analysis, February 2024.

15. The world's most comprehensive storage portfolio with robust security. Based on Dell analysis of Primary, Unstructured, PBBA, and HCI segments, February 2024.

16. For supported systems and requirements, please refer to our user guide (SupportAssist for Home PCs version for personal use) or administrator guide (SupportAssist for Business PCs version for PC fleet management) and click "supported PCs". Proactive and predictive capabilities depend upon your active service plan and Dell Technologies business rules. For ProSupport Suite for PCs capabilities, view our administrator guide and click "Connect and manage capabilities and Dell service plans". For Dell Care Suite, Premium Support Suite, or Alienware Care Suite for PCs capabilities, view the user guide and click "SupportAssist capabilities and Dell service plans".

17. Based on Dell analysis of cybersecurity software capabilities, flexibility-related features including functional, operational and hardware flexibility; and efficiency-related features including data reduction, storage capacity, data protection overhead, hardware, rack units, lifecycle management, and ENERGY STAR certified configuration, June 2024.

18. Based on Dell analysis of public information on data reduction guarantees, April 2024. See terms and conditions for details at: https://www.delltechnologies.com/asset/en-us/products/storage/legal-pricing/dr-guarantee-tc-powerscale.pdf. Actual data reduction rates will vary.

19. World's first ethernet-based NVIDIA DGX SuperPOD certified storage. Based on Dell analysis, March 2024.

△ **Xbox Game Pass:** Subscription continues automatically at regular monthly price unless cancelled. Subject to xbox.com/subscriptionterms. Terms and exclusions apply. Game catalog varies over time, by region, and by device. System requirements vary by game. All rights reserved. xbox.com/gamepass, ea.com/ea-play/terms.

*Dell Rewards:** $25 sign-up bonus Dell Rewards available 3/2/2026 through 4/17/2026. Valid for new Dell Rewards members only. Rewards up to 9% excludes taxes and shipping. Base reward value is 3% back. 9% back is available on all Alienware monitors for a limited time. Rewards expire on the 15th day of the fourth month following the month in which they were earned. The total amount of Rewards Points that can be earned each Dell fiscal quarter shall not exceed 200,000. (The Dell fiscal calendar begins in February.) Outlet purchases do not qualify for rewards. Expedited Delivery not available on certain monitors, batteries and adapters and is available in Continental (except Alaska) U.S. only. Other exceptions and restrictions apply. Not valid for resellers and/or online auctions. Offers and rewards subject to change without notice, not combinable with all other offers. See full program terms at https://www.dell.com/en-us/lp/dell-rewards

**Pricing:** The pricing available on this site is Dell's pricing for online purchases only. No discounts apply to Dell's online pricing other than the savings listed on this site. Any promotional savings listed on this site are referenced off the Estimated Value of the applicable product or service, unless otherwise stated. "Estimated Value" is Dell's estimate of product value based on industry data, including the prices at which third-party retailers have offered or valued the

same or comparable products, in its most recent survey of major online and/or off-line retailers. Third-party retailer data may not be based on actual sales. If you have contractual terms with Dell that refer to list pricing, please contact your Dell sales representative to obtain information about Dell's list pricing. "Best/Lowest Price of the Year" claims are based on calendar year-to-date price.

Savings up to an additional 5% with Dell Premier and getting Dell's best online price with Dell Premier excludes the following: limited quantity deals, limited time deals, client peripherals, Dell, Dell Premium, XPS, and Alienware.

**Dell Student Discount:** Offer valid until 1/31/25 at 7am CST. Discount is valid with select other offers, but not with other coupons. Offer does not apply to, and is not available with, systems or items purchased through refurbished items or spare parts. Purchase limit of 5 discounted items per order. Not valid for resellers and/or online auctions. Dell reserves the right to cancel orders arising from pricing or other errors. Exclusions include: all limited quantity deals order codes, clearance offers, all warranties, gift cards, and other select electronics and accessories.

