# EXHIBIT 20



**NVIDIA BlueField Platform**

Advanced infrastructure computing platform for powering the world's AI data centers.

Latest News

Introduction    News    Portfolio    Networking for AI    Resources    Benefits    Ecosystem    Shop Now

Introduction

# Transform the Data Center for AI With NVIDIA BlueField

The NVIDIA® BlueField® platform ignites unprecedented performance, efficiency, and innovation—powering AI factories, the new class of purpose-built data centers for AI. With its robust compute power and integrated software-defined hardware accelerators for networking, storage, and security, BlueField creates a secure and accelerated infrastructure for any workload in any environment, ushering in a new era of accelerated computing, power efficiency, and AI.

News

# BlueField In the News

### NVIDIA BlueField-4 STX Storage Platform Launches With Broad Industry Adoption

NVIDIA STX is a modular AI storage reference design co-developed with leading providers and built on NVIDIA accelerated compute, networking, and AI software. Learn how it powers NVIDIA BlueField-4-based STX context memory storage that supercharges agentic AI and AI data infrastructure.

Read the Press Release ›

### NVIDIA Brings AI-Powered Cybersecurity to World's Critical Infrastructure

Akamai, Forescout, Palo Alto Networks, Siemens, and Xage Security are integrating NVIDIA accelerated computing and AI to advance OT cybersecurity, embedding real-time, zero-trust protection directly into industrial infrastructure for safer, more resilient operations.

Read the Blog ›

### NVIDIA BlueField-4 Powers AI-Native Storage Infrastructure for the Next Frontier of AI

NVIDIA BlueField-4 powers the NVIDIA Inference Context Memory Storage Platform, a new class of AI-native data storage infrastructure designed to accelerate and scale gigascale agentic inference.

Read the Press Release ›

### NVIDIA Launches BlueField-4: The Processor Powering the Operating System of AI Factories

Discover how the NVIDIA BlueField-4 platform and DOCA™ microservices are powering gigascale AI factories with breakthrough networking, security, and data accelerations.

Read the Blog ›

Portfolio

NVIDIA

Networking    Platforms ⌄    Products ⌄    Software ⌄    Support ⌄    Buy    US    Sign In

NVIDIA    US    ☓    Sign In





### NVIDIA BlueField-4 DPU

The NVIDIA BlueField-4 is an 800Gb/s infrastructure platform for gigascale AI factories. Delivering six times the compute of its predecessor and featuring accelerations for networking, data storage, and cybersecurity, it unlocks new levels of performance, minimizes data-movement bottlenecks, improves power efficiency, and increases scale for AI infrastructure. Supported by a growing ecosystem of applications, BlueField-4 enables service providers and enterprises to deliver secure multi-tenant networking, rapid data access, real-time threat detection, and high-performance inference—powering robust, agile, and trusted AI data centers.

**Explore BlueField-4 DPUs** ›

### NVIDIA BlueField-3 DPU

The NVIDIA BlueField-3 DPU is a 400Gb/s infrastructure compute platform with line-rate processing of software-defined networking, storage, and cybersecurity. BlueField-3 combines powerful computing, high-speed networking, and extensive programmability to deliver software-defined, hardware-accelerated solutions for the most demanding workloads. From accelerated AI to hybrid cloud, high-performance computing to 5G wireless networks, BlueField-3 redefines the art of the possible.

**Explore BlueField-3 DPUs** ›

### NVIDIA BlueField-3 SuperNIC

The BlueField-3 SuperNIC™ is an advanced network NVIDIA BlueField-3 DPU accelerator, purpose-built for supercharging hyperscale AI workloads. Designed for network-intensive, massively parallel computing, the BlueField-3 SuperNIC provides up to 400Gb/s of remote direct-memory access (RDMA) over Converged Ethernet (RoCE) network connectivity between GPU servers, optimizing peak AI workload efficiency. Creating a new era of AI cloud computing, the BlueField-3 SuperNIC enables secure, multi-tenant data center environments with deterministic and isolated performance between jobs and tenants.

**Explore BlueField-3 SuperNICs** ›



## NVIDIA DOCA Microservices

Prebuilt, composable microservices run natively on NVIDIA BlueField to accelerate AI factories with networking, cybersecurity, data acceleration, and orchestration.

Learn More

Platform Technologies

# BlueField Platform for AI Networking



## NVIDIA Context Memory Storage Platform

NVIDIA CMX is an AI-native context tier for long-context, multi-turn, and agentic AI inference that is powered by NVIDIA BlueField-4 and NVIDIA Spectrum-X™ Ethernet, to extend GPU memory with a shared, pod-level context tier optimized for ephemeral KV cache.

