# EXHIBIT 23

NVIDIA. Docs Hub    Topics

NVIDIA Developer    Blog    Forums    Sign In

# NVIDIA BlueField DPU BSP v4.2.0

Search NVIDIA BlueField DPU BSP v4.2.0

## Topics

Functional Diagram

Modes of Operation

Kernel Representors Model

Multi-Host

Virtual Switch on DPU

Configuring Uplink MTU

Link Aggregation

Scalable Functions

RDMA Stack Support on Host and Arm System

Controlling Host PF and VF Parameters

DPDK on BlueField DPU

BlueField SNAP on DPU

RegEx Acceleration

Compression Acceleration

Public Key Acceleration

NVIDIA Docs Hub Homepage › NVIDIA Networking › BlueField DPUs / SuperNICs & DOCA › NVIDIA BlueField DPU BSP v4.2.0 › Functional Diagram

## Functional Diagram

Is this page helpful?

The following is a functional diagram of the NVIDIA® BlueField®-2 DPU.



For each BlueField DPU network port, there are 2 physical PCIe networking functions exposed:

- To the embedded Arm subsystem
- To the host over PCIe

> ⓘ **Warning**
>
> Different functions have different default grace period values during which functions can recover from/handle a single fatal error:
>
> - ECPFs have a graceful period of 3 minutes
>
> - PFs have a graceful period of 1 minute
>
> - VFs/SFs have a graceful period of 30 seconds

The mlx5 drivers and their corresponding software stacks must be loaded on both hosts (Arm and the host server). The OS running on each one of the hosts would probe the drivers. BlueField-2 network interfaces are compatible with NVIDIA® ConnectX®-6 and higher. BlueField-3 network interfaces are compatible with ConnectX-7 and higher.

The same network drivers are used both for BlueField and the ConnectX NIC family.

© Copyright 2023, NVIDIA. Last updated on Oct 3, 2023

**Corporate Info**

**NVIDIA Developer**

**Resources**

NVIDIA.com Home

Developer Home

Contact Us

About NVIDIA          Blog          Developer Program

Privacy Policy | Your Privacy Choices | Terms of Service | Accessibility | Corporate Policies | Product Security | Contact

Copyright © 2026 NVIDIA Corporation

▲