# EXHIBIT 24



# NVIDIA DATA PROCESSING UNIT (DPU) ARCHITECTURE

Idan Burstein, DPU Principal Architect

# DATA CENTER IS THE NEW UNIT OF COMPUTING













Monolithic

Software-Defined
Datacenter

Disaggregated,
Micro-Services, Scaled Out

GPU-Accelerated
Computer

DPU-Accelerated
Data Center Infrastructure

EVOLUTION OF THE DATA CENTER

# INTRODUCING THE DATA PROCESSING UNIT
## Software Defined Data Center Infrastructure-on-a-Chip



# NAIVELY MOVING WORKLOADS TO NIC CPUS DOESN'T WORK

Traditional Server −30 Total Cores



Server with Non-Accelerated DPU Offload −36 Total Cores



Shift CPU Workload to DPU Cores

18 DPU Cores Replace 12 Server CPU Cores —
No Gain in Performance or Efficiency
Not compatible for higher bandwidth without requiring
significant system modification

# DPU MUST INCLUDE HARDWARE ACCELERATION

### Today's Environment



### Offload, Accelerate, Isolate



Arm Cores Run Control Plane or Security Workloads Requiring Domain Isolation

DPU Accelerators and 8 Arm Cores Replace 20 to 120 CPU Cores —HUGE Efficiency Gain

NVIDIA CONFIDENTIAL. DO NOT DISTRIBUTE.

# NVIDIA DPU ROADMAP

## Exponential Growth in Data Center Infrastructure Processing



**BlueField-4**
64B Transistors
160 SPECint*
1000 TOPS
800 Gbps

**BlueField-3**
22B Transistors
42 SPECint*
1.5 TOPS
400 Gbps

**BlueField-2**
7B Transistors
9 SPECint*
0.7 TOPS
200 Gbps

100X

10X

1X

DOCA — ONE DEVELOPMENT ARCHITECTURE

2020          2022          2024

*SPECint2k17-rate*

NVIDIA.

# NVIDIA BLUEFIELD-3 DPU
## First 400Gb/s Data Processing Unit

22 Billion Transistors

400Gb/s Ethernet & InfiniBand Connectivity (1-4 Ports)

PCIe Switch Gen 3/4/5 x32+x4

400Gb/s Crypto / Security Acceleration

330M PPS, 80M PPS at scale of millions of flows

18M IOP/s Elastic Block Storage

300 Equivalent x86 Cores

42 ARM SPECINT2k17

128b DDR5-5600



# NVIDIA DOCA

## Enabling Broad BlueField Partner Ecosystem

Software Development Framework for BlueField DPUs

Offload, Accelerate, and Isolate Infrastructure Processing

Support for Hyperscale, Enterprise, Supercomputing and Hyperconverged Infrastructure

Software Compatibility for Generations of BlueField DPUs

DOCA is for DPUs what CUDA is for GPUs





# BLUEFIELD-3 PROGRAMMABLE ENGINES

**ARM**

16 Arm A78 cores

Fully programmable OS

Apps/services, service chaining

Control Path / Slow Path

Memory to Memory Accelerators

**Datapath Accelerator**

16 cores, 256 threads

Programmability through DOCA

Heavy multi-threading application acceleration

**ASAP²**

Programmable packet processor flow pipeline

Flow table based

Data Path



Infrastructure Applications
Containers

DOCA Framework
Open APIs and Services

NVIDIA BlueField DPU
BlueField Operating System

NVIDIA BlueField-3/3X DPU

9

# NVIDIA DPU SYSTEM ARCHITECTURE

**Server Class CPU subsystem**

Data center operating system control plane

Isolated memory subsystem optimized for networking

**NIC subsystem**

Isolated boot domain, real time OS

Accelerating data path at line rate

**PCIe subsystem**

Flexible EP/DP assignment, PCIe switching, NTB, p2p communication, optimized for IO

**Data acceleration**

Accelerating ARM workload



DPA – Data Path Accelerator  |  RDMA – Remote Direct Memory Access |  ASAP$^2$ – Accelerated Switching and Packet Processing

