# EXHIBIT 25

**NVIDIA BlueField DPU BSP v4.2.0**

Search NVIDIA BlueField DPU BSP v4.2.0 🔍

## Multi-Host

Is this page helpful?

> ⓘ **Warning**
>
> This is only applicable to DPUs running on multi-host model.

In multi-host mode, each host interface can be divided into up to 4 independent PCIe interfaces. All interfaces would share the same physical port, and are managed by the same multi-physical function switch (MPFS). Each host would have its own e-switch and would control its own traffic.



### Representors

Similar to **Kernel Representors Model**, each host here has an uplink representor, PF representor, and VF representors (if SR-IOV is enabled). There are 8 sets of representors (uplink/PF; see example code). For each host to work with OVS offload, the corresponding representors must be added to the OVS bridge.

⌄ **Collapse Source**

```
139: p0: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq master ovs-system state UP grou
    link/ether 0c:42:a1:70:1d:b2 brd ff:ff:ff:ff:ff:ff
140: p1: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen 100
    link/ether 0c:42:a1:70:1d:b3 brd ff:ff:ff:ff:ff:ff
141: p2: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq master ovs-system state UP grou
    link/ether 0c:42:a1:70:1d:b4 brd ff:ff:ff:ff:ff:ff
142: p3: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen 100
    link/ether 0c:42:a1:70:1d:b5 brd ff:ff:ff:ff:ff:ff
143: p4: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen 100
    link/ether 0c:42:a1:70:1d:b6 brd ff:ff:ff:ff:ff:ff
144: p5: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen 100
    link/ether 0c:42:a1:70:1d:b7 brd ff:ff:ff:ff:ff:ff
145: p6: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen 100
    link/ether 0c:42:a1:70:1d:b8 brd ff:ff:ff:ff:ff:ff
146: p7: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen 100
    link/ether 0c:42:a1:70:1d:b9 brd ff:ff:ff:ff:ff:ff
147: pf0hpf: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq master ovs-system state UP
    link/ether 86:c5:8a:b7:7c:84 brd ff:ff:ff:ff:ff:ff
148: pf1hpf: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen
    link/ether 6e:ea:1b:84:88:49 brd ff:ff:ff:ff:ff:ff
149: pf2hpf: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen
    link/ether 92:ec:99:cb:d7:23 brd ff:ff:ff:ff:ff:ff
150: pf3hpf: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen
    link/ether 0e:0d:8e:03:2e:27 brd ff:ff:ff:ff:ff:ff
151: pf4hpf: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen
    link/ether 5e:42:af:05:67:93 brd ff:ff:ff:ff:ff:ff
152: pf5hpf: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen
    link/ether 96:e4:69:4c:b7:7f brd ff:ff:ff:ff:ff:ff
153: pf6hpf: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen
    link/ether 5e:67:33:c0:35:05 brd ff:ff:ff:ff:ff:ff
154: pf7hpf: <BROADCAST,MULTICAST,UP,LOWER_UP> mtu 1500 qdisc mq state UP group default qlen
    link/ether 12:29:7d:56:07:3e brd ff:ff:ff:ff:ff:ff
```

The following is an example of adding all representors to OVS:

Expand

```
        Port pf5hpf
            Interface pf5hpf
        Port armBr-5
            Interface armBr-5
                type: internal
```



```
                   Bridge armBr-7
                     Port pf7hpf
                         Interface pf7hpf
                     Port armBr-7
                         Interface armBr-7
                             type: internal
                     Port p7
                         Interface p7
                   Bridge armBr-0
                     Port p0
                         Interface p0
                     Port armBr-0
                         Interface armBr-0
                             type: internal
                     Port pf0hpf
                         Interface pf0hpf
                   Bridge armBr-4
                     Port p4
                         Interface p4
                     Port pf4hpf
                         Interface pf4hpf
                     Port armBr-4
                         Interface armBr-4
                             type: internal
                   Bridge armBr-1
                     Port armBr-1
                         Interface armBr-1
                             type: internal
                     Port p1
                         Interface p1
                     Port pf1hpf
                         Interface pf1hpf
                   Bridge armBr-6
                     Port armBr-6
                         Interface armBr-6
                             type: internal
                     Port p6
                         Interface p6
                     Port pf6hpf
                         Interface pf6hpf
```

For now, users can get the representor-to-host PF mapping by comparing the MAC address queried from host control on the Arm-side and PF MAC on the host-side. In the following example, the user knows p0 is the uplink representor for p6p1 as the MAC address is the same.

From Arm:

```
# cat /sys/class/net/p0/smart_nic/pf/config
MAC       : 0c:42:a1:70:1d:9a
MaxTxRate : 0
State     : Up
```

From host:

```
# ip addr show p6p1
3: p6p1: <BROADCAST,MULTICAST          IP group default qlen 100
    link/ether 0c:42:a1:70:1
```

The implicit mapping is as follows:

- PF0, PF1 = host controller 1
- PF2, PF3 = host controller 2

**Topics**

NVIDIA Docs Hub Homepage  >  NVIDIA N
v4.2.0  >  Multi-Host

© Copyright 2023, NVIDIA. Last updated

AR / VR

Cybersecurity

Edge Computing

Recommenders / Personalization

Computer Vision / Video Analytics

Data Center / Cloud

Generative AI / LLMs

Robotics

Content Creation / Rendering

Data Science

Networking

Simulation / Modeling / Design

Conversational AI

> NVIDIA BlueField DPU BSP

NVIDIA Developer

Blog

Forums

Sign In

**Corporate Info**    **NVIDIA Developer**    **Resources**

NVIDIA.com Home    Developer Home    Contact Us

About NVIDIA    Blog    Developer Program

Privacy Policy | Your Privacy Choices | Terms of Service | Accessibility | Corporate Policies | Product Security | Contact

Copyright © 2026 NVIDIA Corporation



NVIDIA BlueField DPU BSP v4.2.0

Release Notes    +

BlueField Software Overview

Software Installation and Upgrade    +

Initial Configuration    +

Management    +

DPU Operation    −

    Functional Diagram

    Modes of Operation

    Kernel Representors Model

    Multi-Host

    Virtual Switch on DPU

    Configuring Uplink MTU

    Link Aggregation

    Scalable Functions

    RDMA Stack Support on Host and Arm System

    Controlling Host PF and VF Parameters

    DPDK on BlueField DPU

    BlueField SNAP on DPU

    RegEx Acceleration

    Compression Acceleration

    Public Key Acceleration