# EXHIBIT 26



# DOCA Documentation v3.3.0

**On This Page**

Introduction
Applications
    doca_dpu_gpu_remote_offload_server
    doca_dpu_gpu_remote_offload_orchestrator
    doca_dpu_gpu_remote_offload_client
Architecture
    doca_dpu_gpu_remote_offload_server
        Control Phase
        TCP Server Phase
    doca_dpu_gpu_remote_offload_orchestrator
        Control Phase
        GPU Processing Phase
    doca_dpu_gpu_remote_offload_client
DOCA Libraries
    Server
    Orchestrator
    Client
Compiling the Applications
    Compiling All Applications
    Compiling Only DPU GPU Remote Offload Applications
Running the Applications
    Server
        Application Usage Instructions
        CLI Example of the Application
        Command Line Flags
    Orchestrator
        Application Usage Instructions
        CLI Example of the Application
        Command Line Flags
    Client
        Application Usage Instructions
        CLI Example of the Application
        Command Line Flags

## DOCA DPU GPU Remote Offload Application Guide

Is this page helpful?

### Introduction

The DOCA DPU GPU Remote Offload applications serve as a reference implementation, demonstrating how to develop a GPU offload application using **DOCA Comch** and **DOCA GPUNetIO** on the NVIDIA BlueField platform with NVIDIA GPUs.

These applications are simplified for clarity. A real-world solution would require more complexity tailored to a specific use case.

The general architecture involves:

- A server application running on the DPU.
- An orchestrator application running on the host CPU, which launches a CUDA Kernel.

The server receives TCP requests from remote clients and forwards them to the GPU via DOCA Comch. The GPU processes the message (in this reference, by reversing the byte order) and returns a response to the server. The server then forwards this response to the remote clients over TCP.

## Applications

DOCA DPU GPU Remote Offload consists of three separate applications that work together to offload work from a DPU to a host-side GPU.



### doca_dpu_gpu_remote_offload_server

This application runs on the BlueField DPU and acts as both a DOCA Comch server and a TCP server.

- DOCA Comch: Used to communicate with the Orchestrator and GPU.
- TCP: Used to communicate with remote clients for requests and responses

### doca_dpu_gpu_remote_offload_orchestrator

This application configures and launches the CUDA Kernel for processing. It connects to the server via DOCA Comch, exchanges configuration information, and then launches the kernel . The Orchestrator application continues to run, monitoring the Comch connection and CUDA Kernel, and handles clean shutdown.

### doca_dpu_gpu_remote_offload_client

This application sends requests to and receives responses from the server. It validates the responses and displays throughput figures.

## Architecture

### doca_dpu_gpu_remote_offload_server

The server application executes in two main phases: a Control Phase and a TCP Server Phase.

#### Control Phase

This phase begins when the application is launched. It configures the DOCA Comch server, waits for the orchestrator application to connect, and spawns threads to handle incoming messages. Once producers and consumers are connected, it creates a TCP listening socket.

A typical flow is:

1. Open the required DOCA device.

2. Create the DOCA Comch Server.

3. Wait for the Orchestrator application to connect.

4. Prepare the appropriate number of Socket threads. Each thread will:
   - Create DOCA Comch Producers and Consumers.
   - Wait for Producers and Consumers to be connected.
   - Create and pool `doca_comch_producer_send_tasks`.
   - Create and submit `doca_comch_consumer_post_recv_tasks`.

5. Create a TCP socket to listen for connections.

6. Start the TCP Server phase.

#### TCP Server Phase

In this phase, the application listens on the configured TCP port for incoming connections. When a client connects, its thread forwards messages to the GPU via DOCA Comch. It continues sending until the socket

has no more data or the `send_task` pool is empty. It then waits for a response from the GPU, which is forwarded back to the remote client.

A typical per-thread flow loop is:

1. Poll the DOCA PE
   - If a `doca_comch_producer_send_task` completion is received, add the task back to the task pool.
   - If a `doca_comch_consumer_post_recv_task` completion is received:
     - Extract the response data.
     - Write the response to the TCP socket.
2. Poll TCP socket
   - If data can be read from the socket:
     - Read data from the socket.
     - Get the next available `doca_comch_consumer_post_recv` task (this should be `doca_comch_producer_send_task` based on context).
     - Copy message contents into the send task's data buffer.
     - Submit the send task.

In this phase, the application also listens for DOCA Comch control messages from the orchestrator or a CTRL-C signal to ensure a clean shutdown.

## doca_dpu_gpu_remote_offload_orchestrator

This application executes in two phases: a Control Phase and a GPU Processing Phase.

### Control Phase

This phase configures the DOCA Comch client and connects to the server. It creates producers and consumers, allocates GPU memory, waits for connections, and then launches the CUDA Kernel.

