# EXHIBIT 27



**NVIDIA BlueField DPU BSP v4.2.0**

Data Center / Cloud

Generative AI / LLMs

Robotics

Content Creation / Rendering

Data Science

Networking

Simulation / Modeling / Design

Conversational AI

Forums

Search NVIDIA BlueField DPU BS

Sign In

Topics

v4.2.0 › Modes of Op

**On This Page**

DPU Mode
Zero-trust Mode
    Enabling Zero-trust Mode
    Disabling Zero-trust Mode
NIC Mode
    NIC Mode for BlueField-3
        Configuring NIC Mode on BlueField-3 from Linux
        Configuring NIC Mode on BlueField-3 from UEFI
        Updating ATF and UEFI in BlueField-3 NIC Mode
    NIC Mode for BlueField-2
        Enabling NIC Mode on BlueField-2
        Disabling NIC Mode on BlueField-2

# Modes of Operation

Is this page helpful?

The NVIDIA® BlueField® DPU has several modes of operation:

- **DPU mode**, or embedded function (ECPF) ownership, where the embedded Arm system controls the NIC resources and data path (**default**)
- **Zero-trust mode** which is an extension of the ECPF ownership with additional restrictions on the host side
- **NIC mode** where the DPU behaves exactly like an adapter card from the perspective of the external host

## DPU Mode

This mode, known also as embedded CPU function ownership (ECPF) mode, is the default mode for BlueField DPU.

In DPU mode, the NIC resources and functionality are owned and controlled by the embedded Arm subsystem. All network communication to the host flows through a virtual switch control plane hosted on the Arm cores, and only then proceeds to the host. While working in this mode, the DPU is the trusted function managed by the data center and host administrator—to load network drivers, reset an interface, bring an interface up and down, update the firmware, and change the mode of operation on the DPU device.

A network function is still exposed to the host, but it has limited privileges. In particular:

1. The driver on the host side can only be loaded after the driver on the DPU has loaded and completed NIC configuration.

2. All ICM (Interface Configuration Memory) is allocated by the ECPF and resides in the DPU's memory.

3. The ECPF controls and configures the NIC embedded switch which means that traffic to and from the host (DPU) interface always lands on the Arm side.



When the server and DPU are initiated, the networking to the host is blocked until the virtual switch on the DPU is loaded. Once it is loaded, traffic to the host is allowed by default.

There are two ways to pass traffic to the host interface: Either using representors to forward traffic to the host (every packet to/from the host would be handled also by the network interface on the embedded Arm

NVIDIA BlueField DPU BSP v4.2.0

Release Notes

BlueField Software Overview

Software Installation and Upgrade

Initial Configuration

Management

DPU Operation

    Functional Diagram

    Modes of Operation

    Kernel Representors Model

    Multi-Host

    Virtual Switch on DPU

    Configuring Uplink MTU

    Link Aggregation

    Scalable Functions

    RDMA Stack Support on Host and Arm System

    Controlling Host PF and VF Parameters

    DPDK on BlueField DPU

    BlueField SNAP on DPU

    RegEx Acceleration

    Compression Acceleration

    Public Key Acceleration

    IPsec Functionality

    QoS Configuration

    VirtIO-net Emulated Devices

    Deep Packet Inspection

    Shared RQ Mode

Windows Support

Troubleshooting and How-Tos

Document Revision History

Legal Notices and 3rd Party Licenses

## NIC Mode for BlueField-3

> ⚠ **Important**
>
> Update the BFB to version 4.2.0 before updating BlueField-3's firmware version to 32.38.1002. Otherwise, anomalous behavior will occur.

> ⓘ **Warning**

> When BlueField-3 is configured to operate in NIC mode, Arm OS will not boot.

NIC mode for BlueField-3 saves power, improves device performance, and improves the host memory footprint.

## Configuring NIC Mode on BlueField-3 from Linux

### Enabling NIC Mode from Linux

Before moving to NIC mode, make sure you are operating in DPU mode by running:

```
host/dpu> sudo mlxconfig -d /dev/mst/mt41692_pciconf0 -e q
```

The output should have INTERNAL_CPU_MODEL= EMBBEDDED_CPU(1) and EXP_ROM_UEFI_ARM_ENABLE = True (1) (default).

