# EXHIBIT 28

 

![DELL Technologies (/)](/)

Home (/)   >   Servers (/En-Sg/T/Servers/)   >   PowerEdge And VMware (/En-Sg/T/Poweredge-And-Vmware-1/)   >   White Papers (/En-Sg/T/White-Papers-62/)   >
DPUs In The New VSphere 8.0 And 16th Generation Dell PowerEdge Servers (/En-Sg/T/Dpus-In-The-New-Vsphere-8-0-And-16th-Generation-Dell-Poweredge-Servers/)   >
Nvidia Bluefield DPU Architecture

DPUs in the new vSphere 8.0 and 16th Generation Dell PowerEdge Servers

Executive summary                                        +

VMware vSphere 8.0 Distributed
Services Engine and Data Processing
Units – DPU                                              +

AMD Pensando DPU                                         +

Nvidia Bluefield DPU                                     —

  Nvidia Bluefield DPU
  (/en-sg/l/dpus-in-the-new-vsphere-8-0-and-
  16th-generation-dell-poweredge-
  servers/nvidia-bluefield-dpu/)
  Nvidia Bluefield DPU
  Architecture

Dell PowerEdge Server support for Data
Processing Unit                                          +

Conclusion                                               +

References                                               +

# Nvidia Bluefield DPU Architecture

NVIDIA BlueField-2 DPU provides innovative acceleration, security, and efficiency in every host. BlueField-2 data center infrastructure combines the power of the NVIDIA ConnectX®-6 Dx with programmable Arm® cores and hardware offloads for software-defined storage, networking, security, and management workloads.
NVIDIA BlueField-2 also delivers superior performance, security, and reduced TCO for cloud computing platforms, enabling organizations to efficiently build and operate virtualized, containerized, and bare-metal infrastructures at massive scale.
Nvidia BlueField DPU architecture



**Figure 7.** Bluefield 2 DPU Architecture
The Nvidia BlueField architecture melds a NIC subsystem (based on ConnectX®-6 Dx) with a programmable data path, hardware accelerators for cryptography, compression, reg-ex, and an Arm® (an array of Arm® cores) complex for the control plane. Unlike CPUs, DPUs are purpose-built for network-packet processing, most include programmable data planes and processor cores for control-plane and application code. The DPU's dedicated data path is not only more efficient than using CPU cores, but also far more performant. For network functions, the DPU accelerates advanced data-center SDN and network-function virtualization (NFV), including Open vSwitch, overlay protocols (such as VXLAN), network-address translation (NAT), load balancing, and fine-grained traffic management. For storage functions, the DPU accelerates RoCE (RDMA), NVMe-oF, data-at-rest encryption, data deduplication, distributed error correction, and data compression. While offloads free server-CPU cores for application processing, DPUs can also improve system security by isolating the application domain from the infrastructure services domain. Cloud-service providers use this isolation to deliver bare-metal compute instances, hiding network and storage virtualization from the virtual server. This "air gap" between the host operating system and DPU-based services also protects the infrastructure from malware attacks launched on virtual servers within the data center.
The NVIDIA® BlueField® DPU  operates in 3-modes as described below:
- **DPU mode** or embedded function (ECPF-Embedded CPU physical function) ownership where the embedded Arm system controls the NIC resources and data path (default)
- **Restricted mode** which is an extension of the ECPF ownership with additional restrictions on the host side
- **NIC mode** where the DPU behaves exactly like an adapter card from the perspective of the external host.

(/en-sg/t/dpus-in-the-new-vsphere-8-0-and-16th-generation-dell-poweredge-servers/)

**DELL**Technologies (/)

DPUs in the new vSphere 8.0 and 16th Generation Dell PowerEdge Servers

Executive summary                                        +

VMware vSphere 8.0 Distributed
Services Engine and Data Processing
Units – DPU                                               +

AMD Pensando DPU                                         +

Nvidia Bluefield DPU                                     −

Nvidia Bluefield DPU
(/en-sg/l/dpus-in-the-new-vsphere-8-0-and-
16th-generation-dell-poweredge-
servers/nvidia-bluefield-dpu/)

Nvidia Bluefield DPU
Architecture

Dell PowerEdge Server support for Data
Processing Unit                                           +

Conclusion                                                +

References                                                +

Home (/)   >   Servers (/En-Sg/T/Servers/)   >   PowerEdge And VMware (/En-Sg/T/Poweredge-And-Vmware-1/)   >   White Papers (/En-Sg/T/White-Papers-62/)   >
DPUs In The New VSphere 8.0 And 16th Generation Dell PowerEdge Servers (/En-Sg/T/Dpus-In-The-New-Vsphere-8-0-And-16th-Generation-Dell-Poweredge-Servers/)   >
Nvidia Bluefield DPU Architecture

# Nvidia Bluefield DPU Architecture

NVIDIA BlueField-2 DPU provides innovative acceleration, security, and efficiency in every host. BlueField-2 data center infrastructure combines the power of the NVIDIA ConnectX®-6 Dx with programmable Arm® cores and hardware offloads for software-defined storage, networking, security, and management workloads.

NVIDIA BlueField-2 also delivers superior performance, security, and reduced TCO for cloud computing platforms, enabling organizations to efficiently build and operate virtualized, containerized, and bare-metal infrastructures at massive scale.

Nvidia BlueField DPU architecture



**Figure 7.** Bluefield 2 DPU Architecture

The Nvidia BlueField architecture melds a NIC subsystem (based on ConnectX®-6 Dx) with a programmable data path, hardware accelerators for cryptography, compression, reg-ex, and an Arm® (an array of Arm® cores) complex for the control plane. Unlike CPUs, DPUs are purpose-built for network-packet processing, most include programmable data planes and processor cores for control-plane and application code. The DPU's dedicated data path is not only more efficient than using CPU cores, but also far more performant. For network functions, the DPU accelerates advanced data-center SDN and network-function virtualization (NFV), including Open vSwitch, overlay protocols (such as VXLAN), network-address translation (NAT), load balancing, and fine-grained traffic management. For storage functions, the DPU accelerates RoCE (RDMA), NVMe-oF, data-at-rest encryption, data deduplication, distributed error correction, and data compression. While offloads free server-CPU cores for application processing, DPUs can also improve system security by isolating the application domain from the infrastructure services domain. Cloud-service providers use this isolation to deliver bare-metal compute instances, hiding network and storage virtualization from the virtual server. This "air gap" between the host operating system and DPU-based services also protects the infrastructure from malware attacks launched on virtual servers within the data center.

The NVIDIA® BlueField® DPU  operates in 3-modes as described below:

- **DPU mode** or embedded function (ECPF-Embedded CPU physical function) ownership where the embedded Arm system controls the NIC resources and data path (default)
- **Restricted mode** which is an extension of the ECPF ownership with additional restrictions on the host side
- **NIC mode** where the DPU behaves exactly like an adapter card from the perspective of the external host.