# EXHIBIT 30



**DOCA Documentation v3.3.0**

Topics

v3.3.0 › DOCA Framework

**On This Page**

Introduction
DOCA Packages
    DOCA-Host
    BlueField-Bundle (BF-Bundle)
    BlueField-Firmware Bundle (BF-FWBundle)
BlueField Devices

# DOCA Framework

Is this page helpful?

This page provides an overview of the NVIDIA DOCA Framework including details on its architecture, installation packages, and software components.

## Introduction

The DOCA Framework provides a comprehensive software suite that includes drivers, libraries, tools, and low-level software for interacting with hardware devices and the default operating system installed with BlueField.

Rather than being a single installation package, the DOCA Framework is a collection of DOCA-related software components, distributed through two primary packages: DOCA-Host and BlueField-Bundle.

The framework consists of two main parts:

| | |
|---|---|
| **DOCA SDK** | Enables developers to quickly build applications and services on NVIDIA® BlueField® networking platforms, leveraging industry-standard APIs and the power of NVIDIA BlueField DPUs and SuperNICs. <br><br> ⓘ **Info** <br> DOCA SDK documentation is available **here**. |
| **BlueField Platform Software** | Provides the essential components for booting and configuring BlueField devices, including bootloaders, firmware, and the official Ubuntu-based reference Linux distribution. It contains the ATF/UEFI, BMC firmware, and BlueField NIC firmware. <br><br> ⓘ **Info** <br> BlueField platform software documentation is available **here**. |

## DOCA Packages

To ensure an optimal installation of DOCA on your host and device, DOCA provides the installation packages presented in the following subsections.

## DOCA-Host

DOCA-Host is the software package installed on the host server to support NVIDIA devices, including BlueField and ConnectX.

DOCA-Host offers multiple installation profiles, each tailored to specific use cases:

- doca-all
- doca-networking
- doca-ofed

See details on installation profiles and supported host operating systems **here**.

## BlueField-Bundle (BF-Bundle)

The BlueField software bundle (BF-Bundle) is installed on the BlueField Arm cores to provide a complete DOCA experience on the BlueField networking platform. BlueField devices are shipped with BF-Bundle preinstalled.

BF-Bundle includes:

- DOCA SDK libraries, drivers, and tools
- BlueField Platform Software
- The default operating system for BlueField Arm cores (Ubuntu 22.04)

DOCA Documentation v3.3.0

DOCA Framework

DOCA SDK                                                                                    +

Quick Start for BlueField Developers                                                       +

Installation and Setup                                                                     +

DOCA Programming Guide                                                                      +

DOCA Reference Applications                                                                +

DOCA Tools                                                                                 +

DOCA Services                                                                              +

API References

DOCA Troubleshooting                                                                       +

Miscellaneous (Runtime)                                                                    +

Archives