# EXHIBIT 31



**DOCA Documentation v3.3.0**

Topics

v3.3.0 › DOCA Flow

On This Page

Cybersecurity

Edge Computing

Recommenders / Personalization

Computer Vision / Video Analytics

Data Center / Cloud

Generative AI / LLMs

Robotics

Content Creation / Rendering

Data Science

Networking

Simulation / Modeling / Design

Conversational AI

Search DOCA Documentation v3.3.0

NVIDIA Developer

Blog

Forums

Sign In



Introduction
Prerequisites

DOCA Documentation v3.3.0

DOCA Framework

DOCA SDK ✛

Quick Start for BlueField Developers ✛

Installation and Setup ✛

DOCA Programming Guide ▬

⌄ DOCA Programming Overview

⌄ DOCA Compatibility Policy

⌄ DOCA Development Best Practices

⌃ DOCA Libraries

   ⌄ DOCA Common

   ⌃ DOCA Flow

      DOCA Flow Connection Tracking

      DOCA Flow Tune Server

   ⌄ DPA Subsystem

      DOCA DMA

      DOCA Comch

      DOCA UROM

      DOCA RDMA

      DOCA RDMA Verbs

      DOCA Ethernet

   ⌄ DOCA GPUNetIO

      DOCA App Shield

      DOCA Compress

      DOCA SHA

      DOCA Erasure Coding

      DOCA AES-GCM

      DOCA Rivermax

      DOCA Telemetry Exporter

   ⌄ DOCA Telemetry

   ⌄ DOCA Device Emulation

      DOCA STA

      DOCA Management

  ⌄ DOCA Utils

  ⌄ DOCA Drivers

DOCA Reference Applications ✛

DOCA Tools ✛

DOCA Services ✛

API References

DOCA Troubleshooting ✛

Miscellaneous (Runtime) ✛

Archives

Field String Supported Actions
Non-Matchable Field Strings

Non-Matchable Field Strings
Copy Hash Result
Copy UTC Timestamp Value
Copy GENEVE Options

## DOCA Flow

**Is this page helpful?**

This guide describes how to deploy the DOCA Flow library, the philosophy of the DOCA Flow API, and how to use it. The guide is intended for developers writing network function applications that focus on packet processing (such as gateways). It assumes familiarity with the network stack and DPDK.

## Introduction

> ✓ **Note**
>
> The quality status of DOCA libraries is listed here.

DOCA Flow is the most fundamental API for building generic packet processing pipes in hardware. The DOCA Flow library provides an API for building a set of pipes, where each pipe consists of match criteria, monitoring, and a set of actions. Pipes can be chained so that after a pipe-defined action is executed, the packet may proceed to another pipe.

Using DOCA Flow API, it is easy to develop hardware-accelerated applications that have a match on up to two layers of packets (tunneled).

- MAC/VLAN/ETHERTYPE
- IPv4/IPv6
- TCP/UDP/ICMP
- GRE/VXLAN/GTP-U/ESP/PSP
- Metadata

The execution pipe can include packet modification actions such as the following:

- Modify MAC address
- Modify IP address
- Modify L4 (ports)
- Strip tunnel
- Add tunnel
- Set metadata
- Encrypt/Decrypt

The execution pipe can also have monitoring actions such as the following:

- Count
- Policers

The pipe also has a forwarding target which can be any of the following:

- Software (RSS to subset of queues)
- Port
- Another pipe
- Drop packets

## Prerequisites

A DOCA Flow-based application can run on either the host machine or an NVIDIA® BlueField® DPU target.

These applications require the allocation of huge pages, which must be configured prior to execution. Use the following commands to allocate and mount 2MB huge pages:

```
$ echo '1024' | sudo tee -a /sys/kernel/mm/hugepages/hugepages-2048kB/nr_hugepages
$ sudo mkdir /mnt/huge
$ sudo mount -t hugetlbfs -o pagesize=2M nodev /mnt/huge
```

## Architecture

The following diagram shows how the DOCA Flow library defines a pipe template, receives a packet for processing, creates the pipe entry, and offloads the flow rule in NIC hardware.

Features of DOCA Flow:

- User-defined set of matches parser and actions
- DOCA Flow pipes can be created or destroyed dynamically
- Packet processing is fully accelerated by hardware with a specific entry in a flow pipe
- Packets that do not match any of the pipe entries in hardware can be sent to Arm cores for exception handling and then reinjected back to hardware

The DOCA Flow pipe consists of the following components:

- Monitor (MON in the diagram) - counts, meters
- Modify (MDF in the diagram) - modifies a field
- Forward (FWD in the diagram) - forwards to the next stage in packet processing

## Steering Domains

DOCA Flow organizes pipes into high-level containers named domains to address the specific needs of the underlying architecture.

A key element in defining a domain is the packet direction and a set of allowed actions.

- A domain is a pipe attribute (also relates to shared objects)
- A domain restricts the set of allowed actions
- Transition between domains is well-defined (packets cannot cross domains arbitrarily)
- A domain may restrict the sharing of objects between packet directions
- Packet direction can restrict the move between domains

## List of Steering Domains

DOCA Flow provides the following set of predefined steering domains:

| Domain | Description |
|---|---|
| `DOCA_FLOW_PIPE_DOMAIN_DEFAULT` | <ul><li>Default domain for actions on ingress traffic</li><li>Secure actions are not allowed here</li><li>The next milestone is queue or pipe in the **EGRESS** domain</li><li>Miss action is: Drop</li></ul> |
| `DOCA_FLOW_PIPE_DOMAIN_SECURE_INGRESS` | <ul><li>For secure actions on ingress traffic</li><li>Encapsulation and encrypting actions not allowed here</li><li>The only allowed domain for decrypting secure actions</li><li>The next milestone is queue or pipe in the **DEFAULT** or **EGRESS** domain</li><li>Only meta register is preserved</li><li>Miss action is: Drop</li></ul> |
| `DOCA_FLOW_PIPE_DOMAIN_EGRESS` | <ul><li>Domain for actions on egress traffic</li><li>Secure actions are not allowed here</li><li>The next milestone is wire/representor or pipe in **SECURE_EGRESS** domain</li><li>Miss action is: Send to wire/representor</li></ul> |
| `DOCA_FLOW_PIPE_DOMAIN_SECURE_EGRESS` | <ul><li>Domain for secure actions on egress traffic</li><li>Decapsulation actions are not allowed here</li><li>The only allowed domain for encrypting secure action</li><li>The next milestone is wire/representor</li><li>Miss action is: Send to wire/representor</li></ul> |

### Domains in VNF Mode



### Domains in Switch Mode



> ✓ **Note**
>
> In switch mode, forwarding from a pipe with the default domain to the egress domain root pipe is allowed, while forwarding from the egress domain to the default domain is not allowed.

> ✓ **Note**
>
> Traffic from software Tx forwards to the egress root pipe.

> ✓ **Note**
>
> A pipe with RSS forward follows the above rules.

> ✓ **Note**
>
> Encap is suggested to be done from egress.

## API

DOCA API is available through the **DOCA API Reference**.

> ⓘ **Info**
>
> The pkg-config ( `*.pc` file) for the DOCA Flow library is `doca-flow`.

### Flow Life Cycle

### Initialization Flow

Before using any DOCA Flow function, it is mandatory to call `doca_flow_init()`. This function initializes all resources required by the DOCA Flow library.

### Pipe Mode

The pipe mode (set via `mode_args`) defines the fundamental traffic topology and default "miss" behavior for a DOCA port. When a port is initialized, this mode creates the initial miss rules.

DOCA supports the following modes:

### VNF Mode

This mode is designed for Virtual Network Function (VNF) use cases. A packet arriving from one of the device's ports is processed and can be sent to another port. By default, any packet that does not match a user-defined pipe entry (a "miss") is forwarded to the host's RSS (Receive Side Scaling) queues.

Example scenario:



- Packet1 arrives at P0, does not match any existing entry, and is forwarded to the host's RSS queues.
- The application running on the host captures this packet, processes it, and creates a new pipe entry to handle this flow.
- Packet2 (part of the same flow) arrives, hits the new pipe entry, and has an action applied (e.g., VXLAN decap, modify, encap) before being sent out from P1.

To forward packets between ports, you must use `doca_flow_port_pair` to establish a port pair. Port pairing is unidirectional.

- Pairing Port X with Port Y allows forwarding from X to Y, but *not* from Y to X.
- To enable bidirectional forwarding, you must call `doca_flow_port_pair` a second time to pair Y with X.

After pairing, packets can be forwarded to either the paired port directly or the paired port's egress root pipe.

> ✓ **Note**
>
> Forwarding from an ingress pipe to an egress pipe is only allowed to the `egress_root` pipe.

### Switch Mode

This mode is used for internal switching and only allows representor ports (e.g., uplink representors and SF/VF representors). A packet is forwarded from one port to another. If a packet arrives from an uplink and does not match a user-defined pipe entry, it is received on all RSS queues of that uplink's representor.



- The `doca_dev` field must be set in the `doca_flow_port_cfg` (using `doca_flow_port_cfg_set_dev()`).

> ✓ **Note**
>
> The application must not initialize VF/SF representor ports using the DPDK API. Functions such as `rte_eth_dev_configure()`, `rte_eth_rx_queue_setup()`, and `rte_eth_dev_start()` must not be called for these ports.

- Switch manager port: In switch mode, DOCA Flow unifies all ports under a single "switch manager port" for traffic management. This means all traffic is handled by this manager port. Applications only need to create an RSS pipe on the switch manager port to receive missed traffic and should manage all pipes on this port.
- `expert` Argument (`mode_args`): Switch mode can be configured with or without the `expert` argument. This setting changes how the source `port_id` of missed traffic is identified:
  - Without `expert` (default): Missed traffic sent to the software is tagged with the source `port_id` in the `mbuf` CQE field. This allows the application to identify the packet's origin. To send a packet, the application can set the destination `port_id` in the `mbuf` meta, and the packet will be sent directly to that port.
  - With `expert`: The `port_id` is not added to the packet. This gives the user full control to configure pipes freely and implement a custom solution for port identification.



> ✓ **Note**
>
> Due to a firmware limitation, `port_id` information is missing for traffic that is cloned from a VF to an RSS pipe.

This mode (`mode_args`) defines the basic traffic in DOCA. It creates some miss rules when a DOCA port initializes. Currently, DOCA supports 3 modes:

- `vnf`
  A packet arriving from one of the device's ports is processed, and can be sent to another port. By default, missed packets go to RSS.
  The following diagram shows the basic traffic flow in `vnf` mode. Packet1 firstly misses and is forwarded to host RSS. The app captures this packet and decides how to process it and then creates a pipe entry. Packet2 will hit this pipe entry and do the action, for example, for VXLAN, will do decap, modify, and encap, then is sent out from P1.

To forward packets between ports, use `doca_flow_port_pair` to establish a port pair. Port pairing is unidirectional, meaning that pairing port X with port Y allows forwarding from X to Y, but not the reverse. To enable forwarding from Y to X, you must pair Y with X using `doca_flow_port_pair` again. After pairing ports, packets can be forwarded to either the paired port directly or the paired port's egress root pipe, which sends packets through the egress routine.

> ✓ **Note**
>
> Forwarding from an ingress pipe to an egress pipe is only allowed to the `egress_root` pipe.

- `switch`
  Used for internal switching, only representor ports are allowed, for example, uplink representors and SF/VF representors. Packet is forwarded from one port to another. If a packet arrives from an uplink and does not hit the rules defined by the user's pipe, then the packet is received on all RSS queues of the representor of the uplink.
  The following diagram shows the basic flow of traffic in `switch` mode. Packet1 firstly misses to host RSS queues. The app captures this packet and decides to which representor the packet goes, and then sets the rule. Packets hit this rule and go to representor0.



`doca_dev` field is mandatory in `doca_flow_port_cfg` (using `doca_flow_port_cfg_set_dev()`).

> ✓ **Note**
>
> The application must avoid initialization of the VF/SF representor ports in DPDK API (i.e., the following functions `rte_eth_dev_configure()`, `rte_eth_rx_queue_setup()`, `rte_eth_dev_start()` must not be called for VF/SF representor ports).

DOCA Flow switch mode unifies all the ports to the switch manager port for traffic management. This means that all the traffic is handled by switch manager port. Users only must create an RSS pipe on the switch manager port to get the missed traffic, and they should only manage the pipes on the switch manager port. Switch mode can work with two different `mode_args` configurations: With or

without `expert`. The way to retrieve the miss traffic source's `port_id` depends on this configuration:

- If `expert` is not set, the traffic misses to software would be tagged with `port_id` information in the mbuf CQE field to allow users to deduce the source `port_id`. Meanwhile, users can set the destination `port_id` to mbuf meta and the packet is sent out directly to the destination port based on the meta information.





- If `expert` is set, the `port_id` is not added to the packet. Users can configure the pipes freely to implement their own solution.

> ✓ **Note**
>
> Traffic cloned from the VF to the RSS pipe misses its `port_id` information due to firmware limitation.

## Start Point

DOCA Flow API serves as an abstraction layer API for network acceleration. The packet processing in-network function is described from ingress to egress and, therefore, a pipe must be attached to the origin port. Once a packet arrives to the ingress port, it starts the hardware execution as defined by the DOCA API.

## Port identifiers

`doca_flow_port` is an opaque object, as the DOCA Flow API is designed to be independent of any specific packet I/O framework (e.g., DPDK).

To begin using a DOCA Flow port, the user must call `doca_flow_port_start()`. This function associates the application's underlying port with a DOCA Flow port.

During this setup, the user must assign a **logical port ID** using the `doca_flow_port_cfg_set_port_id()` API.

This `port_id` is later referenced in:

- `doca_flow_parser_meta.port_id` - when matching packets received on a specific port
- `doca_flow_fwd.port_id` - when forwarding packets to a specific port

For DPDK-based applications, the DPDK `port_id` can be used directly as the logical port identifier.

## DOCA Device

A DOCA device must be specified during `doca_flow_port_start()` to provide the necessary hardware context for the port.

