# EXHIBIT 32



### DOCA Documentation v3.3.0

Data Center / Cloud

Generative AI / LLMs

Robotics

Content Creation / Rendering

Data Science

Networking

Simulation / Modeling / Design

Conversational AI

Forums

Sign In

Search DOCA Documentation v3.

Topics

v3.3.0 › DOCA Overview

**On This Page**

Introduction
Installation
API
Programming Guides
Applications
Tools
Services

## DOCA Overview

Is this page helpful?

This is an overview of the structure of NVIDIA DOCA documentation. It walks you through DOCA's developer zone portal which contains all the information about the DOCA toolkit from NVIDIA, providing all you need to develop NVIDIA® BlueField®-accelerated applications and the drivers for the host.

### Introduction

The NVIDIA DOCA™ Framework enables rapidly creating and managing applications and services on top of the BlueField networking platform, leveraging industry-standard APIs. With DOCA, developers can deliver breakthrough networking, security, and storage performance by harnessing the power of NVIDIA's BlueField data-processing units (DPUs) and SuperNICs. Installing DOCA on your host provides all the necessary drivers and tools to manage NVIDIA® BlueField® and NVIDIA® ConnectX® devices.



DOCA Framework includes the DOCA-Host package and the BlueField Software Bundle for BlueField Arm:

- BlueField Software Bundle (BF-Bundle) is the software package installed on the BlueField Arm cores
- DOCA-Host is the software package installed on the host server which includes different DOCA installation profiles

The BlueField Software Bundle includes:

- The DOCA runtime drivers and libs installed on top of the BlueField Platform
- The OS installed on the BlueField Platform
- The BlueField Platform Software (i.e., firmware and UEFI bootloader)

DOCA provides all the required libraries and drivers for hosts that include NVIDIA Networking platforms (i.e., BlueField and ConnectX) with a dedicated DOCA-Host package installation.





DOCA Documentation v3.3.0

DOCA Framework

DOCA SDK                                                                    —

   DOCA Overview

   ⌄ DOCA Release Notes

      BlueField and DOCA User Types

   ⌄ DOCA EULA

Quick Start for BlueField Developers                                        +

Installation and Setup                                                      +

DOCA Programming Guide                                                      +

DOCA Reference Applications                                                 +

DOCA Tools                                                                  +

DOCA Services                                                              +

API References

DOCA Troubleshooting                                                        +

Miscellaneous (Runtime)                                                     +

Archives

## Applications

Applications are a higher-level reference code than the samples and demonstrate how a full DOCA-based program can be built. In addition to the supplied source code and compilation definitions, the applications are also shipped in their compiled binary form. This is to allow users an out-of-the-box interaction with DOCA-based programs without the hassle of a developer-oriented compilation process.

Many DOCA applications combine the functionality of more than one DOCA library and offer an example implementation for common scenarios of interest to users such as application recognition according to incoming/outgoing traffic, scanning files using the hardware RegEx acceleration, and much more.

For more information about DOCA applications, refer to **DOCA Reference Applications**.

## Tools

Some of the DOCA libraries are shipped alongside helper tools for both runtime and development. These tools are often an extension to the library's own API and bridge the gap between the library's expected input format and the input available to the users.

For more information about DOCA tools, refer to **DOCA Tools**.

## Services

DOCA services are containerized DOCA-based programs that provide an end-to-end solution for a given use case. DOCA services are accessible as part of NVIDIA's container catalog (NGC) from which they can be easily deployed directly to BlueField, and sometimes also to the host.

For more information about container-based deployment to the BlueField Platform, refer to the **DOCA Container Deployment Guide**.

For more information about DOCA services, refer to the **DOCA Services**.



ⓘ **Info**

For questions, comments, and feedback, please contact us at **doca-feedback@nvidia.com**.

© Copyright 2026, NVIDIA. Last updated on Mar 2, 2026

**Corporate Info**

**NVIDIA Developer**

**Resources**

NVIDIA.com Home

Developer Home

Contact Us

About NVIDIA

Blog

Developer Program

Privacy Policy | Your Privacy Choices | Terms of Service | Accessibility | Corporate Policies | Product Security | Contact

Copyright © 2026 NVIDIA Corporation