# EXHIBIT 34

Datasheet





# NVIDIA BlueField-4

The 800 Gb/s DPU for powering gigascale
AI factories.

The NVIDIA® BlueField®-4 data processing unit (DPU) is an accelerated infrastructure platform purpose-built for gigascale AI factories, delivering throughput up to 800 gigabits per second (Gb/s). By combining the NVIDIA Grace™ CPU for high-performance computing with NVIDIA® ConnectX®-9 networking, BlueField-4 unlocks new levels of acceleration, efficiency, and cybersecurity, powering every layer of AI data center infrastructure.

The platform integrates powerful data processing, native service function chaining, built-in security acceleration, and massive I/O performance. BlueField drives efficiency across the data center as a data processing unit in AI compute nodes and as a high-performance storage controller that enables accelerated, secure, and software-defined access to data. AI-native organizations, service providers, and enterprises can now build multi-tenant AI infrastructure and data platforms with greater scale, achieving peak workload and power efficiency while supporting high-performance storage, rapid data access, and large-scale inference.

## Accelerate AI Infrastructure

BlueField-4 is an open, programmable platform powered by NVIDIA DOCA™, designed to accelerate, protect, and scale modern AI infrastructure. It natively runs DOCA microservices, delivering prebuilt, containerized applications for AI networking, orchestration, real-time threat detection, and data storage acceleration with higher efficiency and throughput.

The BlueField architecture spans the full NVIDIA AI infrastructure portfolio—from computing systems to scale-out data center designs. It serves as the infrastructure control plane in AI factories and cloud environments, separating infrastructure management from tenant workloads. Enterprises can further extend functionality by leveraging a broad range of accelerated infrastructure and cybersecurity applications from leading software providers.

The BlueField-4 platform also introduces the Advanced Secure Trusted Resource Architecture (ASTRA), designed to extend security and manageability in the NVIDIA Rubin platform with NVIDIA ConnectX SuperNIC™ cards, enabling secure bare-metal compute instances with zero-trust tenant isolation and full software-defined infrastructure control.

## Product Specifications

**Supported Network Protocols**

> Ethernet

> InfiniBand

**Maximum Bandwidth**

> 800 Gb/s

**Network Speeds**

> 800G per port, 200G SerDes

**Compute**

> 64x Arm Neoverse V2 cores

**Memory**

> 128GB LPDDR5

**Host Interface**

> PCIe Gen6 x16

**Portfolio**

> Server-hosted DPU:

>> PCIe form factor

>> Vera Rubin NVL72 form factor

> Self-hosted storage controller:

>> PCIe form factor

## Powering Efficient AI Storage Platforms

NVIDIA BlueField-4 is an advanced processor to power software-defined, accelerated data storage platforms for AI factories. By providing storage acceleration for data movement, data protection, and security services, BlueField-4 enables AI storage builders to deliver low-latency, high-throughput access for inference, training, and agentic workloads.

With unmatched performance, storage processing, and built-in cybersecurity, BlueField-4 redefines infrastructure acceleration, empowering organizations to build and operate AI factories with efficiency, agility, and trust.

**Key Features**

| | |
|---|---|
| **Network interface** | > Bandwidth: 800 Gb/s<br>> 200/100/50 Gb/s PAM4 and 25 Gb/s NRZ<br>> Up to 800 Gb/s per port<br>> Support up to 8 split ports |
| **PCIe interface** | > Server-hosted DPU:<br>  • PCIe Gen 6<br>  • NVIDIA SocketDirect<br>> Self-hosted storage controller:<br>  • PCIe 5.0 x32 |
| **Compute and memory** | > 64 Neoverse Arm V2<br>> 114 MB shared L3 cache<br>> 128 GB on-board LPDDR5x<br>> 512 GB on-board pluggable SSD<br>> Programmable data path accelerator:<br>  • 16 cores, 256 threads<br>  • Heavy multi-threading applications acceleration<br>  • Generic device emulation<br>  • DOCA programmable |
| **Storage** | > BlueField SNAP file system/block storage emulation<br>> VirtIO and NVMe emulated PCIe devices<br>> NVMe-oF, S3 over RDMA, NVMe/TCP client and target controller accelerations<br>> T10-Diff<br>> AES-XTS 256/512-key data-at-rest acceleration<br>> Real-time data inspection and threat detection<br>> GPUDirect® Storage |

**Key Features**

| Cybersecurity | > Real-time AI workload threat detection |
| --- | --- |
| | > Isolated trust domain |
| | > Connection tracking for stateful firewall |
| | > AES-GCM 128/256-key data-in-motion accelerations: IPsec, TLS, PSP |
| | > Platform security: |
| |    • Secure boot with hardware root of trust |
| |    • Secure firmware update |
| |    • Flash encryption |
| |    • Device attestation (SPDM 1.1) |
| AI networking | > RDMA and RoCEv2 |
| | > NVIDIA Spectrum-X™ Ethernet |
| | > Programmable RDMA transport |
| | > Advanced, programmable congestion control |
| | > NVIDIA Inference Transfer Library (NIXL) |
| | > NVIDIA GPUDirect RDMA |
| | > In-network computing |
| Cloud networking | > ASAP² Accelerated Switching & Packet Processing™ for SDN and VNF |
| | > Flexible overlay encapsulation (VxLAN, NVGRE, Geneve) |
| | > Programmable flexible parser: user-defined classification |
| | > Stateless TCP offloads |
| Management and control | > Advanced Secure Trusted Resource Architecture (ASTRA) |
| | > Integrated BMC |
| | > 1GbE out-of-band management port |
| | > Management capabilities using Redfish protocol |
| | > MCTP over SMBus and PCIe PLDM for:: |
| |    • Monitor and control DSP0248 |
| |    • Firmware update DSP0267 |
| |    • Redfish device enablement DSP0218 |
| |    • Field-replaceable unit (FRU) DSP0257 |
| |    • Security Protocols and Data Models (SPDM) DSP0274 |
| Network boot | > InfiniBand or Ethernet |
| | > Preboot eXecution Environment (PXE) boot |
| | > Unified Extensible Firmware Interface (UEFI) |

* This section describes hardware features and capabilities. For feature availability, refer to the NVIDIA DOCA release notes.

## Ready to Get Started?

To learn more about the NVIDIA BlueField platform, visit:
nvidia.com/dpu or contact an NVIDIA sales representative:
nvidia.com/networking-contact-sales

© 2026 NVIDIA Corporation and affiliates. All rights reserved. NVIDIA, the NVIDIA logo, ASAP² Accelerated Switching & Packet Processing, BlueField, ConnectX, DOCA, GPUDirect, Grace, Spectrum-X, and SuperNIC are trademarks and/or registered trademarks of NVIDIA Corporation and affiliates in the U.S. and other countries. Other company and product names may be trademarks of the respective owners with which they are associated. 4686050. JAN26

