# EXHIBIT 38



# DOCA Flow

# Table of contents

DOCA Flow Connection Tracking                                             134

DOCA Flow Tune Server                                                     169

This guide describes how to deploy the DOCA Flow library, the philosophy of the DOCA Flow API, and how to use it. The guide is intended for developers writing network function applications that focus on packet processing (such as gateways). It assumes familiarity with the network stack and DPDK.

# 1. Introduction

DOCA Flow is the most fundamental API for building generic packet processing pipes in hardware. The DOCA Flow library provides an API for building a set of pipes, where each pipe consists of match criteria, monitoring, and a set of actions. Pipes can be chained so that after a pipe-defined action is executed, the packet may proceed to another pipe.

Using DOCA Flow API, it is easy to develop hardware-accelerated applications that have a match on up to two layers of packets (tunneled).

- MAC/VLAN/ETHERTYPE

- IPv4/IPv6

- TCP/UDP/ICMP

- GRE/VXLAN/GTP-U/ESP/PSP

- Metadata

The execution pipe can include packet modification actions such as the following:

- Modify MAC address

- Modify IP address

- Modify L4 (ports)

- Strip tunnel

- Add tunnel

- Set metadata

- Encrypt/Decrypt

The execution pipe can also have monitoring actions such as the following:

- Count

- Policers

The pipe also has a forwarding target which can be any of the following:

- Software (RSS to subset of queues)

- Port

- Another pipe

- Drop packets

## 2. Prerequisites

A DOCA Flow-based application can run either on the host machine or on an NVIDIA® BlueField® DPU target. Flow-based programs require an allocation of huge pages, hence the following commands are required:

```
echo '1024' | sudo tee -a /sys/kernel/mm/hugepages/hugepages-2048kB/nr_hugepages
sudo mkdir /mnt/huge
sudo mount -t hugetlbfs nodev /mnt/huge
```

> (i) **Note**
>
> On some operating systems (RockyLinux, OpenEuler, CentOS 8.2) the default huge page size on the DPU (and Arm hosts) is larger than 2MB, often 512MB. Users can check the size of the huge pages on their OS using the following command:
>
> ```
> $ grep -i huge /proc/meminfo
>
> AnonHugePages:          0 kB
> ShmemHugePages:         0 kB
> ```

```
FileHugePages:           0 kB
HugePages_Total:         4
HugePages_Free:          4
HugePages_Rsvd:          0
HugePages_Surp:          0
Hugepagesize:        524288 kB
Hugetlb:             6291456 kB
```

In this case, instead of allocating 1024 pages, users should only allocate 4:

```
echo '4' | sudo tee -a
/sys/kernel/mm/hugepages/hugepages-
524288kB/nr_hugepages
```

# 3. Architecture

The following diagram shows how the DOCA Flow library defines a pipe template, receives a packet for processing, creates the pipe entry, and offloads the flow rule in NIC hardware.



Features of DOCA Flow:

- User-defined set of matches parser and actions

- DOCA Flow pipes can be created or destroyed dynamically

- Packet processing is fully accelerated by hardware with a specific entry in a flow pipe

- Packets that do not match any of the pipe entries in hardware can be sent to Arm cores for exception handling and then reinjected back to hardware

The DOCA Flow pipe consists of the following components:

- Monitor (MON in the diagram) - counts, meters, or mirrors

- Modify (MDF in the diagram) - modifies a field

- Forward (FWD in the diagram) - forwards to the next stage in packet processing

## 4. Steering Domains

DOCA Flow organizes pipes into high-level containers named domains to address the specific needs of the underlying architecture.

A key element in defining a domain is the packet direction and a set of allowed actions.

- A domain is a pipe attribute (also relates to shared objects)

- A domain restricts the set of allowed actions

- Transition between domains is well-defined (packets cannot cross domains arbitrarily)

- A domain may restrict the sharing of objects between packet directions

- Packet direction can restrict the move between domains

## 4.1 List of Steering Domains

DOCA Flow provides the following set of predefined steering domains:

| Domain | Description |
|---|---|
| `DOCA_FLOW_PIPE_DOMAIN_DEFAULT` | <ul><li>Default domain for actions on ingr</li><li>Encapsulated and secure actions a allowed here</li><li>The next milestone is queue or pip EGRESS domain</li><li>Miss action is: Drop</li></ul> |
| `DOCA_FLOW_PIPE_DOMAIN_SECURE_INGRESS` | <ul><li>For secure actions on ingress traff</li><li>Encapsulation and encrypting actio allowed here</li><li>The only allowed domain for decry actions</li><li>The next milestone is queue or pip DEFAULT or EGRESS domain</li><li>Only meta register is preserved</li><li>Miss action is: Drop</li><li>Memory may be optimized if set w `DOCA_FLOW_DIRECTION_NETWOR` direction information</li></ul> |
| `DOCA_FLOW_PIPE_DOMAIN_EGRESS` | <ul><li>Domain for actions on egress traff</li><li>Decapsulation and secure actions allowed here</li><li>The next milestone is wire/represe in SECURE_EGRESS domain</li></ul> |

| Domain | Description |
| --- | --- |
| | • Miss action is: Send to wire/represe |
| `DOCA_FLOW_PIPE_DOMAIN_SECURE_EGRESS` | • Domain for secure actions on egre<br>• Decapsulation actions are not allov<br>• The only allowed domain for encry<sub></sub> action<br>• The next milestone is wire/represer<br>• Miss action is: Send to wire/represe<br>• Memory may be optimized if set w `DOCA_FLOW_DIRECTION_HOST_T` direction information |

## 4.2 Domains in VNF Mode



### 4.3 Domains in Switch Mode



# 5. API

DOCA API is available through the NVIDIA DOCA Library APIs page.



(i) **Info**

The pkg-config ( `*.pc` file) for the DOCA Flow library is `doca-flow`.

# 6. Flow Life Cycle

## 6.1 Initialization Flow

Before using any DOCA Flow function, it is mandatory to call DOCA Flow initialization, `doca_flow_init()`, which initializes all resources required by DOCA Flow.

### 6.1.1 Pipe Mode

This mode ( `mode_args` ) defines the basic traffic in DOCA. It creates some miss rules when a DOCA port initializes. Currently, DOCA supports 3 modes:

- `vnf`

  A packet arriving from one of the device's ports is processed, and can be sent to another port. By default, missed packets go to RSS.

  The following diagram shows the basic traffic flow in `vnf` mode. Packet1 firstly misses and is forwarded to host RSS. The app captures this packet and decides how to process it and then creates a pipe entry. Packet2 will hit this pipe entry and do the action, for example, for VXLAN, will do decap, modify, and encap, then is sent out from P1.images/download/attachments/2815015295/vnf-mode-diagram-version-1-modificationdate-1715233736057-api-v2.png

- `switch`

  Used for internal switching, only representor ports are allowed, for example, uplink representors and SF/VF representors. Packet is forwarded from one port to another. If a packet arrives from an uplink and does not hit the rules defined by the user's pipe, then the packet is received on all RSS queues of the representor of the uplink.

  The following diagram shows the basic flow of traffic in `switch` mode. Packet1 firstly misses to host RSS queues. The app captures this packet and decides to which representor the packet goes, and then sets the rule. Packets hit this rule and go to representor0.images/download/attachments/2815015295/switch-mode-diagram-version-1-modificationdate-1715233736317-api-v2.png

`doca_dev` field is mandatory in `doca_flow_port_cfg` (using `doca_flow_port_cfg_set_dev()`) and isolated mode should be specified.

 **Note**

The application must avoid initialization of the VF/SF representor ports in DPDK API (i.e., the following functions `rte_eth_dev_configure()`, `rte_eth_rx_queue_setup()`, `rte_eth_dev_start()` must not be called for VF/SF representor ports).

DOCA Flow switch mode unifies all the ports to the switch manager port for traffic management. This means that all the traffic is handled by switch manager port. Users only have to create an RSS pipe on the switch manager port to get the missed traffic, and they should only manage the pipes on the switch manager port. Switch mode can work with two different `mode_args` configurations: With or without `expert`. The way to retrieve the miss traffic source's `port_id` depends on this configuration:

 **Note**

Only one RSS pipe is supported in switch mode, users can add multiple RSS pipe entries to that RSS pipe. Traffic missed from the user's pipe without a specified `fwd_miss` target is sent to the kernel if it is `isolated` mode, or sent to DOCA application (bypassing the kernel) if it is `non-isolated` (default) mode.

- If `expert` is not set, the traffic misses to software would be tagged with `port_id` information in the mbuf CQE field to allow users to deduce the source `port_id`. Meanwhile, users can set the destination `port_id` to mbuf meta and the packet is sent out directly to the destination port based on the meta information.

>  **Info**
>
> Please refer to the "Flow Switch to Wire" sample to get more information regarding the `port_id` management with missed traffic mbuf.



- If `expert` is set, the `port_id` is not added to the packet. Users can configure the pipes freely to implement their own solution.

>  **Note**
>
> Traffic cloned from the VF to the RSS pipe misses its `port_id` information due to firmware limitation.

- `remote-vnf`

  Remote mode is a BlueField mode only, with two physical ports (uplinks). Users must use `doca_flow_port_pair` to pair one physical port and one of its representors. A packet from this uplink, if it does not hit any rules from the users, is firstly received on this representor. Users must also use `doca_flow_port_pair` to pair two

physical uplinks. If a packet is received from one uplink and hits the rule whose FWD action is to another uplink, then the packets are sent out from it.

The following diagram shows the basic traffic flow in remote-vnf mode. Packet1, from BlueField uplink P0, firstly misses to host VF0. The app captures this packet and decides whether to drop it or forward it to another uplink (P1). Then, using gRPC to set rules on P0, packet2 hits the rule, then is either dropped or is sent out from P1.images/download/attachments/2815015295/remote-vnf-mode-diagram-version-1-modificationdate-1715233736563-api-v2.png

## 6.2 Start Point

DOCA Flow API serves as an abstraction layer API for network acceleration. The packet processing in-network function is described from ingress to egress and, therefore, a pipe must be attached to the origin port. Once a packet arrives to the ingress port, it starts the hardware execution as defined by the DOCA API.

`doca_flow_port` is an opaque object since the DOCA Flow API is not bound to a specific packet delivery API, such as DPDK. The first step is to start the DOCA Flow port by calling `doca_flow_port_start()`. The purpose of this step is to attach user application ports to the DOCA Flow ports.

When DPDK is used, the following configuration must be provided:

```
enum doca_flow_port_type type = DOCA_FLOW_PORT_DPDK_BY_ID;
```

```
const char *devargs = "1";
```

The `devargs` parameter points to a string that has the numeric value of the DPDK `port_id` in decimal format. The port must be configured and started before calling this API. Mapping the DPDK port to the DOCA port is required to synchronize application ports with hardware ports.

## 6.3 Port Operation State

DOCA Flow ports can be initialized multiple times from different instances. Each instance prepares its pipeline, but only one actively receives port traffic at a time. The instance

actively handling the port traffic depends on the operation state set by the
`doca_flow_port_cfg_set_operation_state()` function:

- `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE` – The instance actively handles
  incoming and outgoing traffic

- `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE_READY_TO_SWAP` – The instance
  handles traffic actively when no other active instance is available

- `DOCA_FLOW_PORT_OPERATION_STATE_STANDBY` – The instance handles traffic
  only when no active or `active_ready_to_swap` instance is available

- `DOCA_FLOW_PORT_OPERATION_STATE_UNCONNECTED` – The instance does not
  handle traffic, regardless of the state of other instances

If the `doca_flow_port_cfg_set_operation_state()` function is not called, the
default state `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE` is applied.

 **Note**

> When a port is configured with a state that expects to handle traffic,
> it takes effect only after root pipes are created for this port.

When the active port is closed, either gracefully or due to a crash, the standby instance
automatically becomes active without any action required.

The port operation state can be modified after the port is started using the
`doca_flow_port_operation_state_modify()` function.

### 6.3.1 Use Case Examples

**Hot Upgrade**

This operation state mechanism allows upgrading the DOCA Flow program without losing
any traffic.

To upgrade an existing DOCA Flow program with ports started in
`DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE` state (Instance A):

1. Open a new Instance B and start its ports in `DOCA_FLOW_PORT_OPERATION_STATE_STANDBY` state.

2. Modify Instance A's ports from `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE` to `DOCA_FLOW_PORT_OPERATION_STATE_UNCONNECTED` state. At this point, Instance B starts receiving traffic.

3. Close Instance A.

4. Open a new Instance C with `DOCA_FLOW_PORT_OPERATION_STATE_UNCONNECTED` state. Instance C is the upgraded version of Instance A.

5. Create the entire pipeline for Instance C.

6. Change Instance C's state from `DOCA_FLOW_PORT_OPERATION_STATE_UNCONNECTED` to `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE`. At this point, Instance B stops receiving traffic and Instance C starts.

7. Instance B can either be closed or kept as a backup should Instance C crash.

**Swap Existing Instances**

This mechanism also facilitates swapping two different DOCA Flow programs without losing any traffic.

To swap between two existing DOCA Flow programs with ports started in `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE` and `DOCA_FLOW_PORT_OPERATION_STATE_STANDBY` states (Instance A and Instance B, respectively):

1. Modify Instance A's ports from `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE` to `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE_READY_TO_SWAP`.

2. Modify Instance B's ports from `DOCA_FLOW_PORT_OPERATION_STATE_STANDBY` to `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE`. At this point, Instance B starts receiving traffic.

3. Modify Instance A's ports from `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE_READY_TO_SWAP` to `DOCA_FLOW_PORT_OPERATION_STATE_STANDBY`.

### 6.3.2 Limitations

- Supported only in switch mode – the `mode_args` string must include `"switch"`.

- Only the switch port supports states; its representors are affected by its state. Starting a representor port or calling the modify function with a non-active operation state should fail.

- Two instances cannot be in the same operation state simultaneously, except for `DOCA_FLOW_PORT_OPERATION_STATE_UNCONNECTED`.

## 6.4 Create Pipe and Pipe Entry

Pipe is a template that defines packet processing without adding any specific hardware rule. A pipe consists of a template that includes the following elements:

- Match

- Monitor

- Actions

- Forward

The following diagram illustrates a pipe structure.



The creation phase allows the hardware to efficiently build the execution pipe. After the pipe is created, specific entries can be added. A subset of the pipe may be used (e.g., skipping the monitor completely, just using the counter, etc).

### 6.4.1 Pipe Matching or Action Applying

DOCA Flow allows defining criteria for matching on a packet or for taking actions on a matched packet by modifying it. The information defining these criteria is provided through the following pointers:

- Match or action pointer – given at pipe or entry creation

- Mask pointer – optionally given at pipe creation

Defining criteria for matching or actions on a packet can be done at the pipe level, where it applies to all packets of a pipe, or specified on a per entry basis, where each entry defines the operation on either the match, actions, or both.

In DOCA Flow terminology, when a field is identified as CHANGEABLE at pipe creation, this means that the actual criterion of the field is deferred to entry creation. Different entries can provide different criteria for a CHANGEABLE field.

A match or action field can be categorized, during pipe creation, as one of the following:

- IGNORED – Ignored in either the match or action taking process

- CHANGEABLE – When the actual behavior is deferred to the entry creation stage

- SPECIFIC – Value is used as is in either match or action process

A mask field can either be provided, in which case it is called it explicit matching, or action applying. If the mask pointer is NULL, we call it implicit matching or action applying. The following subsections provide the logic governing matching and action applying.

When a field value is specified as `0xffff` it means that all the field's bits are set (e.g., for TTL it means `0xff` and for IPv4 address it means `0xffffffff`).

**Matching**

Matching is the process of selecting packets based on their fields' values and steering them for further processing. Processing can either be further matching or actions applying.



The packet enters the green filter which modifies it by masking it with the value A. The output value, P&A, is then compared to the value B, and if they are equal, then that is a match.

The values of A and B are evaluated according to the values of the pipe configuration and entry configuration fields, according to the tables in sections "Implicit matching" and "Explicit matching".

**Implicit Matching**

| Match Type | Pipe Match Value (V) | Pipe Match Mask (M) | Entry Match Value (E) | Filter (A) | Rule (B) |
|---|---|---|---|---|---|
| Ignore | 0 | NULL | N/A | 0 | 0 |
| Constant | 0<V<0xffff | NULL | N/A | 0xffff | V |
| Changeable (per entry) | 0xffff | NULL | 0≤E≤0xffff | 0xffff | E |

**Explicit Matching**

| Match Type | Pipe Match Value (V) | Pipe Match Mask (M) | Entry Match Value (E) | Filter (A) | Rule (B) |
|---|---|---|---|---|---|
| Constant | V!=0xffff | 0<M≤0xffff | 0≤E≤0xffff | M | M&V |
| Changeable | V==0xffff | 0<M≤0xffff | 0≤E≤0xffff | M | M&E |
| Ignored | 0≤V<0xffff | M==0 | 0≤E≤0xffff | 0 | 0 |

**Action Applying**

**Implicit Action Applying**

| Action Type | Pipe Action value (V) | Pipe Action Mask (M) | Entry Action value (E) | Action on the field |
|---|---|---|---|---|
| Ignore | 0 | NULL | N/A | none |
| Constant | 0 < V < 0xffff | NULL | N/A | set to V |
| Changeable | 0xffff | NULL | E | set to E |

Implicit action applying example:

- Destination IPv4 address is 255.255.255.255

- No mask provided

- Entry value is 192.168.0.1

- Result – The action field is changeable. Therefore, the value is provided by the entry. If a match on the packet occurs, the packet destination IPv4 address is changed to 192.168.0.1.

**Explicit Action Applying**

 **Info**

Assume P is packet's field value.

| Action Type | Pipe Action value (V) | Pipe Action Mask (M) | Entry Action value (E) | Action on the field |
|---|---|---|---|---|
| constant | V!=0xffff | $0 \leqslant M \leqslant 0xffff$ | $0 \leqslant E \leqslant 0xffff$ | set to (~M & P) \| (M & V) In words: modify only bits that are set on the mask to the values in V |
| Changeable | V==0xffff | $0 < M \leqslant 0xffff$ | $0 \leqslant E \leqslant 0xffff$ | set to (~M & P) \| (M & E) |
| Ignored | $0 \leqslant V < 0xffff$ | M==0 | $0 \leqslant E \leqslant 0xffff$ | none |

Explicit action applying example:

- Destination IPv4 address is 192.168.10.1

- Mask is provided and equals 255.255.0.0

- Entry value is ignored

- Result – If a match on the packet occurs, the packet destination IPv4 value changes to 192.168.0.0.

### 6.4.2 Setting Pipe Match or Action

Match is a mandatory parameter when creating a pipe. Using the `doca_flow_match` struct, users must define the packet fields to be matched by the pipe.

For each `doca_flow_match` field, users select whether the field type is:

- Ignore (match any) – the value of the field is ignored in a packet. In other words, match on any value of the field.

- Constant (specific) – all entries in the pipe have the same value for this field. Users should not put a value for each entry.

- Changeable – the value of the field is defined per entry. Users must provide it upon adding an entry.

 **Note**

L4 type, L3 type, and tunnel type cannot be changeable.

The match field type can be defined either implicitly or explicitly using the
`doca_flow_pipe_cfg_set_match(struct doca_flow_pipe_cfg *cfg, const doca_flow_match *match, const doca_flow_match *match_mask)`
function. If `match_mask == NULL`, then it is done implicitly. Otherwise, it is explicit.

In the tables in the following subsections, an example is used of a 16-bit field (such as layer-4 destination port) where:

 **Note**

The same concept would apply to any other field (such as an IP address occupying 32 bits).

- P stands for the packet field value

- V stands for the pipe match field value

- M stands for the pipe mask field value

- E stands for the match entry field value

**Implicit Match**

| Match Type | Pipe Match Value (V) | Pipe Match Mask (M) | Entry Match Value (E) | Filter (A) | Rule (B) |
|---|---|---|---|---|---|
| Ignore | 0 | NULL | N/A | 0 | 0 |
| Constant | 0<V<0xffff | NULL | N/A | 0xffff | V |

| Match Type | Pipe Match Value (V) | Pipe Match Mask (M) | Entry Match Value (E) | Filter (A) | Rule (B) |
|---|---|---|---|---|---|
| Changeable (per entry) | 0xffff | NULL | $0 \leqslant E \leqslant 0xffff$ | 0xffff | E |

To match implicitly, the following considerations should be taken into account.

- Ignored fields:

    - Field is zeroed

    - Pipeline has no comparison on the field

- Constant fields – These are fields that have a constant value among all entries. For example, as shown in the following, the tunnel type is VXLAN:

```
match.tun.type = DOCA_FLOW_TUN_VXLAN;
```

These fields must only be configured once at pipe build stage, not once per new pipeline entry.

- Changeable fields – These are fields whose value may change per entry. For example, the following shows match on a destination IPv4 address of variable per-entry value (outer 5-tuple):

```
match.outer.ip4.dst_ip = 0xffffffff;
```

- The following is an example of a match, where:

    - Outer 5-tuple

        - L3 type is IPv4 – constant among entries by design

        - L4 type is UDP – constant among entries by design

        - Tunnel type is `DOCA_FLOW_TUN_VXLAN` – constant among entries by design

- IPv4 destination address varies per entry

- UDP destination port is always `DOCA_VXLAN_DEFAULT_PORT`

- VXLAN tunnel ID varies per entry

- The rest of the packet fields are ignored

  - Inner 5-tuple

    - L3 type is IPv4 – constant among entries by design

    - L4 type is TCP – constant among entries by design

    - IPv4 source and destination addresses vary per entry

    - TCP source and destination ports vary per entry

    - The rest of the packet fields are ignored

```
// filter creation
static void build_underlay_overlay_match(struct doca_flow_match
*match)
{
    //outer
    match->outer.l3_type = DOCA_FLOW_L3_TYPE_IP4;
    match->outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;
    match->tun.type = DOCA_FLOW_TUN_VXLAN;
    match->outer.ip4.dst_ip = 0xffffffff;
    match->outer.udp.l4_port.dst_port = DOCA_VXLAN_DEFAULT_PORT;
    match->tun.vxlan_tun_id = 0xffffffff;

    //inner
    match->inner.l3_type = DOCA_FLOW_L3_TYPE_IP4;
    match->inner.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_TCP;
    match->inner.ip4.dst_ip = 0xffffffff;
    match->inner.ip4.src_ip = 0xffffffff;
    match->inner.tcp.l4_port.src_port = 0xffff;
    match->inner.tcp.l4_port.dst_port = 0xffff;
```

```c
}

// create entry specifying specific values to match upon
doca_error_t add_entry(struct doca_flow_pipe *pipe, struct doca_flow_port *port,
                       struct doca_flow_pipe_entry **entry)
{
    struct doca_flow_match match = {};
    struct entries_status status = {};
    doca_error_t result;

    match.outer.ip4.dst_ip = BE_IPV4_ADDR(7, 7, 7, 1);
    match.tun.vxlan_tun_id = RTE_BE32(9876);
    match.inner.ip4.src_ip = BE_IPV4_ADDR(8, 8, 8, 1);
    match.inner.ip4.dst_ip = BE_IPV4_ADDR(9, 9, 9, 1);
    match.inner.tcp.l4_port.src_port = rte_cpu_to_be_16(5678);
    match.inner.tcp.l4_port.dst_port = rte_cpu_to_be_16(1234);
    result = doca_flow_pipe_add_entry(0, pipe, &match, &actions, NULL, NULL, 0, &status, entry);
}
```

> ⓘ **Note**
>
> The fields of the `doca_flow_meta` struct inside the match are not subject to implicit match rules and must be paired with explicit mask values.

**Explicit Match**

| Match Type | Pipe Match Value (V) | Pipe Match Mask (M) | Entry Match Value (E) | Filter (A) | Rule (B) |
|---|---|---|---|---|---|
| Constant | V!=0xffff | 0<M≤0xffff | 0≤E≤0xffff | M | M&V |
| Changeable | V==0xffff | 0<M≤0xffff | 0≤E≤0xffff | M | M&E |
| Ignored | 0≤V<0xffff | M==0 | 0≤E≤0xffff | 0 | 0 |

In this case, there are two `doca_flow_match` items, the following considerations should be considered:

- Ignored fields

    - M equals zero. This can be seen from the table where the rule equals 0. Since mask is also 0, the resulting packet after the filter is0. Thus, the comparison always succeeds.

