# EXHIBIT 39



**DOCA Documentation v3.3.0**

Data Center / Cloud

Generative AI / LLMs

Robotics

Content Creation / Rendering

Data Science

Networking

Simulation / Modeling / Design

Conversational AI

Forums

Sign In

Topics

v3.3.0 › DPL System

**On This Page**

Introduction
BlueField Network Configuration
    DOCA Device Types
    Representor Naming
DPL Architecture
DPL Components
    DPL Compiler
    P4Runtime Controller
    DPL Nspect
    DPL Runtime Service
        DPL Runtime Daemon
        P4Runtime Server
        DPL Nspect Server
    NV HWS Driver
    eSwitch Management

# DPL System

Is this page helpful?

This document provides a high-level overview of the NVIDIA® DOCA Pipeline Language (DPL) solution, which enables programmable packet processing on NVIDIA® BlueField® DPUs and SuperNICs using P4-based semantics.

## Introduction

DPL is a domain-specific programming framework based on the **P4-16 language**. While reusing P4 syntax, DPL introduces NVIDIA-specific semantics and architecture tailored for the BlueField platform. Rather than relying on C-based APIs, developers use DPL to define packet parsing, matching, and processing behavior directly in a high-level, declarative manner. This speeds up development and simplifies pipeline optimization.

A deployed DPL program is dynamically controlled using **P4Runtime**, an open-source, gRPC-based control plane interface and with a custom shared memory interface for high performance situations. This allows rules and configurations to be updated at runtime without recompilation. Although DPL is compatible with any P4Runtime-compliant controller, future support for vendor-specific extensions is planned. The DPL compiler also generates optimized, ready-to-use APIs that simplify integration with custom control applications (for example, DPDK-based implementations). These generated APIs link the user's application to a low-latency, BlueField-optimized interface that exposes control and data-plane operations in a structured manner, enhancing rule insertion rates, configuration update performance, and overall usability.

The DPL toolkit includes:

- A **compiler** for building BlueField optimized pipelines
- A **runtime service** to manage hardware deployment and control-plane interaction
- Debugging and inspection **developer tools** for introspecting the pipeline

Together, these components deliver a complete programmable pipeline platform optimized for BlueField devices.

## BlueField Network Configuration

BlueField-3 combines a ConnectX networking ASIC with an embedded Arm subsystem, providing high-performance networking and programmable packet processing. It supports offloading and acceleration of SDN, storage, and security functions.

## DOCA Device Types

DPL supports two kinds of DOCA devices:

- Local device – A PF, VF, or SF that is locally exposed to the system (host or BlueField).
- Netdev representor – A proxy network interface on BlueField for a device on the host side. Representors allow the DPU to control and inspect traffic flowing to/from host-side devices.

## Representor Naming

- Uplink Representor – `p<port_number>`
- PF Representor – `pf<port_number>hpf`
- VF Representor – `pf<port_number>vf<function_number>`
- SF Representor – `en<domain>f<function>pf<port_number>sf<function_number>`

✓ **Note**

 



DOCA Documentation v3.3.0

DOCA Framework

DOCA SDK                                                                    +

Quick Start for BlueField Developers                                        +

Installation and Setup                                                      +

DOCA Programming Guide                                                      +

DOCA Reference Applications                                                 +

DOCA Tools                                                                   +

DOCA Services                                                               —

    DOCA Container Deployment Guide

    DOCA Argus Service Guide

    DOCA BlueMan Service Guide

    DOCA Firefly Service Guide

    DOCA Flow Inspector Service Guide

    ⌄ DOCA HBN Service Guide

    DOCA Management Service Guide

    ⌃ DOCA Pipeline Language Services Guide

        DPL Release Notes

        DPL System

        ⌄ DPL Runtime Service

        ⌄ DPL Development Container

    ⌄ DOCA SNAP Services

    DOCA Telemetry Service Guide

    DOCA UROM Service Guide

    ⌄ DOCA Virtio-net Service Guide

    ⌄ OpenvSwitch Acceleration - OVS in DOCA

API References

DOCA Troubleshooting                                                        +

Miscellaneous (Runtime)                                                     +

Archives

## DPL Compiler

The compiler, typically run from a host development system, generates:

- P4Info file – Target-independent protobuf description used by controllers
- Device config ( `.dplconfig` ) – Binary blob for loading into BlueField hardware
- Optional debug file – Used by inspection debug tools

ⓘ **Info**

P4 language reference: **P4-16 v1.2.4 Documentation**.

## P4Runtime Controller

The P4Runtime Controller manages real-time updates and control of the pipeline. It must conform to P4Runtime v1.3.0 and communicates with BlueField using gRPC over TCP (default port 9559). Capabilities include:

- Installing/removing rules
- Querying table state
- Handling packet-in/out traffic

## DPL Nspect

DPL Nspect is a host-side CLI tool for:

- Viewing table contents
- Debugging DPL pipelines
- Tracing packet path and action outcomes

It communicates with the runtime service's internal debug server.

## DPL Runtime Service

### DPL Runtime Daemon

The runtime daemon (`dpl_rtd`) runs on the BlueField and:

- Hosts the gRPC P4Runtime server
- Processes incoming controller commands
- Loads compiled pipeline artifacts
- Interfaces with the DOCA HWS driver
- Manages parse graphs, match tables, and state
- Provides debug and monitoring services

### P4Runtime Server

Implements gRPC endpoints for standard P4Runtime protocol messages. Converts P4Info operations into hardware actions using the DOCA HWS driver. The server is hosted within the DPL Runtime Service.

### DPL Nspect Server

A backend service in the runtime daemon that handles debug and monitoring traffic. Communicates with the Nspect client and debugger tools over gRPC.

## NV HWS Driver

The NV HWS Driver provides low-level APIs for pipeline construction and table management in BlueField hardware. The DPL compiler and runtime interface with this driver to install flows, modify match criteria, and define actions.

## eSwitch Management

Developers are free to manage the eSwitch using tools like:

- OVS (e.g., DOCA OVS)
- DPDK-based apps
- DOCA management interfaces

DPL does not constrain how virtual interfaces or bridges are configured.

© Copyright 2026, NVIDIA. Last updated on Mar 2, 2026



| Corporate Info | NVIDIA Developer | Resources |
| --- | --- | --- |
| NVIDIA.com Home | Developer Home | Contact Us |
| About NVIDIA | Blog | Developer Program |

Privacy Policy | Your Privacy Choices | Terms of Service | Accessibility | Corporate Policies | Product Security | Contact

Copyright © 2026 NVIDIA Corporation