# EXHIBIT 40



# DOCA Target Architecture

# Table of contents

Introduction

DOCA Model

DOCA Core Library

DOCA Packet Parser

Flex Parser Configuration

Use Cases

Native Parse Graph and Headers

Using Default Native Parser

Reparsing Capability

Defining a Custom Parser

Custom Headers and Headers Struct

Custom Parser States

Specifying Transitions to Flex Headers

Specifying Transitions to Fixed Headers

Defining TLV Parsing for Headers with Optional Data

Restrictions and Unsupported Parser Features

Unsupported Features

Restricted Behavior

Hybrid Parser Behavior

DOCA Extern Objects

Counters

NvCounter

NvDirectCounter

Meters

NvMeterPeakTrTCM

NvDirectMeterPeakTrTCM

Options Parser

NvOptionsParser

Custom Tunnel Encapsulation

NvTunnelTemplate

## DOCA Extern Functions

nv_drop

nv_send_to_port

nv_send_to_controller

nv_dec_ip_ttl

nv_set_ip_dscp

nv_set_ip_ecn

nv_set_ip_ttl

nv_set_l4_src_port

nv_set_l4_dst_port

nv_l2_decap

nv_l3_decap

nv_push_vlan

nv_pop_vlan

nv_set_vxlan_v4_underlay

nv_set_vxlan_v6_underlay

nv_set_gre_v4_underlay

nv_set_gre_v6_underlay

nv_set_geneve_v4_underlay

nv_set_geneve_v6_underlay

nv_set_l2tunnel_underlay

nv_set_l3tunnel_underlay

nv_mirror

nv_mirror_vxlan_v4_to_remote

nv_mirror_vxlan_v6_to_remote

nv_mirror_gre_v4_to_remote

nv_mirror_gre_v6_to_remote

nv_mirror_geneve_v4_to_remote

nv_mirror_geneve_v6_to_remote

nv_send_debug_pkt

## Tables

Match Kinds

DPL Key Support

Size

Default Action

Const Entries

## Packet IO

This section introduces the NVIDIA DPL Model for the NVIDIA® BlueField®-3 networking platforms (DPUs or SuperNICs).

## Introduction

The concept of a Target Architecture (TA) is fundamental in the domain of P4 programming, serving as a specification that delineates the programmable components (such as parsers, ingress control flows, etc.) and their interfaces within a specific hardware platform. This specification acts as a formal agreement between the P4 program and the target hardware, ensuring compatibility and efficient utilization of the hardware's data plane capabilities. For each hardware platform, vendors, including NVIDIA, provide a P4 compiler and an architecture definition that is tailored to their specific devices.

This section focuses on the DPL DOCA target architecture, offering a detailed examination of how to program these blocks to enable customized packet processing and forwarding through the various interfaces and ports available on NVIDIA's BlueField devices. Initially, the emphasis is on the BlueField-3 DPU model, with considerations for future expansion to the BlueField 4 model. While some similarities may exist between different Target Architectures, i t is crucial to understand that Target Architectures are generally vendor-specific and are not designed with cross-vendor portability in mind. The following information aims to provide a comprehensive technical overview for utilizing the DPL compiler for BlueField devices, facilitating advanced data plane programming on NVIDIA's hardware platforms.

## DOCA Model

The DOCA model encompasses a set of control stages that are supported by the hardware. Each top-level object within this model is designed to receive a specific set of parameters:

- Parser – The parser is responsible for processing the input packet and a header stack. It operates without access to any metadata during the parsing stage, focusing solely on the packet's content and structure.

```
parser NvDocaParser<HEADERS>(
    packet_in packet,
    out HEADERS headers);
```

- Control – The control stage is designed to handle three distinct types of metadata, each serving a different purpose within the target architecture:

  - Standard Metadata: This is a read-only type of metadata that provides essential information about the packet obtained from prior stages, such as the parser and other fixed hardware units such as the crypto engine.

  - User Metadata: This metadata category is read/write and contains application-specific variables. It allows for the customization and storage of data relevant to the application's logic.

  - Packet Out Metadata: Also a read/write type, this metadata is associated with the packet as it is transmitted from the controller. It carries additional information that may be required in the DOCA pipeline and for packets sent to the controller.

```
control NvDocaMainControl<HEADERS, USER_META, PKT_OUT_META>(
    inout HEADERS headers,
    in nv_standard_metadata_t std_meta,
    inout USER_META user_meta,
    inout PKT_OUT_META pkt_out_meta);
```

An important aspect of BlueField hardware is its capability to perform packet modification and reparsing as needed. Due to this feature, a deparser control stage is not necessary within this target architecture, as the native BlueField hardware can perform packet modifications and handle reparsing tasks in-line. This simplifies the main package by eliminating the need for the user to manually build a separate deparser control or recirculating the packet, streamlining packet processing within the pipeline. The main package is used as the entry point of every P4 program:

```
package NvDocaPipeline<HEADERS, USER_META, PKT_OUT_META>(
    NvDocaParser<HEADERS> parse,
    NvDocaMainControl<HEADERS, USER_META, PKT_OUT_META> main);
```

# DOCA Core Library

Basic common types are defined in `doca_core.p4`. These types are used in the DOCA TA in various interfaces such as extern functions.

**Typedefs:**

The following typedefs are for commonly used header fields and standard metadata fields:

```
typedef bit<32> nv_logical_port_t;
typedef bit<48> nv_mac_addr_t;
typedef bit<32> nv_ipv4_addr_t;
typedef bit<128> nv_ipv6_addr_t;
typedef bit<32> nv_tunnel_id_t;
typedef bit<12> nv_vlan_id_t;
typedef bit<24> nv_vxlan_id_t;
typedef bit<20> nv_mpls_label_t;
typedef bit<8> nv_debug_cookie_t;
```

**Constants:**

The following constants are the DOCA TA specific values for standard metadata key fields:

```
const bit<2> L2_TYPE_UNICAST   = 2w0;
const bit<2> L2_TYPE_MULTICAST = 2w1;
const bit<2> L2_TYPE_BROADCAST = 2w2;

const bit<2> L3_TYPE_NONE   = 2w0;
const bit<2> L3_TYPE_IPV4   = 2w1;
const bit<2> L3_TYPE_IPV6   = 2w2;

const bit<2> L4_TYPE_NONE   = 2w0;
const bit<2> L4_TYPE_TCP    = 2w1;
const bit<2> L4_TYPE_UDP    = 2w2;
const bit<2> L4_TYPE_IPSEC  = 2w3;
```

```
const bit<4> L4_TYPE_EXT_NONE   = 4w0;
const bit<4> L4_TYPE_EXT_TCP    = 4w1;
const bit<4> L4_TYPE_EXT_UDP    = 4w2;
const bit<4> L4_TYPE_EXT_ICMP   = 4w3;


const bit<2> VLAN_TYPE_NONE  = 2w0;
const bit<2> VLAN_TYPE_SVLAN = 2w1;
const bit<2> VLAN_TYPE_CVLAN = 2w2;


const bit<2> ENCAP_TYPE_NONE      = 2w0;
const bit<2> ENCAP_TYPE_L2_TUNNEL = 2w1;
const bit<2> ENCAP_TYPE_L3_TUNNEL = 2w2;
const bit<2> ENCAP_TYPE_ROCE      = 2w3;


const bit<2> IPSEC_TYPE_NONE     = 2w0;
const bit<2> IPSEC_TYPE_OVER_IP  = 2w1;
const bit<2> IPSEC_TYPE_OVER_UDP = 2w2;


const bit<8> IPSEC_SYNDROME_OK   = 8w0;
const bit<8> PSP_SYNDROME_OK     = 8w0;
```

These values are used to understand the various type codes in the standard metadata.

**#defines:**

These macros are for industry standard values for various RFC protocol fields (e.g., ethertype):

```
/* IP protocol numbers in the Protocol field of the IPv4 header
 * and the Next Header field of IPv6 header
 */
#define NV_IPV6_HBH_OPTION   0x00    /* IPv6 Hop bu Hop option */
#define NV_ICMP_PROTOCOL     0x01    /* protocol number for icmp */
#define NV_IPV4_PROTOCOL     0x04    /* protocol number for IPv4 over IPv4 encap */
#define NV_TCP_PROTOCOL      0x06    /* protocol number for tcp */
#define NV_UDP_PROTOCOL      0x11    /* protocol number for udp */
#define NV_IPV6_PROTOCOL     0x29    /* protocol number for IPv6 over IPv6 encap */
```

DOCA Target Architecture                                                      7

```
#define NV_IPV6_EXT_FRAG_PROTOCOL 0x2C /* IPv6 fragmentation extension header */
#define NV_GRE_PROTOCOL      0x2F     /* protocol number for Generic Routing Encapsulation */
#define NV_ESP_PROTOCOL      0x32     /* protocol number for IPSec ESP */
#define NV_AH_PROTOCOL       0x33     /* protocol number for IPSec AH */
#define NV_ICMP6_PROTOCOL    0x3A     /* protocol number for icmpv6 */
#define NV_IPV6_NO_NEXT_HDR_PROTOCOL 0x3B
#define NV_SCTP_PROTOCOL     0x84     /* protocol number for SCTP */
#define NV_ROCE_PROTOCOL     0xFE     /* protocol number of RoCEv1.5 */

/* Ethertype */
#define NV_TYPE_VLAN_CTAG    0x8100
#define NV_TYPE_VLAN_STAG    0x88A8
#define NV_TYPE_IPV4         0x0800
#define NV_TYPE_IPV6         0x86DD
#define NV_TYPE_ARP          0x0806
#define NV_TYPE_CONTROL      0x0808
#define NV_TYPE_MPLS         0x8847
#define NV_TYPE_MPLS_MC      0x8848
#define NV_TYPE_PTP          0x88F7
#define NV_TYPE_FCOE         0x8906
#define NV_TYPE_ROCE         0x8915  /* v1 */
#define NV_TYPE_MAC          0x6558  /* Transparent Ethernet Bridge for Generic Routing Encapsulation */

/* UDP ports */
#define NV_ROCE_PORT         4791   /* v2 bth */
#define NV_VXLAN_PORT        4789
#define NV_VXLAN_GPE_PORT    4790
#define NV_GENEVE_PORT       6081
#define NV_MPLS_TUNNEL_PORT  6635
#define NV_IPSEC_NAT_PORT    4500
#define NV_PTP_EVENT_PORT    319
#define NV_PTP_GEN_PORT      320
#define NV_IPV4_OPTION_MRI   31
#define NV_GTP_U_PORT        2152
#define NV_PSP_PORT          1000
#define NV_GUE_PORT          666

/* VXLAN GPE protocols */
#define NV_VXLAN_GPE_IPV4    0x01
#define NV_VXLAN_GPE_IPV6    0x02
#define NV_VXLAN_GPE_MAC     0x03
#define NV_VXLAN_GPE_NSH     0x04  /* RFC8300 */
```

```
/* PSP protocols */
#define NV_PSP_IPV4      0x04
#define NV_PSP_IPV6      0x29
#define NV_PSP_TCP       0x06
#define NV_PSP_UDP        0x11
```

**Metadata:**

The standard metadata (`struct nv_standard_metadata_t`) for the DOCA TA are found in `doca_metadata.p4`. The members of the standard metadata struct are all read only, and are separated into 3 logical categories:

- Pipeline metadata, information set by hardware units before the programmable part of the BlueField pipeline

- Outer packet header metadata, information set by the hardware parser for the outer packet

- Inner packet header metadata, information set by the hardware parser for the inner packet (if present)

**User Metadata:**

The DPL programmer can create and use their own metadata struct in the DOCA TA. The type can be `bit<>` or a struct, limited in size by the number of internal registers on the device. For conveniences, the TA defines `nv_empty_metadata_t` which the user can pass into the main package declaration if no metadata is needed.

