# EXHIBIT 41

**DOCA Documentation v2.9.1 (2024 LTS U1)**

Topics

v2.9.1 (2024 LTS U1) › Hardware Archite

Data Center / Cloud

Generative AI / LLMs

Robotics

Content Creation / Rendering

Data Science

Networking

Simulation / Modeling / Design

Conversational AI

Forums

Sign In

Search DOCA Documentation v2.

**On This Page**

Arm Cores
Accelerated Programmable Pipeline
Data-Path Accelerator

# Hardware Architecture

Is this page helpful?

BlueField's main hardware entities, which are optimized for different workloads.



NVIDIA BlueField DPU

## Arm Cores

Optimized for control-path applications, general-purpose computing, and single-flow performance.

- 16 Arm Cortex-A78 cores for general-purpose processing
- Coherent Mesh architecture for efficient interconnectivity
- Last-Level Cache (LLC) for optimized memory performance
- DDR5 memory subsystem for high-speed data access
- Base OS and microservices for managing system resources

## Accelerated Programmable Pipeline

Optimized for high-performance packet processing and advanced packet handling.

- Programmable 64-128 packet processor for flexible networking
- Multi-stage, highly parallelized architecture for throughput optimization
- Flow-based classification and action engine for efficient packet processing
- Support for RDMA, cryptographic acceleration, and time-based scheduling

## Data-Path Accelerator

Designed for I/O-intensive applications, high insertion rate tasks, network flow processing, device emulation, and DMA operations.

- 16 hyper-threaded I/O and packet processing cores for handling intensive workloads
- Real-time OS for deterministic and low-latency operations

© Copyright 2025, NVIDIA. Last updated on Jul 10, 2025



DOCA Documentation v2.9.1 (2024 LTS U1)

DOCA Framework Documentation v2.9.1

DOCA SDK v2.9.1                                                                    +

Quick Start for BlueField Developers                                              +

Installation and Setup                                                            +

DOCA Programming Guide                                                            —

⌃ DOCA Programming Overview

    Hardware Architecture

    DOCA SDK Architecture

  DOCA Backward Compatibility Policy

⌄ DOCA Development Best Practices

⌄ DOCA Libraries

⌄ DOCA Utils

⌄ DOCA Drivers

DOCA Reference Applications                                                       +

DOCA Tools                                                                        +

DOCA Services                                                                     +

API References                                                                    +

Miscellaneous (Runtime)                                                           +

Archives