# EXHIBIT 42

# NVIDIA BlueField DPU BSP v3.8.0

Search NVIDIA BlueField DPU BSP v3.8.0

## Topics



BlueField SNAP on DPU

RegEx Acceleration

Compression Acceleration

Public Key Acceleration

IPsec Functionality

QoS Configuration

VirtIO-net Emulated Devices

Deep Packet Inspection

Shared RQ Mode

**Windows Support**

**Troubleshooting and How-Tos**

**Document Revision History**

NVIDIA Docs Hub Homepage › NVIDIA Networking › BlueField DPUs / SuperNICs & DOCA › NVIDIA BlueField DPU BSP v3.8.0 › Deep Packet Inspection

## Deep Packet Inspection

**Is this page helpful?**

Deep packet inspection (DPI) is a method of examining the full content of data packets as they traverse a monitored network checkpoint. DPI is part of **DOCA SDK** software solution for NVIDIA® BlueField®-2 DPU.

DPI provides a more robust mechanism for enforcing network packet filtering as it can be used to identify and block a range of complex threats hiding in network datastreams, such as:

- Malicious applications
- Malware data exfiltration attempts
- Content policy violations
- Application recognition
- Load balancing

© Copyright 2023, NVIDIA. Last updated on Sep 9, 2023.

**Corporate Info**

NVIDIA.com Home

About NVIDIA

**NVIDIA Developer**

Developer Home

Blog

**Resources**

Contact Us

Developer Program

Privacy Policy | Your Privacy Choices | Terms of Service | Accessibility | Corporate Policies | Product Security | Contact

Copyright © 2026 NVIDIA Corporation