# EXHIBIT 43



# NVIDIA BlueField-3 DPU Controller User Manual

# Table of Contents

1     Introduction.......................................................................... 8

1.1     System Requirements ....................................................................... 8

1.2     Package Contents ........................................................................... 9

1.2.1     Card Package ................................................................................9

1.2.2     Accessories Kit .............................................................................9

1.2.3     PCIe Auxiliary Card Package.............................................................9

1.3     Features and Benefits....................................................................... 9

2     BlueField-3 Administrator Quick Start Guide ...................................... 14

2.1     Prerequisites for Initial BlueField-3 Deployment ..................................... 14

2.2     First-time Installation Procedure....................................................... 14

2.3     Step 1 – DPU SoC Boots................................................................... 17

2.4     Step 2 – DHCP Discover.................................................................... 17

2.5     Step 3 – Change Default Password........................................................ 17

2.6     Step 4 – Upgrade DPU BMC Firmware ................................................... 19

2.6.1     Update BMC Firmware .................................................................. 19

2.6.2     Update eROT Firmware ................................................................. 20

2.6.3     Possible Error Codes During BMC/eROT Upgrade................................... 21

2.7     Step 5 – Upgrade DPU Firmware Components and BSP............................... 23

2.7.1     Transferring BFB Image ................................................................ 23

2.7.1.1     Redfish Interface...................................................................... 23

2.7.1.2     Direct SCP .............................................................................. 29

2.8     Step 6 – Verify Software Component Versions.......................................... 29

2.9     Step 7 – Relate DPU to DPU BMC and NIC Data Ports on Same Machine ........... 30

2.10     Step 8 – (Optional) Change Mode of Operation from DPU Mode to NIC Mode..... 31

2.11     Step 9 – (Optional) Change Mode of Operation to Zero-trust Mode................ 32

2.12     Step 10 – (Optional) Disable Secure Boot .............................................. 32

3     Supported Interfaces ................................................................. 34

3.1     FHHL DPU Controller Layout and Interface Information .............................. 34

3.2     Interfaces Detailed Description........................................................... 35

3.2.1     System-on-Chip (SoC) ................................................................... 35

3.2.1.1     Encryption ............................................................................. 35

3.2.2     Networking Interface.................................................................... 36

3.2.3     Networking Ports LEDs Interface ...................................................... 36

3.2.4     PCI Express Interface.................................................................... 37

3.2.5     DDR5 SDRAM On-Board Memory...................................................... 37

3.2.6     NC-SI Management Interface ........................................................... 37

3.2.7     UART Interface Connectivity ........................................................... 37

3.2.8     USB 4-pin RA Connector................................................................. 38

3.2.9     1GbE OOB Management Interface ..................................................... 38

3.2.9.1       1GbE OOB Management LEDs Interface......................................... 38

3.2.10    PPS IN/OUT Interface ................................................................... 39

3.2.11    External PCIe Power Supply Connector ............................................. 39

3.2.12    Cabline CA-II Plus Connectors......................................................... 40

3.2.13    Integrated BMC Interface ............................................................... 41

3.2.14    NVMe SSD Interface...................................................................... 41

3.2.15    RTC Battery ............................................................................... 41

3.2.16    eMMC Interface........................................................................... 41

4     Pinouts Description ............................................................. 42

4.1     PCI Express Interface........................................................................42

4.2     External Power Supply Connector ........................................................44

4.3     NC-SI Management Interface ...............................................................45

4.4     Cabline CA-II Plus Connectors Pinouts ..................................................47

4.4.1     Component Side.......................................................................... 47

4.4.2     Print Side ................................................................................. 49

5     Hardware Installation and PCIe Bifurcation ...................................... 52

5.1     Safety Warnings .............................................................................52

5.2     Installation Procedure Overview..........................................................53

5.3     System Requirements .......................................................................53

5.3.1     Hardware Requirements ............................................................... 53

5.3.2     Airflow Requirements .................................................................. 53

5.3.3     Software Requirements ................................................................ 54

5.4     Safety Precautions ..........................................................................54

5.5     Unpacking ....................................................................................54

5.6     Pre-Installation Checklist ..................................................................54

5.7     Installation Instructions....................................................................54

5.8     Cables and Modules.........................................................................55

5.8.1     Networking Cable Installation ........................................................ 55

| | | |
|---|---|---|
| 5.8.2 | 8-pin ATX Power Supply Cable | 55 |
| 5.8.3 | Cable Installation Instructions | 56 |
| 5.9 | DPU Controller Power-Up and Power-Down Sequences | 57 |
| 5.9.1 | Power-Up Sequence | 57 |
| 5.9.2 | Power-Down Sequence | 58 |
| 5.10 | PCIe x16 DPU Controller Installation Instructions | 59 |
| 5.10.1 | Installation Instructions | 59 |
| 5.10.2 | Uninstalling the BlueField-3 Card | 60 |
| 5.11 | [Optional] PCIe Extension Connection (2x PCIe x16) Installation Instructions | 61 |
| 5.11.1 | Installing the DPU | 62 |
| 5.11.2 | Uninstalling the Cards | 66 |
| 5.12 | PCIe Bifurcation Configuration Options | 67 |
| 5.12.1 | Bifurcated to Eight x4 PCIe | 68 |
| 5.12.2 | Bifurcated to One x16 PCIe and Eight x2 PCIe | 69 |
| **6** | **Setting High-Speed-Port Link Type** | **71** |
| 6.1 | mlxconfig | 71 |
| 6.2 | UEFI | 71 |
| **7** | **Troubleshooting** | **72** |
| 7.1 | General Troubleshooting | 72 |
| **8** | **Specifications** | **73** |
| 8.1 | 900-9D3C6-00CV-GA0 / 900-9D3C6-00CV-DA0 / 900-9D3C6-00SV-DA0 Specifications | 73 |
| 8.1.1 | DPU Controller Mechanical Drawing and Dimensions | 74 |
| 8.1.1.1 | Tall Bracket Mechanical Drawing and Dimensions | 74 |
| **9** | **Monitoring** | **75** |
| 9.1 | Thermal Sensors | 75 |
| 9.2 | Heatsink | 75 |
| **10** | **Finding the GUID/MAC and Serial Number on the Card** | **76** |
| 10.1 | DPU Controller Board Label Example | 76 |
| **11** | **PCIe Auxiliary Card Kit** | **78** |
| 11.1 | PCIe Auxiliary Card Package Contents | 78 |
| 11.2 | Channel Insertion Loss | 79 |
| 11.3 | Cabline CA-II Plus Harness Pinouts | 79 |
| 11.3.1 | Cabline CA-II Plus Harness - Component Side | 79 |

11.3.2        Cabline CA-II Plus Harness - Print Side ............................................. 86

11.4        Technical Specifications ................................................................. 95

11.4.1        PCIe Auxiliary Card Mechanical Drawings and Dimensions....................... 96

11.4.2        Bracket Mechanical Drawings and Dimensions .................................... 96

11.4.3        Cabline CA-II Plus Harnesses Mechanical Drawing ............................... 97

**12        Cables and Cabling Configurations ................................................. 98**

12.1        RJ45 Cable for the 1GbE OOB Management Interface................................ 98

12.2        USB Interface Cabling .................................................................... 98

**13        General Cooling Recommendations for Heatsink-less DPU Controllers ....... 99**

13.1        General Notes ............................................................................. 99

13.2        Components that Require Cooling.................................................... 100

13.2.1        Mechanical Interfaces ................................................................. 101

13.2.2        Encapsulation and Battery on SFG ................................................. 101

**14        Document Revision History ....................................................... 103**

About This Manual

This User Manual describes NVIDIA® BlueField®-3 BF3220SH DPU Controller cards. It provides details as to the interfaces of the board, specifications, required software and firmware for operating the card, hardware installation, driver installation and bring-up instructions.

Ordering Part Numbers

The below table provides the ordering part numbers (OPN) for the available BlueField BF3220SH DPU Controllers.

| Model | NVIDIA SKU | | Heatsink | Lifecycle |
|-------|-----------|---|----------|-----------|
| B3220SH | 900-9D3C6-00CV-GA0 | NVIDIA BlueField-3 B3220SH E-Series **No heatsink** FHHL Storage Controller, 200GbE (default mode) / NDR200 IB, Dual-port QSFP112, PCIe Gen5.0 x16 with x16 PCIe extension option, 16 Arm cores, 48GB on-board DDR, integrated BMC, Crypto Enabled, Secure Boot | No Heatsink | Mass Production |
| | 900-9D3C6-00CV-DA0 | NVIDIA BlueField-3 B3220SH E-Series FHHL Storage Controller, 200GbE (default mode) / NDR200 IB, Dual-port QSFP112, PCIe Gen5.0 x16 with x16 PCIe extension option, 16 Arm cores, 48GB on-board DDR, integrated BMC, Crypto Enabled, Secure Boot | ✔ | Mass Production |
| | 900-9D3C6-00SV-DA0 | NVIDIA BlueField-3 B3220SH E-Series FHHL Storage Controller, 200GbE (default mode) / NDR200 IB, Dual-port QSFP112, PCIe Gen5.0 x16 with x16 PCIe extension option, 16 Arm cores, 48GB on-board DDR, integrated BMC, Crypto Disabled, Tall Bracke | ✔ | Mass Production |

Intended Audience

This manual is intended for the installer and user of these cards. The manual assumes basic familiarity with InfiniBand/Ethernet network and architecture specifications.

Technical Support

Customers who purchased NVIDIA products directly from NVIDIA are invited to contact us through the following methods:

- URL: www.nvidia.com → Support
- E-mail: enterprisesupport@nvidia.com

Customers who purchased NVIDIA M-1 Global Support Services, please see your contract for details regarding Technical Support.
Customers who purchased NVIDIA products through an NVIDIA-approved reseller should first seek assistance through their reseller.

Related Documentation

Related Documentation

| InfiniBand Architecture Specification | InfiniBand Trade Association (IBTA) InfiniBand® specification Release 1.3.1, November 2, 2016 and Vol. 2, Release 1.4 , and Vol 2 - Release 1.5. |
|---|---|
| IEEE Std 802.3 Specification | IEEE Ethernet specification. |
| PCI Express Specifications | Industry Standard PCI Express Base and Card Electromechanical Specifications. |
| NVIDIA LinkX Interconnect Solutions | The NVIDIA® LinkX® product family of cables and transceivers provide the industry's broadest portfolio of QDR/FDR10 (40Gb/s), FDR (56Gb/s), EDR/HDR100 (100Gb/s), HDR (200Gb/s) and NDR (400Gb/s) cables, including Direct Attach Copper cables (DACs), copper splitter cables, Active Optical Cables (AOCs) and transceivers in a wide range of lengths from 0.5m to 10km. In addition to meeting IBTA standards, NVIDIA tests every product in an end-to-end environment ensuring a Bit Error Rate of less than 1E-15. |
| BlueField DPU Platform BSP Documentation | This guide provides product release notes as well as information on the BSP and how to develop and/or customize applications, system software, and file system images for the BlueField platform. |
| DOCA SDK Software Documentation | NVIDIA DOCA SDK software. |

Document Conventions

When discussing memory sizes, GB and GBytes are used in this document to mean size in giga Bytes. The use of Gb or Gbits (small b) indicates size in giga bits. In this document PCIe is used to mean PCI Express.

Revision History

A list of the changes made to this document are provided in Document Revision History.

# 1  Introduction

The NVIDIA® BlueField®-3 data processing unit (DPU) Controller is the 3rd-generation data center infrastructure-on-a-chip that enables organizations to build software-defined, hardware-accelerated IT infrastructures from cloud to core data center to edge. With 200Gb/s Ethernet or NDR200 200Gb/s InfiniBand network connectivity, BlueField-3 DPU Controller offloads, accelerates, and isolates software-defined networking, storage, security, and management functions in ways that profoundly improve data center performance, efficiency, and security. Providing powerful computing, and a broad range of programmable acceleration engines in the I/O path, BlueField-3 is perfectly positioned to address the infrastructure needs of the most demanding applications, while delivering full software backward compatibility through the NVIDIA DOCA™ software framework. BlueField-3 DPU Controllers are highly optimized for NVMe storage systems, Network Functions Virtualization (NFV), Cloud and Machine Learning workloads. BlueField-3 integrates all the discrete components of a storage system appliance into a single chip making it the premier solution for building Just-a-Bunch-Of-Flash (JBOF) systems, All-Flash-Array and storage appliances for NVMe over Fabrics. With an integrated NVMe-oF and NVMe/TCP offload accelerator, the BlueField-3 DPU Controller has a superior performance advantage over existing JBOF systems, significantly reducing storage transaction latency, while increasing IOPs (I/O operations per second).

## 1.1  System Requirements

| | |
|---|---|
| **Motherboard** | **In PCIe x16 Configuration**<br>PCIe Gen 5.0 (32GT/s) through x16 edge connector.<br>**In PCIe x16 Extension Option - Switch DSP (Data Stream Port)**<br>• PCIe Gen 5.0 SERDES @32GT/s through edge connector<br>• PCIe Gen 5.0 SERDES @32GT/s through PCIe Auxiliary Connection Card |
| **System Power Supply** | The maximum power consumption is up to **150W** and is split between the two power sources as follows:<br>• Up to 66W from the PCIe golden fingers (12V)<br>• The rest of the consumed power is drawn from a supplementary 8-pin ATX power supply connector<br><br>⚠ NOTE: The power cable is not included in the package. It should be part of the system wiring or ordered separately as an accessory. |
| **Operating System** | The BlueField-3 DPU Controller is shipped with Ubuntu – a Linux commercial operating system – which includes the NVIDIA OFED stack (MLNX_OFED), and is capable of running all customer-based Linux applications seamlessly. For more information, please refer to the DOCA SDK documentation or NVIDIA BlueField-3 Software User Manual. |
| **Connectivity** | • Interoperable with 1/10/25/40/50/100/200 Gb/s Ethernet switches and SDR/DDR/EDR/HDR100/HDR/NDR200 InfiniBand switches<br>• Passive copper cable with ESD protection<br>• Powered connectors for optical and active cable support |

## 1.2  Package Contents

Prior to unpacking your DPU Controller, it is important to make sure your server meets all the system requirements listed above for a smooth installation. Be sure to inspect each piece of equipment shipped in the packing box. If anything is missing or damaged, contact your reseller.

### 1.2.1  Card Package

| Cards | 1x BlueField-3 DPU Controller |
|---|---|
| Accessories | 1x tall bracket (shipped assembled on the card) |

### 1.2.2  Accessories Kit

 This is an optional accessories kit used for debugging purposes and can be ordered separately.

| Kit OPN | Contents |
|---|---|
| MBF35-DKIT | 4-pin USB to female USB Type-A cable |
| | 20-pin shrouded connector to USB Type-A cable |

### 1.2.3  PCIe Auxiliary Card Package

 This is an optional kit.

The PCIe auxiliary kit can be purchased separately to operate selected DPU Controllers in a dual-socket server. For package contents, refer to PCIe Auxiliary Card Kit.

For more detailed information, refer to Specifications.

## 1.3  Features and Benefits

This section describes hardware features and capabilities. Please refer to the relevant driver and/or firmware release notes for feature availability.

| Feature | Description |
|---|---|
| **InfiniBand Architecture Specification v1.5 compliant** | The DPU Controller delivers low latency, high bandwidth, and computing efficiency for high-performance computing (HPC), artificial intelligence (AI), and hyperscale cloud data centers applications.<br>The DPU Controller is InfiniBand Architecture Specification v1.5 compliant.<br>**InfiniBand Network Protocols and Rates:** |

| Protocol | Standard | Rate (Gb/s) | | Comments |
|---|---|---|---|---|
| | | 4x Port (4 Lanes) | 2x Ports (2 Lanes) | |
| NDR/ NDR200 | IBTA Vol2 1.5 | 425 | 212.5 | PAM4 256b/ 257b encoding and RS-FEC |
| HDR/ HDR100 | IBTA Vol2 1.4 | 212.5 | 106.25 | PAM4 256b/ 257b encoding and RS-FEC |
| EDR | IBTA Vol2 1.3.1 | 103.125 | 51.5625 | NRZ 64b/66b encoding |
| FDR | IBTA Vol2 1.2 | 56.25 | N/A | NRZ 64b/66b encoding |

10

| Feature | Description |
|---|---|
| **Up to 200 Gigabit Ethernet** | The DPU Controller complies with the following IEEE 802.3 standards:<br>200GbE / 100GbE / 50GbE / 40GbE / 25GbE / 10GbE |

| Protocol | MAC Rate |
|---|---|
| IEEE802.3ck | 200/100 Gigabit Ethernet (Include ETC enhancement) |
| IEEE802.3cd<br>IEEE802.3bs<br>IEEE802.3cm<br>IEEE802.3cn<br>IEEE802.3cu | 200/100 Gigabit Ethernet (Include ETC enhancement) |
| IEEE 802.3bj<br>IEEE 802.3bm | 100 Gigabit Ethernet |
| IEEE 802.3by<br>Ethernet Technology Consortium | 25/50 Gigabit Ethernet |
| IEEE 802.3ba | 40 Gigabit Ethernet |
| IEEE 802.3ae | 10 Gigabit Ethernet |
| IEEE 802.3cb | 2.5/5 Gigabit Ethernet (For 2.5: support only 2.5 x1000BASE-X) |
| IEEE 802.3ap | Based on auto-negotiation and KR startup |
| IEEE 802.3ad<br>IEEE 802.1AX | Link Aggregation |
| IEEE 802.1Q<br>IEEE 802.1P VLAN tags and priority | |
| IEEE 802.1Qau (QCN) Congestion Notification<br>IEEE 802.1Qaz (ETS)<br>EEE 802.1Qbb (PFC)<br>IEEE 802.1Qbg<br>IEEE 1588v2<br>IEEE 802.1AE (MACSec)<br>Jumbo frame support (9.6KB) | |

11

| Feature | Description |
|---|---|
| On-board Memory | <ul><li>Quad SPI NOR FLASH - includes 256Mbit for Firmware image.</li><li>UVPS EEPROM - includes 2Mbit.</li><li>FRU EEPROM - Stores the parameters and personality of the card. The EEPROM capacity is 128Kbit. FRU I2C address is (0x50) and is accessible through the PCIe SMBus.</li><li>DPU_BMC Flashes:<ul><li>2x 64MByte for BMC Image</li><li>512MByte for Config Data</li></ul></li><li>eMMC pSLC 40GB with 30K Write Cycles eMMC for SoC BIOS and OS.</li><li>SSD (onboard BGA) 128GByte for user SoC OS, logs and application SW.</li><li>DDR5 SDRAM - 48GB @5200MT/s dual-channel DDR5 SDRAM memory. Solder down on-board 128bit + 16bit ECC.</li></ul> |
| BlueField-3 SoC | The DPU Controller integrates x16 Armv8.2+ A78 Hercules cores (64-bit) is interconnected by a coherent mesh network, one DRAM controller, an RDMA intelligent network adapter supporting up to 400Gb/s, an embedded PCIe switch with endpoint and root complex functionality, and up to 32 lanes of PCIe Gen 5.0. |
| RDMA and RDMA over Converged InfiniBand/Ethernet (RoCE) | The DPU Controller, utilizing IBTA RDMA (Remote Data Memory Access) and RoCE (RDMA over Converged InfiniBand/Ethernet) technology, delivers low-latency and high-performance over InfiniBand/Ethernet networks. Leveraging data center bridging (DCB) capabilities as well as advanced congestion control hardware mechanisms, RoCE provides efficient low-latency RDMA services over Layer 2 and Layer 3 networks. |
| Storage Acceleration | <ul><li>A consolidated compute and storage network achieves significant cost-performance advantages over multi-fabric networks. Standard block and file access protocols can leverage RDMA for high-performance storage access: NVMe over Fabric offloads for the target machine</li><li>The DPU Controller may operate as a co-processor offloading specific storage tasks from the host, isolating part of the storage media from the host, or enabling abstraction of software-defined storage logic using the NVIDIA BlueField-3 Arm cores. On the storage initiator side, the DPU Controller can prove an efficient solution for hyper-converged systems to enable the host CPU to focus on compute while all the storage interface is handled through the Arm cores.</li></ul> |
| NVMe-oF and NVMe/TCP Accelerations | Non-volatile Memory Express (NVMe) over Fabrics or over TCP are protocols for communicating block storage IO requests over RDMA or TCP to transfer data between a host computer and a target solid-state storage device or system over a network. The DPU Controller may operate as a co-processor offloading specific storage tasks from the host using its powerful NVMe Offload accelerator. |
| SR-IOV | The DPU Controller SR-IOV technology provides dedicated adapter resources and guaranteed isolation and protection for virtual machines (VM) within the server. |

