# EXHIBIT 44

# NVIDIA Data Center CPUs

Search NVIDIA Data Center CPUs

NVIDIA Docs Hub Homepage  ›  NVIDIA Data Center CPUs

NVIDIA CPUs are purpose-built for the modern data center and delivers high bandwidth, deterministic latency, and exceptional energy efficiency. The NVIDIA® Grace™ CPU powers tightly coupled, memory-coherent systems with NVIDIA Blackwell and NVIDIA Hopper™ GPUs and efficient CPU-only platforms. Featuring 72 Arm® v9 cores, LPDDR5X memory, and the Scalable Coherency Fabric, the Grace CPU delivers up to twice the energy efficiency of traditional CPUs. Built on the Arm SystemReady SR, the CPU supports Arm-compatible operating systems, peripherals, and NVIDIA's full AI and HPC software ecosystem.

Getting Started    NVIDIA Grace

## Grace OS Installation Guides

**NVIDIA Grace Software with Red Hat Enterprise Linux 9**

**NVIDIA Grace Software with SUSE Linux Enterprise Server 15**

**NVIDIA Grace Software with Ubuntu**

**NVIDIA Grace Software with Generic Linux**

**NVIDIA Grace Platform Support Software Patches and Configurations**

**Corporate Info**

NVIDIA.com Home

About NVIDIA

**NVIDIA Developer**

Developer Home

Blog

**Resources**

Contact Us

Developer Program

Copyright © 2026 NVIDIA Corporation