# EXHIBIT 54



NVIDIA Docs Hub    Topics    NVIDIA Developer    Blog    Forums    Sign In

# NVIDIA ConnectX-9 SuperNIC User Manual

Search NVIDIA ConnectX-9 SuperNIC Use

## Topics

- Introduction
- Supported Interfaces ➕
- Hardware Installation ➕
- Driver Installation ➕
- Firmware Upgrade
- SuperNIC Configurations ➕
- Troubleshooting
- Finding the GUID/MAC on the SuperNIC
- Specifications
- PCIe Auxiliary Card Kit ➕

NVIDIA Docs Hub Homepage › NVIDIA Networking › Networking Adapters › NVIDIA ConnectX-9 SuperNIC User Manual › Introduction

### On This Page

Product Overview
ConnectX-9 Extension Options
    Socket Direct SuperNICs
    Down Stream Port (DSP)
    Port Splitting
System Requirements
Package Contents
Features and Benefits

# Introduction

Is this page helpful?

## Product Overview

The NVIDIA ConnectX®-9 SuperNIC™ is optimized to supercharge hyperscale AI computing workloads. With support for both InfiniBand and Ethernet networking at up to 800 gigabit per second (Gb/s), the ConnectX-9 SuperNIC delivers extremely fast, efficient network connectivity, significantly enhancing system performance for AI factories and cloud data center environments.

**Powerful Networking for Generative AI**

Central to NVIDIA's AI networking portfolio, ConnectX-9 SuperNICs fuel the next wave of innovation in forming accelerated, massive-scale AI compute fabrics. They seamlessly integrate with next-gen NVIDIA networking platforms, providing end-to-end 800Gb/s connectivity. These platforms offer the robustness, feature sets, and scalability required for trillion-parameter GPU computing, AI data platforms, and agentic AI applications. With enhanced power efficiency, ConnectX-9 SuperNICs support the creation of sustainable AI data centers operating hundreds of thousands of GPUs, ensuring a future-ready infrastructure for AI advancements.

ConnectX-9 SuperNICs enable advanced routing and telemetry-based congestion control capabilities, achieving the highest network performance and peak AI workload efficiency. Additionally, ConnectX-9 InfiniBand SuperNICs extend the capabilities of NVIDIA Scalable Hierarchical Aggregation and Reduction Protocol (SHARP)™ to boost In-Network Computing in high-performance computing environments, further enhancing overall efficiency and performance for both training and inferencing at scale.

## ConnectX-9 Extension Options

There are two available extension options:

1. For **900-9X91E-00EB-ST0** and **900-9X91Q-00CN-ST0**: Utilizing the Socket-Direct capability, where the PCIe extension card is connected to the SuperNIC, and is used as an end-point.
2. For **900-9X91E-00EB-DT0**: Utilizing the Down Stream Port (DSP) option, where the MCIO connector is used as a root complex for storage devices (GPUs or SSDs).

## Socket Direct SuperNICs

The Socket Direct™ technology offers improved performance to dual-socket servers by enabling direct access from each CPU in a dual-socket server to the network through its dedicated PCIe interface. Utilizing the Socket-Direct or the Multi-Host capability, the PCIe extension card is connected to the SuperNIC and is used as an end-point extension.

NVIDIA offers ConnectX-9 Socket Direct, which enables 800Gb/s connectivity for servers with PCIe Gen5 or Gen4 capability, respectively. The SuperNIC's 32-lane PCIe bus is split into two 16-lane buses, with one bus accessible through a PCIe x16 edge connector and the other bus through an x16 Auxiliary PCIe Connection card. The two cards should be installed into two PCIe x16 slots and connected using an MCIO harness.

Please order the additional PCIe Auxiliary Card kit to use the SuperNIC in the Socket-Direct configuration. SuperNICs that support Socket Direct can function as separate x16 PCIe cards.

For more information, please refer to the **PCIe Auxiliary Card Kit**.

## Down Stream Port (DSP)

The ConnectX-9 SuperNIC with downstream port extension option provides connectivity to the server backplane or PCIe switch through the MCIO connector.

The default UI interface is x4-x-4 to manage four USD devices.

## Port Splitting

ConnectX-9 SuperNICs offer a variety of network port configurations designed to meet the demands of different environments and deployments.

The Port Splitting feature allows a single physical networking module (QSFP112 or OSFP ) to be split into multiple network ports. This provides flexibility in optimizing port configurations for various network topology use cases. For the supported OPNs and configurations, refer to **Port Configurations**.

