**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND-ODESSA DIVISION**

| | | |
|---|---|---|
| **SPEEDNIC LLC,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | **No. 7:26-CV-00148-LS** |
| | § | |
| **NVIDIA CORP., DELL TECHNOLOGIES INC.,** | § | |
| | § | |
| | § | |
| ***Defendants*.** | § | |

**<u>ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR DISOVERY ON DEFENDANTS' MOTIONS TO TRANSFER AND SEVER AND STAY</u>**

Plaintiff SpeedNIC LLC moves for limited, expedited discovery concerning Defendant NVIDIA Corporation's motion to transfer venue and Defendants' joint motion to sever and stay the claims against Defendant Dell Technologies, Inc., during litigation against NVIDIA. The Court grants in part and denies in part Plaintiff's motion for expedited discovery.

## I. LEGAL STANDARD.

District courts have "broad discretion in all discovery matters" that "will not be disturbed ordinarily unless there are unusual circumstances showing a clear abuse."[1] The movant "bear[s] the burden of demonstrating the necessity of discovery,"[2] and a district court properly denies discovery "when there is no indication of fraud or misconduct in the defendant's affidavits, and there is no reason to believe that additional information would alter the outcome."[3]

---

[1] *Kelly v. Syria Shell Petroleum Dev. B.V.*, 213 F.3d 841, 855 (5th Cir. 2000) (quoting *Wyatt v. Kaplan*, 686 F.2d 276, 283 (5th Cir. 1982)).
[2] *Monkton Ins. Servs., Ltd. v. Ritter*, 768 F.3d 429, 434 (5th Cir. 2014) (quoting *Davila v. United States*, 713 F.3d 248, 263–64 (5th Cir. 2013)).
[3] *ICharts LLC v. Tableau Software, LLC*, 1:23-cv-1225 (W.D. Tex. May 21, 2024) (quoting *Optic153 LLC v. Thorlabs Inc.*, No. 6:19-cv-00667, 2020 WL 3403076, at *4 (W.D. Tex. June 19, 2020)).

## II. ANALYSIS.

### *A. Discovery on Motion to Sever and Stay.*

Plaintiff does not identify analogous cases in which any court has permitted expedited discovery on a motion to sever and stay patent claims. The parties moreover appear to substantially agree on Dell's role in producing "Nvidia and Dell accused products" such that additional facts are unlikely to alter the outcome of Defendants' motion. The issue is instead a legal question: whether Dell's "design, configuration, testing, and support activities for the 'Nvidia and Dell accused products'"[4] could place Dell beyond the customer-suit exception. Finally, Plaintiff will have opportunities to explore Dell's conduct later, whether in this suit or a severed suit, and the information Plaintiff seeks is likely to prematurely reach the merits of its claims.

### *B. Discovery on Motion to Transfer Venue.*

Courts routinely permit expedited venue discovery, and additional facts are likely to assist the parties and the Court in a highly fact-sensitive analysis. The Court agrees, however, that Plaintiff's proposed scope is unnecessarily burdensome and exceeds ordinary limits.

## III. CONCLUSION.

The Court **GRANTS IN PART AND DENIES IN PART** Plaintiff's motion for expedited discovery [ECF No. 48]. Plaintiff may conduct limited venue discovery as follows:

> Plaintiff may serve three interrogatories and five requests for production upon each Defendant, and Defendants shall respond within thirty days.
>
> Plaintiff may depose up to two witnesses or declarants from NVIDIA under Rule 30(b)(6), or who submitted a factual declaration, for seven hours total.
>
> Plaintiff may depose one witness from Dell under Rule 30(b)(6) for seven hours.
>
> Each Defendant may serve up to three interrogatories and five requests for production upon Plaintiff, and Plaintiff shall respond within thirty days. Defendants may depose one witness under Rule 30(b)(6) for seven hours.

[4] ECF No. 48 at 5.

Discovery shall close on **January 4, 2027**. Plaintiff shall respond to Defendants' motion to sever and stay by **November 6, 2026**, and to NVIDIA's motion to transfer by **January 19, 2027**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 23, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**