**PayPal:** Subscription products are not eligible for Pay in 4.

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

[A] A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

[B] Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges.** Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

[C] Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges.** Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Case 7:26-cv-00148-DC     Document 1-16     Filed 04/16/26     Page 13 of 20

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

[A] A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

[B] Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges.** Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

[C] Account must not be in default. [↑]

[D] To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed

without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges.** Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges.** Valid for single transaction

only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[ [↑] ]

C Account must not be in default. [ [↑] ]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [ [↑] ]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [ [↑] ]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[ [↑] ]

C Account must not be in default. [ [↑] ]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [ ↑ ]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges.** Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA:

Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified

plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

**Trademarks:** Dell Technologies, Dell and other trademarks are trademarks of Dell Inc. or its subsidiaries. Microsoft and Windows are US registered of Microsoft Corporation. Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Intel Evo, Intel Optane, Iris, Itanium, MAX, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, Thunderbolt and the Thunderbolt logo are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries. AMD, and the AMD Arrow logo, and combinations thereof are trademarks of Advanced Micro Devices, Inc.. The NVIDIA logo, GeForce, GeForce RTX, GeForce RTX Super, GeForce GTX, GeForce GTX Super, GRID, SHIELD, Battery Boost, Reflex, DLSS, CUDA, FXAA, GameStream, G-SYNC, G-SYNC Ultimate, NVLINK, ShadowPlay, SLI, TXAA, PhysX, GeForce Experience, GeForce NOW, Maxwell, Pascal and Turing are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. USB Type-C® and USB-C® are registered trademarks of USB Implementers Forum. Snapdragon is a trademark or registered trademark of Qualcomm Incorporated. Other trademarks may be trademarks of their respective owners.

** Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available offers may be changed without notice and are subject to product availability, applicable law, credit approval, documentation provided by and acceptable to DFS and may be subject to minimum or maximum transaction size. Offers not available for personal, family or household use. Dell Technologies and the Dell Technologies logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities or resellers. CALIFORNIA: Loans made or arranged pursuant to California Finance Lenders Law license #6037884. **Dell Pay Pro:** Customer owns the equipment after a contract is entered into and customer makes equal monthly installments over the agreed term.

**Dell Pay Credit:**

A A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

^ A soft inquiry is used to check your eligibility which will not affect your credit score. [↑]

B Deferred Interest, Payment Required plan: Interest will be charged to your Account from the purchase date if the promotional plan balance is not paid in full within the promotional period. Minimum payments are required for each Credit Plan. **Minimum payments are NOT guaranteed to pay the promotional plan balance within the promotional period. You may have to pay more than the minimum payment to avoid accrued interest charges**. Valid for single transaction only. If the single transaction has multiple shipments, each shipment may result in a separate Credit Plan, subject to a separate minimum purchase requirement. Taxes and shipping are not included in the promotional plan minimum spend threshold. Refurbished and/or used purchases do not qualify for promotions. Qualifying purchases will automatically be placed on a promotional plan. If purchase qualifies for more than one plan, it will be placed on the qualified plan with the longest promotional period. As of January 2026, terms for new Accounts: Purchase APR of 35.99%. Minimum interest charge is $3 in any billing period in which interest is due. A fee of $2.99 per month may apply for each paper billing statement mailed to you. You can avoid this fee by enrolling in paperless statements. Existing Account holders: See your credit account agreement for Account terms.[↑]

C Account must not be in default. [↑]

D To join Dell Rewards, sign into your Dell Account (or create one) and select the box to join the Dell Rewards program. Your name and email is all you need to join. Offer will be received within 30 business days after Dell Pay Credit Account open date. This rewards program is provided by Dell and its terms may change at any time. For full Rewards Terms and Conditions, please see Dell.com/Rewards. [↑]

Credit Account offers are subject to credit approval.
Dell Pay Credit Accounts are issued by Comenity Capital Bank.
Dell Pay Credit is for personal use only.

Featured games are not bundled with Alienware products unless otherwise stated.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.