Learn More ›



NVIDIA    Networking    Platforms ⌄    Products ⌄    Software ⌄    Support ⌄    Buy    ⊕US    Sign In

NVIDIA    ⊕US    ✕    Sign In

## Advancing the Enterprise AI Factory with NVIDIA BlueField

BlueField-powered cybersecurity and acceleration solutions are now part of the AI Factory Validated Design.

**Learn More ›**

Resources

# Discover More Ways to Transform Your Data Center



Cloud Networking    Network Infrastructure    Ecosystem    Developer    Cloud-Native Supercomputing

Featured

Featured

### Securely Deploy and Operate NVIDIA AI Clouds

Powered by NVIDIA BlueField-3 DPUs for NVIDIA AI systems.

**Read More ›**

See All ›

Benefits

# Explore the Benefits of NVIDIA BlueField









**High-Performance AI Networking**

**AI Runtime Security**

**Accelerated Storage for AI**

**Elastic AI Infrastructure**

BlueField delivers up to 800Gb/s connectivity with purpose-built accelerations for software-defined networking and distributed routing—freeing CPU cores while simplifying

BlueField enforces zero-trust security with real-time threat detection and runtime protection—delivering pervasive security across every node, from infrastructure to workloads and applications, extending

BlueField accelerates data storage for AI with NVMe-oF, GPUDirect® Storage, and support for block, file, and object—delivering elastic performance that makes networked storage behave like direct-

BlueField acts as an infrastructure controller with multi-service architecture and built-in service function chaining—enabling elastic, rapid provisioning with Kubernetes integration and extending

Technology Environments

# Featured BlueField Technology Environments



### BlueField-Enhanced Servers Supercharge AI and Industrial Workloads for Enterprises

NVIDIA RTX PRO™ Servers, built by global partners, combine NVIDIA Blackwell performance with BlueField acceleration—empowering enterprises to build AI factories and drive diverse workloads with breakthrough speed, scale, and energy savings.

Learn More ›



### Validated Designs for Enterprise AI Factories

Discover NVIDIA-validated AI factory designs that integrate BlueField networking acceleration—delivering high-performance, secure, and scalable infrastructure to streamline deployment and accelerate enterprise AI workloads with confidence.

Learn More ›



### AI Cybersecurity Powered by NVIDIA BlueField

Build accelerated, AI-driven defenses with NVIDIA BlueField—enhancing threat detection, strengthening zero-trust security, and protecting sensitive data with scalable, secure infrastructure for modern AI data centers.

Learn More ›



### NVIDIA and Industry Leaders Unveil Enterprise Infrastructure for AI

The NVIDIA AI Data Platform revolutionizes enterprise storage, empowering industry leaders to build distributed agentic systems with accelerated AI data processing, enabling businesses to unlock the full value of their data.

Learn More ›



### Transform HPC Data Centers With NVIDIA BlueField

Providing powerful computing, high-speed InfiniBand networking, and highly programmable engines, the NVIDIA BlueField networking platform ignites unprecedented innovation and performance for modern scientific computing applications.

Learn More ›



### Oracle Cloud Infrastructure Chooses NVIDIA BlueField Networking

Oracle Cloud Infrastructure (OCI) is advancing sustainability goals by using BlueField DPUs to offload data center tasks from CPUs, achieving greater performance, efficiency, and security.

Learn More ›

Ecosystem

# Meet the Solutions Ecosystem

Systems    Cloud    Infrastructure    Cybersecurity    Storage    Services

Case 7:26-cv-00148-DC    Document 1-20    Filed 04/16/26    Page 6 of 6

 Networking    Platforms ⌄    Products ⌄    Software ⌄    Support ⌄    Buy    US    Sign In

  US    Sign In

                wiwynn

## Platforms

BlueField DPU

Spectrum-X Ethernet

Quantum-X800 InfiniBand

Quantum-2 InfiniBand

DOCA

## Products

Ethernet Product

InfiniBand Product

Networking Software

## Resources

How to Buy

Support

Networking Blogs

Documentation

Networking Community

NVIDIA Academy

NVIDIA Deep Learning Institute

Ethernet Drivers

InfiniBand Drivers

## Company Info

About Us

Company Overview

Investors

Venture Capital (NVentures)

NVIDIA Foundation

Research

Social Responsibility

Technologies

Careers

Follow NVIDIA Networking   f   in   𝕏



Privacy Policy    Your Privacy Choices    Terms of Service    Accessibility    Corporate Policies    Product Security    Contact

Copyright © 2026 NVIDIA Corporation