# DPU ACCELERATED SWITCHING AND PACKET PROCESSING

## Programmable Data Path | Software-Defined Orchestration



| Accelerated | Software Defined |
|---|---|
| ✓ Virtio-Net/ Other Emulation | ✓ eSwitch management |
| ✓ QoS & scheduling | ✓ Connection Establishment |
| ✓ Telemetry and statistics | ✓ Key Association |
| ✓ Micro Segmentation | ✓ Monitoring & Stats |
| ✓ Encryption (Ipsec / MACsec) | ✓ IDS/ IPS/ WAF |
| ✓ Tunneling (VXLAN / GRE) | |
| ✓ NAT | |
| ✓ Routing | |
| ✓ ACL | |



⬛ nVIDIA.

# 100G OVS-DPDK – VXLAN & CONNECTION TRACKING

## Faster Performance | Lower CAPEX

**~60X**

**~20X**

**~120** Fewer Cores

**Throughput**
114B, 64 connections

70
60 — 63.08
50
40
30
20
10
1
0
X86 & Commodity NIC    BlueField-2

Mpps

**Throughput**
114B, 250K connections

25
20 — 23.1
15
10
5
1
0
X86 & Commodity NIC    BlueField-2

Mpps

**Server Cores Utilization**

140
120 — 120
100
80
60
40
20
0
X86 & Commodity NIC    BlueField-2

Mpps

DPU Perf is Equivalent to 120 additional CPU cores

BlueField-2 P-series DPU, 100GbE Single Port Card  |  AMD EPYC 7742 64-Core Processor

12



# DPU ACCELERATED STORAGE PROCESSING

## Programable Data Path | Software Defined Orchestration



| Accelerated |
|---|
| ✓  NVMe / Virtio-Block Emulation |
| ✓  Data Reduction, Erasure Coding |
| ✓  Data at Rest Crypto & Integrity |
| ✓  RDMA – RoCE / InfiniBand, TCP |
| ✓  Data-in-Flight Encryption |

| Software Defined |
|---|
| ✓  LVM / RAID control plane |
| ✓  Key Association |
| ✓  QoS Monitoring & Stats |
| ✓  Namespace/controller management |



13

# STORAGE NVME-OF PERFORMANCE

## Latency Determinism | IOPs Efficiency





# DPU ENABLES CLOUD-NATIVE SUPERCOMPUTING

## Multi-Tenancy with Zero-Trust Security

Collective offload with UCC accelerator

Smart MPI progression

User-defined algorithms

1.4X higher application performance



# IMPROVING NON-BLOCKING MPI PERFORMANCE

## 44% Faster for MPI iAlltoall, 36% Faster for MPI iAllgather





*Source: Courtesy of Ohio State University MVAPICH Team and X-ScaleSolutions*

16

# DPU ISOLATES GEFORCE NOW CLOUD GAMING

## Isolated and Secured Infrastructure | More Concurrent Users



17

# DPU ENABLES FULLY INLINE 5G NETWORK PROCESSING

## Offload, Isolate, Accelerate 5G Infra

Accelerate 5G or AI – Fully fungible – Fully programmable

Support for CUDA, DOCA – Toolchains, SDKs, Libraries

Secure, Isolated, Accelerated data processing

Domain specific acceleration for 5G, AI, Network Security

Fully optimized data path

### Traditional AI-on-5G Platforms

Heterogeneous, Mixed Programming Models



### DPU-GPU Accelerated 5G

Homogeneous, Common Programming



# SUMMARY

## NVIDIA DPU Enables the Data Center as the New Unit of Computing

▸ The CPU can no longer do it all

▸ Must offload & isolate server infrastructure tasks to a DPU

▸ Effective DPU must offer hardware acceleration and security isolation

▸ To enable such effective DPU, need to develop broad software eco-system to utilize hardware acceleration across variety of disciplines (e.g. HPC, AI/ML, Storage, Networking, Security) - DOCA

▸ BlueField-3 includes new data path accelerator, supports 400 Gb/s with offloads

▸ NVIDIA DPU architecture & DOCA is a computing platform with rich stack  optimized ideal for AI, bare metal cloud, cloud supercomputing, gaming, 5G wireless, and more