1. Open the required DOCA device.
2. Open the required GPU device.
3. Create the DOCA Comch client.
4. Connect to the DOCA Comch server.
5. Allocate the appropriate GPU memory.
6. Prepare the appropriate number of Producers and Consumers.
7. Launch the CUDA Kernel.

### GPU Processing Phase

Once the CUDA Kernel is launched, the CPU portion of the application remains running. It monitors the kernel's execution and listens for DOCA Comch control shutdown messages (from the server or a user CTRL-C signal). If a shutdown is detected, it stops the kernel and cleans up memory.

The GPU processing portion initially submits multiple `post_recv` buffers. It then enters a loop, polling for messages. When a message is received, it processes it (reverses the bytes), sends the response back to the server, and resubmits the buffer. This continues until a fatal error or a global stop flag is set by the CPU.

A typical CUDA thread loop is:

1. Poll for `post_recv` messages
   - If a message is received:
     - Extract the data.
     - Verify the message is a client request.
     - Reverse the order of the bytes in the data.
     - Record the buffer in the `inflight_messages` array.
     - Submit the response to the server using `doca_dev_gpu_comch_producer_send`.
2. Poll for producer send message completions
   - If a send completion is indicated:
     - Use `user_msg_id` to determine which buffer was sent.
     - Submit this buffer to receive a new message with `doca_dev_gpu_comch_consumer_post_recv`.

## doca_dpu_gpu_remote_offload_client

This application is simpler than the other two in the use case. Its purpose is to initiate TCP connections to the `doca_dpu_gpu_remote_offload_server`, using one connection per thread.

Each thread sends a specified number of request messages while recording throughput. Upon receiving a response, the client validates its content against the expected response; if they do not match, the application exits with an error.

If all requests are sent and successfully validated, the application outputs final statistics for the run, including:

- Run length
- Operation count
- Transmit and receive data rates
- IO rate

## DOCA Libraries

### Server

The `doca_dpu_gpu_remote_offload_server` application leverages the following DOCA libraries:

- **DOCA Comch**

### Orchestrator

The `doca_dpu_gpu_remote_offload_server` application leverages the following DOCA libraries:

- **DOCA Comch**
- **DOCA GPUNetIO**

### Client

The `doca_dpu_gpu_remote_offload_client` application does not leverage any DOCA libraries, however it does utilize **DOCA Arg Parser**.



### Compiling the

> ⓘ **Warning**
>
> The `doca_dp...` ...tion requires CUDA version 13. Compilation
> will fail if an ol...

The `doca_dpu_gpu_...` compile on the DPU, and the
`doca_dpu_gpu_remo...` on x86 hosts. The
`doca_dpu_gpu_remo...` all architectures.

### Compiling Al

Topics

- AR / VR
- Cybersecurity
- Edge Computing
- Recommenders / Personalization
- Computer Vision / Video Analytics
- Data Center / Cloud
- Generative AI / LLMs
- Robotics
- Content Creation / Rendering
- Data Science
- Networking
- Simulation / Modeling / Design
- Conversational AI

> ⓘ **Info**
>
> The applicatio... ...ote_offload/ .

### Compiling O

### Applications

To directly build onl...

```
cd /opt/mellanox/doca/applications/
meson /tmp/build -Denable_all_applications=false -Denable_dpu_gpu_remote_offload=true
ninja -C /tmp/build
```

Alternatively, you can edit `/opt/mellanox/doca/applications/meson_options.txt` :

1. Set `enable_all_applications` to `false`.
2. Set `enable_dpu_gpu_remote_offload` to `true`.

NVIDIA Developer

Blog

Forums

Sign In

3. Run the compilation commands:

```
cd /opt/mellanox/doca/applications/
meson /tmp/build
ninja -C /tmp/build
```

> ⓘ **Info**
>
> The applications are created under `/tmp/build/dpu_gpu_remote_offload/`.

## Running the Applications

The DOCA DPU GPU Remote Offload applications are provided in source form and must be compiled before execution.

## Server

> ✓ **Note**
>
> The server application must run on the NVIDIA BlueField DPU and must be started before the orchestrator or client.