To enable NIC mode from DPU mode:

1. Run the following on the host or Arm:

```
host/dpu> sudo mlxconfig -d /dev/mst/mt41692_pciconf0 s INTERNAL_CPU_OFFLOAD_ENGINE=1
```

2. Power cycle the host.

### Disabling NIC Mode from Linux

To return to DPU mode from NIC mode:

1. Run the following on the host:

```
host> sudo mlxconfig -d /dev/mst/mt41692_pciconf0 s INTERNAL_CPU_OFFLOAD_ENGINE=0
```

2. Power cycle the host.

## Configuring NIC Mode on BlueField-3 from UEFI

1. Access the Arm UEFI menu by pressing the Esc button twice
2. Select "Device Manager".
3. Select "Network Device List".
4. Select the network device that presents the uplink (i.e., select the device with the uplink MAC address).
5. Select "NVIDIA Network adapter - $<uplink-mac>".
6. Select "BlueField Internal Cpu Configuration".
   - To enable NIC mode, set "Internal Cpu Offload Engine" to "Disabled".
   - To switch back to DPU mode, set "Internal Cpu Offload Engine" to "Enabled".

## Updating ATF and UEFI in BlueField-3 NIC Mode

Once in NIC mode, updating ATF and UFEI can be done using `preboot-instal.bfb` by running:

```
host> cat preboot-install.bfb > /dev/rshim0/boot
```

> ✓ **Note**
>
> To burn the full BFB containing the OS, users must return to DPU mode.

## NIC Mode for BlueField-2

In this mode, the ECPFs on the Arm side are not functional but the user is still able to access the Arm system and update `mlxconfig` options.

> ⓘ **Warning**
>
> When NIC mode is enabled, the drivers and services on the Arm are no longer functional.

### Enabling NIC Mode on BlueField-2

To enable NIC mode from DPU mode:

1. Run the following from the x86 host side:

```
$ mst start
$ mlxconfig -d /dev/mst/<device> s INTERNAL_CPU_MODEL=1 \
INTERNAL_CPU_PAGE_SUPPLIER=1 \
INTERNAL_CPU_ESWITCH_MANAGER=1 \
INTERNAL_CPU_IB_VPORT0=1 \
INTERNAL_CPU_OFFLOAD_ENGINE=1
```

> ⓘ **Warning**
>
> To restrict RShim PF (optional), make sure to configure INTERNAL_CPU_RSHIM=1 as part of the mlxconfig command.

2. Power cycle the host.

> ⓘ **Warning**
>
> Multi-host is not supported when the DPU is operating in NIC mode.

> ⓘ **Warning**
>
> To obtain firmware BINs for BlueField-2 devices, please refer to the **BlueField-2 firmware download page**.

### Disabling NIC Mode on BlueField-2

To change from NIC mode back to DPU mode:

1. Install and start the RShim driver on the host.

2. Disable NIC mode. Run:

```
$ mst start
$ mlxconfig -d /dev/mst/<device> s INTERNAL_CPU_MODEL=1 \
INTERNAL_CPU_PAGE_SUPPLIER=0 \
INTERNAL_CPU_ESWITCH_MANAGER=0 \
INTERNAL_CPU_IB_VPORT0=0 \
INTERNAL_CPU_OFFLOAD_ENGINE=0
```

> ⓘ **Warning**
>
> If INTERNAL_CPU_RSHIM=1, then make sure to configure INTERNAL_CPU_RSHIM=0 as part of the mlxconfig command.

3. Power cycle the host.

© Copyright 2023, NVIDIA. Last updated on Oct 3, 2023

| Corporate Info | NVIDIA Developer | Resources |
| --- | --- | --- |
| NVIDIA.com Home | Developer Home | Contact Us |
| About NVIDIA | Blog | Developer Program |

Privacy Policy | Your Privacy Choices | Terms of Service | Accessibility | Corporate Policies | Product Security | Contact

Copyright © 2026 NVIDIA Corporation