- For **physical**, **virtual**, or **subfunction** devices (PF, VF, or SF), use the `doca_flow_port_cfg_set_dev()` API to associate a `doca_dev` object with the port.
- For **representor** ports, use the `doca_flow_port_cfg_set_dev_rep()` API to associate a `doca_dev_rep` object instead.

Providing a `doca_dev_rep` is what explicitly indicates that the port is a representor.

## Actions Memory

The use of DOCA Flow actions mandates that sufficient memory will be allocated for them, in advance, per port. This is done using the `doca_flow_port_cfg_set_actions_mem_size()` API function. The recommended way of getting precise information about the expected actions memory consumption is the following:

1. During development, allocate a fixed high amount of actions memory, regardless of your actual pipeline.

2. Once the steering pipeline is ready, examine the program's actual consumption using the **DOCA Flow Tune** tool.

3. Using DOCA Flow Tune for calibration, update the parameter passed to the setter function.

Please note that in the **hot upgrade use case**, the total **actions memory** size set for all instances should not exceed the maximum resource limit of this hardware port.

## Port Operation State

DOCA Flow ports can be initialized multiple times from different instances. Each instance prepares its pipeline, but only one actively receives port traffic at a time. The instance actively handling the port traffic depends on the operation state set by the `doca_flow_port_cfg_set_operation_state()` function:

- `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE` – The instance actively handles incoming and outgoing traffic
- `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE_READY_TO_SWAP` – The instance handles traffic actively when no other active instance is available
- `DOCA_FLOW_PORT_OPERATION_STATE_STANDBY` – The instance handles traffic only when no active or `active_ready_to_swap` instance is available
- `DOCA_FLOW_PORT_OPERATION_STATE_UNCONNECTED` – The instance does not handle traffic, regardless of the state of other instances

If the `doca_flow_port_cfg_set_operation_state()` function is not called, the default state `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE` is applied.

> ✓ **Note**
>
> When a port is configured with a state that expects to handle traffic, it takes effect only after root pipes are created for this port.

When the active port is closed, either gracefully or due to a crash, the standby instance automatically becomes active without any action required.

The port operation state can be modified after the port is started using the `doca_flow_port_operation_state_modify()` function.

### Use Case Examples

#### Hot Upgrade

This operation state mechanism allows upgrading the DOCA Flow program without losing any traffic.

To upgrade an existing DOCA Flow program with ports started in `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE` state (Instance A):

1. Open a new Instance B and start its ports in `DOCA_FLOW_PORT_OPERATION_STATE_STANDBY` state.
2. Modify Instance A's ports from `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE` to `DOCA_FLOW_PORT_OPERATION_STATE_UNCONNECTED` state. At this point, Instance B starts receiving traffic.
3. Close Instance A.
4. Open a new Instance C with `DOCA_FLOW_PORT_OPERATION_STATE_UNCONNECTED` state. Instance C is the upgraded version of Instance A.
5. Create the entire pipeline for Instance C.
6. Change Instance C's state from `DOCA_FLOW_PORT_OPERATION_STATE_UNCONNECTED` to `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE`. At this point, Instance B stops receiving traffic and Instance C starts.
7. Instance B can either be closed or kept as a backup should Instance C crash.

#### Swap Existing Instances

This mechanism also facilitates swapping two different DOCA Flow programs without losing any traffic.

To swap between two existing DOCA Flow programs with ports started in `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE` and `DOCA_FLOW_PORT_OPERATION_STATE_STANDBY` states (Instance A and Instance B, respectively):

1. Modify Instance A's ports from `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE` to `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE_READY_TO_SWAP`.
2. Modify Instance B's ports from `DOCA_FLOW_PORT_OPERATION_STATE_STANDBY` to `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE`. At this point, Instance B starts receiving traffic.
3. Modify Instance A's ports from `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE_READY_TO_SWAP` to `DOCA_FLOW_PORT_OPERATION_STATE_STANDBY`.

### Limitations

- Supported only in switch mode – the `mode_args` string must include `"switch"`.
- Only the switch port supports states; its representors are affected by its state. Starting a representor port or calling the modify function with a non-active operation state should fail.
- Two instances cannot be in the same operation state simultaneously, except for `DOCA_FLOW_PORT_OPERATION_STATE_UNCONNECTED`. If a new instance initializes a port while another instance with the same operation state exists, a `DOCA_ERROR_ALREADY_EXIST` error is returned either during port startup or root pipe creation.
- Due to an underlying driver limitation, each ASO object type (e.g., `METER`, `COUNTER`) is restricted to a maximum of 64 million (64M) objects per port.

### Create Pipe and Pipe Entry

Pipe is a template that defines packet processing without adding any specific hardware rule. A pipe consists of a template that includes the following elements:

- Match
- Monitor
- Actions
- Forward

The following diagram illustrates a pipe structure.



The creation phase allows the hardware to efficiently build the execution pipe. After the pipe is created, specific entries can be added. A subset of the pipe may be used (e.g., skipping the monitor completely, just using the counter, etc).

## Pipe Matching or Action Applying

DOCA Flow allows defining criteria for matching on a packet or for taking actions on a matched packet by modifying it. The information defining these criteria is provided through the following pointers:

- Match or action pointer – given at pipe or entry creation
- Mask pointer – optionally given at pipe creation

Defining criteria for matching or actions on a packet can be done at the pipe level, where it applies to all packets of a pipe, or specified on a per entry basis, where each entry defines the operation on either the match, actions, or both.

In DOCA Flow terminology, when a field is identified as CHANGEABLE at pipe creation, this means that the actual criterion of the field is deferred to entry creation. Different entries can provide different criteria for a CHANGEABLE field.

A match or action field can be categorized, during pipe creation, as one of the following:

- IGNORED – Ignored in either the match or action taking process
- CHANGEABLE – When the actual behavior is deferred to the entry creation stage
- SPECIFIC – Value is used as is in either match or action process

A mask field can either be provided, in which case it is called explicit matching, or action applying. If the mask pointer is NULL, we call it implicit matching or action applying. The following subsections provide the logic governing matching and action applying.

When a field value is specified as `0xffff` it means that all the field's bits are set (e.g., for TTL it means `0xff` and for IPv4 address it means `0xffffffff`).

> ✓ **Note**
>
> Creating multiple entries with the same match criteria is not supported. Instead, use the update entry API to modify the existing entry.

### Matching

Matching is the process of selecting packets based on their fields' values and steering them for further processing. Processing can either be further matching or actions applying.



The packet enters the green filter which modifies it by masking it with the value A. The output value, P&A, is then compared to the value B, and if they are equal, then that is a match.

The values of A and B are evaluated according to the values of the pipe configuration and entry configuration fields, according to the tables in sections "**Implicit Matching**" and "**Explicit Matching**".

### Implicit Matching

| Match Type | Pipe Match Value (V) | Pipe Match Mask (M) | Entry Match Value (E) | Filter (A) | Rule (B) |
|---|---|---|---|---|---|
| Ignore | 0 | NULL | N/A | 0 | 0 |
| Constant | 0<V<0xffff | NULL | N/A | 0xffff | V |
| Changeable (per entry) | 0xffff | NULL | 0≤E≤0xffff | 0xffff | E |

**Explicit Matching**

| Match Type | Pipe Match Value (V) | Pipe Match Mask (M) | Entry Match Value (E) | Filter (A) | Rule (B) |
|---|---|---|---|---|---|
| Constant | V!=0xffff | 0<M≤0xffff | 0≤E≤0xffff | M | M&V |
| Changeable | V==0xffff | 0<M≤0xffff | 0≤E≤0xffff | M | M&E |
| Ignored | 0≤V<0xffff | M==0 | 0≤E≤0xffff | 0 | 0 |

**Action Applying**

**Implicit Action Applying**

| Action Type | Pipe Action Value (V) | Pipe Action Mask (M) | Entry Action Value (E) | Action on the Field |
|---|---|---|---|---|
| Ignore | 0 | NULL | N/A | None |
| Constant | 0 < V < 0xffff | NULL | N/A | Set to V |
| Changeable | 0xffff | NULL | E | Set to E |

Implicit action applying example:

- Destination IPv4 address is 255.255.255.255
- No mask provided
- Entry value is 192.168.0.1
- Result – The action field is changeable. Therefore, the value is provided by the entry. If a match on the packet occurs, the packet destination IPv4 address is changed to 192.168.0.1.

✓ **Note**

Meta only supports changeable action.

**Explicit Action Applying**

ⓘ **Info**

Assume P is packet's field value.

| Action Type | Pipe Action Value (V) | Pipe Action Mask (M) | Entry Action Value (E) | Action on the Field |
|---|---|---|---|---|
| constant | V!=0xffff | 0≤M≤0xffff | 0≤E≤0xffff | set to (~M & P) \| (M & V) In words: modify only bits that are set on the mask to the values in V |
| Changeable | V==0xffff | 0<M≤0xffff | 0≤E≤0xffff | set to (~M & P) \| (M & E) |
| Ignored | 0≤V<0xffff | M==0 | 0≤E≤0xffff | none |

Explicit action applying example:

- Destination IPv4 address is 192.168.10.1
- Mask is provided and equals 255.255.0.0
- Entry value is ignored
- Result – If a match on the packet occurs, the packet destination IPv4 value changes to 192.168.0.0

**Setting Pipe Match or Action**

Match is a mandatory parameter when creating a pipe. Using the `doca_flow_match` struct, users must define the packet fields to be matched by the pipe.

For each `doca_flow_match` field, users select whether the field type is:

- Ignore (match any) – the value of the field is ignored in a packet. In other words, match on any value of the field.
- Constant (specific) – all entries in the pipe have the same value for this field. Users should not put a value for each entry.

- Changeable – the value of the field is defined per entry. Users must provide it upon adding an entry.

> ✓ **Note**
>
> L4 type, L3 type, and tunnel type cannot be changeable.

> ✓ **Note**
>
> `gtp_next_ext_hdr_type` supports only `psc` type (0x85).

The match field type can be defined either implicitly or explicitly using the `doca_flow_pipe_cfg_set_match(struct doca_flow_pipe_cfg *cfg, const doca_flow_match *match, cons` function. If `match_mask == NULL`, then it is done implicitly. Otherwise, it is explicit.

In the tables in the following subsections, an example is used of a 16-bit field (such as layer-4 destination port) where:

> ✓ **Note**
>
> The same concept would apply to any other field (such as an IP address occupying 32 bits).

- P stands for the packet field value
- V stands for the pipe match field value
- M stands for the pipe mask field value
- E stands for the match entry field value

**Implicit Match**

| Match Type | Pipe Match Value (V) | Pipe Match Mask (M) | Entry Match Value (E) | Filter (A) | Rule (B) |
|---|---|---|---|---|---|
| Ignore | 0 | NULL | N/A | 0 | 0 |
| Constant | 0<V<0xffff | NULL | N/A | 0xffff | V |
| Changeable (per entry) | 0xffff | NULL | 0≤E≤0xffff | 0xffff | E |

To match implicitly, the following considerations should be taken into account.

- Ignored fields:
  - Field is zeroed
  - Pipeline has no comparison on the field
- Constant fields – These are fields that have a constant value among all entries. For example, as shown in the following, the tunnel type is VXLAN:

```
match.tun.type = DOCA_FLOW_TUN_VXLAN;
```

  These fields must only be configured once at pipe build stage, not once per new pipeline entry.
- Changeable fields – These are fields whose value may change per entry. For example, the following shows match on a destination IPv4 address of variable per-entry value (outer 5-tuple):

```
match.outer.ip4.dst_ip = 0xffffffff;
```

- The following is an example of a match, where:
  - Outer 5-tuple
    - L3 type is IPv4 – constant among entries by design
    - L4 type is UDP – constant among entries by design
    - Tunnel type is `DOCA_FLOW_TUN_VXLAN` – constant among entries by design
    - IPv4 destination address varies per entry
    - UDP destination port is always `DOCA_VXLAN_DEFAULT_PORT`
    - VXLAN tunnel ID varies per entry
    - The rest of the packet fields are ignored
  - Inner 5-tuple
    - L3 type is IPv4 – constant among entries by design
    - L4 type is TCP – constant among entries by design
    - IPv4 source and destination addresses vary per entry
    - TCP source and destination ports vary per entry
    - The rest of the packet fields are ignored

> ⌄ **Collapse Source**
>
> ```
> // filter creation
> static void build_underlay_overlay_match(struct doca_flow_match *match)
> {
>     //outer
>     match->outer.l3_type = DOCA_FLOW_L3_TYPE_IP4;
>     match->outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;
> ```

```
    match->tun.type = DOCA_FLOW_TUN_VXLAN;
    match->outer.ip4.dst_ip = 0xffffffff;
    match->outer.udp.l4_port.dst_port = DOCA_VXLAN_DEFAULT_PORT;
    match->tun.vxlan_tun_id = 0xffffffff;

    //inner
    match->inner.l3_type = DOCA_FLOW_L3_TYPE_IP4;
    match->inner.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_TCP;
    match->inner.ip4.dst_ip = 0xffffffff;
    match->inner.ip4.src_ip = 0xffffffff;
    match->inner.tcp.l4_port.src_port = 0xffff;
    match->inner.tcp.l4_port.dst_port = 0xffff;
}

// create entry specifying specific values to match upon
doca_error_t add_entry(struct doca_flow_pipe *pipe, struct doca_flow_port *port,
                       struct doca_flow_pipe_entry **entry)
{
    struct doca_flow_match match = {};
    struct entries_status status = {};
    doca_error_t result;

    match.outer.ip4.dst_ip = BE_IPV4_ADDR(7, 7, 7, 1);
    match.tun.vxlan_tun_id = RTE_BE32(9876);
    match.inner.ip4.src_ip = BE_IPV4_ADDR(8, 8, 8, 1);
    match.inner.ip4.dst_ip = BE_IPV4_ADDR(9, 9, 9, 1);
    match.inner.tcp.l4_port.src_port = rte_cpu_to_be_16(5678);
    match.inner.tcp.l4_port.dst_port = rte_cpu_to_be_16(1234);
    result = doca_flow_pipe_add_entry(0, pipe, &match, &actions, NULL, NULL, 0, &status, en
}
```

✓ **Note**

The fields of the `doca_flow_meta` struct inside the match are not subject to implicit match rules and must be paired with explicit mask values.