      ```
      match_mask.inner.ip4.dst_ip = 0;
      ```

- Constant fields

  These are fields that have a constant value. For example, as shown in the following, the inner 5-tuple match on IPv4 destination addresses belonging to the `0.0.0.0/24` subnet, and this match is constant among all entries:

  ```
  // BE_IPV4_ADDR converts 4 numbers A,B,C,D to a big endian
  representation of IP address A.B.C.D
  match.inner.ip4.dst_ip = 0;
  match_mask.inner.ip4.dst_ip = BE_IPV4_ADDR(255, 255, 255, 0);
  ```

  For example, as shown in the following, the inner 5-tuple match on IPv4 destination addresses belonging to the `1.2.0.0/16` subnet, and this match is constant among all entries. The last two octets of the `match.inner.ip4.dst_ip` are ignored because the `match_mask` of `255.255.0.0` is applied:

```
// BE_IPV4_ADDR converts 4 numbers A,B,C,D to a big endian
representation of IP address A.B.C.D
match.inner.ip4.dst_ip = BE_IPV4_ADDR(1, 2, 3, 4);
match_mask.inner.ip4.dst_ip = BE_IPV4_ADDR(255, 255, 0, 0);
```

Once a field is defined as constant, the field's value cannot be changed per entry.

### Tip

Users should set constant fields to zero when adding entries for better code readability.

A more complex example of constant matches may be achieved as follows:

```
match_mask.outer.tcp.l4_port.dst_port =
rte_cpu_to_be_16(0xf0f0);
match.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(0x5020)
```

The following ports would be matched:

- 0x5020 - 0x502f

- 0x5120 - 0x512f

- ...

- 0x5f20 - 0x5f2f

Changeable fields

The following example matches on either FTP or TELNET well known port numbers and forwards packets to a server after modifying the destination IP address and destination

port numbers. In the example, either FTP or TELNET are forwarded to the same server. FTP is forwarded to port 8000 and TELNET is forwarded to port 9000.

```
// at Pipe creation
pipe_cfg.attr.name = "PORT_MAPPER";
pipe_cfg.attr.type = DOCA_FLOW_PIPE_BASIC;
match.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(0xffff); // v
match_mask.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(0xffff);
// M
pipe_cfg.match_mask = &match_mask;
pipe_cfg.match = &match;
actions_arr[0] = &actions;
pipe_cfg.actions = actions_arr;
pipe_cfg.attr.is_root = true;
pipe_cfg.attr.nb_actions = 1;

// Adding entries
// FTP
match.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(20); // E
actions.outer.ip4.src_ip = server_addr;
actions.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(8000);
result = doca_flow_pipe_add_entry(0, pipe, &match, &actions,
NULL, NULL, 0, &status, entry);

// TELNET
match.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(23); // E
actions.outer.ip4.src_ip = server_addr;
actions.outer.tcp.l4_port.dst_port = rte_cpu_to_be_16(9000);
result = doca_flow_pipe_add_entry(0, pipe, &match, &actions,
NULL, NULL, 0, &status, entry);
```

**6.4.3 Relaxed Match**

Relaxed matching is the default working mode in DOCA flow. However, it can be disabled per pipe using the `enable_strict_matching` pipe attribute. This mode grants the user more control on matching fields such that only explicitly set match fields by the user (either specific or changeable) are matched by the pipe.

Consider the following strict matching mode example. There are three pipes:

- Basic pipe `A` with `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_TCP;` and `match.outer.tcp.flags = 1;`

- Basic pipe `B` with `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;` and `match.outer.udp.l4_port.src_port = 8080;`

- Control pipe `X` with two entries to direct TCP traffic to pipe `A` and UDP to pipe `B`. The first entry has `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_TCP;` while the second has `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;`.

As a result, the hardware performs match on the L4 header type twice:

- First, when the packet enters the filter in control pipe `X` to decide the next pipe

- Second, when the packet enters the filter of pipe `A` or pipe `B` to do the match on L4 header fields

With particularly large pipelines, such double matches decrease performance and increase the memory footprint in hardware. Relaxed matching mode gives the user greater control of the match to solve the performance problems.

In relaxed mode, type selectors in the `outer`, `inner`, and `tun` parts of the `doca_flow_match` are used only for the type cast (or selectors) of the underlying unions. Header-type matches are available using the `parser_meta` API.

Thus, the aforementioned scenario may be overwritten in the following manner. There are three pipes:

- Basic pipe `A` with `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_TCP;` and

```
match.outer.tcp.flags = 1;
```

- Basic pipe `B` with
  `match.outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;` and
  `match.outer.udp.l4_port.src_port = 8080;`

- Control pipe `X` with two entries to direct TCP traffic to pipe `A` and UDP to pipe `B`.
  The first entry has
  `match.parser_meta.outer_l4_type = DOCA_FLOW_L4_META_TCP;` while the
  second has
  `match.parser_meta.outer_l4_type = DOCA_FLOW_L4_META_UDP;`.

As a result, the hardware performs the L4 header-type match only once, when the packet
enters the filter of control pipe. Basic pipes' `match.outer.l4_type_ext` are used only
for the selection of the `match.outer.tcp` or `match.outer.udp` structures.

**Example**

The following code snippet is used to demonstrate relaxed matching mode:

```
// filter creation
static void build_underlay_overlay_match(struct doca_flow_match
*match)
{
    //outer
        match->outer.l3_type = DOCA_FLOW_L3_TYPE_IP4;
        match->outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;
        match->tun.type = DOCA_FLOW_TUN_VXLAN;
        match->outer.ip4.dst_ip = 0xffffffff;
        match->outer.udp.l4_port.src_port = 22;
        match->tun.vxlan_tun_id = 0xffffffff;
}
```

This match code above is an example of a match where:

- With relaxed matching disabled (i.e., <u>enable_strict_matching</u> attribute set to `true` ), the following hardware matches are performed:

    - L3 type is IPv4 – constant among entries by design

    - L4 type is UDP – constant among entries by design

    - Tunnel type is `DOCA_FLOW_TUN_VXLAN` – constant among entries by design

    - IPv4 destination address varies per entry

    - UDP source port is constant among entries

    - VXLAN tunnel ID varies per entry

    - The rest of the packet fields are ignored

- With relaxed matching enabled (default mode), the following hardware matches are performed :

    - IPv4 destination address varies per entry

    - UDP source port is constant among entries

    - VXLAN tunnel ID varies per entry

In summary, with relaxed matching L3, L4, tunnel protocol types, and similar no longer indicate a match on the specific protocol. They are use d solely as a selector for the relevant header fields. For example, to match on `outer.ip4.dst_ip` , users must set `outer.l3_type = DOCA_FLOW_L3_TYPE_IP4` . T hat is, the L3 header is checked for the IPv4 destination address. There is no check that it is of IPv4 type. It is user responsibility to make sure that packets arriving to such a filter indeed have an L3 header of type IPv4 (same goes for L4 UDP header/VXLAN tunnel).

**Protocols/Tunnels Type Match**

The following section explains how to match on a protocol's and a tunnel's type with relaxed matching.

To match on a specific protocol/tunnel type, consider the following:

- To match on an inner/outer L3/L4 protocol type, one can use relevant `doca_flow_parser_meta` fields (e.g., for outer protocols, `parser_meta.outer_l[3,4]_type` fields can be used).

- To match on a specific tunnel type (e.g., VXLAN/GRE and so on), users should match on a tunnel according to its specification (e.g., for VXLAN, a match on UDP destination port 4789 can be used). Another option is to use the L3 next protocol field (e.g., for IPv4 with next header GRE, one can match on the IPv4 header's next protocol field value to match GRE IP protocol number 47).

**Example**

Using the aforementioned example, to add the match on the same L3,L4 protocol type and on a VXLAN tunnel with relaxed matching enabled, the following function implementation should be considered:

```
// filter creation
static void build_underlay_overlay_match(struct doca_flow_match
*match)
{
    //outer
        match->parser_meta.outer_l3_type =
DOCA_FLOW_L3_META_IPV4;
        match->parser_meta.outer_l4_type = DOCA_FLOW_L4_META_UDP;
        match->outer.l3_type = DOCA_FLOW_L3_TYPE_IP4;
        match->outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;
        match->tun.type = DOCA_FLOW_TUN_VXLAN;
        match->outer.ip4.dst_ip = 0xffffffff;
        match->outer.udp.l4_port.src_port = 22;
    match->outer.udp.l4_port.dst_port = DOCA_VXLAN_DEFAULT_PORT;
        match->tun.vxlan_tun_id = 0xffffffff;
}
```

The match code above is an example of a match, where:

- With relaxed matching disabled (i.e., enable_strict_matching attribute set to `true`), the following hardware matches are performed:

- L3 type is IPv4 – constant among entries by design

- L4 type is UDP – constant among entries by design

- Tunnel type is `DOCA_FLOW_TUN_VXLAN` – constant among entries by design

- IPv4 destination address varies per entry

- UDP source port is always 22

- UDP destination port is always `DOCA_VXLAN_DEFAULT_PORT`

- VXLAN tunnel ID varies per entry

- The rest of the packet fields are ignored

- With relaxed matching enabled (default mode), the following hardware matches are performed:

  - L3 type is IPv4 – constant among entries by design

  - L4 type is UDP – constant among entries by design

  - IPv4 destination address varies per entry

  - UDP source port is always 22

  - UDP destination port is always `DOCA_VXLAN_DEFAULT_PORT`

  - VXLAN tunnel ID varies per entry

> ⓘ **Note**
>
> With relaxed matching, if any of the selectors is used without setting a relevant field, the pipe/entry creation would fail with the following error message:

```
failed building active opcode - active opcode
<opcode number> is protocol only
```

### 6.4.4 Setting Pipe Actions

**Pipe Execution Order**

When setting actions, they are executed in the following order:

1. Crypto (decryption)

2. Decapsulation

3. Pop

4. Meta

5. Outer

6. Tun

7. Push

8. Encapsulation

9. Crypto (encryption)

ⓘ **Note**

Modifying a field while simultaneously using it as a source for other modifications should be avoided, as the sequence of modification actions cannot be guaranteed.

**Auto-modification**

Similarly to setting pipe match, actions also have a template definition.

Similarly to `doca_flow_match` in the creation phase, only the subset of actions that should be executed per packet are defined. This is done in a similar way to match, namely by classifying a field of `doca_flow_match` to one of the following:

- Ignored field – field is zeroed, modify is not used.

- Constant fields – when a field must be modified per packet, but the value is the same for all packets, a one-time value on action definitions can be used

- Changeable fields – fields that may have more than one possible value, and the exact values are set by the user per entry

```
actions.outer.ip4.dst_ip = 0xffffffff
```

> ⓘ **Note**
>
> The `action_mask` should be set as `0xffffffff` and action as 0 if the user wants to configure 0 to this field.

**Explicit Modification Type**

It is possible to force constant modification or per-entry modification with action mask. For example:

```
static  void
create_constant_modify_actions(struct doca_flow_actions *actions
```

DOCA Flow                                                                      33

```
                                    struct doca_flow_actions
*actions_mask,
                                    struct doca_flow_action_descs
*descs)
{
        actions->outer.l4_type_ext = DOCA_FLOW_L4_TYPE_EXT_UDP;
        actions->outer.udp.src_port = 0x1234;
        actions_mask->outer.udp.src_port = 0xffff;
}
```

**Copy Field**

The action descriptor can be used to copy between the packet field and metadata. For example:

```
#define META_U32_BIT_OFFSET(idx) (offsetof(struct doca_flow_meta,
u32[(idx)]) << 3)

static void
create_copy_packet_to_meta_actions(struct doca_flow_match *match
                                    struct doca_flow_action_desc
*desc)
{
        desc->type = DOCA_FLOW_ACTION_COPY;
        desc->field_op.src.field_string = "outer.ipv4.src_ip";
        desc->field_op.src.bit_offset = 0;
        desc->field_op.dst.field_string = "meta.data";
        desc->field_op.dst.bit_offset = META_U32_BIT_OFFSET(1); /*
Bit offset of meta.u32[1] */;
}
```

**Multiple Actions List**

Creating a pipe is possible using a list of multiple actions. For example:

```c
static void create_multi_actions_for_pipe_cfg()
{
    struct doca_flow_actions *actions_arr[2];
    struct doca_flow_actions actions_0 = {0}, actions_1 = {0};
    struct doca_flow_pipe_cfg *pipe_cfg;
    /* input configurations for actions_0 and actions_1 */
    actions_arr[0] = &actions_0;
    actions_arr[1] = &actions_1;
        doca_flow_pipe_cfg_set_actions(pipe_cfg, actions_arr, NULL, NULL, 2);
}
```

**Summary of Action Types**

| Pipe Creation | | Pipe Actions | Pipe Actions Mask | Entry Creation | Behavior |
|---|---|---|---|---|---|
| action_desc | | | | Entry Actions | |
| doca_flow_action_type | Configuration | | | | |
| `DOCA_FLOW_ACTION_AUTO/` `action_desc = NULL` | No specific config | `0` | `0` | N/A | Field ignored, modificat |
| | | `0` | `mask` != 0 | N/A | Apply `0` and `mask` to all entr |
| | | `val` != 0 && `val` != 0xFF | `mask` != 0 | N/A | Apply `va` and `mask` to all entr |
| | | `val` = 0xFF | `mask` = 0 | N/A | Apply `0xFF` to |

| Pipe Creation | | | | Entry Creation | Behavior |
|---|---|---|---|---|---|
| | | | | | entries |
| | | `val` = 0xFF | `mask` != 0 | Define `val` per entry | Apply entry's `val` and `mask` |
| | Define only the `dst` field and width | `val` != 0 | N/A | N/A | Apply this `val` to a entries |
| | | `val` == 0 | N/A | Define `val` per entry | Apply entry's `val` |
| `DOCA_FLOW_ACTION_ADD` Add field value or from `src` | Define the `src` and `dst` fields and width | Define the source and destination fields.<br><br>• Meta field → header field<br>• Header field → meta field<br>• Meta field → meta field | N/A | N/A | Add data from `src` fields to `dst` for entries |
| `DOCA_FLOW_ACTION_COPY` Copy field to another field | N/A | Define the source and destination fields.<br><br>• Meta field → | N/A | N/A | Copy data between fields for entries |

| Pipe Creation | | | Entry Creation | Behavior |
|---|---|---|---|---|
| | | header field<br>• Header field → meta field<br>• Meta field → meta field | | |

### 6.4.5 Setting Pipe Monitoring

If a meter policer should be used, then it is possible to have the same configuration for all policers on the pipe or to have a specific configuration per entry. The meter policer is determined by the FWD action. If an entry has NULL FWD action, the policer FWD action is taken from the pipe.

If a mirror should be used, mirror can be shared on the pipe or configured to have a specific value per entry.

The monitor also includes the aging configuration, if the aging time is set, this entry ages out if timeout passes without any matching on the entry.

For example:

```
static void build_entry_monitor(struct doca_flow_monitor
*monitor, void *user_ctx)
{
        monitor->aging_sec = 10;
}
```

Refer to Pipe Entry Aged Query for more information.

### 6.4.6 Setting Pipe Forwarding

The FWD (forwarding) action is the last action in a pipe, and it directs where the packet goes next. Users may configure one of the following destinations:

- Send to software (representor)

- Send to wire

- Jump to next pipe

- Drop packets

The FORWARDING action may be set for pipe create, but it can also be unique per entry.

A pipe can be defined with constant forwarding (e.g., always send packets on a specific port). In this case, all entries will have the exact same forwarding. If forwarding is not defined when a pipe is created, users must define forwarding per entry. In this instance, pipes may have different forwarding actions.

When a pipe includes meter monitor `<cir, cbs>`, it must have `fwd` defined as well as the policer.

If a pipe is created with a dedicate constant mirror with FWD, the pipe FWD can be from a mirror FWD or a pipe FWD and the two FWDs are exclusive. It is not allowed to specify a mirror with a FWD to a pipe with FWD also.

If a mirror FWD is not configured, the FWD is from the pipe configuration. The FWD of the pipe with a mirror cannot be direct RSS, only shared RSS from NULL FWD is allowed.

The following is an RSS forwarding example:

```
fwd->type = DOCA_FLOW_FWD_RSS;
fwd->rss_queues = queues;
fwd->rss_flags = DOCA_FLOW_RSS_IP | DOCA_FLOW_RSS_UDP;
fwd->num_of_queues = 4;
```

Queues point to the `uint16_t` array that contains the queue numbers. When a port is started, the number of queues is defined, starting from zero up to the number of queues minus 1. RSS queue numbers may contain any subset of those predefined queue

numbers. For a specific match, a packet may be directed to a single queue by having RSS forwarding with a single queue.

Changeable RSS forwarding is supported. When creating the pipe, the `num_of_queues` must be set to `0xffffffff`, then different forwarding RSS information can be set when adding each entry.

```
fwd->num_of_queues = 0xffffffff;
```

The packet is directed to the port. In many instances the complete pipe is executed in the hardware, including the forwarding of the packet back to the wire. The packet never arrives to the software.

Example code for forwarding to port:

```
struct doca_flow_fwd *fwd = malloc(sizeof(struct doca_flow_fwd));
memset(fwd, 0, sizeof(struct doca_flow_fwd));
fwd->type = DOCA_FLOW_FWD_PORT;
fwd->port_id = port_id; // this should the same port_id that was
set in doca_flow_port_cfg_set_devargs()
```

The type of forwarding is `DOCA_FLOW_FWD_PORT` and the only data required is the `port_id` as defined in `DOCA_FLOW_PORT`.

Changeable port forwarding is also supported. When creating the pipe, the `port_id` must be set to `0xffff`, then different forwarding `port_id` values can be set when adding each entry.

```
fwd->port_id = 0xffff;
```

### 6.4.7 Shared Resources

DOCA Flow supports several types of resources that can be shared. The supported types of resources can be:

- Meters

- Counters

- RSS queues

- Mirrors

- PSPs

- Encap

- Decap

- IPsec SA

Shared resources can be used by several pipes and can save device and memory resources while promoting better performance.

To create and configure shared resource, the user should go through the steps detailed in the following subsections.

**Creating Shared Resource Configuration Object**

Call `doca_flow_cfg_create(&flow_cfg)`, passing a pointer to `struct doca_flow_cfg` to be used to fill the required parameters for the shared resource.

>  **Note**
>
> The `struct doca_flow_cfg` object is used for configuring other resources besides the aforementioned shared resources, but this section only refers to the configuration of shared resources.

**Setting Number of Shared Resources per Shared Resource Type**

This can be done by calling `doca_flow_cfg_set_nr_shared_resource()`. Refer to the API documentation for details on the configuration process.

Conclude the configuration by calling `doca_flow_init()`.

**Configuring Shared Resource**

When shared resources are allocated, they are assigned identifiers ranging from 0 and increasing incrementally. For example, if the user configures two shared counters, they would bear the identifiers 0 and 1.

 **Note**

Note that each resource has its own identifier space. So, if users have two shared counters and three meters, they would bear identifiers 0..1 and 0..2 respectively.

Configuring the shared resources requires the user to call `doca_flow_shared_resource_set_cfg()`.

**Binding Shared Resource**

A shared resource must be bound by calling `doca_flow_shared_resources_bind()` which binds the resource to a pointer. The object to which the resource is bound is usually a `struct doca_flow_port` pointer.

**Using Shared Resources**

After a resource has been configured, it can be used by referring to its ID.

In the case of meters, counters, and mirrors, they are referenced through `struct doca_flow_monitor` during pipe creation or entry addition.

**Querying Shared Resource**

Querying shared resources can be done by calling `doca_flow_shared_resources_query()`. The function accepts the resource type and an array of resource numbers, and returns an array of `struct doca_flow_shared_resource_result` with the results.

**Shared Meter Resource**

A shared meter can be used in multiple pipe entries (hardware steering mode support only).

The shared meter action marks a packet with one of three colors: Green, Yellow, and Red. The packet color can then be matched in the next pipe, and an appropriate action may be taken. For example, packets marked in red color are usually dropped. So, the next pipe to meter action may have an entry which matches on red and has fwd type `DOCA_FLOW_FWD_DROP`.

DOCA Flow supports three marking algorithms based on RFCs: 2697, 2698, and 4115.

### *RFC 2697 – Single-rate Three Color Marker (srTCM)*



CBS (committed burst size) is the bucket size which is granted credentials at a CIR (committed information rate). If CBS overflow occurs, credentials are passed to the EBS (excess burst size) bucket. Packets passing through the meter consume credentials. A packet is marked green if it does not exceed the CBS, yellow if it exceeds the CBS but not the EBS, and red otherwise. A packet can have an initial color upon entering the meter. A pre-colored yellow packet will start consuming credentials from the EBS.

**RFC 2698 – Two-rate Three Color Marker (trTCM)**



CBS and CIR are defined as in RFC 2697. PBS (peak burst size) is a second bucket which is granted credentials at a PIR (peak information rate). There is no overflow of credentials from the CBS bucket to the PBS bucket. The PIR must be equal to or greater than the CIR. Packets consuming CBS credentials consume PBS credentials as well. A packet is marked red if it exceeds the PIR. Otherwise, it is marked either yellow or green depending on whether it exceeds the CIR or not. A packet can have an initial color upon entering the meter. A pre-colored yellow packet starts consuming credentials from the PBS.

***RFC 4115 – trTCM without Peak-rate Dependency***



EBS is a second bucket which is granted credentials at a EIR (excess information rate) and gets overflowed credentials from the CBS. For the packet marking algorithm, refer to RFC 4115.

The following sections present the steps for configuring and using shared meters to mark packets.

### Shared IPsec SA Resource

The IPsec Security Association (SA) shared resource is used for IPsec ESP encryption protocol. The resource should be pointed from the `doca_flow_crypto_actions` struct that inside `doca_flow_actions`.

By default, the resource manages the state of the sequence number (SN), incrementing each packet on the encryption side, and performing anti-replay protection on the decryption side.

To control the SN in software, `sn_offload` should be disabled per port in the configuration for `doca_flow_port_start` (see DOCA API documentation for details). Once `sn_offload` is disabled, the following fields are ignored: `sn_offload_type`, `win_size`, `sn_initial`, and `lifetime_threshold`.

When shared resource query is called for an IPsec SA resource, the current SN is retrieved for the encryption resource and the lower bound of anti-replay window is retrieved for the decryption resource. Querying IPsec SA can only be called when `sn_offload` is enabled.

To maintain a valid state of the resource during its usage, `doca_flow_crypto_ipsec_resource_handle` should be called periodically.

**Shared Mirror Resource**

The mirror shared resource is used to clone packets to other pipes, vports (switch mode only), RSS queues (VNF mode only), or drop.

 **Info**

The maximum supported mirror number is 4K.

 **Info**

The maximum supported mirror clone destination is 254.

Mirror clone destination as `next_pipe` cannot be intermixed with `port` or `rss` types. Only clone destination and origin destination both as `next_pipe` is supported.

The register copy for packet after mirroring is not saved.

 **Note**

For switch mode, there are several mirror limitations which should be noted:

- Mirror should be cloned to
  `DOCA_FLOW_DIRECTION_BIDIRECTIONAL` pipe

- The register copy for pkt after mirroring is not saved

- Mirror should not be cloned to RSS pipe directly

- Encap is supported while cloning a packet to a wire port only

- Mirror must not be configured on a resizable pipe

If mirror creation fails, users should check the resulting syndrome for failure details.

**Mirroring and Packet Order**



To maintain the order of the mirrored packets in relation to the non-mirrored ones, set a first mirror target forward destination equivalent to the non-mirrored packets as illustrated in the following diagram:



In NVIDIA® BlueField®-3, NVIDIA® ConnectX®-7, and lower, when using the mirror action in the egress domain, mirrored packets cannot preserve the order with the non-mirrored packets due to the high latency of the mirror operation. To maintain the order, use `DOCA_FLOW_FWD_DROP` as the target forward as illustrated in the following diagram:



**Shared Encap Resource**

The encap shared resource is used for encapsulation. A shared encap ID represents one kind of encap configuration and can be used in multiple pipes and entries (hardware steering mode support only).

The shared encap action encapsulates the packet with the configured tunnel information.

**Shared Decap Resource**

The decap shared resource is used for decapsulation. A shared decap ID represents one kind of decap configuration and can be used in multiple pipes and entries (hardware steering mode support only).

The shared decap action decapsulates the packet. Ethernet information should be provided when is_l2 is false.

**Shared PSP Resource**

The PSP shared resource is used for PSP encryption. The resource should be pointed to from the `doca_flow_crypto_actions` struct in `doca_flow_actions`.

The resource should be configured with a key to encrypt the packets. See NVIDIA DOCA Library API documentation for PSP key generation for a reference about key handling on decrypt side.

### 6.4.8 Basic Pipe Create

Once all parameters are defined, the user should call `doca_flow_pipe_create` to create a pipe.

The return value of the function is a handle to the pipe. This handle should be given when adding entries to pipe. If a failure occurs, the function returns `NULL`, and the error reason and message are put in the error argument if provided by the user.

Refer to the NVIDIA DOCA Library APIs to see which fields are optional and may be skipped. It is typically recommended to set optional fields to 0 when not in use. See Miss Pipe and Control Pipe for more information.

Once a pipe is created, a new entry can be added to it. These entries are bound to a pipe, so when a pipe is destroyed, all the entries in the pipe are removed. Please refer to section Pipe Entry for more information.