# DOCA Packet Parser

In the DOCA Target Architecture, headers represent the various packet protocol formats that are recognized by the parser. Once these headers are identified, the fields within the packet become candidates for further processing. They can be matched against entries in a match-action table, where they may be altered based on user-defined actions. The DOCA TA comes equipped with a default hardware-integrated parser that is capable of understanding a range of protocols standardized by the Internet Engineering Task Force (IETF). To accommodate custom requirements, the architecture allows for the integration of user-defined ("flex") headers. These flex headers are seamlessly incorporated into the pre-existing parser graph, extending its capabilities to recognize and process additional protocol formats as specified by the user. This flexibility enables developers to tailor the data plane processing to specific applications and protocols beyond the standard set, and future-proofs the developer's investment in the hardware.

This section on the DPL Packet Parser focuses on BlueField-3 devices and higher. NVIDIA's BlueField architecture combines native and flexible parsing capabilities, allowing the user to enhance the hardware's packet parsing engine with custom protocol headers. This integration is seamless, utilizing built-in parsing for standardized headers.

## Flex Parser Configuration

Flex nodes are user-configurable within the DOCA parser, covering elements including the next protocol field, fixed length headers, and calculations for variable header sizes. Arcs link flex nodes and feature properties such as the `is_tunnel` flag, transition value, source node, and destination node. Configurations that are not supported will trigger a compile-time error. Packet fields are extracted from the flex node to the hardware's sampler registers, facilitating the use of fields as match keys and enabling header modification actions.

## Use Cases

Examples of custom flex headers include TCP options, SRv6, GTP-U, SCTP, GUE, eCPRI, GENEVE options, and proprietary tunnels. The hybrid architecture ensures smooth integration of user-defined protocols with the fixed parser graph. Below is an illustration of the default fixed parser for BlueField-3:



The DPL compiler enables the user to effectively utilize the P4 language to program packet parsers, taking full advantage of its native and flexible parsing capabilities to meet a variety of network processing needs. The remainder of this section describes the features of the BlueField-3 parser.

## Native Parse Graph and Headers

BlueField's parser supports a hybrid architecture that incorporates both predefined (fixed) headers and standard transitions between headers as defined by the Internet Engineering Task Force (IETF). These transitions are determined based on the "next header type" field present within each protocol. For a comprehensive understanding of these transitions and the supported protocols, users are encouraged to refer to the following resources:

- **Service Names and Port Numbers**: IANA Service Names and Port Numbers

- **IEEE 802 Numbers**: IANA IEEE 802 Numbers

- **Protocol Numbers**: IANA Protocol Numbers

These resources provide detailed information on the various service names, port numbers, IEEE standards, and protocol numbers that are recognized and supported by BlueField's parser, facilitating a broad range of packet processing applications. The following table describes the native header and transition support in the DOCA TA:

| Header Type | Next Protocol Field | Field Size (bits) | Fixed IETF Transitions | Flex Transition |
|---|---|---|---|---|
| MAC w VLAN | Ether Type | 16 | IPv4 (0x0800), IPv6 (0x86DD), MPLS UC (0x8847), MPLS MC (0x8848), VLAN (0x8100), SVLAN (0x88A8) | From, outer, inner |
| IPv4 | Protocol | 8 | UDP (0x11), TCP (0x6), GRE(0x2F), ICMP(0x1), IPSec AH (0x33), IPSec ESP (0x32), IPv4 encap (0x4) | To, outer, inner |
| IPv6 | Protocol | 8 | HOPOPT (0x0), UDP (0x11), TCP (0x6),GRE(0x2F), ICMP(0x3A), IPSec AH (0x33), IPSec ESP (0x32), IPv6-Route (0x2B), , IPv6 encap (0x29), IPv6-Frag(0x2C), IPv6-NoNxt (0x3B), IPv6-DestOpts (0x3c) | To, outer, inner |
| IP | Protocol | 8 | UDP, TCP, GRE, ICMP, IPSec AH, IPSec ESP | From, outer, inner (both IPv4 and IPv6) |
| UDP | Destination port | 16 | VXLAN (4789 + 3 additional custom ports) VXLAN-GPE (4790) GENEVE (6081) MPLS over UDP (6635) IPSEC ESP over UDP (4500) PSP(1000 + 2 additional custom ports) | To, from, outer, inner |
| TCP | Destination port | 16 | None | To, from, outer, inner |
| ICMP | None | N/A | None | Not supported - cannot transition to or from |
| GRE | Ether Type | 16 | IPv4 (0x0800), IPv6 (0x86DD) MPLS over GRE (0x8847, 0x8848) | To, from, outer |

| Header Type | Next Protocol Field | Field Size (bits) | Fixed IETF Transitions | Flex Transition |
|---|---|---|---|---|
| NVGRE (GRE) | Ether Type | 16 | Inner MAC (0x6558) | To, from, outer |
| NVGRE Options | Key present | 1 | Key present true | Cannot transition to or from |
| VXLAN | None | N/A | Inner MAC (fixed) | From, outer |
| VXLAN-GPE | Next Protocol | 8 | Reserved (0x00), IPv4 (0x01), IPv6 (0x02), Ethernet (0x03), NSH (0x04) | From, outer |
| GENEVE | Ether Type | 16 | Inner MAC (0x6558), IPv4 (0x0800), IPv6 (0x86DD), MPLS (0x8847, 0x8848) | From, outer |
| MPLS | Lookahead | 4 | IPv4, IPv6 | To, from, outer |
| IPSEC ESP | Next Header | 8 | Not supported | From, outer |
| PSP | Next Header | 8 | Tunnel: IPv4 (4), IPv6 (41) Transport: TCP (6), UDP (17) | To, from, outer |

Note that L3 control plane headers ARP (0x0806), MAC control (0x8808), LLDP (0x88CC), PTP (0x88F7) are recognized and steered to a special QP by hardware that are parsed but not matchable in the steering pipeline.

## Using Default Native Parser

The DOCA TA defines a default native parser. The user need only include `doca_parser.p4` and reference `nv_fixed_parser` in the DPL package declaration to use the built-in hardware parser. The program should then use the native headers structure, `nv_headers_t`.

# Reparsing Capability

A distinctive feature of DPL, setting it apart from other P4 hardware architectures, is its ability to perform reparsing as needed, even midway through the processing pipeline. This flexibility allows for dynamic adjustments to packet processing based on intermediate outcomes during the pipeline's execution. Unlike RMT-based P4 Target Architectures, there are no strict pipeline stages, as the pipeline runs to completion. This means:

- Tables may be applied multiple times, saving scale by not requiring the duplication of tables and their entries at different points in the pipeline.

- Packets do not need to be resubmitted to the pipeline after packet modification, e.g. for encapsulation or decapsulation actions.

- Looping in the pipeline is permitted.

This capability greatly improves the user experience by allowing the DPL developer to focus on a logical view of the pipeline behavior, rather than dealing recirculation logic and saving state in metadata.

# Defining a Custom Parser

The P4-16 language does not provide a method to extend a pre-existing, target architecture defined parser. Hence the DPL compiler maintains an internal representation of the default parser (based on a "read only" `doca_parser.p4` source file), and allows headers to be added or removed. In this case, header removal may be implicit, based on excluding a fixed header from the DOCA parser definition. There are 3 steps to defining a custom parser that will be used in conjunction with the native parser:

1. Define the custom header.

2. Add the header to a headers struct.

3. Define the state in a custom parser in the program.

## Custom Headers and Headers Struct

A macro, `NV_FIXED_HEADERS`, is provided that references all the headers that the fixed parser can extract. This definition may be used directly as the body of type `Headers_t`, or added to, e.g.:

```
#include <doca_parser.p4>
header custom_header_t {
    bit<16> x;
}
struct custom_headers_t
{
    NV_FIXED_HEADERS
    custom_header_t custom;
}
```

The DPL programmer is expected to use `NV_FIXED_HEADERS` as the basis of their `Headers_t` definition. Failure to do so may result in unexpected behavior, for example:

- Headers/fields that are never extracted at runtime even if extracted by parser states.

- Use of flex extractions for every single referenced header field.

- Compilation errors.

## Custom Parser States

A macro, `NV_FIXED_PARSER`, is provided which describes the fixed parser. This definition may be used directly as the body of a parser, or extended by writing additional states, and linking them using the `@nv_transition_from` annotation:

```
parser my_parser(packet_in packet, out custom_headers_t headers)
{
    NV_FIXED_PARSER(packet, headers)

    @nv_transition_from("nv_parse_ethernet", 0x1234)
    state parse_custom {
        packet.extract(headers.custom);
        transition select(headers.custom.x) {
```

DOCA Target Architecture                                                      15

```
            1: nv_parse_ipv4;
            2: nv_parse_ipv6;
            default: accept;
        }
    }
}
```

The DPL programmer is expected to use `NV_FIXED_HEADERS` as the basis of their parser definition. The macro must take the same variable name use for packet_in and headers used in the parser control definition. Failure to do so may result in unexpected behavior, for example:

- Use of hardware flex parser resources for every parser state, even where hardware fixed parser resources could have been used.

- Definitions of states with names matching states in `NV_FIXED_PARSER` being ignored, and their fixed definition used instead.

- Compilation errors.

Finally, the custom parser should be instantiated in the main DPL package:

```
NvDocaPipeline(
    my_parser(),
    my_main_control()
) main;
```

## Specifying Transitions to Flex Headers

To extend the native parser with flex headers, the DOCA TA utilizes a combination of macros and DPL annotations to instruct the compiler how to stitch in the customized headers into an existing parse graph.

To create an unconditional transition from a source state, the parser state must be preceded by an `@nv_transition_from` annotation with 1 argument: the source state

name. If the parser contains multiple state definitions with an `@nv_transition_from` annotation with the same source state, a single state will be selected (in an undefined manner) to be the target state of the transition. Put another way, each `@nv_transition_from` annotation from a given source state annotation may be considered to override any earlier (in an undefined order) transition destination for that source state.

To create a conditional transition based on the source state's transition field, the parser state must be preceded by an `@nv_transition_from` annotation with 2 arguments: the source state name and transition value. Transitions of this type are prepended to the source state's list of transitions and thus are guaranteed to override any transitions defined by `NV_FIXED_PARSER` in an undefined order. Entries with identical transition values will override each other but may generate warnings due to unreachability.

The following diagram shows an example of extending the native parser to support the RTP protocol:

**RFC 1889, 3550, 3551: RTP**

> ### ⓘ Note
>
> In the native parser, as an optimization, the user can specify a transition from both IPv4 and IPv6 headers to a flex header using a special 2 argument annotation of the format:
>
> ```
> @nv_transition_from("nv_parse_ipv6, nv_parse_ipv4", 0x1234)
> ```

> Where 0x1234 is an example of the custom IP protocol value for some
> user defined L4 protocol.

## Specifying Transitions to Fixed Headers

In a limited number of cases, transitions from fixed headers can be configured. This uses a different annotation, `@nv_transition` , and is always used to annotate the top level parser object. For example, it is a common requirement to add nonstandard transitions from UDP to VxLAN:

```
@nv_transition("nv_parse_udp", "nv_parse_vxlan", 1234)
@nv_transition("nv_parse_udp", "nv_parse_vxlan", 1235)
@nv_transition("nv_parse_udp", "nv_parse_vxlan", 1236)
parser custom_parser(
    packet_in packet,
    out nv_headers_t headers
) {
    NV_FIXED_PARSER(packet, headers)
}
```

where the first parameter specifies the parser node to transition "from", and the second parameter specifies the parser node to transition "to". Note that the annotation `@nv_transition` can be used instead of `@nv_transition_from` for connecting headers.