12

| Feature | Description |
|---|---|
| GPU Direct | GPUDirect RDMA is a technology that provides a direct P2P (Peer-to-Peer) data path between the GPU Memory directly to/from the NVIDIA HCA devices. This provides a significant decrease in GPU-GPU communication latency and completely offloads the CPU, removing it from all GPU-GPU communications across the network. The DPU Controller uses high-speed DMA transfers to copy data between P2P devices resulting in more efficient system applications |
| Cryptography Accelerations | From IPsec and TLS data-in-motion inline encryption to AES-XTS block-level data-at-rest encryption and public key acceleration, the DPU Controller hardware-based accelerations offload the crypto operations and free up the CPU, reducing latency and enabling scalable crypto solutions. BlueField-3 "host-unaware" solutions may transmit and receive data, while BlueField-3 acts as a bump-in-the-wire for crypto. |
| Security Accelerators | A consolidated compute and network solution based on the DPU Controller achieves significant advantages over a centralized security server solution. Standard encryption protocols and security applications can leverage NVIDIA BlueField-3 compute capabilities and network offloads for security application solutions such as Layer4 Statefull Firewall. |
| Out-of-Band Management | The DPU Controller incorporates a 1GbE RJ45 out-of-band port that allows the network operator to establish trust boundaries in accessing the management function to apply it to network resources. It can also be used to ensure management connectivity (including the ability to determine the status of any network component) independent of the status of other in-band network components. |
| BMC | The DPU Controller incorporate local NIC BMC (Baseboard Management Controller) hardware on the board. The BMC SoC (system on a chip) can utilize either shared or dedicated NICs for remote access. The BMC node enables remote power cycling, board environment monitoring, BlueField-3 chip temperature monitoring, board power and consumption monitoring, and individual interface resets. The BMC also supports the ability to push a bootstream to BlueField-3.<br>Having a trusted on-board BMC that is fully isolated for the host server ensures highest security for the DPU boards. |

# 2  BlueField-3 Administrator Quick Start Guide

This page is tailored for system administrators wishing to install BlueField and perform sample administrative actions on it. For a quick start guide aimed at software developers wishing to develop applications on the BlueField card using the DOCA framework, please refer to the *NVIDIA DOCA Developer Quick Start Guide*.

> ⓘ  Not sure which guide to follow? For more details on the different BlueField user types, please refer to the NVIDIA BlueField and DOCA User Types document.

## 2.1  Prerequisites for Initial BlueField-3 Deployment

- DPU BMC 1GbE interface connected to the management network via ToR
- Remote Management Controller (RMC) connected to DPU BMC 1GbE via ToR

> ⓘ  RMC is the platform for data center infrastructure managers to manage DPUs.

- DHCP server existing in the management network
- An NVQual certified server



## 2.2  First-time Installation Procedure

Content:

- 2.3   Step 1 – DPU SoC Boots
- 2.4   Step 2 – DHCP Discover
- 2.5   Step 3 – Change Default Password
- 2.6   Step 4 – Upgrade DPU BMC Firmware
  - 2.6.1   Update BMC Firmware
  - 2.6.2   Update eROT Firmware
  - 2.6.3   Possible Error Codes During BMC/eROT Upgrade
- 2.7   Step 5 – Upgrade DPU Firmware Components and BSP
  - 2.7.1   Transferring BFB Image
    - 2.7.1.1   Redfish Interface

- 2.7.1.2  Direct SCP
- 2.8  Step 6 – Verify Software Component Versions
- 2.9  Step 7 – Relate DPU to DPU BMC and NIC Data Ports on Same Machine
- 2.10  Step 8 – (Optional) Change Mode of Operation from DPU Mode to NIC Mode
- 2.11  Step 9 – (Optional) Change Mode of Operation to Zero-trust Mode
- 2.12  Step 10 – (Optional) Disable Secure Boot

The following illustrates the sequence of events and actions from first time power-up of the NVIDIA® BlueField® DPU in the data center environment through provisioning and maintenance.

> ⓘ  The numbers indicated in the sequence diagram map to the steps below the diagram.



At the end of this procedure, the DPU should be configured with an IP address, all required settings, has up-to-date software component versions, and is ready to use.

## 2.3  Step 1 – DPU SoC Boots

The DPU SoC boots to DPU UEFI BIOS and DHCP DISCOVER is sent

1. DPU SoC runs UEFI/PXE which sends a DHCP DISCOVER over the 1GbE OOB interface, including vendor class ( `"NVIDIA/BF/PXE"` ) for DPU SoC (to allow customer's server to differentiate between DPU SoC and DPU BMC), and MAC for identification and discovery (see Appendix A for more information).
2. A customer's DHCP server inspects the MAC address and the vendor class, allocates IP, and continues the standard DHCP.
3. DHCP server updates RMC of the new DPU discovered with detailed information (e.g., MAC, IP address, vendor class).

## 2.4  Step 2 – DHCP Discover

DPU BMC issues DHCP DISCOVER over the 1GbE OOB interface, including vendor class ( `"NVIDIA/BF/BMC"` ) for DPU-BMC, and MAC for identification and discovery. Example of DPU BMC DHCP DISCOVER packet structure (note `"NVIDIA/BF/BMC"` in line 13):

```
root@dpu-bmc:~# 18:18:10.563269 IP (tos 0xc0, ttl 64, id 0, offset 0, flags [none], proto UDP (17), length 320)
0.0.0.0.bootpc > 255.255.255.255.bootps: [udp sum ok] BOOTP/DHCP, Request from b8:3f:d2:ca:4b:26 (oui Unknown), length 292, xid 0xfc2acdec, secs 1, Flags [none] (0x0000)
Client-Ethernet-Address b8:3f:d2:ab:cd:ef (oui Unknown)
Vendor-rfc1048 Extensions
Magic Cookie 0x63825363
DHCP-Message (53), length 1: Discover
Client-ID (61), length 7: ether b8:3f:d2:ab:cd:ef
Parameter-Request (55), length 9:
Subnet-Mask (1), Default-Gateway (3), Domain-Name-Server (6), Hostname (12)
Domain-Name (15), Static-Route (33), NTP (42), Unknown (120)
Classless-Static-Route (121)
MSZ (57), length 2: 576
Hostname (12), length 7: "dpu-bmc" Vendor-Class (60), length 13: "NVIDIA/BF/BMC" END (255), length 0
18:18:10.565261 IP (tos 0x0, ttl 63, id 0, offset 0, flags [DF], proto UDP (17), length 353)
(example) dhcp01.XX.YY > ldev-platform-13-043-bmc.bootpc: [no cksum] BOOTP/DHCP, Reply, length 325, hops 1, xid 0xfc2acdec, secs 1, Flags [none] (0x0000)
(example) Your-IP ldev-platform-13-043-bmc.XX.YY
(example) Server-IP l-pxe02.XX.YY
Gateway-IP 10.237.0.255
Client-Ethernet-Address b8:3f:d2:ab:cd:ef (oui Unknown)
file "pxelinux.0" Vendor-rfc1048 Extensions
Magic Cookie 0x63825363
DHCP-Message (53), length 1: Offer
Server-ID (54), length 4: (example) dhcp01.XX.YY
Lease-Time (51), length 4: 43200
Subnet-Mask (1), length 4: 255.255.0.0
Default-Gateway (3), length 4
(example) GW.XX.YY
Hostname (12), length 24: "ldev-platform-13-043-bmc" Domain-Name (15), length 13: "<local domain name>"
 NTP (42), length 4: (example) NTP.XX.YY
END (255), length 0
18:18:10.565261 IP (tos 0x0, ttl 62, id 0, offset 0, flags [DF], proto UDP (17), length 353)
dhcp01.XX.YY > ldev-platform-13-043-bmc.<local domain name>: [no cksum] BOOTP/DH
```

1. DHCP server inspects the MAC address and the vendor class, allocates IP and continues the standard DHCP flow.
2. DHCP server updates RMC of the new DPU BMC discovered with detailed information: MAC, IP address, vendor classes, etc.

## 2.5  Step 3 – Change Default Password

To communicate with the DPU BMC, change the default password ( `0penBmc` ) by sending the following Redfish schema to the DPU BMC:

```
curl -k -u root:0penBmc -H "Content-Type: application/json" -X PATCH https://<DPU-BMC-IP>/redfish/v1/
AccountService/Accounts/root -d '{"Password" : "<user-password>"}'
```

Where `<DPU-BMC-IP>` is the IP address for the DPU BMC (e.g., 10.10.1.2), and `<user-password>` is the chosen password to log into the DPU BMC with root privileges.

The new password must comply with the following policy parameters:
- Minimum length: 13
- Maximum length: 20
- Minimum number of upper-case characters: 1
- Minimum number of lower-case characters: 1
- Minimum number of digits: 1
- Minimum number of special characters: 1

> ⓘ List of special characters:
>    - `$` (dollar sign)
>    - `%` (percent sign)
>    - `^` (caret/circumflex)
>    - `&` (ampersand)
>    - `*` (asterisk)
>    - `-` (minus)
>    - `+` (plus)
>    - `=` (equal)
>    - `|` (pipe)
>    - `~` (tilde)
>    - `_` (underscore)
>    - `,` (comma)
>    - `.` (period/full stop)
>    - `;` (semicolon)
>    - `:` (colon)
>    - `"` (quotation mark)
>    - `'` (apostrophe)
>    - `/` (forward slash)
>    - `\` (backslash)

- Maximum number of consecutive character pairs: 4

> ⓘ Two characters are consecutive if `|hex(char_1)-hex(char_2)|=1`.
>
> Examples of passwords with 5 consecutive character pairs (invalid): `DcB a123456AbC d!` ; `ab1XbcYcdZdeGef!` ; `Testing_123abcgh!` .

The following is a valid example password:
- `HelloNvidia3D!`

18

 The root account locks after four consecutive failed attempts and automatically unlocks after 10 minutes.

For example:

```
[redfish_scripts] $ curl -k -u root:0penBmc -H "Content-Type: application/json" -X PATCH https://<DPU-BMC-IP>/
redfish/v1/AccountService/Accounts/root -d '{"Password" : "HelloNvidia3D!"}'
Response:
{
  "@Message.ExtendedInfo": [
    {
      "@odata.type": "#Message.v1_1_1.Message",
      "Message": "The request completed successfully.",
      "MessageArgs": [],
      "MessageId": "Base.1.15.0.Success",
      "MessageSeverity": "OK",
      "Resolution": "None"
    }
  ]
}
```

# 2.6  Step 4 – Upgrade DPU BMC Firmware

Upgrade DPU BMC firmware via the Redfish "update service schema" through the 1GbE OOB.

- If a BlueField-2 DPU is in your possession, follow the instructions in Appendix A
- If a BlueField-3 DPU is in your possession, follow the steps in the following subsections

ⓘ  Make sure to download the latest DPU BMC image available from the BlueField Runtime and Driver Downloader.

## 2.6.1  Update BMC Firmware

1. Run the following Redfish command over the 1GbE out-of-band interface on the DPU BMC to trigger a secure DPU BMC firmware update:

```
curl -k -u root:'<password>' -H "Content-Type: application/octet-stream" -X POST -T <package_path> https://
<DPU-BMC-IP>/redfish/v1/UpdateService/update
```

Where:

- `<password>` – DPU BMC password
- `<package_path>` – BMC firmware update package path pointing to BMC `*.fwpkg` binary (e.g., `bf3-bmc-23.09-6_opn.fwpkg` )
- `<DPU-BMC-IP>` – BMC IP address

  After pushing the image to the DPU BMC, a new task is created. Example:

```
{
  "@odata.id": "/redfish/v1/TaskService/Tasks/0",
  "@odata.type": "#Task.v1_4_3.Task",
  "Id": "0",
  "TaskState": "Running"
}
```

ⓘ  BMC firmware update takes ~12 minutes.

2. To track the progress of the update, use the task `Id` received in the response above (i.e., 0) in your query and monitor the value of the task's `PercentComplete` field:

```
curl -k -u root:'<password>' -X GET https://<DPU-BMC-IP>/redfish/v1/TaskService/Tasks/ | jq -r
' .PercentComplete'
```

Where:

- `<password>` – DPU BMC password
- `<DPU-BMC-IP>` – BMC IP address
- `` – task ID of the update process as received in the response under the `Id` v alue
  Example output:

```
  % Total     % Received % Xferd  Average Speed   Time    Time     Time  Current Dload  Upload
Total    Spent    Left  Speed
100  2123  100  2123    0     0  38600      0 --:--:-- --:--:-- --:--:-- 37910
20
```

See `PercentComplete` is at 20 percent.

3. Proceed to the next step when the process reaches 100%.

## 2.6.2  Update eROT Firmware

1. Trigger a secure firmware update:

```
curl -k -u root:'<password>' -H "Content-Type: application/octet-stream" -X POST -T <package_path> https://
<DPU-BMC-IP>/redfish/v1/UpdateService/update
```

Where:

- `<password>` – DPU BMC password
- `<package_path>` – eROT firmware update package path pointing to eROT `*.fwpkg`
  binary (e.g. `cec1736-ecfw-00.02.0127.0000-n02-rel-prod.fwpkg` )
- `<DPU-BMC-IP>` – BMC IP address
  After initiating the eROT secure update, a new task is created. Example:

```
{
  "@odata.id": "/redfish/v1/TaskService/Tasks/0",
  "@odata.type": "#Task.v1_4_3.Task",
  "Id": "0",
  "TaskState": "Running"
}
```

> ⓘ  eROT firmware update takes ~20 seconds.

2. To track the progress of the update, use the task `Id` received in the response above (i.e., 0) in your query and monitor the value of the task's `PercentComplete` field:

```
curl -k -u root:'<password>' -X GET https://<DPU-BMC-IP>/redfish/v1/TaskService/Tasks/ | jq -r
' .PercentComplete'
```

20

> ⚠ Run this command several times until `PercentComplete` shows 100 before proceeding to other operations.

Where:

- `<password>` – DPU BMC password
- `<DPU-BMC-IP>` – BMC IP address
- `` – task ID of the update process as received in the response under the `Id` value

> ⚠ For the firmware of the BMC and CEC to apply and to allow new Redfish APIs which are required for the following steps, a power cycle of the DPU is required. The BlueField-3 DPU is installed in the host's PCIe slot. To initiate the power cycle sequence for the DPU, the entire server on which it is installed must be power cycled.

## 2.6.3  Possible Error Codes During BMC/eROT Upgrade

| Fault | Diagnosis and Possible Solution |
|---|---|
| Connection to BMC breaks during firmware package transfer | • Redfish task URI is not returned by the Redfish server<br>• The Redfish server (if operational) is in idle state<br>• After a reboot of BMC, or restart/recovery of the Redfish server, the Redfish server is in idle state<br>A new firmware update can be attempted by the Redfish client. |
| Connection to BMC breaks during firmware update | • Redfish task URI previously returned by the Redfish server is no longer accessible<br>• The Redfish server (if operational) is in one of the following states:<br>  • In idle state, if the firmware update has completed<br>  • In update state, if the firmware update is still ongoing<br>• After a BMC reboot, or the restart/recovery of the Redfish server, the Redfish server is in idle state<br>A new firmware update can be attempted by the Redfish client. |
| Two firmware update requests are initiated | The Redfish server blocks the second firmware update request and returns the following:<br>• HTTP code 400 "Bad Request"<br>• Redfish message based on standard registry entry UpdateInProgress<br>Check the status of the ongoing firmware update by looking at the TaskCollection resource. |
| Redfish task hangs | • Redfish task URI that previously returned by the Redfish server is no longer accessible<br>• PLDM-based firmware update progresses<br>• After a reboot of BMC, or restart/recovery of the Redfish server, the Redfish server us in idle state<br>A new firmware update can be attempted by the Redfish client. |

21

| Fault | Diagnosis and Possible Solution |
|---|---|
| BMC-EROT communication failure during image transfer | The Redfish task monitoring the firmware update indicates a failure:<br>• TaskState is set to Exception<br>• TaskStatus is set to Warning<br>• Messages array in the task includes an entry based on the standard registry Update.1.0.0.TransferFailed indicating the components that failed during image transfer<br>The Redfish client may retry the firmware update. |
| Firmware update fails | The Redfish task monitoring the firmware update indicates a failure:<br>• TaskState is set to Exception<br>• TaskStatus is set to Warning<br>• Messages array in the task includes an entry describing the error<br>The Redfish client may retry the firmware update. |
| ERoT failure (not responding) | The Redfish task monitoring the firmware update indicates a failure:<br>• TaskState is set to Canceled<br>• TaskStatus is set to Warning<br>• Messages array in the task includes an entry describing the error<br>• The Redfish client reports the error<br>The Redfish client may retry the firmware update. |
| Firmware image validation failure | The Redfish task monitoring the firmware update indicates a failure:<br>• TaskState is set to Exception<br>• TaskStatus is set to Warning<br>• Messages array in the task includes an entry based on the standard registry Update.1.0.0.VerificationFailed to indicate the component for which verification failed<br>• The Redfish client reports the error<br>The Redfish client might retry the firmware update. |
| Power loss before activation command is sent | • The Redfish server is in idle state<br>A new firmware update can be attempted by the Redfish client. |
| Firmware activation failure | The Redfish task monitoring the firmware update indicates a failure:<br>• TaskState is set to Exception<br>• TaskStatus is set to Warning<br>• Messages array in the task includes an entry based on the standard registry Update.1.0.ActivateFailed<br>The Redfish client may retry the firmware update. |
| Push to BMC firmware package greater than 200 MB | • No Redfish task is created<br>• Messages array in the task includes an entry based on the standard registry Base.1.8.1.ResourceExhaustion and a request to retry the operation is given |

22

## 2.7  Step 5 – Upgrade DPU Firmware Components and BSP

Upgrade the DPU firmware components (i.e., ATF, UEFI, NIC-firmware) and the BSP using the BFB image.

> ⓘ  Make sure to download the latest DOCA image (BFB file) available from the BlueField Runtime and Driver Downloader.

The BFB installation procedure consists of the following main stages:

1. Enabling RShim on the BMC. See section "Enable RShim on DPU BMC" for instructions.
2. Initiating the BFB update procedure by transferring the BFB image using one of the following options:
   - Direct SCP
     i. Running an SCP command.
   - Redfish interface
     i. Confirming the identity of the host and BMC—required only during first-time setup or after BMC factory reset.
     ii. Sending a Simple-Update request.