## System Requirements

| Item | Description |
|------|-------------|
| **PCI Express Slot** | **In PCIe x16 Configuration**<br>PCIe Gen6 @ 64GT/s through x16 edge connector<br>**In Socket Direct/Multi-Host Configuration (2x PCIe x16)**<br>• PCIe Gen6 SERDES @32GT/s through edge connector<br>• PCIe Gen6 SERDES @32GT/s through PCIe Auxiliary Connection Card or SFF-TA-1016 MCIO<br>**In PCIe x16 Extension Option - Switch DSP (Data Stream Port)**<br>• PCIe Gen6 (64GT/s) through x16 edge connector |
| **System Power Supply** | Refer to **Specifications** |
| **Operating System** | • In-box drivers for major operating systems:<br>  ○ Linux: RHEL, Ubuntu<br>  ○ Windows<br>• DOCA Host<br>• OpenFabrics Windows Distribution (WinOF-2) |
| **Connectivity** | • Interoperable with 25/100/200/400/800 Gb/s Ethernet switches and SDR/EDR/HDR100/HDR/NDR/XDR InfiniBand switches<br>• Passive copper cable with ESD protection<br>• Powered connectors for optical and active cable support |

## Package Contents

| Category | Qty | Item |
|----------|-----|------|
| Cards | 1 | ConnectX-9 SuperNIC |
| Accessories | 1 | Short bracket |
| | 1 | Tall bracket (shipped assembled on the SuperNIC) |

**Optional Accessories, not included in the package, can be purchased separately:**

| OPN | Description |
|-----|-------------|
| 930-9XAX6-0025-000 | NVIDIA SocketDirect Auxiliary Kit for Additional PCIe Gen6x16 Connection, 250mm MCIO Harness |
| 930-9XCBL-000A-000 | NVIDIA SuperNIC 200mm Cable Extender for Low-Speed Signals Over 30p Debug Connector |

## Features and Benefits

 **Note**

Make sure to use a PCIe slot capable of supplying the required power and airflow to the ConnectX-9 SuperNICs as stated in the **Specifications** chapter.

✓ **Note**

This section describes hardware features and capabilities. Please refer to the relevant driver and firmware release notes for feature availability.

Expand

| PCI Express (PCIe) | According to the OPN you have purchased, the card uses the following PCIe express interfaces:<br><br>• **PCIe x16 configurations:**<br> PCIe Gen6 (64GT/s) through x16 edge connector<br>• **2x PCIe x16 configurations (Socket-Direct):**<br> PCIe Gen6 ( SERDES @ 64GT/s / 32GT/s) through x16 edge connectorPCIe Gen6 SERDES @ 32GT/s through PCIe Auxiliary Connection Card<br>• **2x PCIe x16 configurations (PCIe Down Stream Port Extension Option):**<br> PCIe Gen6 ( SERDES @ 64GT/s / 32GT/s) through x16 edge connector |
|---|---|
| InfiniBand Architecture Specification v1.7 compliant | ConnectX-9 delivers low latency, high bandwidth, and computing efficiency for high-performance computing (HPC), artificial intelligence (AI), and hyperscale cloud data center applications. ConnectX-9 is InfiniBand Architecture Specification v1.7 compliant. |

**InfiniBand Network Protocols and Rates**

**C9180 SuperNICs**

| Protocol | Standard | Port Width Rate (Gb/s) | | | Encoding |
|---|---|---|---|---|---|
| | | 4x (4 lane)Port | 2x (2 lane)Port | 1x (1 lane)Port | |
| XDR | IBTA Vol1 1.7 | -- | 425 | 212.5 | PAM4 |
| NDR | IBTA Vol2 1.5 | 425 | 212.5 | -- | PAM4 |
| HDR | IBTA Vol2 1.4 | 212.5 | 106.25 | 53.125 | PAM4 |

**C9240 SuperNICs**

| Protocol | Standard | Port Width Rate (Gb/s) | | | Encoding |
|---|---|---|---|---|---|
| | | 4x (4 | 2x (2 | 1x (1 | |

© Copyright 2026, NVIDIA. Last updated on Mar 18, 2026

**Corporate Info**

NVIDIA.com Home

About NVIDIA

**NVIDIA Developer**

Developer Home

Blog

**Resources**

Contact Us

Developer Program

Privacy Policy | Your Privacy Choices | Terms of Service | Accessibility | Corporate Policies | Product Security | Contact

Copyright © 2026 NVIDIA Corporation

▲