## Application Usage Instructions

```
Usage: doca_dpu_gpu_remote_offload_server [DOCA Flags] [Program Flags]

DOCA Flags:
  -h, --help                    Print a help synopsis
  -v, --version                 Print program version information
  -l, --log-level               Set the (numeric) log level for the program <10=DISABLE,
  --sdk-log-level               Set the SDK (numeric) log level for the program <10=DISA
  --log-filter                  Filter logs from specific modules, separated by comma
  -j, --json <path>             Parse command line flags from an input json file

Program Flags:
```

DOCA Documentation v3.3.0

DOCA Framework

DOCA SDK                                                                    ＋

Quick Start for BlueField Developers                                        ＋

Installation and Setup                                                      ＋

DOCA Programming Guide                                                      ＋

DOCA Reference Applications                                                 －

DOCA App Shield Agent Application Guide

DOCA Bifurcated Driver Model Reference Application

DOCA DMA Copy Application Guide

DOCA DPA All-to-all Application Guide

DOCA East-West Overlay Encryption Application

DOCA Eth L2 Forwarding Application Guide

DOCA File Compression Application Guide

DOCA File Integrity Application Guide

DOCA GPU Packet Processing Application Guide

NVIDIA DOCA IP Fragmentation Application Guide

DOCA IPsec Security Gateway Application Guide

DOCA NVMe Emulation Application Guide

DOCA PCC Application Guide

DOCA PSP Gateway Application Guide

DOCA Secure Channel Application Guide

DOCA Simple Forward VNF Application Guide

DOCA SNAP Virtio-fs Application Guide

⌄ DOCA Storage Applications

DOCA Stream Receive Performance Application Guide

DOCA Switch Application Guide

DOCA Accelerated UPF Reference Application Guide

DOCA UROM RDMO Application Guide

DOCA YARA Inspection Application Guide

DOCA Pipeline Language Runtime Controller Gateway SHM Application Guide

DOCA DPU GPU Remote Offload Application Guide

DOCA Time Sync Application Guide

DOCA Tools                                        +

DOCA Services                                     +

API References

DOCA Troubleshooting                              +

Miscellaneous (Runtime)                           +

Archives

**Program Flags**

Expand

| Short Flag | Long Flag | Description |
| --- | --- | --- |
| d | `device-id` | Comm Channel DOCA device PCIe address. ✓ **Note** This is a mandatory flag |
| r | `representor-id` | Comm Channel DOCA device representor PCIe address. ✓ **Note** This is a mandatory flag |
| c | `comm-channel-name` | A custom name for the DOCA Comch connection, this must be the same on both server and orchestrator. |
| c | `server-listen-port` | The TCP port the server will use to listen for client connections. |
| N/A | `cpu` | CPU to use when executing data path operations, this option can be repeated to use multiple CPU cores in execution. ✓ **Note** This is a mandatory flag |

| Short Flag | Long Flag | Description |
|---|---|---|
| N/A | `max-concurrent-messages` | The maximum number of concurrent messages that can |

## Orchestrator

> ✓ **Note**
>
> The orchestrator application runs on the host CPU and must be started after the server application.

### Application Usage Instructions

```
Usage: doca_dpu_gpu_remote_offload_orchestrator [DOCA Flags] [Program Flags]

DOCA Flags:
  -h, --help                      Print a help synopsis
  -v, --version                   Print program version information
  -l, --log-level                 Set the (numeric) log level for the program <10=DISABLE,
  --sdk-log-level                 Set the SDK (numeric) log level for the program <10=DISA
  --log-filter                    Filter logs from specific modules, separated by comma
  -j, --json <path>               Parse command line flags from an input json file

Program Flags:
  -d, --device-id <DEV ID>        Device ID (mandatory).
  -g, --gpu-pci-addr <PCI ADDRESS>  GPU PCIe Address (mandatory).
  -c, --comch-channel-name <DEV ID> Comch channel name (optional).
  -t, --num-gpu-threads <NUM>     Number of GPU threads to use when executing data path op
  --max-concurrent-messages <NUM_MESSAGES> Set the maximum number of concurrent messages tha
  --max-message-length <LENGTH>   Set the maximum length of a message that can be processe
```

### CLI Example of the Application

```
./doca_dpu_gpu_remote_offload_orchestrator --device-id d8:00.0 --gpu-pci-addr b5:00.0 \
    --max-concurrent-messages 128 --num-gpu-threads 2
```

> ✓ **Note**
>
> The device PCIe address ( `d8:00.0` ) and GPU PCIe address ( `b5:00.0` ) must match your devices.

> ✓ **Note**
>
> The number of GPU threads should be the same as the total number of CPU cores provided to the server.

### Command Line Flags

#### General Flags

| Short Flag | Long Flag | Description |
|---|---|---|
| `h` | `help` | Print a help synopsis |
| `v` | `version` | Print program version information |
| `l` | `log-level` | Set the log level for the application:<br>• DISABLE=10<br>• CRITICAL=20<br>• ERROR=30<br>• WARNING=40<br>• INFO=50<br>• DEBUG=60 |

| Short Flag | Long Flag | Description |
|---|---|---|
| | | • TRACE=70 (requires compilation with `TRACE` log level support) |
| N/A | `sdk-log-level` | Set the log level for the program:<br>• DISABLE=10<br>• CRITICAL=20<br>• ERROR=30<br>• WARNING=40<br>• INFO=50<br>• DEBUG=60<br>• TRACE=70 |
| N/A | `log-filter` | Filter logs from specific modules, separated by comma |
| j | `json` | Parse command line flags from an input JSON file as well as from the CLI (if provided) |

> ⓘ **Info**
>
> Refer to **DOCA Arg Parser** for more information regarding the supported flags and execution modes.