**Explicit Match**

| Match Type | Pipe Match Value (V) | Pipe Match Mask (M) | Entry Match Value (E) | Filter (A) | Rule (B) |
|---|---|---|---|---|---|
| Constant | V!=0xffff | 0<M≤0xffff | 0≤E≤0xffff | M | M&V |
| Changeable | V==0xffff | 0<M≤0xffff | 0≤E≤0xffff | M | M&E |
| Ignored | 0≤V<0xffff | M==0 | 0≤E≤0xffff | 0 | 0 |

In this case, there are two `doca_flow_match` items, the following considerations should be considered:

- Ignored fields
  - M equals zero. This can be seen from the table where the rule equals 0. Since mask is also 0, the resulting packet after the filter is 0. Thus, the comparison always succeeds.

```
match_mask.inner.ip4.dst_ip = 0;
```

- Constant fields
  These are fields that have a constant value. For example, as shown in the following, the inner 5-tuple match on IPv4 destination addresses belonging to the `0.0.0.0/24` subnet, and this match is constant among all entries:

```
// BE_IPV4_ADDR converts 4 numbers A,B,C,D to a big endian representation of IP addres
match.inner.ip4.dst_ip = 0;
match_mask.inner.ip4.dst_ip = BE_IPV4_ADDR(255, 255, 255, 0);
```

For example, as shown in the following, the inner 5-tuple match on IPv4 destination addresses belonging to the `1.2.0.0/16` subnet, and this match is constant among all entries. The last two octets of the `match.inner.ip4.dst_ip` are ignored because the `match_mask` of `255.255.0.0` is applied:

```
// BE_IPV4_ADDR converts 4 numbers A,B,C,D to a big endian representation of IP addres
match.inner.ip4.dst_ip = BE_IPV4_ADDR(1, 2, 3, 4);
match_mask.inner.ip4.dst_ip = BE_IPV4_ADDR(255, 255, 0, 0);
```

Once a field is defined as constant, the field's value cannot be changed per entry.

✓ **Tip**

Users should set constant fields to zero when adding entries for better code readability.

A more complex example of constant matches may be achieved as follows:

```
match_mask.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(0xf0f0);
match.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(0x5020)
```

The following ports would be matched:
- 0x5020 - 0x502f
- 0x5120 - 0x512f
- …
- 0x5f20 - 0x5f2f

Changeable fields

The following example matches on either FTP or TELNET well known port numbers and forwards packets to a server after modifying the destination IP address and destination port numbers. In the example, either FTP or TELNET are forwarded to the same server. FTP is forwarded to port 8000 and TELNET is forwarded to port 9000.

```
// at Pipe creation
doca_flow_pipe_cfg_set_name(pipe_cfg, "PORT_MAPPER");
doca_flow_pipe_cfg_set_type(pipe_cfg, DOCA_FLOW_PIPE_BASIC);
match.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(0xffff); // v
match_mask.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(0xffff); // M
doca_flow_pipe_cfg_set_match(pipe_cfg, &match, &match_mask);
actions_arr[0] = &actions;
doca_flow_pipe_cfg_set_actions(pipe_cfg, action_arr, NULL, NULL, 1);
doca_flow_pipe_cfg_set_is_root(pipe_cfg, true);

// Adding entries
// FTP
match.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(20); // E
actions.outer.ip4.src_ip = server_addr;
actions.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(8000);
result = doca_flow_pipe_add_entry(0, pipe, &match, &actions, NULL, NULL, 0, &status, entry)

// TELNET
match.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(23); // E
actions.outer.ip4.src_ip = server_addr;
actions.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(9000);
result = doca_flow_pipe_add_entry(0, pipe, &match, &actions, NULL, NULL, 0, &status, entry)
```

## Relaxed Match

Relaxed matching mode grants users full control on matching fields and guarantees that no fields are implicitly added by DOCA Flow.

### Relaxed Matching and Pipeline Design Considerations

Relaxed matching mode provides full control to the DOCA application developer over the match design, without adding implicit match logic by the DOCA Flow library. This approach increases user responsibility to prevent unintended side effects caused by packet layout similarities (e.g., between UDP and TCP source/destination ports) or by skipping header type validation before matching on header fields. For instance, matching solely on a UDP destination port does not verify the presence of an L4 header or confirm that the L4 header is of UDP type.

To ensure effective design, early-stage pipes should classify packet types to filter out undesired packets. As the pipeline progresses, later stages can focus on more specific packet types based on prior matches. Examples include:

- Match on VXLAN VNI:
  - For Early-stage pipes, ensure the packet contains a VXLAN header (this can be achieved in a single pipe):
    - The first pipe verifies the packet has a UDP header by matching the L4 packet type to UDP or the L3 `next_proto` field to UDP
    - The second pipe matches the UDP destination port to the commonly used VXLAN value (4789)
  - For later-stage pipes, match on the VXLAN VNI field
- Match on UDP destination port:
  - For early-stage pipes, verify the packet contains a UDP header by matching the L4 packet type to UDP or the L3 `next_proto` field to UDP
  - For later-stage pipes, match on the UDP destination port field

### Relaxed Matching Memory Footprint and Performance Impact

Consider the following strict matching mode example. There are three pipes:

- Basic pipe `A` with `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_TCP` and `match.outer.tcp.flags = 1`
- Basic pipe `B` with `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP` and `match.outer.udp.l4_port.src_port = 8080`
- Control pipe `C` with two entries to direct TCP traffic to pipe `A` and UDP traffic to pipe `B`. The first entry has `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_TCP` while the second has `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP`.

As a result, the hardware matches on the L4 header type twice:

- When the packet enters the filter in control pipe `C` to decide the next pipe
- When the packet enters the filter of pipe `A` or `B` to match on the L4 header fields

With particularly large pipelines, such double matches decrease performance and increase the memory footprint in hardware. Relaxed matching mode gives the user greater control of the match logic to eliminate the implicitly added matches, consequently reducing hardware memory footprint and improving performance as well.

### Parser Meta Usage with Relaxed Match

Parser meta matching is particularly useful when it comes to matching on a specific packet type. In relaxed mode, type selectors in the `outer`, `inner`, and `tun` parts of the `doca_flow_match` structs are used only for the type cast of the underlying unions. Header-type (packet type) matches are available using the `parser_meta` API.

For example, the scenario from the previous section may be overwritten by changing the match of control pipe `C` (with the same `A` and `B` pipes):

- Basic pipe `A` with `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_TCP` and `match.outer.tcp.flags = 1`
- Basic pipe `B` with `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP` and `match.outer.udp.l4_port.src_port = 8080`
- Control pipe `C` with two entries to direct TCP traffic to pipe `A` and UDP traffic to pipe `B`. The first entry has `match.parser_meta.outer_l4_type = DOCA_FLOW_L4_META_TCP` while the second has `match.parser_meta.outer_l4_type = DOCA_FLOW_L4_META_UDP`.

As a result, the hardware performs the L4 header-type match only once, when the packet enters the filter of control pipe. Basic pipes' `match.outer.l4_type_ext` are used only for the selection of the `match.outer.tcp` or `match.outer.udp` structures during the inspection of match struct.

### Examples

The following code snippets are used to demonstrate the redesign of a pipeline with relaxed matching for non-tunnel match cases.

The following is the code before the redesign:

```
static void pipe_match_build(struct doca_flow_match *match)
{
    match->outer.l3_type = DOCA_FLOW_L3_TYPE_IP4;
    match->outer.ip4.dst_ip = 0xffffffff;
    match->outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;
    match->outer.udp.l4_port.src_port = 22;
}
```

Without relaxed matching, the following hardware matches were performed for the code snippet above:

- L3 header type is IPv4 – constant among entries by design
- L4 header type is UDP – constant among entries by design
- IPv4 destination address varies per entry
- UDP source port is constant among entries
- The rest of the packet fields are ignored

With relaxed matching the following pipeline stages, where `pipe1` forwards packets to `pipe2`, should be considered to achieve a similar match as above:

```
static void pipe1_match_build(struct doca_flow_match *match)
{
    // Classifier logic. Only IPv4, UDP packets are to be forwarded to pipe2
    match.parser_meta.outer_l3_type = DOCA_FLOW_L3_META_IPV4;
    match.parser_meta.outer_l4_type = DOCA_FLOW_L4_META_UDP;
}

static void pipe2_match_build(struct doca_flow_match *match)
{
    // Main logic. Match on the specific packet fields
    match->outer.l3_type = DOCA_FLOW_L3_TYPE_IP4;
    match->outer.ip4.dst_ip = 0xffffffff;
    match->outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;
    match->outer.udp.l4_port.src_port = 22;
}
```

The following code snippet demonstrates the redesign of a pipeline with relaxed matching for tunnel match cases:

```
static void pipe1_match_build(struct doca_flow_match *match)
{
    match->outer.l3_type = DOCA_FLOW_L3_TYPE_IP4;
    match->outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;
    match->tun.type = DOCA_FLOW_TUN_VXLAN;
    match->outer.ip4.dst_ip = 0xffffffff;
    match->outer.udp.l4_port.src_port = 0x22;
    match->tun.vxlan_tun_id = 0xffffffff;
}
```

Without relaxed matching, the following hardware matches were performed for the code snippet above:

- L3 type is IPv4 – constant among entries by design
- L4 type is UDP – constant among entries by design
- Tunnel type is `DOCA_FLOW_TUN_VXLAN` – constant among entries by design
- IPv4 destination address varies per entry
- UDP source port is always 22
- VXLAN tunnel ID varies per entry
- The rest of the packet fields are ignored

With relaxed matching, the following pipeline stages, where `pipe1` forwards packets to `pipe2`, should be considered to achieve a similar match as above:

```c
static void pipe1_match_build(struct doca_flow_match *match)
{
    // Classifier logic. Only IPv4, UDP packets are to be forwarded to pipe2
    match.parser_meta.outer_l3_type = DOCA_FLOW_L3_META_IPV4;
    match.parser_meta.outer_l4_type = DOCA_FLOW_L4_META_UDP;
}

static void pipe2_match_build(struct doca_flow_match *match)
{
    // Main logic. Match on the specific packet fields
    match->outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;
    match->outer.udp.l4_port.src_port = 22;
    match->outer.udp.l4_port.dst_port = DOCA_VXLAN_DEFAULT_PORT;
    match->outer.l3_type = DOCA_FLOW_L3_TYPE_IP4;
    match->outer.ip4.dst_ip = 0xffffffff;
    match->tun.type = DOCA_FLOW_TUN_VXLAN;
    match->tun.vxlan_tun_id = 0xffffffff;
}
```

### Relaxed Matching Considerations

With relaxed matching, header type fields within `outer`, `inner`, or `tun` structs no longer indicate a match on the specific protocol. They are used solely as a selector for the relevant header fields. For example, to match on `outer.ip4.dst_ip`, users must set `outer.l3_type = DOCA_FLOW_L3_TYPE_IP4`. With this match, the L3 header is checked for the IPv4 destination address, however there is no check that the L3 header is of IPv4 type. It is user responsibility to make sure that packets arriving to such a filter indeed have an L3 header of type IPv4.

To match on a specific protocol/tunnel type, consider the following:

- To match on an inner/outer L3/L4 protocol type, users can use relevant `doca_flow_parser_meta` fields as explained above. For example, for outer protocols, `parser_meta.outer_l[3,4]_type` fields can be used.
- To match on a specific tunnel type, users should match on a tunnel according to its specification. For example, for a VXLAN tunnel, a match on UDP destination port 4789 can be used. Another option is to use the L3 next protocol field. For example, for IPv4 with next header GRE, one can match on the IPv4 headers' next protocol field value to match GRE IP protocol number 47.

More relaxed matching design best practices can be found in the samples **Flow Drop**, **Flow VXLAN Encap**, and **LPM with Exact Match Logic**.

> ✓ **Note**
>
> With relaxed matching, to achieve a match-all functionality, either one of the following methods can be used during pipe creation:
>
> - Set the `match_mask` structure to NULL and set the match structure to all zeroes
>
> - Set the `match_mask` structure to all zeroes while the match structure have any setting

> ✓ **Note**
>
> With relaxed matching, if any of the selectors is used without setting a relevant field, the pipe/entry creation would fail with the following error message:
>
> ```
> failed building active opcode - active opcode <opcode number> is protocol only
> ```

### Setting Pipe Actions

### Pipe Actions Execution Order

When setting actions, they are executed in the following order:

1. Crypto (decryption)
2. Decapsulation
3. Pop
4. Meta
5. Outer
6. Tun

7. Push
8. Encapsulation
9. Crypto (encryption)

The `desc_array` field in `struct doca_flow_actions_descs` is executed by order of the array after the above action execution.

### Auto-modification

Similarly to setting pipe match, actions also have a template definition.

Similarly to `doca_flow_match` in the creation phase, only the subset of actions that should be executed per packet are defined. This is done in a similar way to match, namely by classifying a field of `doca_flow_actions` to one of the following:

- Ignored field – field is zeroed, modify is not used.
- Constant fields – when a field must be modified per packet, but the value is the same for all packets, a one-time value on action definitions can be used
- Changeable fields – fields that may have more than one possible value, and the exact values are set by the user per entry

```
actions.outer.ip4.dst_ip = 0xffffffff
```

> ✓ **Note**
> The `action_mask` should be set as `0xffffffff` and action as 0 if the user wants to configure 0 to this field.

> ✓ **Note**
> Changeable shared encap/decap actions must use shared resources that have been configured in advance.

> ✓ **Note**
> A single pipe cannot be created with both a changeable shared encap/decap action and a changeable FWD action at the same time. This configuration is not supported and will fail.