There is no priority between pipes or entries. The way that priority can be implemented is to match the highest priority first, and if a miss occurs, to jump to the next PIPE. There can be more than one PIPE on a root as long the pipes are not overlapping. If entries overlap, the priority is set according to the order of entries added. So, if two pipes have overlapping matching and PIPE1 has higher priority than PIPE2, users should add an entry to PIPE1 after all entries are added to PIPE2.

### 6.4.9 Pipe Entry (doca_flow_pipe_add_entry)

An entry is a specific instance inside of a pipe. When defining a pipe, users define match criteria (subset of fields to be matched), the type of actions to be done on matched packets, monitor, and, optionally, the FWD action.

When a user calls `doca_flow_pipe_add_entry()` to add an entry, they should define the values that are not constant among all entries in the pipe. And if FWD is not defined then that is also mandatory.

DOCA Flow is designed to support concurrency in an efficient way. Since the expected rate is going to be in millions of new entries per second, it is mandatory to use a similar architecture as the data path. Having a unique queue ID per core saves the DOCA engine from having to lock the data structure and enables the usage of multiple queues when interacting with hardware.



Each core is expected to use its own dedicated `pipe_queue` number when calling `doca_flow_pipe_entry`. Using the same `pipe_queue` from different cores causes a race condition and has unexpected results.

> (i) **Note**
>
> Applications are expected to avoid adding, removing, or updating pipe entries from within a `doca_flow_entry_process_cb`.

**Failure Path**

Entry insertion can fail in two places, `add_entry` and `add_entry_cb`.

- When `add_entry` fails, no cleanup is required.

- When `add_entry` succeeds, a handle is returned to the user. If the subsequent `add_entry_cb` fails, the user is responsible for releasing the handle through a `rm_entry` call. This `rm_entry` call is expected to return `DOCA_SUCCESS` and is expected to invoke `doca_rm_entry_cb` with a successful return code.

**Pipe Entry Counting**

By default, no counter is added. If defined in monitor, a unique counter is added per entry.

 **Note**

> Having a counter per entry affects performance and should be avoided if it is not required by the application.

The retrieved statistics are stored in struct `doca_flow_query`.

**Pipe Entry Aged Query**

When a user calls `doca_flow_aging_handle()`, this query is used to get the aged-out entries by the time quota in microseconds. The user callback is invoked by this API with the aged entries.

Since the number of flows can be very large, the query of aged flows is limited by a quota in microseconds. This means that it may return without all flows and requires the user to call it again. When the query has gone over all flows, a full cycle is done.

## 6.4.10 Pipe Entry With Multiple Actions

Users can define multiple actions per pipe. This gives the user the option to define different actions per entry in the same pipe by providing the `action_idx` in `struct doca_flow_actions`.

For example, to create two flows with the same match but with different actions, users can provide two actions upon pipe creation, `Action_0` and `Action_1`, which have indices 0 and 1 respectively in the actions array in the pipe configuration. `Action_0` has `modify_mac`, and `Action_1` has `modify_ip`.

Users can also add two kinds of entries to the pipe, the first one with `Action_0` and the second with `Action_1`. This is done by assigning 0 in the `action_idx` field in `struct doca_flow_actions` when creating the first entry and 1 when creating the second one.

### 6.4.11 Miss Pipe and Control Pipe

 **Note**

> Only one root pipe is allowed. If more than one is needed, create a control pipe as root and forward the packets to relevant non-root pipes.

To set priority between pipes, users must use miss-pipes. Miss pipes allow to look up entries associated with pipe X, and if there are no matches, to jump to pipe X+1 and perform a lookup on entries associated with pipe X+1.

The following figure illustrates the hardware table structure:



The first lookup is performed on the table with priority 0. If no hits are found, then it jumps to the next table and performs another lookup.

The way to implement a miss pipe in DOCA Flow is to use a miss pipe in FWD. In struct `doca_flow_fwd`, the field `next_pipe` signifies that when creating a pipe, if a

`fwd_miss` is configured then if a packet does not match the specific pipe, steering should jump to `next_pipe` in `fwd_miss`.

> **ⓘ Note**
>
> `fwd_miss` is of type `struct doca_flow_fwd` but it only implements two forward types of this struct:
>
> - `DOCA_FLOW_FWD_PIPE` – forwards the packet to another pipe
>
> - `DOCA_FLOW_FWD_DROP` – drops the packet
>
> Other forwarding types (e.g., forwarding to port or sending to RSS queue) are not supported.

`next_pipe` is defined as `doca_flow_pipe` and created by `doca_flow_pipe_create`. To separate `miss_pipe` and a general one, `is_root` is introduced in struct `doca_flow_pipe_cfg`. If `is_root` is true, it means the pipe is a root pipe executed on packet arrival. Otherwise, the pipe is `next_pipe`.

When `fwd_miss` is not null, the packet that does not match the criteria is handled by `next_pipe` which is defined in `fwd_miss`.

In internal implementations of `doca_flow_pipe_create`, if `fwd_miss` is not null and the forwarding action type of `miss_pipe` is `DOCA_FLOW_FWD_PIPE`, a flow with the lowest priority is created that always jumps to the group for the `next_pipe` of the `fwd_miss`. Then the flow of `next_pipe` can handle the packets, or drop the packets if the forwarding action type of `miss_pipe` is `DOCA_FLOW_FWD_DROP`.

For example, VXLAN packets are forwarded as RSS and hairpin for other packets. The `miss_pipe` is for the other packets (non-VXLAN packets) and the match is for general Ethernet packets. The `fwd_miss` is defined by `miss_pipe` and the type is `DOCA_FLOW_FWD_PIPE`. For the VXLAN pipe, it is created by `doca_flow_create()` and `fwd_miss` is introduced.

Since, in the example, the jump flow is for general Ethernet packets, it is possible that some VXLAN packets match it and cause conflicts. For example, VXLAN flow entry for `ipA` is created. A VXLAN packet with `ipB` comes in, no flow entry is added for `ipB`, so it hits `miss_pipe` and is hairpinned.

A control pipe is introduced to handle the conflict. After creating a control pipe, the user can add control entries with different matches, forwarding, and priorities when there are conflicts.

The user can add a control entry by calling `doca_flow_control_pipe_add_entry()`.

`priority` must be defined as higher than the lowest priority (3) and lower than the highest one (0).

The other parameters represent the same meaning of the parameters in `doca_flow_pipe_create`. In the example above, a control entry for VXLAN is created. The VLXAN packets with `ipB` hit the control entry.

### 6.4.12 doca_flow_pipe_lpm

`doca_flow_pipe_lpm` uses longest prefix match (LPM) matching. LPM matching is limited to a single field of the `match` provided by the user at pipe creation (e.g., the outer destination IP). Each entry is consisted of a value and a mask (e.g., 10.0.0.0/8, 10.10.0.0/16, etc). The LPM match is defined as the entry that has the maximum matching bits. For example, using the two entries 10.7.0.0/16 and 10.0.0.0/8, the IP 10.1.9.2 matches on 10.0.0.0/8 and IP 10.7.9.2 matches on 10.7.0.0/16 because 16 bits are the longest prefix matched.

In addition to the longest prefix match logic, LPM supports exact match (EM) logic on the `meta.u32`, inner destination MAC and VNI. Only index `1` is supported for `meta.u32`. Any combination of these three fields can be chosen for EM. However, if inner destination MAC is chosen for LPM, then it should not be chosen for EM as well. If more than one field is chosen for EM, a logical AND is applied. Support for EM on meta allows working with any single field by copying its value to the `meta.u32[1]` on pipes before LPM. EM is performed at the same time as LPM matching (i.e., a logical AND is applied for both logics). For example, if there is a match on LPM logic, but the value in the fields chosen for EM is not exactly matched, this constitutes an LPM pipe miss.

To enable EM logic in an LPM pipe, two steps are required:

1. Provide `match_mask` to the LPM pipe creation with `meta.u32[1]` being fully masked and/or `inner.eth.dst_mac` and/or `tun.vxlan_tun_id`, while setting `match_mask.tun.type` to `DOCA_FLOW_TUN_VXLAN`. Thus, the `match` parameter is responsible for the choice of field for LPM logic, while the `match_mask` parameter is responsible for the enablement of EM logic. Separation into two parameters is done to distinguish which field is for LPM logic and which is for EM logic, when both fields can be used for LPM (e.g., destination IP address and source MAC address).

2. Per entry, provide values to do exact match using the `match` structure. `match_mask` is used only for LPM-related masks and is not involved into EM logic.

EM logic allows inserting many entries with different meta values for the same pair of LPM-related data. Regarding IPv4-based LPM logic with exact match enabled: LPM pipe can have 1.1.1.1/32 with `meta` 42, 555, and 1020. If a packet with 1.1.1.1/32 goes through such an LPM pipe, its `meta` value is compared against 42, 555, and 1020.

The actions and FWD of the DOCA Flow LPM pipe work the same as the basic DOCA Flow pipe.

 **Note**

The monitor only supports non-shared counters in the LPM pipe.

`doca_flow_pipe_lpm` insertion max latency can be measured in milliseconds in some cases and, therefore, it is better to insert it from the control path. To get the best insertion performance, entries should be added in large batches.

 **Note**

An LPM pipe cannot be a root pipe. You must create a pipe as root and forward the packets to the LPM pipe.

>  **Note**
>
> An LPM pipe can only do LPM matching on inner and outer IP and MAC addresses.

> (i) **Note**
>
> For monitoring, an LPM pipe only supports non-shared counters and does not support other capabilities of `doca_flow_monitor`.

### 6.4.13 doca_flow_pipe_acl

`doca_flow_pipe_acl` uses a ccess-control list (ACL) matching. ACL matching is five tuple of the `doca_flow_match`. Each entry consists of a value and a mask (e.g., 10.0.0.0/8, 10.10.0.0/16, etc.) for IP address fields, port range, or specific port in the port fields, protocol, and priority of the entry.

ACL entry port configuration:

- Mask port is 0 ==> Any port

- Mask port is equal to match port ==> Exact port. Port with mask 0xffff.

- Mask port > match port ==> Match port is used as port from and mask port is used as port to

Monitor actions are not supported in ACL. FWD of the DOCA Flow ACL pipe works the same as the basic DOCA Flow pipe.

ACL supports the following types of FWD:

- `DOCA_FLOW_FWD_PORT`

- `DOCA_FLOW_FWD_PIPE`

- `DOCA_FLOW_FWD_DROP`

`doca_flow_pipe_lpm` insertion max latency can be measured in milliseconds in some cases and, therefore, it is better to insert it from the control path. To get the best insertion performance, entries should be added in large batches.

 **Note**

An ACL pipe can be a root pipe.

 **Note**

An ACL pipe can be in ingress and egress domain.

 **Note**

An ACL pipe must be accessed on a single queue. Different ACL pipes may be accessed on different queues.

 **Note**

Adding an entry to the ACL pipe after sending an entry with flag `DOCA_FLOW_NO_WAIT` is not supported.

 **Note**

Removing an entry from an ACL pipe is not supported.

### 6.4.14 doca_flow_pipe_ordered_list

`doca_flow_pipe_ordered_list` allows the user to define a specific order of actions and multiply the same type of actions (i.e., specific ordering between counter/meter and encap/decap).

An ordered list pipe is defined by an array of actions (i.e., sequences of actions). Each entry can be an instance one of these sequences. An ordered list pipe may consist of up to an array of 8 different actions. The maximum size of each action array is 4 elements. Resource allocation may be optimized when combining multiple action arrays in one ordered list pipe.

### 6.4.15 doca_flow_pipe_hash

`doca_flow_pipe_hash` allows the user to insert entries by index. The index represents the packet hash calculation.

An hash pipe gets `doca_flow_match` only on pipe creation and only mask. The mask provides all fields to be used for hash calculation.

The `monitor`, `actions`, `actions_descs`, and `FWD` of the DOCA Flow hash pipe works the same as the basic DOCA Flow pipe.

 **Note**

The `nb_flows` in `doca_flow_pipe_attr` should be a power of 2.

### 6.4.16 Hardware Steering Mode

Users can enable hardware steering mode by setting devarg `dv_flow_en` to `2`.

The following is an example of running DOCA with hardware steering mode:

```
.... -a 03:00.0, dv_flow_en=2 -a 03:00.1, dv_flow_en=2....
```

The following is an example of running DOCA with software steering mode:

```
.... -a 03:00.0 -a 03:00.1 ....
```

The `dv_flow_en=2` means that hardware steering mode is enabled.

In the struct `doca_flow_cfg`, setting `mode_args` using ( `doca_flow_cfg_set_mode_args()` ) represents DOCA applications. If it is set with `hws` (e.g., `"vnf,hws"`, `"switch,hws"`, `"remmote_vnf,hws"` ) then hardware steering mode is enabled.

In switch mode, `fdb_def_rule_en=0,vport_match=1,repr_matching_en=0,dv_xmeta_en=4` should be added to DPDK PMD devargs, which makes DOCA Flow switch module take over all the traffic.

To create an entry by calling `doca_flow_pipe_add_entry`, the parameter flags can be set as `DOCA_FLOW_WAIT_FOR_BATCH` or `DOCA_FLOW_NO_WAIT`:

- `DOCA_FLOW_WAIT_FOR_BATCH` means that this flow entry waits to be pushed to hardware. Batch flows then can be pushed only at once. This reduces the push times and enhances the insertion rate.

- `DOCA_FLOW_NO_WAIT` means that the flow entry is pushed to hardware immediately.

The parameter `usr_ctx` is handled in the callback set in struct `doca_flow_cfg`.

`doca_flow_entries_process` processes all the flows in this queue. After the flow is handled and the status is returned, the callback is executed with the status and `usr_ctx`.

If the user does not set the callback in `doca_flow_cfg`, the user can get the status using `doca_flow_entry_get_status` to check if the flow has completed offloading or not.

### 6.4.17 Isolated Mode

In non-isolated mode (default) any received packets (following an RSS forward, for example) can be processed by the DOCA application, bypassing the kernel. In the same way, the DOCA application can send packets to the NIC without kernel knowledge. This is why, by default, no replies are received when pinging a host with a running DOCA application. If only specific packet types (e.g., DNS packets) should be processed by the DOCA application, while other packets (e.g., ICMP ping) should be handled directly the kernel, then isolated mode becomes relevant.

In isolated mode, packets that match root pipe entries are steered to the DOCA application (as usual) while other packets are received/sent directly by the kernel.

If you plan to create a pipe with matches followed by action/monitor/forward operations, due to functional/performance considerations, it is advised that root pipes entries include the matches followed by a next pipe forward operation. In the next pipe, all the planned matches actions/monitor/forward operations could be specified. Unmatched packets are received and sent by the kernel.

 **Info**

In switch mode, DPDK must be in `isolated` mode. DOCA Flow may be in `isolated` or `non-isolated`.

To activate isolated mode, two configurations are required:

1. DOCA configuration: Update the string member `mode_args` ( `struct doca_flow_cfg` ) using `doca_flow_cfg_set_mode_args()` which represents the DOCA application mode and add "isolated" (separated by comma) to the other mode arguments. For example:

```
doca_flow_cfg_set_mode_args(cfg, "vnf,hws,isolated")
doca_flow_cfg_set_mode_args(cfg, "switch,isolated")
```

2. DPDK configuration: Set `isolated_mode` to 1 ( `struct application_port_config` ). For example, if DPDK is initialized by the API:

```
dpdk_queues_and_ports_init(struct application_dpdk_config
*app_dpdk_config)
```

.

```c
struct application_dpdk_config app_dpdk_config = {
    .port_config = {
        .isolated_mode = 1,
        .nb_ports = ...

        ...
    },
    ...
};
```

### 6.4.18 Pipe Resize

The move to HWS improves performance because rule insertion is implemented in hardware rather than software. However, this move imposes additional limitations, such as the need to commit in advance on the size of the pipes (the number of rule entries). For applications that require pipe sizes to grow over time, a static size can be challenging: Committing to a pipe size too small can cause the the application to fail once the number of rule entries exceeds the committed number, and pre-committing to an excessively high number of rules can result in memory over-allocation.

This is where pipe resizing comes in handy. This feature allows the pipe size to increase during runtime with support for all entries in a new resized pipe.

 **Info**

Pipe resizing is supported in a <u>basic pipe</u> and a <u>control pipe</u>.

**Increasing Pipe Size**

It is possible to set a congestion level by percentage (`CONGESTION_PERCENTAGE`). Once the number of entries in the pipe exceeds this value, a callback is invoked. For example, for a pipe with 1000 entries and a `CONGESTION_PERCENTAGE` of 80%, the `CONGESTION_REACHED` callback is invoked after the 800th entry is added.

Following the `CONGESTION_REACHED` callback, the application should call the pipe resize API (`resize()`). The following are optional callbacks during the resize callback:

- A callback on the new number of entries allocated to the pipe

- A callback on each entry that existed in the smaller pipe and is now allocated to the resized pipe

 **Info**

The pipe pointer remains the same for the application to use even after being resized.

Upon completion of the internal transfer of all entries from the small pipe to the resized pipe, a `RESIZED` callback is invoked.

A `CONGESTION_REACHED` callback is received exactly once before the `RESIZED` callback. Receiving another `CONGESTION_REACHED` only happens after calling `resize()` and receiving its completion with a `RESIZED` callback.

**List of Callbacks**

- `CONGESTION_REACHED` – on the updated number of entries in the pipe (if pipe is resizable)

 **Info**

> Receiving a `CONGESTION_REACHED` callback can occur after adding a small number of entries and for moving entries from a small to resized pipe. The application must always call pipe resize after receiving the `CONGESTION_REACHED` callback to handle such cases.

- `RESIZED` – upon completion of the resize operation

 **Note**

> Calling pipe resize returns immediately. It starts an internal process that ends later with the `RESIZED` callback.

- `NR_ENTRIES_CHANGED` (optional) – on the new max number of entries in the pipe

- `ENTRY_RELOCATE` (optional) – on each entry moved from the small pipe to the resized pipe

**Order of Operations for Pipe Resizing**

1. Set a process callback on flow configuration:

```
struct doca_flow_cfg *flow_cfg;
doca_flow_cfg_create(&flow_cfg);
```

```
doca_flow_cfg_set_cb_pipe_process(flow_cfg, <pipe-process-
callback>);
```

> ⓘ **Info**
>
> This informs on `OP_CONGESTION_REACHED` and `OP_RESIZED`
> operations when applicable.

2. Set the following pipe attribute configurations:

```
struct doca_flow_pipe_cfg *pipe_cfg;
doca_flow_pipe_cfg_create(&pipe_cfg, port);
doca_flow_pipe_cfg_set_nr_entries(pipe_cfg, <initial-number-
of-entries>);
doca_flow_pipe_cfg_set_is_resizable(pipe_cfg, true);
doca_flow_pipe_cfg_set_congestion_level_threshold(pipe_cfg,
<CONGESTION_PERCENTAGE>);
doca_flow_pipe_cfg_set_user_ctx(pipe_cfg, <pipe-user-
context>);
```

3. Start adding entries:

```
/* Basic pipe */
doca_flow_pipe_add_entry()
/* Contorl pipe */
doca_flow_pipe_control_add_entry()
```

4. Once the number of entries in the pipe crosses the congestion threshold, an
`OP_CONGESTION_REACHED` operation callback is received.

5. Mark the pipe's congestion threshold event and, upon return, call `doca_flow_pipe_resize()`. For this call, add the following parameters:

   - The new threshold percentage for calculating the new size.

   - A callback on the new pipe size (optional):

     ```
     doca_flow_pipe_resize_nr_entries_changed_cb
     nr_entries_changed_cb
     ```

   - A callback on the entries to be transferred to the resized pipe:

     ```
     doca_flow_pipe_resize_entry_relocate_cb
     entry_relocation_cb
     ```

6. Call `doca_flow_entries_process()` to trigger the transfer of entries. It is relevant for both a basic pipe and a control pipe.

7. At this phase, adding new entries to the pipe is permitted. The entries are added directly to the resized pipe and therefore do not need to be transferred.

8. Once all entries are transferred, an `OP_RESIZED` operation callback is received. Also, at this point a new `OP_CONGESTION_REACHED` operation callback can be received again.

9. At this point calling `doca_flow_entries_process()` can be stopped for a control pipe. For a basic pipe an additional call is required to complete the call to `doca_flow_pipe_add_entry()`.

> ⓘ **Info**
>
> `doca_flow_entries_process()` has the following roles:
>
> - Triggering entry transfer from the smaller to the bigger pipe (until an `OP_RESIZED` callback is received)

- ○ Follow up API on previous `add_entries` API (basic pipe relevance only)

### 6.4.19 Hairpin Configuration

In switch mode, if `dev` is set in struct `doca_flow_port_cfg` (using `doca_flow_port_cfg_set_dev()`), then an internal hairpin is created for direct wire-to-wire fwd. Users may specify the hairpin configuration using `mode_args`. The supported options as follows:

- `hairping_num=[n]` – the hairpin queue number

- `use_huge_mem` – determines whether the Tx buffer uses hugepage memory

- `lock_rx_mem` – locks Rx queue memory

## 6.5 Teardown

### 6.5.1 Pipe Entry Teardown

When an entry is terminated by the user application or ages-out, the user should call the entry destroy function, `doca_flow_pipe_rm_entry()`. This frees the pipe entry and cancels hardware offload.

### 6.5.2 Pipe Teardown

When a pipe is terminated by the user application, the user should call the pipe destroy function, `doca_flow_pipe_destroy()`. This destroys the pipe and the pipe entries that match it.

When all pipes of a port are terminated by the user application, the user should call the pipe flush function, `doca_flow_port_pipes_flush()`. This destroys all pipes and all pipe entries belonging to this port.

 **Warning**

> During `doca_flow_pipe_destroy()` execution, the application must avoid adding/removing entries or checking for aged entries of any other pipes.

### 6.5.3 Port Teardown

When the port is not used anymore, the user should call the port stop function, `doca_flow_port_stop()`. This stops the DOCA port, disables the traffic, destroys the port and frees all resources of the port.

### 6.5.4 Flow Teardown

When the DOCA Flow is not used anymore, the user should call the flow destroy function, `doca_flow_destroy()`. This releases all the resources used by DOCA Flow.

# 7. Metadata

 **Info**

> A scratch area exists throughout the pipeline whose maximum size is `DOCA_FLOW_META_MAX` bytes.

The user can set a value to metadata, copy from a packet field, then match in later pipes. Mask is supported in both match and modification actions.

The user can modify the metadata in different ways based on its actions' <u>masks</u> or descriptors:

- `ADD` – set metadata scratch value from a pipe action or an action of a specific entry. Width is specified by the descriptor.

- `COPY` – copy metadata scratch value from a packet field (including the metadata scratch itself). Width is specified by the descriptor.

 **Info**

> Refer to <u>DOCA API documentation</u> for details on `struct doca_flow_meta`.

Some DOCA pipe types (or actions) use several bytes in the scratch area for internal usage. So, if the user has set these bytes in PIPE-1 and read them in PIPE-2, and between PIPE-1 and PIPE-2 there is PIPE-A which also uses these bytes for internal purpose, then these bytes are overwritten by the PIPE-A. This must be considered when designing the pipe tree.

The bytes used in the scratch area are presented by pipe type in the following table:

| Pipe Type/Action | Bytes Used in Scratch |
|---|---|
| ordered_list | [0, 1, 2, 3] |
| LPM | [0, 1, 2, 3] |
| LPM EM | [0, 1, 2, 3, 4, 5, 6, 7] |
| Mirror | [0, 1, 2, 3] |
| ACL | [0, 1, 2, 3, 4, 5, 6, 7, 8 ,9, 10, 11, 12, 13, 14, 15] |
| Fwd from ingress to egress | [0, 1, 2, 3] |

# 8. Packet Processing

In situations where there is a port without a pipe defined, or with a pipe defined but without any entry, the default behavior is that all packets arrive to a port in the software.



Once entries are added to the pipe, if a packet has no match then it continues to the port in the software. If it is matched, then the rules defined in the pipe are executed.



If the packet is forwarded in RSS, the packet is forwarded to software according to the RSS definition. If the packet is forwarded to a port, the packet is redirected back to the wire. If the packet is forwarded to the next pipe, then the software attempts to match it with the next pipe.

Note that the number of pipes impacts performance. The longer the number of matches and actions that the packet goes through, the longer it takes the hardware to process it. When there is a very large number of entries, the hardware must access the main memory to retrieve the entry context which increases latency.

# 9. Debug and Trace Features

DOCA Flow supports trace and debugging of DOCA Flow applications which enable collecting predefined internal key performance indicators (KPIs) and pipeline visualization.