## Defining TLV Parsing for Headers with Optional Data

The DOCA TA allows the user to define protocol headers that have TLVs as sub headers. Note that a custom base "parent" header must be supplied in order to create custom TLVs. It is not supported to create custom TLVs for native headers. For example, the user can define a GENEVE header as follows:

DOCA Target Architecture                                                      18

```
header geneve_t {
    bit<2> ver;
    bit<6> opt_len;
    bit<1> o;
    bit<1> c;
    bit<6> reserved;
    bit<16> protocol_type;
    bit<24> vni;
    bit<8> reserved56;
};
```

And then define a struct for the base GENEVE option fields (TYPE and LENGTH) along with a customized VALUE data.

```
// Struct so it can be a field within other headers
struct geneve_option_t {
    bit<24> option_class;
    bit<8> option_type;
    bit<3> reserved24;
    bit<5> length;
};

header geneve_option_int_md_t {
    geneve_option_t base;
    bit<4> ver;
    bit<1> d;
    bit<1> e;
    bit<1> m;
    bit<12> reserved7;
    bit<5> hop_ml;
    bit<8> remaining_hop_count;
    // etc.
```

```
};
```

Next, the user must add the custom headers to the struct of headers and connect them in the parser. Both the base option struct and the newly defined headers must be present in the headers struct so that there is a reference to these types in the parser.

```
struct app_headers {
    NV_FIXED_HEADERS
    geneve_t custom_geneve;
    geneve_option_t geneve_opt;
    geneve_option_int_md_t geneve_opt_int_md;
};
```

The DOCA TA uses an `NvOptionsParser` extern object to define TLV options, since the P4 language itself does not provide a native way to define TLV parsing. An instance of the `NvOptionsParser` must be created in the parser, at the outermost scope, with the following parameters:

- `options_length_field` - the name of the field in the parent header (as a string) that holds the total length of the options. If the total options length is fixed (i.e., not specified in the header's data), then this field should be omitted.

- `options_length_shift` - the value by which the parser should apply a shift (i.e. multiply by power of 2) to the value of the option length field. If the length value is fixed or does not need to be shifted, then this field should be omitted.

- `options_length_add` - the constant to which the parser should add to the value option length field after shifting. If the length value does not need an addend, then this field should be omitted. If the total options length is fixed, then this field must specify the fixed length of the TLV options.

- `option_layout header_type` - the user defined P4 struct that holds the TLV field layout of the option header

- `option_length_field` - the name of the field in the base option struct (as a string) that holds the length of the options. If the options length is fixed (i.e., not specified in the base options struct), then this field should be omitted.

- `option_length_shift` - the value by which the parser should apply a shift (i.e. multiply by power of 2) to the option length field. If the length value is fixed or does not need to be shifted, then this field should be omitted.

- `option_length_add` - the constant to which the parser should add to the option length field. If the length value does not need an addend, then this field should be omitted. If the options length is fixed, then this field must specify the fixed length of the TLV options.

- `options` - a list of tuples, where the first value is the TYPE, and the second value is the name of the child header defined by the user

```
parser geneve_parser(
    packet_in packet,
    out app_headers headers
) {
    NvOptionParser<bit<24>, _>(
        "opt_len",              // options_length_field
        2,                         // options_length_shift
        0,                         // options_length_add
        "geneve_option_t",      // option_layout_header_type
        "length",                // option_length_field
        0,                         // option_length_shift
        4,                         // option_length_add
        "option_class_type",   // option_type_field
        // options data
        (list<tuple<bit<24>, _>>){
            {24w0x010301,  "headers.geneve_opt_int_md"}
                // list of additional options ...
        }
    ) geneveOptions;

    NV_FIXED_PARSER(packet, headers)

    @nv_transition_from("nv_parse_udp", 6082)
    state parse_custom_geneve {
        packet.extract(headers.custom_geneve);
```

```
        geneveOptions.parseOptions(packet, headers);
        transition accept;
    }
}
```

# Restrictions and Unsupported Parser Features

DOCA parser features that either differ from the P4$_{16}$ specification, are restricted in the DOCA TA or are unsupported are listed below.

## Unsupported Features

These features are not supported by the DOCA TA in comparison to the P4$_{16}$ specification. Utilizing these features will result in compilation errors.

- Variable Declarations and Extern Instantiations: Parsers and parser states cannot contain any variable declarations or extern instantiations other than `NvOptionsParser`.

- Lookahead and Advance: Programmable lookahead and advance functionalities are not supported.

- Parser Value Sets: Parser value sets for setting transition values from runtime data are not supported.

- State Declarations: States may not contain any declaration, or any statement besides extract, transition statements and calls to `NvOptionsParser` methods.

## Restricted Behavior

The following points below highlight how the DOCA TA implementation of DPL parser features differs from the standard P4$_{16}$ specification.

- Reserved State Names: Parser state names beginning with `nv_*` are reserved by the DOCA TA. Custom states using this reserved prefix will be ignored.

- State and Header Coupling: Each state must extract exactly one header, and they are considered to be coupled in a 1:1 fashion.

- Fixed-Size Header Extraction: The extracted header must be fixed-size, known at compile-time, and defined in the P4 header type definition. I.e., `p.extract(headers.xxx)` is allowed, but `p.extract(headers.xxx, someLength)` is not.

- Transition Statements: Besides terminal pre-defined states (`accept`, `reject`), states must transition to another state using a transition statement, which may be unconditional or conditional.

- Transition Select: Transition select statements are limited to using a single field from the header the state extracts or a constant. Lists of expressions, constants, operators, references to declarations other than a field in the header the state extracts, and any other expression not explicitly allowed are disallowed.

- Default Case in Transition Select: Every transition select statement must have a default case, transitioning to the accept state.

- Extract Before Transition: A state's `extract` statement must precede its transition statement.

- Empty Accept and Reject States: The `accept` and `reject` states must be completely empty.

- Loops in Parser Graph: Loops are not allowed in the DPL program's parser graph. Each path through the parser must be acyclic.

## Hybrid Parser Behavior

These restrictions and behaviors apply to the unique hybrid fixed/flex parser model supported by the DOCA TA.

- Start state of `nv_parse_ethernet` – The start state cannot be changed or overwritten.

- Redefining states – States may not be redefined. This includes no possibility of applying `@nv_transition_from` to the body of any fixed state.

- `NV_FIXED_PARSER` and `NV_FIXED_HEADERS` – States part of `NV_FIXED_PARSER` extract the pre-defined fixed header, irrespective of the state body. States not part of `NV_FIXED_PARSER` must extract headers not part of `NV_FIXED_HEADERS`.

- Fixed-to-fixed transitions – It is not possible to disable any fixed->fixed transition. These may be overridden to transition to a custom state by applying an `@nv_transition_from` annotation to the destination state.

- MPLSoUDP stops parsing at the inner MAC header if the pseudowire Control Word is set to 0. Additional inner packet fields will not be parsed.

# DOCA Extern Objects

# Counters

BlueField supports per entry counters, shared and direct. A (shared) counter is an extern object that allows the user to access N independent counters via an index. Whereas a direct counter is an extern object that is directly associated with a P4 table where the index is implied by the entry slot. For both types, the counter value is updated when an action calls the count() method.

## NvCounter

Instantiates an indirect counter of the specified width and type.

**Signature:** `extern NvCounter(bit<32> size, NvCounterType type)`

**Parameters***:*

- `size[in]`: Number of counter indices

- `type[in]`: Enum indicating counter type. Currently only `NvCounterType.PACKETS_AND_BYTES` is supported.

**Methods:**

**count**

Increments the counter at the specified index

```
void count(in bit<32> index)
```

**Parameters:**

- `index[in]`: Index of the counter to increment

## NvDirectCounter

Instantiates a direct counter that can be assigned to a table. Direct counters do not have a separate size, they are as wide as the table. Each action invoked by an entry hit should call the count() method to increment the entry count.

**Signature:** `extern NvDirectCounter(NvCounterType type)`

**Parameters**:

- `type[in]`: Enum indicating counter type. Currently only `NvCounterType.PACKETS_AND_BYTES` is supported.

**Methods:**

**count**

Increments the counter associated the the entry that triggered the action execution

```
void count()
```

 **Note**

> Methods of a NvDirectCounter object may only be called by the P4 Table that owns it via the "direct_counter" property bound to the P4 Table. It is an error to attempt to call the count() method from a P4 Table that does not own the direct counter.

 **Note**

> If there are no side effects, it is most efficient to call the count method as the first primitive action in a P4 action.

## Meters

BlueField supports per-flow metering, following RFC2697, RFC2698, and RFC4115. Similar to counters, both direct meters and shared meters are supported in the DPL target architecture. The packets for a given flow can be colored by the meter into three "colors": red, yellow and green. The meter burst parameters can be specified with units of bytes or packets.

```
typedef bit<8> nv_meter_color_t;

enum nv_meter_color_t NvMeterColor {
    RED = 8w0,
    YELLOW = 8w1,
    GREEN = 8w2,
}

enum NvMeterUnits {
  BYTES,
  PACKETS
}
```

 **Note**

> Each configuration parameter of NvMeterPeakTrTCM and NvDirectMeterPeakTrTCM is restricted to certain max values.

When metering by BYTES, max values are the following:

- cir, pir: 255000000000

- cbs, pbs: 2147483648

When metering by PACKETS, max values are the following:

- cir, pir: 1992187500

- cbs, pbs: 16777216

## NvMeterPeakTrTCM

Instantiates a Two Rate Three Color Marker shared meter object of the specified size, units and burst parameters. (Implements RFC 2698)

**Signature:**

```
extern NvMeterPeakTrTCM(bit<32> size, NvMeterUnits units, bit<64>
cir, bit<64> cbs, bit<64> pir, bit<64> pbs)
```

**Parameters***:*

- `size[in]` : Number of meter indices

- `units[in]` : Enum indicating the units used by the meter. Metering by `NvMeterUnits.BYTES` or by `NvMeterUnits.PACKETS` is supported.

- `cir[in]` : Committed Information Rate

- `cbs[in]` : Committed Burst Size

- `pir[in]` : Peak Information Rate

- `pbs[in]` : Peak Burst Size

**Methods:**

**meter**

Executes the metering of the flow entry at the specified index

```
nv_meter_color_t meter(in bit<32> index, nv_meter_color_t
initial_color = NvMeterColor.GREEN)
```

**Parameters:**

- `index[in]` : Index of the meter to execute

- `initial_color[in]` : The initial color to assign to the flow. Coloring of `NvMeterColor.RED` , `NvMeterColor.YELLLOW` , or `NvMeterColor.GREEN` . The default is `NvMeterColor.GREEN` .

**Returns:**

- The `nv_meter_color_t` of the flow entry at the specified index.


## NvDirectMeterPeakTrTCM

Instantiates a Single Rate Three Color Marker indirect meter object of the specified size, units and burst parameters. (Implements RFC 2698)

**Signature:**

```
extern NvDirectMeterPeakTrTCM(bit<32> size, NvMeterUnits units,
bit<64> cir, bit<64> cbs, bit<64> pir, bit<64> pbs)
```

**Parameters**:

- `size[in]` : Number of meter indices

- `units[in]` : Enum indicating the units used by the meter. Metering by `NvMeterUnits.BYTES` or by `NvMeterUnits.PACKETS` is supported.