## 2.7.1  Transferring BFB Image

Since the BFB is too large to store on the BMC flash or tmpfs, the image must be written to the RShim device. This can be done by either running SCP directly or using the Redfish interface.

### 2.7.1.1  Redfish Interface

The following is a simple sequence diagram illustrating the flow of the BFB installation process.

23



The following are detailed instructions outlining each step in the diagram:

1.  Confirm the identity of the remote server (i.e., host holding the BFB image) and BMC.

> ⓘ  Required only during first-time setup or after BMC factory reset.

   a.  Run the following on the remote server:

```
ssh-keyscan -t <key_type> 
```

Where:

24

- `key_type` – the type of key associated with the server storing the BFB file (e.g., ed25519)
- `remote_server_ip` – the IP address of the server hosting the BFB file

b. Retrieve the public key of the host holding the BFB image from the response and provide the remote server's credentials to the DPU using the following command:

```
curl -k -u root:'<password>' -H "Content-Type: application/json" -X POST -d
'{"RemoteServerIP":"", "RemoteServerKeyString":"<remote_server_public_key>"}'
https:///redfish/v1/UpdateService/Actions/Oem/NvidiaUpdateService.PublicKeyExchange
```

Where:

- `remote_server_ip` – the IP address of the server hosting the BFB file
- `remote_server_public_key` – remote server's public key from the `ssh-keyscan` response, which contains both the type and the public key with a space between the two fields (i.e., "`<type> <public_key>`").
- `bmc_ip` – BMC IP address

c. Extract the BMC public key information (i.e., "`<type> <bmc_public_key> <username>@<hostname>`") from the `PublicKeyExchange` response and append it to the `authorized_keys` file on the host holding the BFB image. This enables passwordless key-based authentication for users.

```
{
   "@Message.ExtendedInfo": [
      {
         "@odata.type": "#Message.v1_1_1.Message",
         "Message": "Please add the following public
          key info to ~/.ssh/authorized_keys on the
          remote server",
         "MessageArgs": [
            "<type> <bmc_public_key> root@dpu-bmc"
         ]
      },
      {
         "@odata.type": "#Message.v1_1_1.Message",
         "Message": "The request completed
          successfully.",
         "MessageArgs": [],
         "MessageId": "Base.1.15.0.Success",
         "MessageSeverity": "OK",
         "Resolution": "None"
         }
      ]
   }
```

d. If the remote server public key must be revoked, use the following command before repeating the previous step:

```
curl -k -u root:'<password>' -H "Content-Type: application/json" -X POST -d
'{"RemoteServerIP":""}' https:///redfish/v1/UpdateService/Actions/Oem/
NvidiaUpdateService.RevokeAllRemoteServerPublicKeys
```

Where:

- `remote_server_ip` – remote server's IP address
- `bmc_ip` – BMC IP address

2. Start BFB image transfer using the following command on the remote server:

```
curl -k -u root:'<password>' -H "Content-Type: application/json" -X POST -d '{"TransferProtocol":"SCP",
"ImageURI":"","Targets":["redfish/v1/UpdateService/FirmwareInventory/DPU_OS"],
"Username":"<username>"}' https:///redfish/v1/UpdateService/Actions/UpdateService.SimpleUpdate
```

 After the BMC boots, it may take a few seconds (6-8 in NVIDIA® BlueField®-2, and 2 in BlueField-3) until the DPU BSP ( `DPU_OS` ) is up.

⚠ This command uses SCP for the image transfer, initiates a soft reset on the BlueField and then pushes the boot stream. For Ubuntu BFBs, the eMMC is flashed automatically once the bootstream is pushed. On success, a "running" message is received with the current task ID.

Where:

- `image_uri` – the image URI format should be `/<path_to_bfb>`

   `image_uri` path is in reference to the user. For instance, if the BFB image is in `/root/image.bfb` , the user must use `image_uri=<ip>/image.bfb` (not `image_uri=<ip>/root/image.bfb` ).

- `username` – username on the remote server
- `bmc_ip` – BMC IP address

  Examples:

  - If RShim is disabled:

```
{
  "error": {
    "@Message.ExtendedInfo": [
      {
        "@odata.type": "#Message.v1_1_1.Message",
        "Message": "The requested resource of type Target named '/dev/rshim0/boot' was not
found.",
        "MessageArgs": [
          "Target",
          "/dev/rshim0/boot"
        ],
        "MessageId": "Base.1.15.0.ResourceNotFound",
        "MessageSeverity": "Critical",
        "Resolution": "Provide a valid resource identifier and resubmit the request."
      }
    ],
    "code": "Base.1.15.0.ResourceNotFound",
    "message": "The requested resource of type Target named '/dev/rshim0/boot' was not
found."
}
```

  - If a username or any other required field is missing:

```
{
  "Username@Message.ExtendedInfo": [
    {
      "@odata.type": "#Message.v1_1_1.Message",
      "Message": "The create operation failed because the required property Username was
missing from the request.",
      "MessageArgs": [
        "Username"
      ],
      "MessageId": "Base.1.15.0.CreateFailedMissingReqProperties",
      "MessageSeverity": "Critical",
      "Resolution": "Correct the body to include the required property with a valid value
and resubmit the request if the operation failed."
    }
  ]
}
```

  - If the request is valid and a task is created:

```
{
  "@odata.id":
  "/redfish/v1/TaskService/Tasks/",
  "@odata.type": "#Task.v1_4_3.Task",
```

```
    "Id": "",
    "TaskState": "Running",
    "TaskStatus": "OK"
}
```

3. Wait 2 seconds and run the following on the host to track image transfer progress:

```
curl -k -u root:'<password>' -X GET https:///redfish/v1/TaskService/Tasks/
```

 The transfer takes ~8 minutes for BlueField-3, and ~40 minutes for BlueField-2. During the transfer, the `PercentComplete` value remains at 0. If no errors occur, the `TaskState` is set to `Running`, and a keep-alive message is generated every 5 minutes with the content "Transfer is still in progress (X minutes elapsed). Please wait". Once the transfer is completed, the `PercentComplete` is set to 100, and the `TaskState` is updated to `Completed`.

Upon failure, a message is generated with the relevant resolution.

Where:

a. `bmc_ip` – BMC IP address

b. `task_id` – task ID

   Troubleshooting:

   • If host identity is not confirmed or the provided host key is wrong:

```
{
    "@odata.type": "#MessageRegistry.v1_4_1.MessageRegistry",
    "Message": "Transfer of image '' to '/dev/rshim0/boot' failed.",
    "MessageArgs": [
      ",
      "/dev/rshim0/boot"
    ],
    "MessageId": "Update.1.0.TransferFailed",
    "Resolution": " Unknown Host: Please provide server's public key using
PublicKeyExchange ",
    "Severity": "Critical"
  }
…
"PercentComplete": 0,
  "StartTime": "<start_time>",
  "TaskMonitor": "/redfish/v1/TaskService/Tasks//Monitor",
  "TaskState": "Exception",
  "TaskStatus": "Critical"
```

   ⓘ  In this case, revoke the remote server key (step 1.d.), and repeat steps 1.a. to 1.c.

   • If the BMC identity is not confirmed:

```
{
    "@odata.type": "#MessageRegistry.v1_4_1.MessageRegistry",
    "Message": "Transfer of image '' to '/dev/rshim0/boot' failed.",
    "MessageArgs": [
      "",
      "/dev/rshim0/boot"
    ],
    "MessageId": "Update.1.0.TransferFailed",
    "Resolution": "Unauthorized Client: Please use the PublicKeyExchange action to
receive the system's public key and add it as an authorized key on the remote server",
    "Severity": "Critical"
  }
…
"PercentComplete": 0,
  "StartTime": "<start_time>",
  "TaskMonitor": "/redfish/v1/TaskService/Tasks//Monitor",
  "TaskState": "Exception",
  "TaskStatus": "Critical"
```

27

> ⓘ  In this case, verify that the BMC key has been added correctly to the `authorized_key` file on the remote server.

- If SCP fails:

```
{
        "@odata.type": "#MessageRegistry.v1_4_1.MessageRegistry",
        "Message": "Transfer of image '' to '/dev/rshim0/boot' failed.",
        "MessageArgs": [
         "",
         "/dev/rshim0/boot"
        ],
        "MessageId": "Update.1.0.TransferFailed",
        "Resolution": "Failed to launch SCP",
        "Severity": "Critical"
        }
…
"PercentComplete": 0,
  "StartTime": "<start_time>",
  "TaskMonitor": "/redfish/v1/TaskService/Tasks//Monitor",
  "TaskState": "Exception",
  "TaskStatus": "Critical"
```

- The keep-alive message:

```
{
        "@odata.type": "#MessageRegistry.v1_4_1.MessageRegistry",
        "Message": " ' is being transferred to '/dev/rshim0/boot'.",
        "MessageArgs": [
         " ",
         "/dev/rshim0/boot"
        ],
        "MessageId": "Update.1.0.TransferringToComponent",
        "Resolution": "Transfer is still in progress (5 minutes elapsed): Please wait",
        "Severity": "OK"
      }
…
"PercentComplete": 0,
  "StartTime": "<start_time>",
  "TaskMonitor": "/redfish/v1/TaskService/Tasks//Monitor",
  "TaskState": "Running",
  "TaskStatus": "OK"
```

- Upon completion of transfer of the BFB image to the DPU, the following is received:

```
{
        "@odata.type": "#MessageRegistry.v1_4_1.MessageRegistry",
        "Message": "Device 'DPU' successfully updated with image ''.",
        "MessageArgs": [
         "DPU",
         ""
        ],
        "MessageId": "Update.1.0.UpdateSuccessful",
        "Resolution": "None",
        "Severity": "OK"
      },
…
"PercentComplete": 100,
  "StartTime": "<start_time>",
  "TaskMonitor": "/redfish/v1/TaskService/Tasks//Monitor",
  "TaskState": "Completed",
  "TaskStatus": "OK"
```

4. Apply the new BFB image:
   BlueField must be restarted to apply the new firmware. To restart BlueField:
   a. Perform a graceful shutdown of the BlueField Arm OS.
   b. Power cycle the server to complete the restart.
   Alternatively, a server reboot may be done instead of power cycle by following these steps:
   a. Graceful shutdown the BlueField Arm OS.

28

> ⓘ Without graceful shutdown of BlueField Arm OS during server reboot, the BlueField Arm side does not undergo a restart process (so only NIC firmware is applied).

    b. Wait until completed.

    c. Reboot the server (ATF, UEFI, BlueField Arm OS, NIC firmware is applied).

> ⓘ Server reboot will not restart the BlueField BMC (CEC not applied).

    d. Log into BlueField BMC via Redfish and issue a restart (BlueField BMC and CEC is applied).

5. Verify that the new BFB is running by checking its version:

```
curl -k -u root:'<password>' -H "Content-Type: application/json" -X GET https:///redfish/v1/
UpdateService/FirmwareInventory/DPU_OS
```

## 2.7.1.2  Direct SCP

```
scp <path_to_bfb> root@:/dev/rshim0/boot
```

# 2.8  Step 6 – Verify Software Component Versions

Verify BlueField BSP, BlueField BMC and BlueField NIC firmware versions are up to date according to the NVIDIA BlueField BMC Software User Manual and NVIDIA BlueField DPU BSP Release Notes.

1. Use the Redfish `FirmwareInventory` schema over the 1GbE OOB interface to the DPU's BMC:

```
[redfish_scripts] $ curl -k -u root:<password> -H "Content-Type: application/octet-stream" -X GET https://
<DPU-BMC-IP>/redfish/v1/UpdateService/FirmwareInventory
{
  "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory",
  "@odata.type": "#SoftwareInventoryCollection.SoftwareInventoryCollection",
  "Members": [
    {
      "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory/9f7ec75a_BMC_Firmware"
    },
    {
      "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory/Bluefield_FW_ERoT"
    },
    {
      "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory/DPU_ATF"
    },
    {
      "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory/DPU_BOARD"
    },
    {
      "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory/DPU_BSP"
    },
    {
      "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory/DPU_NIC"
    },
    {
      "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory/DPU_NODE"
    },
    {
      "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory/DPU_OFED"
    },
    {
      "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory/DPU_OS"
    },
    {
      "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory/DPU_SYS_IMAGE"
    },
    {
      "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory/DPU_UEFI"
    }
  ],
  "Members@odata.count": 11,
```

```
    "Name": "Software Inventory Collection"
 }
```

Response example for `DPU_ATF` :

```
> curl -k -u root:<password> -H "Content-Type: application/octet-stream" -X GET https://<DPU-BMC-IP>/
redfish/v1/UpdateService/FirmwareInventory/DPU_ATF
{
  "@odata.id": "/redfish/v1/UpdateService/FirmwareInventory/DPU_ATF",
  "@odata.type": "#SoftwareInventory.v1_4_0.SoftwareInventory",
  "Description": "Host image",
  "Id": "DPU_ATF",
  "Members@odata.count": 1,
  "Name": " Software Inventory",
  "RelatedItem": [
    {
      "@odata.id": "/redfish/v1/Systems/Bluefield/Bios"
    }
  ],
  "SoftwareId": "",
  "Status": {
    "Health": "OK",
    "HealthRollup": "OK",
    "State": "OK",
  },
  "Updateable": true,
  "Version": "v2.2(release):4.0.2-33-gd9f4ad5"
```

> ⓘ This request may also be used to query some of the other previously mentioned components (e.g., `9f7ec75a_BMC_Firmware` , `Bluefield_FW_ERoT` ).

2. If the versions are not as expected, upgrade as needed:
    a. Download the latest DOCA (BFB file) versions from the downloader at the bottom of the DOCA product page.
    b. DOCA (BFB) upgrade options (upgrading UEFI, ATF, Arm OS, NIC firmware components):
        • Recommended—BFB upgrade from remote management controller using Redfish `UpdateService` schema over 1GbE to DPU BMC:

        ```
        export token=`curl -k -H "Content-Type: application/json" -X POST https:///login -d
        '{"username":"root", "password":"<password>"}' | grep token | awk '{print $2;}' | tr -d
        '"'`
        ```

        For more information on deploying BlueField software from the BMC, refer to the "Deploying BlueField Software Using BFB from BMC" page of the NVIDIA BlueField DPU BSP document.

## 2.9 Step 7 – Relate DPU to DPU BMC and NIC Data Ports on Same Machine

1. Get the DPU's BMC MAC address using the following Redfish command over the 1GbE OOB port to the DPU BMC:

```
curl -k -u root:<password> -H 'Content-Type: application/json' -X GET https://<DPU-BMC-IP>/redfish/v1/
Managers/Bluefield_BMC/EthernetInterfaces/eth0
  {
    "@odata.id": "/redfish/v1/Managers/Bluefield_BMC/EthernetInterfaces/eth0",
    "@odata.type": "#EthernetInterface.v1_6_0.EthernetInterface",
    "DHCPv4": {
      "DHCPEnabled": true,
      "UseDNSServers": true,
      "UseDomainName": true,
      "UseNTPServers": true
    },
    "DHCPv6": {
      "OperatingMode": "Stateful",
      "UseDNSServers": true,
      "UseDomainName": true,
      "UseNTPServers": true
```

30

```
      },
      "Description": "Management Network Interface",
      "FQDN": "dpu-bmc",
      "HostName": "dpu-bmc",
      "IPv4Addresses": [
        {
          "Address": "10.237.40.179",
          "AddressOrigin": "DHCP",
          "Gateway": "0.0.0.0",
          "SubnetMask": "255.255.0.0"
        }
      ],
      "IPv4StaticAddresses": [],
      "IPv6AddressPolicyTable": [],
      "IPv6Addresses": [
        {
          "Address": "fdfd:fdfd:10:237:966d:aeff:fe17:9f5f",
          "AddressOrigin": "DHCPv6",
          "AddressState": null,
          "PrefixLength": 64
        },
        {
          "Address": "fe80::966d:aeff:fe17:9f5f",
          "AddressOrigin": "LinkLocal",
          "AddressState": null,
          "PrefixLength": 64
        }
      ],
      "IPv6DefaultGateway": "fe80::445b:ed80:5f97:8900",
      "IPv6StaticAddresses": [],
      "Id": "eth0",
      "InterfaceEnabled": true,
      "LinkStatus": "LinkUp",
      "MACAddress": "94:6d:ae:17:9f:5f",
      "MTUSize": 1500,
      "Name": "Manager Ethernet Interface",
      "NameServers": [
        "fdfd:fdfd:7:77:250:56ff:fe8b:e4f9"
      ],
      "SpeedMbps": 0,
      "StaticNameServers": [],
      "Status": {
        "Health": "OK",
        "HealthRollup": "OK",
        "State": "Enabled"
      },
      "VLANs": {
        "@odata.id": "/redfish/v1/Managers/Bluefield_BMC/EthernetInterfaces/eth0/VLANs"
      }
    }
```

2. Get the DPU's high-speed port's MAC addresses using the following Redfish command over the 1GbE OOB port to the DPU BMC:

```
curl -k -u root:<password> -H "Content-Type: application/octet-stream" -X GET https:///redfish/v1/
Chassis/Card1/NetworkAdapters/NvidiaNetworkAdapter/NetworkDeviceFunctions/eth0f0
{
  "@odata.id": "/redfish/v1/Chassis/Card1/NetworkAdapters/NvidiaNetworkAdapter/NetworkDeviceFunctions/
eth0f0",
  "@odata.type": "#NetworkDeviceFunction.v1_9_0.NetworkDeviceFunction",
  "Ethernet": {
    "MACAddress": "02:b1:b6:12:39:05",
    "MTUSize": 1500
  },
  "Id": "eth0f0",
  "Links": {
    "OffloadSystem": {
      "@odata.id": "/redfish/v1/Systems/Bluefield"
    },
    "PhysicalPortAssignment": {
      "@odata.id": "/redfish/v1/Chassis/Card1/NetworkAdapters/NvidiaNetworkAdapter/Ports/eth0"
    }
  },
  "Name": "NetworkDeviceFunction",
  "NetDevFuncCapabilities": [
    "Ethernet"
  ],
  "NetDevFuncType": "Ethernet"
}
```

# 2.10  Step 8 – (Optional) Change Mode of Operation from DPU Mode to NIC Mode

To change from DPU mode to NIC mode (or vice versa):

1. To enable NIC mode:

31

```
curl -k -u root:<password> -H 'content-type: application/json' -d '{ "Attributes": { "NicMode":
"NicMode" } }' -X PATCH https://<DPU-BMC-IP>/redfish/v1/Systems/Bluefield/Bios/Settings
```

2. To disable NIC mode:

```
curl -k -u root:<password> -H 'content-type: application/json' -d '{ "Attributes": { "NicMode":
"DpuMode" } }' -X PATCH https://<DPU-BMC-IP>/redfish/v1/Systems/Bluefield/Bios/Settings
```

3. To check that the BMC recorded the change for the next UEFI reboot to apply it:

```
curl -k -u root:<password> -H 'content-type: application/json' -X GET https://<DPU-BMC-IP>/redfish/v1/
Systems/Bluefield/Bios/Settings
```

 [Reset the DPU](#) (Arm and NIC) for the mode change to take effect.