**Program Flags**

| Short Flag | Long Flag | Description |
|---|---|---|
| d | `device-id` | Comm Channel DOCA device PCIe address.<br><br>✓ **Note**<br>This is a mandatory flag |
| g | `gpu-pci-addr` | The PCIe address of the GPU to process messages<br><br>✓ **Note**<br>This is a mandatory flag |
| c | `comm-channel-name` | A custom name for the DOCA Comch connection, this must be the same on both server and orchestrator. |
| t | `num-gpu-threads` | The number of GPU threads to use in processing messages. This number should be the same as the total number of CPU cores assigned to the server<br><br>✓ **Note**<br>This is a mandatory flag |
| N/A | `max-concurrent-messages` | The maximum number of concurrent messages that can be processed by each thread. |
| N/A | `max-message-length` | The maximum length or message, in bytes, that can be supported. |

## Client

> ✓ **Note**

The client must be started after the server and orchestrator have established their Comch connection.

### Application Usage Instructions

```
Usage: doca_dpu_gpu_remote_offload_client [DOCA Flags] [Program Flags]

DOCA Flags:
  -h, --help                        Print a help synopsis
  -v, --version                     Print program version information
  -l, --log-level                   Set the (numeric) log level for the program <10=DISABLE,
  --sdk-log-level                   Set the SDK (numeric) log level for the program <10=DISA
  --log-filter                      Filter logs from specific modules, separated by comma
  -j, --json <path>                 Parse command line flags from an input json file

Program Flags:
  -s, --server-ip-address <IP ADDR> Server IP address (mandatory).
  -p, --server-ip-port <IP PORT>    Server IP port (mandatory).
  -t, --thread-count <THREAD_COUNT> Thread count (mandatory).
  -i, --iteration-count <ITERATION_COUNT> Iteration count (mandatory).
  -m, --message-string <MESSAGE>    message string (mandatory).
  -e, --expected-response <EXPECTED RESPONSE> Expected response (mandatory).
  --max-concurrent-messages <NUM_MESSAGES> Set the maximum number of concurrent messages tha
```

### CLI Example of the Application

```
./doca_dpu_gpu_remote_offload_client -s 172.17.0.1 -p 12345 -t 1 -i 1 -m "ABCD" -e "DCBA"
```

ⓘ **Info**

The GPU message response will contain the bytes in the request in reverse order.

### Command Line Flags

#### General Flags

| Short Flag | Long Flag | Description |
|---|---|---|
| h | help | Print a help synopsis |
| v | version | Print program version information |
| l | log-level | Set the log level for the application:<br>• DISABLE=10<br>• CRITICAL=20<br>• ERROR=30<br>• WARNING=40<br>• INFO=50<br>• DEBUG=60<br>• TRACE=70 (requires compilation with TRACE log level support) |
| N/A | sdk-log-level | Set the log level for the program:<br>• DISABLE=10<br>• CRITICAL=20<br>• ERROR=30<br>• WARNING=40<br>• INFO=50<br>• DEBUG=60<br>• TRACE=70 |
| N/A | log-filter | Filter logs from specific modules, separated by comma |
| j | json | Parse command line flags from an input JSON file as well as from the CLI (if provided) |

> ⓘ **Info**
>
> Refer to **DOCA Arg Parser** for more information regarding the supported flags and execution modes.

**Program Flags**

Expand

| Short Flag | Long Flag | Description |
|---|---|---|
| s | `server-ip-address` | The IP address of the `doca_dpu_gpu_remote_offload_server`. <br><br> ✓ **Note** <br> This is a mandatory flag |
| p | `server-ip-port` | The TCP port assigned to the `doca_dpu_gpu_remote_offload_server`. <br><br> ✓ **Note** <br> This is a mandatory flag |
| t | `thread-count` | The number of threads to use in execution. Each thread will send `iteration-count` number of messages. <br><br> ✓ **Note** <br> This is a mandatory flag |
| i | `iteration-count` | The number requests to be sent from each execution thread. <br><br> ✓ **Note** <br> This is a mandatory flag |
| m | `message-string` | The message to be sent to the server |

© Copyright 2026, NVIDIA. Last updated on Mar 2, 2026



**Corporate Info**

NVIDIA.com Home

About NVIDIA

**NVIDIA Developer**

Developer Home

Blog

**Resources**

Contact Us

Developer Program

Privacy Policy | Your Privacy Choices | Terms of Service | Accessibility | Corporate Policies | Product Security | Contact

Copyright © 2026 NVIDIA Corporation