> ✓ **Note**
> To use both a changeable shared encap/decap action and a changeable FWD action, implement them in sequential pipes. Use one pipe for the encap/decap action, and then use a subsequent pipe for the FWD action.

### Explicit Modification Type

It is possible to force constant modification or per-entry modification with action mask. For example:

```
static void
create_constant_modify_actions(struct doca_flow_actions *actions,
                               struct doca_flow_actions *actions_mask,
                               struct doca_flow_action_descs *descs)
{
        actions->outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;
        actions->outer.udp.src_port = 0x1234;
        actions_mask->outer.udp.src_port = 0xffff;
}
```

### Copy Field

The action descriptor can be used to copy between the packet field and metadata. For example:

```
#define META_U32_BIT_OFFSET(idx) (offsetof(struct doca_flow_meta, u32[(idx)]) << 3)

static void
create_copy_packet_to_meta_actions(struct doca_flow_match *match,
                                   struct doca_flow_action_desc *desc)
{
        desc->type = DOCA_FLOW_ACTION_COPY;
        desc->field_op.src.field_string = "outer.ipv4.src_ip";
        desc->field_op.src.bit_offset = 0;
        desc->field_op.dst.field_string = "meta.data";
        desc->field_op.dst.bit_offset = META_U32_BIT_OFFSET(1); /* Bit offset of meta.u32[1] *
}
```

### Multiple Actions List

Creating a pipe is possible using a list of multiple actions. For example:

```
static void
create_multi_actions_for_pipe_cfg()
{
    struct doca_flow_actions *actions_arr[2];
    struct doca_flow_actions actions_0 = {0}, actions_1 = {0};
    struct doca_flow_pipe_cfg *pipe_cfg;
    /* input configurations for actions_0 and actions_1 */
    actions_arr[0] = &actions_0;
    actions_arr[1] = &actions_1;
    doca_flow_pipe_cfg_set_actions(pipe_cfg, actions_arr, NULL, NULL, 2);
}
```

### Summary of Action Types

Expand

| Pipe Creation | | | | Entry Creation | Behavior |
|---|---|---|---|---|---|
| action_desc | | Pipe Actions | Pipe Actions Mask | Entry Actions | |
| doca_flow_action_type | Configuration | | | | |
| `DOCA_FLOW_ACTION_AUTO/ action_desc = NULL` | No specific config | `0` | `0` | N/A | Field ignored, no modification |
| | | `0` | `mask` != 0 | N/A | Apply `0` and `mask` to all entries |
| | | `val` != 0 && `val` != 0xFF | `mask` != 0 | N/A | Apply `val` and `mask` to all entries |
| | | `val` = 0xFF | `mask` = 0 | N/A | Apply `0xFF` to all entries |
| | | `val` = 0xFF | `mask` != 0 | Define `val` per entry | Apply entry's `val` and `mask` |
| `DOCA_FLOW_ACTION_ADD` Add field value or from `src` | Define only the `dst` field and width | `val` != 0 | N/A | N/A | Add to dst this `val` to all entries |
| | | `val` == 0 | N/A | Define `val` per entry | Add to dst entry's `val` |
| | Define the `src` and `dst` fields | Define the source and destination | N/A | N/A | Add data from `src` fields to |

### Queue Balancing for Non-shared Actions

For non-shared actions, each action resource handle is implicitly bound to a specific entry. To enable faster, lock-free access during entry creation, these action resource handles are cached on a per-queue basis, mirroring how entries are added.

Therefore, applications should distribute entry additions evenly across all available queues. This practice prevents cache fragmentation and ensures efficient use of action resources.

> ⓘ **Warning**
>
> If entries are distributed unevenly, it can lead to a worst-case scenario where the number of successfully attached action handles is slightly lower than the total number of defined resources, even if those resources are technically available system-wide.

### Setting Pipe Monitoring

If a meter policer should be used, then it is possible to have the same configuration for all policers on the pipe or to have a specific configuration per entry. The meter policer is determined by the FWD action. If an entry has NULL FWD action, the policer FWD action is taken from the pipe.

The monitor also includes the aging configuration, if the aging time is set, this entry ages out if timeout passes without any matching on the entry.

For example:

```
static void build_entry_monitor(struct doca_flow_monitor *monitor, void *user_ctx)
{
    monitor->aging_sec = 10;
}
```

Refer to **Pipe Entry Aged Query** for more information.

## Setting Pipe Forwarding

The FWD (forwarding) action is the last action in a pipe, and it directs where the packet goes next. Users may configure one of the following destinations:

- Send to software (representor)
- Send to wire
- Jump to next pipe
- Drop packets

The FORWARDING action may be set for pipe create, but it can also be unique per entry.

Pipe forwarding can be set either at creation time or be deferred to entry addition:

- If the `fwd.type` type is not `DOCA_FLOW_FWD_CHANGEABLE`, any match on the pipe, on any entry, is forwarded to the specified target
- If the `fwd.type` type is `DOCA_FLOW_FWD_CHANGEABLE`, the target would match on whatever is defined in the `fwd.type` field of the specific entry

Putting this logic in a table look like this:

| Pipe Fwd.type | Entry Fwd.type | Actual Forward | Comment |
|---|---|---|---|
| Equals `DOCA_FLOW_FWD_CHANGEABLE` | X | X | X must not equal `DOCA_FLOW_FWD_CHANGEABLE` |
| X != `DOCA_FLOW_FWD_CHANGEABLE` | Does not care | X | |

When a pipe includes meter monitor `<cir, cbs>`, it must h ave `fwd` defined as well as the policer.

The following is an RSS forwarding example:

```
fwd.type = DOCA_FLOW_FWD_RSS;
fwd.rss_type = DOCA_FLOW_RESOURCE_TYPE_NON_SHARED;
fwd.rss.queues_array = queues;
fwd.rss.outer_flags = DOCA_FLOW_RSS_IPV4 | DOCA_FLOW_RSS_UDP;
fwd.rss.nr_queues = 4;
```

Queues point to the `uint16_t` array that contains the queue numbers. When a port is started, the number of queues is defined, starting from zero up to the number of queues minus 1. RSS queue numbers may contain any subset of those predefined queue numbers. For a specific match, a packet may be directed to a single queue by having RSS forwarding with a single queue.

Changeable RSS forwarding is supported. When creating the pipe, the `num_of_queues` must be set to `0xffffffff`, then different forwarding RSS information can be set when adding each entry.

```
fwd->num_of_queues = 0xffffffff;
```

The packet is directed to the port. In many instances the complete pipe is executed in the hardware, including the forwarding of the packet back to the wire. The packet never arrives to the software.

Example code for forwarding to port:

```
struct doca_flow_fwd *fwd = malloc(sizeof(struct doca_flow_fwd));
memset(fwd, 0, sizeof(struct doca_flow_fwd));
fwd->type = DOCA_FLOW_FWD_PORT;
fwd->port_id = port_id; // this should the same port_id that was set in doca_flow_port_cfg_s
```

The type of forwarding is `DOCA_FLOW_FWD_PORT` and the only data required is the `port_id` as defined in `DOCA_FLOW_PORT`.

 **Note**

The destination port for any FWD action (identified by `fwd->port_id`) must be started in advance by calling `doca_flow_port_start()`.

> ✓ **Note**
>
> A single pipe cannot be created with both a changeable shared encap/decap action and a changeable FWD action simultaneously. This configuration is not supported.

Changeable port forwarding is also supported. When creating the pipe, the `port_id` must be set to `0xffff`, then different forwarding `port_id` values can be set when adding each entry.

```
fwd->port_id = 0xffff;
```

## Shared Resources

DOCA Flow supports several types of resources that can be shared. The supported types of resources can be:

- Meters
- Counters
- RSS queues
- PSPs
- Encap
- Decap
- IPsec SA

Shared resources can be used by several pipes and can save device and memory resources while promoting better performance.

To create and configure shared resource, the user should go through the steps detailed in the following subsections.

### Creating Shared Resource Configuration Object

Call `doca_flow_cfg_create(&flow_cfg)`, passing a pointer to `struct doca_flow_cfg` to be used to fill the required parameters for the shared resource.

> ✓ **Note**
>
> The `struct doca_flow_cfg` object is used for configuring other resources besides the aforementioned shared resources, but this section only refers to the configuration of shared resources.

### Setting Number of Shared Resources per Shared Resource Type

This can be done by calling `doca_flow_cfg_set_nr_shared_resource()`. Refer to the **API documentation** for details on the configuration process.

Conclude the configuration by calling `doca_flow_init()`.

### Configuring Shared Resource

When shared resources are allocated, they are assigned identifiers ranging from 0 and increasing incrementally. For example, if the user configures two shared counters, they would bear the identifiers 0 and 1.

> ✓ **Note**
>
> Note that each resource has its own identifier space. So, if users have two shared counters and three meters, they would bear identifiers 0..1 and 0..2 respectively.

Configuring the shared resources requires the user to call `doca_flow_shared_resource_set_cfg()`.

### Binding Shared Resource

A shared resource must be bound by calling `doca_flow_shared_resources_bind()` which binds the resource to a pointer. The object to which the resource is bound is usually a `struct doca_flow_port` pointer.

### Using Shared Resources

After a resource has been configured, it can be used by referring to its ID.

In the case of meters, counters, they are referenced through `struct doca_flow_monitor` during pipe creation or entry addition.

### Querying Shared Resource

Querying shared resources can be done by calling `doca_flow_shared_resources_query()`. The function accepts the resource type and an array of resource numbers and returns an array of `struct doca_flow_shared_resource_result` with the results.

### Shared Meter Resource

A shared meter can be used in multiple pipe entries (hardware steering mode support only).

The shared meter action marks a packet with one of three colors: Green, Yellow, and Red. The packet color can then be matched in the next pipe, and an appropriate action may be taken. For example, packets marked in red are usually dropped. So, the next pipe to meter action may have an entry which matches on red and has fwd type `DOCA_FLOW_FWD_DROP`.

DOCA Flow supports three marking algorithms based on RFCs: 2697, 2698, and 4115.

### RFC 2697 – Single-rate Three Color Marker (srTCM)



CBS (committed burst size) is the bucket size which is granted credentials at a CIR (committed information rate). If CBS overflow occurs, credentials are passed to the EBS (excess burst size) bucket. Packets passing through the meter consume credentials. A packet is marked green if it does not exceed the CBS, yellow if it exceeds the CBS but not the EBS, and red otherwise. A packet can have an initial color upon entering the meter. A pre-colored yellow packet will start consuming credentials from the EBS.

### RFC 2698 – Two-rate Three Color Marker (trTCM)



CBS and CIR are defined as in RFC 2697. PBS (peak burst size) is a second bucket which is granted credentials at a PIR (peak information rate). There is no overflow of credentials from the CBS bucket to the PBS bucket. The PIR must be equal to or greater than the CIR. Packets consuming CBS credentials consume PBS credentials as well. A packet is marked red if it exceeds the PIR. Otherwise, it is marked either yellow or green depending on whether it exceeds the CIR or not. A packet can have an initial color upon entering the meter. A pre-colored yellow packet starts consuming credentials from the PBS.

### RFC 4115 – trTCM without Peak-rate Dependency



EBS is a second bucket which is granted credentials at a EIR (excess information rate) and gets overflowed credentials from the CBS. For the packet marking algorithm, refer to RFC 4115.

All information rates (i.e., CIR, PIR, EIR) are measured in one of two units:

- Per bytes (`DOCA_FLOW_METER_LIMIT_TYPE_BYTES`); or
- Per packets (`DOCA_FLOW_METER_LIMIT_TYPE_PACKETS`)

The following sections present the steps for configuring and using shared meters to mark packets.

### Bandwidth Measurement

When testing a DOCA Flow meter, it is important to understand that the rate-limiting parameters (CIR, PIR, EIR) apply to the information rate, not the full L2 Ethernet frame. The information rate typically refers to the inner IP layer of the packet.

Because of this, to accurately measure the metered bandwidth and verify that it matches your settings, you must perform a mathematical adaptation to exclude the non-IP layer overhead from your byte count.

### Measurement Method

The recommended method is to take two measurements, 1 second apart, after the traffic stream has been stable for at least 5 seconds.

Terminology:

- `pckts1` and `bytes1` : The total number of packets and bytes measured at time $X$ (where $X \geq 5$ seconds).
- `pckts2` and `bytes2` : The total number of packets and bytes measured at time $X+1$ second.

The true metered bandwidth (in bytes per second) is the adapted byte count, which is calculated by subtracting the total overhead from the total bytes measured during that one-second interval:

```
Adapted Byte Count = (bytes2 - bytes1) - (overhead_bytes * (pckts2 - pckts1))
```

Here, `overhead_bytes` is the size of all non-IP-layer headers for your specific packet type.

### Overhead Examples

The `overhead_bytes` value depends on the packet's structure. Common examples include:

- Simple IP packets: `18 bytes`
  - (14-byte MAC header + 4-byte FCS)
- VLAN packets: `22 bytes`
  - (14-byte MAC header + 4-byte VLAN tag + 4-byte FCS)
- MPLS tunnel packets: `50 bytes`
  - (14-byte MAC header + 4-byte MPLS + 20-byte Tunnel IP + 8-byte Tunnel UDP + 4-byte FCS)

### Verifying the Rate

You can then compare the calculated bandwidth against your meter's settings:

- For byte-based limits ( `DOCA_FLOW_METER_LIMIT_TYPE_BYTES` ): The expected bandwidth is the Adapted Byte Count calculated above.
- For packet-based limits ( `DOCA_FLOW_METER_LIMIT_TYPE_PACKETS` ): The expected bandwidth is the packet delta: `(pckts2 - pckts1)` .

### Shared IPsec SA Resource

The Shared IPsec Security Association (SA) resource is used to manage the IPsec ESP protocol for both encryption and decryption. This resource is referenced from the `doca_flow_actions` struct via the `doca_flow_crypto_actions` field.