### 9.1 Installation

The set of DOCA's SDK development packages include also a developer-oriented package that includes additional trace and debug features which are not included in the production libraries:

- `.deb` based systems – `libdoca-sdk-flow-trace`

- `.rpm` based systems – `doca-sdk-flow-trace`

These packages install the trace-version of the libraries under the following directories:

- `.deb` based systems – `/opt/mellanox/doca/lib/<arch>/trace`

- `.rpm` based systems – `/opt/mellanox/doca/lib64/trace`

## 9.2 Using Trace Libraries

The trace libraries are designed to allow a user to link their existing (production) program to the trace library without needing to recompile the program. To do so, one should simply update the matching environment variable so that the OS will prioritize loading libraries from the above trace directory:

```
LD_LIBRARY_PATH=/opt/mellanox/doca/lib/aarch64-linux-
gnu/trace:${LD_LIBRARY_PATH} doca_ipsec_security_gw <program
parameters>
```

## 9.3 Trace Features

### 9.3.1 DOCA Log – Trace Level

DOCA's trace logging level (`DOCA_LOG_LEVEL_TRACE`) is compiled as part of this trace version of the library. That is, any program compiled against the library can activate this additional logging level through DOCA's API or even through DOCA's built-in argument parsing (ARGP) library:

```
LD_LIBRARY_PATH=/opt/mellanox/doca/lib/aarch64-linux-
gnu/trace:${LD_LIBRARY_PATH} doca_ipsec_security_gw <program
parameters> --sdk-log-level 70
```

# 10. DOCA Flow Samples

This section provides DOCA Flow sample implementation on top of the BlueField.

 **Info**

All the DOCA samples described in this section are governed under the BSD-3 software license agreement.

### 10.1 Sample Prerequisites

A DOCA Flow-based program can either run on the host machine or on the BlueField.

Flow-based programs require an allocation of huge pages, hence the following commands are required:

```
echo '1024' | sudo tee -a /sys/kernel/mm/hugepages/hugepages-
2048kB/nr_hugepages
sudo mkdir /mnt/huge
sudo mount -t hugetlbfs nodev /mnt/huge
```

 **Note**

On some OSs (RockyLinux, OpenEuler, CentOS 8.2), the default huge page size on the BlueField (and Arm hosts) is larger than 2MB, often

512MB. Users can check the size of the huge pages on their OS using the following command:

```
$ grep -i huge /proc/meminfo

AnonHugePages:            0 kB
ShmemHugePages:           0 kB
FileHugePages:            0 kB
HugePages_Total:       4
HugePages_Free:        4
HugePages_Rsvd:        0
HugePages_Surp:        0
Hugepagesize:      524288 kB
Hugetlb:          6291456 kB
```

In this case, instead of allocating 1024 pages, users should only allocate 4:

```
echo '4' | sudo tee -a
/sys/kernel/mm/hugepages/hugepages-
524288kB/nr_hugepages
```

## 10.2 Running the Sample

1. Refer to the following documents:

   ○ NVIDIA DOCA Installation Guide for Linux for details on how to install BlueField-related software.

   ○ NVIDIA DOCA Troubleshooting Guide for any issue you may encounter with the installation, compilation, or execution of DOCA samples.

2. To build a given sample:

```
cd /opt/mellanox/doca/samples/doca_flow/
meson /tmp/build
ninja -C /tmp/build
```

> (i) **Note**
>
> The binary `doca_` will be created under `/tmp/build/`.

3. Sample (e.g., `flow_aging`) usage:

```
Usage: doca_flow_aging [DPDK Flags] -- [DOCA Flags]

DOCA Flags:
  -h, --help                              Print a help
synopsis
  -v, --version                           Print program
version information
  -l, --log-level                         Set the (numeric)
log level for the program <10=DISABLE, 20=CRITICAL, 30=ERROR,
40=WARNING, 50=INFO, 60=DEBUG, 70=TRACE>
  --sdk-log-level                         Set the SDK
(numeric) log level for the program <10=DISABLE, 20=CRITICAL,
30=ERROR, 40=WARNING, 50=INFO, 60=DEBUG, 70=TRACE>
  -j, --json <path>                       Parse all command
flags from an input json file
```

4. For additional information per sample, use the `-h` option after the `--` separator:

```
/tmp/build/doca_ -- -h
```

5. DOCA Flow samples are based on DPDK libraries. Therefore, the user is required to provide DPDK flags. The following is an example from an execution on the DPU:

- CLI example for running the samples with "vnf" mode:

```
/tmp/build/doca_ -a
auxiliary:mlx5_core.sf.2 -a auxiliary:mlx5_core.sf.3 --
-l 60
```

- CLI example for running the VNF samples with `vnf,hws` mode:

```
/tmp/build/doca_ -a
auxiliary:mlx5_core.sf.2,dv_flow_en=2 -a
auxiliary:mlx5_core.sf.3,dv_flow_en=2 -- -l 60
```

- CLI example for running the switch samples with `switch,hws` mode:

```
/tmp/build/doca_ -- -p 03:00.0 -r sf[2-3] -
l 60
```

> ⓘ **Note**
>
> When running on the BlueField with `switch,hws` mode ,
> it is not necessary to configure the OVS.

DOCA switch sample hides the extra
`fdb_def_rule_en=0,vport_match=1,repr_matching_en=0,dv_x`
DPDK devargs with a simple `-p` and `-r` to specify the
PCIe ID and representor information.

 **Note**

When running on the DPU using the command above, sub-functions must be enabled according to the NVIDIA BlueField DPU Scalable Function User Guide.

 **Note**

When running on the host, virtual functions must be used according to the instructions in the NVIDIA DOCA Virtual Functions User Guide.

## 10.3 Samples

### 10.3.1 Flow ACL

This sample illustrates how to use the access-control list (ACL) pipe.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

   1. Building an ACL pipe that matches changeable:

1. Source IPv4 address

2. Destination IPv4 address

3. Source port

4. Destination port

2. Adding four example 5-tuple entries:

1. The first entry with:

- Full mask on source IPv4 address

- Full mask on destination IPv4 address

- Null mask on source port (any source port)

- Null mask on destination port (any destination port)

- TCP protocol

- Priority 10

- Action "deny" (drop action)

2. The second entry with:

- Full mask on source IPv4 address

- Full mask on destination IPv4 address

- Null mask on source port (any source port)

- Value set in mask on destination port is used as part of port range:

    - Destination port in match is used as port from

    - Destination port in mask is used as port to

- UDP protocol

- Priority 50

- Action "allow" (forward port action)

3. The third entry with:

- Full mask on source IPv4 address

- Full mask on destination IPv4 address

- Value set in mask on source port is equal to the source port in match. It is the exact port. ACL uses the port with full mask.

- Null mask on destination port (any destination port)

- TCP protocol

- Priority 40

- Action "allow" (forward port action)

4. The fourth entry with:

- 24-bit mask on source IPv4 address

- 24-bit mask on destination IPv4 address

- Value set in mask on source port is used as part of port range : source port in match is used as port from, source port in mask is used as port to.

- Value set in mask on destination port is equal to the destination port in match. It is the exact port. ACL uses the port with full mask.

- TCP protocol

- Priority 20

- Action "allow" (forward port action)

3. The sample shows how to run the ACL pipe on ingress and egress domains. To change the domain, use the global parameter `flow_acl_sample.c`.

   1. Ingress domain: ACL is created as root pipe

   2. Egress domain:

      - Building a control pipe with one entry that forwards the IPv4 traffic hairpin port.

- ACL is created as a root pipe on the hairpin port.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_acl/flow_acl_sample.c`

- `/opt/mellanox/doca/samples/doca_flow/flow_acl/flow_acl_main.c`

- `/opt/mellanox/doca/samples/doca_flow/flow_acl/meson.build`

### 10.3.2 Flow Aging

This sample illustrates the use of DOCA Flow's aging functionality. It demonstrates how to build a pipe and add different entries with different aging times and user data.

The sample logic includes:

1. Initializing DOCA Flow with `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow port.

3. On each port:

    1. Building a pipe with changeable 5-tuple match and forward port action.

    2. Adding 10 entries with different 5-tuple match, a monitor with different aging time (5-60 seconds), and setting user data in the monitor. The user data will contain the port ID, entry number, and entry pointer.

4. Handling aging every 5 seconds and removing each entry after age-out.

5. Running these commands until all entries age out.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_aging/flow_aging_sample`

- `/opt/mellanox/doca/samples/doca_flow/flow_aging/flow_aging_main.c`

- `/opt/mellanox/doca/samples/doca_flow/flow_aging/meson.build`

### 10.3.3 Flow Control Pipe

This sample shows how to use the DOCA Flow control pipe and decap action.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building VXLAN pipe with match on VNI field, decap action, action descriptor for decap, and forwarding the matched packets to the second port.

    2. Building VXLAN-GPE pipe with match on VNI plus next protocol fields, and forwarding the matched packets to the second port.

    3. Building GRE pipe with match on GRE key field, decap and build eth header actions, action descriptor for decap, and forwarding the matched packets to the second port.

    4. Building NVGRE pipe with match on protocol is 0x6558, `vs_id`, `flow_id`, and inner UDP source port fields, and forwarding the matched packets to the second port. This pipe has a higher priority than the GRE pipe. The NVGRE packets are matched first.

    5. Building MPLS pipe with match on third MPLS label field, decap and build eth header actions, action descriptor for decap, and forwarding the matched packets to the second port.

    6. Building a control pipe with the following entries:

        - If L4 type is UDP and destination port is 4789, forward to VXLAN pipe

        - If L4 type is UDP and destination port is 4790, forward to VXLAN-GPE pipe

        - If L4 type is UDP and destination port is 6635, forward to MPLS pipe

        - If tunnel type and L4 type is GRE, forward to GRE pipe

 **Note**

When any tunnel is decapped, it is user responsibility to identify if it is an L2 or L3 tunnel within the action. If the tunnel is L3, the complete outer layer, tunnel, and inner L2 are removed and the inner L3 layer is exposed. To keep the packet valid, the user should provide the ETH header to encap the inner packet. For example:

```
actions.decap_type = DOCA_FLOW_RESOURCE_TYPE_NON_SHARED;
actions.decap_cfg.is_l2 = false;
/* append eth header after decap GRE tunnel */
SET_MAC_ADDR(actions.decap_cfg.eth.src_mac,
src_mac[0], src_mac[1], src_mac[2], src_mac[3],
src_mac[4], src_mac[5]);
SET_MAC_ADDR(actions.decap_cfg.eth.dst_mac,
dst_mac[0], dst_mac[1], dst_mac[2], dst_mac[3],
dst_mac[4], dst_mac[5]);
actions.decap_cfg.eth.type = DOCA_FLOW_L3_TYPE_IP4;
```

For a VXLAN tunnel, since VXLAN is a L2 tunnel, the user must indicate it within the action:

```
actions.decap_type = DOCA_FLOW_RESOURCE_TYPE_NON_SHARED;
actions.decap_cfg.is_l2 = true;
```

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_control_pipe/flow_contr`

- `/opt/mellanox/doca/samples/doca_flow/flow_control_pipe/flow_contr`

- `/opt/mellanox/doca/samples/doca_flow/flow_control_pipe/meson.buil`

### 10.3.4 Flow Copy to Meta

This sample shows how to use the DOCA Flow copy-to-metadata action to copy the source MAC address and then match on it.

The sample logic includes:

1. Initializing DOCA Flow by indicating `ode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

1. Building a pipe with changeable match on `meta_data` and forwarding the matched packets to the second port.

2. Adding an entry that matches an example source MAC that has been copied to metadata.

3. Building a pipe with changeable 5-tuple match, copying source MAC action, and fwd to the first pipe.

4. Adding example 5-tuple entry to the pipe.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_copy_to_meta/flow_copy_`

- `/opt/mellanox/doca/samples/doca_flow/flow_copy_to_meta/flow_copy_`

- `/opt/mellanox/doca/samples/doca_flow/flow_copy_to_meta/meson.buil`

### 10.3.5 Flow Add to Metadata

This sample shows how to use the DOCA Flow add-to-metadata action to accumulate the source IPv4 address for double to meta and then match on the meta.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

   1. Building a pipe with changeable match on `meta_data` and forwarding the matched packets to the second port.

   2. Adding an entry that matches an example double of source IPv4 address that has been added to metadata.

   3. Building a pipe with changeable 5-tuple match, copying the source IPv4, and adding the value again to the meta action, and forwarding to the first pipe.

   4. Adding an example 5-tuple entry to the pipe.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_add_to_meta/flow_add_to`

- `/opt/mellanox/doca/samples/doca_flow/flow_add_to_meta/flow_add_to`

- `/opt/mellanox/doca/samples/doca_flow/flow_add_to_meta/meson.build`

**10.3.6 Flow Drop**

This sample illustrates how to build a pipe with 5-tuple match, forward action drop, and forward miss action to the hairpin pipe. The sample also demonstrates how to dump pipe information to a file and query entry.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building a hairpin pipe with an entry that matches all traffic and forwarding traffic to the second port.

    2. Building a pipe with a changeable 5-tuple match, forwarding action drop, and miss forward to the hairpin pipe. This pipe serves as a root pipe.

    3. Adding an example 5-tuple entry to the drop pipe with a counter as monitor to query the entry later.

4. Waiting 5 seconds and querying the drop entry (total bytes and total packets).

5. Dumping the pipe information to a file.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_drop/flow_drop_sample_s`

- `/opt/mellanox/doca/samples/doca_flow/flow_drop/flow_drop_sample_m`

- `/opt/mellanox/doca/samples/doca_flow/flow_drop/meson.build`

### 10.3.7 Flow ECMP

This sample illustrates ECMP feature using a hash pipe.

The sample enables users to determine how many port are included in ECMP distribution:

- The number of ports, `n`, is determined by DPDK device argument `representor=sf[0-m]` where `m=n-1`.

- CLI example for running this samples with `n=4` ports:

```
/tmp/build/doca_flow_ecmp -- -p 03:00.0 -r sf[0-3] -l 60 --
sdk-log-level 60
```

- `n` should be power of 2. Max supported value is `n=8`.

The sample logic includes:

1. Calculate the number of SF representors ( `n` ) created by DPDK according to user input.

2. Initializing DOCA Flow by indicating `mode_args="switch,hws"` in the `doca_flow_cfg` structure.

3. Starting DOCA Flow ports: Physical port and `n` SF representors.

4. On switch port:

    1. Constructing a hash pipe that signifies the `match_mask` structure to compute the hash based on the outer IPv6 flow label field.

    2. Adding `n` entries to the created pipe, each of which forwards packets to a different port representor.

5. Waiting 15 seconds and querying the entries.

6. Print the ECMP results per port (number packets in each port related to total packets).

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_ecmp/flow_ecmp_sample.c`

- `/opt/mellanox/doca/samples/doca_flow/flow_ecmp/flow_ecmp_main.c`

- `/opt/mellanox/doca/samples/doca_flow/flow_ecmp/meson.build`

### 10.3.8 Flow ESP

This sample illustrates how to match match ESP fields in two ways:

- Exact match for both `esp_spi` and `esp_en` fields using the `doca_flow_match` structure.

- Comparison match for `esp_en` field using the `doca_flow_match_condition` structure.

 **Note**

This sample is supported for ConnectX-7, BlueField-3, and above.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building a control pipe with entry that match `esp_en > 3` (GT pipe).

    2. Building a control pipe with entry that match `esp_en < 3` (LT pipe).

    3. Building a root pipe with changeable `next_pipe` FWD and `esp_spi` match along with specific `esp_sn` match + IPv4 and ESP exitance (matching `parser_meta`).

    4. Adding example `esp_spi = 8` entry to the root pipe which forwards to GT pipe (and miss condition).

    5. Adding example `esp_spi = 5` entry to the root pipe which forwards to LT pipe (and hit condition).

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_esp/flow_esp_sample.c`

- `/opt/mellanox/doca/samples/doca_flow/flow_esp/flow_esp_main.c`

- `/opt/mellanox/doca/samples/doca_flow/flow_esp/meson.build`

### 10.3.9 Flow Forward Miss

The sample illustrates how to use FWD miss query and update with or without miss counter.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building a copy pipe with a changeable outer L3 type match and forwarding traffic to the second port.

    2. Add entries doing different copy action depending on the outer L3 type:

        1. `IPv4` – copy IHL field into Type Of Service field.

        2. `IPv6` – copy Payload Length field into Traffic Class field.

    3. Building a pipe with a IPv4 addresses match, forwarding traffic to the second port, and miss forward to the copy pipe.

    4. Building an IP selector pipe with outer L3 type match, forwarding IPv4 traffic to IPv4 pipe, and miss forward to the copy pipe with miss counter.

    5. Building a root pipe with outer L3 type match, forwarding IPv4 and IPv6 traffic to IP selector pipe, and dropping all other traffic by miss forward with miss counter.

4. Waiting 5 seconds for first batch of traffic.

5. On each port:

    1. Querying the miss counters using `doca_flow_query_pipe_miss` API.

    2. Printing the miss results.

6. On each port:

    1. Building a push pipe that pushes VLAN header and forwarding traffic to the second port.

   2. Updating both IP selector and IPv4 pipes miss FWD pipe target to push pipe using `doca_flow_pipe_update_miss` API.

7. Waiting 5 seconds for second batch of traffic, same flow as before.

8. On each port:

   1. Querying again the miss counters using `doca_flow_query_pipe_miss` API.

   2. Printing the miss results again, the results should include miss packets coming either before or after miss action updating.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_fwd_miss/flow_fwd_miss_`

- `/opt/mellanox/doca/samples/doca_flow/flow_fwd_miss/flow_fwd_miss_`

- `/opt/mellanox/doca/samples/doca_flow/flow_fwd_miss/meson.build`

### 10.3.10 Flow Forward Target (DOCA_FLOW_TARGET_KERNEL)

The sample illustrates how to use `DOCA_FLOW_FWD_TARGET` type of forward, as well as the `doca_flow_get_target` API to obtain an instance of `struct doca_flow_target`.

The sample logic includes:

1. Initializing DOCA Flow with `"vnf,isolated,hws"`.

2. Initializing two ports.

3. Obtaining an instance of `doca_flow_target` by calling `doca_flow_get_target(DOCA_FLOW_TARGET_KERNEL, &kernel_target);`.

4. On each port, creating:

   1. Non-root basic pipe with 5 tuple match.

      1. If hit – forward the packet to another port.

    2. If miss – forward the packet to the kernel for processing by using the instance of `doca_flow_target` obtained in previous steps.

    3. Then add a single entry with a specific 5-tuple which is hit, and the rest is forwarded to the kernel.

2. Root control pipe with a match on outer L3 type being IPv4.

    1. If hit – forward the packet to the non-root pipe.

    2. If miss – drop the packet.

    3. Add a single entry that implements the logic described.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_fwd_target/flow_fwd_tar`

- `/opt/mellanox/doca/samples/doca_flow/flow_fwd_target/flow_fwd_tar`

- `/opt/mellanox/doca/samples/doca_flow/flow_fwd_target/meson.build`

### 10.3.11 Flow GENEVE Encap

This sample illustrates how to use DOCA Flow actions to create a GENEVE tunnel.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building ingress pipe with changeable 5-tuple match, copying to `pkt_meta` action, and forwarding port action.

    2. Building egress pipe with `pkt_meta` match and 4 different encapsulation actions:

DOCA Flow          89

- - L2 encap without options

  - L2 encap with options

  - L3 encap without options

  - L3 encap with options

  3. Adding example 5-tuple and encapsulation values entries to the pipes.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_geneve_encap/flow_genev`

- `/opt/mellanox/doca/samples/doca_flow/flow_geneve_encap/flow_genev`

- `/opt/mellanox/doca/samples/doca_flow/flow_geneve_encap/meson.buil`

### 10.3.12 Flow GENEVE Options

This sample illustrates how to prepare a GENEVE options parser, match on configured options, and decap GENEVE tunnel.

>  **Note**
>
> This sample works only with PF. VFs and SFs are not supported.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

   1. Building GENEVE options parser, same input for all ports.

2. Building match pipe with GENEVE VNI and options match and forwards decap pipe.

3. Building decap pipe with more GENEVE options match, and 2 different decapsulation actions:

  - L2 decap

  - L3 decap with changeable mac addresses

4. Adding example GENEVE options and MAC address values entries to the pipes.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_geneve_opt/flow_geneve_`

- `/opt/mellanox/doca/samples/doca_flow/flow_geneve_opt/flow_geneve_`

- `/opt/mellanox/doca/samples/doca_flow/flow_geneve_opt/meson.build`

**10.3.13 Flow Hairpin VNF**

This sample illustrates how to build a pipe with 5-tuple match and to forward packets to the other port.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

   1. Building a pipe with changeable 5-tuple match and forwarding port action.

   2. Adding example 5-tuple entry to the pipe.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_hairpin_vnf/flow_hairpi`

DOCA Flow                                                                                               91

- `/opt/mellanox/doca/samples/doca_flow/flow_hairpin_vnf/flow_hairpi`

- `/opt/mellanox/doca/samples/doca_flow/flow_hairpin_vnf/meson.build`

**10.3.14 Flow Switch to Wire**

This sample illustrates how to build a pipe with 5-tuple match and forward packets from the wire back to the wire.

The sample shows how to build a basic pipe in a switch and hardware steering (HWS) mode. Each pipe contains two entries, each of which forwards matched packets to two different representors.

The sample also demonstrates how to obtain the switch port of a given port using `doca_flow_port_switch_get()`.

 **Note**

    The test requires one PF with three representors (either VFs or SFs).

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="switch,hws"` in the `doca_flow_cfg` struct.

2. Starting DOCA Flow ports with `doca_dev` in `struct doca_flow_port_cfg`.

3. On the switch's PF port:

    1. Building ingress, egress, vport, and RSS pipes with changeable 5-tuple match and forwarding port action.

    2. Adding example 5-tuple entry to the pipe.

    3. The matched traffic goes to its destination port, the missed traffic is handled by the `rx_tx` function and is sent to a dedicate port based on the protocol.

- Ingress pipe:

```
Entry 0: IP src 1.2.3.4 / TCP src 1234 dst 80 -> egress
pipe
Entry 1: IP src 1.2.3.5 / TCP src 1234 dst 80 -> vport
pipe
```

- Egress pipe (test ingress to egress cross domain):

```
Entry 0: IP dst 8.8.8.8 / TCP src 1234 dst 80 -> port 0
Entry 1: IP dst 8.8.8.9 / TCP src 1234 dst 80 -> port 1
Entry 2: IP dst 8.8.8.10 / TCP src 1234 dst 80 -> port 2
Entry 3: IP dst 8.8.8.11 / TCP src 1234 dst 80 -> port 3
```

- Vport pipe (test ingress direct to vport):

```
Entry 0: IP dst 8.8.8.8 / TCP src 1234 -> port 0
Entry 1: IP dst 8.8.8.9 / TCP src 1234 -> port 1
Entry 2: IP dst 8.8.8.10 / TCP src 1234-> port 2
Entry 3: IP dst 8.8.8.11 / TCP src 1234-> port 3
```

- RSS pipe (test miss traffic `port_id` get and destination `port_id` set):

```
Entry 0: IPv4 / TCP -> port 0
Entry 0: IPv4 / UDP -> port 1
Entry 0: IPv4 / ICMP -> port 2
```

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_to_wire/flow_swi`

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_to_wire/flow_swi`
- `/opt/mellanox/doca/samples/doca_flow/flow_switch_to_wire/meson.bu`

**10.3.15 Flow Hash Pipe**

This sample illustrates how to build a hash pipe in hardware steering (HWS) mode.

The hash pipe contains two entries, each of which forwards "matched" packets to two different SF representors. For each received packet, the hash pipe calculates the entry index to use based on the IPv4 destination address.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="switch,hws"` in the `doca_flow_cfg` struct.

2. Starting DOCA Flow ports: Physical port and two SF representors.

3. On switch port:

    1. Building a hash pipe while indicating which fields to use to calculate the hash in the `struct match_mask`.

    2. Adding two entries to the created pipe, each of which forwards packets to a different port representor.

4. Printing the hash result calculated by the software with the following message: `"hash value for" for dest ip = 192.168.1.1`.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_hash_pipe/flow_hash_pip`
- `/opt/mellanox/doca/samples/doca_flow/flow_hash_pipe/flow_hash_pip`
- `/opt/mellanox/doca/samples/doca_flow/flow_hash_pipe/meson.build`

**10.3.16 Flow IPv6 Flow Label**

This sample shows how to use DOCA Flow actions to update IPv6 flow label field after encapsulation.

As a side effect, it shows also example for IPv6 + MPLS encapsulation.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

   1. Building an ingress pipe with changeable L4 type and ports matching, which updates metadata and goes to the peer port.

   2. Adding example UDP/TCP type and ports and metadata values entries to the pipe. This pipe is L3 type agnostic.

   3. Building an egress pipe on the peer port with changeable metadata matching, which encapsulates packets with IPv6 + MPLS headers, and goes to the next pipe.

   4. Adding entries to the pipe, with different encapsulation values for different metadata values.

   5. Building another egress pipe on the peer port with changeable L3 inner type matching, which copies value into outer IPv6 flow label field.