- `cir[in]` : Committed Information Rate

- `cbs[in]` : Committed Burst Size

- `pir[in]` : Peak Information Rate

- `pbs[in]` : Peak Burst Size

**Methods:**

**meter**

Executes the metering of the flow entry at the specified index

```
nv_meter_color_t meter(nv_meter_color_t initial_color =
NvMeterColor.GREEN)
```

**Parameters:**

- `initial_color[in]` : The initial color to assign to the flow. Coloring of `NvMeterColor.RED` , `NvMeterColor.YELLLOW` , or `NvMeterColor.GREEN` . The default is `NvMeterColor.GREEN` .

**Returns:**

- The `nv_meter_color_t` of the flow entry at the specified index.

> (i) **Note**
>
> Methods of a **NvDirectMeterPeakTrTCM** object may only be called by
> the P4 Table that owns it via the "direct_meter" property bound to the
> P4 Table. It is an error to attempt to call the meter() method from a
> P4 Table that does not own the direct meter. A meter may not be
> owned by multiple P4 Tables.

# Options Parser

DPL supports TLV style parsing for protocols with options.

## NvOptionsParser

The NvOptionsParser is an extern object used to define the behavior of the TLV (Type-Length-Value) options parser.

```
extern NvOptionParser<VALUE, OPTION> {
    NvOptionParser(
        string options_length_field = "",
        bit<32> options_length_shift = 32w0,
        bit<32> options_length_add = 32w0,
        string option_layout_header_type = "",
        string option_length_field = "",
        bit<32> option_length_shift = 32w0,
        bit<32> option_length_add = 32w0,
        string option_type_field = "",
        list<tuple<VALUE, OPTION>> options
    );

    void parseOptions<H>(packet_in p, inout H headers);
}
```

**Parameters:**

- options_length_field[in]: Optional; omit if **total** options length is fixed, otherwise provide the field name that contains the header length value

- options_length_shift: Optional; omit if the field can be used without shifting

- options_length_add: Optional; omit if the field can be used without adding

- option_layout_header_type: Mandatory header_type_name

- option_length_field: Optional; omit if **each** option is a constant size, otherwise provide the field name that contains the header length value

- option_length_shift: Optional; omit if the field can be used without shifting

- option_length_add: Optional; omit if the field can be used without adding

- option_type_field: Mandatory field_name

- options: Mandatory; variable-length (expression-)list of (type, header field)

**Methods:**

**parseOptions**

Parses the TLV

**Signature:** `void parseOptions<H>(packet_in packet, inout H headers);`

**Parameters:**

- packet[in]: input packet

- headers[in/out]: packet headers struct

**Examples:**

See Geneve TLV Parsing Example.

# Custom Tunnel Encapsulation

DPL supports the creation of L2 and L3 tunnels using custom tunnel headers.

## NvTunnelTemplate

Instantiates a template object used to create tunnel encapsulations. This object is used for controlling the behavior of the actions `nv_set_l2tunnel_underlay` and `nv_set_l3tunnel_underlay`.

```
extern NvTunnelTemplate<HEADER_TYPE> {
    NvTunnelTemplate();
}
```

**Type Variables:**

- `HEADER_TYPE[in]`: Must be the typename of a user-declared `struct` whose only fields must be `header` types. The entire set of underlay headers should be

defined as a struct, for example:

```
struct tunnel_headers_t {
    nv_ethernet_h ethernet;
    my_tunnel_h   custom_tunnel;
}
```

**Annotation:**

NvTunnelTemplate works slightly differently than other extern objects in that the object has no methods; instead, the object can be passed into one of two methods `nv_set_l2tunnel_underlay` and `nv_set_l3tunnel_underlay`. Declaring a NvTunnelTemplate object does not use any resources in hardware, as the template construct is provided for simplifying the process of specifying header field values for custom tunnels. When declaring a NvTunnelTemplate object, the annotation `@nv_tunnel_fields` must be present. This annotation contains a key-value entry for each header in the specified struct type. For each header, the header fields must be specified in the order that they appear in the header definition. The value assigned to a field must be one of the following:

- a non-negative integer

- the string "variable"

- the string "ignore"

```
@nv_tunnel_fields(
    ethernet = {
        dst_addr = "variable",
        src_addr = "variable",
        ether_type = 0xABCD
    },
    custom_tunnel = {
        field_1 = 1,
        field_2 = "ignore",
        field_3 = "variable"
    }
```

DOCA Target Architecture

```
)
NvTunnelTemplate() my_tunnel;
```

For a complete example, see <u>GTP Tunnel Encapsulation Example</u>.

 **Note**

Certain header fields will automatically be recalculated by the hardware after encapsulation. These fields cannot be assigned by the user. It is good practice to mark them as "ignore".

| Header field | Value |
| --- | --- |
| ipv4.ecn | 0 |
| ipv4.identification | 0 |
| ipv4.hdr_checksum | Hardware calculated |
| ipv4.total_len | Hardware calculated |
| ipv6.traffic_class (ECN bits only) | 0 |
| ipv6.payload_length | Hardware calculated |
| udp.src_port | Entropy hash |
| udp.length | Hardware calculated |
| udp.checksum | 0 |
| tcp.checksum | Hardware calculated |
| gre.key (8 LSB only) | Entropy hash |

# DOCA Extern Functions

Extern functions serve as a mechanism for exposing DPL target specific functionality that may be beyond a standard P4 model.

Note that many of these externs mutate the packet, for which the HEADERS are a part of the extern signature.

# nv_drop

Terminal extern function that stops packet processing and drops the packet

**Signature:** `extern void nv_drop();`

# nv_send_to_port

Terminal extern function that stops packet processing and sends the packet to the specified port

**Signature:** `extern void nv_send_to_port(in nv_logical_port_t port);`

**Paramaters:**

- port[in]: This parameter specifies the logical port to which the packet will be sent to

# nv_send_to_controller

Terminal extern function that forwards packet metadata to a controller

**Signature:**
```
extern void nv_send_to_controller<PACKET_META>(in PACKET_META
pkt_in_meta);
```

**Paramaters:**

- pkt_in_meta[in]: The metadata of the packet being sent to the controller for processing

# nv_dec_ip_ttl

Extern function that decrements the ttl value in the IP header. Applies to both IPv4 and IPv6. The ttl value will be set to max value if decremented from zero value.

**Signature:**

```
extern void nv_dec_ip_ttl<HEADERS>(inout HEADERS headers, in bit<8> ttl_value);
```

**Paramaters:**

- headers[in/out]: packet headers struct

- ttl_value[in]: TTL value to decrement

# nv_set_ip_dscp

Extern function that sets the DSCP value in the IP header. Applies to both IPv4 and IPv6.

**Signature:**

```
extern void nv_set_ip_dscp<HEADERS>(inout HEADERS headers, in bit<6> dscp_value);
```

**Paramaters:**

- headers[in/out]: packet headers struct

- dscp_value[in]: DSCP value to set

# nv_set_ip_ecn

Extern function that sets the ECN value in the IP header. Applies to both IPv4 and IPv6.

**Signature:**

```
extern void nv_set_ip_ecn<HEADERS>(inout HEADERS headers, in bit<2> ecn_value);
```

**Paramaters:**

- headers[in/out]: packet headers struct

- ecn_value[in]: ECN value to set

# nv_set_ip_ttl

Extern function that sets the TTL value in the IP header. Applies to both IPv4 TTL and IPv6 hop limit.

**Signature:**

```
extern void nv_set_ip_ttl<HEADERS>(inout HEADERS headers, in bit<8>
ttl_value);
```

**Paramaters:**

- headers[in/out]: packet headers struct

- ttl_value[in]: TTL/Hop limit value to set

# nv_set_l4_src_port

Extern function that sets the L4 source port value in the TCP/UDP header.

**Signature:**

```
extern void nv_set_l4_src_port<HEADERS>(inout HEADERS headers, in
bit<16> src_port);
```

**Paramaters:**

- headers[in/out]: packet headers struct

- src_port[in]: L4 port value to set

# nv_set_l4_dst_port

Extern function that sets the L4 destination port value the TCP/UDP header.

**Signature:**

```
extern void nv_set_l4_dst_port<HEADERS>(inout HEADERS headers, in
bit<16> dst_port);
```

**Paramaters:**

- headers[in/out]: packet headers struct

- dst_port[in]: L4 port value to set

# nv_l2_decap

Extern function that performs Layer 2 decapsulation on the packet headers i.e. removing ethernet/vlan headers.

Signature: `void nv_l2_decap<HEADERS>(inout HEADERS headers)`

**Parameters:**

- headers[in/out]: packet headers struct that will be decapsulated

# nv_l3_decap

Extern function that performs Layer 3 decapsulation on the packet headers i.e. removing ethernet, vlan and IP headers, and appends new L2 headers with specified.

```
void nv_l3_decap<HEADERS>(inout HEADERS headers, bool has_vlan,
nv_mac_addr_t dst_mac, nv_mac_addr_t src_mac, bit<16> l3_ether_type,
nv_vlan_id_t vid)
```

**Parameters:**

- headers [inout]: The packet headers that will be decapsulated

- has_vlan [in]: Bool flag indicating whether the packet includes a VLAN header.

- dst_mac [in]: The destination MAC address in the Ethernet frame.

- src_mac [in]: The source MAC address in the Ethernet frame.

- l3_ether_type [in]: The EtherType value in the Ethernet frame

- vid [in]: The VLAN ID, only valid if has_vlan is true.

## nv_push_vlan

Extern function that inserts a VLAN header immediately after the L2 header.

```
void nv_push_vlan<HEADERS>(inout HEADERS headers, in NvVlanTagId
tpid, in bit<3> pcp, in bit dei, in nv_vlan_id_t vid);
```

**Parameters:**

- headers [inout]: The packet headers that will be decapsulated.

- tpid [in]: Tag Protocol Identifier.

- pcp [in]: Priority Code Point.

- dei [in]: Drop Eligible Indicator (formerly CFI).

- vid [in]: VLAN Identifier.

## nv_pop_vlan

Extern function that removes the outermost VLAN header, immediately after the L2 header.

```
void nv_pop_vlan<HEADERS>(inout HEADERS headers);
```

**Parameters:**

- headers [inout]: The packet headers that will be decapsulated.

## nv_set_vxlan_v4_underlay

**Description:**

Extern function that encapsulates the packet with an ethernet frame (optionally VLAN tagged), an ipv4 header and a VXLAN header.

**Signature:**

```
void nv_set_vxlan_v4_underlay<HEADERS>(inout HEADERS headers, in
bool has_vlan, in nv_mac_addr_t dst_mac, in nv_mac_addr_t src_mac,
in nv_vlan_id_t vid, in nv_ipv4_addr_t sip, in nv_ipv4_addr_t dip,
in nv_vxlan_id_t vni)
```

**Parameters:**

- headers [in/out]: The packet headers that are to be encapsulated with a VXLAN underlay.

- has_vlan [in]: Specifies whether a VLAN tag is present.

- dst_mac [in]: Destination MAC address.

- src_mac [in]: Source MAC address.

- vid [in]: VLAN ID (only valid if has_vlan is set, otherwise ignored)

- sip [in]: Source IPv4 address.

- dip [in]: Destination IPv4 address.

- vni [in]: VXLAN Network Identifier.

# nv_set_vxlan_v6_underlay

**Description:**

Extern function that encapsulates the packet with an ethernet frame (optionally VLAN tagged), an IPv6 header, and a VXLAN header.