4. To verify that the NIC mode has updated accordingly:

```
curl -k -u root:<password> -H 'content-type: application/json' -X GET https://<DPU-BMC-IP>/redfish/v1/
Systems/Bluefield/Bios/
```

## 2.11 Step 9 – (Optional) Change Mode of Operation to Zero-trust Mode

1. Use Redfish BIOS settings schema over the 1GbE OOB to the DPU BMC:

```
curl -k -X PATCH -d '{"Attributes":{"Internal CPU Model": "Restricted"}}' -u root:<password> https://<DPU-
BMC-IP>/redfish/v1/Systems/<SystemID>/Bios/Settings | python3 -m json.tool
```

The available BlueField host privilege levels are `Restricted` and `Privileged` . The default is `Privileged` , where the host has access to DPU.

2. Change the privilege level to `Restricted` .

 Changing host privilege level requires [DPU reset](#) for the change to take effect.

ⓘ  For more information on BlueField Operational modes, refer to [this](#) page.

## 2.12 Step 10 – (Optional) Disable Secure Boot

As part of the default settings of the DPU, UEFI Secure Boot is enabled and requires no special configuration to use it with the bundled Ubuntu OS shipped with the BlueField DPU. Disabling UEFI Secure Boot may be necessary when running an unsigned Arm OS image, such as a customer OS. Using Redfish Secure Boot schema over 1GbE to DPU BMC, run:

```
curl -k -u root:<password> -H "Content-Type: application/octet-stream" -X GET https://<DPU-BMC-IP>/redfish/v1/
Systems/Bluefield/SecureBoot
{
  "@odata.id": "/redfish/v1/Systems/Bluefield/SecureBoot",
  "@odata.type": "#SecureBoot.v1_1_0.SecureBoot",
  "Description": "The UEFI Secure Boot associated with this system.",
  "Id": "SecureBoot",
  "Name": "UEFI Secure Boot",
  "SecureBootCurrentBoot": "Enabled",
```

```
  "SecureBootEnable": true,
  "SecureBootMode": "SetupMode"
}
curl -k -u root:<password> -X PATCH https://<DPU-BMC-IP>/redfish/v1/Systems/Bluefield/SecureBoot -H 'Content-Type:
application/json' -d '{"SecureBootCurrentBoot": "Enabled", "SecureBootEnable": true, "SecureBootMode":
"SetupMode"}'
```

For more information on user management, review this page.

```
  "SecureBootEnable": true,
  "SecureBootMode": "SetupMode"
}
curl -k -u root:<password> -X PATCH https://<DPU-BMC-IP>/redfish/v1/Systems/Bluefield/SecureBoot -H 'Content-Type:
application/json' -d '{"SecureBootCurrentBoot": "Enabled", "SecureBootEnable": true, "SecureBootMode":
"SetupMode"}'
```

# 3  Supported Interfaces

This section describes the DPU Controller supported interfaces. Each numbered interface referenced in the figures is described in the following table with a link to detailed information.

> ⚠ The below figures are for illustration purposes only and might not reflect the current revision of the DPU Controller.

## 3.1  FHHL DPU Controller Layout and Interface Information

| OPN | DPU Controller Component Side | DPU Controller Print Side |
|---|---|---|
| 900-9D3C6-00CV-GA0<br>900-9D3C6-00CV-DA0 |  | |

| Ite m | Interface | Description |
|---|---|---|
| 1 | System-on-Chip (SoC) | 16 Arm-Cores SoC |
| 2 | Networking Interface | The network traffic is transmitted through the DPU Controller QSFP112 connectors. The QSFP112 connectors allow the use of modules and optical and passive cable interconnect solutions |
| 3 | Networking Ports LEDs Interface | One bi-color I/O LEDs **per port** to indicate link and physical status |
| 4 | PCI Express Interface | PCIe Gen 5.0 through an x16 edge connector |
| 5 | DDR5 SDRAM On-Board Memory | 20 units of DDR5 SDRAM for a total of 48GB @ 5200MT/s. 128bit + 16bit ECC, solder-down memory |
| 6 | NC-SI Management Interface | NC-SI 20 pins BMC connectivity for remote management |
| 7 | USB 4-pin RA Connector | Used for OS image loading |
| 8 | 1GbE OOB Management Interface | 1GbE BASE-T OOB management interface |

34

| Ite m | Interface | Description |
|---|---|---|
| 9 | MMCX RA PPS IN/OUT | Allows PPS IN/OUT |
| 10 | External PCIe Power Supply Connector | An external 12V power connection through an 8-pin ATX connector |
| 11 | Cabline CA-II Plus Connectors | Two Cabline CA-II plus connectors are populated to allow connectivity to an additional PCIe x16 Auxiliary card |
| 12 | Integrated BMC | DPU BMC |
| 13 | SSD Interface | 128GB |
| 14 | RTC Battery | Battery holder for RTC |
| 15 | eMMC | x8 NAND flash |

# 3.2  Interfaces Detailed Description

## 3.2.1  System-on-Chip (SoC)

NVIDIA BlueField-3 DPU Controller is a family of advanced DPU Controller IC solutions that integrate a coherent mesh of 64-bit Armv8.2+ A78 Hercules cores, an NVIDIA® ConnectX®-7 network adapter front-end, and a PCI Express switch into a single chip. The powerful DPU Controller IC architecture includes an Armv multicore processor array, enabling customers to develop sophisticated applications and highly differentiated feature sets. Leverages the rich Arm software ecosystem and introduces the ability to offload the x86 software stack.

At the heart of BlueField-3, the ConnectX-7 network offload controller with RDMA and RDMA over Converged Ethernet (RoCE) technology delivers cutting-edge performance for networking and storage applications such as NVMe over Fabrics. Advanced features include an embedded virtual switch with programmable access lists (ACLs), transport offloads, and stateless encaps/decaps of NVGRE, VXLAN, and MPLS overlay protocols.

### 3.2.1.1  Encryption

DPU Controller addresses the concerns of modern data centers by combining hardware encryption accelerators with embedded software and fully integrated advanced network capabilities, making it an ideal platform for developing proprietary security applications. It enables a distributed security architecture by isolating and protecting each workload and providing flexible control and visibility at the server and workload level; controlling risk at the server access layer builds security into the DNA of the data center and enables prevention, detection, and response to potential threats in real-time. DPU Controller can deliver powerful functionality, including encryption of data-in-motion, bare-metal provisioning, stateful L4 firewall, and more.

## 3.2.2  Networking Interface

> ⚠ The DPU Controller includes special circuits to protect the card/server from ESD shocks when plugging copper cables.

The network ports are compliant with the InfiniBand Architecture Specification, Release 1.5. InfiniBand traffic is transmitted through the cards' QSFP112 connectors.

## 3.2.3  Networking Ports LEDs Interface



One bicolor (Yellow and Green) I/O LED per port indicates speed and link status.

Link Indications

| State | Bi-Color LED (Yellow/Green) | |
|---|---|---|
| Beacon command for locating the adapter card | 1Hz blinking Yellow |  |
| Error | 4Hz blinking Yellow Indicates an error with the link. The error can be one of the following: <table><tr><td>Error Type</td><td>Description</td><td>LED Behavior</td></tr><tr><td>I²C</td><td>I²C access to the networking ports fails</td><td>Blinks until error is fixed</td></tr><tr><td>Over-current</td><td>Over-current condition of the networking ports</td><td>Blinks until error is fixed</td></tr></table> | |
| Physical Activity | Blinking Green | |
| Link Up | Solid Green | |
| Physical Up (InfiniBand Mode Only) | Solid Yellow | |

## 3.2.4  PCI Express Interface

The DPU Controller supports PCI Express Gen 5.0/4.0 through x16 edge connectors. Some cards allow connectivity to an additional PCIe x16 Auxiliary card through the Cabline CA-II Plus connectors.

The following lists PCIe interface features:
- PCIe Gen 5.0, 4.0, 3.0, 2.0 and 1.1 compatible
- 2.5, 5.0, or 8.0, 16.0 or 32.0 GT/s link rate x16 lanes
- Auto-negotiates to x16, x8, x4, x2, or x1

## 3.2.5  DDR5 SDRAM On-Board Memory

The DPU Controllers incorporate 20 units of DDR5 SDRAM for a total of 48GB @ 5200MT/s single or dual channels. 64/128bit + 8bit ECC per channel, solder-down memory.

## 3.2.6  NC-SI Management Interface

The DPU Controller enables the connection of a Baseboard Management Controller (BMC) to a set of Network Interface Controller (NICs) to enable out-of-band remote manageability. The NC-SI management is supported over RMII and has a connector on the DPU Controller. Please refer to NC-SI Management Interface for pins.

The maximum trace length on the board is 5.7inch.

 The USB to UART cable is not used for NC-SI management purposes.

## 3.2.7  UART Interface Connectivity

The UART debug interface on BlueField-3 boards can be accessed through a 20-pin NC-SI connector, which is associated with the NIC BMC device. The connectivity is shown in the following table:

| NC-SI Connector Pin # | Signal on Board |
|---|---|
| 12 | GND |
| 14 | UART_TX |
| 16 | UART_RX |

 It is prohibited to connect any RS-232 cable directly! Only TTL 3.3V voltage level cables are supported.

Do not use the USB-to-UART cable for NC-SI management purposes.

## 3.2.8  USB 4-pin RA Connector

The USB 4-pin RA USB connector is used to load operating system images. Use a 4-pin male connector to a male Type-A cable to connect to the board.



 It is prohibited to connect male-to-male to host, it is only used for a disk on key.

 The male connector to the male Type-A cable is not included in the shipped DPU Controller card box and should be ordered separately as part of the accessories kit (P/N: MBF35-DKIT).

## 3.2.9  1GbE OOB Management Interface

The DPU Controller incorporates a 1GbE RJ45 out-of-band port that allows the network operator to establish trust boundaries in accessing the management function to apply it to network resources. It can also be used to ensure management connectivity (including the ability to determine the status of any network component) independent of other in-band network components' status.

 For DPU Controllers with integrated BMC: 1GbE OOB Management can be performed via the integrated BMC.

### 3.2.9.1  1GbE OOB Management LEDs Interface

Two OOB management LEDs, one Green and one Yellow, behave as described in the table below.

| Green LED | Yellow LED | Link/Activity |
|-----------|------------|---------------|
| OFF | OFF | Link off |
| ON | OFF | 1 Gb/s link / No activity |
| Blinking | OFF | 1 Gb/s link / Activity (RX,TX) |
| OFF | ON | Not supported |
| OFF | Blinking | |
| ON | ON | |
| Blinking | Blinking | |

## 3.2.10  PPS IN/OUT Interface

The DPU Controller incorporates an integrated Hardware Clock (PHC) that allows the DPU Controller to achieve sub-20u Sec accuracy and also offers many timing-related functions such as time-triggered scheduling or time-based SND accelerations (time-based ASAP$^2$). Furthermore, 5T technology enables the software application to transmit fronthaul (ORAN) at high bandwidth. The PTP part supports the subordinate clock, master clock, and boundary clock.

The DPU Controller PTP solution allows you to run any PTP stack on your host.

With respect to testing and measurements, selected NVIDIA DPU Controllers allow you to use the PPS-out signal from the onboard MMCX RA connecter. The DPU Controller also allows measuring PTP in scale with the PPS-In signal. The PTP HW clock on the Network adapter is sampled on each PPS-In signal, and the timestamp is sent to the SW.

## 3.2.11  External PCIe Power Supply Connector

 The external ATX power cable is not supplied with the DPU Controller package; however, this is a standard cable usually available in servers.

To power up the above-mentioned DPUs, it is necessary to use a supplementary 8-pin ATX power cable. Since the power provided by the PCIe golden fingers is limited to 66W, a total maximum of up to 150W is enabled through the ATX 8-pin connector and the PCIe x16 golden fingers.

The maximum power consumption which does not exceed 150W, is in accordance with the mode of operation of the DPU, and is split between the two power sources as follows:
- Up to 66W from the PCIe golden fingers (12V)
- The rest of the consumed power is drawn from the external PCIe power supply connector

Important Notes and Warnings

- The BlueField-3 DPU requires a standard PCIe ATX power connection. However, certain servers may require a custom setup to enable ATX power compatibility.
- Consult the manufacturer's manuals and specifications to ensure proper connectivity.
- Before connecting the ATX power cable, make sure you are using a PCIe-compliant 8-pin ATX cable from the server power supply kit.
- Do not link the CPU power cable to the BlueField-3 DPU PCIe ATX power connector, as their pin configurations differ. Using the CPU power cable in this manner is strictly prohibited and can potentially damage the BlueField-3 DPU. Please refer to External PCIe Power Supply Connector Pins for the external PCIe power supply pins.
- Avoid using non-standard cables that do not comply with the DPU, unnecessary adapter cables, or storing the cables near heat sources.
- It is preferable that the x16 PCIe golden fingers and the PCI ATX power supply draw from the same power source. For more information on how to power up the card, refer to Power-Up Instructions.
- The PCIe ATX 8-pin connector is not compatible with an EPS12V power cable source. Ensure that the appropriate PCIe auxiliary power source is available, not an EPS12V power source.
- If you are uncertain about your server's compatibility with the PCI ATX connection, please contact your NVIDIA representative for assistance.

Mechanical Keys of the 8-pin ATX Power Cable (PCIe CEM Specification Rev 5.0)



## 3.2.12  Cabline CA-II Plus Connectors

The Cabline CA-II connectors on the DPU Controller enable connectivity to an additional PCIe x16 bus in addition to the PCIe x16 bus available through the golden-fingers. The Cabline CA-II Plus connectors allow connectivity to flash cards and NVMe SSD drives.

Specific applications have an interest in direct connectivity to the far end of the Cabline CA-II cables, through the two 60-pin Cabline CA-II connectors, directly to the motherboard, in order to cut the insertion loss and/or the additional space associated with a PCIe x16 Flash Auxiliary Board.

The Cabline CA-II connectors mate with two 60-pin Cabline CA-II cables that can be distinguished by their black or white external insulators and connector pinouts. The black Cabline CA-II cable mates with the DPU Controller's component (top) side, whereas the white Cabline CA-II cable mates with the DPU Controller print (bottom) side. The Cabline CA-II cables are offered in three standard lengths; 150mm and 350mm. For connector pinouts, please refer to Cabline CA-II Plus Connectors Pinouts.

## 3.2.13  Integrated BMC Interface

The DPU Controller incorporates an onboard integrated NIC BMC and an Ethernet switch. The BMC becomes available once the host server powers up the card. The NIC BMC can control the DPU Controller's power and enables DPU Controller shutdown and power-up.

## 3.2.14  NVMe SSD Interface

 The Self Encrypting Disk (SED) capability is not supported.

The on-board 128GB NVMe SSD is utilized for the storage of user applications and logs. It is important to note that all SSD devices come with a limitation on the total number of write operations they can handle throughout their lifespan. This limit is influenced significantly by the software use case and specific parameters like block size and the pattern of data access (whether it is sequential or random).

It is the customer's responsibility to oversee the rate at which the SSD ages during both the validation of the code and its usage in the field, ensuring that it aligns with the intended use case.

## 3.2.15  RTC Battery

BlueField-3 incorporates a coin type Lithium battery CR621 for RTC (Real Time Clock).

## 3.2.16  eMMC Interface

The eMMC is an x8 NAND flash used for Arm boot and operating system storage. Memory size is 128GB, where it is effectively pSLC 40GB.

# 4  Pinouts Description

Unknown macro: 'easy-heading-free'

## 4.1  PCI Express Interface

The below tables lists the PCI Express pins description. For further details, please refer to PCI Express Interface.

DPU PCI Express x16 Pin Description

| Pin # | Signal Name | Description | Pin # | Signal Name | Description |
|---|---|---|---|---|---|
| A1 | PRSNT1# | Mechanical Present | B1 | 12V | |
| A2 | 12V | | B2 | 12V | |
| A3 | 12V | | B3 | 12V | |
| A4 | GND | | B4 | GND | |
| A5 | TCK | JTAG - Not Connected | B5 | SMCLK | Host SMBus |
| A6 | TDI | JTAG - Not Connected | B6 | SMDAT | Host SMBus |
| A7 | TDO | JTAG - Not Connected | B7 | GND | |
| A8 | TMS | JTAG - Not Connected | B8 | 3.3V | 3.3V - (Connected in 900-9D3B4-00CC-EA0 & 900-9D3B4-00SC-EA0 only) |
| A9 | 3.3V | 3.3V - (Connected in 900-9D3B4-00CC-EA0 & 900-9D3B4-00SC-EA0 only) | B9 | TRST# | JTAG - Not Connected |
| A10 | 3.3V | 3.3V - (Connected in 900-9D3B4-00CC-EA0 & 900-9D3B4-00SC-EA0 only) | B10 | 3.3V_AUX | |
| A11 | PERST# | PCIe Reset | B11 | WAKW#/RSVD | |
| A12 | GND | | B12 | SER_DI | |
| A13 | REFCLK+ | Host Reference Clock | B13 | GND | |
| A14 | REFCLK- | Host Reference Clock | B14 | PETP0 | |
| A15 | GND | | B15 | PETN0 | |
| A16 | PERP0 | | B16 | GND | |
| A17 | PERN0 | | B17 | RSVD | |
| A18 | GND | | B18 | GND | |
| A19 | SER_DO | | B19 | PETP1 | |
| A20 | GND | | B20 | PETN1 | |
| A21 | PERP1 | | B21 | GND | |
| A22 | PERN1 | | B22 | GND | |
| A23 | GND | | B23 | PETP2 | |
| A24 | GND | | B24 | PETN2 | |

| Pin # | Signal Name | Description | Pin # | Signal Name | Description |
|---|---|---|---|---|---|
| A25 | PERP2 | | B25 | GND | |
| A26 | PERN2 | | B26 | GND | |
| A27 | GND | | B27 | PETP3 | |
| A28 | GND | | B28 | PETN3 | |
| A29 | PERP3 | | B29 | GND | |
| A30 | PERN3 | | B30 | RSVD | |
| A31 | GND | | B31 | RSVD | |
| A32 | SER_CLK | | B32 | GND | |
| A33 | SER_CAPTURE | | B33 | PETP4 | |
| A34 | GND | | B34 | PETN4 | |
| A35 | PERP4 | | B35 | GND | |
| A36 | PERN4 | | B36 | GND | |
| A37 | GND | | B37 | PETP5 | |
| A38 | GND | | B38 | PETN5 | |
| A39 | PERP5 | | B39 | GND | |
| A40 | PERN5 | | B40 | GND | |
| A41 | GND | | B41 | PETP6 | |
| A42 | GND | | B42 | PETN6 | |
| A43 | PERP6 | | B43 | GND | |
| A44 | PERN6 | | B44 | GND | |
| A45 | GND | | B45 | PETP7 | |
| A46 | GND | | B46 | PETN7 | |
| A47 | PERP7 | | B47 | GND | |
| A48 | PERN7 | | B48 | RSVD | |
| A49 | GND | | B49 | GND | |
| A50 | RSVD | | B50 | PETP8 | |
| A51 | GND | | B51 | PETN8 | |
| A52 | PERP8 | | B52 | GND | |
| A53 | PERN8 | | B53 | GND | |
| A54 | GND | | B54 | PETP9 | |
| A55 | GND | | B55 | PETN9 | |
| A56 | PERP9 | | B56 | GND | |
| A57 | PERN9 | | B57 | GND | |
| A58 | GND | | B58 | PETP10 | |
| A59 | GND | | B59 | PETN10 | |

43

| Pin # | Signal Name | Description | Pin # | Signal Name | Description |
|---|---|---|---|---|---|
| A60 | PERP10 | | B60 | GND | |
| A61 | PERN10 | | B61 | GND | |
| A62 | GND | | B62 | PETP11 | |
| A63 | GND | | B63 | PETN11 | |
| A64 | PERP11 | | B64 | GND | |
| A65 | PERN11 | | B65 | GND | |
| A66 | GND | | B66 | PETP12 | |
| A67 | GND | | B67 | PETN12 | |
| A68 | PERP12 | | B68 | GND | |
| A69 | PERN12 | | B69 | GND | |
| A70 | GND | | B70 | PETP13 | |
| A71 | GND | | B71 | PETN13 | |
| A72 | PERP13 | | B72 | GND | |
| A73 | PERN13 | | B73 | GND | |
| A74 | GND | | B74 | PETP14 | |
| A75 | GND | | B75 | PETN14 | |
| A76 | PERP14 | | B76 | GND | |
| A77 | PERN14 | | B77 | GND | |
| A78 | GND | | B78 | PETP15 | |
| A79 | GND | | B79 | PETN15 | |
| A80 | PERP15 | | B80 | GND | |
| A81 | PERN15 | | B81 | PRSNT2# | Mechanical Present |
| A82 | GND | | B82 | GND | |

## 4.2  External Power Supply Connector

The below table provides the External Power Supply pins of the external power supply interfaces on the DPU. For further details, please refer to External PCIe Power Supply Connector.