### Default Hardware Offload Behavior

By default, the resource manages the sequence number (SN) state in hardware (i.e., `sn_offload` is enabled). This includes:

- Encryption: Automatically incrementing the sequence number (SN) for each packet.
- Decryption: Performing anti-replay protection. The anti-replay status (syndrome) is stored in `meta.u32[0]` .

### Manual Software SN Control

To manage the sequence number in software, the `sn_offload` feature must be disabled in the port configuration passed to `doca_flow_port_start` (see the **DOCA API References** for details).

> ✓ **Note**
>
> When `sn_offload` is disabled, the following hardware offload fields in the resource configuration are ignored:
>
> - `sn_offload_type`
> - `win_size`
> - `sn_initial`
> - `lifetime_threshold`

### Querying the Resource

When `sn_offload` is enabled, you can query the shared IPsec SA resource to retrieve its current state:

- For an encryption resource: The query returns the current sequence number (SN).
- For a decryption resource: The query returns the lower bound of the anti-replay window.

> ✓ **Note**
>
> Querying the resource is not supported when `sn_offload` is disabled.

### State Maintenance

To ensure a valid resource state during operation, the `doca_flow_crypto_ipsec_resource_handle` function should be called periodically.

### Shared Encap Resource

The shared encap resource defines a specific, reusable encapsulation configuration. Each unique configuration, primarily defined by its reformat type (`is_l2`) and size, is represented by a shared encap ID.

This ID allows the same encapsulation to be applied across multiple pipes and entries.

Key characteristics:

- This feature is supported only in hardware steering mode.
- Once a shared encap resource is configured and assigned an ID, its settings (like type and size) cannot be modified.
- The "shared encap action" in a pipe uses this resource ID to encapsulate a packet with the pre-configured tunnel information.

### Shared Decap Resource

The shared decap resource defines a specific, reusable decapsulation configuration. Each unique configuration, primarily defined by its reformat type (`is_l2`) and size, is represented by a **shared decap ID**.

This ID allows the same decapsulation to be applied across multiple pipes and entries.

Key characteristics:

- This feature is supported only in hardware steering mode.
- Once a shared decap resource is configured and assigned an ID, its settings (like type and size) cannot be modified.
- If the `is_l2` flag is set to false (indicating a non-L2 decap), Ethernet information must be provided in the configuration.
- The "shared decap action" in a pipe uses this resource ID to decapsulate the packet according to the pre-configured rules.

### Shared PSP Resource

The PSP shared resource is used for PSP encryption. The resource should be pointed to from the `doca_flow_crypto_actions` struct in `doca_flow_actions`.

The resource should be configured with a key to encrypt the packets. See **DOCA API References** for PSP key generation for a reference about key handling on decrypt side.

## Creating a Pipe

Once all pipe parameters are defined, call `doca_flow_pipe_create` to create the pipe.

> ⓘ **Info**
>
> Refer to the **DOCA API documentation** to see which fields are optional and may be skipped. It is typically recommended to set optional fields to 0 when not in use. See **Miss Pipe and Control Pipe** for more information.

On success, this function returns a handle to the pipe, which is required when adding new entries. If creation fails, the function returns `NULL`. An error struct, if provided by the user, will be populated with the error details.

A pipe acts as a container for its entries. When a pipe is destroyed, all entries bound to it are automatically removed. For more details, see the **Pipe Entry** section.

### Implementing Priority

DOCA Flow does not have an explicit priority field for pipes or entries. Priority is managed through the order of operation and rule insertion.

- Chaining (Recommended) – The most explicit way to implement priority is to create a chain. Create a "miss" rule in a high-priority pipe that forwards traffic to the next, lower-priority pipe (e.g., match `PIPE1`, and on miss, jump to `PIPE2`).
- Insertion Order (Overlapping Entries) – Priority can also be determined by the order in which entries are added to pipes.
  - If two pipes have overlapping match criteria, the pipe whose entries were added last has the higher priority.
  - For example, to make `PIPE1` (high-priority) take precedence over `PIPE2` (low-priority), you must add all entries for `PIPE2` first, *followed* by the overlapping entries for `PIPE1`.

### Pipe Sizing and Caching

When you define the number of entries for a pipe, this number must account for both active entries and entries held in internal caches.

This means the actual number of entries your application can add will be less than the total defined size. The total number of cached entries is limited to (1K * number of queues), and this cache size cannot exceed 2% of the total pipe size.

### Pipe Entry (doca_flow_pipe_add_entry)

An entry is a specific instance inside of a pipe. When defining a pipe, users define match criteria (subset of fields to be matched), the type of actions to be done on matched packets, monitor, and, optionally, the FWD action.

When a user calls `doca_flow_pipe_add_entry()` to add an entry, they must define the values for the match criteria and action parameters. If a Forward (FWD) action was not defined as constant for the entire pipe, it is mandatory to specify the FWD action for each entry.

### Concurrency and Queue Affinity

DOCA Flow is designed to support millions of new entries per second. To achieve this, its architecture requires that entry-addition operations be parallelized.

This is managed by assigning a dedicated `pipe_queue` ID to each CPU core that will be adding entries. Having a unique queue ID per core prevents the need for data-structure locking and enables efficient, parallel interaction with the hardware.



> ⓘ **Warning**
>
> Each core must use its own dedicated `pipe_queue` ID when calling `doca_flow_pipe_add_entry`. Using the same `pipe_queue` ID from different cores simultaneously will cause a race condition and lead to undefined behavior.

### Usage Notes

- Applications must not add, remove, or update pipe entries from within a `doca_flow_entry_process_cb` callback.
- Applications should distribute entry additions evenly across all queues. This prevents cache fragmentation and ensures efficient resource use. In a worst-case scenario where entries are not balanced, the number of successfully inserted entries may be slightly lower than the total number defined during pipe creation.

### Failure Path

Entry insertion can fail in two places, `add_entry` and `add_entry_cb`.

- When `add_entry` fails, no cleanup is required.
- When `add_entry` succeeds, a handle is returned to the user. If the subsequent `add_entry_cb` fails, the user is responsible for releasing the handle through a `rm_entry` call. This `rm_entry` call is expected to return `DOCA_SUCCESS` and is expected to invoke `doca_rm_entry_cb` with a successful return code.

### Pipe Entry Counting

By default, no counter is added. If defined in monitor, a unique counter is added per entry.

> ✓ **Note**
>
> Having a counter per entry affects performance and should be avoided if it is not required by the application.

The retrieved statistics are stored in struct `doca_flow_query`.

> ✓ **Note**
>
> Counters have a granularity of 1 second.

### Pipe Entry Aged Query

When a user calls `doca_flow_aging_handle()`, this query is used to get the aged-out entries by the time quota in microseconds. The user callback is invoked by this API with the aged entries.

Since the number of flows can be very large, the query of aged flows is limited by a quota in microseconds. This means that it may return without all flows and requires the user to call it again. When the query has gone over all flows, a full cycle is done.

### Pipe Entry (doca_flow_pipe_update_entry)

Updating an entry requires available space in the pipe. If the pipe is full, the function returns `DOCA_ERROR_AGAIN`. To proceed with the update, you may need to release an existing entry to free up space.

### Pipes with Multiple Actions

Case 7:26-cv-00148-DC    Document 1-31    Filed 04/16/26    Page 26 of 41

DOCA Flow allows you to define a pipe with an array of multiple, distinct actions. This feature is useful for creating multiple flow entries that share the same match criteria but require different actions.

When adding or updating an entry (e.g., with `doca_flow_pipe_add_entry`), you select which action to execute by providing its index in the `action_idx` argument.

> ✓ **Note**
>
> Even if a pipe has multiple actions defined, only one action will be executed for any given packet that matches an entry.

Consider a case where two flows are needed with identical match criteria but different actions:

1. Pipe creation: A pipe is created with two actions defined in its `actions` array:
   - Index 0: An action to `modify_mac`.
   - Index 1: An action to `modify_ip`.
2. Entry addition:
   - Entry A is added (e.g., `match L4_PORT=80`) with its `action_idx` set to `0`. Packets matching this entry will have their MAC modified.
   - Entry B is added (e.g., `match L4_PORT=80`) with its `action_idx` set to `1`. Packets matching this entry will have their IP modified.

## Pipe Chaining, Priority, and Miss Handling

This section describes how to chain pipes together to implement priority, how to use Control Pipes to resolve complex matching conflicts, and how the Port Default Miss handler works.

### Implementing Priority with fwd_miss (Miss-Pipe Chaining)

DOCA Flow implements priority by chaining pipes. A pipe's `fwd_miss` handler defines what to do with a packet if it does not match any entry within that pipe. This allows you to create a "miss-pipe" chain:

1. A packet is looked up in `Pipe 1` (the highest priority table).
2. If it matches an entry, the action is taken.
3. If it does not match, the `fwd_miss` handler forwards the packet to `Pipe 2`.
4. The lookup process repeats in `Pipe 2`.

This `fwd_miss` behavior is configured in the `struct doca_flow_fwd` of a pipe. When creating a pipe, the `fwd_miss` struct's `next_pipe` field specifies where to send non-matching packets.

The `fwd_miss` handler only supports two forwarding types:

- `DOCA_FLOW_FWD_PIPE`: Forwards the packet to another pipe for further processing.
- `DOCA_FLOW_FWD_DROP`: Drops the packet.

> ✓ **Note**
>
> Other forwarding types, such as forwarding to a port or an RSS queue, are not supported in a `fwd_miss` handler.

### Root Pipes vs. Chained Pipes

A pipe's role is defined by the `is_root` flag in its `struct doca_flow_pipe_cfg`:

- `is_root = true`: This is a root pipe. It is executed immediately on packet arrival. Only one root pipe is allowed. If you need multiple root-level "pipes", you must create a single root control pipe that forwards packets to different non-root pipes.
- `is_root = false`: This is a non-root pipe (a "next pipe"). It is not executed on packet arrival and can only be reached by being the target of a `DOCA_FLOW_FWD_PIPE` action (e.g., from another pipe's entry or `fwd_miss` handler).

### Control Pipes and Prioritized Entries

Internally, DOCA Flow implements the `fwd_miss` handler as a flow entry with the lowest possible priority. This can create conflicts.

For example, consider a pipe that:

1. Matches specific VXLAN flows and sends them to RSS.
2. Has a `fwd_miss` handler to hairpin all other (non-matching) packets.

If a new VXLAN packet arrives for an IP that does not have a specific flow entry, it will not match (1) and will incorrectly fall through to (2), where it is hairpinned instead of being sent to RSS.

The solution is to use a Control Pipe. A Control Pipe allows you to add entries with *explicit* priorities, giving you fine-grained control to resolve these conflicts.

- You add prioritized entries to a Control Pipe by calling `doca_flow_control_pipe_add_entry()`.
- This function includes a `priority` field (where 0 is the highest and 7 is the lowest), which overrides the default insertion-order priority.

**Example for Resolving Conflicts with Control Entries**

Using the scenario above, you can fix the conflict with a Control Pipe:

1. Configure `fwd_miss` : Set the pipe's `fwd_miss` handler to hairpin packets. This creates an internal "hairpin" rule at the lowest priority (e.g., priority 7).
2. Add a control entry: Call `doca_flow_control_pipe_add_entry()` to add a new, higher-priority rule:
   - Priority: `6` (higher than the `fwd_miss` rule's priority of 7).
   - Match: Match *all* VXLAN packets (not just specific IPs).
   - Forward: Forward to the RSS pipe.

As a result, the new VXLAN packet no longer matches a specific IP, but it *will* match the new "all VXLAN" control entry at priority 6. It is correctly forwarded to RSS and never falls through to the lowest-priority (7) `fwd_miss` rule.

**Port Default Miss**

This is the final fallback action for the port, used when a pipe's `fwd_miss` is not set (i.e., `NULL` ).

By default, this forwards all non-matched traffic to the kernel and is active as soon as the port is started. The target of this default miss can be controlled using the following API:

```
enum doca_flow_port_default_miss_type {
    DOCA_FLOW_PORT_DEFAULT_MISS_KERNEL = 0,
    DOCA_FLOW_PORT_DEFAULT_MISS_RSS,
    DOCA_FLOW_PORT_DEFAULT_MISS_DROP,
};

doca_error_t doca_flow_port_update_default_miss(
    struct doca_flow_port *port,
    enum doca_flow_port_default_miss_type default_miss,
    bool counter_en
);

doca_error_t doca_flow_port_query_default_miss(
    struct doca_flow_port *port,
    struct doca_flow_resource_query *data
);
```

- The target of the default miss ( `KERNEL` , `RSS` , or `DROP` ) can be updated at any time.
- The counter ( `counter_en` ) can only be enabled *before* the first use of or update to the default miss, and it cannot be disabled once set.
- The `DOCA_FLOW_PORT_DEFAULT_MISS_RSS` option distributes packets over all existing RSS queues, hashing each packet using its L3/L4 information. Packets without a hashable L3/L4 header will receive a constant hash value.

**doca_flow_pipe_lpm**

The `doca_flow_pipe_lpm` pipe performs Longest Prefix Match (LPM) matching.

**LPM Logic**

LPM matching is performed on a single field specified at pipe creation, such as the outer destination IP. Each entry consists of a value and a mask (e.g., `10.0.0.0/8` , `10.10.0.0/16` ). The LPM match is defined as the entry with the maximum number of matching bits.

For example, given two entries, `10.0.0.0/8` and `10.7.0.0/16` :

- An incoming IP of `10.1.9.2` matches `10.0.0.0/8` .
- An incoming IP of `10.7.9.2` matches `10.7.0.0/16` , as its 16-bit prefix is the longest match.

**Exact Match (EM) Logic**

In addition to LPM, the pipe can simultaneously apply Exact Match (EM) logic. The EM result is combined with the LPM result using a logical AND. If a packet matches the LPM logic but *fails* the EM logic, it is considered a pipe miss.

EM logic is supported on a combination of the following fields:

- `meta.u32[1]`
- `inner.eth.dst_mac`
- `tun.vxlan_tun_id`

A field (e.g., inner destination MAC) cannot be used for both LPM and EM at the same time.