   6. Adding two entries to the pipe:

      1. L3 inner type is IPv6 - copy IPv6 flow label from inner to outer.

      2. L3 inner type is IPv6 - copy outer IPv6 flow label from metadata.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_ipv6_flow_label/flow_ip`

- `/opt/mellanox/doca/samples/doca_flow/flow_ipv6_flow_label/flow_ip`

- `/opt/mellanox/doca/samples/doca_flow/flow_ipv6_flow_label/meson.b`

**10.3.17 Flow Loopback**

This sample illustrates how to implement packet re-injection, or loopback, in VNF mode.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building a UDP pipe that matches a changeable source and destination IPv4 address, while the forwarding component is RSS to queues. Upon match, setting the packet meta on this UDP pipe which is referred to as an `RSS_UDP_IP` pipe.

    2. Adding one entry to the `RSS_UDP_IP` pipe that matches a packet with a specific source and destination IPv4 address and setting the meta to 10.

    3. Building a TCP pipe that matches changeable 4-tuple source and destination IPv4 and port addresses, while the forwarding component is RSS to queues (this pipe is called `RSS_TCP_IP` and it is the root pipe on ingress domain).

    4. Adding one entry to the `RSS_TCP_IP` pipe, that matches a packet with a specific source and destination port and IPv4 addresses.

    5. On the egress domain, creating the loopback pipe, which is root, and matching TCP over IPv4 with changeable 4-tuple source and destination port and IPv4 addresses, while encapsulating the matched packets with VXLAN tunneling and setting the destination and source MAC addresses to be changeable per entry.

    6. Adding one entry to the loopback pipe with specific values for the match and actions part while setting the destination MAC address to the port to which to inject the packet (in this case, it is the ingress port where the packet arrived).

    7. Starting to receive packets loop and printing the metadata

        - For packets that were re-injected, metadata equaling 10 is printed

- Otherwise, 0 is be printed as metadata (indicating that it is the first time the packet has been encountered)

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_loopback/flow_loopback_`

- `/opt/mellanox/doca/samples/doca_flow/flow_loopback/flow_loopback_`

- `/opt/mellanox/doca/samples/doca_flow/flow_loopback/meson.build`

### 10.3.18 Flow LPM

This sample illustrates how to use LPM (Longest Prefix Match) pipe

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building an LPM pipe that matches changeable source IPv4 address.

    2. Adding two example 5-tuple entries:

        1. The first entry with full mask and forward port action

        2. The second entry with 16-bit mask and drop action

    3. Building a control pipe with one entry that forwards IPv4 traffic to the LPM pipe.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_lpm/flow_lpm_sample.c`

- `/opt/mellanox/doca/samples/doca_flow/flow_lpm/flow_lpm_main.c`

DOCA Flow                                                                    97

- `/opt/mellanox/doca/samples/doca_flow/flow_lpm/meson.build`

**10.3.19 Flow LPM with exact match (EM)**

This sample illustrates how to use LPM (Longest Prefix Match) pipe with exact match logic (EM) enabled.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

   1. Building LPM pipe that matches changeable source IPv4 address (using `match`) with exact-match logic on `meta.u32[1]` and the inner destination MAC and VNI (using `match_mask`).

   2. Adding five entries to the LPM:

      1. Default entry with IPv4 subnet 0 to drop the packets which are unmatched in LPM with EM

      2. Fully masked `1.2.3.4` IPv4 address with meta value `1`, inner destination mac `1:1:1:1:1:1`, VNI `0xabcde1` to forward to the next port

      3. Fully masked `1.2.3.4` IPv4 address with meta value `2`, inner destination mac `2:2:2:2:2:2`, VNI `0xabcde2` to forward to the next port

      4. Fully masked `1.2.3.4` IPv4 address with meta value `3`, inner destination mac `3:3:3:3:3:3`, VNI `0xabcde3` to drop

      5. First 16 bit masked `1.2.0.0` IPv4 address with meta value `3`, inner destination mac `3:3:3:3:3:3`, VNI `0xabcde3` to forward to the next port

3. Building basic root pipe which matches everything, copies the `outer.eth_vlan0.tci` value to the `meta.u32[1]` and forwards the packet to the LPM pipe.

4. Adding single entry to the main pipe.

The sample uses the counters to show the packets per entry. Here are the packets that can be used for the test and the expected response of the sample to them:

- `Ether()/Dot1Q(vlan=1)/IP(src="1.2.3.4")/UDP(dport=4789)/VXLAN(vni` – to be forwarded to next port by entry number 1

- `Ether()/Dot1Q(vlan=2)/IP(src="1.2.3.4")/UDP(dport=4789)/VXLAN(vni` – to be forwarded to next port by entry number 2

- `Ether()/Dot1Q(vlan=3)/IP(src="1.2.3.4")/UDP(dport=4789)/VXLAN(vni` – to be dropped by entry number 3

- `Ether()/Dot1Q(vlan=3)/IP(src="1.2.125.125")/UDP(dport=4789)/VXLAN` – to be forwarded to next port by entry number 4

- `Ether()/Dot1Q(vlan=5)/IP(src="5.5.5.5")/UDP(dport=4789)/VXLAN(vni` – to be dropped by entry number 0 (default)

- `Ether()/Dot1Q(vlan=1)/IP(src="1.2.3.4")/UDP(dport=4789)/VXLAN(vni` – to be dropped by entry number 0 (default)

- `Ether()/Dot1Q(vlan=1)/IP(src="1.2.3.4")/UDP(dport=4789)/VXLAN(vni` – to be dropped by entry number 0 (default)

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_lpm_em/flow_lpm_em_samp`

- `/opt/mellanox/doca/samples/doca_flow/flow_lpm_em/flow_lpm_em_main`

- `/opt/mellanox/doca/samples/doca_flow/flow_lpm_em/meson.build`

**10.3.20 Flow Modify Header**

This sample illustrates how to use DOCA Flow actions to modify the specific packet fields.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port, creating serial pipes and jumping to the next pipe if traffic is unmatched:

   1. Building a pipe with action `dec_ttl=true` and changeable `mod_dst_mac`. The pipe matches IPv4 traffic with a changeable destination IP and forwards the matched packets to the second port.

      - Adding an entry with an example destination IP (8.8.8.8) and `mod_dst_mac` value.

   2. Building a pipe with action-changeable `mod_vxlan_tun_rsvd1`. The pipe matches IPv4 traffic with a changeable UDP destination port and VXLAN-GPE tunnel ID then forwards the matched packets to the second port.

      - Adding an entry with an example VXLAN-GPE tunnel ID (100) and UDP destination port (4790), then `mod_vxlan_tun_rsvd1` value.

   3. Building a pipe with action-changeable `mod_vxlan_tun_rsvd1`. The pipe matches IPv4 traffic with a changeable UDP destination port and VXLAN tunnel ID then forwards the matched packets to the second port.

      - Adding an entry with an example VXLAN tunnel ID (100) and UDP destination port (4789), then `mod_vxlan_tun_rsvd1` value.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_modify_header/flow_modi`

- `/opt/mellanox/doca/samples/doca_flow/flow_modify_header/flow_modi`

- `/opt/mellanox/doca/samples/doca_flow/flow_modify_header/meson.bui`

**10.3.21 Flow Monitor Meter**

This sample illustrates how to use DOCA Flow monitor meter.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building a pipe with monitor meter flag and changeable 5-tuple match. The pipe forwards the matched packets to the second port.

    2. Adding an entry with an example CIR and CBS values.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_monitor_meter/flow_moni`

- `/opt/mellanox/doca/samples/doca_flow/flow_monitor_meter/flow_moni`

- `/opt/mellanox/doca/samples/doca_flow/flow_monitor_meter/meson.bui`

**10.3.22 Flow Multi-actions**

This sample shows how to use a DOCA Flow array of actions in a pipe.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building a pipe with changeable source IP match which forwards the matched packets to the second port and sets different actions in the actions array:

- Changeable modify source MAC address

- Changeable modify source IP address

2. Adding two entries to the pipe with different source IP match:

1. The first entry with an example modify source MAC address.

2. The second with a modify source IP address.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_multi_actions/flow_mult`

- `/opt/mellanox/doca/samples/doca_flow/flow_multi_actions/flow_mult`

- `/opt/mellanox/doca/samples/doca_flow/flow_multi_actions/meson.bui`

**10.3.23 Flow Multi-fwd**

This sample shows how to use a different forward in pipe entries.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

1. Building a pipe with changeable source IP match and sending NULL in the forward.

2. Adding two entries to the pipe with different source IP match, and different forward:

- The first entry with forward to the second port

- The second with drop

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_multi_fwd/flow_multi_fw`

- `/opt/mellanox/doca/samples/doca_flow/flow_multi_fwd/flow_multi_fw`

- `/opt/mellanox/doca/samples/doca_flow/flow_multi_fwd/meson.build`

**10.3.24 Flow Ordered List**

This sample shows how to use a DOCA Flow ordered list pipe.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building a root pipe with changeable 5-tuple match and forwarding to an ordered list pipe with a changeable index.

    2. Adding two entries to the pipe with an example value sent to a different index in the ordered list pipe.

    3. Building ordered list pipe with two lists, one for each entry:

        - First list uses meter and then shared counter

        - Second list uses shared counter and then meter

4. Waiting 5 seconds and querying the entries (total bytes and total packets).

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_ordered_list/flow_order`

- `/opt/mellanox/doca/samples/doca_flow/flow_ordered_list/flow_order`

- `/opt/mellanox/doca/samples/doca_flow/flow_ordered_list/meson.buil`

**10.3.25 Flow Parser Meta**

This sample shows how to use some of `match.parser_meta` fields from 3 families:

- IP fragmentation – matching on whether a packet is IP fragmented

- Integrity bits – matching on whether a specific protocol is OK (length, checksum etc.)

- Packet types – matching on a specific layer packet type

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building a root pipe with outer IP fragmentation match:

        - If a packet is IP fragmented – forward it to the second port regardless of next pipes in the pipeline

        - If a packet is not IP fragmented – proceed with the the pipeline by forwarding it to integrity pipe

    2. Building an "integrity" pipe with a single entry which continues to the next pipe when:

        - The outer IPv4 checksum is OK

        - The inner L3 is OK (incorrect length should be dropped)

    3. Building a "packet type" pipe which forwards packets to the second port when:

        - The outer L3 type is IPv4

        - The inner L4 type is either TCP or UDP

4. Waiting 5 seconds for traffic to arrive.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_parser_meta/flow_parser`

- `/opt/mellanox/doca/samples/doca_flow/flow_parser_meta/flow_parser`

- `/opt/mellanox/doca/samples/doca_flow/flow_parser_meta/meson.build`

**10.3.26 Flow Random**

This sample shows how to use `match.parser_meta.random` field for 2 different use-cases:

- Sampling – sampling certain percentage of traffic regardless of flow content

- Distribution – distributing traffic in 8 different queues

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building a root pipe with changeable 5-tuple match and forwarding to specific use-case pipe according to changeable source IP address.

    2. Adding two entries to the pipe with different source IP match, and different forward:

        - The first entry with forward to the sampling pipe.

        - The second entry with forward to the distribution pipe.

    3. Building a "sampling" pipe with a single entry and preparing the entry to sample 12.5% of traffic.

    4. Building a "distribution" hash pipe with 8 entries and preparing the entries to get 12.5% of traffic for each queue.

4. Waiting 15 seconds and querying the entries (total packets after sampling/distribution related to total packets before).

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_random/flow_random_samp`

- `/opt/mellanox/doca/samples/doca_flow/flow_random/flow_random_main`

- `/opt/mellanox/doca/samples/doca_flow/flow_random/meson.build`

### 10.3.27 Flow RSS ESP

This sample shows how to use DOCA Flow forward RSS according to ESP SPI field, and distribute the traffic between queues.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building a pipe with both L3 and L4 types match, copy the `SPI` field into packet meta data, and forwarding to RSS with 7 queues.

    2. Adding an entry with both IPv4 and ESP existence matching.

4. Waiting 15 seconds for traffic to arrived.

5. On each port:

    1. Calculates the traffic percentage distributed into each port and prints the result.

    2. Printing for each packet its `SPI` value. (only in debug mode, `-l ≥ 60`)

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_rss_esp/flow_rss_esp_sa`

- `/opt/mellanox/doca/samples/doca_flow/flow_rss_esp/flow_rss_esp_ma`

- `/opt/mellanox/doca/samples/doca_flow/flow_rss_esp/meson.build`

### 10.3.28 Flow RSS Meta

This sample shows how to use DOCA Flow forward RSS, set meta action, and then retrieve the matched packets in the sample.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building a pipe with a changeable 5-tuple match, forwarding to RSS queue with index 0, and setting changeable packet meta data.

    2. Adding an entry with an example 5-tuple and metadata value to the pipe.

4. Retrieving the packets on both ports from a receive queue , and printing the packet metadata value.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_rss_meta/flow_rss_meta_`

- `/opt/mellanox/doca/samples/doca_flow/flow_rss_meta/flow_rss_meta_`

- `/opt/mellanox/doca/samples/doca_flow/flow_rss_meta/meson.build`

### 10.3.29 Flow Sampling

This sample shows how to sample certain percentage of traffic regardless of flow content using `doca_flow_match_condition` structure with `parser_meta.random.value` field string.

>  **Note**
>
> This sample is supported for ConnectX-7/BlueField-3 and above.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="switch,hws"` in the `doca_flow_cfg` struct.

2. Starting DOCA Flow ports: Physical port and two SF representors.

3. On switch port:

   1. Building a root pipe with changeable 5-tuple match and forwarding to sampling pipe.

   2. Adding entry with an example 5-tuple to the pipe.

   3. Building a "sampling" control pipe with a single entry.

   4. calculating the requested random value for getting 35% of traffic.

   5. Adding entry with an example condition random value to the pipe.

4. Waiting 15 seconds and querying the entries (total packets after sampling related to total packets before).

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_sampling/flow_sampling_`

- `/opt/mellanox/doca/samples/doca_flow/flow_sampling/flow_sampling_`

- `/opt/mellanox/doca/samples/doca_flow/flow_sampling/meson.build`

### 10.3.30 Flow Set Meta

This sample shows how to use the DOCA Flow set metadata action and then match on it.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

1. Building a pipe with a changeable match on metadata and forwarding the matched packets to the second port.

2. Adding an entry that matches an example metadata value.

3. Building a pipe with changeable 5-tuple match, changeable metadata action, and fwd to the first pipe.

4. Adding entry with an example 5-tuple and metadata value to the pipe.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_set_meta/flow_set_meta_`

- `/opt/mellanox/doca/samples/doca_flow/flow_set_meta/flow_set_meta_`

- `/opt/mellanox/doca/samples/doca_flow/flow_set_meta/meson.build`

### 10.3.31 Flow Shared Counter

This sample shows how to use the DOCA Flow shared counter and query it to get the counter statistics.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Binding the shared counter to the port.

    2. Building a pipe with changeable 5-tuple match with UDP protocol, changeable shared counter ID and forwarding the matched packets to the second port.

    3. Adding an entry with an example 5-tuple match and shared counter with ID= `port_id`.

    4. Building a pipe with changeable 5-tuple match with TCP protocol, changeable shared counter ID and forwarding the matched packets to the second port.

    5. Adding an entry with an example 5-tuple match and shared counter with ID= `port_id`.

    6. Building a control pipe with the following entries:

        - If L4 type is UDP, forwards the packets to the UDP pipe

        - If L4 type is TCP, forwards the packets to the TCP pipe

4. Waiting 5 seconds and querying the shared counters (total bytes and total packets).

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_shared_counter/flow_sha`

- `/opt/mellanox/doca/samples/doca_flow/flow_shared_counter/flow_sha`

- `/opt/mellanox/doca/samples/doca_flow/flow_shared_counter/meson.bu`

**10.3.32 Flow Shared Meter**

This sample shows how to use the DOCA Flow shared meter.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Config a shared meter with specific cir and cbs values.

    2. Binding the shared meter to the port.

    3. Building a pipe with a changeable 5-tuple match with UDP protocol, changeable shared meter ID and forwarding the matched packets to the second port.

    4. Adding an entry with an example 5-tuple match and shared meter with ID= `port_id`.

    5. Building a pipe with a changeable 5-tuple match with TCP protocol, changeable shared meter ID and forwarding the matched packets to the second port.

    6. Adding an entry with an example 5-tuple match and shared meter with ID= `port_id`.

    7. Building a control pipe with the following entries:

        - If L4 type is UDP, forwards the packets to the UDP pipe

        - If L4 type is TCP, forwards the packets to the TCP pipe

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_shared_meter/flow_share`

- `/opt/mellanox/doca/samples/doca_flow/flow_shared_meter/flow_share`

- `/opt/mellanox/doca/samples/doca_flow/flow_shared_meter/meson.buil`

**10.3.33 Flow Switch Control Pipe**

This sample shows how to use the DOCA Flow control pipe in switch mode.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="switch,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

   1. Building control pipe with match on VNI field.

   2. Adding two entries to the control pipe, both matching TRANSPORT (UDP or TCP proto) over IPv4 with source port 80 and forwarding to the other port, where the first entry matches destination port 1234 and the second 12345.

   3. Both entries have counters, so that after the successful insertions of both entries, the sample queries those counters to check the number of matched packets per entry.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_control_pipe/flc`

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_control_pipe/flc`

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_control_pipe/mes`

### 10.3.34 Flow Switch – Multiple Switches

This sample illustrates how to use two switches working concurrently on two different physical functions.

It shows how to build a basic pipe in a switch and hardware steering (HWS) mode. Each pipe contains two entries, each of which forwards matched packets to two different representors.

The sample also demonstrates how to obtain the switch port of a given port using `doca_flow_port_switch_get()`.

 **Note**

The test requires two PFs with two (either VF or SF) representors on each.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="switch,hws"` in the `doca_flow_cfg` struct.

2. Starting DOCA Flow ports: Two physical ports and two representors each (totaling six ports).

3. On the switch port:

   1. Building a basic pipe while indicating which fields to match on using `struct doca_flow_match match`.

   2. Adding two entries to the created pipe, each of which forwards packets to a different port representor.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_switch/flow_switch_samp`

- `/opt/mellanox/doca/samples/doca_flow/flow_switch/flow_switch_main`

- `/opt/mellanox/doca/samples/doca_flow/flow_switch/meson.build`

### 10.3.35 Flow Switch – Single Switch

This sample is identical to the previous sample, before the flow switch sample was extended to take advantage of the capabilities of DOCA to support multiple switches concurrently, each based on a different physical device.

The reason we add this original version is that it removes the constraints imposed by the modified flow switch version, allowing to use arbitrary number of representors in the

switch configuration.

The logic of this sample is identical to that of the previous sample with 2 new pipes.

- A user RSS pipe which receives the packets which missed TC rules (in the kernel domain in this case)

- A simple pipe forwarding packets to kernel domain by using `DOCA_FLOW_FWD_TARGET`

In the `to_kernel_pipe`, all the IPv4 packets are forwarded to the kernel (i.e., entry 0 in `to_kernel_pipe`). In the kernel domain, all the IPv4 packets are missed to the NIC domain if there is no TC rule. In the NIC domain, the IPv4 packets missed from the NIC domain are forwarded to slow path (i.e., the representor of the PF/VF).

- Root pipe:

```
Entry 0: IP src 1.2.3.4 / dst 8.8.8.8 / TCP src 1234 dst 80 -> port
0
Entry 1: IP src 1.2.3.5 / dst 8.8.8.9 / TCP src 1234 dst 80 -> port
1
Miss: -> To kernel pipe
```

- To kernel pipe:

```
Entry 0: IPv4 -> send to kernel
IPv6 traffic would be dropped
```

- RSS pipe:

```
Entry 0: IPv4 -> port 0 rss queue 0
```

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_single/flow_swit`

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_single/flow_swit`

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_single/meson.bui`

### 10.3.36 Flow Switch (Direction Info)

This sample illustrates how to give a hint to the driver for potential optimizations based on the direction information.

 **Info**

> This sample requires a single PF with two representors (either VF or SF).

The sample also demonstrates usage of the `match.parser_meta.port_meta` to detect by the switch pipe the source from where the packet has arrived.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="switch,hws"` in the `doca_flow_cfg` struct.

2. Starting 3 DOCA Flow ports, 1 physical port and 2 representors.

3. On the switch port:

   1. Network-to-host pipe:

      1. Building basic pipe with a changeable `ipv4.next_proto` field and configuring the pipe with the hint of direction by setting `attr.dir_info = DOCA_FLOW_DIRECTION_NETWORK_TO_HOST`.

      2. Adding two entries:

- If `ipv4.next_proto` is TCP, the packet is forwarded to the first representor, to the host.

- If `ipv4.next_proto` is UDP, the packet is forwarder to the second representor, to the host.

2. Host-to-network pipe:

1. Building a basic pipe with a match on `aa:aa:aa:aa:aa:aa` as a source MAC address and configuring a pipe with the hint of direction by setting `attr.dir_info = DOCA_FLOW_DIRECTION_HOST_TO_NETWORK`.

2. Adding an entry. If the source MAC is matched, forward the packet to the physical port (i.e., to the network).

3. Switch pipe:

1. Building a basic pipe with a changeable `parser_meta.port_meta` to detect where the packet has arrived from.

2. Adding 3 entries:

- If the packet arrived from port 0 (i.e., the network), forward it to the network-to-host pipe to decide for further logic

- If the packet arrived from port 1 (i.e., the host's first representor), forward it to the host-to-network pipe to decide for further logic

- If the packet arrived from port 2, (i.e., the host's second representor), forward it to the host-to-network pipe to decide for further logic

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_direction_info/f`

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_direction_info/f`

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_direction_info/m`

### 10.3.37 Flow Switch Hot Upgrade

This sample demonstrates how to use the port operation state mechanism for a hot upgrade use case. It shows how to configure the state of a port during initialization and how to modify the state after the port has already been started.

**Prerequisites**

The test requires two physical functions (PFs) with two (either VFs or SFs) representors on each.

**Command-line Arguments**

The sample allows users to specify the operation state of the instance using the `--state <value>` argument. The relevant values are:

- `0` for `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE`

- `1` for `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE_READY_TO_SWAP`

- `2` for `DOCA_FLOW_PORT_OPERATION_STATE_STANDBY`

**Sample Logic**

1. Initialize DOCA Flow:

    - Indicate `mode_args="switch"` in the `doca_flow_cfg` structure.

2. Start DOCA Flow ports:

    - Two physical ports and two representors each (totaling six ports) are started.

    - Both switch ports are configured with `DOCA_FLOW_PORT_OPERATION_STATE_UNCONNECTED` state.

3. Configure each switch port:

    1. Build a basic pipe with a miss counter matching on outer L3 type (specific IPv4) and outer L4 type (changeable).

DOCA Flow                                                                                                  117

2. Add two entries to the created pipe with counters, each forwarding packets to a different port representor.

3. Modify the port operation state from `DOCA_FLOW_PORT_OPERATION_STATE_UNCONNECTED` to the required state.

4. Traffic handling:

   o Wait for traffic until a SIGQUIT signal (Ctrl+) is received.

   o While traffic is being received, traffic statistics are printed to stdout.

**Hot Upgrade Use Case**

To illustrate the hot upgrade use case, follow these steps:

1. Create two different instances in separate windows with different states.

> (i) **Note**
>
> DPDK prevents users from creating two primary instances. To avoid this limitation, use the `--file-prefix` EAL argument.
>
> o Example for the "active" instance:
>
> ```
> /tmp/build/samples/doca_flow_switch_hot_upgrade
> -- -p 08:00.0 -p 08:00.1 -r vf[0-1] -r
> vf[0-1] -l 70
> ```
>
> o Example for the "stand-by" instance:
>
> ```
> /tmp/build/samples/doca_flow_switch_hot_upgrade
> --file-prefix standby -- -p 08:00.0 -p
> ```

DOCA Flow                                                                 118

```
08:00.1 -r vf[0-1] -r vf[0-1] -l 70 --
state 2
```

2. Close the active process by typing Ctrl+\ while traffic is being received. The traffic statistics will start printing in the standby instance.

3. Restart the first instance. The traffic statistics will stop printing in the standby instance and start printing in the active instance again.