**Signature:**

```
void nv_set_vxlan_v6_underlay<HEADERS>(inout HEADERS headers, in
bool has_vlan, in nv_mac_addr_t dst_mac, in nv_mac_addr_t src_mac,
in nv_vlan_id_t vid, in nv_ipv6_addr_t sip, in nv_ipv6_addr_t dip,
in nv_vxlan_id_t vni)
```

**Parameters:**

- `headers` [in/out]: The packet headers that are to be encapsulated with a VXLAN underlay.

- `has_vlan` [in]: Specifies whether a VLAN tag is present.

- `dst_mac` [in]: Destination MAC address.

- `src_mac` [in]: Source MAC address.

- `vid` [in]: VLAN ID (only valid if has_vlan is set, otherwise ignored).

- `sip` [in]: Source IPv6 address.

- `dip` [in]: Destination IPv6 address.

- `vni` [in]: VXLAN Network Identifier.

# nv_set_gre_v4_underlay

**Description:**

Extern function that configures GRE IPV4 underlay encapsulation, with an optional VLAN tag and optional GRE key.

**Signature:**

```
void nv_set_gre_v4_underlay<HEADERS>(inout HEADERS headers, in bool
has_vlan, in bool has_key, in nv_mac_addr_t dst_mac, in
nv_mac_addr_t src_mac, in nv_vlan_id_t vid, in nv_ipv4_addr_t sip,
in nv_ipv4_addr_t dip, in NvInnerProtocolType proto_type, in bit<32>
key)
```

**Parameters:**

- `headers` [in/out]: The packet headers that are to be encapsulated with a GRE underlay.

- `has_vlan` [in]: Specifies whether a VLAN tag is present.

- `has_key` [in]: Specifies whether the GRE key is present.

- `dst_mac` [in]: Destination MAC address.

- `src_mac` [in]: Source MAC address.

- `vid` [in]: VLAN ID (only valid if has_vlan is set, otherwise ignored).

- `sip` [in]: Source IPv4 address.

- `dip` [in]: Destination IPv4 address.

- `proto_type` [in]: Protocol type for the inner payload.

- `key` [in]: GRE key (only valid if has_key is set, otherwise ignored).

# nv_set_gre_v6_underlay

**Description:**

Extern function that configures GRE IPV6 underlay encapsulation, with an optional VLAN tag and optional GRE key.

**Signature:**

```
void nv_set_gre_v6_underlay<HEADERS>(inout HEADERS headers, in bool
has_vlan, in bool has_key, in nv_mac_addr_t dst_mac, in
nv_mac_addr_t src_mac, in nv_vlan_id_t vid, in nv_ipv6_addr_t sip,
in nv_ipv6_addr_t dip, in NvInnerProtocolType proto_type, in bit<32>
key)
```

**Parameters:**

- `headers` [in/out]: The packet headers that are to be encapsulated with a GRE underlay.

- `has_vlan` [in]: Specifies whether a VLAN tag is present.

- `has_key` [in]: Specifies whether the GRE key is present.

- `dst_mac` [in]: Destination MAC address.

- `src_mac` [in]: Source MAC address.

- `vid` [in]: VLAN ID (only valid if has_vlan is set, otherwise ignored).

- `sip` [in]: Source IPv6 address.

- `dip` [in]: Destination IPv6 address.

- `proto_type` [in]: Protocol type for the inner payload.

- `key` [in]: GRE key (only valid if has_key is set, otherwise ignored).

# nv_set_geneve_v4_underlay

**Description:**

Extern function that configures GENEVE IPV4 underlay encapsulation with optional VLAN tagging and an optional GENEVE option with 32 bits of data.

**Signature:**

```
void nv_set_geneve_v4_underlay<HEADERS>(inout HEADERS headers, in
bool has_vlan, in bool has_option, in nv_mac_addr_t dst_mac, in
nv_mac_addr_t src_mac, in nv_vlan_id_t vid, in nv_ipv4_addr_t
src_ip, in nv_ipv4_addr_t dst_ip, in bit<6> opt_fields_len, in
bit<1> oam, in bit<1> critical, in NvInnerProtocolType proto_type,
in bit<24> vni, in bit<16> opt_class, in bit<8> opt_type, in bit<5>
opt_len, in bit<32> opt_data)
```

**Parameters:**

- `headers` [in/out]: The packet headers that are to be encapsulated with a GENEVE underlay.

- `has_vlan` [in]: Specifies whether a VLAN tag is present.

- `has_option` [in]: Specifies whether a GENEVE option is present.

- `dst_mac` [in]: Destination MAC address.

- `src_mac` [in]: Source MAC address.

- `vid` [in]: VLAN ID (only valid if has_vlan is set, otherwise ignored).

- `src_ip` [in]: Source IPv4 address.

- `dst_ip` [in]: Destination IPv4 address.

- `opt_fields_len` [in]: Length of the options field in 4-byte units (must be set to 0 if has_option is false)

- `oam` [in]: OAM flag.

- `critical` [in]: Critical options flag.

- `proto_type` [in]: Protocol type for the inner payload.

- `vni` [in]: Virtual Network Identifier.

- `opt_class` [in]: Option class (ignored if has_option is false)

- `opt_type` [in]: Option type. (ignored if has_option is false)

- `opt_len` [in]: Option length in 4-byte units. (ignored if has_option is false, otherwise must be 1)

- `opt_data` [in]: Option data. (ignored if has_option is false)

# nv_set_geneve_v6_underlay

### Description:

Extern function that configures GENEVE IPV6 underlay encapsulation with optional VLAN tagging and an optional GENEVE option with 32 bits of data.

**Signature:**

```
void nv_set_geneve_v6_underlay<HEADERS>(inout HEADERS headers, in
bool has_vlan, in bool has_option, in nv_mac_addr_t dst_mac, in
nv_mac_addr_t src_mac, in nv_vlan_id_t vid, in nv_ipv6_addr_t
src_ip, in nv_ipv6_addr_t dst_ip, in bit<6> opt_fields_len, in
bit<1> oam, in bit<1> critical, in NvInnerProtocolType proto_type,
in bit<24> vni, in bit<16> opt_class, in bit<8> opt_type, in bit<5>
opt_len, in bit<32> opt_data)
```

**Parameters:**

- `headers` [in/out]: The packet headers that are to be encapsulated with a GENEVE underlay.

- `has_vlan` [in]: Specifies whether a VLAN tag is present.

- `has_option` [in]: Specifies whether a GENEVE option is present.

- `dst_mac` [in]: Destination MAC address.

- `src_mac` [in]: Source MAC address.

- `vid` [in]: VLAN ID (only valid if has_vlan is set, otherwise ignored).

- `src_ip` [in]: Source IPv6 address.

- `dst_ip` [in]: Destination IPv6 address.

- `opt_fields_len` [in]: Length of the options field in 4-byte units (must be set to 0 if has_option is false, otherwise must be set to 2)

- `oam` [in]: OAM flag.

- `critical` [in]: Critical options flag.

- `proto_type` [in]: Protocol type for the inner payload.

- `vni` [in]: Virtual Network Identifier.

- `opt_class` [in]: Option class (ignored if has_option is false)

- `opt_type` [in]: Option type. (ignored if has_option is false)

- `opt_len` [in]: Option length in 4-byte units. (ignored if has_option is false, otherwise must be 1)

- `opt_data` [in]: Option data. (ignored if has_option is false)

# nv_set_l2tunnel_underlay

**Description:**

Extern function that configures custom underlay followed by an L2 encapsulation of the original packet. It is optional, but recommended, that the new tunnel encapsulation be parsable by the DPL parser. For more details see the section on NvTunnelTemplate.

**Signature:**

```
void nv_set_l2tunnel_underlay<HEADERS, NV_TUNNEL_TEMPLATE, VALUES>(
inout HEADERS headers, NV_TUNNEL_TEMPLATE tunnel, in VALUES values)
```

**Parameters:**

- `headers` [in/out]: The packet headers that are to be encapsulated.

- `tunnel` [in]: The NvTunnelTemplate object that specifies the underlay headers and the header values.

- `values` [in]: A list expression whose length matches the number of header fields marked "variable" in the NvTunnelTemplate object's annotation. The order of the header fields determines which value a field corresponds to, i.e. 3rd header field marked "variable" will be set to the 3rd value in the list. Each value is required to be runtime constant, meaning it may either be an integer value or an action parameter value.

# nv_set_l3tunnel_underlay

**Description:**

Extern function that configures custom underlay followed by an L3 encapsulation of the original packet. The L3 layer must be IP. It is optional, but recommended, that the new tunnel encapsulation be parsable by the DPL parser. For more details see the section on NvTunnelTemplate.

**Signature:**

```
void nv_set_l3tunnel_underlay<HEADERS, NV_TUNNEL_TEMPLATE, VALUES>(
inout HEADERS headers, NV_TUNNEL_TEMPLATE tunnel, in VALUES values)
```

**Parameters:**

- `headers` [in/out]: The packet headers that are to be encapsulated

- `tunnel` [in]: The NvTunnelTemplate object that specifies the underlay headers and the header values.

- `values` [in]: A list expression whose length matches the number of header fields marked "variable" in the NvTunnelTemplate object's annotation. The order of the header fields determines which value a field corresponds to, i.e. 3rd header field marked "variable" will be set to the 3rd value in the list. Each value is required to be runtime constant, meaning it may either be an integer value or an action parameter value.

# nv_mirror

**Description:**

Extern function that duplicates the packet, sending each to a different port. Hence this extern is a terminal action.

**Signature:**

```
void nv_mirror(in nv_logical_port_t vport, in nv_logical_port_t
mirror_port)
```

**Parameters:**

- `vport` [in]: Destination for the first copy of the packet

- `mirror_port` [in]: Destination for the second copy of the packet

# nv_mirror_vxlan_v4_to_remote

### Description:

Extern function that duplicates the packet, sending each to a different port, with the copy being sent to the mirror port encapsulated with a VXLAN IPV4 underlay

### Signature:

```
void nv_mirror_vxlan_v4_to_remote(in nv_logical_port_t vport, in
nv_logical_port_t mirror_port, in bool has_vlan, in nv_mac_addr_t
dst_mac, in nv_mac_addr_t src_mac, in nv_vlan_id_t vid, in
nv_ipv4_addr_t sip, in nv_ipv4_addr_t dip, in nv_vxlan_id_t vni)
```

### Parameters:

- `vport` [in]: Destination for the unmodified copy of the packet

- `mirror_port` [in]: The destination for the encapsulated copy of the packet.

- `has_vlan` [in]: Specifies whether a VLAN tag is present.

- `dst_mac` [in]: Destination MAC address.

- `src_mac` [in]: Source MAC address.

- `vid` [in]: VLAN ID (only valid if has_vlan is set).

- `sip` [in]: Source IPv4 address.

- `dip` [in]: Destination IPv4 address.

- `vni` [in]: VXLAN Network Identifier.

# nv_mirror_vxlan_v6_to_remote

**Description:**

Extern function that duplicates the packet, sending each to a different port, with the copy being sent to the mirror port encapsulated with a VXLAN IPv6 underlay.

**Signature:**

```
void nv_mirror_vxlan_v6_to_remote(in nv_logical_port_t vport, in
nv_logical_port_t mirror_port, in bool has_vlan, in nv_mac_addr_t
dst_mac, in nv_mac_addr_t src_mac, in nv_vlan_id_t vid, in
nv_ipv6_addr_t sip, in nv_ipv6_addr_t dip, in nv_vxlan_id_t vni)
```

**Parameters:**

- `vport` [in]: Destination for the unmodified copy of the packet.