 The mechanical pinout of the 8-pin external +12V power connector is shown below. The +12V connector is a GPU power PCIe standard connector. Care should be taken to ensure the power is applied to the correct pins as some 8-pin ATX-type connectors can have different pinouts.

| Pin Number | Description |
|---|---|
| 1 | 12V |
| 2 | 12V |

| Pin Number | Description |
|---|---|
| 3 | 12V |
| 4 | Sense1 |
| 5 | GND |
| 6 | Sense0 |
| 7 | GND |
| 8 | GND |

# 4.3  NC-SI Management Interface

The below tables list the NC-SI management interface pinout descriptions. For further details, please refer to NC-SI Management Interface.

| Pin # | Signal Name | I/O | Signal Description |
|---|---|---|---|
| 1 | GND | GND | Ground |
| 2 | PKG_ID1 | Input (to BlueField-3) | NC-SI PKG_ID<br>Should be connected to the Primary controller NC-SI PKG_ID pins to set the appropriate package ID.<br>PKG_ID0 should be connected to the endpoint device GPIO associated with Package ID[0]. PKG_ID1 should be associated with Package ID[1].<br>Baseboard should connect to GND or leave floating.<br>DPU should have a 4.7k PU. |
| 3 | RBT_RXD0 | Output (from BlueField-3) | Receive data. Data signals from the network controller to the BMC.<br>For baseboards, this pin should be connected between the baseboard NC-SI over RBT PHY and the connector. This signal requires a 100 kΩ pull down resistor to GND on the baseboard between the BMC and the RBT isolator to prevent the signal from floating when no card is installed.<br>For DPUs, this pin should be connected between the connector and the RBT PHY.  External termination determined by the DPU RBT PHY requirements. |
| 4 | RBT_REF_CLK | Input | RBT Reference clock. Synchronous clock reference for receive, transmit and control interface. The clock should have a typical frequency of 50MHz ±50 ppm.<br>For baseboards, this pin should be connected between the baseboard NC-SI over RBT PHY and the DPU  cable connector. The RBT_REF_CLK should not be driven until 3.3V AUX is present on the DPU. The RBT_REF_CLK should be continuous once it has started.<br>For DPUs, this pin should be connected between the connector and the RBT PHY.  No external termination is required. |
| 5 | RBT_RXD1 | Output | Receive data. Data signals from the network controller to the BMC.<br>For baseboards, this pin should be connected between the baseboard NC-SI over RBT PHY and the connector. This signal requires a 100 kΩ pull down resistor to GND on the baseboard between the BMC and the RBT isolator to prevent the signal from floating when no card is installed.<br>For DPUs, this pin should be connected between the connector and the RBT PHY.  External termination determined by the DPU RBT PHY requirements. |
| 6 | GND | GND | Ground |

| Pin # | Signal Name | I/O | Signal Description |
|---|---|---|---|
| 7 | RBT_CRS_DV | Output | Carrier sense/receive data valid. This signal is used to indicate to the baseboard that the carrier sense/receive data is valid.<br>For baseboards, this pin should be connected between the baseboard NC-SI over RBT PHY and the connector. This signal requires a 100 kΩ pull down resistor on the baseboard between the BMC and the RBT isolator to prevent the signal from floating when no DPU is installed.<br>For DPUs, this pin should be connected between the connector and the RBT PHY.  External termination determined by the DPU RBT PHY requirements. |
| 8 | RBT_ISOLATE_N | Output | This signal is used to indicate the DPU has powered and is ready for NC-SI physical layer connection to be present.  When low the baseboard circuitry will isolate the NC-SI connection to the DPU.  When high normal NC-SI RBT connectivity is available.<br>Baseboards should terminate this with a 47K-100K PD resistor.<br>DPUs should terminate with a 10k PU resistor. |
| 9 | GND | GND | Ground |
| 10 | PKG_ID0 | Input | NC-SI PKG_ID<br>should be connected to the Primary controller NC-SI PKG_ID pins to set the appropriate package ID.<br>PKG_ID0 should be connected to the endpoint device GPIO associated with Package ID[0]. PKG_ID1 should be associated with Package ID[1].<br>Baseboard should connect to GND or leave floating.<br>DPU should have a 4.7k PU. |
| 11 | RBT_TX_EN | Input | Transmit enable.<br>For baseboards, this pin should be connected between the baseboard NC-SI over RBT PHY and the connector. This signal requires a 100 kΩ pull down resistor to ground on the baseboard between the RBT isolator and the DPU cable connector to prevent the card-side signals from floating when the RBT signals are isolated.<br>For DPUs, this pin should be connected between the connector and the RBT PHY.  External termination determined by the DPU RBT PHY requirements. |
| 12 | GND | GND | Ground |
| 13 | RBT_TXD0 | Input | Transmit data. Data signals from the BMC to the network controller.<br>For baseboards, this pin should be connected between the baseboard NC-SI over RBT PHY and the connector. This signal requires a 100 kΩ pull down resistor to GND on the baseboard between the RBT isolator and the DPU cable connector to prevent the card-side signals from floating when the RBT signals are isolated.<br>For DPUs, this pin should be connected between the connector and the RBT PHY.  External termination determined by the DPU RBT PHY requirements. |
| 14 | UART_TX | Input | 3.3V UART TX signal from the baseboard |
| 15 | RBT_TXD1 | Input | Transmit data. Data signals from the BMC to the network controller.<br>For baseboards, this pin should be connected between the baseboard NC-SI over RBT PHY and the connector. This signal requires a 100 kΩ pull down resistor to GND on the baseboard between the RBT isolator and the DPU cable connector to prevent the card-side signals from floating when the RBT signals are isolated.<br>For DPUs, this pin should be connected between the connector and the RBT PHY.  External termination determined by the DPU RBT PHY requirements. |
| 16 | UART_RX | Output | 3.3V UART RX signal to the baseboard |

| Pin # | Signal Name | I/O | Signal Description |
|---|---|---|---|
| 17 | PRESENCE_N | | Presence of DPU. Baseboard should implement a 200 Ω series resistor and 4.7kohm pull-up resistor to 3.3V AUX.<br>DPU should tie this to GND. |
| 18 | GND | GND | Ground |
| 19 | RBT_ARB_OUT | Input | NC-SI hardware arbitration output.<br>If the baseboard supports multiple DPUs cards connected to the same RBT interface, it should implement logic that connects the RBT_ARB_OUT pin of the first populated DPU card to its RBT_ARB_IN pin if it is the only card present or to the RBT_ARB_IN pin of the next populated card and so on sequentially for all cards on the specified RBT bus to ensure the arbitration ring is complete. This logic should bypass slots that are not populated or powered off. |
| 20 | RBT_ARB_IN | Output | NC-SI hardware arbitration input.<br>If the baseboard supports multiple DPUs cards connected to the same RBT interface, it should implement logic that connects the RBT_ARB_IN pin of the first populated  DPU card to its RBT_ARB_OUT pin if it is the only card present or to the RBT_ARB_OUT pin of the next populated card and so on sequentially for all cards on the specified RBT bus to ensure the arbitration ring is complete. This logic should bypass slots that are not populated or powered off. |

## 4.4  Cabline CA-II Plus Connectors Pinouts

### 4.4.1  Component Side

| Pin# | Signal Name | Wire Type | AWG# | Pin# on other end |
|---|---|---|---|---|
| 1 | GND | GND BAR | | 1 |
| 2 | PCIE_REFCLK1_P | Micro coax | 38 | 2 |
| 3 | PCIE_REFCLK1_N | Micro coax | 38 | 3 |
| 4 | GND | GND BAR | | 4 |
| 5 | PCIE_CPU_CX_15N | Micro coax | 38 | 5 |
| 6 | PCIE_CPU_CX_15P | Micro coax | 38 | 6 |
| 7 | GND | GND BAR | | 7 |
| 8 | PCIE_CPU_CX_14N | Micro coax | 38 | 8 |
| 9 | PCIE_CPU_CX_14P | Micro coax | 38 | 9 |
| 10 | GND | GND BAR | | 10 |
| 11 | PCIE_CPU_CX_13N | Micro coax | 38 | 11 |
| 12 | PCIE_CPU_CX_13P | Micro coax | 38 | 12 |
| 13 | GND | GND BAR | | 13 |
| 14 | PCIE_CPU_CX_12N | Micro coax | 38 | 14 |

| Pin# | Signal Name | Wire Type | AWG# | Pin# on other end |
|---|---|---|---|---|
| 15 | PCIE_CPU_CX_12P | Micro coax | 38 | 15 |
| 16 | GND | GND BAR | | 16 |
| 17 | PCIE_CPU_CX_11N | Micro coax | 38 | 17 |
| 18 | PCIE_CPU_CX_11P | Micro coax | 38 | 18 |
| 19 | GND | GND BAR | | 19 |
| 20 | PCIE_CPU_CX_10N | Micro coax | 38 | 20 |
| 21 | PCIE_CPU_CX_10P | Micro coax | 38 | 21 |
| 22 | GND | GND BAR | | 22 |
| 23 | PCIE_CPU_CX_9N | Micro coax | 38 | 23 |
| 24 | PCIE_CPU_CX_9P | Micro coax | 38 | 24 |
| 25 | GND | GND BAR | | 25 |
| 26 | PCIE_CPU_CX_8N | Micro coax | 38 | 26 |
| 27 | PCIE_CPU_CX_8P | Micro coax | 38 | 27 |
| 28 | GND | GND BAR | | 28 |
| 29 | PCIE_CPU_CX_7N | Micro coax | 38 | 29 |
| 30 | PCIE_CPU_CX_7P | Micro coax | 38 | 30 |
| 31 | GND | GND BAR | | 31 |
| 32 | CIE_CPU_CX_6N | Micro coax | 38 | 32 |
| 33 | PCIE_CPU_CX_6P | Micro coax | 38 | 33 |
| 34 | GND | GND BAR | | 34 |
| 35 | PCIE_CPU_CX_5N | Micro coax | 38 | 35 |
| 36 | PCIE_CPU_CX_5P | Micro coax | 38 | 36 |
| 37 | GND | GND BAR | | 37 |
| 38 | PCIE_CPU_CX_4N | Micro coax | 38 | 38 |
| 39 | PCIE_CPU_CX_4P | Micro coax | 38 | 39 |
| 40 | GND | GND BAR | | 40 |
| 41 | PCIE_CPU_CX_3N | Micro coax | 38 | 41 |
| 42 | PCIE_CPU_CX_3P | Micro coax | 38 | 42 |
| 43 | GND | GND BAR | | 43 |
| 44 | PCIE_CPU_CX_2N | Micro coax | 38 | 44 |
| 45 | PCIE_CPU_CX_2P | Micro coax | 38 | 45 |
| 46 | GND | GND BAR | | 46 |
| 47 | PCIE_CPU_CX_1N | Micro coax | 38 | 47 |
| 48 | PCIE_CPU_CX_1P | Micro coax | 38 | 48 |
| 49 | GND | GND BAR | | 49 |
| 50 | PCIE_CPU_CX_0N | Micro coax | 38 | 50 |

| Pin# | Signal Name | Wire Type | AWG# | Pin# on other end |
|------|-------------|-----------|------|-------------------|
| 51 | PCIE_CPU_CX_0P | Micro coax | 38 | 51 |
| 52 | GND | GND BAR | | 52 |
| 53 | No wire | Micro coax | 38 | 53 |
| 54 | No wire | Micro coax | 38 | 54 |
| 55 | AUX_PGOOD | Micro coax | 38 | 55 |
| 56 | No wire | Micro coax | 38 | 56 |
| 57 | I2C_AUX_SCL | Micro coax | 38 | 57 |
| 58 | I2C_AUX_SDA | Micro coax | 38 | 58 |
| 59 | S_PRSNT1_L | Micro coax | 38 | 59 |
| 60 | No wire | | | 60 |

## 4.4.2  Print Side

| Pin# | Signal Name | Wire Type | AWG# | Pin# on other end |
|------|-------------|-----------|------|-------------------|
| 1 | No wire | Micro coax | 38 | 1 |
| 2 | No wire | Micro coax | 38 | 2 |
| 3 | No wire | Micro coax | 38 | 3 |
| 4 | No wire | Micro coax | 38 | 4 |
| 5 | No wire | Micro coax | 38 | 5 |
| 6 | Reserved_06 | Micro coax | 38 | 6 |
| 7 | Reserved_07 | Micro coax | 38 | 7 |
| 8 | Reserved_08 | Micro coax | 38 | 8 |
| 9 | GND | GND BAR | | 9 |
| 10 | PCIE_CPU_CX_0P | Micro coax | 38 | 10 |
| 11 | PCIE_CPU_CX_0N | Micro coax | 38 | 11 |
| 12 | GND | GND BAR | | 12 |
| 13 | PCIE_CPU_CX_1P | Micro coax | 38 | 13 |
| 14 | PCIE_CPU_CX_1N | Micro coax | 38 | 14 |
| 15 | GND | GND BAR | | 15 |
| 16 | PCIE_CPU_CX_2P | Micro coax | 38 | 16 |
| 17 | PCIE_CPU_CX_2N | Micro coax | 38 | 17 |
| 18 | GND | GND BAR | | 18 |
| 19 | PCIE_CPU_CX_3P | Micro coax | 38 | 19 |
| 20 | PCIE_CPU_CX_3N | Micro coax | 38 | 20 |
| 21 | GND | GND BAR | | 21 |

| Pin# | Signal Name | Wire Type | AWG# | Pin# on other end |
|---|---|---|---|---|
| 22 | PCIE_CPU_CX_4P | Micro coax | 38 | 22 |
| 23 | PCIE_CPU_CX_4N | Micro coax | 38 | 23 |
| 24 | GND | GND BAR | | 24 |
| 25 | PCIE_CPU_CX_5P | Micro coax | 38 | 25 |
| 26 | PCIE_CPU_CX_5N | Micro coax | 38 | 26 |
| 27 | GND | GND BAR | | 27 |
| 28 | PCIE_CPU_CX_6P | Micro coax | 38 | 28 |
| 29 | PCIE_CPU_CX_6N | Micro coax | 38 | 29 |
| 30 | GND | GND BAR | | 30 |
| 31 | PCIE_CPU_CX_7P | Micro coax | 38 | 31 |
| 32 | PCIE_CPU_CX_7N | Micro coax | 38 | 32 |
| 33 | GND | GND BAR | | 33 |
| 34 | PCIE_CPU_CX_8P | Micro coax | 38 | 34 |
| 35 | PCIE_CPU_CX_8N | Micro coax | 38 | 35 |
| 36 | GND | GND BAR | | 36 |
| 37 | PCIE_CPU_CX_9P | Micro coax | 38 | 37 |
| 38 | PCIE_CPU_CX_9N | Micro coax | 38 | 38 |
| 39 | GND | GND BAR | | 39 |
| 40 | PCIE_CPU_CX_10P | Micro coax | 38 | 40 |
| 41 | PCIE_CPU_CX_10N | Micro coax | 38 | 41 |
| 42 | GND | GND BAR | | 42 |
| 43 | PCIE_CPU_CX_11P | Micro coax | 38 | 43 |
| 44 | PCIE_CPU_CX_11N | Micro coax | 38 | 44 |
| 45 | GND | GND BAR | | 45 |
| 46 | PCIE_CPU_CX_12P | Micro coax | 38 | 46 |
| 47 | PCIE_CPU_CX_12N | Micro coax | 38 | 47 |
| 48 | GND | GND BAR | | 48 |
| 49 | PCIE_CPU_CX_13P | Micro coax | 38 | 49 |
| 50 | PCIE_CPU_CX_13N | Micro coax | 38 | 50 |
| 51 | GND | GND BAR | | 51 |
| 52 | PCIE_CPU_CX_14P | Micro coax | 38 | 52 |
| 53 | PCIE_CPU_CX_14N | Micro coax | 38 | 53 |
| 54 | GND | GND BAR | | 54 |
| 55 | PCIE_CPU_CX_15P | Micro coax | 38 | 55 |
| 56 | PCIE_CPU_CX_15N | Micro coax | 38 | 56 |
| 57 | GND | GND BAR | | 57 |

| Pin# | Signal Name | Wire Type | AWG# | Pin# on other end |
|---|---|---|---|---|
| 58 | S_PERST1_CONN_L | Micro coax | 38 | 58 |
| 59 | No wire | No Wire | | 59 |
| 60 | S_PRSNT2_L | Micro coax | 38 | 60 |

# 5  Hardware Installation and PCIe Bifurcation

Installation and initialization of the DPU Controller require attention to the mechanical attributes, power specification, and precautions for electronic equipment.

## 5.1  Safety Warnings

>   Safety warnings are provided here in the English language.

Please observe all safety warnings to avoid injury and prevent damage to system components. Note that not all warnings are relevant to all models.

Note that not all warnings are relevant to all models.

| | |
|---|---|
|  | **General Installation Instructions**<br>Read all installation instructions before connecting the equipment to the power source. |
|  | **Jewelry Removal Warning**<br>Before you install or remove equipment that is connected to power lines, remove jewelry such as bracelets, necklaces, rings, watches, and so on. Metal objects heat up when connected to power and ground and can meltdown, causing serious burns and/or welding the metal object to the terminals. |
|  | **Over-temperature**<br>This equipment should not be operated in an area with an ambient temperature exceeding the maximum recommended: 55°C (131°F).  An airflow of 200LFM at this maximum ambient temperature is required for HCA cards and NICs. To guarantee proper airflow, allow at least 8cm (3 inches) of clearance around the ventilation openings. |
|  | **During Lightning - Electrical Hazard**<br>During periods of lightning activity, do not work on the equipment or connect or disconnect cables. |
|  | **Copper Cable Connecting/Disconnecting**<br>Some copper cables are heavy and not flexible, as such, they should be carefully attached to or detached from the connectors. Refer to the cable manufacturer for special warnings and instructions. |
|  | **Equipment Installation**<br>This equipment should be installed, replaced, or serviced only by trained and qualified personnel. |
|  | **Equipment Disposal**<br>The disposal of this equipment should be in accordance to all national laws and regulations. |
|  | **Local and National Electrical Codes**<br>This equipment should be installed in compliance with local and national electrical codes. |
|  | **Hazardous Radiation Exposure**<br>• Caution – Use of controls or adjustment or performance of procedures other than those specified herein may result in hazardous radiation exposure.For products with optical ports.<br>• CLASS 1 LASER PRODUCT and reference to the most recent laser standards: IEC 60 825-1:1993 + A1:1997 + A2:2001 and EN 60825-1:1994+A1:1996+ A2:20 |

## 5.2  Installation Procedure Overview

The installation procedure of DPU involves the following steps:

| Step | Procedure | Direct Link |
|------|-----------|-------------|
| 1 | Check the system's requirements. | Refer to System Requirements |
| 2 | Pay attention to the airflow consideration within the host system | Refer to Airflow Requirements |
| 3 | Follow the safety precautions | Refer to Safety |
| 4 | Unpack the package | Refer to Unpacking |
| 5 | Follow the pre-installation checklist | Refer to Pre-Installation Checklist |
| 7 | Install the DPU according to the form-factor you have purchased. | Refer to DPU Installation |
| 8 | Connect cables or modules to the DPU | Refer to Cables and Modules |
| 9 | Power-up the DPU | Refer to DPU Power-Up Instructions |

## 5.3  System Requirements

### 5.3.1  Hardware Requirements

 Unless otherwise specified, products are designed to work in an environmentally controlled data center with low levels of gaseous and dust (particulate) contamination.