The primary benefit of EM logic is to allow multiple entries to share the same LPM but have different EM values. For example, an application can have multiple entries for the same IP prefix `1.1.1.1/32` that match different meta values, such as `42` , `555` , and `1020` .

> ✓ **Tip**
>
> Support for `meta.u32[1]` allows for EM on any field, as its value can be copied to `meta.u32[1]` in a preceding pipe.

**Enabling EM Logic**

Enabling EM logic is a two-step process:

1. At pipe creation:
   - Specify the LPM field using the `match` parameter.
   - Enable the EM fields by fully masking them in the `match_mask` parameter (e.g., set `match_mask.meta.u32[1]` to all `0xFF` s, and/or `inner.eth.dst_mac`, and/or `tun.vxlan_tun_id`).
   - If using `tun.vxlan_tun_id`, `match_mask.tun.type` must be set to `DOCA_FLOW_TUN_VXLAN`.

2. At entry addition:
   - Provide the LPM value and its corresponding prefix mask (e.g., `1.1.1.1` and `/32`) in the `match` and `match_mask` structures, respectively.
   - Provide the EM values (e.g., `meta.u32[1] = 42`) in the `match` structure. The `match_mask` is *only* for the LPM field's prefix mask.

**General Behavior and Limitations**

- Actions and forwarding: The `actions` and `fwd` configurations for an LPM pipe work the same as for a basic DOCA Flow pipe.
- Root pipe: A `doca_flow_pipe_lpm` cannot be a root pipe. A root pipe must be created to forward packets to the LPM pipe.
- LPM field support: LPM matching can only be performed on inner/outer IP addresses and inner/outer MAC addresses.
- Monitoring: The monitor (`doca_flow_monitor`) for an LPM pipe only supports non-shared counters. Other monitoring capabilities are not supported.
- Insertion latency: Entry insertion for an LPM pipe can, in some cases, take milliseconds.
  - Best practice: Entries should be added from a control path rather than a fast data path.
  - Performance: To get the best insertion performance, add entries in large batches.

## doca_flow_pipe_acl

`doca_flow_pipe_acl` uses a ccess-control list (ACL) matching. ACL matching is five tuple of the `doca_flow_match`. Each entry consists of a value and a mask (e.g., 10.0.0.0/8, 10.10.0.0/16, etc.) for IP address fields, port range, or specific port in the port fields, protocol, and priority of the entry.

ACL entry port configuration:

- Mask port is 0 ==> Any port
- Mask port is equal to match port ==> Exact port. Port with mask 0xffff.
- Mask port > match port ==> Match port is used as port from and mask port is used as port to

Monitor actions are not supported in ACL. FWD of the DOCA Flow ACL pipe works the same as the basic DOCA Flow pipe.

ACL supports the following types of FWD:

- `DOCA_FLOW_FWD_PORT`
- `DOCA_FLOW_FWD_PIPE`
- `DOCA_FLOW_FWD_DROP`

`doca_flow_pipe_acl` insertion max latency can be measured in milliseconds in some cases and, therefore, it is better to insert it from the control path. To get the best insertion performance, entries should be added in large batches.

> ✓ **Note**
>
> An ACL pipe is not currently supported for IPv6.

> ✓ **Note**
>
> An ACL pipe can be a root pipe.

> ✓ **Note**
>
> An ACL pipe can be in ingress and egress domain.

> ✓ **Note**
>
> The monitor (`doca_flow_monitor`) for an ACL pipe only supports non-shared counters. Other monitoring capabilities are not supported.

## doca_flow_pipe_ordered_list

`doca_flow_pipe_ordered_list` allows the user to define a specific order of actions and multiply the same type of actions (i.e., specific ordering between counter/meter and encap/decap).

An ordered list pipe is defined by an array of actions (i.e., sequences of actions). Each entry can be an instance of one of these sequences. An ordered list pipe may consist of up to an array of 8 different actions. The maximum size of each action array is 4 elements. Resource allocation may be optimized when combining multiple action arrays in one ordered list pipe.

## doca_flow_pipe_hash

The `doca_flow_pipe_hash` API allows for creating a pipe where entries are matched by an index, which is typically the result of a hash calculation on the packet.

Key characteristics of a hash pipe:

- A `doca_flow_match` structure is provided only at pipe creation.
- This `doca_flow_match` mask defines which packet fields are included in the hash calculation.
- Other features (e.g., `monitor`, `actions`, `fwd`) behave identically to a basic DOCA Flow pipe.
- The `nb_flows` (number of entries) defined in `doca_flow_pipe_attr` must be set to a power of 2.

### Hash Map Algorithms

The hash pipe's behavior is defined by its map algorithm, which can be set using `doca_flow_pipe_cfg_set_hash_map_algorithm()`.

> ⓘ **Info**
>
> If no algorithm is specified, the default `DOCA_FLOW_PIPE_HASH_MAP_ALGORITHM_HASH` is used.

The available algorithms are:

- `DOCA_FLOW_PIPE_HASH_MAP_ALGORITHM_HASH` – The default algorithm. Uses a standard hash function on the masked fields to calculate the index.
- `DOCA_FLOW_PIPE_HASH_MAP_ALGORITHM_RANDOM` – Directs packets to entries randomly. No match mask is required.
- `DOCA_FLOW_PIPE_HASH_MAP_ALGORITHM_IDENTITY` – Uses an identity function for mapping. This creates a one-to-one relationship between the hash value and the index.
- `DOCA_FLOW_PIPE_HASH_MAP_ALGORITHM_FLOODING` – Duplicates the packet to match the number of entries, causing the packet to hit all entries in the pipe.
  - Best practices for this design are shown in the "Flow Hash Flooding Pipe" sample.
  - The pipe is limited to a maximum of 254 entries.
  - This algorithm is not supported in the VNF egress direction.
  - Packet order is only guaranteed for the destination of the first entry.
  - `SECURE_EGRESS` limitation (pre-ConnectX-8) – If a hash pipe is in the `SECURE_EGRESS` domain, its flooding destination pipe cannot be a `SECURE_EGRESS` or `SECURE_INGRESS` pipe.
- `DOCA_FLOW_PIPE_HASH_MAP_ALGORITHM_SELECT_ENABLED` – Consistently directs packets to the same, single index within the pipe.

### Dynamic Algorithm Selection

It is possible to specify the hash algorithm dynamically when forwarding a packet from another pipe.

When `DOCA_FLOW_FWD_HASH_PIPE` is used as a forwarding action, the application can specify which algorithm to apply. This allows a single hash pipe to be used in multiple ways, processing packets with different logic as needed.

### Hardware Steering Mode

Users can enable hardware steering mode by setting devarg `dv_flow_en` to `2`.

The following is an example of running DOCA with hardware steering mode:

```
.... -a 03:00.0, dv_flow_en=2 -a 03:00.1, dv_flow_en=2....
```

The following is an example of running DOCA with software steering mode:

```
.... -a 03:00.0 -a 03:00.1 ....
```

The `dv_flow_en=2` means that hardware steering mode is enabled.

In the struct `doca_flow_cfg`, setting `mode_args` using (`doca_flow_cfg_set_mode_args()`) represents DOCA applications. If it is set with `hws` (e.g., `"vnf,hws"`, `"switch,hws"`, `"remmote_vnf,hws"`) then hardware steering mode is enabled.

In switch mode, `fdb_def_rule_en=0,vport_match=1,repr_matching_en=0,dv_xmeta_en=4` should be added to DPDK PMD devargs, which makes DOCA Flow switch module take over all the traffic.

To create an entry by calling `doca_flow_pipe_add_entry`, the parameter flags can be set as `DOCA_FLOW_WAIT_FOR_BATCH` or `DOCA_FLOW_NO_WAIT`:

- `DOCA_FLOW_WAIT_FOR_BATCH` means that this flow entry waits to be pushed to hardware. Batch flows then can be pushed only at once. This reduces the push times and enhances the insertion rate.
- `DOCA_FLOW_NO_WAIT` means that the flow entry is pushed to hardware immediately.

The parameter `usr_ctx` is handled in the callback set in struct `doca_flow_cfg`.

`doca_flow_entries_process` processes all the flows in this queue. After the flow is handled and the status is returned, the callback is executed with the status and `usr_ctx`.

If the user does not set the callback in `doca_flow_cfg`, the user can get the status using `doca_flow_entry_get_status` to check if the flow has completed offloading or not.

### Pipe Resize

The move to HWS improves performance because rule insertion is implemented in hardware rather than software. However, this move imposes additional limitations, such as the need to commit in advance on the size of the pipes (the number of rule entries). For applications that require pipe sizes to grow over time, a static size can be challenging: Committing to a pipe size too small can cause the application to fail once the number of rule entries exceeds the committed number, and pre-committing to an excessively high number of rules can result in memory over-allocation.

This is where pipe resizing comes in handy. This feature allows the pipe size to increase during runtime with support for all entries in a new resized pipe.

>  **Info**
>
> Pipe resizing is supported in a **basic pipe** and a **control pipe**.

#### Increasing Pipe Size

It is possible to set a congestion level by percentage (`CONGESTION_PERCENTAGE`). Once the number of entries in the pipe exceeds this value, a callback is invoked. For example, for a pipe with 1000 entries and a `CONGESTION_PERCENTAGE` of 80%, the `CONGESTION_REACHED` callback is invoked after the 800th entry is added.

Following the `CONGESTION_REACHED` callback, the application should call the pipe resize API (`resize()`). The following are optional callbacks during the resize callback:

- A callback on the new number of entries allocated to the pipe
- A callback on each entry that existed in the smaller pipe and is now allocated to the resized pipe

> ⓘ **Info**
>
> The pipe pointer remains the same for the application to use even after being resized.

Upon completion of the internal transfer of all entries from the small pipe to the resized pipe, a `RESIZED` callback is invoked.

A `CONGESTION_REACHED` callback is received exactly once before the `RESIZED` callback. Receiving another `CONGESTION_REACHED` only happens after calling `resize()` and receiving its completion with a `RESIZED` callback.

#### List of Callbacks

- `CONGESTION_REACHED` – on the updated number of entries in the pipe (if pipe is resizable)

  > ⓘ **Info**
  >
  > Receiving a `CONGESTION_REACHED` callback can occur after adding a small number of entries and for moving entries from a small to resized pipe. The application must always call pipe resize after receiving the `CONGESTION_REACHED` callback to handle such cases.

- `RESIZED` – upon completion of the resize operation

  > ✓ **Note**
  >
  > Calling pipe resize returns immediately. It starts an internal process that ends later with the `RESIZED` callback.

- `NR_ENTRIES_CHANGED` (optional) – on the new max number of entries in the pipe
- `ENTRY_RELOCATE` (optional) – on each entry moved from the small pipe to the resized pipe

#### Order of Operations for Pipe Resizing

1. Set a process callback on flow configuration:

   ```
   struct doca_flow_cfg *flow_cfg;
   doca_flow_cfg_create(&flow_cfg);
   doca_flow_cfg_set_cb_pipe_process(flow_cfg, <pipe-process-callback>);
   ```

   > ⓘ **Info**
   >
   > This informs on `OP_CONGESTION_REACHED` and `OP_RESIZED` operations when applicable.

2. Set the following pipe attribute configurations:

   ```
   struct doca_flow_pipe_cfg *pipe_cfg;
   doca_flow_pipe_cfg_create(&pipe_cfg, port);
   doca_flow_pipe_cfg_set_nr_entries(pipe_cfg, <initial-number-of-entries>);
   doca_flow_pipe_cfg_set_is_resizable(pipe_cfg, true);
   doca_flow_pipe_cfg_set_congestion_level_threshold(pipe_cfg, <CONGESTION_PERCENTAGE>)
   doca_flow_pipe_cfg_set_user_ctx(pipe_cfg, <pipe-user-context>);
   ```

```
# Optional for each pipe queue number to be excluded from entries process:
```

3. Start adding entries:

```
/* Basic pipe */
doca_flow_pipe_add_entry()
/* Control pipe */
doca_flow_pipe_control_add_entry()
```

4. Once the number of entries in the pipe crosses the congestion threshold, an `OP_CONGESTION_REACHED` operation callback is received.

5. Mark the pipe's congestion threshold event and, upon return, call `doca_flow_pipe_resize()`. For this call, add the following parameters:

   - The new threshold percentage for calculating the new size.
   - A callback on the new pipe size (optional):

     ```
     doca_flow_pipe_resize_nr_entries_changed_cb nr_entries_changed_cb
     ```

   - A callback on the entries to be transferred to the resized pipe:

     ```
     doca_flow_pipe_resize_entry_relocate_cb entry_relocation_cb
     ```

6. Call `doca_flow_entries_process()` per queue in a loop to trigger the transfer of entries (per queue). It is relevant for both a basic pipe and a control pipe.

7. At this phase, adding new entries to the pipe is permitted. The entries are added directly to the resized pipe and therefore do not need to be transferred.

8. Once all entries are transferred on all queues, an `OP_RESIZED` operation callback is received (in the context of the last thread calling entries process. Also, at this point a new `OP_CONGESTION_REACHED` operation callback can be received again.

At this point calling `doca_flow_entries_process()` can be stopped for a control pipe. For a basic pipe an additional call is required to complete the call to `doca_flow_pipe_add_entry()`.

> ⓘ **Info**
>
> `doca_flow_entries_process()` has the following roles:
>
> - Triggering entry transfer from the smaller to the bigger pipe (until an `OP_RESIZED` callback is received)
> - Follow up API on previous `add_entries` API (basic pipe relevance only)
> - If a specific queue is excluded on the resized pipe - calling entries process on that queue is not a must in order to receive the `OP_RESIZED` operation callback.
> - The `OP_RESIZED` callback can only be received on a pipe non-excluded queue.

### Excluded Queues

There are cases where an application uses a subset of queues for rules operations such as add/remove/update. On the other hand, resizing a pipe requires calling doca_flow_entries_process() on all queues to get an `OP_RESIZED` operation callback. This is where the excluded queues feature becomes handy: it enables excluding the pipe's queues where rule operations do not take part of.