**Swap Use Case**

When both instances are running, the swap use case can be demonstrated by typing Ctrl+C:

- Typing Ctrl+C in the active instance changes its state to
  `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE_READY_TO_SWAP`

- Typing Ctrl+C in the standby instance changes its state to
  `DOCA_FLOW_PORT_OPERATION_STATE_ACTIVE`

- Typing Ctrl+C in the active instance again changes its state to
  `DOCA_FLOW_PORT_OPERATION_STATE_STANDBY`

**References**

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_hot_upgrade/flow`

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_hot_upgrade/flow`

- `/opt/mellanox/doca/samples/doca_flow/flow_switch_hot_upgrade/meso`

**10.3.38 Flow VXLAN Encap**

This sample shows how to use DOCA Flow actions to create a VXLAN/VXLANGPE/VXLANGBP tunnel as well as illustrating the usage of matching TCP and UDP packets in the same pipe.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

   1. Building a pipe with changeable 5-tuple match, encap action, and forward port action.

   2. Adding example 5-tuple and encapsulation values entry to the pipe. Every TCP or UDP over IPv4 packet with the same 5-tuple is matched and encapsulated.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_vxlan_encap/flow_vxlan_`

- `/opt/mellanox/doca/samples/doca_flow/flow_vxlan_encap/flow_vxlan_`

- `/opt/mellanox/doca/samples/doca_flow/flow_vxlan_encap/meson.build`

### 10.3.39 Flow Shared Mirror

This sample shows how to use the DOCA Flow shared mirror.

 **Note**

A current limitation does not allow using shared mirror IDs bearing the value zero.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Configuring a shared mirror with a clone destination hairpin to the second port.

    2. Binding the shared mirror to the port.

    3. Building a pipe with a changeable 5-tuple match with UDP protocol, changeable shared mirror ID, and forwarding the matched packets to the second port.

    4. Adding an entry with an example 5-tuple match and shared mirror with ID= `port_id+1`.

    5. Building a pipe with a changeable 5-tuple match with TCP protocol, changeable shared mirror ID, and forwarding the matched packets to the second port.

    6. Adding an entry with an example 5-tuple match and shared mirror with ID= `port_id+1`.

    7. Building a control pipe with the following entries:

        - If L4 type is UDP, forwards the packets to the UDP pipe

        - If L4 type is TCP, forwards the packets to the TCP pipe

    8. Waiting 15 seconds to clone any incoming traffic. Should see the same two packets received on the second port (one from the clone and another from the original).

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_shared_mirror/flow_shar`

- `/opt/mellanox/doca/samples/doca_flow/flow_shared_mirror/flow_shar`

- `/opt/mellanox/doca/samples/doca_flow/flow_shared_mirror/meson.bui`

**10.3.40 Flow Match Comparison**

This sample shows how to use the DOCA Flow match with a comparison result.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Building a pipe with a changeable match on `meta_data[0]` and forwarding the matched packets to the second port.

    2. Adding an entry that matches on `meta_data[0]` equal with TCP header length.

    3. Building a control pipe for comparison purpose.

    4. Adding an entry to the control pipe match with comparison result the `meta_data[0]` value greater than `meta_data[1]` and forwarding the matched packets to match with the meta pipe.

    5. Building a pipe with a changeable 5-tuple match, copying `ipv4.total_len` to `meta_data[1]`, and accumulating `ipv4.version_ihl << 2` `tcp.data_offset << 2` to `meta_data[1]`, then forwarding to the second pipe.

    6. Adding an example 5-tuple entry to the pipe.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_match_comparison/flow_m`

- `/opt/mellanox/doca/samples/doca_flow/flow_match_comparison/flow_m`

- `/opt/mellanox/doca/samples/doca_flow/flow_match_comparison/meson.`

**10.3.41 Flow Pipe Resize**

This sample shows how the DOCA Flow pipe resize feature behaves as pipe size increases. The pipe type under resize (basic or control) can be specified in the command line.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="switch,hws,cpds"` in the `doca_flow_cfg` struct.

>  **Info**
>
> The CPDS (control pipe dynamic size) argument is relevant for a control pipe only. By default, a control pipe's internal tables have a default size of 64 entries. Using the CPDS mode, each table's initial size matches the control pipe size.

2. Starting a PF with two representors of SFs or VFs and selecting the pipe type under resize. For example:

```
./doca_flow_pipe_resize -- --pipe-type <basic|control> -p
08:00.0 -r sf\[0-1\] -l 60 --sdk-log-level 50
```

3. Starting with a pipe of a max size of 10 entries then adding 80 entries. Instead of failing on adding the 11th entry, the pipe continues increasing in the following manner:

   1. Receiving a `CONGESTION_REACHED` callback whenever the number of current entries exceeds a threshold level of 80%.

   2. Calling `doca_flow_pipe_resize()` with threshold percentage of 50%. Roughly, the new size is calculated as: (current entries) / (50%) rounded up to the nearest power of 2. A callback can indicate the exact number of entries.

   3. Receiving a callback on the exact new calculated size of the pipe:

```
typedef doca_error_t
(*doca_flow_pipe_resize_nr_entries_changed_cb)(void
*pipe_user_ctx, uint32_t nr_entries);
```

4. Start calling `doca_flow_entries_process()` in a loop on each thread ID to trigger the entry relocations.

 **Info**

> The loop should continue as long as the resize process was not ended.

5. Receiving a callback on each entry relocated to the new resized pipe:

```
typedef doca_error_t
(*doca_flow_pipe_resize_entry_relocate_cb)(void
*pipe_user_ctx, uint16_t pipe_queue, void
*entry_user_ctx, void **new_entry_user_ctx)
```

6. Receiving a `PIPE_RESIZED` callback upon completion of the resize process. At this point, in case of a control pipe, calling `doca_flow_entries_process()` should stop. In case of a basic pipe, continue calling `doca_flow_entries_process()` to process the last entries being added to the pipe.

 **Info**

> The resize cycles described above repeats five times increasing the pipe sizes in these steps: 10 -> 16 -> 32 -> 64 -> 128.

>  **Info**
>
> The pipe control entries define a match on increasing destination IP address. The fwd action send packet to the other port.

7. Waiting 5 seconds to send any traffic that matches the flows and seeing them on the other port.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_pipe_resize/flow_pipe_r`

- `/opt/mellanox/doca/samples/doca_flow/flow_pipe_resize/flow_pipe_r`

- /opt/mellanox/doca/samples/doca_flow/flow_pipe_resize/meson.build

### 10.3.42 Flow Entropy

This sample shows how to use the DOCA Flow entropy calculation.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="switch,hws"` in the `doca_flow_cfg` struct.

2. Starting one DOCA Flow port.

3. Configuring the `doca_flow_entropy_format` structure with 5-tuple values.

4. Calling to `doca_flow_port_calc_entropy` to get the calculated entropy.

5. Logging the calculated entropy.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_entropy/flow_entropy_sa`

- `/opt/mellanox/doca/samples/doca_flow/flow_entropy/flow_entropy_ma`

- `/opt/mellanox/doca/samples/doca_flow/flow_entropy/meson.build`

**10.3.43 Flow VXLAN Shared Encap**

This sample shows how to use DOCA Flow actions to create a VXLAN tunnel as well as illustrating the usage of matching TCP and UDP packets in the same pipe.

The VXLAN tunnel is created by `shared_resource_encap`.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. On each port:

    1. Configure and bind shared encap resources. The encap resources are for VXLAN encap.

    2. Building a pipe with changeable 5-tuple match, `shared_encap_id`, and forward port action.

    3. Adding example 5-tuple and encapsulation values entry to the pipe. Every TCP or UDP over IPv4 packet with the same 5-tuple is matched and encapsulated.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_vxlan_shared_encap/flow`

- `/opt/mellanox/doca/samples/doca_flow/flow_vxlan_shared_encap/flow`

- `/opt/mellanox/doca/samples/doca_flow/flow_vxlan_shared_encap/mes`

# 11. Field String Support Appendix

## 11.1 Supported Field String

The following is a list of all the API fields available for matching criteria and action execution.

| String Field | Path in The Structure |
|---|---|
| | Match |
| `meta.data` (bit_offset < 32) | `meta.pkt_meta` |
| `meta.data` (bit_offset $\geq$ 32) | `meta.u32[i]` |
| `meta.mark` | `meta.mark` |
| `parser_meta.hash.result` | None. See section "Copy Hash |
| `parser_meta.port.id` | `parser_meta.port_meta` |
| `parser_meta.ipsec.syndrome` | `parser_meta.ipsec_synd` |
| `parser_meta.psp.syndrome` | `parser_meta.psp_syndro` |
| `parser_meta.random.value` | `parser_meta.random` |
| `parser_meta.meter.color` | `parser_meta.meter_colo` |
| `parser_meta.packet_type.l2_outer` | `parser_meta.outer_l2_t` |
| `parser_meta.packet_type.l3_outer` | `parser_meta.outer_l3_t` |
| `parser_meta.packet_type.l4_outer` | `parser_meta.outer_l4_t` |
| `parser_meta.packet_type.l2_inner` | `parser_meta.inner_l2_t` |
| `parser_meta.packet_type.l3_inner` | `parser_meta.inner_l3_t` |
| `parser_meta.packet_type.l4_inner` | `parser_meta.inner_l4_t` |
| `parser_meta.outer_ip_fragmented.flag` | `parser_meta.outer_ip_f` |

| String Field | Path in The Structure |
|---|---|
| | Match |
| `parser_meta.inner_ip_fragmented.flag` | `parser_meta.inner_ip_f` |
| `parser_meta.outer_integrity.l3_ok` | `parser_meta.outer_l3_o` |
| `parser_meta.outer_integrity.ipv4_checksum_ok` | `parser_meta.outer_ip4_` |
| `parser_meta.outer_integrity.l4_ok` | `parser_meta.outer_l4_o` |
| `parser_meta.outer_integrity.l4_checksum_ok` | `parser_meta.outer_l4_c` |
| `parser_meta.inner_integrity.l3_ok` | `parser_meta.inner_l3_o` |
| `parser_meta.inner_integrity.ipv4_checksum_ok` | `parser_meta.inner_ip4_` |
| `parser_meta.inner_integrity.l4_ok` | `parser_meta.inner_l4_o` |
| `parser_meta.inner_integrity.l4_checksum_ok` | `parser_meta.inner_l4_c` |
| `outer.eth.dst_mac` | `outer.eth.dst_mac` |
| `outer.eth.src_mac` | `outer.eth.src_mac` |
| `outer.eth.type` | `outer.eth.type` |
| `outer.eth_vlan0.tci` | `outer.eth_vlan[0].tci` |
| `outer.eth_vlan1.tci` | `outer.eth_vlan[1].tci` |
| `outer.ipv4.src_ip` | `outer.ip4.src_ip` |
| `outer.ipv4.dst_ip` | `outer.ip4.dst_ip` |
| `outer.ipv4.dscp_ecn` | `outer.ip4.dscp_ecn` |
| `outer.ipv4.next_proto` | `outer.ip4.next_proto` |
| `outer.ipv4.ttl` | `outer.ip4.ttl` |
| `outer.ipv4.version_ihl` | `outer.ip4.version_ihl` |
| `outer.ipv4.total_len` | `outer.ip4.total_len` |
| `outer.ipv6.src_ip` | `outer.ip6.src_ip` |
| `outer.ipv6.dst_ip` | `outer.ip6.dst_ip` |

| String Field | Path in The Structure |
|---|---|
| | Match |
| `outer.ipv6.traffic_class` | `outer.ip6.traffic_clas` |
| `outer.ipv6.flow_label` | `outer.ip6.flow_label` |
| `outer.ipv6.next_proto` | `outer.ip6.next_proto` |
| `outer.ipv6.hop_limit` | `outer.ip6.hop_limit` |
| `outer.ipv6.payload_len` | `outer.ip6.payload_len` |
| `outer.udp.src_port` | `outer.udp.l4_port.src_` |
| `outer.udp.dst_port` | `outer.udp.l4_port.dst_` |
| `outer.transport.src_port` | `outer.transport.src_po` |
| `outer.transport.dst_port` | `outer.transport.dst_po` |
| `outer.tcp.src_port` | `outer.tcp.l4_port.src_` |
| `outer.tcp.dst_port` | `outer.tcp.l4_port.dst_` |
| `outer.tcp.flags` | `outer.tcp.flags` |
| `outer.tcp.data_offset` | `outer.tcp.data_offset` |
| `outer.icmp4.type` | `outer.icmp.type` |
| `outer.icmp4.code` | `outer.icmp.code` |
| `outer.icmp4.ident` | `outer.icmp.ident` |
| `outer.icmp6.type` | `outer.icmp.type` |
| `outer.icmp6.code` | `outer.icmp.code` |
| `tunnel.gre.protocol` | `tun.protocol` |
| `tunnel.gre_key.value` | `tun.gre_key` |
| `tunnel.nvgre.protocol` | `tun.protocol` |
| `tunnel.nvgre.nvgre_vs_id` | `tun.nvgre_vs_id` |
| `tunnel.nvgre.nvgre_flow_id` | `tun.nvgre_flow_id` |

| String Field | Path in The Structure |
|---|---|
|  | Match |
| `tunnel.vxlan.vni` | `tun.vxlan_tun_id` |
| `tunnel.vxlan_gpe.vni` | `tun.vxlan_tun_id` |
| `tunnel.vxlan_gbp.vni` | `tun.vxlan_tun_id` |
| `tunnel.vxlan_gpe.next_proto` | `tun.vxlan_next_protoco` |
| `tunnel.vxlan_gbp.policy_id` | `tun.vxlan_group_policy` |
| `tunnel.vxlan.rsvd1` |  |
| `tunnel.vxlan_gpe.rsvd1` |  |
| `tunnel.vxlan_gbp.rsvd1` |  |
| `tunnel.gtp.teid` | `tun.gtp_teid` |
| `tunnel.esp.spi` | `tun.esp_spi` |
| `tunnel.esp.sn` | `tun.esp_sn` |
| `tunnel.psp.nexthdr` | `tun.psp.nexthdr` |
| `tunnel.psp.hdrextlen` | `tun.psp.hdrextlen` |
| `tunnel.psp.res_cryptofst` | `tun.psp.res_cryptofst` |
| `tunnel.psp.s_d_ver_v` | `tun.psp.s_d_ver_v` |
| `tunnel.psp.spi` | `tun.psp.spi` |
| `tunnel.psp.iv` | `tun.psp.iv` |
| `tunnel.psp.vc` | `tun.psp.vc` |
| `tunnel.mpls[0].label` | `tun.mpls[0].label` |
| `tunnel.mpls[1].label` | `tun.mpls[1].label` |
| `tunnel.mpls[2].label` | `tun.mpls[2].label` |
| `tunnel.mpls[3].label` | `tun.mpls[3].label` |
| `tunnel.mpls[4].label` | `tun.mpls[4].label` |

| String Field | Path in The Structure |
|---|---|
|  | **Match** |
| `tunnel.geneve.ver_opt_len` | `tun.geneve.ver_opt_len` |
| `tunnel.geneve.o_c` | `tun.geneve.o_c` |
| `tunnel.geneve.next_proto` | `tun.geneve.next_proto` |
| `tunnel.geneve.vni` | `tun.geneve.vni` |
| `tunnel.geneve_opt[i].type` | None. See section "Copy Gene |
| `tunnel.geneve_opt[i].class` | |
| `tunnel.geneve_opt[i].data` | |
| `inner.eth.dst_mac` | `inner.eth.dst_mac` |
| `inner.eth.src_mac` | `inner.eth.src_mac` |
| `inner.eth.type` | `inner.eth.type` |
| `inner.eth_vlan0.tci` | `inner.eth_vlan[0].tci` |
| `inner.eth_vlan1.tci` | `inner.eth_vlan[1].tci` |
| `inner.ipv4.src_ip` | `inner.ip4.src_ip` |
| `inner.ipv4.dst_ip` | `inner.ip4.dst_ip` |
| `inner.ipv4.dscp_ecn` | `inner.ip4.dscp_ecn` |
| `inner.ipv4.next_proto` | `inner.ip4.next_proto` |
| `inner.ipv4.ttl` | `inner.ip4.ttl` |
| `inner.ipv4.version_ihl` | `inner.ip4.version_ihl` |
| `inner.ipv4.total_len` | `inner.ip4.total_len` |
| `inner.ipv6.src_ip` | `inner.ip6.src_ip` |
| `inner.ipv6.dst_ip` | `inner.ip6.dst_ip` |
| `inner.ipv6.traffic_class` | `inner.ip6.traffic_clas` |
| `inner.ipv6.flow_label` | `inner.ip6.flow_label` |

| String Field | Path in The Structure |
|---|---|
| | Match |
| `inner.ipv6.next_proto` | `inner.ip6.next_proto` |
| `inner.ipv6.hop_limit` | `inner.ip6.hop_limit` |
| `inner.ipv6.payload_len` | `inner.ip6.payload_len` |
| `inner.udp.src_port` | `inner.udp.l4_port.src_` |
| `inner.udp.dst_port` | `inner.udp.l4_port.dst_` |
| `inner.transport.src_port` | `inner.transport.src_po` |
| `inner.transport.dst_port` | `inner.transport.dst_po` |
| `inner.tcp.src_port` | `inner.tcp.l4_port.src_` |
| `inner.tcp.dst_port` | `inner.tcp.l4_port.dst_` |
| `inner.tcp.flags` | `inner.tcp.flags` |
| `inner.tcp.data_offset` | `inner.tcp.data_offset` |
| `inner.icmp4.type` | `inner.icmp.type` |
| `inner.icmp4.code` | `inner.icmp.code` |
| `inner.icmp4.ident` | `inner.icmp.ident` |
| `inner.icmp6.type` | `inner.icmp.type` |
| `inner.icmp6.code` | `inner.icmp.code` |

1. `tun.vxlan_tun_rsvd1` modifications only work for traffic with the default UDP destination port (i.e., 4789 for VXLAN and VXLAN-GBP and 4790 for VXLAN-GPE) ⬚ ⬚ ⬚

## 11.2 Supported Non-field String

Users can modify fields which are not included in `doca_flow_match` structure.

### 11.2.1 Copy Hash Result

Users can copy the the matcher hash calculation into other fields using the
`"parser_meta.hash"` string.

### 11.2.2 Copy GENEVE Options

User can copy GENEVE option type/class/data using the following strings:

- `"tunnel.geneve_opt[i].type"` – Copy from/to option type (only for option configured with `DOCA_FLOW_PARSER_GENEVE_OPT_MODE_MATCHABLE`).

- `"tunnel.geneve_opt[i].class"` – Copy from/to option class (only for option configured with `DOCA_FLOW_PARSER_GENEVE_OPT_MODE_MATCHABLE`).

- `"tunnel.geneve_opt[i].data"` – Copy from/to option data, the bit offset is from the start of the data.

`i` is the index of the option in `tlv_list` array provided in `doca_flow_parser_geneve_opt_create`.

# DOCA Flow Connection Tracking

This guide provides an overview and configuration instructions for DOCA Flow CT API.

## 1. Introduction

DOCA Flow Connection Tracking (CT) is a 5-tuple table which supports the following:

- Track 5-tuple sessions (or 6-tuple when a zone is available)

- Zone based – virtual tables

- Aging (i.e., removes idle connections)

- Sets metadata for a connection

- Bidirectional packet handling

- High rate of connections per second (CPS)

The CT module makes it simple and efficient to track connections by leveraging hardware resources. The module supports both autonomous and managed mode.

## 2. Architecture

DOCA Flow CT pipe handles non-encapsulated TCP and UDP packets. The CT pipe only supports forward to next pipe or miss to next pipe actions:

- All packets matching known connection 6-tuples are forwarded to the CT's forward pipe

- Non-matching packets are forwarded to the miss pipe

The user application must handle packets accordingly.

The DOCA Flow CT API is built around four major parts:

- CT module manipulation – configuring CT module resources

- CT connection entry manipulation – adding, removing, or updating connection entries

- Callbacks – handling asynchronous entry processing result

- Pipe and entry statistics



## 2.1 Aging

Aging time is a time in seconds that sets the maximum allowed time for a session to be maintained without a packet seen. If that time elapses with no packet being detected, the session is terminated.

To support aging, a dedicated aging thread is started to poll and check counters for all connections.

## 2.2 Autonomous Mode

In this mode, DOCA runs multiple CT workers internally, to handle connections in parallel.

A connection's lifecycle is controlled by the connection state encapsulated in the packet and time-based aging.

CT workers establish and close connections automatically based on the connection's state stored in packet meta.

Packet meta is defined as follows:

```
uint32_t src  : 1;        /**< Source port in multi-port E-Switch mode */
uint32_t hairpin : 1;     /**< Subject to forward using hairpin. */
uint32_t type : 2;        /**< CT packet type: New, End or Update */
uint32_t data : 28;       /**< Zone set by user or reserved after CT pipe. */
```

- `data` – CT table matches on packet meta (zone) and 5-tuples

- `type` – can have the following values:

  - `NONE` – (known) if packet hit any connection rule

  - `NEW` – if new TCP or UDP connection

  - `END` – if TCP connection closed

- `src` and `hairpin` – used for forwarding pipe and worker to deliver packet



## 2.3 Managed Mode

The application is responsible for managing the worker threads in this mode, parsing and handling the connection's lifecycle.

Managed mode uses DOCA Flow CT management APIs to create or destroy the connections.

The CT aging module notifies on aged out connections by calling callbacks.

Users can create connection rules with a different pattern, meta, or counter, for each packet direction.

> ⓘ **Info**
>
> Users are responsible for defining meta and mask to `match` and `modify`.

Users can create one rule of a connection first, then create another rule using API `doca_flow_ct_entry_add_dir()`.




DOCA Flow API can be used to process CT entries with a CT-dedicated queue.

- `doca_flow_entries_process` – process pipe entries in queue

- `doca_flow_aging_handle` – handle pipe entries aging

 **Info**

Other DOCA Flow APIs like CT entry status query and pipe miss query are not supported.

# 3. Prerequisites

### 3.1 DPU

 **Note**

NVIDIA® BlueField®-3 and above is required to support IPv6.

To enable DOCA Flow CT on the DPU, perform the following on the Arm:

1. Enable `iommu.passthrough` in Linux boot commands ( or disable SMMU from the DPU BIOS):

    1. Run:

        ```
        sudo vim /etc/default/grub
        ```

    2. Set `GRUB_CMDLINE_LINUX="iommu.passthrough=1"`.

    3. Run:

        ```
        sudo update-grub
        ```

```
sudo reboot
```

2. Configure DPU firmware with `LAG_RESOURCE_ALLOCATION=1` :

```
sudo mlxconfig -d <device-id> s LAG_RESOURCE_ALLOCATION=1
```

 **Info**

> Retrieve `device-id` from the output of the `mst status -v` command. If, under the MST tab, the value is N/A, run the `mst start` command.

3. Update `/etc/mellanox/mlnx-bf.conf` as follows:

```
ALLOW_SHARED_RQ="no"
```

4. Perform power cycle on the host and Arm sides.

5. If working with a single port, set the DPU into e-switch mode:

```
sudo devlink dev eswitch set pci/<pcie-address> mode
switchdev
sudo devlink dev param set pci/<pcie-address> name
esw_multiport value false cmode runtime
```

 **Info**

> Retrieve `pcie-address` from the output of the
> `mst status -v` command.

6. If working with two PF ports, set the DPU into multi-port e-switch mode (for the 2 PCIe devices):

```
sudo devlink dev param set pci/<pcie-address> name
esw_multiport value true cmode runtime
```

 **Info**

> Retrieve `pcie-address` from the output of the
> `mst status -v` command.

7. Define huge pages (see DOCA Flow prerequisites).

## 3.2 ConnectX

To enable DOCA Flow CT on the NVIDIA® ConnectX®, perform the following:

1. Configure firmware with `LAG_RESOURCE_ALLOCATION=1`:

```
sudo mlxconfig -d <device-id> s LAG_RESOURCE_ALLOCATION=1
```

 **Info**

> Retrieve `device-id` from the output of the `mst status -v` command. If, under the MST tab, the value is N/A, run the `mst start` command.

2. Perform power cycle.

3. If working with a single port:

```
sudo devlink dev eswitch set pci/<pcie-address> mode
switchdev
sudo devlink dev param set pci/<pcie-address> name
esw_multiport value false cmode runtime
```

(i) **Info**

> Retrieve `pcie-address` from the output of the `mst status -v` command.

4. If working with two PF ports:

```
sudo devlink dev eswitch set pci/<pcie-address0> mode
switchdev
sudo devlink dev eswitch set pci/<pcie-address1> mode
switchdev
sudo devlink dev param set pci/<pcie-address0> name
esw_multiport value true cmode runtime
sudo devlink dev param set pci/<pcie-address1> name
esw_multiport value true cmode runtime
```

 **Info**

> Retrieve `pcie-address` from the output of the
> `mst status -v` command.

5. Define huge pages (see DOCA Flow prerequisites).

# 4. Actions

DOCA Flow CT supports actions based on meta and NAT operations. Each action can be defined as either shared or non-shared.

### 4.1 Shared Actions

Actions that can be shared between entries. Shared actions are predefined and reused in multiple entries.

The user gets a handle per shared action created and uses this handle as a reference to the action where required.

 **Info**

> It is user responsibility to track shared actions and to remove them
> when they become irrelevant.

Shared actions are defined using a control queue (see struct doca_flow_ct_cfg).

### 4.2 Non-shared Actions

Actions provided with their data during entry create/update.