- `mirror_port` [in]: Destination for the encapsulated copy of the packet.

- `has_vlan` [in]: Specifies whether a VLAN tag is present.

- `dst_mac` [in]: Destination MAC address.

- `src_mac` [in]: Source MAC address.

- `vid` [in]: VLAN ID (only valid if has_vlan is set).

- `sip` [in]: Source IPv6 address.

- `dip` [in]: Destination IPv6 address.

- `vni` [in]: VXLAN Network Identifier.

# nv_mirror_gre_v4_to_remote

**Description:**

Extern function that duplicates the packet, sending each to a different port, with the copy being sent to the mirror port encapsulated with a GRE IPv4 underlay, including optional VLAN tagging and GRE key.

**Signature:**

```
void nv_mirror_gre_v4_to_remote(in nv_logical_port_t vport, in
nv_logical_port_t mirror_port, in bool has_vlan, in bool has_key, in
nv_mac_addr_t src_mac, in nv_mac_addr_t dst_mac, in nv_vlan_id_t
vid, in nv_ipv4_addr_t src_ip, in nv_ipv4_addr_t dst_ip, in
NvInnerProtocolType proto_type, in bit<32> key)
```

**Parameters:**

- `vport` [in]: Destination for the unmodified copy of the packet.

- `mirror_port` [in]: Destination for the encapsulated copy of the packet.

- `has_vlan` [in]: Specifies if a VLAN tag is present.

- `has_key` [in]: Specifies whether the GRE key is present.

- `src_mac` [in]: Source MAC address.

- `dst_mac` [in]: Destination MAC address.

- `vid` [in]: VLAN ID (only valid if has_vlan is set).

- `src_ip` [in]: Source IPv4 address.

- `dst_ip` [in]: Destination IPv4 address.

- `proto_type` [in]: Protocol type for the inner payload.

- `key` [in]: GRE key (only valid if has_key is set).


# nv_mirror_gre_v6_to_remote

**Description:**

Extern function that duplicates the packet, sending each to a different port, with the copy being sent to the mirror port encapsulated with a GRE IPv6 underlay, including optional VLAN tagging and GRE key.

**Signature:**

```
void nv_mirror_gre_v6_to_remote(in nv_logical_port_t vport, in
nv_logical_port_t mirror_port, in bool has_vlan, in bool has_key, in
nv_mac_addr_t src_mac, in nv_mac_addr_t dst_mac, in nv_vlan_id_t
vid, in nv_ipv6_addr_t sip, in nv_ipv6_addr_t dip, in
NvInnerProtocolType proto_type, in bit<32> key)
```

**Parameters:**

- `vport` [in]: Destination for the unmodified copy of the packet.

- `mirror_port` [in]: Destination for the encapsulated copy of the packet.

- `has_vlan` [in]: Indicates if a VLAN tag is present.

- `has_key` [in]: Specifies whether the GRE key is utilized.

- `src_mac` [in]: Source MAC address.

- `dst_mac` [in]: Destination MAC address.

- `vid` [in]: VLAN ID (only valid if has_vlan is set).

- `sip` [in]: Source IPv6 address.

- `dip` [in]: Destination IPv6 address.

- `proto_type` [in]: Protocol type for the inner payload.

- `key` [in]: GRE key (only valid if has_key is set).

# nv_mirror_geneve_v4_to_remote

**Description:**

Extern function that duplicates the packet, sending each to a different port, with the copy being sent to the mirror port encapsulated with a Geneve IPv4 underlay, including optional VLAN tagging and Geneve options.

**Signature:**

```
void nv_mirror_geneve_v4_to_remote(in nv_logical_port_t vport, in
nv_logical_port_t mirror_port, in bool has_vlan, in bool has_option,
in nv_mac_addr_t dst_mac, in nv_mac_addr_t src_mac, in nv_vlan_id_t
vid, in nv_ipv4_addr_t src_ip, in nv_ipv4_addr_t dst_ip, in bit<6>
opt_fields_len, in bit<1> oam, in bit<1> critical, in
NvInnerProtocolType proto_type, in bit<24> vni, in bit<16>
opt_class, in bit<8> opt_type, in bit<5> opt_len, in bit<32>
opt_data)
```

**Parameters:**

- `vport` [in]: Destination for the unmodified copy of the packet.

- `mirror_port` [in]: Destination for the encapsulated copy of the packet.

- `has_vlan` [in]: Indicates if a VLAN tag is present.

- `has_option` [in]: Specifies whether Geneve options are utilized.

- `dst_mac` [in]: Destination MAC address.

- `src_mac` [in]: Source MAC address.

- `vid` [in]: VLAN ID (only valid if has_vlan is set).

- `src_ip` [in]: Source IPv4 address.

- `dst_ip` [in]: Destination IPv4 address.

- `opt_fields_len` [in]: Length of the options field in 4-byte units (must be set to 0 if has_option is false, otherwise must be set to 2)

- `oam` [in]: OAM flag.

- `critical` [in]: Critical options flag.

- `proto_type` [in]: Protocol type for the inner payload.

- `vni` [in]: Virtual Network Identifier.

- `opt_class` [in]: Option class (ignored if has_option is false)

- `opt_type` [in]: Option type. (ignored if has_option is false)

- `opt_len` [in]: Option length in 4-byte units. (ignored if has_option is false, otherwise must be 1)

- `opt_data` [in]: Option data. (ignored if has_option is false)

# nv_mirror_geneve_v6_to_remote

### Description:

Extern function that duplicates the packet, sending each to a different port, with the copy being sent to the mirror port encapsulated with a Geneve IPv6 underlay, including optional VLAN tagging and Geneve options.

### Signature:

```
void nv_mirror_geneve_v6_to_remote(in nv_logical_port_t vport, in
nv_logical_port_t mirror_port, in bool has_vlan, in bool has_option,
in nv_mac_addr_t dst_mac, in nv_mac_addr_t src_mac, in nv_vlan_id_t
vid, in nv_ipv6_addr_t src_ip, in nv_ipv6_addr_t dst_ip, in bit<6>
opt_fields_len, in bit<1> oam, in bit<1> critical, in
NvInnerProtocolType proto_type, in bit<24> vni, in bit<16>
opt_class, in bit<8> opt_type, in bit<5> opt_len, in bit<32>
opt_data)
```

### Parameters:

- `vport` [in]: Destination for the unmodified copy of the packet.

- `mirror_port` [in]: Destination for the encapsulated copy of the packet.

- `has_vlan` [in]: Indicates if a VLAN tag is present.

- `has_option` [in]: Specifies whether Geneve options are utilized.

- `dst_mac` [in]: Destination MAC address.

- `src_mac` [in]: Source MAC address.

- `vid` [in]: VLAN ID (only valid if has_vlan is set).

- `src_ip` [in]: Source IPv6 address.

- `dst_ip` [in]: Destination IPv6 address.

- `opt_fields_len` [in]: Length of the options field in 4-byte units (must be set to 0 if has_option is false, otherwise must be set to 2)

- `oam` [in]: OAM flag.

- `critical` [in]: Critical options flag.

- `proto_type` [in]: Protocol type for the inner payload.

- `vni` [in]: Virtual Network Identifier.

- `opt_class` [in]: Option class (ignored if has_option is false)

- `opt_type` [in]: Option type. (ignored if has_option is false)

- `opt_len` [in]: Option length in 4-byte units. (ignored if has_option is false, otherwise must be 1)

- `opt_data` [in]: Option data. (ignored if has_option is false)

# nv_send_debug_pkt

**Description:**

Extern function that duplicates the original packet, adds pipeline metadata and packet state, then sends it to the DPL Debugger. The original packet continues on the pipeline.

**Signature:**

```
void nv_send_debug_pkt(in nv_debug_cookie_t cookie = 8w0x0)
```

**Parameters:**

- `cookie` [in]: An optional cookie value can be provided by the user, that will show up in the DPL Debugger with the debug packet

> (i) **Note**
>
> You must enable debug mode by compiling your DPL program with the `-g` flag in addition calling `nv_send_debug_pkt` . Debug packets can only be processed when the packet direction is from UPLINK towards VF (Rx direction) and only from the primary wire port P0. Placing this extern call in a Tx packet path will result in no debug packet. Debugging packets from the second wire port P1 is currently not supported.
>
> See DOCA Pipeline Language Developer Tool for more details.

# Tables

## Match Kinds

The DPL compiler supports following match types with the restrictions below:

- Exact match

  - Support for at least 9 keys of DWORD width and 8 keys of byte width. Note that the actual limit is dependent on the HW and may fail only at load time.

  - See Exact tables in the PSA spec for general guidance and usage from a programmer perspective.

- LPM match

  - Not supported for bool-type keys.

  - Not supported for standard metadata fields.

- See <u>LPM tables in the PSA spec</u> for general guidance and usage from a controller perspective.

- Ternary match

  - Not supported for bool-type keys.

  - Not supported for standard metadata fields.

  - See <u>Ternary tables in the PSA spec</u> for general guidance and usage from a programmer perspective.

- Range match

  - Support up to a maximum of 4 range match keys per P4 table .

  - Support for slices of header fields and std_meta fields as keys.

  - Not supported for slices of user-declared variables and user metadata fields as keys.

  - Not supported for keys larger than 32 bits (unless sliced down to 32 bits or less, with some key-specific slice alignment restrictions).

  - Range match keys in the same P4 Table with Ternary match keys or LPM keys are currently not supported.

  - When using multiple range keys in a single P4 table, some combinations of keys may not be supported. Note that this may fail only at load time.

  - See <u>Range tables in the PSA spec</u> for general guidance and usage from a programmer perspective.

## DPL Key Support

IsValid method call, local variables excluding packet-in struct instance, fixed or flex header fields, and standard metadata can be used as a table key.

However, there are following restrictions:

- A key cannot be used multiple times within one P4 table; this will actively fail during compilation. When IsValid method call is used as a table key, the compiler allocates a

register for the key. Thus, using multiple isValid method calls as keys within a table causes the undefined behavior.

- Complex expressions must use name annotation.

The following table lists the match key support for fixed header fields.