The operating environment should meet severity level G1 as per ISA 71.04 for gaseous contamination and ISO 14644-1 class 8 for cleanliness level.

The below table lists the motherboard and power supply requirements per DPU series.

| Power Supply Requirement |
|--------------------------|
| Require a supplementary 8-pin ATX power supply connectivity available through the external power supply connector. |

### 5.3.2  Airflow Requirements

The DPU Controller is offered with one airflow direction: from the heatsink to the network ports.

 Any use of the product in the opposite airflow direction (from network ports to heatsink) must be validated thermally to ensure proper cooling of the product.

Please refer to the Specifications section for airflow numbers per DPU model.

### 5.3.3  Software Requirements

- Refer to System Requirements section under the Introduction section.
- Software Stacks -BlueField-3 DPU Controller is shipped with Ubuntu – a Linux commercial operating system – which includes the NVIDIA OFED stack (MLNX_OFED), and is capable of running all customer-based Linux applications seamlessly. For more information, please refer to the DOCA SDK documentation or NVIDIA BlueField DPU BSP.

## 5.4  Safety Precautions

The DPU Controller is being installed in a system that operates with voltages that can be lethal. Before opening the case of the system, observe the following precautions to avoid injury and prevent damage to system components.

- Remove any metallic objects from your hands and wrists.
- Make sure to use only insulated tools.
- Verify that the system is powered off and is unplugged.
- It is strongly recommended to use an ESD strap or other antistatic devices.

## 5.5  Unpacking

Check against the package contents list that all the parts have been sent. Check the parts for visible damage that may have occurred during shipping. Please note that the DPU Controllers must be placed on an antistatic surface.

>  Please note that if the DPU is removed hastily from the antistatic bag, the plastic ziplock may harm the EMI fingers on the networking connector. Carefully remove the DPU Controller from the antistatic bag to avoid damaging the EMI fingers.

For package contents, please refer to Package Contents.

## 5.6  Pre-Installation Checklist

1. Verify that your system meets the hardware and software requirements stated above.
2. Shut down your system if active.
   Turn off the power to the system, and disconnect the power cord. Refer to the system documentation for instructions. Before you install the DPU, make sure that the system is disconnected from power.

## 5.7  Installation Instructions

This section provides detailed instructions on how to install your DPU Controller in a system. Choose the installation instructions according to the configuration you would like to use.

| Installation Instructions |
| --- |
| PCIe x16 DPU Controller Installation Instructions |

54

| Installation Instructions |
|---|
| [Optional] PCIe Extension Connection (2x PCIe x16) Installation Instructions |

# 5.8  Cables and Modules

## 5.8.1  Networking Cable Installation

1. All cables can be inserted or removed with the unit powered on.
2. To insert a cable, press the connector into the port receptacle until the connector is firmly seated.
   a. Support the weight of the cable before connecting the cable to the DPU Controller. Do this by using a cable holder or tying the cable to the rack.
   b. Determine the correct orientation of the connector to the DPU Controller before inserting the connector. Do not try and insert the connector upside down. This may damage the DPU Controller.
   c. Insert the connector into the DPU Controller . Be careful to insert the connector straight into the cage. Do not apply any torque, up or down, to the connector cage in the DPU Controller.
   d. Make sure that the connector locks in place.

>  When installing cables make sure that the latches engage.

>  Always install and remove cables by pushing or pulling the cable and connector in a straight line with the DPU.

3. After inserting a cable into a port, the Green LED indicator will light when the physical connection is established (that is, when the unit is powered on and a cable is plugged into the port with the other end of the connector plugged into a functioning port). See Networking Ports LEDs interface under the Supported Interfaces section.
4. After plugging in a cable, lock the connector using the latching mechanism particular to the cable vendor. When data is being transferred the Green LED will blink.
5. Make sure not to impede the air exhaust flow through the ventilation holes. Use cable lengths that allow for routing horizontally around to the side of the chassis before bending upward or downward in the rack.
6. To remove a cable, disengage the locks and slowly pull the connector away from the port receptacle. LED indicator will turn off when the cable is unseated.

## 5.8.2   8-pin ATX Power Supply Cable

>  The 8-pin ATX power supply cable is mandatory when powering-up the following DPUs. Without a connection to the power supply cable, the DPU will not complete the power on procedure and will not function properly.

The BlueField-3 DPU Controller includes an 8-pin PCIe ATX power connector that provides additional power supply. While the PCIe slot feeds 66W, the 8-pin PCIe ATX power supply cable provides additional power.

Important Notes and Warnings

- The BlueField-3 DPU Controller requires a standard PCIe ATX power connection. However, certain servers may require a custom setup to enable ATX power compatibility.
- Consult the manufacturer's manuals and specifications to ensure proper connectivity.
- Before connecting the ATX power cable, make sure you are using a PCIe-compliant 8-pin ATX cable from the server power supply kit.
- Do not link the CPU power cable to the BlueField-3 DPU Controller PCIe ATX power connector, as their pin configurations differ. Using the CPU power cable in this manner is strictly prohibited and can potentially damage the BlueField-3 DPU Controller. Please refer to External Power Supply Connector for the external PCIe power supply pins.
- Avoid using non-standard cables that do not comply with the DPU Controller, unnecessary adapter cables, or storing the cables near heat sources.
- It is preferable that the x16 PCIe golden fingers and the PCI ATX power supply draw from the same power source. For more information on how to power up the card, refer to DPU Controller Power-Up Instructions.
- The PCIe ATX 8-pin connector is not compatible with an EPS12V power cable source. Ensure that the appropriate PCIe auxiliary power source is available, not an EPS12V power source.
- If you are uncertain about your server's compatibility with the PCI ATX connection, please contact your NVIDIA representative for assistance.

## 5.8.3  Cable Installation Instructions

- Ensure both the system and card are completely powered off for at least 20 seconds before inserting the power connector.
- DO NOT force the connector into place; the connectors are "keyed" to fit only one way. Refer to the mechanical keys below for further information.
- Connect the power supply end of the 8-pin connector to the appropriate receptor on the power supply unit.
- Apply parallel force when plugging the cable into the power supply connector. Do not bend or twist the cables when plugging or unplugging it.
- Ensure the cable is fully and securely connected to your DPU Controller and the connector lock is secured.

Mechanical Keys of the 8-pin ATX Power Cable (PCIe CEM Specification Rev 5.0)



DETAIL B

## 5.9 DPU Controller Power-Up and Power-Down Sequences

### 5.9.1 Power-Up Sequence

1. The 12V_ATX voltage can exceed the 12V_PCIE voltage by a maximum allowable voltage difference (dV) when the 12V_ATX reaches 11V. See below graph and table describing the dV between the 12V_ATX and 12V_PCIE voltages.



| Max dV | 12V_ATX Slew_Rate Value |
|--------|--------------------------|
| 1V | 12V_ATX Slew_Rate ≥ 20ms |
| 0.5V | 20ms > 12V_ATX Slew_Rate ≥ 5ms |
| 0.1V | 5ms > 12V_ATX Slew_Rate |

57

2. The 12V_ATX can be powered up after the 12V_PCIE, with a maximum delay of 2 seconds. The below graph illustrates the delay between the 12V_ATX and 12V_PCIE voltages at power-up.



## 5.9.2 Power-Down Sequence

1. The 12V_PCIE voltage can be powered down simultaneously with the 12V_ATX voltage, or within a maximum delay of 200usec. The below graph illustrates the delay between the 12V_ATX and 12V_PCIE voltages at power-down.



2. The 12V_PCIE voltage must not be powered down while the 12V_ATX voltage is powered up.

# 5.10 PCIe x16 DPU Controller Installation Instructions

## 5.10.1 Installation Instructions

This section provides detailed instructions on how to install your BlueField-3 card in a system.

 Please note that the following figures are for illustration purposes only.

1. Open the system case.
2. Locate an available PCI Express slot.



3. Hold the card by its edges and bracket, avoiding contact with the top surface. Apply even pressure to both edges of the card and gently insert the BlueField-3 card into the PCI Express slot.

 Exercise caution to avoid touching the components on the top surface of the card. Do not use excessive force when seating the card, as this may damage the system or the card's components.



4. When the BlueField-3 card is properly seated, the port connectors are aligned with the slot opening, and the card's faceplate is visible against the system chassis.



5. Secure the card with the screw.



6. Close the system case.
7. Install the networking cables. For instructions, please refer to Networking Cable Installation.

## 5.10.2  Uninstalling the BlueField-3 Card

Safety Precautions

The card is installed in a system that operates with voltages that can be lethal. Before uninstalling the board, please observe the following precautions to avoid injury and prevent damage to system components.

1. Remove any metallic objects from your hands and wrists.
2. It is strongly recommended to use an ESD strap or other antistatic devices.
3. Turn off the system and disconnect the power cord from the server.

Card Removal

Please note that the following images are for illustration purposes only.

1. Verify that the system is powered off and unplugged.
2. Wait 30 seconds.
3. To remove the card, disengage the retention mechanism on the bracket (screws).
4. Holding the board from its center, gently pull the board out of the PCI Express slot.
5. When the port connectors reach the top of the chassis window, gently pull the board in parallel to the motherboard.

# 5.11 [Optional] PCIe Extension Connection (2x PCIe x16) Installation Instructions

 The socket-direct functionality is currently not supported by firmware.

 This section relevant when the DPU controller is used in Socket Direct mode in dual-socket servers:

For more information on the PCIe Auxiliary Kit, refer to PCIe Auxiliary Card Kit.

 The below images are for illustration purposes only.

The hardware installation section uses the terminology of white and black harnesses to differentiate between the two supplied cables. Due to supply chain variations, some DPUs may be supplied with two black harnesses instead. To clarify the difference between these two harnesses, one black harness was marked with a "WHITE" label and the other with a "BLACK" label.

The Cabline harness marked with "WHITE" label should be connected to the connector on the DPU and Auxiliary PCIe card engraved with "White Cable"  while the one marked with "BLACK" label should be connected to the connector on the DPU and Auxiliary PCIe card engraved with "Black Cable".

 The harnesses' minimal bending radius is 10[mm].

## 5.11.1  Installing the DPU

>  The installation instructions include steps that involve a retention clip to be used while connecting the Cabline harnesses to the DPUs. Please note that this is an optional accessory.

>  Please make sure to install the DPU cards in a PCIe slot capable of supplying the required power and airflow as stated in Specifications.

Connect the DPU Controller with the Auxiliary connection card using the supplied Cabline CA-II Plus harnesses.

Step 1: Slide the black and white Cabline CA-II Plus harnesses through the retention clip while making sure the clip opening is facing the plugs.



Step 2: Plug the Cabline CA-II Plus harnesses on the DPU while paying attention to the color-coding. As indicated on both sides of the card; plug the black harness to the component side and the white harness to the print side.



Step 3: Verify the plugs are locked.

62



**Step 4:** Slide the retention clip latches through the cutouts on the PCB. The latches should face the annotation on the PCB.



**Step 4:** Clamp the retention clip. Verify both latches are firmly locked.



**Verify that both latches are firmly snapped**



Step 5: Slide the Cabline CA-II Plus harnesses through the retention clip. Make sure that the clip opening is facing the plugs.



64

Step 6: Plug the Cabline CA-II Plus harnesses on the PCIe Auxiliary Card. As indicated on both sides of the Auxiliary connection card; plug the black harness to the component side and the white harness to the print side.



Step 7: Verify the plugs are locked.



Step 8: Slide the retention clip through the cutouts on the PCB. Make sure latches are facing "Black Cable" annotation as seen in the below picture.



Step 9: Clamp the retention clip. Verify both latches are firmly locked.

65

 

**Verify that both latches are firmly snapped**

 Connect the DPU Controller and PCIe Auxiliary Connection cards in available PCI Express x16 slots in the chassis.

Step 1: Locate two available PCI Express x16 slots.

Step 2: Applying even pressure at both corners of the cards, insert the DPU in the PCI Express slots until firmly seated.

> ⚠ Do not use excessive force when seating the cards, as this may damage the system or the cards.

Step 3: Applying even pressure at both corners of the cards, insert the Auxiliary Connection card in the PCI Express slots until firmly seated.

Secure the DPU Controller and PCIe Auxiliary Connection Cards to the chassis.

Secure the brackets to the chassis with the bracket screws.

Install the PCIe external power cable.

Connect the 8-pin power connector from the power supply to the power connector on the top edge of the DPU. Note that the connector and socket on the graphics card have a unique shape and connect one way only. For further instructions, please refer to the cable vendor documentation. Please refer to the pinout description in External Power Supply Connector.

Close the system case.

## 5.11.2  Uninstalling the Cards

Safety Precautions

The DPU Controller is installed in a system that operates with voltages that can be lethal. Before uninstalling the DPU, please observe the following precautions to avoid injury and prevent damage to system components.

1. Remove any metallic objects from your hands and wrists.
2. It is strongly recommended to use an ESD strap or other antistatic devices.
3. Turn off the system and disconnect the power cord from the server.

Card Removal

 Please note that the following images are for illustration purposes only.

1. Verify that the system is powered off and unplugged.
2. Wait 30 seconds.
3. To remove the card, disengage the retention mechanisms on the brackets (clips or screws).
4. Holding the DPU from its center, gently pull the DPU and Auxiliary Connections card out of the PCI Express slot.

# 5.12  PCIe Bifurcation Configuration Options

 PCIe bifurcation is supported starting from DOCA 2.5 with BlueField BSP 4.5.0 (released December 2023).

NVIDIA BlueField-3 Self-Hosted DPU Controller provides a range of configuration scenarios to meet the demands of environments and deployments. This section describes the various connectivity options for peripherals on the PCIe, such as NVMe SSDs as PCIe endpoints. While this list of scenarios is not exhaustive, it highlights the tested and verified options. Customers seeking to support unlisted configurations should contact NVIDIA Support.



 Before setting the desired configuration, take note of the following warnings:
- Any customer-set configuration overrides the previous configuration values.
- WARNING: Misconfiguration may harm the system.
- It is recommended to establish out-of-band connectivity to the BlueField DPU Arm OS before setting any of these configurations for the first time. This enables you to reset the NVConfig parameters to their default values in case of misconfiguration.

The following table summarizes the available configuration scenarios.

| Configuration | Root Port Arm | DPU PCIe Golden Fingers Bifurcation | DPU PCIe Auxiliary Connection Bifurcation |
|---|---|---|---|
| Default | DPU Arm | 1 x Gen 5.0/4.0 x16 PCIe lanes as down-stream-port | 1 x Gen 5.0/4.0 x16 PCIe lanes as down-stream-port |
| Bifurcated to Eight x4 PCIe | DPU Arm | 4 x Gen 5.0/4.0 x4 PCIe lanes as down-stream-port | 4 x Gen 5.0/4.0 x4 PCIe lanes as down-stream-port |
| Bifurcated to One x16 PCIe and Eight x2 PCIe | DPU Arm | 1 x Gen 5.0/4.0 x16 PCIe lanes as down-stream-port | 8 x Gen 5.0/4.0 x2 PCIe lanes as down-stream-port |

## 5.12.1  Bifurcated to Eight x4 PCIe

In this scenario, the x16 PCIe Goldfingers of the BlueField-3 DPU are bifurcated into four PCIe links, where each link comprises x4 PCIe lanes, while the additional x16 PCIe lanes are accessible via the Cabline CA-II Plus connector, bifurcated into four PCIe links, where each link comprises x4 PCIe lanes.

As seen in the below visual representation of this configuration, the DPU's Arm cores function as Root Port of all devices connected to both the Gold Fingers and the Cabline CA-II Plus connector.



⚠️ Important Notes:
- mlxconfig can be configured either through the host in NIC Mode and DPU Mode, or directly from the DPU's Arm running OS.
- This configuration is persistent even following resets and NIC firmware updates.

The required set of configurations to implement this bifurcation is outlined below.

```
mlxconfig -d <device> s PCI_BUS00_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS00_WIDTH=3
mlxconfig -d <device> s PCI_BUS00_SPEED=4
mlxconfig -d <device> s PCI_BUS02_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS02_WIDTH=3
mlxconfig -d <device> s PCI_BUS02_SPEED=4
```

```
mlxconfig -d <device> s PCI_BUS04_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS04_WIDTH=3
mlxconfig -d <device> s PCI_BUS04_SPEED=4
mlxconfig -d <device> s PCI_BUS06_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS06_WIDTH=3
mlxconfig -d <device> s PCI_BUS06_SPEED=4
mlxconfig -d <device> s PCI_BUS10_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS10_WIDTH=3
mlxconfig -d <device> s PCI_BUS10_SPEED=4
mlxconfig -d <device> s PCI_BUS12_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS12_WIDTH=3
mlxconfig -d <device> s PCI_BUS12_SPEED=4
mlxconfig -d <device> s PCI_BUS14_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS14_WIDTH=3
mlxconfig -d <device> s PCI_BUS14_SPEED=4
mlxconfig -d <device> s PCI_BUS16_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS16_WIDTH=3
mlxconfig -d <device> s PCI_BUS16_SPEED=4
```

## 5.12.2  Bifurcated to One x16 PCIe and Eight x2 PCIe

In this scenario, the x16 PCIe Goldfingers of the BlueField-3 DPU are bifurcated to one PCIe link with x16 PCIe lanes, while the additional x16 PCIe lanes are accessible via the Cabline CA-II Plus connector, bifurcated into eight PCIe links, where each link comprises x2 PCIe lanes.

As seen in the below visual representation of this configuration, the DPU's Arm cores function as Root Port of all downstream devices connected to both the Goldfingers and the Cabline CA-II Plus connector.



> ⚠ Important Notes:
> - mlxconfig can be configured either through the host in NIC Mode and DPU Mode, or directly from the DPU's Arm running OS.
> - This configuration is persistent even following resets and NIC firmware updates.