- When calling pipe resize it is sufficient to process entries only on the non-excluded queues to get an `OP_RESIZED` operation callback for that pipe. Still - it is allowed to process entries of any queue (for any other pipe with this queue included).
- Before and during pipe destroy it is allowed to process entries (in parallel) on all pipe's excluded queues.

However, there are limitations when configuring a pipe's excluded queues:

- It is not allowed to add/remove/update entries on a pipe's excluded queues. There is no validity check or enforcement on this and it is up to the application to maintain this restriction. It is allowed to process entries of all queues at all times since `doca_flow_entreis_process()` API is not per pipe.

### Excluded queue syntax

```
struct doca_flow_pipe_cfg *pipe_cfg;

doca_flow_pipe_cfg_create(&pipe_cfg, port);
...
/* The next configuration should be repeated for each excluded queue number individually */
doca_error_t doca_flow_pipe_cfg_set_excluded_queue(struct doca_flow_pipe_cfg *pipe_cfg, u

# pipe_cfg - pointer to DOCA Flow pipe configuration struct.
# pipe_queue - the pipe queue number to exclude.
# Return code:
```

```
# - DOCA_SUCCESS - in case of success.
# - DOCA_ERROR_INVALID_VALUE - in case of invalid input.
```

> ⓘ **Warning**
>
> - An excluded queue number must be between 0 to (max queues - 1).
>
> - It is not allowed to exclude all queues of a pipe. At least one of the pipe's queues must remain non-excluded.

### Hairpin Configuration

In switch mode, if `dev` is set in struct `doca_flow_port_cfg` (using `doca_flow_port_cfg_set_dev()` ), then an internal hairpin is created for direct wire-to-wire fwd. Users may specify the hairpin configuration using `mode_args` . The supported options as follows:

- `hairping_num=[n]` – the hairpin queue number
- `use_huge_mem` – determines whether the Tx buffer uses hugepage memory
- `lock_rx_mem` – locks Rx queue memory

## Teardown

### Pipe Entry Teardown

When an entry is terminated by the user application or ages-out, the user should call the entry destroy function, `doca_flow_pipe_rm_entry()` . This frees the pipe entry and cancels hardware offload.

### Pipe Teardown

When a pipe is terminated by the user application, the user should call the pipe destroy function, `doca_flow_pipe_destroy()` . This destroys the pipe and the pipe entries that match it.

When all pipes of a port are terminated by the user application, the user should call the pipe flush function, `doca_flow_port_pipes_flush()` . This destroys all pipes and all pipe entries belonging to this port.

> ⓘ **Warning**
>
> During `doca_flow_pipe_destroy()` execution, the application must avoid adding/removing entries or checking for aged entries of any other pipes.

### Port Teardown

When the port is not used anymore, the user should call the port stop function, `doca_flow_port_stop()` . This stops the DOCA port, disables the traffic, destroys the port and frees all resources of the port.

### Flow Teardown

When the DOCA Flow is not used anymore, the user should call the flow destroy function, `doca_flow_destroy()` . This releases all the resources used by DOCA Flow.

## Metadata

> ⓘ **Info**
>
> In DOCA Flow, a scratch area of size up to `DOCA_FLOW_META_MAX` bytes is available throughout the pipeline. This area functions like transient memory, allowing applications to store, modify, and match metadata values across multiple pipes.

You can set metadata values manually or copy them from packet fields. These values can then be matched in later pipes, with support for bit masking in both matching and modification operations.

### Metadata Actions

Metadata can be modified using the following action types depending on their **masks** or descriptors:

- `SET` – Sets a metadata value from a pipe action or a specific entry action. The width of the value is defined by the action descriptor.
- `COPY` – Copies a value from a packet field, which can include other metadata fields. The width is also specified by the descriptor.

> ⓘ **Info**
>
> Refer to **DOCA API References** for details on `struct doca_flow_meta` .

## Behavior and Usage Considerations

Metadata fields behave similarly to variables in programming languages but have specific characteristics within DOCA Flow:

- Some fields may be internally used by DOCA Flow actions and can be overwritten with opaque values
- Most fields do not retain their values when the packet crosses between NIC and FDB domains ( i.e., if there is a transfer between two pipes belonging to the NIC and FDB domains the field data might be lost)
- Some fields support software datapath integration, allowing promotion to or from the software Rx/Tx paths.

### Metadata Field Breakdown

| Field | Description |
|---|---|
| `pkt_meta` | Intended exclusively for application use. Preserves its content across NIC/FDB domain boundaries. Available in the software Rx datapath. Values set in Tx can be observed in Rx. |
| `u32[0-3]` | Always available for application use. Content may not be preserved across NIC/FDB domain boundaries. May be used internally by DOCA Flow for certain pipe types or actions. |
| `u32[4]` | Always available for application use |
| `u32[5-max]` | Optionally available, depending on the hardware model, firmware configuration, and DOCA Flow operation mode |

### Pipe Design Consideration

Some pipe types or actions use specific bytes in the scratch area for internal operations. So, if:

1. PIPE-1 sets metadata
2. PIPE-A (intermediate) modifies the same bytes internally
3. PIPE-2 reads those bytes

Then the values may be overwritten by PIPE-A, leading to incorrect results in PIPE-2.

> ✓ **Tip**
>
> When designing a pipe tree, ensure metadata fields used across multiple pipes are not also internally consumed by intermediate pipes.

Some DOCA pipe types (or actions) use several bytes in the scratch area for internal usage. So, if the user has set these bytes in PIPE-1 and read them in PIPE-2, and between PIPE-1 and PIPE-2 there is PIPE-A which also uses these bytes for internal purposes, then these bytes are overwritten by the PIPE-A. This must be considered when designing the pipe tree.

### Scratch Area Usage by Pipe Type

The following table shows which scratch area bytes (metadata fields) are used internally by different DOCA Flow pipe types.

If the application writes to any of these fields before or after they are used internally by a pipe, the values may be overwritten.

| Pipe Type/Action | Elements Used in Scratch |
|---|---|
| Hash Pipe | `u32[3]` bits [31:16] |
| LPM Pipe | `u32[0]` |
| LPM Exact Match Pipe | `u32[0]`, `u32[1]` |
| ACL | `u32[0]` – `u32[3]` |
| IPsec Anti-Replay | `u32[0]` bits [7:0], `u32[1]` |
| METER COLOR | `u32[1]` bits [7:0] |
| NAT64 | `u32[0]` – `u32[2]` |

> ✓ **Note**

> When designing the pipeline, avoid reading or writing to metadata fields that are used internally by intermediate pipes.

## Supported Metadata Fields per Hardware and Mode

The number of available user metadata fields (starting from `u32[5]` ) depends on the hardware generation and operating mode. The following table details which fields are available for application use.

> ✓ **Note**
>
> Attempting to use an unavailable metadata field during pipe creation will cause the operation to fail.

| Hardware Type and Mode | Available Fields |
|---|---|
| Before ConnectX-7, VNF mode, over PF (switchdev mode) | `u32[5]` |
| Before ConnectX-7, VNF mode, over VF / PF (non-switchdev) | `u32[5]` – `u32[6]` |
| Before ConnectX-7, SWITCH mode | None |
| ConnectX-7 and above, VNF mode, over PF (switchdev mode) | `u32[5]` – `u32[8]` |
| ConnectX-7 and above, VNF mode, over VF / PF (non-switchdev) | `u32[5]` – `u32[9]` |
| ConnectX-7 and above, SWITCH mode | `u32[5]` – `u32[7]` |

> ✓ **Tip**
>
> The number of available fields listed above is the maximum. This number can be reduced by specific host configurations, firmware settings, or other enabled features.
>
> Always verify hardware capabilities and operating mode when designing pipelines that rely on these extended metadata fields. An API to query these capabilities will be provided in a future release.

## Custom Header

Network protocols evolve rapidly, often outpacing hardware support. To address the need for flexible packet processing, DOCA Flow provides support for custom headers. This allows applications to define and parse proprietary or new network protocols (such as GENEVE or eCPRI) directly in hardware without waiting for native firmware support.

## Network Header Properties

A network header can vary in format, field composition, and length. The Custom Header feature categorizes these properties into the following groups:

- Header length: Indicates the size of the header. It can be a fixed value or dynamic (determined by a specific field within the header). For example, the IPv4 header uses a 4-bit IHL field to indicate its length.
- Next protocol: Defines how the parser identifies the subsequent header. This can be a fixed protocol type or determined dynamically by a dedicated field. For instance, the `Protocol` field in an IPv4 header dictates whether the next header is TCP, UDP, etc.
- Data fields: Specific segments of the header exposed for application logic. Applications can match on or modify these fields.
- TLV options: Describes variable-length options (Type-Length-Value), including overall option length, starting offset, option type, and individual length fields.
- Preceding protocols: Specifies valid preceding headers. For example, a GENEVE header typically follows a UDP header; an eCPRI header may follow either UDP or L2 headers.
- Following protocols: Specifies valid subsequent headers. For example, a tunnel header might be followed by an inner L2 or L3 header.
- Special attributes: Defines protocol characteristics, such as whether the protocol acts as a tunnel (a split point between outer and inner layers).

## IPv4 Header Definition Example

The following table illustrates the structure of an IPv4 header. This layout serves as a reference for defining similar protocols using the Custom Header API.

| Byte | 0 | | | | | | | | 1 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Offset | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |

| IP v4 | Version | | | | Header Length | | | | TOS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Offset | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 |
| IP v4 | Identification | | | | | | | | | | | | | |
| Offset | 64 | 65 | 66 | 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 |
| IP v4 | Time to live | | | | | | | | Next Protocol | | | | | |
| Offset | 96 | 97-126 | | | | | | | | | | | | |
| IP v4 | Source IP address | | | | | | | | | | | | | |
| Offset | 128 | 129-258 | | | | | | | | | | | | |
| IP v4 | Destination IP address | | | | | | | | | | | | | |

- Header Length: This is a dynamic length determined by the 4-bit `IHL` field (bits 4-7). The value in this field is multiplied by 32 to calculate the total length in bits.
- Next Protocol: This is determined by the 8-bit `Protocol` field (bits 72-79). This value tells the parser which protocol header follows IPv4 (e.g., TCP, UDP).
- Data Fields: The application may define fields of interest for matching or modification, such as `Source IP` (32 bits at offset 96) and `Destination IP` (32 bits at offset 128).

## GENEVE Header Definition Example

The following table illustrates the structure of a GENEVE header, emphasizing variable-length options.

| Byte | 0 | | | | | | | | 1 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Offset | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| Geneve | Version | Options length | | | | | | | O | C | Reserved | | | |
| Offset | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 |
| Geneve | Virtual Network Identifier (VNI) | | | | | | | | | | | | | |

- Option Length: The 6-bit `Opt Len` field (bits 2-7) specifies the length of the options following the base header. The total length is calculated as `(Opt Len * 32) + 64` bits.
- Type: Hardware can match on the `Type` field (bits 72-79) to identify specific options, which is necessary because GENEVE options do not have a fixed order.
- Sample Fields: Applications can match or modify specific option data, such as `Option Class` and `Option Value`.

## GENEVE Option Definition Example

The following list describes the properties of a GENEVE header, specifically focusing on how the hardware handles variable-length options.

| Byte | 0 | | | | | | | | 1 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Offset | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| Option | Option Class | | | | | | | | | | | | | |
| Offset | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 |
| Option | Option value | | | | | | | | | | | | | |

- Option Length: This is a 5-bit field located at an offset of 27 bits. It specifies the length of the subsequent option data in 32-bit words. The hardware calculates the total header length by multiplying this value by 32 and adding the fixed header size (64 bits).
- Type: Located at an offset of 16 bits with a length of 8 bits. The hardware uses this value to identify specific options and capture the correct data into the configured sampler. This identification is essential because the order of GENEVE options is not fixed by the protocol; the hardware must match the type to locate the data.
- Sample Fields (`Option Class`, `Option Value`): These are the specific data fields the application intends to match or modify. For example, an application might define a sampler for the `Option Value`, located at an offset of 32 bits with a length of 32 bits.

### UDP Header Definition Example

The following table illustrates the structure of a UDP header.

| Byte | 0 | | | | | | | | 1 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Offset** | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| **UDP** | Source Port | | | | | | | | | | | | | |
| **Offset** | 32 | 33 | 34 | 35 | 36 | 37 | 38 | 39 | 40 | 41 | 42 | 43 | 44 | 45 |
| **UDP** | Header + Payload length | | | | | | | | | | | | | |

- Source/Destination Port: 16-bit fields typically used for matching or modification.
- Header Length: Fixed at 64 bits (8 bytes).
- Next Protocol: The UDP header does not contain an explicit "Next Protocol" field. The payload is treated as generic data unless a specific context (like a tunneling destination port, e.g., VXLAN on port 4789) implicitly defines the next layer.

## Custom Header Lifecycle

The following workflow describes the standard operation for custom headers:

1. **Define Structure:** The application defines the header layout (fields and lengths) based on the protocol specification.
2. **Create Parser Object:** The application creates a `doca_flow_parser` object. This object represents the new protocol header and is available for use across the DOCA instance. One object is created per protocol.
3. **Create Samplers:** The application creates "samplers" within the parser object. These identify specific data fields to be exposed for matching or modification.
4. **Set Attributes:** The application configures attributes such as header length calculation logic, next protocol identification, and tunnel behavior.
5. **Create Parse Graph:** The application creates one or more parse graphs. These graphs define the sequence of headers the hardware should expect.
6. **Define Arcs:** The application creates "arcs" to link native and custom headers within the graph, establishing valid transitions between protocols.
7. **Configure Match/Actions:** The application uses the `definition` structure to map new header fields to DOCA match and action APIs.
8. **Initialize:** The application initializes DOCA devices and binds the required parse graphs. Graphs can be bound to multiple devices; all ports on a device (VFs, SFs, representors) share the bound graphs.
9. **Teardown:** Upon exit, the application must destroy all custom header objects, parse graphs, and devices as part of the standard cleanup procedure.