These actions are completely managed by DOCA Flow CT and cannot be reused in multiple flows (i.e., NAT operations).

## 4.3 Action Sets in Pipe Creation

Users must define action sets during DOCA Flow CT pipe creation (as with any other pipe).

>  **Info**
>
> Only actions for meta and NAT are accepted (according to <u>struct doca_flow_ct_actions</u>).

During entry create/update, different actions can be provided per direction (different action content and/or different type).

## 4.4 Feature Enable

To enable user actions, configure the following parameters:

- User action templates during DOCA Flow CT pipe creation

- Maximum number of user actions (`nb_user_actions` on DOCA Flow CT init)

## 4.5 Using Actions in Autonomous Mode

### 4.5.1 Init

Configure the following parameters on `doca_flow_ct_init()`:

- `nb_ctrl_queues` – number of control queues for defining shared actions

- `nb_user_actions` – maximum number of actions (shared and non-shared)

- `worker_cb` – callbacks required to communicate with the user

### 4.5.2 Create DOCA Flow CT Pipe

Configure actions sets on `doca_flow_pipe_create()`.

### 4.5.3 Create Shared Actions

Use `doca_flow_ct_actions_add_shared()` with one of the control queues.

Shared actions can be added at any time before use.

### 4.5.4 Implement Worker Callbacks

Callbacks are called from each worker thread to acquire synchronization with the user code and on the first packet of a flow.

On `doca_flow_ct_rule_pkt_cb`:

- Determine how the packet should be treated

- If rules are required, return the actions handles to use

## 4.6 Using Actions in Managed Mode

### 4.6.1 Init

Configure the following parameters on `doca_flow_ct_init()`:

- `nb_ctrl_queues` – number of control queues for defining shared actions

- `nb_user_actions` – maximum number of user actions. Both shared control queues and non-shared control queues cache actions IDs to speed up ID allocation, each queue cache max 1024 IDs. The user must configure expected number of

actions + total queues * 1024. The number can't exceed the number of actions hardware supported.

### 4.6.2 Create DOCA Flow CT Pipe

Configure actions sets on `doca_flow_pipe_create()`.

### 4.6.3 Create Shared Actions

Use `doca_flow_ct_actions_add_shared()` with one of the control queues.

Shared actions can be added at any time before use.

### 4.6.4 Add Entry

Entry can be created in one of the following ways:

- Using an action handle of a predefined shared action

- Using action data, which is specific to the flow, not sharable (e.g., for NAT operations)

The entry can have different actions and/or different action types per direction.

### 4.6.5 Remove Entry

Non-shared actions associated with an entry are implicitly destroyed by DOCA Flow CT.

Shared actions are not destroyed. They can be used by the user until they decide to remove them.

### 4.6.6 Update Entry

Entry actions can be updated per direction. All combinations of shared/non-shared actions are applicable (e.g., update from shared to non-shared).

# 5. Changeable Forward

DOCA Flow CT allows using a different forward pipe per flow direction.

DOCA Flow CT supports the forward pipe in two levels:

- Pipe level – a single forward pipe defined during DOCA Flow CT pipe creation and used for all entries

- Entry level – forward pipe defined during entry create

- DOCA Flow CT operates in one of the two levels

DOCA CT forward in entry level has the following characteristics:

- Supports only `DOCA_FLOW_FWD_PIPE` (up to 4 different forward pipes)

- Supports forward pipe per flow direction (both directions can have same/different forward pipe)

- Must set forward pipes on each entry create (no default forward pipe)

Turn on the feature:

1. Create DOCA Flow CT pipe with forward type = `DOCA_FLOW_FWD_PIPE` and `next_pipe` = `NULL`.

2. Call to `doca_flow_ct_fwd_register` to register forward pipes and get `fwd_handles` in return.

### 5.1 Using Changeable Forward in Managed Mode

1. Initialize DOCA Flow CT (`doca_flow_ct_init`).

2. Register forward pipes (`doca_flow_ct_fwd_register`).

    - Define pipes that can be used for forward

3. Create DOCA Flow CT pipe (`doca_flow_pipe_create`) w ith definition of possible forward pipes.

4. Add entry (`doca_flow_ct_add_entry`).

- Set origin and/or reply `fwd_handles` returned from `doca_flow_ct_fwd_register`.

5. Update forward for entry direction (`doca_flow_ct_update_entry`).

>  **Note**
>
> Updating forward handle requires setting all other parameters with their previous values.

## 5.2 Using Changeable Forward in Autonomous Mode

1. Initialize DOCA Flow CT (`doca_flow_ct_init`).

2. Register forward pipes (`doca_flow_ct_fwd_register`).

- Define pipes that can be used for forward.

3. Create DOCA Flow CT pipe (`doca_flow_pipe_create`) w ith definition of possible forward pipes.

4. CT workers start to handle traffic.

5. On the first flow packet, `doca_flow_ct_rule_pkt` callback is called.

- In this callback, determine if the entry should be created, and which actions and/or forward handles should be used for this entry.

>  **Info**

Update forward for entry direction is not supported.

# 6. API

For the library API reference, refer to DOCA Flow and CT API documentation in the NVIDIA DOCA Library APIs.

 **Note**

The pkg-config ( `*.pc` file) for the Flow CT library is included in DOCA's regular definitions : `doca`.

The following sections provide additional details about the library API.

### 6.1 enum doca_flow_ct_flags

DOCA Flow CT configuration optional flags.

| Flag | Description |
| --- | --- |
| `DOCA_FLOW_CT_FLAG_STATS = 1u << 0` | Enable internal pipe counters for pacl `doca_flow_pipe_dump(<ct_pipe` Each call dumps values changed. |
| `DOCA_FLOW_CT_FLAG_WORKER_STATS = 1u << 1,` | Enable worker thread internal debug Autonomous mode only. |
| `DOCA_FLOW_CT_FLAG_NO_AGING = 1u << 2,` | Disable aging |
| `DOCA_FLOW_CT_FLAG_SW_PKT_PARSING = 1u << 3,` | Enable CT worker software packet pa options, or special tunnel types |
| `DOCA_FLOW_CT_FLAG_MANAGED = 1u << 4,` | Enable managed mode in which user managing packet handling, and callin CT connection entries |

| Flag | Description |
|------|-------------|
| `DOCA_FLOW_CT_FLAG_ASYMMETRIC = 1u << 5,` | Allows different 6-tuple table definiti\ directions. Default to symmetric mod\ reverse 5-tuples for reply direction. M |
| `DOCA_FLOW_CT_FLAG_ASYMMETRIC_COUNTER = 1u << 6,` | Enable different counters for the orig\ Managed mode only. |
| `DOCA_FLOW_CT_FLAG_NO_COUNTER = 1u << 7,` | Disable counter and aging to save agi |
| `DOCA_FLOW_CT_FLAG_DEFAULT_MISS = 1u << 8,` | Check TCP SYN flags and UDP in CT r\ type packets. |
| `DOCA_FLOW_CT_FLAG_WIRE_TO_WIRE = 1u << 9,` | Hint traffic comes from uplink wire ar\ \ \ (i) **Note** \ If this flag is set, the direction\ `DOCA_FLOW_DIRECTION_NET`\ . |
| `DOCA_FLOW_CT_FLAG_CALC_TUN_IP_CHKSUM = 1u << 10,` | Enable hardware to calculate and set\ (IPv4) |
| `DOCA_FLOW_CT_FLAG_DUP_FILTER_UDP_ONLY= 1u << 11,` | Apply the connection duplication filte |

## 6.2 enum doca_flow_ct doca_flow_ct_entry_flags

DOCA Flow CT Entry optional flags.

| Flag | Description |
|------|-------------|
| `DOCA_FLOW_CT_ENTRY_FLAGS_NO_WAIT = (1 << 0)` | Entry is not buffered; send to hardware immediately |
| `DOCA_FLOW_CT_ENTRY_FLAGS_DIR_ORIGIN = (1 << 1)` | Apply flags to origin direction |

| Flag | Description |
|---|---|
| `DOCA_FLOW_CT_ENTRY_FLAGS_DIR_REPLY = (1 << 2)` | Apply flags to reply direction |
| `DOCA_FLOW_CT_ENTRY_FLAGS_IPV6_ORIGIN = (1 << 3)` | Origin direction is IPv6; origin ma union in struct `doca_flow_ct_match` is IPv6 |
| `DOCA_FLOW_CT_ENTRY_FLAGS_IPV6_REPLY = (1 << 4)` | Reply direction is IPv6; reply mat union in struct `doca_flow_ct_match` is IPv6 |
| `DOCA_FLOW_CT_ENTRY_FLAGS_COUNTER_ORIGIN = (1 << 5)` | Apply counter to origin direction |
| `DOCA_FLOW_CT_ENTRY_FLAGS_COUNTER_REPLY = (1 << 6)` | Apply counter to reply direction |
| `DOCA_FLOW_CT_ENTRY_FLAGS_COUNTER_SHARED = (1 << 7)` | Counter is shared for both direc (origin and reply) |
| `DOCA_FLOW_CT_ENTRY_FLAGS_FLOW_LOG = (1 << 8)` | Enable flow log on entry remove |
| `DOCA_FLOW_CT_ENTRY_FLAGS_ALLOC_ON_MISS = (1 << 9)` | Allocate on entry not found whe calling `doca_flow_ct_entry_prepa` API |
| `DOCA_FLOW_CT_ENTRY_FLAGS_DUP_FILTER_ORIGIN = (1 << 10)` | Enable duplication filter on origi direction |
| `DOCA_FLOW_CT_ENTRY_FLAGS_DUP_FILTER_REPLY = (1 << 11)` | Enable duplication filter on reply direction |

## 6.3 enum doca_flow_ct_rule_opr

Options for handling flows in autonomous mode with shared actions. The decision is taken on the first flow packet.

| Operation | Description |
|---|---|
| `DOCA_FLOW_CT_RULE_OK` | Flow should be defined in the CT pipe using the required shared actions handles |

| Operation | Description |
|---|---|
| `DOCA_FLOW_CT_RULE_DROP` | Flow should not be defined in the CT pipe. The packet should be dropped. |
| `DOCA_FLOW_CT_RULE_TX_ONLY` | Flow should not be defined in the CT pipe. The packet should be transmitted. |

## 6.4 struct direction_cfg

Managed mode configuration for origin or reply direction.

| Field | Description |
|---|---|
| `bool match_inner` | 5-tuple match pattern applies to packet inner layer |
| `struct doca_flow_meta *zone_match_mask` | Mask to indicate meta field and bits to match |
| `struct doca_flow_meta *meta_modify_mask` | Mask to indicate meta field and bits to modify on connection packet match |

## 6.5 struct doca_flow_ct_worker_callbacks

Set of callbacks for using shared actions in autonomous mode.

| Field | Description |
|---|---|
| `doca_flow_ct_sync_acquire_cb worker_init` | Called at the start of a worker thread to sync with the user context |
| `doca_flow_ct_sync_release_cb worker_release` | Called at the end of a worker thread |
| `doca_flow_ct_rule_pkt_cb rule_pkt` | Called on the first packet of a flow |

## 6.6 struct doca_flow_ct_cfg

DOCA Flow CT configuration.

```c
uint32_t nb_arm_queues;
uint32_t nb_ctrl_queues;
uint32_t nb_user_actions;
uint32_t nb_arm_sessions[DOCA_FLOW_CT_SESSION_MAX];
uint32_t flags;
uint16_t aging_core;
uint16_t aging_query_delay_s;
doca_flow_ct_flow_log_cb flow_log_cb;
struct doca_flow_ct_aging_ops *aging_ops;
uint32_t base_core_id;
uint32_t dup_filter_sz;
union {
                /* Managed mode configuration for origin and reply direction. */
                struct direction_cfg direction[2];

                /* Below fields are dedicate for autonomous mode */
                struct {
                                                uint16_t
tcp_timeout_s;
                                                uint16_t
tcp_session_del_s;
                                                uint16_t
udp_timeout_s;
                        enum doca_flow_tun_type tunnel_type;
                        uint16_t vxlan_dst_port;
                        enum doca_flow_ct_hash_type hash_type;
                        uint32_t meta_user_bits;
                        uint32_t meta_action_bits;
                        struct doca_flow_meta *meta_zone_mask;
                        struct doca_flow_meta
*connection_id_mask;
                        struct doca_flow_ct_worker_callbacks
worker_cb;
                };
```

```
      };
```

Where:

| Field | Description |
|---|---|
| `uint32_t nb_arm_queues` | Number of CT queues. In autonomous mode, also the number of worker threads. |
| `uint32_t nb_ctrl_queues` | Number of CT control queues used for defining shared actions |
| `uint32_t nb_user_actions` | Maximum number of user actions supported (shared and non-shared) Minimum value is 1K * `nb_ctrl_queues` |
| `uint32_t nb_arm_sessions[DOCA_FLOW_CT_SESSION_MAX]` | Maximum number of IPv4 and IPv6 CT connections |
| `uint32_t flags` | CT configuration flags |
| `uint16_t aging_core` | CPU core ID for CT aging thread to bind. |
| `uint16_t aging_core_delay` | CT aging code delay. |
| `doca_flow_ct_flow_log_cb flow_log_cb` | Flow log callback function, when set |
| `struct doca_flow_ct_aging_ops *aging_ops` | User-defined aging logic callback functions. Fallback to default aging logic |
| `uint32_t base_core_id` | Base core ID for the workers |
| `uint32_t dup_filter_sz` | Number of connections to cache in the duplication filter |
| `struct direction_cfg direction` | Managed mode configuration for origin or reply direction |
| `uint16_t tcp_timeout_s` | TCP timeout in seconds |

| Field | Description |
|---|---|
| `uint16_t tcp_session_del_s` | Time to delay or kill TCP session after RST/FIN |
| `enum doca_flow_tun_type tunnel_type` | Encapsulation tunnel type |
| `uint16_t vxlan_dst_port` | VXLAN outer UDP destination port in big endian |
| `enum doca_flow_ct_hash_type hash_type` | Type of connection hash table type: `NONE` or `SYMMETRIC_HASH` |
| `uint32_t meta_user_bits` | User packet meta bits to be owned by the user |
| `uint32_t meta_action_bits` | User packet meta bits to be carried by identified connection packet |
| `struct doca_flow_meta *meta_zone_mask` | Mask to indicate meta field and bits saving zone information |
| `struct doca_flow_meta *connection_id_mask` | Mask to indicate meta field and bits for CT internal connection ID |
| `struct doca_flowct_worker_callbacks worker_cb` | Worker callbacks to use shared actions |

## 6.7 struct doca_flow_ct_actions

This structure is used in the following cases:

- For defining shared actions. In this case, action data is provided by the user. The action handle is returned by DOCA Flow CT.

- For defining an entry with actions. The structure can be filled with two options:

    - With action handle of a previously created shared action

    - With non-shared action data

DOCA Flow CT action structure.

```
enum doca_flow_resource_type  resource_type;
union {
                        /* Used when creating an entry with a shared action. */
            uint32_t action_handle;

            /* Used when creating an entry with non-shared action or when creating a shared
action. */
            struct {
                    uint32_t action_idx;
                    struct doca_flow_meta meta;
                    struct doca_flow_header_l4_port
l4_port;

                    union {
                            struct doca_flow_ct_ip4 ip4;
                            struct doca_flow_ct_ip6 ip6;
                    };
            } data;
    };
```

Where:

| Field | Description |
| --- | --- |
| `enum doca_flow_resource_type resource_type` | Shared/non-shared action |
| `uint32_t action_handle` | Shared action handle |
| `uint32_t action_idx` | Actions template index |
| `struct doca_flow_meta meta` | Modify meta values |
| `struct doca_flow_header_l4_port l4_port` | UDP or TCP source and destination port |
| `struct doca_flow_ct_ip4 ip4` | Source and destination IPv4 addresses |

| Field | Description |
|---|---|
| `struct doca_flow_ct_ip6 ip6` | Source and destination IPv6 addresses |

# 7. DOCA Flow Connection Tracking Samples

This section describes DOCA Flow CT samples based on the DOCA Flow CT pipe.

The samples illustrate how to use the library API to manage TCP/UDP connections.

 **Info**

> All the DOCA samples described in this section are governed under the BSD-3 software license agreement.

**7.1 Running the Samples**

1. Refer to the following documents:

   - <u>NVIDIA DOCA Installation Guide for Linux</u> for details on how to install BlueField-related software.

   - <u>NVIDIA DOCA Troubleshooting Guide</u> for any issue you may encounter with the installation, compilation, or execution of DOCA samples.

2. To build a given sample:

```
cd /opt/mellanox/doca/samples/doca_flow/flow_ct_udp
meson /tmp/build
ninja -C /tmp/build
```

 **Info**

> The binary `doca_flow_ct_udp` is created under
> `/tmp/build/samples/`.

3. Sample (e.g., `doca_flow_ct_udp`) usage:

```
Usage: doca_ [DOCA Flags] [Program Flags]

DOCA Flags:
  -h, --help                             Print a help
synopsis
  -v, --version                          Print program
version information
  -l, --log-level                        Set the (numeric)
log level for the program
<10=DISABLE, 20=CRITICAL, 30=ERROR, 40=WARNING, 50=INFO, 60=DEBUG
  --sdk-log-level                        Set the SDK
(numeric) log level for the program <10=DISABLE, 20=CRITICAL,
30=ERROR, 40=WARNING, 50=INFO, 60=DEBUG, 70=TRACE>
  -j, --json <path>                      Parse all command
flags from an input json file

Program Flags:
  -p, --pci_addr <PCI-ADDRESS>           PCI device address
```

4. For additional information per sample, use the `-h` option:

```
/tmp/build/samples/ -h
```

5. The following is a CLI example for running the samples when port `03:00.0` is configured (multi-port e-switch) as manager port:

```
/tmp/build/samples/doca_ -- -p 03:00.0 -l 60
```

> **ⓘ Info**
>
> To avoid the test being impacted by unexpected packets, it only accepts packets like the following examples:
>
> - IPv4 destination address is "1.1.1.1"
>
> - IPv6 destination address is "0101:0101:0101:0101:0101:0101:0101:0101"

## 7.2 Samples

> **ⓘ Note**
>
> All CT UDP samples demonstrate the usage of the connection's duplication filter. Duplication filter is used if the user is interested in preventing same connection rule insertion in a high-rate workload environment.

### 7.2.1 Flow CT 2 Ports

This sample illustrates how to create a simple pipeline on two standalone e-switches. Multi-port e-switch must be disabled.

```
sudo devlink dev eswitch set pci/<pcie-address0> mode switchdev
sudo devlink dev eswitch set pci/<pcie-address1> mode switchdev
```

```
sudo devlink dev param set pci/<pcie-address0> name esw_multiport
value false cmode runtime
```

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="switch,hws"` in the `doca_flow_cfg` struct.

2. Initializing DOCA Flow CT.

3. Starting two DOCA Flow uplink ports where port 0 and 1 each has a special role of being a switch manager port.

>  **Info**
>
> Ports are configured according to the parameters provided to `doca_dpdk_port_probe()` in the main function.

4. Creating a pipeline on each port:

    1. Building an UDP pipe to filter non-UDP packets.

    2. Building a CT pipe to hold UDP session entries.

    3. Building a counter pipe with an example 5-tuple entry to which non-unidentified UDP sessions should be sent.

    4. Building a hairpin pipe to send back packets.

    5. Building an RSS pipe from which all packets are directed to the sample main thread for parsing and processing.

5. Packet processing on each port:

    1. The first UDP packet triggers the miss flow as the CT pipe is empty.

    2. Performing 5-tuple packet parsing.

3. Calling `doca_flow_ct_add_entry()` to create a hardware rule according to the parsed 5-tuple info.

4. The second UDP packet based on the the same 5-tuple should be sent again. Packet hits the hardware rule inserted before and sent back to egress.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_udp/flow_ct_2_ports_`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_udp/flow_ct_2_ports_`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_udp/meson.build`

### 7.2.2 Flow CT UDP

This sample illustrates how to create a simple UDP pipeline with a CT pipe in it.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="switch,hws"` in the `doca_flow_cfg` struct.

2. Initializing DOCA Flow CT .

3. Starting two DOCA Flow uplink representor ports where port 0 has a special role of being a switch manager port.

>  **Info**
>
> Ports are configured according to the parameters provided to `doca_dpdk_port_probe()` in the main function.

4. Creating a pipeline on the main port:

   1. Building an UDP pipe to filter non-UDP packets.

2. Building a CT pipe to hold UDP session entries.

3. Building a counter pipe with an example 5-tuple entry to which non-unidentified UDP sessions should be sent.

4. Building a VXLAN encapsulation pipe to encapsulate all identified UDP sessions.

5. Building an RSS pipe from which all packets are directed to the sample main thread for parsing and processing.

5. Packet processing:

1. The first UDP packet triggers the miss flow as the CT pipe is empty.

2. 5-tuple packet parsing is performed.

3. `doca_flow_ct_add_entry()` is called to create a hardware rule according to the parsed 5-tuple info.

4. The second UDP packet based on the the same 5-tuple should be sent again. Packet hits the HW rule inserted before and directed to port 0 after VXLAN encapsulation.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_udp/flow_ct_udp_samp`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_udp/flow_ct_udp_main`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_udp/meson.build`

**7.2.3 Flow CT UDP Query**

This sample illustrates how to query a Flow CT UDP session entry. The query can be done according to session direction (origin or reply). The pipeline is identical to that of the <u>Flow CT UDP</u> sample.

This sample adds the following logic:

1. Dumping port 0 information into a file at `./port_0_info.txt`.

2. Querying UDP session hardware entry created after receiving the first UDP packet:

- Origin total bytes received

- Origin total packets received

- Reply total bytes received

- Reply total packets received

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_udp_query/flow_ct_ud`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_udp_query/flow_ct_ud`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_udp_query/meson.buil`

### 7.2.4 Flow CT UDP Update

This sample illustrates how a CT entry can be updated after creation.

The pipeline is identical to that of the Flow CT UDP sample . In case of non-active UDP sessions, a relevant entry shall be updated with an aging timeout.

This sample adds the following logic:

1. Querying all UDP sessions for the total number of packets received in both the origin and reply directions.

2. Updating entry aging timeout to 2 seconds once a session is not active (i.e., no packets received on either side).

3. Waiting until all non-active session are aged and deleted.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_udp_update/flow_ct_u`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_udp_update/flow_ct_u`

DOCA Flow                                                                                          162

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_udp_update/meson.bui`

### 7.2.5 Flow CT UDP Single Match

This sample is based on the <u>Flow CT UDP</u> sample. The sample illustrates that a hardware entry can be created with a single match (matching performed in one direction only) in the API call `doca_flow_ct_add_entry()`.

### 7.2.6 Flow CT Aging

This sample illustrates the use of the DOCA Flow CT aging functionality. It demonstrates how to build a pipe and add different entries with different aging times and user data.

No packets need to be sent for this sample.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="switch,hws"` in the `doca_flow_cfg` struct.

2. Initializing DOCA Flow CT .

3. Starting two DOCA Flow uplink representor ports where port 0 has a special role of being a switch manager port.

    **Info**

   Ports are configured according to the parameters provided to `doca_dpdk_port_probe()` in the main function.

4. Building a UDP pipe to serve as the root pipe.

5. Building a counter pipe with an example 5-tuple entry to which CT forwards packets.

6. Adding 32 entries with a different 5-tuple match, different aging time (3-12 seconds), and setting user data. User data will contain the port ID, entry number, and status.

7. Handling aging in small intervals and removing each entry after age-out.

8. Running these commands until all 32 entries age out.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_aging/flow_ct_aging_`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_aging/flow_ct_aging_`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_aging/meson.build`

### 7.2.7 Flow CT TCP

This sample illustrates how to manage TCP flags with CT to achieve better control over TCP sessions.

 **Info**

The sample expects to receive at least `SYN` and `FIN` packets.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="switch,hws"` in the `doca_flow_cfg` struct.

2. Initializing DOCA Flow CT .

3. Starting two DOCA Flow uplink representor ports where port 0 has a special role of being a switch manager port.

 **Info**

Ports are configured according to the parameters provided to `doca_dpdk_port_probe()` in the main function.

4. Creating a pipeline on the main port:

1. Building an TCP pipe to filter non-TCP packets.

2. Building a CT pipe to hold TCP session entries.

3. Building a CT miss pipe which forwards all packets to RSS pipe.

4. Building an RSS pipe from which all packets are directed to the sample main thread for parsing and processing.

5. Building a TCP flags filter pipe which identifies the TCP flag inside the packets. `SYN`, `FIN`, and `RST` packets are forwarded the to RSS pipe while all others are forwarded to the EGRESS pipe.

6. Building an EGRESS pipe to forward packets to uplink representor port 1.

5. Packet processing:

1. The first TCP packet triggers the miss flow as the CT pipe is empty.

2. 5-tuple packet parsing is performed.