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `headers.ethernet.dst_addr` | 48 | ✔ | ✔ | ✔ | ✔ [1] | |
| `headers.ethernet.src_addr` | 48 | ✔ | ✔ | ✔ | ✔ [1] | |
| `headers.ethernet.ether_type` | 16 | ▢ | ▢ | ▢ | ▢ | Last extracted l2 etherType can be matched through std_meta.last_l2_ether_type |
| `headers.vlan.vlan_pcp` | 3 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vlan.vlan_dei` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vlan.vlan_id` | 12 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vlan.vlan_ether_type` | 16 | ▢ | ▢ | ▢ | ▢ | Last extracted l2 etherType can be matched through std_meta.last_l2_ether_type |
| `headers.inner_ethernet.dst_addr` | 48 | ✔ | ✔ | ✔ | ✔ [1] | |
| `headers.inner_ethernet.src_addr` | 48 | ✔ | ✔ | ✔ | ✔ [1] | |

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `headers.inner_ethernet.ether_type` | 16 | ☐ | ☐ | ☐ | ☐ | Last extracted inner l2 etherType can be matched through std_meta.inner_last_l2_ether_type |
| `headers.inner_vlan.vlan_pcp` | 3 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_vlan.vlan_dei` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_vlan.vlan_id` | 12 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_vlan.vlan_ether_type` | 16 | ☐ | ☐ | ☐ | ☐ | Last extracted inner l2 etherType can be matched through std_meta.inner_last_l2_ether_type |
| `headers.ipv4.version` Alias with `headers.ipv6.version` | 4 | ☐ | ☐ | ☐ | ☐ | |
| `headers.ipv4.ihl` | 4 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv4.diffserv` Alias with `headers.ipv6.diffserv` | 6 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv4.ecn` Alias with `headers.ipv6.ecn` | 2 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv4.total_len` | 16 | ✔ | ✔ | ✔ | ✔ | |

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `headers.ipv4.identification` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv4.flags` | 3 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv4.frag_offset` | 13 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv4.ttl` Alias with `headers.ipv6.hop_limit` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv4.protocol` Alias with `headers.ipv6.next_header` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv4.hdr_checksum` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv4.src_addr` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv4.dst_addr` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_ipv4.version` Alias with `headers.inner_ipv6.version` | 4 | ▯ | ▯ | ▯ | ▯ | |
| `headers.inner_ipv4.ihl` | 4 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_ipv4.diffserv` | 6 | ✔ | ✔ | ✔ | ✔ | |

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| Alias with `headers.inner_ipv6.diffserv` | | | | | | |
| `headers.inner_ipv4.ecn` Alias with `headers.inner_ipv6.ecn` | 2 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_ipv4.total_len` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_ipv4.identification` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_ipv4.flags` | 3 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_ipv4.frag_offset` | 13 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_ipv4.ttl` Alias with `headers.inner_ipv6.hop_limit` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_ipv4.protocol` Alias with `headers.inner_ipv6.protocol` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_ipv4.hdr_checksum` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_ipv4.src_addr` | 32 | ✔ | ✔ | ✔ | ✔ | |

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `headers.inner_ipv4.dst_addr` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv6.flow_label` | 20 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv6.payload_length` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.ipv6.src_addr` | 128 | ✔ | ✔ | ✔ | ✔ [2] | |
| `headers.ipv6.dst_addr` | 128 | ✔ | ✔ | ✔ | ✔ [2] | |
| `headers.inner_ipv6.flow_label` | 20 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_ipv6.payload_length` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_ipv6.src_addr` | 128 | ✔ | ✔ | ✔ | ✔ [2] | |
| `headers.inner_ipv6.dst_addr` | 128 | ✔ | ✔ | ✔ | ✔ [2] | |
| `headers.mpls.label` | 20 | ✔ | ✔ | ✔ | ✔ | |
| `headers.mpls.tc` | 3 | ✔ | ✔ | ✔ | ✔ | |
| `headers.mpls.bos` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.mpls.ttl` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_mpls.label` | 20 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_mpls.tc` | 3 | ✔ | ✔ | ✔ | ✔ | |

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `headers.inner_mpls.bos` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_mpls.ttl` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.icmp.type` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.icmp.code` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.icmp.checksum` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.icmp.identifier` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.icmp.sequence_number` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_icmp.type` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_icmp.code` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_icmp.checksum` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_icmp.identifier` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_icmp.sequence_number` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.icmpv6.type` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.icmpv6.code` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.icmpv6.checksum` | 16 | ✔ | ✔ | ✔ | ✔ | |

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `headers.icmpv6.payload_1` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.icmpv6.payload_2` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_icmpv6.type` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_icmpv6.code` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_icmpv6.checksum` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_icmpv6.payload_1` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_icmpv6.payload_2` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.tcp.src_port` Alias with `headers.udp.src_port` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.tcp.dst_port` Alias with `headers.udp.dst_port` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.tcp.seq_no` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.tcp.ack_no` | 32 | ✔ | ✔ | ✔ | ✔ | |

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `headers.tcp.data_offset` | 4 | ✔ | ✔ | ✔ | ✔ | |
| `headers.tcp.res` | 3 | ▯ | ▯ | ▯ | ▯ | |
| `headers.tcp.nonce_sum` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.tcp.ecn` | 2 | ✔ | ✔ | ✔ | ✔ | |
| `headers.tcp.flags` | 6 | ✔ | ✔ | ✔ | ✔ | |
| `headers.tcp.window` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.tcp.checksum` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.tcp.urgent_ptr` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_tcp.src_port` Alias with `headers.inner_udp.src_port` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_tcp.dst_port` Alias with `headers.inner_udp.dst_port` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_tcp.seq_no` | 32 | ▯ | ▯ | ▯ | ▯ | |
| `headers.inner_tcp.ack_no` | 32 | ▯ | ▯ | ▯ | ▯ | |
| `headers.inner_tcp.data_offset` | 4 | ✔ | ✔ | ✔ | ✔ | |

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `headers.inner_tcp.res` | 3 | ▢ | ▢ | ▢ | ▢ | |
| `headers.inner_tcp.nonce_sum` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_tcp.ecn` | 2 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_tcp.flags` | 6 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_tcp.window` | 16 | ▢ | ▢ | ▢ | ▢ | |
| `headers.inner_tcp.checksum` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_tcp.urgent_ptr` | 16 | ▢ | ▢ | ▢ | ▢ | |
| `headers.udp.length` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.udp.checksum` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_udp.length` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.inner_udp.checksum` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.gre.checksum_present` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.gre.reserved1` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.gre.key_present` | 1 | ✔ | ✔ | ✔ | ✔ | |

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `headers.gre.sequence_present` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.gre.reserved2` | 4 | ✔ | ✔ | ✔ | ✔ | |
| `headers.gre.reserved3` | 5 | ✔ | ✔ | ✔ | ✔ | |
| `headers.gre.version` | 3 | ✔ | ✔ | ✔ | ✔ | |
| `headers.gre.protocol` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.nvgre_vsid.vsid` | 24 | ✔ | ✔ | ✔ | ✔ | |
| `headers.nvgre_vsid.flow_id` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.esp.security_parameters.index` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.esp.sequence_number` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.esp.next_header` | 8 | 🗆 | 🗆 | 🗆 | 🗆 | |
| `headers.psp.next_header` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.psp.hdr_ext_len` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.psp.crypt_offset` | 8 | ✔ | ✔ | ✔ | ✔ | |

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `headers.psp.needs_sampling` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.psp.drop` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.psp.version` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.psp.has_virtualization_key` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.psp.one_1` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.psp.security_parameters_index` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.psp.initialization_vector` | 64 | ✔ | ✔ | ✔ | ✔ | |
| `headers.psp.virtualization_key_high` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.psp.virtualization_key_lower` | 32 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vxlan.reserved1` | 4 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vxlan.vni_valid` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vxlan.reserved2` | 3 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vxlan.reserved3` | 24 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vxlan.vni` | 24 | ✔ | ✔ | ✔ | ✔ | |

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `headers.vxlan.reserved4` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vxlan_gpe.reserved1` | 4 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vxlan_gpe.vni_valid` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vxlan_gpe.reserved2` | 3 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vxlan_gpe.reserved3` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vxlan_gpe.next_proto` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vxlan_gpe.vni` | 24 | ✔ | ✔ | ✔ | ✔ | |
| `headers.vxlan_gpe.reserved4` | 8 | ✔ | ✔ | ✔ | ✔ | |
| `headers.geneve.ver` | 2 | ✔ | ✔ | ✔ | ✔ | |
| `headers.geneve.opt_len` | 6 | ✔ | ✔ | ✔ | ✔ | |
| `headers.geneve.o` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.geneve.c` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `headers.geneve.reserved1` | 6 | ✔ | ✔ | ✔ | ✔ | |
| `headers.geneve.protocol_type` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `headers.geneve.vni` | 24 | ✔ | ✔ | ✔ | ✔ | |

| Fixed Header Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `headers.geneve.reserved2` | 8 | ✔ | ✔ | ✔ | ✔ | |

1. Must be a slice of upper 16 bits or lower 32 bits __  __  __  __

2. Must be a slice of one of 4 dwords __  __  __  __

The following table lists the support for "isValid()" for fixed header.

| Header IsValid | Notes |
|---|---|
| `ethernet` | |
| `inner_ethernet` | |
| `vlan` | VLAN tag is CVLAN |
| `inner_vlan` | Inner VLAN tag is CVLAN |
| `svlan` | VLAN tag is SVLAN |
| `inner_svlan` | Inner VLAN tag is SVLAN |
| `ipv4` | L3 header protocol is IPv4 |
| `inner_ipv4` | Inner l3 header protocol is IPv4 |
| `ipv6` | L3 header protocol is IPv6 |
| `inner_ipv6` | Inner l3 header protocol is IPv6 |
| `mpls` | MPLS layer 0 is valid after passing all HW checks |
| `inner_mpls` | Inner MPLS layer 0 is valid after passing all HW checks |
| `mpls1` | MPLS layer 1 is valid after passing all HW checks |
| `inner_mpls1` | Inner MPLS layer 1 is valid after passing all HW checks |
| `mpls2` | MPLS layer 2 is valid after passing all HW checks |
| `inner_mpls2` | Inner MPLS layer 2 is valid after passing all HW checks |

| Header IsValid | Notes |
|---|---|
| `mpl3` | MPLS layer 3 is valid after passing all HW checks |
| `inner_mpls3` | Inner MPLS layer 3 is valid after passing all HW checks |
| `mpls_4` | MPLS layer 4 is valid after passing all HW checks |
| `inner_mpls4` | Inner MPLS layer 4 is valid after passing all HW checks |
| `tcp` | L4 type is TCP |
| `inner_tcp` | Inner l4 type is TCP |
| `udp` | L4 type is UDP |
| `inner_udp` | Inner l4 type is UDP |
| `gre` | <ul><li>L3 layer is valid after passing all HW checks</li><li>IPv4 protocol field value is 47</li></ul> |
| `nvgre` | <ul><li>L3 is OK</li><li>IPv4 protocol is 47</li><li>GRE key is present</li><li>GRE protocol type is 25944</li></ul> |
| `esp` | L4 type is IPSEC |
| `icmp` | L4 type is ICMP |
| `inner_icmp` | Inner l4 type is ICMP |
| `icmpv6` | L4 type is ICMP |
| `inner_icmpv6` | Inner l4 type is ICMP |
| `vxlan` | <ul><li>L4 type is UDP</li><li>headers.udp.dst_port is 4789</li></ul> |
| `vxlan_gpe` | <ul><li>L4 type is UDP</li><li>headers.udp.dst_port is 4790</li></ul> |
| `geneve` | <ul><li>L4 type is UDP</li><li>headers.udp.dst_port is 6081</li></ul> |

The following table lists the match key support for BlueField standard metadata fields.