The required set of configurations to implement this bifurcation is outlined below:

```
mlxconfig -d <device> s PCI_BUS00_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS00_WIDTH=5
mlxconfig -d <device> s PCI_BUS00_SPEED=4
mlxconfig -d <device> s PCI_BUS10_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS10_WIDTH=2
mlxconfig -d <device> s PCI_BUS10_SPEED=4
mlxconfig -d <device> s PCI_BUS11_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS11_WIDTH=2
mlxconfig -d <device> s PCI_BUS11_SPEED=4
```

69

```
mlxconfig -d <device> s PCI_BUS12_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS12_WIDTH=2
mlxconfig -d <device> s PCI_BUS12_SPEED=4
mlxconfig -d <device> s PCI_BUS13_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS13_WIDTH=2
mlxconfig -d <device> s PCI_BUS13_SPEED=4
mlxconfig -d <device> s PCI_BUS14_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS14_WIDTH=2
mlxconfig -d <device> s PCI_BUS14_SPEED=4
mlxconfig -d <device> s PCI_BUS15_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS15_WIDTH=2
mlxconfig -d <device> s PCI_BUS15_SPEED=4
mlxconfig -d <device> s PCI_BUS16_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS16_WIDTH=2
mlxconfig -d <device> s PCI_BUS16_SPEED=4
mlxconfig -d <device> s PCI_BUS17_HIERARCHY_TYPE=2
mlxconfig -d <device> s PCI_BUS17_WIDTH=2
mlxconfig -d <device> s PCI_BUS17_SPEED=4
```

# 6  Setting High-Speed-Port Link Type

The following table lists the BlueField-3 supported speeds and the default networking port link type per OPN.

| OPN | Data Transmission Rate | Default Protocol and Rate |
|---|---|---|
| 900-9D3C6-00CV-GA0<br>900-9D3C6-00CV-DA0<br>900-9D3C6-00SV-DA0 | InfiniBand: NDR200 200Gb/s<br>Ethernet: 200GbE | Ethernet 200GbE |

To configure the networking high-speed ports mode, you can either use the mlxconfig or the UEFI tools.

UEFI can configure the DPU device before the operating system is up, while mlxconfig configures the card once the operating system is up. According to your preference, use one of the below tools:

## 6.1  mlxconfig

The mlxconfig tool allows users to change device configurations without burning the firmware. The configuration is also kept after reset. By default, mlxconfig shows the configurations that will be loaded in the next boot. For more information and instructions, refer to Using mlxconfig to Set IB/ETH Parameters.

## 6.2  UEFI

PreBoot drivers initialize the adapter device, check the port protocol type – Ethernet or InfiniBand - and bring up the port. Then it connects to a DHCP server to obtain its assigned IP address and network parameters and obtain the source location of the kernel/OS to boot from. The DHCP server instructs the PreBoot drivers to access the kernel/OS through a TFTP server, an iSCSI target, or some other service. For more information and instructions, refer to UEFI.

# 7 Troubleshooting

## 7.1 General Troubleshooting

| | |
|---|---|
| **Server unable to find the DPU** | • Ensure that the DPU is placed correctly<br>• Make sure the DPU slot and the DPU are compatible Install the DPU in a different PCI Express slot<br>• Use the drivers that came with the DPU or download the latest<br>• Make sure your motherboard has the latest BIOS<br>• Try to reboot the server |
| **The DPU no longer works** | • Reseat the DPU in its slot or a different slot, if necessary<br>• Try using another cable<br>• Reinstall the drivers for the network driver files may be damaged or deleted<br>• Reboot the server |
| **DPUs stopped working after installing another DPU** | • Try removing and re-installing all DPUs<br>• Check that cables are connected properly<br>• Make sure your motherboard has the latest BIOS |
| **Link indicator light is off** | • Try another port on the switch<br>• Make sure the cable is securely attached<br>• Check you are using the proper cables that do not exceed the recommended lengths<br>• Verify that your switch and DPU port are compatible |
| **Link light is on, but with no communication established** | • Check that the latest driver is loaded<br>• Check that the DPU and its link are set to the same speed, and duplex settings |
| **Forgot password needed to install/upgrade the DPU image** | Refer to the latest version of BlueField DPU SW Manual and follow the instructions under "Upgrading NVIDIA BlueField DPU Software" section. |

# 8 Specifications

>  The DPU Controller maximum power consumption does not exceed 150W and is split between the two power sources as follows:
> - Up to 66W from the PCIe golden fingers (12V)
> - The rest of the consumed power is drawn from the external PCIe power supply connector

## 8.1 900-9D3C6-00CV-GA0 / 900-9D3C6-00CV-DA0 / 900-9D3C6-00SV-DA0 Specifications

| BlueField-3 IC | BlueField-3 E-Series - 16 Arm-Cores - 505MHz/2000MHz | | |
|---|---|---|---|
| | Crypto Enabled with integrated BMC | | |
| Physical | Single-Slot FHHL Card Dimensions: 111.15mm x 167.65mm<br>Tall Bracket Dimensions: 121.0mm x 21.6mm<br>900-9D3C6-00CV-DA0 Only: Heatsink Dimensions (Length, Width, Height): 139.6mm x 92.7mm x 10.2mm | | |
| Interfaces | See Supported Interfaces | | |
| | PCI Express Interface | Gen 5.0 SERDES @ 32.0GT/s, 16 lanes (4.0, 3.0, 2.0 and 1.1 compatible) | |
| | | Optional: Additional PCIe x16 Gen 5.0 @ SERDES 32GT/s through the PCIe auxiliary passive card and Cabline SA-II Plus harnesses | |
| | On-Board Memory | • Dual-channel with 20 DDR5 + ECC (128bit + 16bit ECC) for a total of 48GB @ 5200MT/s<br>• 40GB pSLC eMMC memory + 128GB SSD | |
| | Networking Connector | Dual-port QSFP112 (copper and optical) | |
| Data Rate | InfiniBand | NDR200/HDR/HDR100/EDR/FDR/SDR | |
| | Ethernet (Default Speed) | 200/100/50/25/10 Gb/s | |
| Protocol Support | InfiniBand: IBTA v1.5a<br>Auto-Negotiation: NDR200 (2 lanes x 100Gb/s per lane) port, HDR (50Gb/s per lane) port, HDR100 (2 lane x 50Gb/s per lane), EDR (25Gb/s per lane) port, FDR (14.0625Gb/s per lane), 1X/2X/4X SDR (2.5Gb/s per lane). | | |
| | Ethernet: 200GAUI-4 C2M, 200GAUI-2 C2M, 200GBASE-CR4, 100GAUI-2 C2M, 100GBASE-CR4, 100GBASE-CR2, 100GBASE-CR1, 50GAUI-2 C2M, 50GAUI-1 C2M, 50GBASE-CR, 50GBASE-R2 , 40GBASE-CR4, 40GBASE-R2, 25GBASE-R, 10GBASE-R, 10GBASE-CX4, 1000BASE-CX, CAUI-4 C2M, 25GAUI C2M, XLAUI C2M , XLPPI, SFI | | |
| Electrical and Thermal Specifications | Voltage: 12V | | |
| | Electrical and thermal specifications are provided in "*NVIDIA BlueField-3 DPUs and SuperNICs Electrical and Thermal Specifications*" document. You can access the document either by logging into NVOnline or by contacting your NVIDIA representative. | | |
| Environmental | Temperature | Operational | 0°C to 55°C |
| | | Non-operational | -40°C to 70°C[a] |
| | Humidity | Operational | 10% to 85% relative humidity |

|  |  | Non-operational | 10% to 90% relative humidity |
| --- | --- | --- | --- |
|  | Altitude (Operational) | 3050m | |
| Regulatory | Safety | CB / cTUVus / CE | |
|  | EMC | CE / FCC / VCCI / ICES / RCM | |
|  | RoHS | RoHS compliant | |

a. The non-operational storage temperature specifications apply to the product without its package.

## 8.1.1  DPU Controller Mechanical Drawing and Dimensions

> ⚠ All dimensions are in millimeters. The PCB mechanical tolerance is +/- 0.13mm.
>
> The diagrams may differ for different cards and are provided here for illustration purposes only.



## 8.1.1.1  Tall Bracket Mechanical Drawing and Dimensions



74

# 9 Monitoring

## 9.1 Thermal Sensors

The thermal threshold definitions are described in the "*NVIDIA BlueField-3 Networking Platforms Electrical and Thermal Specifications*" document. You can access the document either by logging into NVOnline or by contacting your NVIDIA representative.

## 9.2 Heatsink

 This section applies to 900-9D3C6-00CV-DA0 only, 900-9D3C6-00CV-GA0 is shipped without a heatsink.

The heatsink is attached to the DPU by three screws to dissipate the heat from the IC.
The DPU IC has a thermal shutdown safety mechanism that automatically shuts down the DPU in cases of high-temperature events, improper thermal coupling, or heatsink removal.

Refer to the below table for heatsink details per card configuration. For the required airflow (LFM) per OPN, please refer to Specifications.

| Maximum Dimensions |
| --- |
| Length, Width, Height: 139.6mm x 92.7mm x 10.2mm |

# 10  Finding the GUID/MAC and Serial Number on the Card

Each BlueField-3 platform is uniquely identified to facilitate efficient management and configuration. This section aims to guide you through identifying your BlueField-3 platform by using the information provided on the board label.

The board label includes unique identifiers essential for network communication—specifically, a primary GUID address for InfiniBand protocols or MAC addresses for Ethernet protocols. If your BlueField-3 board supports both InfiniBand and Ethernet protocols, the label will feature a primary GUID along with five 'base' MAC addresses derived from the GUID address: Host, ECPF, MPF, DPU BMC, and OOB.

Refer to the board label example and a table listing the different MAC addresses, offering examples and additional information to enhance clarity.

## 10.1  DPU Controller Board Label Example

 Note: The product revisions ("Rev") indicated on the label do not necessarily represent the latest revisions of the cards.



| Item on Label | Description | Example/Additional Information |
|---|---|---|
| GUID (Global Unique Identifier) | GUIDs is a unique 16 byte identifier of the BlueField in an InfiniBand network, the GUID never changes. | The GUID on the label is assigned to the **System GUID** of the BlueField HCA. The System GUID represents the HCA hardware with all its ports. Each HCA port is assigned a dedicated Node GUID. The **Node GUID** of **port 0** is equal to the System GUID. The **Node GUID** of **port 1** is equal to the System GUID**+1** |

76

| Item on Label | Description | Example/Additional Information |
|---|---|---|
| HOST (Base MAC) | Represents the base MAC address for high-speed data port 0 | DPUs with more than one high-speed port will use incremental (+1) MAC addresses against the base HOST MAC on the label.<br>For instance:<br>From the label - HOST: 94 6D AE F5 A1 CC<br>**Port 0:** 94 6D AE F5 A1 CC (same as label)<br>**Port 1:** 94 6D AE F5 A1 CD (+1 from base)<br>**Port 2:** 94 6D AE F5 A1 CE (+2 from base)<br>**Port 3:** 94 6D AE F5 A1 CF (+3 from base) |
| OOB (Out-of-Band) | OOB represents the MAC address of the 1GbE out-of-band management port of the DPU's embedded Arm system. | Network traffic for the "OOB" (DPU embedded Arm system) and "DPU BMC" traverse through the 1GbE RJ-45 connector located on the front panel of the DPU card. |
| DPU BMC (Baseboard Management Controller) | Represents the MAC address for the 1GbE OOB management port of the DPU BMC.<br>Note: The base MAC address for DPU BMC is +1 from the OOB MAC address. | |
| S/N (Serial Number) | A unique serial number that distinguishes your DPU from others. The S/N is used for tracking and support purposes. | N/A |

# 11  PCIe Auxiliary Card Kit

## Down Stream Port (DSP)

The self-hosted BlueField-3 DPU controllers with downstream port extension option integrate a single network adapter silicon on a primary board, and an auxiliary PCIe connection card and Cabline SA-II Plus Harness connecting the two. Utilizing the Down Stream Port (DSP) extension option, where the PCIe extension card is connected to the BlueField-3 DPU, used as a root complex for storage devices.

This enables direct access from each CPU to the network through its dedicated PCIe interface as the card's 32-lane PCIe bus is split into two 16-lane buses, with one bus accessible through a PCIe x16 edge connector and the other bus through an x16 Auxiliary PCIe Connection card. The two cards should be installed into two PCIe x16 slots and connected using two Cabline SA-II Plus harnesses.

The PCIe auxiliary kit can be purchased separately to allow downstream port extension. The table below lists the available PCIe auxiliary kit ordering part numbers, depending on the desired length of the Cabline SA-II Plus harnesses and the PCI Express interface, Gen 4.0 or Gen 5.0.

| OPN | Description |
|---|---|
| 930-9DAX5-0015-000 | NVIDIA BlueField-3 Auxiliary Kit for additional self-hosted PCIe Gen **5.0/4.0** x16 connection, two 150mm Cabline SA-II Plus Harnesses |
| 930-9DAX4-0035-000 | NVIDIA BlueField-3 Auxiliary Kit for additional self-hosted PCIe Gen 4.0 x16 connection, two 350mm Cabline SA-II Plus Harnesses |
| 930-9DHAR-0001-000 | NVIDIA BlueField-3 150mm Gen **5.0** FRU harness, Cabline SA-II Plus 60-pin micro coax 38AWG |

## 11.1  PCIe Auxiliary Card Package Contents

| Category | Qty | Item |
|---|---|---|
| Cards | 1 | 930-9DAX5-0015-000: PCIe x16 Gen 5.0/4.0 Auxiliary Connection Card<br>930-9DAX4-0035-000: PCIe x16 Gen 4.0 Auxiliary Connection Card |
| Harnesses | 1 | Cabline CA-II Plus harness (white) - Length according to kit OPN |
| | 1 | Cabline CA-II Plus harness (black) - Length according to kit OPN |
| Accessories | 2 | Retention Clip for Cabeline harness (shipped assembled on the harnesses - optional) |
| | 1 | PCIe Auxiliary card short bracket |
| | 1 | PCIe Auxiliary card tall bracket (shipped assembled on the Auxiliary card) |

# 11.2  Channel Insertion Loss

Channel insertion loss is the loss of signal power resulting from the insertion of a device in a transmission line or optical fiber and is usually expressed in decibels (dB).

The following table describes the BlueField-3 DPU channel insertion loss budget for PCIe Gen 5.0 architecture (32 GT/s).

The total PCIe channel insertion loss approved by PCI-SIG Gen5.0 spec is 36dB @16GHz.

The total BlueField-3 DPU board insertion loss of the PCIe lanes (PCORE1) routed to the Cabline CA-II Plus is 6dB (@16GHz).

The Passive PCIe Auxiliary Card Loss is 1.5dB (@16Ghz).

The Cabline CA-II Plus harness loss at 16GHz:

| Harness Length | Channel Loss at Gen 5.0 |
|---|---|
| 15cm | 3.8dB |
| 35cm | 7.6dB |
| 55cm | 11.4dB |

The above is measured data; it is recommended to add 0.5dB margins for your system (some loss variations are possible).

The Cabline CA-II Plus harnesses loss = 0.24dB/cm for Gen 5.0.

The above loss includes the Cabline CA-II Plus harnesses and connectors on both sides.

The PCI-SIG Gen5 SPEC also defines the total loss for AIC (bump to Golden-Fingers) to be 9.5dB @16Ghz.

The BlueField-3 AIC, together with a 15cm Cabline CA-II Plus harnesses and the Passive PCIe Auxiliary Card loss is: 3dB+2dB+3.8dB+1.5dB=10.3dB > 9.5dB

# 11.3  Cabline CA-II Plus Harness Pinouts

## 11.3.1  Cabline CA-II Plus Harness - Component Side

| Pin# | Signal Name | Wire Type | Detailed Description | AWG# | Pin# on the other end |
|---|---|---|---|---|---|
| 1 | GND | GND BAR | | | 1 |

| Pin# | Signal Name | Wire Type | Detailed Description | AWG# | Pin# on the other end |
|------|-------------|-----------|----------------------|------|------------------------|
| 2 | PCIE_REFCLK1_P | Micro coax | Primary PCIe clock from the motherboard to the Network Adapter Main card, to be used for the x16 Cabline harness PCIe interface. This clock must meet all the PCIe SIG spec requirements. It should be driven from the motherboard side. | 38 | 2 |
| 3 | PCIE_REFCLK1_N | Micro coax | Primary PCIe clock from the motherboard to the Network Adapter Main card, to be used for the x16 Cabline harness PCIe interface. This clock must meet all the PCIe SIG spec requirements. It should be driven from the motherboard side. | 38 | 3 |
| 4 | GND | GND BAR | | | 4 |
| 5 | PCIE_CPU_CX_15N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 5 |
| 6 | PCIE_CPU_CX_15P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 6 |
| 7 | GND | GND BAR | | | 7 |
| 8 | PCIE_CPU_CX_14N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 8 |

| Pin# | Signal Name | Wire Type | Detailed Description | AWG# | Pin# on the other end |
|---|---|---|---|---|---|
| 9 | PCIE_CPU_CX_14P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/GPU/End-Point | 38 | 9 |
| 10 | GND | GND BAR | | | 10 |
| 11 | PCIE_CPU_CX_13N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/GPU/End-Point | 38 | 11 |
| 12 | PCIE_CPU_CX_13P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/GPU/End-Point | 38 | 12 |
| 13 | GND | GND BAR | | | 13 |
| 14 | PCIE_CPU_CX_12N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/GPU/End-Point | 38 | 14 |
| 15 | PCIE_CPU_CX_12P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/GPU/End-Point | 38 | 15 |
| 16 | GND | GND BAR | | | 16 |
| 17 | PCIE_CPU_CX_11N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/GPU/End-Point | 38 | 17 |
| 18 | PCIE_CPU_CX_11P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/GPU/End-Point | 38 | 18 |

| Pin# | Signal Name | Wire Type | Detailed Description | AWG# | Pin# on the other end |
|------|-------------|-----------|----------------------|------|------------------------|
| 19 | GND | GND BAR | | | 19 |
| 20 | PCIE_CPU_CX_10N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 20 |
| 21 | PCIE_CPU_CX_10P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 21 |
| 22 | GND | GND BAR | | | 22 |
| 23 | PCIE_CPU_CX_9N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 23 |
| 24 | PCIE_CPU_CX_9P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 24 |
| 25 | GND | GND BAR | | | 25 |
| 26 | PCIE_CPU_CX_8N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 26 |
| 27 | PCIE_CPU_CX_8P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 27 |
| 28 | GND | GND BAR | | | 28 |

| Pin# | Signal Name | Wire Type | Detailed Description | AWG# | Pin# on the other end |
|---|---|---|---|---|---|
| 29 | PCIE_CPU_CX_7N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 29 |
| 30 | PCIE_CPU_CX_7P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 30 |
| 31 | GND | GND BAR | | | 31 |
| 32 | PCIE_CPU_CX_6N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 32 |
| 33 | PCIE_CPU_CX_6P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 33 |
| 34 | GND | GND BAR | | | 34 |
| 35 | PCIE_CPU_CX_5N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 35 |
| 36 | PCIE_CPU_CX_5P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 36 |
| 37 | GND | GND BAR | | | 37 |
| 38 | PCIE_CPU_CX_4N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 38 |

| Pin# | Signal Name | Wire Type | Detailed Description | AWG# | Pin# on the other end |
|------|-------------|-----------|----------------------|------|----------------------|
| 39 | PCIE_CPU_CX_4P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 39 |
| 40 | GND | GND BAR | | | 40 |
| 41 | PCIE_CPU_CX_3N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 41 |
| 42 | PCIE_CPU_CX_3P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 42 |
| 43 | GND | GND BAR | | | 43 |
| 44 | PCIE_CPU_CX_2N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 44 |
| 45 | PCIE_CPU_CX_2P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 45 |
| 46 | GND | GND BAR | | | 46 |
| 47 | PCIE_CPU_CX_1N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 47 |
| 48 | PCIE_CPU_CX_1P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/ GPU/End-Point | 38 | 48 |

| Pin# | Signal Name | Wire Type | Detailed Description | AWG# | Pin# on the other end |
|---|---|---|---|---|---|
| 49 | GND | GND BAR | | | 49 |
| 50 | PCIE_CPU_CX_0N | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/GPU/End-Point | 38 | 50 |
| 51 | PCIE_CPU_CX_0P | Micro coax | Connect from the Black Cabline CA-II Plus cable through 220nF capacitors to the x16 PCIe Tx lanes of the CPU/GPU/End-Point | 38 | 51 |
| 52 | GND | GND BAR | | | 52 |
| 53 | No wire | Micro coax | | 38 | 53 |
| 54 | No wire | Micro coax | | 38 | 54 |
| 55 | Reserved_01 | Micro coax | | 38 | 55 |
| 56 | No wire | Micro coax | | 38 | 56 |
| 57 | I2C_AUX_SCL | Micro coax | The ConnectX-7 silicon serves as the I2C bus master on this bus. An I2C EEPROM at I2C address 0x57 needs to be mounted on the motherboard side to report to the Cabline CA-II Plus interface parameters to the main-card network adapter silicon, like Cabline CA-II Plus cables length (contact NVIDIA for the format of this EEPROM). If additional optional I2C slave devices need to be managed by the main-card network adapter silicon, they need to be included on this I2C bus as well. | 38 | 57 |

| Pin# | Signal Name | Wire Type | Detailed Description | AWG# | Pin# on the other end |
|------|-------------|-----------|----------------------|------|----------------------|
| 58 | I2C_AUX_SDA | Micro coax | The ConnectX-7 silicon serves as the I2C bus master on this bus. An I2C EEPROM at I2C address 0x57 needs to be mounted on the motherboard side to report to the Cabline CA-II Plus interface parameters to the main-card network adapter silicon, like Cabline CA-II Plus cables length (contact NVIDIA for the format of this EEPROM). If additional optional I2C slave devices need to be managed by the main-card network adapter silicon, they need to be included on this I2C bus as well. | 38 | 58 |
| 59 | S_PRSNT1_L | Micro coax | Connect this pin to GND No wires are connected to these pins to ensure they do not interfere with the operation of S_PRSNT2_L for the detection when the two Cabline harnesses are installed. | 38 | 59 |
| 60 | | No Wire | | | 60 |