1. application defines the header structures according to the protocol specification, or just the structure defining the necessary fields only
2. application creates the `custom header` object, which is DOCA global visible and represents the new protocol header applications wish to support. Application can support multiple new protocols and create multiple custom header objects, one per protocol
3. on top of the custom header object application creates the `samplers` - the local objects representing the data field to match on or modify with actions. Sampler can be configured to handle TLV option with a matched type value
4. application sets the custom header object attributes specifying how the header length should be calculated, whether there is a next protocol field, and whether the header is a tunnel header
5. application creates one or multiple `parse graph` objects, that is DOCA global visible object and represents the set of custom headers configured on one or more DOCA devices in hardware
6. on top of parge graph application creates an `arc`, the local object to link the native or custom headers in the header parsing chain. It tells the relations between headers and the following order
7. application configures *definitions* to represent the new header fields in DOCA match and actions structures. The required by `definitions` strings are provided from the created samplers
8. application initializes the `DOCA devices` and binds the required parse graphs. The parse graph can be bound to multiple devices, and multiple graphs can be bound to the same device. All network ports spawned on the top of the same device (VFs, SFs, representors) share the bound parse graphs
9. On the DOCA Flow, the library implicitly configures the hardware according to the configuration of the bound parse graphs, some firmware/hardware imposed errors might occur on this stage
10. application uses the match and action structure extensions provided by definitions to build the pipes matching on and modifying the fields in the custom headers
11. on exit application stops the DOCA Flow, destroys the devices, parse graphs, and custom headers – the usual cleanup procedure

## Match and Actions Fields

Custom header fields are presented to DOCA match and action APIs as byte arrays via the `definition` structure. If a field width is not byte-aligned, it is right-aligned within the array, occupying the lower bits.

The `valid_bit` field in the metadata indicates whether the custom header was successfully identified and parsed in the current packet. This ensures matches are only applied when the header is present.

## Known Limitations

There are some known limitations:

- Field alignment: Both the `next protocol` and dynamic `header length` fields must reside entirely within a single 32-bit word, aligned to the start of the header. They cannot cross a dword boundary due to hardware constraints.
- Header length field width: The supported width for a dynamic header length field is limited to 6 or 9 bits, depending on the hardware generation.
- Sampling limit: The total amount of data sampled for matching and modification cannot exceed eight 32-bit words (32 bytes) per header.
- Dummy fields: To maintain the correct header structure in software without exceeding the sampling limit, fields that are not required for matching can be defined as dummy fields in the configuration.
- Multiplier restrictions: The hardware calculates header length in 32-bit words. Therefore, multipliers of 1 (bytes) or 2 (16-bit words) are not fully supported due to hardware alignment behaviors.
- Parse graph vs. flow match: The input and output arcs defined in the parse graph configuration only instruct the hardware on *when* and *how* to capture sample fields from a recognized header. They do not enforce a match in the flow rules. It is the application's responsibility to ensure the flow rules explicitly match the required packet pattern (e.g., ensuring a specific header sequence exists) if strict adherence to the graph structure is required.

## NIC Configuration for Custom Header Support

The Flex Parser is a specialized hardware feature on BlueField DPUs that enables programmable parsing of protocol headers. While the NIC contains fixed, built-in parsers for standard protocols defined at the time of hardware development, the Flex Parser allows DOCA to define and handle new or modified protocols and options.

BlueField-2 and BlueField-3 models support a maximum of 8 concurrent Flex Parser units. However, the actual number available to the application may be lower if the firmware reserves specific units for internal use (e.g., to support newer network protocols).

Two non-volatile parameters control the Flex Parser configuration, which can be modified using the `mlxconfig` utility

- `PROG_PARSE_GRAPH` – Setting this value to `True` makes the Flex Parser feature available for host software usage.
- `FLEX_PARSER_PROFILE_ENABLE` – This setting configures how the firmware allocates internal Flex Parser units for specific protocols.

Configuration steps:

1. Check the current device settings:

```
mlxconfig -d /dev/mst/mt41686_pciconf0 query
```

2. Enable the Flex Parser feature for the host:

```
mlxconfig -d /dev/mst/mt41686_pciconf0 set PROG_PARSE_GRAPH=1
```

3. Set the profile enable bit (e.g., to 4) to allocate resources for the custom header feature.

```
mlxconfig -d /dev/mst/mt41686_pciconf0 set FLEX_PARSER_PROFILE_ENABLE=4
```

4. A cold reboot of the NIC is required for these non-volatile configuration changes to take effect.

```
mlxfwreset -d /dev/mst/mt41686_pciconf0 —yes r
```

## Packet Processing

In situations where there is a port without a pipe defined, or with a pipe defined but without any entry, the default behavior is that all packets arrive to a port in the software.



Once entries are added to the pipe, if a packet has no match then it continues to the port in the software. If it is matched, then the rules defined in the pipe are executed.



If the packet is forwarded in RSS, the packet is forwarded to software according to the RSS definition. If the packet is forwarded to a port, the packet is redirected back to the wire. If the packet is forwarded to the next pipe, then the software attempts to match it with the next pipe.

Note that the number of pipes impacts performance. The longer the number of matches and actions that the packet goes through, the longer it takes the hardware to process it. When there is a very large number of entries, the hardware must access the main memory to retrieve the entry context which increases latency.

## Debug and Trace Features

DOCA Flow supports trace and debugging of DOCA Flow applications which enable collecting predefined internal key performance indicators (KPIs) and pipeline visualization.

## Installation

The set of DOCA's SDK development packages include also a developer-oriented package that includes additional trace and debug features which are not included in the production libraries:

- `.deb` based systems – `libdoca-sdk-flow-trace`
- `.rpm` based systems – `doca-sdk-flow-trace`

These packages install the trace-version of the libraries under the following directories:

- `.deb` based systems – `/opt/mellanox/doca/lib/<arch>/trace`
- `.rpm` based systems – `/opt/mellanox/doca/lib64/trace`

## Using Trace Libraries

### Runtime Linking

The trace libraries are designed to allow a user to link their existing (production) program to the trace library without needing to recompile the program. To do so, one should simply update the matching environment variable so that the OS will prioritize loading libraries from the above trace directory.

The following is an example for such an update for the Ubuntu 22.04 BlueField image:

```
LD_LIBRARY_PATH=/opt/mellanox/doca/lib/aarch64-linux-gnu/trace:${LD_LIBRARY_PATH} doca_ipse
```

### Compilation

The trace-level development packages in the previous section provide additional compilation definitions ( `doca-flow-trace.pc` ) to be used in addition to the regular compilation definitions for the DOCA Flow SDK

library ( `doca-flow.pc` ). It is recommended to use these compilation definitions for the following scenarios:

- Static linking of the trace-level DOCA Flow library into your program
- Regular (dynamic) linking of the trace-level DOCA Flow library into your program during development and testing

Although the latter could also be determined at runtime as explained in the previous section, many developers find it handy to compile directly against the trace version during initial development phases.

## Trace Features

### DOCA Log – Trace Level

DOCA's trace logging level ( `DOCA_LOG_LEVEL_TRACE` ) is compiled as part of this trace version of the library. That is, any program compiled against the library can activate this additional logging level through DOCA's API or even through DOCA's built-in argument parsing (ARGP) library:

```
LD_LIBRARY_PATH=/opt/mellanox/doca/lib/aarch64-linux-gnu/trace:${LD_LIBRARY_PATH} doca_ipsec
```

### DOCA Flow – Additional Sanity Checks

When using the trace version of the library, additional input sanitation checks are added, at the cost of introducing minor performance implications. These checks are meant to assist developers in their early steps of using the library, as they provide early detection and improved logging for common coding mistakes.

## DOCA Flow Samples

This section provides DOCA Flow sample implementation on top of the BlueField.

> ⓘ **Info**
>
> All the DOCA samples described in this section are governed under the BSD-3 software license agreement.

### Sample Prerequisites

A DOCA Flow-based program can either run on the host machine or on the BlueField.

Flow-based programs require an allocation of huge pages, hence the following commands are required:

```
$ echo '1024' | sudo tee -a /sys/kernel/mm/hugepages/hugepages-2048kB/nr_hugepages
$ sudo mkdir /mnt/huge
$ sudo mount -t hugetlbfs -o pagesize=2M nodev /mnt/huge
```

### Running the Sample

1. Refer to the following documents:
   - **DOCA Installation Guide for Linux** for details on how to install BlueField-related software.
   - **DOCA Troubleshooting** for any issue you may encounter with the installation, compilation, or execution of DOCA samples.
2. To build a given sample, run the following command. If you downloaded the sample from GitHub, update the path in the first line to reflect the location of the sample file:

```
cd /opt/mellanox/doca/samples/doca_flow/<sample_name>
meson /tmp/build
ninja -C /tmp/build
```

> ✓ **Note**
>
> The binary `doca_<sample_name>` will be created under `/tmp/build/`.

3. Sample (e.g., `flow_aging` ) usage:

```
Usage: doca_flow_aging [DPDK Flags] -- [DOCA Flags]

DOCA Flags:
  -h, --help                      Print a help synopsis
  -v, --version                   Print program version information
  -l, --log-level                 Set the (numeric) log level for the program
  --sdk-log-level                 Set the SDK (numeric) log level for the prog
  -j, --json <path>               Parse command line flags from an input json
```

4. For additional information per sample, use the `-h` option after the `--` separator:

```
/tmp/build/doca_<sample_name> -- -h
```

5. The following is an example from an execution on the DPU:

- CLI example for running the samples with "vnf" mode:

```
/tmp/build/doca_<sample_name> -- -a aux/2 -a aux/3 -l 60
```

- CLI example for running the VNF samples with `vnf,hws` mode:

```
/tmp/build/doca_<sample_name> -- -a aux/2,dv_flow_en=2 -a aux/3,dv_flow_en=2 -l 60
```

- CLI example for running the switch samples with `switch,hws` mode:

```
/tmp/build/doca_<sample_name> -- -r pci/03:00.0,pf0sf[2-3] -l 60
```

✓ **Note**

When running on the BlueField with `switch,hws` mode , it is not necessary to configure the OVS. DOCA switch sample hides the extra `fdb_def_rule_en=0,vport_match=1,repr_matching_en=0,dv_xmeta_en=4` DPDK devargs with a simple `-r` to specify the PCIe ID and representor information.

✓ **Note**

When running on the DPU using the command above, sub-functions must be enabled according to the **BlueField Scalable Function User Guide**.

✓ **Note**

When running on the host, virtual functions must be used according to the instructions in the **DOCA Virtual Functions User Guide**.

✓ **Note**

For additional information regarding the command line syntax of the device and device representor identifiers, please referr to the matching section in the **DOCA Arg Parser Guide**.

## Field String Mapping

### Field String Supported Actions

The following is a list of all the API fields available for matching criteria and action execution.

Expand



| String Field | Path in The Structure | |
|---|---|---|
| | Match | Actio |
| `meta.data` (bit_offset < 32) | `meta.pkt_meta` | `meta` |
| `meta.data` (bit_offset ≥ 32) | `meta.u32[i]` | `meta` |
| `parser_meta.hash.result` | None. See section "**Copy Hash Result**" for details | |
| `parser_meta.port.id` | `parser_meta.port_id` | |
| `parser_meta.ipsec.syndrome` | `parser_meta.ipsec_syndrome` | |
| `parser_meta.psp.syndrome` | `parser_meta.psp_syndrome` | |
| `parser_meta.random.value` | `parser_meta.random` | |
| `parser_meta.meter.color` | `parser_meta.meter_color` | |
| `parser_meta.packet_type.l2_outer` | `parser_meta.outer_l2_type` | |

| String Field | Path in The Structure | |
|---|---|---|
| | Match | Actio |
| parser_meta.packet_type.l3_outer | parser_meta.outer_l3_type | |
| parser_meta.packet_type.l4_outer | parser_meta.outer_l4_type | |
| parser_meta.packet_type.l2_inner | parser_meta.inner_l2_type | |
| parser_meta.packet_type.l3_inner | parser_meta.inner_l3_type | |
| parser_meta.packet_type.l4_inner | parser_meta.inner_l4_type | |

1. This is a mandatory field for VXLAN-GPE matching. ↵
2. `tun.vxlan_tun_rsvd1` modifications only work for traffic with the default UDP destination port (i.e., 4789 for VXLAN and VXLAN-GBP and 4790 for VXLAN-GPE) ↵ ↵ ↵

## Non-Matchable Field Strings

Users can modify fields which are not included in `doca_flow_match` structure.

### Copy Hash Result

You can copy the the matcher hash calculation into other fields using the `"parser_meta.hash.result"` string.

### Copy UTC Timestamp Value

You can copy the NIC hardware timestamp value into other fields using `"parser_meta.utc.time"` string.

### Copy GENEVE Options

User can copy GENEVE option type/class/data using the following strings:

- `"tunnel.geneve_opt[i].type"` – Copy from/to option type (only for option configured with `DOCA_FLOW_PARSER_GENEVE_OPT_MODE_MATCHABLE`).
- `"tunnel.geneve_opt[i].class"` – Copy from/to option class (only for option configured with `DOCA_FLOW_PARSER_GENEVE_OPT_MODE_MATCHABLE`).
- `"tunnel.geneve_opt[i].data"` – Copy from/to option data, the bit offset is from the start of the data.

`i` is the index of the option in `tlv_list` array provided in `doca_flow_parser_geneve_opt_create`

© Copyright 2026, NVIDIA. Last updated on Mar 2, 2026



**Corporate Info**     **NVIDIA Developer**     **Resources**

NVIDIA.com Home     Developer Home     Contact Us

About NVIDIA     Blog     Developer Program

Privacy Policy | Your Privacy Choices | Terms of Service | Accessibility | Corporate Policies | Product Security | Contact

Copyright © 2026 NVIDIA Corporation