3. TCP flag is examined.

   - In case of a `SYN` flag, a hardware entry is created.

   - For `FIN` or `RST` flags, the HW entry is removed and all packets are transferred to uplink representor port 1 using `rte_eth_tx_burst()` on port 0 (proxy port) by rte_flow_dynf_metadata_set() to 1.

4. From this point on, all TCP packets belonging to the above session are offloaded directly to uplink port representor 1.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_tcp/flow_ct_tcp_samp`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_tcp/flow_ct_tcp_main`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_tcp/meson.build`

### 7.2.8 Flow CT TCP Actions

This sample illustrates how a to add shared and non-shared actions to CT TCP sessions. The pipeline is identical to that of the Flow CT TCP sample.

 **Info**

The sample expects to receive at least `SYN` and `FIN` packets.

This sample adds a shared action on one side of the session that placed the value 1 in the packet's metadata, while on the other side of the session a non-shared action is placed. The non-shared action simply flips the order of the source-destination IP addresses and port numbers.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_tcp_actions/flow_ct_`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_tcp_actions/flow_ct_`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_tcp_actions/meson.bu`

### 7.2.9 Flow CT TCP Flow Log

This sample illustrate how to use the flow log callback to alert when a session is aged/removed.

 **Info**

> The sample expects to receive at least `SYN` and `FIN` packets.

This sample is based on the Flow CT TCP sample. Once a session is removed (after receiving `FIN` packet), the callback is triggered and session counters are queried.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_tcp_flow_log/flow_ct`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_tcp_flow_log/flow_ct`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_tcp_flow_log/meson.b`

### 7.2.10 Flow CT TCP IPv4/IPv6

This sample illustrates how to manage a flow with a different IP type per direction.

In case of a `SYN` flag:

1. A single HW entry of IPv4 is created as origin direction

2. An additional HW entry of IPv6 is created as reply direction

3. From this point on, all IP v4 TCP packets (belonging to the origin direction) and all IPv6 TCP packets (belonging to the reply direction) are offloaded.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_tcp/flow_ct_tcp_samp`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_tcp/flow_ct_tcp_ipv4`

- `/opt/mellanox/doca/samples/doca_flow/flow_ct_tcp/meson.build`

# DOCA Flow Tune Server

This guide provides an overview and configuration instructions for DOCA Flow Tune Server API.

## 1. Introduction

DOCA Flow Tune Server (TS), DOCA Flow subcomponent, exposes an API to collect predefined internal key performance indicators (KPIs) and pipeline visualization of a running DOCA Flow application.

Supported port KPIs:

- Total add operations across all queues

- Total update operations across all queues

- Total remove operations across all queues

- Pending operations number across all queues

- Number of `NO_WAIT` flag operations across all queues

- Number of shared resources and counters

- Number of pipes

Supported application KPIs:

- Number of ports

- Number of queues

- Queues depth

Pipeline information is saved to a JSON file to simplify its structure. Visualization is supported for the following DOCA Flow pipes:

- Basic

- Control

Each pipe contains the following fields:

- Type

- Name

- Domain

- Is root

- Match

- Match mask

- FWD

- FWD miss

Supported entry information:

- Basic

    - FWD

- Control

    - FWD

    - Match

    - Match mask

    - Priority

## 2. Prerequisites

DOCA Flow Tune Server API is available only by using the DOCA Flow and DOCA Flow Tune Server trace libraries.

 **Info**

For more detailed information, refer to section "DOCA Flow Debug and Trace" under *DOCA Flow*.

# 3. API

 **Info**

For more detailed information on DOCA Flow API, refer to *NVIDIA DOCA Library APIs*.

The following subsections provide additional details about the library API.

### 3.1 enum doca_flow_tune_server_kpi_type

DOCA Flow TS KPI flags.

| Flag | Description |
| --- | --- |
| `TUNE_SERVER_KPI_TYPE_NR_PORTS,` | Retrieve port number |
| `TUNE_SERVER_KPI_TYPE_NR_QUEUES,` | Retrieve queue number |
| `TUNE_SERVER_KPI_TYPE_QUEUE_DEPTH,` | Retrieve queue depth |
| `TUNE_SERVER_KPI_TYPE_NR_SHARED_RESOURCES,` | Retrieve shared resource and counter numbers |
| `TUNE_SERVER_KPI_TYPE_NR_PIPES,` | Retrieve number of pipes per port |
| `TUNE_SERVER_KPI_TYPE_ENTRIES_OPS_ADD,` | Retrieve entry add operations per port |
| `TUNE_SERVER_KPI_TYPE_ENTRIES_OPS_UPDATE,` | Retrieve entry update operations per port |
| `TUNE_SERVER_KPI_TYPE_ENTRIES_OPS_REMOVE,` | Retrieve entry remove operations per port |

| Flag | Description |
|------|-------------|
| `TUNE_SERVER_KPI_TYPE_PENDING_OPS,` | Retrieve entry pending operations per port |
| `TUNE_SERVER_KPI_TYPE_NO_WAIT_OPS,` | Retrieve entry `NO_WAIT` flag operations per port |

## 3.2 struct doca_flow_tune_server_shared_resources_kpi_res

Holds the number of each shared resources and counters per port.

| Field | Description |
|-------|-------------|
| `uint64_t nr_meter` | Number of meters |
| `uint64_t nr_counter` | Number of counters |
| `uint64_t nr_rss` | Number of RSS |
| `uint64_t nr_mirror` | Number of mirrors |
| `uint64_t nr_psp` | Number of PSP |
| `uint64_t nr_encap` | Number of encap |
| `uint64_t nr_decap` | Number of decap |

## 3.3 struct doca_flow_tune_server_kpi_res

Holds the KPI result.

 **Note**

This structure is required when calling `doca_flow_tune_server_get_kpi` or `doca_flow_tune_server_get_port_kpi`.

| Field | Description |
|---|---|
| `enum doca_flow_tune_server_kpi_type type` | KPI result type |
| `struct doca_flow_tune_server_shared_resources_kpi_res shared_resources_kpi` | Shared resource result values |
| `uint64_t val` | Result value |

## 3.4 doca_flow_tune_server_cfg_create

Creates DOCA Flow Tune Server configuration structure.

```
doca_error_t doca_flow_tune_server_cfg_create(struct
doca_flow_tune_server **cfg);
```

## 3.5 doca_flow_tune_server_cfg_set_bind_path

Adds local path to the configuration struct on which the DOCA Flow Tune Server AF_UNIX socket binds.

```
doca_error_t doca_flow_tune_server_cfg_set_bind_path(struct
doca_flow_tune_server *cfg, const char *path, size_t path_len);
```

## 3.6 doca_flow_tune_server_cfg_destroy

Destroys DOCA Flow Tune Server configuration structure.

```
doca_error_t doca_flow_tune_server_cfg_destroy(struct
doca_flow_tune_server *cfg);
```

### 3.7 doca_flow_tune_server_init

Initializes DOCA Flow Tune Server internal structures.

```
doca_error_t doca_flow_tune_server_init(void);
```

### 3.8 doca_flow_tune_server_destroy

Destroys DOCA Flow Tune Server internal structures.

```
void doca_flow_tune_server_destroy(void);
```

### 3.9 doca_flow_tune_server_query_pipe_line

Queries and dumps pipeline info for all ports to a JSON file pointed by fp.

```
doca_error_t doca_flow_tune_server_query_pipe_line(FILE *fp);
```

### 3.10 doca_flow_tune_server_get_port_ids

Retrieves ports identification numbers.

```
doca_error_t doca_flow_tune_server_get_port_ids(uint16_t
*port_id_arr, uint16_t port_id_arr_len, uint16_t *nr_ports);
```

### 3.11 doca_flow_tune_server_get_kpi

Retrieves application scope KPI.

```
doca_error_t doca_flow_tune_server_get_kpi(enum
doca_flow_tune_server_kpi_type kpi_type,
                           struct doca_flow_tune_server_kpi_res *res)
```

### 3.12 doca_flow_tune_server_get_port_kpi

Retrieves port scope KPI.

```
doca_error_t doca_flow_tune_server_get_port_kpi(uint16_t port_id,
                            enum doca_flow_tune_server_kpi_type
kpi_type,
                            struct doca_flow_tune_server_kpi_res
*res);
```

# 4. DOCA Flow Tune Server Samples

This section describes DOCA Flow Tune Server samples.

The samples illustrate how to use the library API to retrieve KPIs or save pipeline information into a JSON file.

 **Info**

All the DOCA samples described in this section are governed under the BSD-3 software license agreement.

### 4.1 Running the Samples

1. Refer to the following documents:

- NVIDIA DOCA Installation Guide for Linux for details on how to install BlueField-related software.

- NVIDIA DOCA Troubleshooting Guide for any issue you may encounter with the installation, compilation, or execution of DOCA samples.

2. To build a given sample:

```
cd
/opt/mellanox/doca/samples/doca_flow/flow_tune_server_dump_pip
meson /tmp/build
ninja -C /tmp/build
```

> (i) **Info**
>
> The binary `doca_flow_tune_server_dump_pipeline` is created under `/tmp/build/samples/`.

3. Sample (e.g., `doca_flow_tune_server_dump_pipeline` ) usage:

```
Usage: doca_ [DOCA Flags] [Program Flags]

DOCA Flags:
  -h, --help                              Print a help
synopsis
  -v, --version                           Print program
version information
  -l, --log-level                         Set the (numeric)
log level for the program <10=DISABLE, 20=CRITICAL, 30=ERROR,
40=WARNING, 50=INFO, 60=DEBUG, 70=TRACE>
```

```
  --sdk-log-level                          Set the SDK
(numeric) log level for the program <10=DISABLE, 20=CRITICAL,
30=ERROR, 40=WARNING, 50=INFO, 60=DEBUG, 70=TRACE>
  -j, --json <path>                        Parse all command
flags from an input json file
```

4. For additional information per sample, use the `-h` option:

```
/tmp/build/samples/ -h
```

5. The following is a CLI example for running the samples:

```
/tmp/build/doca_ -a
auxiliary:mlx5_core.sf.2,dv_flow_en=2 -a
auxiliary:mlx5_core.sf.3,dv_flow_en=2 -- -l 60
```

## 4.2 Samples

### 4.2.1 Flow Tune Server KPI

This sample illustrates how to use DOCA Flow Tune Server API to retrieve KPIs.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting a single DOCA Flow port.

3. Creating a server configuration struct using the `doca_flow_tune_server_cfg_create` function.

DOCA Flow                                                                 177

4. Initializing DOCA Flow server using the `doca_flow_tune_server_init` function. This must be done after calling the `doca_flow_port_start` function (or the `init_doca_flow_ports` helper function).

5. Querying existing port IDs using the `doca_flow_tune_server_get_port_ids` function.

6. Querying application level KPIs using `doca_flow_tune_server_get_kpi` function. The following KPI are read:

   - Number of queues

   - Queue depth

7. KPIs per port on which the basic pipe is created:

   1. Add operation entries.

8. Adding 20 entries followed by a second call to query entries add operations.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_tune_server_kpi/flow_tu`

- `/opt/mellanox/doca/samples/doca_flow/flow_tune_server_kpi/flow_tu`

- `/opt/mellanox/doca/samples/doca_flow/flow_tune_server_kpi/meson.b`

### 4.2.2 Flow Tune Server Dump Pipeline

This sample illustrates how to use DOCA Flow Tune Server API to dump pipeline information into a JSON file.

The sample logic includes:

1. Initializing DOCA Flow by indicating `mode_args="vnf,hws"` in the `doca_flow_cfg` struct.

2. Starting two DOCA Flow ports.

3. Creating server configuration struct using the `doca_flow_tune_server_cfg_create` function.

4. Initializing DOCA Flow server using `doca_flow_tune_server_init` function.

>  **Note**
>
> This must be done after calling `init_foca_flow_ports` function.

5. Opening a file called `sample_pipeline.json` for writing.

6. For each port:

   1. Creating a pipe to drop all traffic.

   2. Creating a pipe to hairpin traffic from port 0 to port 1

   3. Creating FWD pipe to forward traffic based on 5-tuple.

   4. Adding two entries to FWD pipe, each entry with different 5-tuple.

   5. Creating a control pipe and adding the FWD pipe as an entry.

7. Dumping the pipeline information into a file.

Reference:

- `/opt/mellanox/doca/samples/doca_flow/flow_tune_server_dump_pipeli`

- `/opt/mellanox/doca/samples/doca_flow/flow_tune_server_dump_pipeli`

- `/opt/mellanox/doca/samples/doca_flow/flow_tune_server_dump_pipeli`

# 5. Flow Visualization

Once a DOCA Flow application pipeline has been exported to a JSON file, it is easy to visualize it using tools such as Mermaid.

1. Save the following Python script locally to a file named `doca-flow-viz.py` (or similar). This script converts a given JSON file produced by DOCA Flow TS to a Mermaid diagram embedded in a markdown document.

```python
#!/usr/bin/python3

#
# Copyright (c) 2024 NVIDIA CORPORATION & AFFILIATES, ALL RIGHTS RESERVED.
#
# This software product is a proprietary product of NVIDIA CORPORATION &
# AFFILIATES (the "Company") and all right, title, and interest in and to the
# software product, including all associated intellectual property rights, are
# and shall remain exclusively with the Company.
#
# This software product is governed by the End User License Agreement
# provided with the software product.
#

import glob
import json
import sys
import os.path

class MermaidConfig:
    def __init__(self):
        self.prefix_pipe_name_with_port_id = False
        self.show_match_criteria = False
        self.show_actions = False

class MermaidFormatter:
    def __init__(self, cfg):
        self.cfg = cfg
        self.syntax = ''
        self.prefix_pipe_name_with_port_id =
cfg.prefix_pipe_name_with_port_id
```

```python
    def format(self, data):
        self.prefix_pipe_name_with_port_id
= self.cfg.prefix_pipe_name_with_port_id and len(data.get('ports',
[])) > 0

        if not 'ports' in data:
            port_id = data.get('port_id', 0)
            data = {
                'ports': [
                    {
                        'port_id': port_id,
                        'pipes': data['pipes']
                    }
                ]
            }

        self.syntax = ''
        self.append('```mermaid')
        self.append('graph LR')
        self.declare_terminal_states(data)

        for port in data['ports']:
            self.process_port(port)

        self.append('```')
        return self.syntax
    def append(self, text, endline = "\n"):
        self.syntax += text + endline
    def declare_terminal_states(self, data):
        all_fwd_types = self.get_all_fwd_types(data)
        if 'drop' in all_fwd_types:
            self.append('  drop[[drop]]')
        if 'rss' in all_fwd_types:
            self.append('  RSS[[RSS]]')
```

```python
    def get_all_fwd_types(self, data):
        # Gather all 'fwd' and 'fwd_miss' types from pipes and 'fwd' types from entries
        all_fwd_types = {
            fwd_type
            for port in data.get('ports', [])
            for pipe in port.get('pipes', [])
            for tag in ['fwd', 'fwd_miss']  # Process both 'fwd' and 'fwd_miss' for each pipe
            for fwd_type in [pipe.get(tag, {}).get('type', None)]  # Extract the 'type'
            if fwd_type
        } | {
            fwd_type
            for port in data.get('ports', [])
            for pipe in port.get('pipes', [])
            for tag in ['fwd']
            for entry in pipe.get('entries', [])  # Process all entries in each pipe
            for fwd_type in [entry.get(tag, {}).get('type', None)]
            if fwd_type
        }
        return all_fwd_types

    def process_port(self, port):
        port_id = port['port_id']
        pipe_names = self.resolve_pipe_names(port)
        self.declare_pipes(port, pipe_names)
        for pipe in port.get('pipes', []):
            self.process_pipe(pipe, port_id)

    def resolve_pipe_names(self, port):
        pipe_names = {}
        port_id = port['port_id']
        for pipe in port.get('pipes', []):
            id = pipe['pipe_id']
            name = pipe['attributes'].get('name', f"pipe_{id}")
```

```python
            if self.prefix_pipe_name_with_port_id:
                name = f"p{port_id}.{name}"
            pipe_names[id] = name
        return pipe_names
    def declare_pipes(self, port, pipe_names):
        port_id = port['port_id']
        for pipe in port.get('pipes', []):
            id = pipe['pipe_id']
            name = pipe_names[id]
            self.declare_pipe(port_id, pipe, name)
    def declare_pipe(self, port_id, pipe, pipe_name):
        id = pipe['pipe_id']
        attr = "\n(root)" if self.pipe_is_root(pipe) else ""
        if self.cfg.show_match_criteria
and not self.pipe_is_ctrl(pipe):
            fields_matched = self.pipe_match_criteria(pipe,
'match')
            attr += f"\nmatch: {fields_matched}"
        self.append(f'  p{port_id}.pipe_{id}{{{{"{pipe_name}{attr}"}}}}')

    def pipe_match_criteria(self, pipe, key: ['match', 'match_mask']):
        return "\n".join(self.extract_match_criteria_paths(None,
pipe.get(key, {}))) or 'None'
    def extract_match_criteria_paths(self, prefix, match):
        for k,v in match.items():
            if isinstance(v, dict):
                new_prefix = f"{prefix}.{k}" if prefix else k
                for x
in self.extract_match_criteria_paths(new_prefix, v):
                    yield x
            else:
                # ignore v, the match value
                yield f"{prefix}.{k}" if prefix else k

    def pipe_is_ctrl(self, pipe):
        return pipe['attributes']['type'] == 'control'
```

```python
    def pipe_is_root(self, pipe):
        return pipe['attributes'].get('is_root', False)


    def process_pipe(self, pipe, port_id):
        pipe_id = f"pipe_{pipe['pipe_id']}"
        is_ctrl = self.pipe_is_ctrl(pipe)
        self.declare_fwd(port_id, pipe_id, '-->',
self.get_fwd_target(pipe.get('fwd', {}), port_id))
        self.declare_fwd(port_id, pipe_id, '-.->',
self.get_fwd_target(pipe.get('fwd_miss', {}), port_id))
        for entry in pipe.get('entries', []):
            fields_matched = self.pipe_match_criteria(entry,
'match') if is_ctrl else None
            fields_matched = f'|"{fields_matched}"|' if fields_matched
else ''
            self.declare_fwd(port_id, pipe_id, f'-->{fields_matched}',
self.get_fwd_target(entry.get('fwd', {}), port_id))
        if self.pipe_is_root(pipe):
            self.declare_fwd(port_id, None, '-->', f"p{port_id}.{pipe_id}")
    def get_fwd_target(self, fwd, port_id):
        fwd_type = fwd.get('type', None)
        if not fwd_type:
            return None
        if fwd_type == 'changeable':
            return None
        elif fwd_type == 'pipe':
            pipe_id = fwd.get('pipe_id', fwd.get('value', None))
            target = f"p{port_id}.pipe_{pipe_id}"
        elif fwd_type == 'port':
            port_id = fwd.get('port_id', fwd.get('value', None))
            target = f"p{port_id}.egress"
        else:
            target = f"{fwd_type}"
        return target
```

```python
    def declare_fwd(self, port_id, pipe_id, arrow, target):
        if target:
            src = f"p{port_id}.{pipe_id}" if pipe_id else f"p{port_id}.ingress"
            self.append(f"  {src} {arrow} {target}")


def json_to_md(infile, outfile, cfg):
    formatter = MermaidFormatter(cfg)
    data = json.load(infile)
    mermaid_syntax = formatter.format(data)
    outfile.write(mermaid_syntax)


def json_dir_to_md_inplace(dir, cfg):
    for infile in glob.glob(dir + '/**/*.json', recursive=True):
        outfile = os.path.splitext(infile)[0] + '.md'
        print(f"{infile} --> {outfile}")
        json_to_md(open(infile, 'r'), open(outfile, 'w'), cfg)


def main() -> int:
    cfg = MermaidConfig()
    cfg.show_match_criteria = True

    if len(sys.argv) == 2 and os.path.isdir(sys.argv[1]):
        json_dir_to_md_inplace(sys.argv[1], cfg)

    else:
        infile = open(sys.argv[1], 'r') if len(sys.argv) > 1 else sys.stdin
        outfile = open(sys.argv[2], 'w') if len(sys.argv) > 2 else sys.stdout
        json_to_md(infile, outfile, cfg)


if __name__ == '__main__':
    sys.exit(main())
```

2. The resulting Markdown can be viewed in several ways, including:

- Microsoft Visual Studio Code (using an available Mermaid plugin, such as <u>this one</u>)

- In the GitHub and GitLab built-in Markdown renderer (after committing the output to a Git repo)

- By pasting only the Flowchart content into the <u>Online FlowChart and Diagram Editor</u>

3. The Python script can be invoked as follows:

```
python3 doca-flow-viz.py sample_pipeline.json
sample_pipeline.md
```

In the case of the `flow_tune_server_dump_pipeline` sample, the script produces the following diagram:



**Notice**

This document is provided for information purposes only and shall not be regarded as a warranty of a certain functionality, condition, or quality of a product. NVIDIA Corporation ("NVIDIA") makes no representations or warranties, expressed or implied, as to the accuracy or completeness of the information contained in this document and assumes no responsibility for any errors contained herein. NVIDIA shall have no liability for the consequences or use of such information or for any infringement of patents or other rights of third parties that may result from its use. This document is not a commitment to develop, release, or deliver any Material (defined below), code, or functionality.

NVIDIA reserves the right to make corrections, modifications, enhancements, improvements, and any other changes to this document, at any time without notice.

Customer should obtain the latest relevant information before placing orders and should verify that such information is current and complete.

NVIDIA products are sold subject to the NVIDIA standard terms and conditions of sale supplied at the time of order acknowledgement, unless otherwise agreed in an individual sales agreement signed by authorized representatives of NVIDIA and customer ("Terms of Sale"). NVIDIA hereby expressly objects to applying any customer general terms and conditions with regards to the purchase of the NVIDIA product referenced in this document. No contractual obligations are formed either directly or indirectly by this document.

NVIDIA products are not designed, authorized, or warranted to be suitable for use in medical, military, aircraft, space, or life support equipment, nor in applications where failure or malfunction of the NVIDIA product can reasonably be expected to result in personal injury, death, or property or environmental damage. NVIDIA accepts no liability for inclusion and/or use of NVIDIA products in such equipment or applications and therefore such inclusion and/or use is at customer's own risk.

NVIDIA makes no representation or warranty that products based on this document will be suitable for any specified use. Testing of all parameters of each product is not necessarily performed by NVIDIA. It is customer's sole responsibility to evaluate and determine the applicability of any information contained in this document, ensure the product is suitable and fit for the application planned by customer, and perform the necessary testing for the application in order to avoid a default of the application or the product. Weaknesses in customer's product designs may affect the quality and reliability of the NVIDIA product and may result in additional or different conditions and/or requirements beyond those contained in this document. NVIDIA accepts no liability related to any default, damage, costs, or problem which may be based on or attributable to: (i) the use of the NVIDIA product in any manner that is contrary to this document or (ii) customer product designs.

No license, either expressed or implied, is granted under any NVIDIA patent right, copyright, or other NVIDIA intellectual property right under this document. Information published by NVIDIA regarding third-party products or services does not constitute a license from NVIDIA to use such products or services or a warranty or endorsement thereof. Use of such information may require a license from a third party under the patents or other intellectual property rights of the third party, or a license from NVIDIA under the patents or other intellectual property rights of NVIDIA.

Reproduction of information in this document is permissible only if approved in advance by NVIDIA in writing, reproduced without alteration and in full compliance with all applicable export laws and regulations, and accompanied by all associated conditions, limitations, and notices.

THIS DOCUMENT AND ALL NVIDIA DESIGN SPECIFICATIONS, REFERENCE BOARDS, FILES, DRAWINGS, DIAGNOSTICS, LISTS, AND OTHER DOCUMENTS (TOGETHER AND SEPARATELY, "MATERIALS") ARE BEING PROVIDED "AS IS." NVIDIA MAKES NO WARRANTIES, EXPRESSED, IMPLIED, STATUTORY, OR OTHERWISE WITH RESPECT TO THE MATERIALS, AND EXPRESSLY DISCLAIMS ALL IMPLIED WARRANTIES OF NONINFRINGEMENT, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE. TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT WILL NVIDIA BE LIABLE FOR ANY DAMAGES, INCLUDING WITHOUT LIMITATION ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES, HOWEVER CAUSED AND REGARDLESS OF THE THEORY OF LIABILITY, ARISING OUT OF ANY USE OF THIS DOCUMENT, EVEN IF NVIDIA HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. Notwithstanding any damages that customer might incur for any reason whatsoever, NVIDIA's aggregate and cumulative liability towards customer for the products described herein shall be limited in accordance with the Terms of Sale for the product.

**Trademarks**

NVIDIA and the NVIDIA logo are trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. Other company and product names may be trademarks of the respective companies with which they are associated.

© Copyright 2025, NVIDIA. PDF Generated on 10/09/2025