| Standard Metadata Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `ingress_port` | 32 | ✔ | ☐ | ☐ | ☐ | The P4 port ID that the packet ingressed the pipeline |
| `eth_to_fcs_packet_len` | 16 | ✔ | ☐ | ☐ | ✔ | Length of the packet from L2 start to FCS, in bytes |
| `is_l2_ok` | 1 | ✔ | ☐ | ☐ | ✔ | L2 layer is valid after passing all HW checks |
| `l2_type` | 2 | ✔ | ☐ | ☐ | ✔ | <ul><li>0: L2_TYPE_UNICAST</li><li>1: L2_TYPE_MULTICAST</li><li>2: L2_TYPE_BROADCAST</li></ul> |
| `last_l2_ether_type` | 16 | ✔ | ✔ | ✔ | ✔ | Last extracted value of etherType within ethernet header or VLAN tags |
| `vlan_type` | 2 | ✔ | ☐ | ☐ | ✔ | <ul><li>0: VLAN_TYPE_NONE</li><li>1: VLAN_TYPE_SVLAN</li><li>2: VLAN_TYPE_CVLAN</li></ul> |
| `is_l3_ok` | 1 | ✔ | ☐ | ☐ | ✔ | L3 layer is valid after passing all hardware checks |
| `l3_type` | 2 | ✔ | ☐ | ☐ | ✔ | <ul><li>0: L3_TYPE_NONE</li><li>1: L3_TYPE_IPV4</li><li>2: L3_TYPE_IPv6</li></ul> |
| `is_ip_fragmented` | 1 | ✔ | ☐ | ☐ | ✔ | |
| `is_ipv4_checksum_ok` | 1 | ✔ | ☐ | ☐ | ✔ | IPv4 layer checksum is valid |
| `is_l4_ok` | 1 | ✔ | ☐ | ☐ | ✔ | L4 layer (TCP/UDP) is valid after passing all hardware checks |
| `l4_type` | 2 | ✔ | ☐ | ☐ | ✔ | <ul><li>0: L4_TYPE_NONE</li><li>1: L4_TYPE_TCP</li><li>2: L4_TYPE_UDP</li></ul> |

| Standard Metadata Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| | | | | | | • 3: L4_TYPE_IPSEC |
| `l4_type_ext` | 4 | ✔ | ☐ | ☐ | ✔ | • 0: L4_TYPE_EXT_NONE<br>• 1: L4_TYPE_EXT_TCP<br>• 2: L4_TYPE_EXT_UDP<br>• 3: L4_TYPE_EXT_IPSEC |
| `is_l4_checksum_ok` | 1 | ✔ | ☐ | ☐ | ✔ | L4 layer (TCP/UDP) checksum is valid |
| `l4_src_port` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `l4_dst_port` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `encap_type` | 2 | ✔ | ☐ | ☐ | ✔ | • 0: ENCAP_TYPE_NONE<br>• 1: ENCAP_TYPE_L2_TUNNEL<br>• 2: ENCAP_TYPE_L3_TUNNEL<br>• 3: ENCAP_TYPE_ROCE |
| `ipsec_layer` | 2 | ✔ | ☐ | ☐ | ✔ | • 0: IPSEC_TYPE_NONE<br>• 1: IPSEC_TYPE_OVER_IP<br>• 2: IPSEC_TYPE_OVER_UDP |
| `ipsec_syndrome` | 8 | ✔ | ☐ | ☐ | ✔ | 0: CRYPTO_OK |
| `psp_syndrome` | 8 | ✔ | ☐ | ☐ | ✔ | 0: CRYPTO_OK |
| `is_inner_l2_ok` | 1 | ✔ | ☐ | ☐ | ✔ | Inner L2 layer is valid after passing all HW checks |
| `inner_l2_type` | 2 | ✔ | ☐ | ☐ | ✔ | • 0: L2_TYPE_UNICAST<br>• 1: L2_TYPE_MULTICAST<br>• 2: L2_TYPE_BROADCAST |
| `inner_last_l2_ether_type` | 16 | ✔ | ✔ | ✔ | ✔ | Last extracted value of etherType within inner ethernet header and VLAN tags |

| Standard Metadata Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
| `inner_vlan_type` | 2 | ✔ | ✔ | ✔ | ✔ | • 0: VLAN_TYPE_NONE<br>• 1: VLAN_TYPE_SVLAN<br>• 2: VLAN_TYPE_CVLAN |
| `is_inner_l3_ok` | 1 | ✔ | ☐ | ☐ | ✔ | Inner l3 layer (IPv4/IPv6) is valid after passing all HW checks |
| `inner_l3_type` | 2 | ✔ | ☐ | ☐ | ✔ | • 0: L3_TYPE_NONE<br>• 1: L3_TYPE_IPV4<br>• 2: L3_TYPE_IPv6 |
| `is_inner_ipv4_checksum_ok` | 1 | ✔ | ✔ | ✔ | ✔ | |
| `is_inner_l4_ok` | 1 | ✔ | ☐ | ☐ | ✔ | Inner L4 layer (TCP/UDP) is valid after passing all HW checks |
| `inner_l4_type` | 2 | ✔ | ☐ | ☐ | ✔ | • 0: L4_TYPE_NONE<br>• 1: L4_TYPE_TCP<br>• 2: L4_TYPE_UDP<br>• 3: L4_TYPE_IPSEC |
| `inner_l4_type_ext` | 4 | ✔ | ☐ | ☐ | ✔ | • 0: L4_TYPE_EXT_NONE<br>• 1: L4_TYPE_EXT_TCP<br>• 2: L4_TYPE_EXT_UDP<br>• 3: L4_TYPE_EXT_IPSEC |
| `is_inner_l4_checksum_ok` | 1 | ✔ | ☐ | ☐ | ✔ | |
| `inner_l4_src_port` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `inner_l4_dst_port` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `random_value` | 16 | ✔ | ✔ | ✔ | ✔ | |
| `ut_clock` | 64 | ✔ | ✔ | ✔ | ✔ | UTC time stamp |

| Standard Metadata Fields | Bit Width | Exact | LPM | Ternary | Range | Notes |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | • seconds in the upper 32 bits<br>• nano-seconds in the lower 32 bits |
| `fr_clock` | 64 | ✔ | ✔ | ✔ | ✔ | Free running clock, in units of 1/device frequency |
| `source_qp` | 24 | ✔ | ☐ | ☐ | ✔ |  |

# Size

Each P4 table can specify a size attribute. In the DOCA TA, this size represents the maximum number of entries, excluding miss (default) entry. A user-provided size value must be non-zero value. If the size attribute is not present, a default size of 128 is assigned. Note that the memory model of BlueField means that the size parameter is not a guaranteed size, and runtime insertions may fail even if the entry count is below the maximum.

# Default Action

The table can contain default action. When there are no matching entries within this table, it will execute the default action. When the default action is not provided, the missing entry will execute NoAction action (continue to the next logical step in the pipeline).

```
table ipv4_fowarding_table {
      key = {
          headers.ipv4.src_addr : exact;
      }
      actions = {
          forward;
          NoAction;
      }
      default_action = forward(1);
```

```
}
```

## Const Entries

Const entries are optional field of P4 table, which can be used to insert entries when loading the blob to BlueField. For LPM or ternary matching, the unmasked bits must be zeros.

```
table ipv4_fowarding_table {
        key = {
            headers.ipv4.src_addr : lpm;
        }
        actions = {
            forward;
            NoAction;
        }
        default_action = forward(1);
        const entries = {
            (32w0x11111100 &&& 32w0xFFFFFF00)  : forward(2);
            (32w0x11111100 &&& 36w0xFFFFFF000) : forward(3);
        }
}
```

## Packet IO

Controller Packet in (pipeline to controller) and Packet out (controller to pipeline) are supported in the DOCA TA. To send a packet to the controller with metadata:

- Create a struct with the annotation `@nv_controller_metadata("packet_in")`

- The struct must be exactly 32 bits in width (user must insert padding as needed)

- Use the extern action

```
extern void nv_send_to_controller<PACKET_META>(in PACKET_META
pkt_in_meta);
```

To check if a packet that has ingressed the pipeline from the controller:

- add as a match key "`std_meta.ingress_port`" to a P4 table key set

- add an entry that specifies the key value to be the P4 Port ID defined in the DPL Port ID assignment step.

<b>Notice</b><br/><br/>This document is provided for information purposes only and shall not be regarded as a warranty of a certain functionality, condition, or quality of a product. NVIDIA Corporation ("NVIDIA") makes no representations or warranties, expressed or implied, as to the accuracy or completeness of the information contained in this document and assumes no responsibility for any errors contained herein. NVIDIA shall have no liability for the consequences or use of such information or for any infringement of patents or other rights of third parties that may result from its use. This document is not a commitment to develop, release, or deliver any Material (defined below), code, or functionality.<br/><br/>NVIDIA reserves the right to make corrections, modifications, enhancements, improvements, and any other changes to this document, at any time without notice.<br/><br/>Customer should obtain the latest relevant information before placing orders and should verify that such information is current and complete.<br/><br/><br/>NVIDIA products are sold subject to the NVIDIA standard terms and conditions of sale supplied at the time of order acknowledgement, unless otherwise agreed in an individual sales agreement signed by authorized representatives of NVIDIA and customer ("Terms of Sale"). NVIDIA hereby expressly objects to applying any customer general terms and conditions with regards to the purchase of the NVIDIA product referenced in this document. No contractual obligations are formed either directly or indirectly by this document.<br/><br/>NVIDIA products are not designed, authorized, or warranted to be suitable for use in medical, military, aircraft, space, or life support equipment, nor in applications where failure or malfunction of the NVIDIA product can reasonably be expected to result in personal injury, death, or property or environmental damage. NVIDIA accepts no liability for inclusion and/or use of NVIDIA products in such equipment or applications and therefore such inclusion and/or use is at customer's own risk.<br/><br/>NVIDIA makes no representation or warranty that products based on this document will be suitable for any specified use. Testing of all parameters of each product is not necessarily performed by NVIDIA. It is customer's sole responsibility to evaluate and determine the applicability of any information contained in this document, ensure the product is suitable and fit for the application planned by customer, and perform the necessary testing for the application in order to avoid a default of the application or the product. Weaknesses in customer's product designs may affect the quality and reliability of the NVIDIA product and may result in additional or different conditions and/or requirements beyond those contained in this document. NVIDIA accepts no liability related to any default, damage, costs, or problem which may be based on or attributable to: (i) the use of the NVIDIA product in any manner that is contrary to this document or (ii) customer product designs.<br/><br/>No license, either expressed or implied, is granted under any NVIDIA patent right, copyright, or other NVIDIA intellectual property right under this document. Information published by NVIDIA regarding third-party products or services does not constitute a license from NVIDIA to use such products or services or a warranty or endorsement thereof. Use of such information may require a license from a third party under the patents or other intellectual property rights of the third party, or a license from NVIDIA under the patents or other intellectual property rights of NVIDIA.<br/><br/><br/><br/>Reproduction of information in this document is permissible only if approved in advance by NVIDIA in writing, reproduced without alteration and in full compliance with all applicable export laws and regulations, and accompanied by all associated conditions, limitations, and notices.<br/><br/><br/><br/>THIS DOCUMENT AND ALL NVIDIA DESIGN SPECIFICATIONS, REFERENCE BOARDS, FILES, DRAWINGS, DIAGNOSTICS, LISTS, AND OTHER DOCUMENTS (TOGETHER AND SEPARATELY, "MATERIALS") ARE BEING PROVIDED "AS IS." NVIDIA MAKES NO WARRANTIES, EXPRESSED, IMPLIED, STATUTORY, OR OTHERWISE WITH RESPECT TO THE MATERIALS, AND EXPRESSLY DISCLAIMS ALL IMPLIED WARRANTIES OF NONINFRINGEMENT, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE. TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT WILL NVIDIA BE LIABLE FOR ANY DAMAGES, INCLUDING WITHOUT LIMITATION ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES, HOWEVER CAUSED AND REGARDLESS OF THE THEORY OF LIABILITY, ARISING OUT OF ANY USE OF THIS DOCUMENT, EVEN IF NVIDIA HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. Notwithstanding any damages that customer might incur for any reason whatsoever, NVIDIA's aggregate and cumulative liability towards customer for the products described herein shall be limited in accordance with the Terms of Sale for the product.<br/><br/><br/><br/><b>Trademarks</b><br/><br/><br/>NVIDIA and the NVIDIA logo are

trademarks and/or registered trademarks of NVIDIA Corporation in the U.S. and other countries. Other company and product names may be trademarks of the respective companies with which they are associated.<br/>

© Copyright 2025, NVIDIA. PDF Generated on 04/24/2025