## 11.3.2  Cabline CA-II Plus Harness - Print Side

| Pin# | Signal Name | Wire Type | AWG# | Detailed Description | Pin# on the other end |
|------|-------------|-----------|------|----------------------|----------------------|
| 1 | No wire | Micro coax | 38 | | 1 |
| 2 | No wire | Micro coax | 38 | | 2 |
| 3 | No wire | Micro coax | 38 | | 3 |
| 4 | No wire | Micro coax | 38 | | 4 |

| Pin# | Signal Name | Wire Type | AWG# | Detailed Description | Pin# on the other end |
|---|---|---|---|---|---|
| 5 | No wire | Micro coax | 38 | | 5 |
| 6 | Reserved_06 | Micro coax | 38 | | 6 |
| 7 | Reserved_07 | Micro coax | 38 | Reserved for future expansion | 7 |
| 8 | Reserved_08 | Micro coax | 38 | Reserved for future expansion | 8 |
| 9 | GND | GND BAR | | | 9 |
| 10 | PCIE_CX_CPU_0P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 10 |
| 11 | PCIE_CX_CPU_0N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 11 |
| 12 | GND | GND BAR | | | 12 |
| 13 | PCIE_CX_CPU_1P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 13 |
| 14 | PCIE_CX_CPU_1N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 14 |
| 15 | GND | GND BAR | | | 15 |

| Pin# | Signal Name | Wire Type | AWG# | Detailed Description | Pin# on the other end |
|------|-------------|-----------|------|---------------------|----------------------|
| 16 | PCIE_CX_CPU_2P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 16 |
| 17 | PCIE_CX_CPU_2N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 17 |
| 18 | GND | GND BAR | | | 18 |
| 19 | PCIE_CX_CPU_3P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 19 |
| 20 | PCIE_CX_CPU_3N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 20 |
| 21 | GND | GND BAR | | | 21 |
| 22 | PCIE_CX_CPU_4P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 22 |

88

| Pin# | Signal Name | Wire Type | AWG# | Detailed Description | Pin# on the other end |
|---|---|---|---|---|---|
| 23 | PCIE_CX_CPU_4N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 23 |
| 24 | GND | GND BAR | | | 24 |
| 25 | PCIE_CX_CPU_5P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 25 |
| 26 | PCIE_CX_CPU_5N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 26 |
| 27 | GND | GND BAR | | | 27 |
| 28 | PCIE_CX_CPU_6P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 28 |
| 29 | PCIE_CX_CPU_6N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 29 |
| 30 | GND | GND BAR | | | 30 |

89

| Pin# | Signal Name | Wire Type | AWG# | Detailed Description | Pin# on the other end |
|---|---|---|---|---|---|
| 31 | PCIE_X_CPU_7P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 31 |
| 32 | PCIE_CX_CPU_7N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 32 |
| 33 | GND | GND BAR | | | 33 |
| 34 | PCIE_CX_CPU_8P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 34 |
| 35 | PCIE_CX_CPU_8N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 35 |
| 36 | GND | GND BAR | | | 36 |
| 37 | PCIE_CX_CPU_9P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 37 |

| Pin# | Signal Name | Wire Type | AWG# | Detailed Description | Pin# on the other end |
|---|---|---|---|---|---|
| 38 | PCIE_CX_CPU_9N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 38 |
| 39 | GND | GND BAR | | | 39 |
| 40 | PCIE_CX_CPU_10P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 40 |
| 41 | PCIE_CX_CPU_10N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 41 |
| 42 | GND | GND BAR | | | 42 |
| 43 | PCIE_CX_CPU_11P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 43 |
| 44 | PCIE_CX_CPU_11N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 44 |
| 45 | GND | GND BAR | | | 45 |

| Pin# | Signal Name | Wire Type | AWG# | Detailed Description | Pin# on the other end |
|---|---|---|---|---|---|
| 46 | PCIE_CX_CPU_12P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 46 |
| 47 | PCIE_CX_CPU_12N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 47 |
| 48 | GND | GND BAR | | | 48 |
| 49 | PCIE_CX_CPU_13P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 49 |
| 50 | PCIE_CX_CPU_13N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 50 |
| 51 | GND | GND BAR | | | 51 |
| 52 | PCIE_CX_CPU_14P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 52 |

92

| Pin# | Signal Name | Wire Type | AWG# | Detailed Description | Pin# on the other end |
|---|---|---|---|---|---|
| 53 | PCIE_CX_CPU_14N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 53 |
| 54 | GND | GND BAR | | | 54 |
| 55 | PCIE_CX_CPU_15P | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 55 |
| 56 | PCIE_CX_CPU_15N | Micro coax | 38 | Connect from the White Cabline CA-II Plus harness to the PCIe x16 Rx lanes of the CPU/GPU/End-Point. 220nF caps are required on this signal on the ConnectX-7 card. | 56 |
| 57 | GND | GND BAR | | | 57 |

| Pin# | Signal Name | Wire Type | AWG# | Detailed Description | Pin# on the other end |
|------|-------------|-----------|------|----------------------|----------------------|
| 58 | S_PERST1_CONN_L | Micro coax | 38 | PCIe compliant PERST_L (active low PCI Reset) signal for the PCIe Cabline CA-II Plus Connectors. The direction of this PERST_L signal depends on the implementation: When connecting a CPU root complex to the PCIe Cabline CA-II Plus interface, this signal is driven from the motherboard side (from the CPU), to the network adapter. When connecting a GPU or an end point to the PCIe Cabline CA-II Plus interface, this signal is driven from the network adapter side (which operates as a PCIe switch in this case), to the GPU or end-point on the motherboard side. | 58 |
| 59 | No wire | No Wire | | | 59 |

94

| Pin# | Signal Name | Wire Type | AWG# | Detailed Description | Pin# on the other end |
|---|---|---|---|---|---|
| 60 | S_PRSNT2_L | Micro coax | 38 | Connect to a 4.7K pull-up resistor to 3.3V on the motherboard side, to detect if both the Cabline harnesses are connected or not. This signal is connected to S_PRSNT1_L on the network adapter main card. In the motherboard side, read logic low if both Cabline harnesses are connected. Read logic 1 (3.3V) if one or both the Cabline harnesses are not connected. No wires are connected to these pins to ensure they do not interfere with the operation of S_PRSNT1_L for the detection when the two Cabline harnesses are installed. | 60 |

## 11.4  Technical Specifications

| Physical | PCIe Auxiliary Card Size: 5.09 in. x 2.32 in. (129.30mm x 59.00mm) Two Cabline CA-II Plus harnesses (white and black) Length: 15, 25 or 35cm | | |
|---|---|---|---|
| Power Consumption | **Voltage**: 12V, 3.3V_AUX <br> **Maximum current:** 100mA for the 3.3V_AUX voltage rail | | |
| PCIe Connectivity | 930-9DAX5-0015-000 | PCI Express Gen 5.0/4.0: SERDES @ 16/32 GT/s, x16 lanes (Gen 3.0 compatible) | |
| | 930-9DAX4-0035-000 | PCI Express Gen 4.0: SERDES @ 16GT/s, x16 lanes (Gen 3.0 compatible) | |
| Environmental | **Temperature** | **Operational** | 0˚C to 55˚C |
| | | **Non-operational** | -40˚C to 70˚C |
| | **Humidity** | **Operational** | 10% to 85% relative humidity |
| | | **Non-operational** | 10% to 90% relative humidity |
| | **Altitude (Operational)** | 3050m | |
| Regulatory | **Safety**: CB / cTUVus / CE | | |
| | **EMC**: CE / FCC / VCCI / ICES / RCM / KC | | |

95

| Physical | PCIe Auxiliary Card Size: 5.09 in. x 2.32 in. (129.30mm x 59.00mm) <br> Two Cabline CA-II Plus harnesses (white and black) Length: 15, 25 or 35cm |
|---|---|
| Power Consumption | **Voltage**: 12V, 3.3V_AUX <br> **Maximum current:** 100mA for the 3.3V_AUX voltage rail |
| | **RoHS**: RoHS Compliant |

## 11.4.1  PCIe Auxiliary Card Mechanical Drawings and Dimensions

All dimensions are in millimeters. The PCB mechanical tolerance is +/- 0.13mm.



## 11.4.2  Bracket Mechanical Drawings and Dimensions



| Auxiliary PCIe Connection Card Tall Bracket | Auxiliary PCIe Connection Card Short Bracket |
|---|---|

### 11.4.3  Cabline CA-II Plus Harnesses Mechanical Drawing



# 12  Cables and Cabling Configurations

## 12.1  RJ45 Cable for the 1GbE OOB Management Interface



## 12.2  USB Interface Cabling

Debugging and loading new versions of the operating systems and firmware requires the use of Type A to Type B USB 2.0 Cable. The following figure shows an example of Type A to Type V USB Cable.



# 13  General Cooling Recommendations for Heatsink-less DPU Controllers

This section offers general cooling recommendations to NVIDIA customers who have acquired a heatsink-less DPU Controller (OPN: 900-9D3C6-00CV-GA0).

 IMPORTANT NOTES:
1. The customer holds exclusive responsibility for the thermal design and for ensuring all board components never exceed their designated thermal operating limits.
2. The recommendations provided in this section are based on an air-cooled thermal design.
3. If the customer's environment has low or no airflow (e.g., liquid cooling) where the DPU Controller is to be installed, the customer must ensure proper cooling for all the other board components that are not covered by the recommendations of this chapter or in the product's thermal model. The customer must guarantee those components do not exceed their thermal operating limits as well.

Isometric view of the heatsink-less DPU Controller:

| Component Side | Print Side (with Stiffener) |
|---|---|
|  | |

## 13.1  General Notes
1. The Thermal Transfer Plate (TTP) may encompass an internal liquid cooling system within a cold plate.
2. The M3 screws maximum protrusion length according to stiffener thread depth is listed in Mechanical Interfaces.
3. Recommended torque values: M3: 0.35~0.4 Nm. Use a locking mechanism.
4. To ensure unobstructed access for replacement, ensure that the battery is not blocked. Refer to Encapsulation and Battery on SFG.

5. When considering encapsulation, ensure there is no interference with the TTP. The encapsulation is presented as the maximum tolerance on the SFG and is labeled with ENC. Refer to Encapsulation and Battery on SFG.

## 13.2  Components that Require Cooling

It is the responsibility of the customer to ensure proper cooling and thermal regulation for all components on the board. The provided guidelines are minimal and are based on NVIDIA's air-cooling thermal solution. Note the following:

- The DPU controller SoC require contact with TTP on the component side of the product.
- Within the air-cooled thermal solution, the cooling of components on the print side of the DPU controller is achieved via attachment to the board's bottom stiffener with the thermal interface material. See example in the board print side isometric view above.
- The battery's thermal limitation is the maximum ambient temperature of 60°C.
- The acceptable pressure on the SoC adheres to the following specifications:
  - 35 psi (SoC area 761.5 mm²).
  - The center force should be applied at the center of the SoC.



| Item # | Board Components |
| --- | --- |
| 1 | U63 |
| 2 | U44 |
| 3 | M1394 |
| 4 | U99 |
| 5 | M111-M115, M221-M225, M331-M335, M441-M445 |
| 6 | U30 |
| 7 | U66 |
| 8 | U62 |

| Item # | Board Components |
|--------|------------------|
| 9 | U64 |
| 10 | U65 |
| 11 | U32 |
| 12 | U33 |
| 13 | See marked square |

## 13.2.1  Mechanical Interfaces

The following figure lists the mechanical interfaces of the DPU controller.



## 13.2.2  Encapsulation and Battery on SFG

Ensure that the battery remains unobstructed to allow access for replacement. Furthermore, avoid any interference with the TTP. Note that the encapsulation is depicted as the maximum tolerance in the SFG and is labeled as ENC.

102



# 14  Document Revision History

| Date | Comments/Changes |
|---|---|
| Aug. 2024 | Added support for the 900-9D3C6-00SV-DA0 Storage Controller |
| Apr. 2024 | <ul><li>Removed the "Securing Workloads" feature from Features and Benefits</li><li>Updated the important notes and warnings in External PCIe Power Supply Connector</li><li>Added 8-pin ATX Power Supply Cable installation instructions</li><li>Updated Cabline CA-II Plus Harness Pinouts</li><li>Updated PCIe Auxiliary Card Kit</li><li>Added notes across the document stating that the Socket-Direct functionality is currently not supported by firmware</li></ul> |
| Nov. 2023 | <ul><li>Updated PCIe Auxiliary Card Kit</li></ul> |
| Oct. 2023 | <ul><li>Updated NVMe SSD Interface</li><li>Updated DPU Power-Up and Power-Down Instructions</li></ul> |
| Aug. 2023 | <ul><li>Added General Cooling Recommendations for Heatsink-less DPU Controllers</li><li>Updated Cabline CA-II Plus Connectors Pinouts.</li><li>Added a note to NVMe SSD Interface.</li></ul> |
| May. 2023 | First release |

Notice

This document is provided for information purposes only and shall not be regarded as a warranty of a certain functionality, condition, or quality of a product. Neither NVIDIA Corporation nor any of its direct or indirect subsidiaries and affiliates (collectively: "NVIDIA") make any representations or warranties, expressed or implied, as to the accuracy or completeness of the information contained in this document and assumes no responsibility for any errors contained herein. NVIDIA shall have no liability for the consequences or use of such information or for any infringement of patents or other rights of third parties that may result from its use. This document is not a commitment to develop, release, or deliver any Material (defined below), code, or functionality.

NVIDIA reserves the right to make corrections, modifications, enhancements, improvements, and any other changes to this document, at any time without notice. Customer should obtain the latest relevant information before placing orders and should verify that such information is current and complete.

NVIDIA products are sold subject to the NVIDIA standard terms and conditions of sale supplied at the time of order acknowledgement, unless otherwise agreed in an individual sales agreement signed by authorized representatives of NVIDIA and customer ("Terms of Sale"). NVIDIA hereby expressly objects to applying any customer general terms and conditions with regards to the purchase of the NVIDIA product referenced in this document. No contractual obligations are formed either directly or indirectly by this document.

NVIDIA products are not designed, authorized, or warranted to be suitable for use in medical, military, aircraft, space, or life support equipment, nor in applications where failure or malfunction of the NVIDIA product can reasonably be expected to result in personal injury, death, or property or environmental damage. NVIDIA accepts no liability for inclusion and/or use of NVIDIA products in such equipment or applications and therefore such inclusion and/or use is at customer's own risk.

NVIDIA makes no representation or warranty that products based on this document will be suitable for any specified use. Testing of all parameters of each product is not necessarily performed by NVIDIA. It is customer's sole responsibility to evaluate and determine the applicability of any information contained in this document, ensure the product is suitable and fit for the application planned by customer, and perform the necessary testing for the application in order to avoid a default of the application or the product. Weaknesses in customer's product designs may affect the quality and reliability of the NVIDIA product and may result in additional or different conditions and/or requirements beyond those contained in this document. NVIDIA accepts no liability related to any default, damage, costs, or problem which may be based on or attributable to: (i) the use of the NVIDIA product in any manner that is contrary to this document or (ii) customer product designs.

No license, either expressed or implied, is granted under any NVIDIA patent right, copyright, or other NVIDIA intellectual property right under this document. Information published by NVIDIA regarding third-party products or services does not constitute a license from NVIDIA to use such products or services or a warranty or endorsement thereof. Use of such information may require a license from a third party under the patents or other intellectual property rights of the third party, or a license from NVIDIA under the patents or other intellectual property rights of NVIDIA.

Reproduction of information in this document is permissible only if approved in advance by NVIDIA in writing, reproduced without alteration and in full compliance with all applicable export laws and regulations, and accompanied by all associated conditions, limitations, and notices.

THIS DOCUMENT AND ALL NVIDIA DESIGN SPECIFICATIONS, REFERENCE BOARDS, FILES, DRAWINGS, DIAGNOSTICS, LISTS, AND OTHER DOCUMENTS (TOGETHER AND SEPARATELY, "MATERIALS") ARE BEING PROVIDED "AS IS." NVIDIA MAKES NO WARRANTIES, EXPRESSED, IMPLIED, STATUTORY, OR OTHERWISE WITH RESPECT TO THE MATERIALS, AND EXPRESSLY DISCLAIMS ALL IMPLIED WARRANTIES OF NONINFRINGEMENT, MERCHANTABILITY, AND FITNESS FOR A PARTICULAR PURPOSE. TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT WILL NVIDIA BE LIABLE FOR ANY DAMAGES, INCLUDING WITHOUT LIMITATION ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES, HOWEVER CAUSED AND REGARDLESS OF THE THEORY OF LIABILITY, ARISING OUT OF ANY USE OF THIS DOCUMENT, EVEN IF NVIDIA HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. Notwithstanding any damages that customer might incur for any reason whatsoever, NVIDIA's aggregate and cumulative liability towards customer for the products described herein shall be limited in accordance with the Terms of Sale for the product.

Trademarks

NVIDIA, the NVIDIA logo, and Mellanox are trademarks and/or registered trademarks of NVIDIA Corporation and/or its



affiliates in the U.S. and in other countries. Other company and product names may be trademarks of the respective companies with which they are associated.

Copyright

© 2025 NVIDIA Corporation & affiliates. All Rights Reserved.

